AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| Headwater Research LLC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:22-cv-00422-JRG-RSP |
| Samsung Electronics America, Inc. et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Headwater Research LLC                                                                                                      .

Date:    02/15/2023                                                    /s/ Paul A. Kroeger
                                                                                    *Attorney's signature*

                                                                    Paul A. Kroeger CA Bar No. 229074
                                                                                    *Printed name and bar number*

                                                                    Russ August & Kabat
                                                                    12424 Wilshire Blvd., 12th Floor
                                                                    Los Angeles, CA 90025
                                                                                    *Address*

                                                                    pkroeger@raklaw.com
                                                                                    *E-mail address*

                                                                    (310) 826-7474
                                                                                    *Telephone number*

                                                                    (310) 826-6991
                                                                                    *FAX number*

Print        Save As...                                                                                                       Reset