AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| Headwater Research LLC ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:22-cv-00422-JRG-RSP |
| Samsung Electronics America, Inc. et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Headwater Research LLC                                                              .

Date:   02/15/2023                                           /s/ James Milkey
                                                                            *Attorney's signature*

                                                            James Milkey CA Bar No. 281283
                                                            *Printed name and bar number*

                                                            Russ August & Kabat
                                                            12424 Wilshire Blvd., 12th Floor
                                                            Los Angeles, CA 90025
                                                            *Address*

                                                            jmilkey@raklaw.com
                                                            *E-mail address*

                                                            (310) 826-7474
                                                            *Telephone number*

                                                            (310) 826-6991
                                                            *FAX number*

Print    Save As...                                                              Reset