# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    *Defendants*. | Civil Action No. 2:22-cv-00422-JRG-RSP<br><br>**JURY DEMANDED** |

## UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to Fed. R. Civ. P. 15(a) and the Court's Model Docket Control Order, Plaintiff Headwater Research LLC ("Headwater") respectfully submits this unopposed motion for leave to amend its First Amended Complaint (ECF No. 9) against Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., ("Samsung") by filing its Second Amended Complaint to add infringement claims for U.S. Patent Nos. 9,143,976, 9,277,433, 9,609,544, and 10,237,773.

The Court should grant Headwater's motion because counsel for Headwater and Samsung have conferred extensively regarding Headwater's amendment, and Samsung consents to this amendment. Specifically, the parties have agreed that Headwater will dismiss without prejudice the complaint in *Headwater v. Samsung Electronics Co., Ltd., et al*, Civil Action No. 2:22-cv-00467-JRG-RSP involving U.S. Patent Nos. 9,143,976, 9,277,433, 9,609,544, and 10,237,773 in exchange for adding U.S. Patent Nos. 9,143,976, 9,277,433, 9,609,544, and 10,237,773 to the instant case and agreeing not to delay or extend the case schedule here based on this amendment.

Further, the parties agree and expect to obtain a case schedule from the Court based on the filing of the instant case. To that end, and to avoid any prejudice, the parties agreed that Headwater

1

would serve Patent Rule 3-1 and 3-2 infringement contentions for both the patents asserted in the First Amended Complaint as well as the patents the parties agree to add by amendment here in compliance with the deadlines set forth in the Court's Order setting a scheduling conference for this matter. ECF No. 12. Headwater has complied with this agreement and previously served Patent Rule 3-1 and 3-2 infringement contentions for the patents asserted in the First Amended Complaint and U.S. Patent Nos. 9,143,976, 9,277,433, 9,609,544, and 10,237,773 on February 28, 2023.[1] Samsung has also agreed to comply with Patent Rule 3-3 and 3-4 with regard to the patents asserted in the First Amended Complaint as well as the patents the parties agree to add by amendment here by the deadline in the Court's Order setting a scheduling conference for this matter. *Id.*

Moreover, no discovery has occurred in this case as of yet, a Docket Control Order has not yet been entered, and the amended claims of infringement relate to the same parties and same accused products. Additionally, no deadlines contemplated by the Court's Order setting a scheduling conference (ECF No. 12) in this case, nor any dates contemplated by the Court's Model Docket Control Order in this case are affected by this agreement and amendment.

---

[1] Samsung reserves all rights to take issue with the sufficiency of Headwater's contentions under the rules, but does not dispute that Headwater did serve such contentions.

Date:  March 13, 2023

*/s/ Robert Christopher Bunt*
Marc Fenster
CA State Bar No. 181067
Reza Mirzaie
CA State Bar No. 246953
Brian Ledahl
CA State Bar No. 186579
Ben Wang
CA State Bar No. 228712
Paul Kroeger
CA State Bar No. 229074
Neil A. Rubin
CA State Bar No. 250761
Kristopher Davis
CA State Bar No. 329627
James S. Tsuei
CA State Bar No. 285530
Philip Wang
CA State Bar No. 262239
Amy Hayden
CA State Bar No. 287026
James Milkey
CA State Bar No. 281283
Jason M. Wietholter
CA State Bar No. 337139
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
rak_headwater@raklaw.com

Robert Christopher Bunt
Texas State Bar No. 00787165
Charles Ainsworth
State Bar No.  00783521
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson Suite 418
Tyler, Texas 75702
Tel.: (903) 531-3535
rcbunt@pbatyler.com
charley@pbatyler.com

**ATTORNEYS FOR PLAINTIFF,
Headwater Research LLC**

## CERTIFICATE OF SERVICE

I certify that this document is being served upon counsel of record for Defendants on March 13, 2023, via ECF

/s/ *Robert Christopher Bunt*
Robert Christopher Bunt

## CERTIFICATE OF CONFERENCE

The parties met and conferred on February 27, 2023 in compliance with Local Rule CV-7(h). Samsung's counsel confirmed that it does not oppose this motion.

/s/ *Robert Christopher Bunt*
Robert Christopher Bunt