IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Civil Action No. 2:22-cv-00422-JRG-RSP<br><br>**JURY DEMANDED** |

### ORDER ON PLAINTIFFS UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

The Court, having considered Plaintiff Headwater Research LLC's Unopposed Motion for Leave to Amend Complaint by filing its Second Amended Complaint, is of the opinion that good cause has been shown and that Plaintiff's Motion should be GRANTED.

It is therefore, ORDERED, Plaintiff Headwater Research LLC's Second Amended Complaint to add infringement claims for U.S. Patent Nos. 9,143,976, 9,277,433, 9,609,544, and 10,237,773 by Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. is deemed filed.