# Exhibit 10

## Exhibit 4 - U.S. Patent No. 9,137,701 ("'701 Patent")

Accused Instrumentalities: Samsung Galaxy phones and tablets, and all versions and variations thereof since the issuance of the asserted patent.

**Claim 1**

| Issued Claim(s) | Public Documentation |
|---|---|
| [1pre]. A wireless end-user device, comprising: | Samsung Galaxy phones and tablets are each "a wireless end-user device." For example, the Galaxy S22 is a "wireless end-user device." |
| [1a] a wireless wide area network (WWAN) modem to communicate data for Internet service activities between the device and at least one WWAN, when configured for and connected to the WWAN; | Samsung Galaxy phones and tablets comprise "a wireless wide area network (WWAN) modem to communicate data for Internet service activities between the device and at least one WWAN, when configured for and connected to the at least one WWAN." For example, the Galaxy S22 includes a wireless modem for communicating with mobile service base stations providing a wireless wide area network. |

| | |
|---|---|
| | **Network & Connectivity**<br><br>**5G**<br>5G Non-Standalone (NSA), Standalone (SA), Sub6 / mmWave<br><br>**LTE**<br>Enhanced 4x4 MIMO, Up to 7CA, LTE Cat.20<br>Up to 2.0Gbps Download / Up to 200Mbps Upload<br><br>**Wi-Fi**<br>Wi-Fi 802.11 a/b/g/n/ac/ax 2.4G+5GHz+6GHz, HE160, MIMO, 1024-QAM<br>Up to 2.4Gbps Download / Up to 2.4Gbps Upload<br><br>**Bluetooth**<br>Bluetooth® v 5.2, USB type-C, NFC, Location(GPS, Galileo, Glonass, BeiDou)<br><br>**Ultra Wide Band**<br><br>*Requires optimal connection. Actual speed may vary depending on country, carrier and user environment.<br>*The bandwidths supported by the device may vary depending on the region or service provider.<br>*Download and upload speeds reaching up to 2.4Gbps only available with Wi-Fi 6E. Wi-Fi 6E only supported on Galaxy S22 Ultra and S22+.<br>Galaxy S22 has Wi-Fi 6.<br>*Galileo and BeiDou coverage may be limited. BeiDou may not be available for certain countries.<br><br>https://www.samsung.com/us/smartphones/galaxy-s22/models/ |
| [1b] a wireless local area network (WLAN) modem to communicate data for Internet service activities between the device and at least one WLAN, when configured for and connected to the WLAN; | Samsung Galaxy phones and tablets comprise "a wireless local area network (WLAN) modem to communicate data for Internet service activities between the device and at least one WLAN, when configured for and connected to the at least one WLAN." For example, the Galaxy S22 includes a wireless modem for communicating with wifi networks. |

| | |
|---|---|
| | **Network & Connectivity** <br><br>**5G** <br>5G Non-Standalone (NSA), Standalone (SA), Sub6 / mmWave <br><br>**LTE** <br>Enhanced 4x4 MIMO, Up to 7CA, LTE Cat.20 <br>Up to 2.0Gbps Download / Up to 200Mbps Upload <br><br>**Wi-Fi** <br>Wi-Fi 802.11 a/b/g/n/ac/ax 2.4G+5GHz+6GHz, HE160, MIMO, 1024-QAM <br>Up to 2.4Gbps Download / Up to 2.4Gbps Upload <br><br>**Bluetooth** <br>Bluetooth® v 5.2, USB type-C, NFC, Location(GPS, Galileo, Glonass, BeiDou) <br><br>**Ultra Wide Band** <br><br>*Requires optimal connection. Actual speed may vary depending on country, carrier and user environment. <br>*The bandwidths supported by the device may vary depending on the region or service provider. <br>*Download and upload speeds reaching up to 2.4Gbps only available with Wi-Fi 6E. Wi-Fi 6E only supported on Galaxy S22 Ultra and S22+. <br>Galaxy S22 has Wi-Fi 6. <br>*Galileo and BeiDou coverage may be limited. BeiDou may not be available for certain countries. <br><br>https://www.samsung.com/us/smartphones/galaxy-s22/models/ |
| [1c] one or more processors configured to | Samsung Galaxy phones and tablets comprise "one or more processors." For example, the Galaxy S22 has either a Snapdragon (in the United States) or Exynos (in Korea) architecture-based application processor. *See* https://www.qualcomm.com/snapdragon/device-finder/smartphones/samsung-galaxy-s22. <br><br>Snapdragon 8 Gen 1 |

| | |
|---|---|
| | https://www.samsung.com/us/smartphones/galaxy-s22/buy/galaxy-s22-128gb-unlocked-sm-s901uzkaxaa/ |
| [1d] determine, for a first end-user application capable of running in a background state and capable of running as a foreground application, whether the application is running in a background state or as a foreground application, and control, via an application program interface (API), application access for Internet service activities provided through the WWAN modem and the WLAN modem, to, based on a first differential traffic control policy, selectively block and allow access by the first end-user application to the WWAN modem at a time when data for Internet service activities is communicated through a WWAN modem connection to the at least one WWAN, | The Galaxy S22's processor executes instructions which "determine, for a first end-user application capable of running in a background state and capable of running as a foreground application, whether the application is running in a background state or as a foreground application," as shown by the exemplary citations below.<br><br> |



https://www.samsung.com/ae/support/mobile-devices/android-pie-what-is-the-data-saver-feature/



https://www.samsung.com/ae/support/mobile-devices/android-pie-what-is-the-data-saver-feature/

