# Exhibit 11

## Exhibit 5 - U.S. Patent No. 9,271,184 ("'184 Patent")

Accused Instrumentalities: Samsung Galaxy phones and tablets, and all versions and variations thereof since the issuance of the asserted patent.

## Claim 1

| Issued Claim(s) | Public Documentation |
|---|---|
| 1. A wireless end-user device, comprising: | Samsung Galaxy phones and tablets are each "a wireless end-user device." For example, the Galaxy S22 is a "wireless end-user device."  |
| a wireless wide area network (WWAN) modem to communicate data for Internet service activities between the device and at least one WWAN, when configured for and connected to the at least one WWAN; and | Samsung Galaxy phones and tablets comprise "a wireless wide area network (WWAN) modem to communicate data for Internet service activities between the device and at least one WWAN, when configured for and connected to the at least one WWAN." For example, the Galaxy S22 comprises wireless modems which communicate with mobile service provider base stations to access a wireless wide area network. |

| | |
|---|---|
| | **Network & Connectivity**  **5G**<br><br>5G Non-Standalone (NSA), Standalone (SA), Sub6 / mmWave<br><br>**LTE**<br><br>Enhanced 4x4 MIMO, Up to 7CA, LTE Cat.20<br>Up to 2.0Gbps Download / Up to 200Mbps Upload<br><br>**Wi-Fi**<br><br>Wi-Fi 802.11 a/b/g/n/ac/ax 2.4G+5GHz+6GHz, HE160, MIMO, 1024-QAM<br>Up to 2.4Gbps Download / Up to 2.4Gbps Upload<br><br>**Bluetooth**<br><br>Bluetooth® v 5.2, USB type-C, NFC, Location(GPS, Galileo, Glonass, BeiDou)<br><br>**Ultra Wide Band**<br><br>*Requires optimal connection. Actual speed may vary depending on country, carrier and user environment.<br>*The bandwidths supported by the device may vary depending on the region or service provider.<br>*Download and upload speeds reaching up to 2.4Gbps only available with Wi-Fi 6E. Wi-Fi 6E only supported on Galaxy S22 Ultra and S22+.<br>Galaxy S22 has Wi-Fi 6.<br>*Galileo and BeiDou coverage may be limited. BeiDou may not be available for certain countries.<br><br>https://www.samsung.com/us/smartphones/galaxy-s22/models/ |
| one or more processors configured to, for a time when data communication for Internet service activities is provided by the WWAN modem, | Samsung Galaxy phones and tablets comprise "one or more processors" for executing instructions at times "when data communication for Internet service activities is provided by the WWAN modem."<br><br>For example, the Galaxy S22 uses a Snapdragon 8 (Gen 1) processor manufactured by Qualcomm. *See* https://www.qualcomm.com/snapdragon/device-finder/smartphones/samsung-galaxy-s22. |



| | |
|---|---|
| classify whether a particular application associated with an Internet service access request, and capable of both interacting with a user in a user interface foreground of the device, and at least some Internet service activities when not interacting with a user in the device user interface foreground, is interacting with the user in the device user interface foreground, | The Galaxy S22's processor executes instructions which "classify whether a particular application associated with an Internet service access request, and capable of both interacting with a user in a user interface foreground of the device, and at least some Internet service activities when not interacting with a user in the device user interface foreground, is interacting with the user in the device user interface foreground," as shown by the exemplary citations below. |





https://www.samsung.com/ae/support/mobile-devices/android-pie-what-is-the-data-saver-feature/

apply a differential traffic control policy to the Internet service access request, based on
(i) whether the application is classified as interacting with the user, and
(ii) a differential traffic control policy list distinguishing between a first one or more applications resident on the device and a second one or more applications resident on the device,
such that,
the one or more processors are operable to, in a first state wherein the particular application is one of the first one or more applications, and the particular application is not classified as interacting with a user in the device user interface foreground, block the Internet service access request, and
the one or more processors are operable to allow the Internet service access request in at least one other state, and

Galaxy phones and tablets comprise processors executing instructions to "apply a differential traffic control policy to the Internet service access request, based on (i) whether the application is classified as interacting with the user, and (ii) a differential traffic control policy list distinguishing between a first one or more applications resident on the device and a second one or more applications resident on the device, such that, the one or more processors are operable to, in a first state wherein the particular application is one of the first one or more applications, and the particular application is not classified as interacting with a user in the device user interface foreground, block the Internet service access request, and the one or more processors are operable to allow the Internet service access request in at least one other state." For example, Samsung Galaxy phones and tablets utilize a "data saver" and "power saving" mode through which the device monitors and sets application states of applications indicating whether that application is in the background or foreground of user interaction, which in turn affects the network service usage policy applied by the device to that application.





https://www.samsung.com/ae/support/mobile-devices/android-pie-what-is-the-data-saver-feature/

For further example, Galaxy phones and tablets classify whether apps are running in the foreground or in the background. *See e.g.,*

| | |
|---|---|
| | 1. A **foreground process** is one that is required for what the user is currently doing. Various application components can cause its containing process to be considered foreground in different ways. A process is considered to be in the foreground if any of the following conditions hold:<br><br>    • It is running an `Activity` at the top of the screen that the user is interacting with (its `onResume()` method has been called).<br><br>    • It has a `BroadcastReceiver` that is currently running (its `BroadcastReceiver.onReceive()` method is executing).<br><br>    • It has a `Service` that is currently executing code in one of its callbacks (`Service.onCreate()`, `Service.onStart()`, or `Service.onDestroy()`).<br><br>There will only ever be a few such processes in the system, and these will only be killed as a last resort if memory is so low that not even these processes can continue to run. Generally, at this point, the device has reached a memory paging state, so this action is required in order to keep the user interface responsive.<br><br>https://developer.android.com/guide/components/activities/process-lifecycle;<br><br>## Definition of background work<br><br>An app is running in the *background* when both the following conditions are satisfied:<br><br>• None of the app's activities are currently visible to the user.<br><br>• The app isn't running any foreground services that started while an activity from the app was visible to the user.<br><br>Otherwise, the app is running in the *foreground*.<br><br>https://developer.android.com/guide/background. |
| for at least one of the first or second one or more applications, disallow Internet data communication for that application | Galaxy phones and tablets, "for at least one of the first or second one or more applications, disallow Internet data communication for that application based on an application-specific amount of Internet data usage reaching a limit," as shown by the below exemplary citations. |

based on an application-specific amount of Internet data usage reaching a limit.





**Step 8:** Select the Data limit option and set the current data offered by your carrier.

https://www.guidingtech.com/set-up-data-limit-on-samsung-galaxy-phones/