# Exhibit 13

## U.S. Patent No. 9,277,445 ("'445 Patent")

Accused Devices: Samsung Galaxy phones and tablets, and all versions and variations thereof since the issuance of the asserted patent.

Claim 1

| Issued Claim(s) | Public Documentation |
|---|---|
| [1pre]. A wireless end-user device, comprising: | Samsung Galaxy phones and tablets are each "a wireless end-user device." For example, the Galaxy S22 is a "wireless device."<br><br> |
| [1a] a wireless wide area network (WWAN) modem to communicate data for Internet service activities between the device and at least one WWAN, when configured for and connected to the WWAN; | Samsung Galaxy phones and tablets comprise "a wireless wide area network (WWAN) modem to communicate data for Internet service activities between the device and at least one WWAN, when configured for and connected to the WWAN." For example, the Galaxy S22 includes a wireless modem for communicating with mobile service base stations providing a carrier-provided wireless wide area network. |

| | |
|---|---|
| | **Network & Connectivity**  **5G**<br><br>5G Non-Standalone (NSA), Standalone (SA), Sub6 / mmWave<br><br>**LTE**<br><br>Enhanced 4x4 MIMO, Up to 7CA, LTE Cat.20<br>Up to 2.0Gbps Download / Up to 200Mbps Upload<br><br>**Wi-Fi**<br><br>Wi-Fi 802.11 a/b/g/n/ac/ax 2.4G+5GHz+6GHz, HE160, MIMO, 1024-QAM<br>Up to 2.4Gbps Download / Up to 2.4Gbps Upload<br><br>**Bluetooth**<br><br>Bluetooth® v 5.2, USB type-C, NFC, Location(GPS, Galileo, Glonass, BeiDou)<br><br>**Ultra Wide Band**<br><br>*Requires optimal connection. Actual speed may vary depending on country, carrier and user environment.<br>*The bandwidths supported by the device may vary depending on the region or service provider.<br>*Download and upload speeds reaching up to 2.4Gbps only available with Wi-Fi 6E. Wi-Fi 6E only supported on Galaxy S22 Ultra and S22+.<br>Galaxy S22 has Wi-Fi 6.<br>*Galileo and BeiDou coverage may be limited. BeiDou may not be available for certain countries. |
| | https://www.samsung.com/us/smartphones/galaxy-s22/models/ |
| [1b] a wireless local area network (WLAN) modem to communicate data for Internet service activities between the device and at least one WLAN, when configured for and connected to the WLAN; and | Samsung Galaxy phones and tablets comprise "a wireless local area network (WLAN) modem to communicate data for Internet service activities between the device and at least one WLAN, when configured for and connected to the WLAN." For example, the Galaxy S22 includes a wireless modem for communicating with wifi networks. |

| | |
|---|---|
| | **Network & Connectivity** **5G** <br><br> 5G Non-Standalone (NSA), Standalone (SA), Sub6 / mmWave <br><br> **LTE** <br><br> Enhanced 4x4 MIMO, Up to 7CA, LTE Cat.20 <br> Up to 2.0Gbps Download / Up to 200Mbps Upload <br><br> **Wi-Fi** <br><br> Wi-Fi 802.11 a/b/g/n/ac/ax 2.4G+5GHz+6GHz, HE160, MIMO, 1024-QAM <br> Up to 2.4Gbps Download / Up to 2.4Gbps Upload <br><br> **Bluetooth** <br><br> Bluetooth® v 5.2, USB type-C, NFC, Location(GPS, Galileo, Glonass, BeiDou) <br><br> **Ultra Wide Band** <br><br> *Requires optimal connection. Actual speed may vary depending on country, carrier and user environment. <br> *The bandwidths supported by the device may vary depending on the region or service provider. <br> *Download and upload speeds reaching up to 2.4Gbps only available with Wi-Fi 6E. Wi-Fi 6E only supported on Galaxy S22 Ultra and S22+. <br> Galaxy S22 has Wi-Fi 6. <br> *Galileo and BeiDou coverage may be limited. BeiDou may not be available for certain countries. <br><br> https://www.samsung.com/us/smartphones/galaxy-s22/models/ |
| [1c] one or more processors configured to | Samsung Galaxy phones and tablets comprise "one or more processors" for executing instructions. <br><br> For example, the Galaxy S22 uses a Snapdragon 8 (Gen 1) processor manufactured by Qualcomm. *See* https://www.qualcomm.com/snapdragon/device-finder/smartphones/samsung-galaxy-s22. |

