# Exhibit 14

## U.S. Patent No. 11,405,224 ("'224 Patent")

Accused Instrumentalities: Samsung Galaxy phones and tablets, and all versions and variations thereof since the issuance of the asserted patent.

### Claim 1

| Issued Claim(s) | Public Documentation |
|---|---|
| [1pre]. A wireless end-user device, comprising: | Samsung Galaxy phones and tablets are each "a wireless end-user device." For example, the Galaxy S22 is a "wireless device."  |
| [1a] at least one wireless modem | Samsung Galaxy phones and tablets comprise "at least one wireless modem." For example, the Galaxy S22 includes a wireless modem for communicating with mobile service base stations providing a carrier-provided wireless wide area network and includes a wireless modem for communicating with Wi-Fi networks. |

| | |
|---|---|
| | **Network & Connectivity**    **5G**<br><br>5G Non-Standalone (NSA), Standalone (SA), Sub6 / mmWave<br><br>**LTE**<br><br>Enhanced 4x4 MIMO, Up to 7CA, LTE Cat.20<br>Up to 2.0Gbps Download / Up to 200Mbps Upload<br><br>**Wi-Fi**<br><br>Wi-Fi 802.11 a/b/g/n/ac/ax 2.4G+5GHz+6GHz, HE160, MIMO, 1024-QAM<br>Up to 2.4Gbps Download / Up to 2.4Gbps Upload<br><br>**Bluetooth**<br><br>Bluetooth® v 5.2, USB type-C, NFC, Location(GPS, Galileo, Glonass, BeiDou)<br><br>**Ultra Wide Band**<br><br>*Requires optimal connection. Actual speed may vary depending on country, carrier and user environment.<br>*The bandwidths supported by the device may vary depending on the region or service provider.<br>*Download and upload speeds reaching up to 2.4Gbps only available with Wi-Fi 6E. Wi-Fi 6E only supported on Galaxy S22 Ultra and S22+.<br>Galaxy S22 has Wi-Fi 6.<br>*Galileo and BeiDou coverage may be limited. BeiDou may not be available for certain countries.<br><br>https://www.samsung.com/us/smartphones/galaxy-s22/models/ |
| [1b] a processor configured to | Samsung Galaxy phones and tablets comprise "a processor." For example, the Galaxy S22 has either a Snapdragon (in the United States) or Exynos (in Korea) architecture-based application processor. *See* https://www.qualcomm.com/snapdragon/device-finder/smartphones/samsung-galaxy-s22.<br><br><br><br>**Snapdragon 8 Gen 1** |

| | https://www.samsung.com/us/smartphones/galaxy-s22/buy/galaxy-s22-128gb-unlocked-sm-s901uzkaxaa/ |
|---|---|
| [1c] for each given application of a plurality of applications on the wireless end-user device, monitor a network service usage activity of the wireless end-user communications device associated with the given application; | Samsung Galaxy phones and tablets comprise a processor configured to "for each given application of a plurality of applications on the wireless end-user device, monitor a network service usage activity of the wireless end-user communications device associated with the given application."<br><br>For example, Galaxy phones and tablets monitor network service usage activity associated with a given application. *See e.g.,*<br><br> |



https://www.samsung.com/ae/support/mobile-devices/android-pie-what-is-the-data-saver-feature/;

**Turn Data saver on or off**                                                    ⌄

Data saver prevents some apps from sending or receiving data in the background. So rest assured, you're not wasting any precious data.

1. Navigate to and open **Settings**, and then tap **Connections**.
2. Tap **Data usage**, tap **Data saver**, and then tap the **switch** next to Turn on now.
3. If there are still some apps you'd like to run in the background, you can set them as exceptions. Tap **Allowed to use data while Data saver is on** at the bottom of the screen.
4. Tap **More options** (the three vertical dots) and choose **Show system apps** or **Show allowed apps first** to narrow down the list.
5. Finally, tap the **switch(es)** next to your desired app(s).



https://www.samsung.com/us/support/answer/ANS00079018/;



## How to enable Data saver

**Data saver** helps reduce data usage by preventing apps from using data in the background. Follow the steps below to enable **Data saver**.

