# Exhibit 16

# U.S. Patent No. 9,277,433 ("'433 Patent")

Accused Devices: Samsung Galaxy phones and tablets, and all versions and variations thereof since the issuance of the asserted patent.

## Claim 1

| Issued Claim(s) | Public Documentation |
|---|---|
| 1. A wireless end-user device, comprising: | Samsung Galaxy phones and tablets are each "a wireless end-user device." For example, the Galaxy S22 is a "wireless end-user device." |
| a wireless wide area network (WWAN) modem to communicate data for Internet service activities between the device and at least one WWAN, when configured for and connected to the at least one WWAN, the at least one WWAN having a corresponding network type of a plurality of wireless network types | Samsung Galaxy phones and tablets comprise "a wireless wide area network (WWAN) modem to communicate data for Internet service activities between the device and at least one WWAN, when configured for and connected to the at least one WWAN, the at least one WWAN having a corresponding network type of a plurality of wireless network types supported by the device for data communication." For example, the Galaxy S22 comprises wireless modems which communicate with mobile service provider base stations to access a wireless wide area network (such as a GSM-type network and a Wi-Fi network). |

| | |
|---|---|
| supported by the device for data communication; | **Network & Connectivity**<br>**5G**<br>5G Non-Standalone (NSA), Standalone (SA), Sub6 / mmWave<br><br>**LTE**<br>Enhanced 4x4 MIMO, Up to 7CA, LTE Cat.20<br>Up to 2.0Gbps Download / Up to 200Mbps Upload<br><br>**Wi-Fi**<br>Wi-Fi 802.11 a/b/g/n/ac/ax 2.4G+5GHz+6GHz, HE160, MIMO, 1024-QAM<br>Up to 2.4Gbps Download / Up to 2.4Gbps Upload<br><br>**Bluetooth**<br>Bluetooth® v 5.2, USB type-C, NFC, Location(GPS, Galileo, Glonass, BeiDou)<br><br>**Ultra Wide Band**<br><br>*Requires optimal connection. Actual speed may vary depending on country, carrier and user environment.<br>*The bandwidths supported by the device may vary depending on the region or service provider.<br>*Download and upload speeds reaching up to 2.4Gbps only available with Wi-Fi 6E. Wi-Fi 6E only supported on Galaxy S22 Ultra and S22+.<br>Galaxy S22 has Wi-Fi 6.<br>*Galileo and BeiDou coverage may be limited. BeiDou may not be available for certain countries.<br><br>https://www.samsung.com/us/smartphones/galaxy-s22/models/ |
| a non-transitory memory to store a network service activity control policy set, the policy set including at least a first differential traffic control policy element associating one or more Internet activity access controls with at least a first end-user application; and | Samsung Galaxy phones and tablets comprise "a non-transitory memory to store a network service activity control policy set, the policy set including at least a first differential traffic control policy element associating one or more Internet activity access controls with at least a first end-user application." For example, the Galaxy S22 comprises RAM and internal memory for storing network service activity control policies. The memory stores persistent "data saver" states for applications which affect background app refresh permissions, and the controls are user-accessible and changeable as shown below. |





https://www.samsung.com/ae/support/mobile-devices/android-pie-what-is-the-data-saver-feature/



https://www.samsung.com/ae/support/mobile-devices/android-pie-what-is-the-data-saver-feature/

| | |
|---|---|
| one or more processors configured to access the network service activity control policy set, determine whether to apply the one or more Internet activity access controls with respect to a first Internet access request by or on behalf of the first end-user application, based at least on which of the plurality of wireless network types is to provide data communication for Internet access requests, and when the one or more Internet activity access controls are to be applied, apply the one or more Internet activity access controls to aggregate network activity for the first Internet access request with network activity for one or more other data communication requests, which are otherwise not associated with the first end-user application, before allowing network activity in association with the first Internet access request. | The Galaxy devices and tablets comprise "one or more processors configured to access the network service activity control policy set, determine whether to apply the one or more Internet activity access controls with respect to a first Internet access request by or on behalf of the first end-user application, based at least on which of the plurality of wireless network types is to provide data communication for Internet access requests, and when the one or more Internet activity access controls are to be applied, apply the one or more Internet activity access controls to aggregate network activity for the first Internet access request with network activity for one or more other data communication requests, which are otherwise not associated with the first end-user application, before allowing network activity in association with the first Internet access request," as illustrated by the below exemplary citations.<br><br> |

|  | The Doze restriction on network access is also likely to affect your app, especially if the app relies on real-time messages such as tickles or notifications. If your app requires a persistent connection to the network to receive messages, you should use Firebase Cloud Messaging (FCM) if possible.<br><br>https://developer.android.com/training/monitoring-device-state/doze-standby |
|---|---|