# Exhibit 17

# U.S. Patent No. 9,609,544 ("'544 Patent")

Accused Devices: Samsung Galaxy phones and tablets, and all versions and variations thereof since the issuance of the asserted patent.

**Claim 1**

| Issued Claim(s) | Public Documentation |
|---|---|
| 1. A wireless end-user device, comprising: | Samsung Galaxy phones and tablets are each "a wireless end-user device." For example, the Galaxy S22 is a "wireless end-user device." |
| a wireless modem to communicate data for network service usage activities between the device and a wireless network; | Samsung Galaxy phones and tablets comprise "a wireless modem to communicate data for network service usage activities between the device and a wireless network." <br><br> For example, the Galaxy S22 includes a wireless modem for communicating with mobile service base stations. |

| | |
|---|---|
| Network & Connectivity | **5G**<br>5G Non-Standalone (NSA), Standalone (SA), Sub6 / mmWave<br><br>**LTE**<br>Enhanced 4x4 MIMO, Up to 7CA, LTE Cat.20<br>Up to 2.0Gbps Download / Up to 200Mbps Upload<br><br>**Wi-Fi**<br>Wi-Fi 802.11 a/b/g/n/ac/ax 2.4G+5GHz+6GHz, HE160, MIMO, 1024-QAM<br>Up to 2.4Gbps Download / Up to 2.4Gbps Upload<br><br>**Bluetooth**<br>Bluetooth® v 5.2, USB type-C, NFC, Location(GPS, Galileo, Glonass, BeiDou)<br><br>**Ultra Wide Band**<br><br>*Requires optimal connection. Actual speed may vary depending on country, carrier and user environment.<br>*The bandwidths supported by the device may vary depending on the region or service provider.<br>*Download and upload speeds reaching up to 2.4Gbps only available with Wi-Fi 6E. Wi-Fi 6E only supported on Galaxy S22 Ultra and S22+.<br>Galaxy S22 has Wi-Fi 6.<br>*Galileo and BeiDou coverage may be limited. BeiDou may not be available for certain countries. |

https://www.samsung.com/us/smartphones/galaxy-s22/models/

| | |
|---|---|
| a processor that executes instructions to associate network service usage activity, on behalf of a first device application, and that occurs when the first device application is not in the foreground of user interaction, with a network service usage control policy, | Samsung Galaxy phones and tablets comprise "a processor that executes instructions to associate network service usage activity, on behalf of a first device application, and that occurs when the first device application is not in the foreground of user interaction, with a network service usage control policy."<br><br>For example, the Galaxy S22 uses a Snapdragon 8 (Gen 1) processor manufactured by Qualcomm. *See* https://www.qualcomm.com/snapdragon/device-finder/smartphones/samsung-galaxy-s22.<br><br><br><br>The Galaxy S22's processor executes instructions that associate network service usage activity, on behalf of a first device application, and that occurs when the first device application is not in the foreground of user interaction, with a network service usage control policy, as shown by the exemplary citations below. |



| | |
|---|---|
| | <br><br>https://www.samsung.com/ae/support/mobile-devices/android-pie-what-is-the-data-saver-feature/ |
| set an application state indicating whether the first device application, associated with a particular network service usage activity, is in the foreground of user interaction, and | Samsung Galaxy phones and tablets comprise a processor which sets "an application state indicating whether the first device application, associated with a particular network service usage activity, is in the foreground of user interaction." For example, Samsung Galaxy phones and tablets utilize a "data saver" mode through which the device monitors and sets application states of applications indicating whether that application is in the background or foreground of user interaction, which in turn affects the network service usage policy applied by the device to that application. |

| | |
|---|---|
| | <br><br>https://www.samsung.com/ae/support/mobile-devices/android-pie-what-is-the-data-saver-feature/ |
| dynamically determine whether to apply the network service usage control policy to the particular network service usage activity, based on the application state and based on a power control state; and | Samsung Galaxy phones and tablets comprise a processor which "dynamically determine[s] whether to apply the network service usage control policy to the particular network service usage activity, based on the application state and based on a power control state." As shown in the above exemplary citations, the Galaxy S22 provides a "data saver" mode which controls which application state (for example, "background" or "foreground") applies to a given application. The Galaxy S22 determines which network service usage control policy to apply |

| | |
|---|---|
| | based on such application states as well as a power control state, such as the Galaxy S22's "power saving mode," as shown in the below exemplary citations.<br><br>**Power saving mode**<br><br>If you know you'll be away from a charger for an extended period and you want to make sure your phone will last, just turn on Power saving mode. This way, you won't have to worry about a low battery.<br><br>First, navigate to **Settings**, and then tap **Battery and device care**. Tap **Battery**, and then tap **Power saving**. Tap the **switch** to turn it on. This will limit certain things on your device, such as background network usage and syncing.<br><br>You can use additional power saving options as well:<br><br>- **Turn off Always on Display:** This will disable the Always on Display feature.<br>- **Limit CPU speed to 70%:** Decreases the processing speed of your device.<br>- **Decrease brightness by 10%:** Tap this option to dim your device's screen by 10%.<br>- **Limit apps and Home screen:** This option will provide you with maximum power saving by limiting background activity, using a simplified Home screen, and limiting available apps. It will also turn off Edge panels.<br><br>In order to turn these options on or off, Power saving must be disabled. Once you've made your desired adjustments, you can turn Power saving back on. You can also save battery power by putting unused apps to sleep with **sleeping apps settings**.<br><br>**Note:** Devices with One UI 2.5 or lower will have different power saving options, such as Optimized, Medium power saving, and Maximum power saving. To find these options, open **Settings**, tap **Device care**, tap **Battery**, and then tap **Power mode**.<br><br>https://www.samsung.com/us/support/answer/ANS00079037/#:~:text=First%2C%20navigate%20to%20Settings%2C%20and,background%20network%20usage%20and%20syncing. |
| a memory coupled to the processor to provide the processor with the instructions. | Samsung Galaxy phones and tablets comprise a "a memory coupled to the processor to provide the processor with the instructions." For example, the Galaxy S22 has both RAM and internal storage: |

|  | Memory | Galaxy S22<br><br>8GB RAM (LPDDR5) with 256GB internal storage<br>8GB RAM (LPDDR5) with 128GB internal storage |
|---|---|---|