IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:22-cv-00422-JRG-RSP |
| SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG ELECTRONICS CO. LTD., | § § § § § | |
| *Defendants*. | § § | |

## ORDER

Before the Court is Plaintiff Headwater Research LLC's Unopposed Motion for Leave to Amend Complaint. **Dkt. No. 41.** Headwater previously filed a First Amended Complaint (Dkt. No. 9). Headwater moves to file a Second Amended Complaint to add infringement claims for U.S. Patent Nos. 9,143,976, 9,277,433, 9,609,544, and 10,237,773, and to dismiss without prejudice the complaint in *Headwater v. Samsung Electronics Co., Ltd., et al*, Case No. 2:22-cv-00467 that includes the same patents Headwater seeks to add to this case.

After due consideration, the Court **GRANTS** the motion. Accordingly, the Court accepts Headwater's Second Amended Complaint (Dkt. No. 42) as filed.

**SIGNED this 14th day of March, 2023.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE