IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> SAMSUNG ELECTRONICS AMERICA, § <br> INC. and SAMSUNG ELECTRONICS CO. § <br> LTD., § <br> § <br> *Defendants*. § | CIVIL ACTION NO. 2:22-cv-00422-JRG-RSP |

## ORDER

Before the Court is the Joint Motion for Extension of Time to File Proposed Docket Control Order and Discovery Order filed by Plaintiff Headwater Research, LLC and Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. **Dkt. No. 46**.

After due consideration, the Court **GRANTS** the motion. It is therefore **ORDERED** that the deadline for filing the proposed docket control order and discovery order is extended to March 30, 2023.

**SIGNED this 29th day of March, 2023.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE