# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:22-cv-00422-JRG-RSP |
| § | |
| SAMSUNG ELECTRONICS AMERICA, § | |
| INC. and SAMSUNG ELECTRONICS CO. § | |
| LTD., § | |
| § | |
| *Defendants*. § | |

## ORDER

Before the Court is the Second Joint Motion for Extension of Time to File Proposed Docket Control Order and Discovery Order filed by Plaintiff Headwater Research, LLC and Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. **Dkt. No. 48**.

After due consideration, the Court **GRANTS** the motion. It is therefore **ORDERED** that the deadline for filing the proposed docket control order and discovery order is extended to April 4, 2023.

**SIGNED this 31st day of March, 2023.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE