# Exhibit C

# RE: Headwater (EDTX-422): Draft Docket Control Order, Discovery Order, and Protective Order

From: **Rae Crisler** I crisler@fr.com  Thursday, Mar 30 at 5:54 PM

To: **Jason Wietholter** I jwietholter@raklaw.com

Cc: **headwater@raklaw.com** I headwater@raklaw.com, **[SERVICE FR] Samsung-Headwater** I SERVICEFRSamsung-Headwater@fr.com, **tom@gillamsmithlaw.com** I tom@gillamsmithlaw.com, **melissa@gillamsmithlaw.com** I melissa@gillamsmithlaw.com

Thank you, Jason.  This is helpful.  We do not agree that the Rules are clear what constitutes a "deposition" such that a Rule 30(b)(6) deposition is necessarily limited to seven hours.  We came across the *Infernal* case, too, but we have not seen it applied in EDTX or by Judge Gilstrap. Judge Gilstrap has allowed for Rule 30(b)(6) depositions to exceed 7 hours in disputes very similar to this one.  *See Quest Nettech Corp. v. Apple Inc.*, Case No. 2:19-cv-00118-JRG, Dkt. Nos. 31 and 41 (E.D. Tex., July 15, 2019), for example.

**Rae Crisler** :: Fish & Richardson P.C. :: 214-760-6138 direct