# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.;<br>and SAMSUNG ELECTRONICS<br>AMERICA, INC.,<br><br>*Defendants*. | Civil Action No. 2:22-cv-00422-JRG-RSP<br><br>**JURY DEMANDED** |

## JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

Pursuant to the Court's Order setting a deadline to file a proposed Protective Order (D.I. 12), Plaintiff Headwater Research, LLC ("Headwater") and Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. (collectively, "Defendants" or "Samsung"), (collectively, the "Parties") hereby jointly request that the Court enter the proposed Protective Order, attached hereto.

- 2 -

| | |
|---|---|
| Dated: April 4, 2023 | Respectfully submitted, |
| /s/ *Andria Rae Crisler (with permission)* | /s/ *Robert Christopher Bunt* |
| Ruffin B. Cordell | Marc Fenster |
| TX Bar No. 04820550 | CA State Bar No. 181067 |
| Michael J. McKeon | Reza Mirzaie |
| DC Bar No. 459780 | CA State Bar No. 246953 |
| mckeon@fr.com | Brian Ledahl |
| Jared Hartzman (*pro hac vice*) | CA State Bar No. 186579 |
| DC Bar No. 1034255 | Ben Wang |
| hartzman@fr.com | CA State Bar No. 228712 |
| Joshua Carrigan (*pro hac vice*) | Paul Kroeger |
| VA Bar No. 96911 | CA State Bar No. 229074 |
| carrigan@fr.com | Neil A. Rubin |
| FISH & RICHARDSON P.C. | CA State Bar No. 250761 |
| 1000 Maine Avenue, SW, Ste 1000 | Kristopher Davis |
| Washington, D.C. 20024 | CA State Bar No. 329627 |
| Telephone: (202) 783-5070 | James S. Tsuei |
| Facsimile: (202) 783-2331 | CA State Bar No. 285530 |
| | Philip Wang |
| Thad C. Kodish | CA State Bar No. 262239 |
| GA Bar No. 427603 | Amy Hayden |
| tkodish@fr.com | CA State Bar No. 287026 |
| Benjamin K. Thompson | James Milkey |
| GA Bar No. 633211 | CA State Bar No. 281283 |
| bthompson@fr.com | Jason M. Wietholter |
| Nicholas A. Gallo (*pro hac vice*) | CA State Bar No. 337139 |
| GA Bar No. 546590 | RUSS AUGUST & KABAT |
| gallo@fr.com | 12424 Wilshire Blvd. 12th Floor |
| Steffen Lake (*pro hac vice*) | Los Angeles, CA 90025 |
| GA Bar No. 512272 | Telephone: 310-826-7474 |
| lake@fr.com | rak_headwater@raklaw.com |
| FISH & RICHARDSON P.C. | |
| 1180 Peachtree St. NE, Fl. 21 | Robert Christopher Bunt |
| Atlanta, GA 30309 | Parker, Bunt & Ainsworth, P.C. |
| Telephone: (404) 892-5005 | Texas State Bar No. 00787165 |
| Facsimile: (404) 892-5002 | 100 E. Ferguson Suite 418 |
| | Tyler, Texas 75702 |
| Leonard E. Davis | Tel.: (903) 531-3535 |
| TX Bar No. 05521600 | rcbunt@pbatyler.com |
| ldavid@fr.com | |
| Andria Rae Crisler | **ATTORNEYS FOR PLAINTIFF,** |
| TX Bar No. 24093792 | **Headwater Research LLC** |
| crisler@fr.com | |

FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214)747-5070
Facsimile: (214) 747-2091

John-Paul R. Fryckman (*pro hac vice*)
CA Bar No. 317591
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Melissa R. Smith
State Bar No. 24001351
Melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Andrew Thompson ("Tom") Gorham
State Bar No. 24012715
tom@gillamsmithlaw.com
GILLAM & SMITH, LLP
102 N. College, Ste. 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

*Attorneys for Defendants*
*Samsung Electronics Co., Ltd. and*
*Samsung Electronics America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 5th day of April 2023, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Robert Christopher Bunt*
Robert Christopher Bunt

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h).  The parties are in agreement on filing this Joint Motion.

*/s/ Robert Christopher Bunt*
Robert Christopher Bunt
