IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. et al<br><br>　　　　Defendants. | Civil Action No. 2:22-cv-00422-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF COMPLIANCE REGARDING INITIAL AND ADDITIONAL DISCLOSURES

Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. hereby respectfully provide notice that, pursuant to Docket Control Order (Dkt. No. 51) counsel for Plaintiff Headwater Research LLC, was served with Defendants' Initial and Additional Disclosures via electronic mail and April 4, 2023.

Dated:  April 5, 2023

Respectfully submitted,

*/s/ Melissa R. Smith*

Ruffin B. Cordell
TX Bar No. 04820550
Michael J. McKeon
DC Bar No. 459780
mckeon@fr.com
Jared Hartzman (pro hac vice)
DC Bar No. 1034255
hartzman@fr.com
Joshua Carrigan (pro hac vice)
VA Bar No. 96911

1

carrigan@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, SW, Ste 1000
Washington, D.C. 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Thad C. Kodish
GA Bar No. 427603
tkodish@fr.com
Benjamin K. Thompson
GA Bar No. 633211
bthompson@fr.com
Nicholas A. Gallo (pro hac vice)
GA Bar No. 546590
gallo@fr.com
Steffen Lake (pro hac vice)
GA Bar No. 512272
lake@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

Leonard E. Davis
TX Bar No. 05521600
ldavid@fr.com
Andria Rae Crisler
TX Bar No. 24093792
crisler@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214)747-5070
Facsimile: (214) 747-2091

Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

***ATTORNEYS FOR DEFENDANTS
SAMSUNG ELECTRONICS CO., LTD. AND
SAMSUNG ELECTRONICS AMERICA, INC***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 5, 2023.

 /s/ Melissa R. Smith
Melissa R. Smith