IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG ELECTRONICS CO., LTD.<br><br>Defendants. | Civil Action No. 2:22-CV-00422-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION TO AMEND DOCKET CONTROL ORDER**

Defendants Samsung Electronics America, Inc. and Samsung Electronics Co., Ltd. (collectively, "Defendants") respectfully file this Unopposed Motion to Amend Docket Control Order to briefly extend the deadlines to comply with P.R. 3-3, 3-4(b), and the Standing Order Regarding Subject-Matter Eligibility Contentions from April 25, 2023, up to and including May 9, 2023.

No other deadlines will be affected by this amendment. Defendants do not file this Motion for the purposes of delay, but rather so that justice may be done. Counsel for Defendants have met and conferred with counsel for Plaintiff, and Plaintiff indicated that it is unopposed to the relief sought in this Motion.

Accordingly, Defendants respectfully request that the Court grant this Unopposed Motion to Amend Docket Control Order and amend the Docket Control Order (Dkt. 57) as follows:

| Original Date | Amended Date | Event |
|---|---|---|
| April 25, 2023 | **May 9, 2023** | Comply with Standing Order Regarding Subject-Matter Eligibility Contentions[1] |
| April 25, 2023 | **May 9, 2023** | Comply with P.R. 3-3 & 3-4(b) (Invalidity Contentions) |

Dated:  April 19, 2023

Respectfully submitted,

*/s/ Melissa R. Smith*
Ruffin B. Cordell
Texas Bar No. 04820550
Michael J. McKeon
Washington, D.C. Bar No. 459780
mckeon@fr.com
Jared Hartzman (*Pro Hac Vice*)
Washington, D.C. Bar No. 1034255
hartzman@fr.com
Joshua Carrigan (*Pro Hac Vice*)
Virginia Bar No. 96911
carrigan@fr.com
**FISH & RICHARDSON P.C.**
1000 Maine Avenue, SW, Ste 1000
Washington, D.C. 20024
Telephone: (202) 783-5070
Facsimile:  (202) 783-2331

Thad C. Kodish
Georgia Bar No. 427603
tkodish@fr.com
Benjamin K. Thompson
Georgia Bar No. 633211
bthompson@fr.com
Nicholas A. Gallo (*Pro Hac Vice*)
Georgia Bar No. 546590
gallo@fr.com
Steffen Lake (*Pro Hac Vice*)
Georgia Bar No. 512272
lake@fr.com
**FISH & RICHARDSON P.C.**
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005

---

[1] http://www.txed.uscourts.gov/sites/default/files/judgeFiles/EDTX%20Standing%20Order%20Re%20Subject%20Matter%20Eligibility%20Contentions%20.pdf [https://perma.cc/RQN2-YU5P]

Facsimile:  (404) 892-5002

Leonard E. Davis
Texas Bar No. 05521600
ldavid@fr.com
Andria Rae Crisler
Texas Bar No. 24093792
crisler@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214)747-5070
Facsimile:  (214) 747-2091

Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257
melissa@gillamsmithlaw.com

*Attorneys For Defendants*
*Samsung Electronics America, Inc. and*
*Samsung Electronics Co., Ltd.*

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on April 19, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a true and correct copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Melissa R. Smith*
_____
Melissa R. Smith

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Defendants met and conferred with counsel for Plaintiff in accordance with Local Rule CV-7(h). Plaintiff indicated that it is unopposed to the relief sought in this Motion.

*/s/ Melissa R. Smith*
_____
Melissa R. Smith