THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    *Defendants*. | Case No. 2:22-CV-00422-JRG-RSP |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Grant Schmidt, Jon Hyland, and Theo Kwong, of the law firm Hilgers Graben PLLC, enter their appearances for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. and consent to electronic services of all papers in this action.

Dated: April 19, 2023

Respectfully,

*/s/ Grant K. Schmidt*
Grant K. Schmidt
Texas Bar No. 24084579
gschmidt@hilgersgraben.com
Jon Hyland
jhyland@hilgersgraben.com
Texas Bar No. 24046131
Theo Kwong
Texas Bar No. 24087871
tkwong@hilgersgraben.com

**HILGERS GRABEN PLLC**
7859 Walnut Hill Lane, Suite 335
Dallas, Texas 75230
Telephone:  (469) 751-2819

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 19, 2023, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

            */s/ Grant K. Schmidt*
            Grant K. Schmidt