# EXHIBIT E

| | |
|---|---|
| **From:** | Grant Schmidt <gschmidt@hilgersgraben.com> |
| **Sent:** | Monday, July 24, 2023 11:55 PM |
| **To:** | Jon Hyland; lanceyang@quinnemanuel.com; Kevin Jang; Theo Kwong |
| **Subject:** | RE: Headwater Research v. Samsung Electronics |

Lance –

Following up on the below. Please let us know your availability to connect tomorrow, Wednesday, or Thursday.

Thanks,
Grant

Grant Schmidt
Managing Partner – Dallas
Hilgers Graben PLLC
7859 Walnut Hill Lane, Suite 335
Dallas, TX 75230
469.751.2819 (d)
214.507.5042 (m)

Bio | Email | hilgersgraben.com

Hilgers Graben

---

**From:** Grant Schmidt
**Sent:** Wednesday, July 19, 2023 6:36 PM
**To:** Jon Hyland <jhyland@hilgersgraben.com>; Lance Yang <lanceyang@quinnemanuel.com>; Kevin Jang <kevinjang@quinnemanuel.com>; Theo Kwong <tkwong@hilgersgraben.com>
**Subject:** RE: Headwater Research v. Samsung Electronics

Hi Lance –

Hope you are doing well. We really need your assistance here. Can you let us know the status of the production of the code referenced below?

Thanks very much for your help,
Grant

Grant Schmidt
Managing Partner – Dallas
Hilgers Graben PLLC
7859 Walnut Hill Lane, Suite 335
Dallas, TX 75230
469.751.2819 (d)

214.507.5042 (m)

Bio | Email | hilgersgraben.com

---

**From:** Jon Hyland <jhyland@hilgersgraben.com>
**Sent:** Thursday, July 13, 2023 5:26 PM
**To:** Lance Yang <lanceyang@quinnemanuel.com>; Grant Schmidt <gschmidt@hilgersgraben.com>; Kevin Jang <kevinjang@quinnemanuel.com>; Theo Kwong <tkwong@hilgersgraben.com>
**Subject:** Headwater Research v. Samsung Electronics

Lance –

Based on prior communications, we wanted to follow up with you to confirm when Google will produce certified versions of the Android code pursuant to the subpoena. As discussed, relevant versions of Android code include (at least) versions 1.0 through 2.2 (i.e. API Levels 1-8).

Jon B. Hyland

7859 Walnut Hill Lane
Suite 335
Dallas, Texas 75230
|Office:  972-645-3097|Cell: 214-957-7728|
www.hilgersgraben.com





2