# EXHIBIT F

**From:** Kevin Jang <kevinjang@quinnemanuel.com>
**Sent:** Friday, July 28, 2023 5:00 PM
**To:** Grant Schmidt <gschmidt@hilgersgraben.com>; Jon Hyland <jhyland@hilgersgraben.com>; Theo Kwong <tkwong@hilgersgraben.com>
**Cc:** Lance Yang <lanceyang@quinnemanuel.com>
**Subject:** 2:22-CV-00422: Google's response to subpoena

**External Email - Do not open suspicious attachments or links from known or unknown senders.**

Counsel:

In response to Samsung's April 28, 2023 subpoena in Case No. 2:22-CV-00422 (EDTX), Google serves its document production in the link below:

## Secure Delivery

The following file(s) have been sent to you from kevinjang@quinnemanuel.com. To download, please click on the following link.

Click here to download the file(s) listed below

PROD001_GOOG-HEADWATER-00000001.zip        11.45 MB

If the link above does not open, please copy and paste the following URL into your browser:
https://sendfile.quinnemanuel.com/pkg?token=4dbfae99-78ab-480c-8d02-e80a2b53d151

The secure message expires on 8/4/23 2:56:38 PM

Password to download will follow in a separate email.

In addition, Google is ready to provide source code designated CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE for inspection as well.  But Google has one concern with the terms of the current Protective Order (Dkt. 55) that it would like addressed before the source code is made available.  Specifically, Section 23 of the Protective Order, which governs disposition following the final termination of the case, allows a receiving party to maintain pleadings, expert reports, and other documents containing "any Protected Material" for archival purposes.  Google has a substantial concern with copies of its confidential and proprietary source code remaining in existence after the final termination of the case.  Google believes this can be remedied if the archival purpose exception is limited to "Protected Material other than the materials designated CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE or any materials which contain materials designated CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE."  Please let us know if Samsung and Headwater are  amenable to amend the Protective Order.  Google will make available this code promptly after the Protective Order is amended.

Regards,
Kevin Jang

**Kevin Jang**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6486 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
kevinjang@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.