# EXHIBIT G

| | |
|---|---|
| **From:** | Grant Schmidt <gschmidt@hilgersgraben.com> |
| **Sent:** | Monday, July 31, 2023 1:01 PM |
| **To:** | ahayden@raklaw.com; bwang@raklaw.com; bledahl@raklaw.com; charley@pbatyler.com; jmilkey@raklaw.com; jtsuei@raklaw.com; jwietholter@raklaw.com; kdavis@raklaw.com; nrubin@raklaw.com; pkroeger@raklaw.com; pwang@raklaw.com; rmirzaie@raklaw.com; rcbunt@pbatyler.com; mafenster@raklaw.com |
| **Cc:** | Ruffin Cordell; tom@gillamsmithlaw.com; Rae Crisler; Benjamin K. Thompson; Jared Hartzman; John-Paul Fryckman; Josh Carrigan; Leonard Davis; melissa@gillamsmithlaw.com; Michael McKeon; Nick Gallo; Steffen Lake; Thad Kodish; Paralegals; Theo Kwong; Jon Hyland |
| **Subject:** | RE: Headwater v. Samsung (Case No. 22-CV-422) Notice of Subpoenas |

[This email originated outside of F&R.]

All –

Please see the below information to access the production received from Google. Password to come in a subsequent e-mail.

###

Click here to download the file(s) listed below

PROD001_GOOG-HEADWATER-00000001.zip    11.45 MB

If the link above does not open, please copy and paste the following URL into your browser:
https://sendfile.quinnemanuel.com/pkg?token=4dbfae99-78ab-480c-8d02-e80a2b53d151

The secure message expires on 8/4/23 2:56:38 PM

###

Thank you,
Grant

Grant Schmidt
Managing Partner – Dallas
Hilgers Graben PLLC
7859 Walnut Hill Lane, Suite 335
Dallas, TX 75230
469.751.2819 (d)
214.507.5042 (m)
Bio | Email | hilgersgraben.com

Hilgers Graben