# EXHIBIT J

| | |
|---|---|
| **From:** | James Tsuei <jtsuei@raklaw.com> |
| **Sent:** | Thursday, August 17, 2023 2:50 PM |
| **To:** | Jared Hartzman |
| **Cc:** | headwater@raklaw.com; [SERVICE FR] Samsung-Headwater |
| **Subject:** | Re: Headwater v. Samsung Case No. 2:22-cv-422: Intent to Supplement Contentions |

Jared, we can discuss tomorrow at 10 a.m. Pacific time. If that works, please send around a dial-in.

Thanks,
--
James Tsuei
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
(310) 826-7474
jtsuei@raklaw.com

* * * * * * * * * * * * * * * * * * * * * * * *

IRS Circular 230 Notice:  This communication is not intended to be used and cannot be used, for the purpose of avoiding U.S. federal tax-related penalties or promoting, marketing or recommending to another party any tax-related matter addressed herein.
- - - - - - - - - - - - - - - - - - - - - - - - - - - -
This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature.  This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s).  If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.