THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONIC CO., LTD and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:22-CV-00422-JRG-RSP |

## [PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS

Before the Court is Defendants' Unopposed Motion for Leave to Amend Invalidity Contentions. Having considered the Motion and that the Motion is unopposed, the Court is of the opinion that the Motion should be GRANTED. Accordingly, Defendants may amend their invalidity contentions.

IT IS SO ORDERED.