IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, | § |
| *Plaintiff*, | § |
| v. | § CIVIL ACTION NO. 2:22-CV-00422-JRG-RSP |
| SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG ELECTRONICS CO. LTD., | § |
| *Defendants*. | § |

## ORDER

Before the Court is Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.'s ("Defendants") Unopposed Motion for Leave to Amend Invalidity Contentions. **Dkt. No. 65**. After due consideration, and in light of its unopposed nature, the Court **GRANTS** the motion. Accordingly, Defendants may amend their invalidity contentions.

**SIGNED this 6th day of September, 2023.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE