# EXHIBIT 3



# PTAB Trial Statistics
# FY23 Q3 Outcome Roundup
# IPR, PGR

Patent Trial and Appeal Board
Fiscal Year 2023 3rd Quarter



# Petitions filed by trial type
**(FY23 through Q3: Oct. 1, 2022 to Jun. 30, 2023)**



IPR
960
98%

976
Total

PGR
16
2%

Trial types include Inter Partes Review (IPR) and Post Grant Review (PGR).



3

# Petitions filed by technology
**(FY23 through Q3: Oct. 1, 2022 to Jun. 30, 2023)**



976 Total

Mechanical & Business Method: 176, 18%
Chemical: 24, 2%
Bio/Pharma: 75, 8%
Design: 5, 1%
Electrical/Computer: 696, 71%



4

# Petitions filed by month
## (June 2023 and Previous 12 Months: Jun. 1, 2022 to Jun. 30, 2023)



# Institution rates by petition
## (FY19 to FY23 through Q3: Oct. 1, 2018 to Jun. 30, 2023)



by Petition

| | FY19 | FY20 | FY21 | FY22 | FY23 YTD |
|---|---|---|---|---|---|
| Instituted | 859 | 648 | 702 | 769 | 587 |
| Denied | 510 | 512 | 504 | 397 | 288 |
| Rate | 63% | 56% | 58% | 66% | 67% |

6

# Institution rates by patent
**(FY19 to FY23 through Q3: Oct. 1, 2018 to Jun. 30, 2023)**



7

# Institution rates by technology
**(FY23 through Q3: Oct. 1, 2022 to Jun. 30, 2023)**



Institution rate for each technology is calculated by dividing petitions instituted by decisions on institution (i.e., petitions instituted plus petitions denied). The outcomes of decisions on institution responsive to requests for rehearing are excluded.



8



# Settlements
**(FY19 to FY23 through Q3: Oct. 1, 2018 to Jun. 30, 2023)**

**Settlement Rate**

| | FY19 | FY20 | FY21 | FY22 | FY23 YTD |
|---|---|---|---|---|---|
| Settlement Rate | 31% | 22% | 32% | 27% | 30% |
| Total Settlements | 502 | 309 | 465 | 339 | 310 |
| Post-Institution | 243 | 146 | 192 | 165 | 151 |
| Pre-Institution | 259 | 163 | 273 | 174 | 159 |

Settlement rate is calculated by dividing total settlements by concluded proceedings in each fiscal year (i.e., denied institution, settled, dismissed, requested adverse judgment, and final written decision), excluding joined cases.



9

# Outcomes by petition
**(FY23 through Q3: Oct. 1, 2022 to Jun. 30, 2022)**



FWD patentability or unpatentability reported with respect to the claims at issue in the FWD. Joined cases are excluded.



10

# Outcomes by patent
**(FY23 through Q3: Oct. 1, 2022 to Jun. 30, 2022)**



FWD patentability or unpatentability reported with respect to the claims at issue in the FWD. "Mixed Outcome" is shown for patents receiving more than one type of outcome from the list of: denied, settled, dismissed, and/or req. adverse judgement only. A patent is listed in a FWD category if it ever received a FWD, regardless of other outcomes.



11

# Outcomes by claim challenged
**(FY23 through Q3: Oct. 1, 2022 to Jun. 30, 2022)**





