### THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

HEADWATER RESEARCH LLC,

     *Plaintiff*,

v.

SAMSUNG ELECTRONIC CO., LTD and
SAMSUNG ELECTRONICS AMERICA, INC.,

     *Defendants*.

Case No. 2:22-CV-00422-JRG-RSP

### ORDER GRANTING DEFENDANTS' MOTION TO STAY
### PENDING *INTER PARTES* REVIEW

Before the Court is Defendants' Motion to Stay Pending *Inter Partes* Review.  Having

considered the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS SO ORDERED.