UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Civil Action No. 2:22-cv-00422-JRG-RSP<br><br>**JURY DEMANDED** |

**ORDER DENYING SAMSUNG'S MOTION TO STAY
PENDING *INTER PARTES* REVIEW**

Pending before the Court is Plaintiff Headwater Research LLC's ("Headwater") Opposition to Samsung's Motion to Stay Pending *Inter Partes* Review. The Court, having considered the opposition, and for good cause shown, finds that the motion should be **DENIED**.