# EXHIBIT F

| | |
|---|---|
| **From:** | Jason Wietholter <jwietholter@raklaw.com> |
| **Sent:** | Friday, October 13, 2023 6:01 PM |
| **To:** | Josh Carrigan |
| **Cc:** | headwater@raklaw.com; [SERVICE FR] Samsung-Headwater |
| **Subject:** | Re: Headwater v. Samsung Case No. 2:22-cv-422: P.R. 4-1 Exchange today |

[This email originated outside of F&R.]

Headwater identifies no terms for construction.

**Jason Wietholter**
**Russ, August & Kabat**
12424 Wilshire Boulevard, 12th Floor | Los Angeles, California 90025
Main +1 310 826 7474 | jwietholter@raklaw.com | www.raklaw.com
-----------------------------------

This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature. This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s). If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.

> On Oct 13, 2023, at 9:34 AM, Jason Wietholter <jwietholter@raklaw.com> wrote:
>
> Josh,
>
> A mutual exchange at 5PM CT (3PM PT) works for Headwater.
>
> Regards,
> **Jason Wietholter**
> **Russ, August & Kabat**
> 12424 Wilshire Boulevard, 12th Floor | Los Angeles, California 90025
> Main +1 310 826 7474 | jwietholter@raklaw.com | www.raklaw.com
> -----------------------------------
> This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature. This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s). If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.
>
>> On Oct 13, 2023, at 7:56 AM, Josh Carrigan <carrigan@fr.com> wrote:
>>
>> Counsel,

Pursuant to P.R. 4-1 and the DCO (Dkt. No. 64), Samsung proposes a mutual exchange of proposed claim terms at **5 P.M. (CT)**. Please let us know if Headwater agrees.

Regards,

**Joshua P Carrigan ::** Associate **::** Fish & Richardson P.C.
202 626 7701 direct **::** 865 567 0541 mobile **::** carrigan@fr.com
fr.com **::** Bio **::** LinkedIn **::** Twitter

```
**************************************************************************
****************************************************
This email message is for the sole use of the intended recipient(s) and
may contain confidential and privileged information. Any unauthorized use
or disclosure is prohibited. If you are not the intended recipient,
please contact the sender by reply email and destroy all copies of the
original message.
**************************************************************************
****************************************************
```