# EXHIBIT G

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONIC CO., LTD and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:22-CV-00422-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## **SAMSUNG'S P.R. 4-1 LIST OF PROPOSED TERMS FOR CONSTRUCTION**

Pursuant to Patent Rule 4-1 and the Court's First Amended Docket Control Order (Dkt. No. 64), Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") identify the following list of claim terms, phrases, or clauses which Samsung contends should be construed by the Court, and Samsung identifies any claim elements which Samsung contends should be governed by 35 U.S.C. § 112(6).

Samsung's list was compiled based in part on plaintiff Headwater Research, LLC's ("Headwater") apparent view of the scope of the claims as identified in Headwater's P.R. 3-1 infringement contentions and accompanying claim charts served on February 28, 2023, and amended on April 12, 2023. Headwater's P.R. 3-1 contentions are inadequate and fail to properly identify how Samsung's accused instrumentalities meet certain elements of the asserted claims. Samsung reserves the right to modify the list below based on any supplemental contentions served by Headwater should Headwater seek to amend its contentions.

In addition, Samsung's list was compiled prior to receiving Headwater's proposed list of terms to be construed or their proposed claim constructions. Accordingly, Samsung reserves the

right to modify the list below in light of Headwater's list of terms for construction or proposed claim constructions.  Samsung also reserves the right to include within its list of proposed terms for construction the terms included on Headwater's list of proposed claim terms for construction. Samsung will work with Headwater on the preparation of a joint claim construction and prehearing statement pursuant to Patent Rule 4-3 and the Court's Docket Control Order.

I. U.S. Patent No. 9,137,701

| Claim Term | Claim(s) | Subject to 112(6) | Indefinite |
|---|---|---|---|
| 1. user of the device . . . perceiving any benefit from that application | 2 |  | X |

II. U.S. Patent No. 9,143,976

| Claim Term | Claim(s) | Subject to 112(6) | Indefinite |
|---|---|---|---|
| 1. user of the device . . . perceiving any benefit from that application | 2 |  | X |

III. U.S. Patent No. 9,271,184

| Claim Term | Claim(s) | Subject to 112(6) | Indefinite |
|---|---|---|---|
| 1. user of the device . . . perceiving any benefit from that application | 2 |  | X |

IV. U.S. Patent No. 9,277,433

| Claim Term | Claim(s) | Subject to 112(6) | Indefinite |
|---|---|---|---|
| 1. user of the device . . . perceiving any benefit from that application | 2 |  | X |

V. U.S. Patent No 9,277,445

| Claim Term | Claim(s) | Subject to 112(6) | Indefinite |
|---|---|---|---|
| 1. user of the device . . . perceiving any benefit from that application | 2 | | X |

### VI.  U.S. Patent No. 9,521,578

| Claim Term | Claim(s) | Subject to 112(6) | Indefinite |
|---|---|---|---|
| 1. user of the device . . . perceiving any benefit from the particular application | 2 | | X |

### VII.  U.S. Patent No. 9,609,544

| Claim Term | Claim(s) | Subject to 112(6) | Indefinite |
|---|---|---|---|
| 1. user of the device . . . perceiving any benefit from that application | 2 | | X |

### VIII.  U.S. Patent No. 10,237,773

- Proposed Terms for Construction: N/A
- Claims Governed by 35 U.S.C. § 112(6): N/A

### IX.  U.S. Patent No. 11,405,224

- Proposed Terms for Construction: N/A
- Claims Governed by 35 U.S.C. § 112(6): N/A

Dated:  October 13, 2023

Respectfully submitted,

FISH & RICHARDSON P.C.

By: */s/ Thad C. Kodish*
Ruffin B. Cordell
TX Bar No. 04820550
Michael J. McKeon
DC Bar No. 459780
mckeon@fr.com

Jared Hartzman (*pro hac vice*)
DC Bar No. 1034255
hartzman@fr.com
Joshua Carrigan (*pro hac vice*)
VA Bar No. 96911
carrigan@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, SW, Ste 1000
Washington, D.C. 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Thad C. Kodish
GA Bar No. 427603
tkodish@fr.com
Benjamin K. Thompson
GA Bar No. 633211
bthompson@fr.com
Nicholas A. Gallo (*pro hac vice*)
GA Bar No. 546590
gallo@fr.com
Steffen Lake (*pro hac vice*)
GA Bar No. 512272
lake@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

Leonard E. Davis
TX Bar No. 05521600
ldavis@fr.com
Andria Rae Crisler
TX Bar No. 24093792
crisler@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214)747-5070
Facsimile: (214) 747-2091

John-Paul R. Fryckman (*pro hac vice*)
CA Bar No. 317591
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400

San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Melissa R. Smith
State Bar No. 24001351
Melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Andrew Thompson ("Tom") Gorham
State Bar No. 24012715
tom@gillamsmithlaw.com
GILLAM & SMITH, LLP
102 N. College, Ste. 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Grant K. Schmidt
Texas Bar No. 24084579
gschmidt@hilgersgraben.com
Jon Hyland
Texas Bar No. 24046131
jhyland@hilgersgraben.com
Theo Kwong
Texas Bar No. 24087871
tkwong@hilgersgraben.com
HILGERS GRABEN PLLC
7859 Walnut Hill Lane, Suite 335
Dallas, Texas 75230
Telephone: (469) 751-2819

*Attorneys for Defendants*
*Samsung Electronics Co., Ltd. and*
*Samsung Electronics America, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on October 13, 2023. As of this date, all counsel of record had consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

*/s/ Thad C. Kodish*
Thad C. Kodish