# EXHIBIT H

| Patent No. (FR Matter No.) | IPR Case No. | Challenged Claims | Filing Date | Date of filing accorded | Status | Institution Decision Due |
|---|---|---|---|---|---|---|
| US 11,405,224 (39843-0163IP1) | IPR2023-01157 | 1-17 | 7/20/23 | 7/24/23 | Awaiting POPR | 1/24/24 |
| US 10,237,773 (39843-0161IP1) | IPR2023-01226 | 1-20 | 7/21/23 | 8/15/23 | Awaiting POPR | 2/15/24 |
| US 9,143,976 (39843-0158IP1) | IPR2023-01253 | 1-29 | 8/11/23 | 9/25/23 | Awaiting POPR | 3/25/24 |
| US 9,277,433 (39843-0159IP1) | IPR2023-01250 | 1-20 | 8/14/23 | 9/25/23 | Awaiting POPR | 3/25/24 |
| US 9,137,701 (39843-0155IP1) | IPR2023-01336 | 1-25 | 8/25/23 | 9/29/23 | Awaiting POPR | 3/29/24 |
| US 9,521,578 (39843-0157IP1) | IPR2023-01337 | 1-22 | 8/25/23 | 9/29/23 | Awaiting POPR | 3/29/24 |
| US 9,609,544 (39843-0160IP1) | IPR2023-01360 | 1-23 | 9/11/23 | 10/4/23 | Awaiting POPR | 4/4/24 |
| US 9,271,184 (39843-0156IP1) | IPR2023-01361 | 1-6, 10-20 | 9/8/23 | 10/4/23 | Awaiting POPR | 4/4/24 |
| US 9,271,184 (39843-0156IP**2**) | IPR2023-01362 | 1, 7-9 | 9/8/23 | 10/4/23 | Awaiting POPR | 4/4/24 |
| US 9,277,445 (39843-0162IP1) | IPR2023-01462 | 1-26 | 9/28/23 | 10/4/23 | Awaiting POPR | 4/4/24 |