THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:22-CV-00422-JRG-RSP |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Jon Hyland of the law firm Hilgers Graben PLLC, enters his appearance for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc., and consent to electronic services of all papers in this action.

Dated: November 10, 2023

Respectfully,

*/s/ Jon Hyland*
Jon Hyland
Texas Bar No. 24046131
jhyland@hilgersgraben.com
Grant K. Schmidt
Texas Bar No. 24084579
gschmidt@hilgersgraben.com

**HILGERS GRABEN PLLC**
7859 Walnut Hill Lane, Suite 335
Dallas, Texas 75230
Telephone: (972) 645-3097

*Attorney for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 10, 2023, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

>　　　　　　　　　　　*/s/ Jon Hyland*　　　　　　　　　
>　　　　　　　　　　　Jon Hyland