IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>              Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>              Defendants. | Case No. 2:22-cv-00422-JRG-RSP<br><br>**JURY DEMANDED** |

**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**

Pursuant to Local Patent Rule 4-3, and the Court's Second Amended Docket Control Order (Dkt. No. 75), Plaintiff Headwater Research, LLC ("Headwater") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Defendants" or "Samsung") (all together, the "parties") respectfully submit the following Joint Claim Construction and Prehearing Statement.

**I.    AGREED CLAIM CONSTRUCTIONS (P.R. 4-3(A)(1))**

The parties have not identified any agreed claim constructions.

**II.    DISPUTED CLAIM CONSTRUCTIONS (P.R. 4-3(A)(2))**

The parties' proposed constructions of disputed terms are provided in the chart below. The parties' proposed constructions are also set forth in the accompanying Exhibit A, along with the intrinsic and extrinsic evidence on which the parties intend to rely. Headwater's extrinsic evidence is provided in accompanying Exhibit B and the expert declaration of Dr. Douglas A. Chrissan served upon Samsung in accordance with P.R. 4-3(B).

### A. U.S. Patent No. 9,137,701

| Claim Term | Headwater's Proposed Construction | Samsung's Proposed Construction |
|---|---|---|
| "user of the device . . . perceiving any benefit from that application" (claim 2) | Not indefinite; plain and ordinary meaning. | Indefinite. |

### B. U.S. Patent No. 9,143,976

| Claim Term | Headwater's Proposed Construction | Samsung's Proposed Construction |
|---|---|---|
| "user of the device . . . perceiving any benefit from that application" (claim 2) | Not indefinite; plain and ordinary meaning. | Indefinite. |

### C. U.S. Patent No. 9,271,184

| Claim Term | Headwater's Proposed Construction | Samsung's Proposed Construction |
|---|---|---|
| "user of the device . . . perceiving any benefit from that application" (claim 2) | Not indefinite; plain and ordinary meaning. | Indefinite. |

### D. U.S. Patent No. 9,277,433

| Claim Term | Headwater's Proposed Construction | Samsung's Proposed Construction |
|---|---|---|
| "user of the device . . . perceiving any benefit from that application" (claim 3) | Not indefinite; plain and ordinary meaning. | Indefinite. |

### E. U.S. Patent No. 9,277,445

| Claim Term | Headwater's Proposed Construction | Samsung's Proposed Construction |
|---|---|---|
| "user of the device . . . perceiving any benefit from that application" (claim 2) | Not indefinite; plain and ordinary meaning. | Indefinite. |

F.  **U.S. Patent No. 9,251,578**

| Claim Term | Headwater's Proposed Construction | Samsung's Proposed Construction |
|---|---|---|
| "user of the device . . . perceiving any benefit from that application" (claim 4) | Not indefinite; plain and ordinary meaning. | Indefinite. |

G.  **U.S. Patent No. 9,609,544**

| Claim Term | Headwater's Proposed Construction | Samsung's Proposed Construction |
|---|---|---|
| "user of the device . . . perceiving any benefit from that application" (claim 2) | Not indefinite; plain and ordinary meaning. | Indefinite. |

### III.   ANTICIPATED LENGTH OF TIME NEEDED FOR THE CLAIM CONSTRUCTION HEARING (P.R. 4-3(A)(3))

The parties estimate that one hour will be needed for the claim construction hearing.  The parties agree that each side will be allocated half of the total time permitted for the hearing.

### IV.   PROPOSED WITNESSES TO BE USED AT THE CLAIM CONSTRUCTION HEARING (P.R. 4-3(A)(4))

No party proposes to call witnesses at the claim construction hearing.

### V.   OTHER ISSUES TO BE ADDRESSED PRIOR TO CLAIM CONSTRUCTION HEARING (P.R. 4-3(A)(5))

The parties are not currently aware of any issues that they would propose taking up at a prehearing conference prior to the claim construction hearing.

Dated:  November 28, 2023                                  Respectfully submitted,

*/s/ Marc Fenster*                                                     */s/ Benjamin K. Thompson*
Marc Fenster                                                            Ruffin B. Cordell
CA State Bar No. 181067                                         TX Bar No. 04820550
Reza Mirzaie                                                             Michael J. McKeon
CA State Bar No. 246953                                         DC Bar No. 459780

Brian Ledahl
CA State Bar No. 186579
Ben Wang
CA State Bar No. 228712
Paul Kroeger
CA State Bar No. 229074
Neil A. Rubin
CA State Bar No. 250761
Kristopher Davis
CA State Bar No. 329627
James S. Tsuei
CA State Bar No. 285530
Philip Wang
CA State Bar No. 262239
Amy Hayden
CA State Bar No. 287026
James Milkey
CA State Bar No. 281283
Jason M. Wietholter
CA State Bar No. 337139
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
headwater@raklaw.com

Robert Christopher Bunt
Parker, Bunt & Ainsworth, P.C.
Texas State Bar No. 00787165
100 E. Ferguson Suite 418
Tyler, Texas 75702
Tel.: (903) 531-3535
rcbunt@pbatyler.com

**ATTORNEYS FOR PLAINTIFF,
Headwater Research LLC**

mckeon@fr.com
Jared Hartzman (*pro hac vice*)
DC Bar No. 1034255
hartzman@fr.com
Joshua Carrigan (*pro hac vice*)
VA Bar No. 96911
carrigan@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, SW, Ste 1000
Washington, D.C. 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Thad C. Kodish
GA Bar No. 427603
tkodish@fr.com
Benjamin K. Thompson
GA Bar No. 633211
bthompson@fr.com
Nicholas A. Gallo (*pro hac vice*)
GA Bar No. 546590
gallo@fr.com
Steffen Lake (*pro hac vice*)
GA Bar No. 512272
lake@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

Leonard E. Davis
TX Bar No. 05521600
ldavis@fr.com
Andria Rae Crisler
TX Bar No. 24093792
crisler@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214)747-5070
Facsimile: (214) 747-2091

John-Paul R. Fryckman (*pro hac vice*)
CA Bar No. 317591
FISH & RICHARDSON P.C.

4

12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Melissa R. Smith
State Bar No. 24001351
Melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Andrew Thompson ("Tom") Gorham
State Bar No. 24012715
tom@gillamsmithlaw.com
GILLAM & SMITH, LLP
102 N. College, Ste. 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Grant K. Schmidt
Texas Bar No. 24084579
gschmidt@hilgersgraben.com
Jon Hyland
Texas Bar No. 24046131
jhyland@hilgersgraben.com
Theo Kwong
Texas Bar No. 24087871
tkwong@hilgersgraben.com
HILGERS GRABEN PLLC
7859 Walnut Hill Lane, Suite 335
Dallas, Texas 75230
Telephone: (469) 751-2819

*Attorneys for Defendants*
*Samsung Electronics Co., Ltd. and*
*Samsung Electronics America, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 28, 2023, I served the foregoing document via electronic service on all counsel of record.

/s/ *Marc Fenster*
Marc Fenster