Galaxy phones and tablets comprise processors executing instructions to "control, via an application program interface (API), application access for Internet service activities provided through the WWAN modem and the WLAN modem, to, based on a first differential traffic control policy, selectively block and allow access by the first end-user application to the WWAN modem at a time when data for Internet service activities is communicated through a WWAN modem connection to the at least one WWAN." For example, Samsung Galaxy phones and tablets utilize a "data saver" and "power saving" mode through which the device monitors and sets application states of applications indicating whether that application is in the background or foreground of user interaction, which in turn affects the network service usage policy applied by the device to that application.





https://www.samsung.com/ae/support/mobile-devices/android-pie-what-is-the-data-saver-feature/

For further example, Galaxy phones and tablets classify whether apps are running in the foreground or in the background. *See e.g.,*

| | |
|---|---|
| | 1. A **foreground process** is one that is required for what the user is currently doing. Various application components can cause its containing process to be considered foreground in different ways. A process is considered to be in the foreground if any of the following conditions hold: <br><br> • It is running an `Activity` at the top of the screen that the user is interacting with (its `onResume()` method has been called). <br><br> • It has a `BroadcastReceiver` that is currently running (its `BroadcastReceiver.onReceive()` method is executing). <br><br> • It has a `Service` that is currently executing code in one of its callbacks (`Service.onCreate()`, `Service.onStart()`, or `Service.onDestroy()`). <br><br> There will only ever be a few such processes in the system, and these will only be killed as a last resort if memory is so low that not even these processes can continue to run. Generally, at this point, the device has reached a memory paging state, so this action is required in order to keep the user interface responsive. <br><br> https://developer.android.com/guide/components/activities/process-lifecycle; <br><br> **Definition of background work** <br><br> An app is running in the *background* when both the following conditions are satisfied: <br><br> • None of the app's activities are currently visible to the user. <br><br> • The app isn't running any foreground services that started while an activity from the app was visible to the user. <br><br> Otherwise, the app is running in the *foreground*. <br><br> https://developer.android.com/guide/background. |
| [1e] wherein the access is selectively blocked based on a determination that the first end-user application is running in a background state, and wherein the access | Galaxy phones and tablets, "selectively block[]" "access" "based on a determination that the first end-user application is running in a background state, and wherein the access is selectively allowed based on a determination that the first end-user application is running as a foreground application," as shown by the below exemplary citations. |

| | |
|---|---|
| is selectively allowed based on a determination that the first end-user application is running as a foreground application. | **Turn Data saver on or off**<br><br>Data saver prevents some apps from sending or receiving data in the background. So rest assured, you're not wasting any precious data.<br><br>1. Navigate to and open **Settings**, and then tap **Connections**.<br>2. Tap **Data usage**, tap **Data saver**, and then tap the **switch** next to Turn on now.<br>3. If there are still some apps you'd like to run in the background, you can set them as exceptions. Tap **Allowed to use data while Data saver is on** at the bottom of the screen.<br>4. Tap **More options** (the three vertical dots) and choose **Show system apps** or **Show allowed apps first** to narrow down the list.<br>5. Finally, tap the **switch(es)** next to your desired app(s). |



https://www.guidingtech.com/set-up-data-limit-on-samsung-galaxy-phones/

For further example, Galaxy phones and tablets classify whether apps are running in the foreground or in the background. *See e.g.,*

> 1. A **foreground process** is one that is required for what the user is currently doing. Various application components can cause its containing process to be considered foreground in different ways. A process is considered to be in the foreground if any of the following conditions hold:
>
>    - It is running an `Activity` at the top of the screen that the user is interacting with (its `onResume()` method has been called).
>    - It has a `BroadcastReceiver` that is currently running (its `BroadcastReceiver.onReceive()` method is executing).
>    - It has a `Service` that is currently executing code in one of its callbacks (`Service.onCreate()`, `Service.onStart()`, or `Service.onDestroy()`).
>
> There will only ever be a few such processes in the system, and these will only be killed as a last resort if memory is so low that not even these processes can continue to run. Generally, at this point, the device has reached a memory paging state, so this action is required in order to keep the user interface responsive.

https://developer.android.com/guide/components/activities/process-lifecycle;

> **Definition of background work**
>
> An app is running in the *background* when both the following conditions are satisfied:
>
> - None of the app's activities are currently visible to the user.
> - The app isn't running any foreground services that started while an activity from the app was visible to the user.
>
> Otherwise, the app is running in the *foreground*.

https://developer.android.com/guide/background.