| | |
|---|---|
| |  |
| [1d] classify, as a first classification, whether data for Internet service activities is to be communicated through the WWAN modem or the WLAN modem, and | Samsung Galaxy phones and tablets "classify, as a first classification, whether data for Internet service activities is to be communicated through the WWAN modem or the WLAN modem." <br><br> For example, Samsung's "data saver" settings apply to limit background refresh messages when no Wifi network is available, but do not affect background refresh messages when the device is connected to a wifi network. |





https://www.samsung.com/ae/support/mobile-devices/android-pie-what-is-the-data-saver-feature/;

**Turn Data saver on or off**  ⌄

Data saver prevents some apps from sending or receiving data in the background. So rest assured, you're not wasting any precious data.

1. Navigate to and open **Settings**, and then tap **Connections**.
2. Tap **Data usage**, tap **Data saver**, and then tap the **switch** next to Turn on now.
3. If there are still some apps you'd like to run in the background, you can set them as exceptions. Tap **Allowed to use data while Data saver is on** at the bottom of the screen.
4. Tap **More options** (the three vertical dots) and choose **Show system apps** or **Show allowed apps first** to narrow down the list.
5. Finally, tap the **switch(es)** next to your desired app(s).



https://www.samsung.com/us/support/answer/ANS00079018/;



https://www.samsung.com/africa_en/support/mobile-devices/how-to-enable-or-disable-mobile-data-on-your-galaxy-phone/;

# "Does data saver apply to Wi-Fi?

Does data saver affect WiFi? **No, it doesn't**. Data saver only restricts the apps from using mobile data. While you are on WiFi, your phone's data saver won't affect it."
https://techshift.net/does-data-saver-apply-to-wi-fi/

| | |
|---|---|
| | "The Data Saver option is only when you're not on WiFi and affects how you see your content." https://www.technipages.com/how-to-give-android-apps-unrestricted-data-access-data-saver-on |
| [1e] classify, as a second classification, whether a particular application associated with an Internet service access request, and capable of both interacting with a user in a user interface foreground of the device, and at least some Internet service activities when not interacting with a user in the device user interface foreground, is interacting with the user in the device user interface foreground, and | The Galaxy S22's processor executes instructions which "classify, as a second classification, whether a particular application associated with an Internet service access request, and capable of both interacting with a user in a user interface foreground of the device, and at least some Internet service activities when not interacting with a user in the device user interface foreground, is interacting with the user in the device user interface foreground," as shown by the exemplary citations below.<br><br> |



https://www.samsung.com/ae/support/mobile-devices/android-pie-what-is-the-data-saver-feature/;

**Turn Data saver on or off**                                                    ⌄

Data saver prevents some apps from sending or receiving data in the background. So rest assured, you're not wasting any precious data.

1. Navigate to and open **Settings**, and then tap **Connections**.
2. Tap **Data usage**, tap **Data saver**, and then tap the **switch** next to Turn on now.
3. If there are still some apps you'd like to run in the background, you can set them as exceptions. Tap **Allowed to use data while Data saver is on** at the bottom of the screen.
4. Tap **More options** (the three vertical dots) and choose **Show system apps** or **Show allowed apps first** to narrow down the list.
5. Finally, tap the **switch(es)** next to your desired app(s).



https://www.samsung.com/us/support/answer/ANS00079018/;



https://www.samsung.com/africa_en/support/mobile-devices/how-to-enable-or-disable-mobile-data-on-your-galaxy-phone/.