Step 1. Launch the **Settings** app, and then tap **Connections**.

Step 2. Select **Data usage**.

Step 3. Tap **Data saver**.

Step 4. Tap the switch next to **Turn on now** to activate **Data saver**.

You can also choose which apps you want to keep using your mobile data even when **Data saver** is activated. To give apps permission tap **Allow app while Data saver on**, then tap the switch next to the apps.

Alternatively, you can access these options in **Settings** > **Apps** > **select the app** > **Mobile data** > **Allow app while Data saver on**.

https://www.samsung.com/africa_en/support/mobile-devices/how-to-enable-or-disable-mobile-data-on-your-galaxy-phone/;

When a user enables Data Saver in **Settings** and the device is on a metered network, the system blocks background data usage and signals apps to use less data in the foreground wherever possible. Users can allow specific apps to use background metered data usage even when Data Saver is turned on.

https://developer.android.com/training/basics/network-ops/data-saver.

| | |
|---|---|
| [1d] classify, as a first classification for each given one of the network service usage activities, a classification based on the application associated with the given network service usage activity and that allows for a differential network access control, wherein the differential network access control comprises a set of service usage control policies applicable when a network service is available via the at least one wireless modem, including at least a first policy that allows the given network service usage activity to currently communicate data with a network destination via the at least one wireless modem, and a second policy that defers data communication associated with the given network service usage activity until a device state change occurs; | Galaxy phones and tablets, "classify, as a first classification for each given one of the network service usage activities, a classification based on the application associated with the given network service usage activity and that allows for a differential network access control, wherein the differential network access control comprises a set of service usage control policies applicable when a network service is available via the at least one wireless modem, including at least a first policy that allows the given network service usage activity to currently communicate data with a network destination via the at least one wireless modem, and a second policy that defers data communication associated with the given network service usage activity until a device state change occurs." <br><br> For example, Data Saver classifies an application's network activity when connected to a network and applies various policies which allow certain activities and defer other activities based on device state (e.g., whether the device is connected to Wi-fi or not). *See e.g.,* <br><br>  <br><br> https://www.samsung.com/us/support/answer/ANS00079018/ |



https://www.samsung.com/ae/support/mobile-devices/android-pie-what-is-the-data-saver-feature/;


# "Does data saver apply to Wi-Fi?

Does data saver affect WiFi? **No, it doesn't**. Data saver only restricts the apps from using mobile data. While you are on WiFi, your phone's data saver won't affect it."
https://techshift.net/does-data-saver-apply-to-wi-fi/

"The Data Saver option is only when you're not on WiFi and affects how you see your content."
https://www.technipages.com/how-to-give-android-apps-unrestricted-data-access-data-saver-on.

For further example, Galaxy phones and tablets are configured to apply various traffic control policies based on the power state of the device. *See e.g.*,

First, navigate to **Settings**, and then tap **Battery and device care**. Tap **Battery**, and then tap **Power saving mode**.



Tap the **switch** to turn it on. Power saving mode will limit certain things on your device, such as background network usage and syncing.

https://www.samsung.com/ca/support/mobile-devices/galaxy-phone-power-saving-mode/;

### Battery saver improvements

Android 9 makes a number of improvements to battery saver mode. The device manufacturer determines the precise restrictions imposed. For example, on AOSP builds, the system applies the following restrictions:

- The system puts apps in app standby mode more aggressively, instead of waiting for the app to be idle.

- Background execution limits apply to all apps, regardless of their target API level.

- Location services may be disabled when the screen is off.

- Background apps do not have network access.

In addition, there are other, device-specific power optimizations. For full details, see the page that describes power management restrictions.