| | |
|---|---|
| [1f] apply a differential traffic control policy to the Internet service access request, based on (i) the first and second classifications performed by the one or more processors, and (ii) a differential traffic control policy list distinguishing between a first one or more applications | Galaxy phones and tablets "apply a differential traffic control policy to the Internet service access request, based on (i) the first and second classifications performed by the one or more processors, and (ii) a differential traffic control policy list distinguishing between a first one or more applications resident on the device and a second one or more applications resident on the device." |

| resident on the device and a second one or more applications resident on the device, | For example, Samsung Galaxy phones and tablets utilize a "data saver" and "power saving" mode through which the device monitors applications and applies a traffic control policy which distinguishes between different applications.<br><br> |
|---|---|



https://www.samsung.com/ae/support/mobile-devices/android-pie-what-is-the-data-saver-feature/;

**Turn Data saver on or off**

Data saver prevents some apps from sending or receiving data in the background. So rest assured, you're not wasting any precious data.

1. Navigate to and open **Settings**, and then tap **Connections**.
2. Tap **Data usage**, tap **Data saver**, and then tap the **switch** next to Turn on now.
3. If there are still some apps you'd like to run in the background, you can set them as exceptions. Tap **Allowed to use data while Data saver is on** at the bottom of the screen.
4. Tap **More options** (the three vertical dots) and choose **Show system apps** or **Show allowed apps first** to narrow down the list.
5. Finally, tap the **switch(es)** next to your desired app(s).



https://www.samsung.com/us/support/answer/ANS00079018/;



### How to enable Data saver

**Data saver** helps reduce data usage by preventing apps from using data in the background. Follow the steps below to enable **Data saver**.

Step 1. Launch the **Settings** app, and then tap **Connections**.

Step 2. Select **Data usage**.

Step 3. Tap **Data saver**.

Step 4. Tap the switch next to **Turn on now** to activate **Data saver**.

You can also choose which apps you want to keep using your mobile data even when **Data saver** is activated. To give apps permission tap **Allow app while Data saver on**, then tap the switch next to the apps.

Alternatively, you can access these options in **Settings** > **Apps** > select the app > **Mobile data** > **Allow app while Data saver on**.

https://www.samsung.com/africa_en/support/mobile-devices/how-to-enable-or-disable-mobile-data-on-your-galaxy-phone/.

| [1g] such that, when the particular application is one of the first one or more applications, the one or more processors are operable to block the Internet service access request in a first state of the first and second classifications, wherein data for Internet service activities is classified as to be provided through the WWAN | Galaxy phones and tablets comprise processors executing instructions "such that, when the particular application is one of the first one or more applications, the one or more processors are operable to block the Internet service access request in a first state of the first and second classifications, wherein data for Internet service activities is classified as to be provided through the WWAN modem, and the particular application is not classified as interacting with a user in the device user interface foreground, and allow the Internet service access request under at least one different state of the first and second classifications." |
|---|---|

| modem, and the particular application is not classified as interacting with a user in the device user interface foreground, and allow the Internet service access request under at least one different state of the first and second classifications. | For example, Samsung Galaxy phones and tablets utilize a "data saver" and "power saving" mode through which the device monitors and sets application states of applications indicating whether that application is in the background or foreground of user interaction, which in turn affects the network service usage policy applied by the device to that application to allow or block internet service access requests.<br><br> |



https://www.samsung.com/ae/support/mobile-devices/android-pie-what-is-the-data-saver-feature/;

**Turn Data saver on or off**                                                                      ⌄

Data saver prevents some apps from sending or receiving data in the background. So rest assured, you're not wasting any precious data.

1. Navigate to and open **Settings**, and then tap **Connections**.
2. Tap **Data usage**, tap **Data saver**, and then tap the **switch** next to Turn on now.
3. If there are still some apps you'd like to run in the background, you can set them as exceptions. Tap **Allowed to use data while Data saver is on** at the bottom of the screen.
4. Tap **More options** (the three vertical dots) and choose **Show system apps** or **Show allowed apps first** to narrow down the list.
5. Finally, tap the **switch(es)** next to your desired app(s).



https://www.samsung.com/us/support/answer/ANS00079018/;



https://www.samsung.com/africa_en/support/mobile-devices/how-to-enable-or-disable-mobile-data-on-your-galaxy-phone/.