As always, it's a good idea to test your app while battery saver is active. You can turn on battery saver manually through the device's **Settings > Battery Saver** screen.

https://developer.android.com/about/versions/pie/power#battery-saver;



https://www.samsung.com/ph/support/mobile-devices/how-to-use-power-saving-modes-on-your-galaxy-device/;



https://www.samsung.com/in/support/mobile-devices/how-to-enable-power-saving-mode-in-samsung-galaxy/.

| [1e] associate each given one of the network service usage activities with a service usage control policy dynamically selected from the set of service usage control policies, based on the first | Galaxy phones and tablets, "associate each given one of the network service usage activities with a service usage control policy dynamically selected from the set of service usage control policies, based on the first classification of the given network service usage activity and at least one device state." |
|---|---|

| classification of the given network service usage activity and at least one device state; and | For example, Galaxy phones and tablets dynamically apply a policy based on the application and device state. *See e.g.,* |
|---|---|
| |  |
| | https://www.samsung.com/us/support/answer/ANS00079018/ |



https://www.samsung.com/ae/support/mobile-devices/android-pie-what-is-the-data-saver-feature/;


## "Does data saver apply to Wi-Fi?

Does data saver affect WiFi? **No, it doesn't**. Data saver only restricts the apps from using mobile data. While you are on WiFi, your phone's data saver won't affect it."
https://techshift.net/does-data-saver-apply-to-wi-fi/

"The Data Saver option is only when you're not on WiFi and affects how you see your content."
https://www.technipages.com/how-to-give-android-apps-unrestricted-data-access-data-saver-on;

First, navigate to **Settings**, and then tap **Battery and device care**. Tap **Battery**, and then tap **Power saving mode**.



Tap the **switch** to turn it on. Power saving mode will limit certain things on your device, such as background network usage and syncing.

https://www.samsung.com/ca/support/mobile-devices/galaxy-phone-power-saving-mode/;

**Battery saver improvements**

Android 9 makes a number of improvements to battery saver mode. The device manufacturer determines the precise restrictions imposed. For example, on AOSP builds, the system applies the following restrictions:

- The system puts apps in app standby mode more aggressively, instead of waiting for the app to be idle.
- Background execution limits apply to all apps, regardless of their target API level.
- Location services may be disabled when the screen is off.
- Background apps do not have network access.

In addition, there are other, device-specific power optimizations. For full details, see the page that describes power management restrictions.

As always, it's a good idea to test your app while battery saver is active. You can turn on battery saver manually through the device's **Settings > Battery Saver** screen.

https://developer.android.com/about/versions/pie/power#battery-saver;



https://www.samsung.com/ph/support/mobile-devices/how-to-use-power-saving-modes-on-your-galaxy-device/;



https://www.samsung.com/in/support/mobile-devices/how-to-enable-power-saving-mode-in-samsung-galaxy/.

| [1f] manage network data access via the at least one wireless modem for each of the plurality of applications according to the dynamically selected service usage | Galaxy phones and tablets, "manage network data access via the at least one wireless modem for each of the plurality of applications according to the dynamically selected service usage control policy for each given network service activity of that application." |
|---|---|

| | |
|---|---|
| control policy for each given network service activity of that application | For example, Galaxy phones and tablets apply the service usage policy to manage the network data access of the application. *See e.g.,*  https://www.samsung.com/us/support/answer/ANS00079018/ |



https://www.samsung.com/ae/support/mobile-devices/android-pie-what-is-the-data-saver-feature/;


# "Does data saver apply to Wi-Fi?

Does data saver affect WiFi? **No, it doesn't**. Data saver only restricts the apps from using mobile data. While you are on WiFi, your phone's data saver won't affect it."
https://techshift.net/does-data-saver-apply-to-wi-fi/

"The Data Saver option is only when you're not on WiFi and affects how you see your content."
https://www.technipages.com/how-to-give-android-apps-unrestricted-data-access-data-saver-on;

---

### Check data saver preferences

On Android 7.0 (API level 24) and higher, apps can use the `ConnectivityManager` API to determine what data usage restrictions are being applied. The `getRestrictBackgroundStatus()` method returns one of the following values:

`RESTRICT_BACKGROUND_STATUS_DISABLED`

Data Saver is disabled.

`RESTRICT_BACKGROUND_STATUS_ENABLED`

The user has enabled Data Saver for this app. Apps should make an effort to limit data usage in the foreground and gracefully handle restrictions to background data usage.

`RESTRICT_BACKGROUND_STATUS_WHITELISTED`

The user has enabled Data Saver but the app is allowed to bypass it. Apps should still make an effort to limit foreground and background data usage.

```kotlin
Kotlin   Java

(getSystemService(Context.CONNECTIVITY_SERVICE) as ConnectivityManager).apply {
    // Checks if the device is on a metered network
    if (isActiveNetworkMetered) {
        // Checks user's Data Saver settings.
        when (restrictBackgroundStatus) {
            RESTRICT_BACKGROUND_STATUS_ENABLED -> {
                // Background data usage is blocked for this app. Wherever possible,
                // the app should also use less data in the foreground.
            }
            RESTRICT_BACKGROUND_STATUS_WHITELISTED -> {
                // The app is allowed to bypass Data Saver. Nevertheless, wherever possible,
                // the app should use less data in the foreground and background.
            }
            RESTRICT_BACKGROUND_STATUS_DISABLED -> {
                // Data Saver is disabled. Since the device is connected to a
                // metered network, the app should use less data wherever possible.
            }
        }
    } else {
        // The device is not on a metered network.
        // Use data as required to perform syncs, downloads, and updates.
    }
}
```

https://developer.android.com/training/basics/network-ops/data-saver;
https://developer.android.com/reference/android/net/ConnectivityManager;

First, navigate to **Settings**, and then tap **Battery and device care**. Tap **Battery**, and then tap **Power saving mode**.



Tap the **switch** to turn it on. Power saving mode will limit certain things on your device, such as background network usage and syncing.

https://www.samsung.com/ca/support/mobile-devices/galaxy-phone-power-saving-mode/;

## Battery saver improvements

Android 9 makes a number of improvements to battery saver mode. The device manufacturer determines the precise restrictions imposed. For example, on AOSP builds, the system applies the following restrictions:

- The system puts apps in app standby mode more aggressively, instead of waiting for the app to be idle.

- Background execution limits apply to all apps, regardless of their target API level.

- Location services may be disabled when the screen is off.

- Background apps do not have network access.

In addition, there are other, device-specific power optimizations. For full details, see the page that describes power management restrictions.

As always, it's a good idea to test your app while battery saver is active. You can turn on battery saver manually through the device's **Settings > Battery Saver** screen.

https://developer.android.com/about/versions/pie/power#battery-saver;



https://www.samsung.com/ph/support/mobile-devices/how-to-use-power-saving-modes-on-your-galaxy-device/;



https://www.samsung.com/in/support/mobile-devices/how-to-enable-power-saving-mode-in-samsung-galaxy/.

| [1g] a memory coupled to the processor and configured to provide the processor with instructions. | Samsung Galaxy phones and tablets comprise "a memory coupled to the processor and configured to provide the processor with instructions."

For example, the Galaxy S22 model is sold with 8GB RAM and either 128GB or 256GB non-removable memory storage, in which instructions are stored. |

| | | | |
|---|---|---|---|
| **Storage Options** | 128GB | 256GB | 512GB | 1TB | 128GB | 256GB | 128GB | 256GB |
| **Processor** | Snapdragon 8 Gen 1 | Snapdragon 8 Gen 1 | Snapdragon 8 Gen 1 |
| **RAM Options** | 8GB | 12GB | 8GB | 8GB |

https://www.samsung.com/us/smartphones/galaxy-s22/buy/galaxy-s22-128gb-unlocked-sm-s901uzkaxaa/