# EXHIBIT B

# EXHIBIT E

HW_00046170

# WEBSTER'S II NEW RIVERSIDE DESK DICTIONARY

HOME AND OFFICE EDITION

LP LONGMEADOW PRESS

LODS 027529

HW_00046171

ınd that projects into water from a larger land mass. **–pen·ıu·lar** *adj.*
**ıis** (pē′nĭs) *n., pl.* **-nis·es** *or* **-nes** (-nēz′). The male organ opulation in higher vertebrates and usu. of urination in ımals.
**·i·tent** (pĕn′ĭ-tənt) *adj.* Feeling a sense of sorrow and re· se for sins or misdeeds : repentant. *–n.* Someone who is tent. **–pen′i·tence** *n.* **–pen′i·ten′tial** (-tĕn′shəl) *adj.*
**·i·ten·tia·ry** (pĕn′ĭ-tĕn′shə-rē) *n., pl.* **-ries.** A federal or : prison for those convicted of serious crimes. *–adj.* Result· in or punishable by imprisonment in a penitentiary.
**·knife** (pĕn′nīf′) *n.* A small pocketknife.
**·light** (pĕn′līt′) *n.* A flashlight of approx. the size and ıe of a fountain pen.
**·man** (pĕn′mən) *n.* **1.** A scribe. **2.** Someone with skill in nanship. **3.** An author.
**·man·ship** (pĕn′mən-shĭp′) *n.* The art, style, skill, or ıner of handwriting.
**n.** *abbr.* Pennsylvania.
**name** *also* **pen·name** (pĕn′nām′) *n.* A pseudonym as· ed by an author.
**·nant** (pĕn′ənt) *n.* **1.** A long, tapering nautical flag used for aling or identification. **2.** A flag that resembles a pennant. **3.** ıg that symbolizes a championship.
**·ni** (pĕn′ē) *n., pl.* **pen·nis** *or* **pen·ni·a** (-ē-ə). See *markka* JRRENCY TABLE.
**·ni·less** (pĕn′ĭ-lĭs) *adj.* Completely without money.
**·non** (pĕn′ən) *n.* **1.** A banner, esp. a long, narrow flag borne lance. **2.** A bird's wing : pinion.
**n·syl·va·nia** (pĕn′səl-vān′yə, -vā′nē-ə). State of the E *Cap.* Harrisburg. *Pop.* 11,866,728. **–Penn′syl·va′nian** *n.*
**·ny** (pĕn′ē) *n., pl.* **pen·nies** *or* **pence** (pĕns). **1.** See *pound* JRRENCY TABLE. **2.** A U.S. or Canadian coin worth 1 cent.
**ıy pincher** *n. Informal.* A stingy person : miser. **n′ny-pinch′** *v.*
**·ny·roy·al** (pĕn′ē-roi′əl) *n.* A mint, *Mentha pulegium,* ı aromatic hairy leaves and small bluish flowers.
**·ny·weight** (pĕn′ē-wāt′) *n.* A unit of troy weight equal to r, $\frac{1}{20}$ of a troy oz., or approx. 1.555 g.
**·ny-wise** (pĕn′ē-wīz′) *adj.* Wise only in dealing with ll matters.
**ol·o·gy** (pē-nŏl′ə-jē) *n.* The theory and practice of crimi· ·ehabilitation and prison management. **–pe·nol′o·gist** *n.*
**sion** (pĕn′shən) *n.* An amount of money paid regularly to a person who has retired. *–v.* To pay or grant a pension **·pen′sion·er** *n.*
**sive** (pĕn′sĭv) *adj.* Deeply thoughtful, often in a melan· y or musing way : reflective. **–pen′sive·ly** *adv.* **n′sive·ness** *n.*
: (pĕnt) *adj.* Closed or shut up.
**ta·gon** (pĕn′tə-gŏn′) *n.* A polygon having 5 sides and 5 rior angles. **–pen·tag′o·nal** (-tăg′ə-nəl) *adj.*
**tam·e·ter** (pĕn-tăm′ĭ-tər) *n.* A line of verse that consists metrical feet.
**tath·lon** (pĕn-tăth′lən, -lŏn′) *n.* An athletic contest con· ng of 5 events for each participant.
**·te·cost** (pĕn′tĭ-kôst′, -kŏst′) *n.* The 7th Sunday after ·r, celebrated as a Christian festival in commemoration of descent of the Holy Ghost on the disciples. **–Pen′te· tal** *adj.*
**:·house** (pĕnt′hous′) *n.* A dwelling, esp. an apartment, : on the roof of a building.
**:-up** (pĕnt′ŭp′) *adj.* Not given expression : repressed nt-up grief>
**ul·ti·mate** (pĭ-nŭl′tə-mĭt) *adj.* Next to last. **–pe·nul′ti· ·e** *n.*
**um·bra** (pĭ-nŭm′brə) *n., pl.* **-brae** (-brē) *or* **-bras.** A par· ıhadow, as in an eclipse, between regions of complete shad· ınd complete illumination.
**u·ri·ous** (pĭ-nŏŏr′ē-əs, -nyŏŏr′-) *adj.* **1.** Stingy : miserly. **2.** ·acterized by penury : extremely poor.
**u·ry** (pĕn′yə-rē) *n.* Extreme poverty.
**n** (pē′ŏn′) *n.* **1.** An unskilled agricultural laborer of Latin ·rica. **2.** A person held in servitude to a creditor until an btedness is satisfied. **–pe′on·age** *n.*
**·ny** (pē′ə-nē) *n., pl.* **-nies.** A plant of the genus *Paeonia,* vated for its large, fragrant pink, red, or white flowers.
**ple** (pē′pəl) *n., pl.* **people. 1.** Human beings <*People* ıed at him.> **2. a.** The body of persons living under 1 rnment in the same country : nationality <the French ·le> **b.** Enfranchised citizens : electorate. **3.** *pl.* **peoples.** A p of persons, often related, who share a common culture, ıage, or inherited condition of life. **4.** The mass of ordinary ıns : populace <the *people* asserting their rights> **5.** Per· who constitute a group united by a common interest <sci·entific *people*> *–v.* **-pled, -pling.** To fill or furnish with people : populate.

**pep** (pĕp) *Informal. –n.* Energy : vigor. *–v.* **pepped, pep·ping.** To imbue with pep : invigorate. **–pep′py** *adj.*
**pep·per** (pĕp′ər) *n.* **1. a.** A tropical Asian vine, *Piper nigrum,* bearing small berrylike fruit. **b.** The dried fruit of the pepper used to make a pungent condiment. **2.** A bushy plant, *Capsicum frutescens* or *C. annuum,* related to the pepper and cultivated for its mild or pungent fruit, used as a vegetable or condiment. *–v.* **1.** To season or sprinkle with pepper. **2.** To sprinkle liberally <dark hair *peppered* with silver> **3.** To pelt with or as if with small missiles.
**pep·per·corn** (pĕp′ər-kôrn′) *n.* A dried berry of the pepper vine, *Piper nigrum.*
**pep·per·mint** (pĕp′ər-mĭnt′) *n.* **1.** A plant, *Mentha piperita,* having downy leaves that yield a pungent aromatic oil. **2.** A candy flavored with peppermint oil.
**pep·per·y** (pĕp′ə-rē) *adj.* **1.** Of, resembling, or containing pep· per : hot and pungent. **2.** Hot-tempered. **3.** Fiery : scathing <a *peppery* temper>
**pep·sin** (pĕp′sĭn) *n.* **1.** An enzyme produced in the stomach that acts as a catalyst in the digestion of proteins. **2.** A digestive aid that contains pepsin.
**pep·tic** (pĕp′tĭk) *adj.* **1.** Pertaining to or aiding digestion. **2.** Caused by or pertaining to the action of digestive secretions.
**Pé·quiste** (pā-kēst′) *n. Can.* A member or supporter of the Parti Québecois.
**per** (pûr) *prep.* **1.** By the agency of. **2.** For, to, or by each. **3.** According to.
**per·ad·ven·ture** (pûr′əd-vĕn′chər) *adv. Archaic.* Perhaps : perchance. *–n.* Chance or uncertainty : doubt.
**per·am·bu·late** (pə-răm′byə-lāt′) *v.* **-lat·ed, -lat·ing.** To walk around : stroll. **–per·am′bu·la′tion** *n.*
**per·am·bu·la·tor** (pə-răm′byə-lā′tər) *n. esp. Brit.* A baby car· riage.
**per an·num** (pər ăn′əm) *adv.* By, for, or in each year : annual· ly.
**per·cale** (pər-kăl′) *n.* A fine, closely woven cotton fabric.
**per cap·i·ta** (pər kăp′ĭ-tə) *adv.* & *adj.* Of, by, or for each individual.
**per·ceive** (pər-sēv′) *v.* **-ceived, -ceiv·ing. 1.** To become aware of directly by the senses, esp. to see or hear. **2.** To achieve understanding or awareness of. **–per·ceiv′a·ble** *adj.* **–per· ceiv′a·bly** *adv.*
**per cent** *also* **per·cent** (pər-sĕnt′) *–adv.* Out of each hun· dred : per hundred. *–n.* **1.** One part in a hundred. **2.** A percent· age.
**per·cent·age** (pər-sĕn′tĭj) *n.* **1.** A fraction or ratio with 100 as its denominator. **2.** A share or proportion in relation to a whole : part. **3.** Probability : odds. **4.** *Informal.* Profit : advantage.
**per·cen·tile** (pər-sĕn′tīl′) *n.* A number that divides the range of a set of data so that a given percentage lies below it.
**per·cept** (pûr′sĕpt′) *n.* A mental impression of something per· ceived by the senses together with comprehension of what it is.
**per·cep·ti·ble** (pər-sĕp′tə-bəl) *adj.* Capable of being per· ceived. **–per·cep′ti·bil′i·ty** *n.* **–per·cep′ti·bly** *adv.*
**per·cep·tion** (pər-sĕp′shən) *n.* **1.** The act, process, or result of perceiving. **2.** The ability to perceive : understanding or insight.
**per·cep·tive** (pər-sĕp′tĭv) *adj.* **1.** Of or relating to perception. **2. a.** Having perception. **b.** Marked by perception : discerning. **–per·cep′tive·ly** *adv.*
**per·cep·tu·al** (pər-sĕp′chōō-əl) *adj.* Of, relating to, involving, or based on perception. **–per·cep′tu·al·ly** *adv.*
**perch¹** (pûrch) *n.* **1.** Something, as a rod, that serves as a roost for a bird. **2.** A place where one can sit or rest : seat. *–v.* To alight or rest on or as if on a perch.
**perch²** (pûrch) *n., pl.* **perch** *or* **perch·es. 1.** Either of 2 fresh· water food fishes, *Perca flavescens* or *P. fluviatilis.* **2.** Any of various fishes related or similar to the perch.
**per·chance** (pər-chăns′) *adv.* Maybe : perhaps.
**per·cip·i·ent** (pər-sĭp′ē-ənt) *adj.* Capable of perceiving, esp. perceiving readily and keenly. **–per·cip′i·ence** *n.*
**per·co·late** (pûr′kə-lāt′) *v.* **-lat·ed, -lat·ing. 1.** To filter or trickle through a porous substance. **2.** To force boiling water through (ground coffee) in order to draw out the essence. **–per′co·la′tion** *n.* **–per′co·la′tor** *n.*
**per con·tra** (pər kŏn′trə) *adv.* **1.** To the contrary. **2.** By way of contrast.
**per·cus·sion** (pər-kŭsh′ən) *n.* **1. a.** The hitting together of 2 bodies, esp. when noise is created. **b.** A vibration or impact caused by percussion. **2.** Detonation of a cap in a firearm. **3. a.** A musical instrument sounded by striking, as a drum. **b.** Percus· sion instruments as a group. **–per·cus′sion·ist** *n.*
**per di·em** (pər dē′əm) *adv.* For or by the day. *–n.* A daily fee or allowance.

**per·di·tion** (pər-dĭsh′ən) *n.* **1.** Everlasting damnation. **2.** Hell.
**per·du·ra·ble** (pər-dŏŏr′ə-bəl, -dyŏŏr′-) *adj.* Extremely dura· ble. **–per·du′ra·bil′i·ty** *n.* **–per·du′ra·bly** *adv.*
**per·e·gri·nate** (pĕr′ə-grə-nāt′) *v.* **-nat·ed, -nat·ing.** To trav· el around from place to place. **–per′e·gri·na′tion** *n.*
**per·e·grine falcon** (pĕr′ĭ-grĭn, -grēn′) *n.* A widely distribut· ed bird of prey, *Falco peregrinus,* once much used in falconry.
**per·emp·to·ry** (pə-rĕmp′tə-rē) *adj.* **1.** Terminating all debate or action <a *peremptory* decree> **2.** Admitting no refusal or contradiction : imperative. **3.** Expressing or of the nature of a command. **4.** Self-assured, perhaps excessively so : self-confi· dent. **–per·emp′to·ri·ly** *adv.*
**per·en·ni·al** (pə-rĕn′ē-əl) *adj.* **1.** Lasting from year to year. **2.** Lasting indefinitely : perpetual. **3.** Recurring again and again. *–n.* A plant that lives for several or many years. **–per·en′ni· al·ly** *adv.*
**per·fect** (pûr′fĭkt) *adj.* **1.** Lacking in no essential : complete. **2.** Being without defect or fault : flawless. **3.** Exact : accurate. **4.** Absolute : utter <a *perfect* fool> **5.** Of, relating to, or consti· tuting a verb form that expresses action completed before a fixed point of reference in time. ***syns:*** CONSUMMATE, FAULT· LESS, FLAWLESS, IMPECCABLE *–n.* **1.** The perfect tense. **2.** A verb or verb form in the perfect tense. *–v.* (pər-fĕkt′). To make perfect. **–per′fect·ly** *adv.* **–per′fect·ness** *n.*
**per·fect·i·ble** (pər-fĕk′tə-bəl) *adj.* Capable of making progress toward or achieving perfection. **–per·fect′i·bil′i·ty** *n.*
**per·fec·tion** (pər-fĕk′shən) *n.* **1.** The state or quality of being perfect. **2.** The process or act of perfecting. **3.** A perfect example of excellence.
**per·fec·tion·ism** (pər-fĕk′shə-nĭz′əm) *n.* A tendency to be dissatisfied with anything less than perfection. **–per· fec′tion·ist** *n.*
**per·fec·to** (pər-fĕk′tō) *n., pl.* **-tos.** A cigar that is thick in the center and tapers at each end.
**per·fi·dy** (pûr′fĭ-dē) *n.* Breach of loyalty or faith : treachery. **–per·fid′i·ous** (pər-fĭd′ē-əs) *adj.* **–per·fid′i·ous·ly** *adv.*
**per·fo·rate** (pûr′fə-rāt′) *v.* **-rat·ed, -rat·ing. 1.** To bore or punch a hole in : pierce. **2.** To make rows of holes in for easy separation. **–per′fo·ra′tion** *n.*
**per·force** (pər-fôrs′, -fōrs′) *adv.* By force of necessity.
**per·form** (pər-fôrm′) *v.* **1.** To begin and carry out : accom· plish. **2.** To fulfill. **3.** To function in a certain way : act. **4.** To give a performance (of). **–per·form′er** *n.*
**per·form·ance** (pər-fôr′məns) *n.* **1.** The act, process, or man· ner of performing. **2.** A presentation, as of a musical work, before the public. **3.** An accomplishment : deed.
**per·fume** (pûr′fyōōm′, pər-fyōōm′) *n.* **1.** A fragrant substance, esp. a liquid, as one distilled from flowers. **2.** A usu. pleasing scent : odor. *–v.* (pər-fyōōm′) **-fumed, -fum·ing.** To fill with or as if with perfume : scent.
**per·fum·er·y** (pər-fyōō′mə-rē) *n., pl.* **-ies. 1.** Perfumes in gen· eral. **2.** An establishment at which perfumes are made or sold.
**per·func·to·ry** (pər-fŭngk′tə-rē) *adj.* Done merely as a mat· ter of routine and with little care or interest. **–per·func′to· ri·ly** *adv.* **–per·func′to·ri·ness** *n.*
**per·go·la** (pûr′gə-lə) *n.* A structure, as an arbor, with a roof of trelliswork.
**per·haps** (pər-hăps′) *adv.* Maybe but not surely : possibly.
**Per·i·cles** (pĕr′ə-klēz′). 495?–429 B.C. Athenian statesman.
**per·i·gee** (pĕr′ə-jē′) *n.* The point in the orbit of a satellite of the earth at which it is closest to the earth.

perigee

**per·i·he·lion** (pĕr′ə-hēl′yən) *n., pl.* **-lia** (-yə). The point in the orbit of a celestial body, as a planet, at which it is closest to the sun.
**per·il** (pĕr′əl) *n.* **1.** Danger. **2.** Something that is a source of danger. **–per′il·ous** *adj.* **–per′il·ous·ly** *adv.*
**pe·rim·e·ter** (pə-rĭm′ĭ-tər) *n.* The outer limits or boundary of an area.
**pe·ri·od** (pîr′ē-əd) *n.* **1. a.** An interval of time. **b.** An interval of time regarded as a phase in development : stage. **2.** An arbitrary

LODS 027530



## Dictionary

Definitions from Oxford Languages · Learn more

per·cep·tion

/pərˈsepSH(ə)n/

*noun*

the ability to see, hear, or become aware of something through the senses.
"the normal limits to human perception"

- the state of being or process of becoming aware of something through the senses.
  "the perception of pain"



Googl Google Books | Search Google Books | Advanced search | Back to classic Google Books | Sign in

# Human Machine Interaction

## Research Results of the MMI Program

2009

Preview | Search inside | + Add to my library

Overview | Get the book | Publisher collection

### About this edition

| | | | |
|---|---|---|---|
| ISBN: | 9783642004360, 3642004369 | Page count: | 311 |
| Published: | March 26, 2009 | Format: | Paperback |
| Publisher: | Springer | Language: | English |
| Editors: | Denis Lalanne, Jürg Kohlas | | |

Create Citation | Table of contents

Human Machine Interaction, or more commonly Human Computer Interaction, is the study of interaction between people and computers. It is an interdisciplinary field, connecting computer science with many other disciplines such as psychology, sociology and the arts.

The present volume documents the results of the MMI research program on Human Machine Interaction involving 8 projects (selected from a total of 80 proposals) funded by the Hasler Foundation between 2005 and 2008.

These projects were also partially funded by the associated universities and other third parties such as the Swiss National Science Foundation.

This state-of-the-art survey begins with three chapters giving overviews of the domains of multimodal user interfaces, interactive visualization, and mixed reality. These are followed by eight chapters presenting the results of the projects, grouped according to the three aforementioned themes.

Source: Publisher

### About the work

Originally published: March 26, 2009

Editors: Denis Lalanne, Jürg Kohlas

Subject: Computer graphics, Computer science, more

### Publisher

Springer

www.springer.com

Search Springer

### More from the publisher collection

ECOOP ...
Object-oriented Programming ... European Conference : Proceedings

Formal Methods for Open Object-based Distributed Systems
... IFIP WG 6.1 International Conference, FMOODS ... : Proceedings

Software Engineering for Multi-Agent Systems III
Research Issues and Practical Applications

This book presents a coherent and well-balanced survey of recent advances in software engineering approaches to the design and analysis of realistic large-scale multi-agent systems (MAS). The ...

More books

### Get book

**BUY DIGITAL**

This edition | Any edition

No results for this edition

**BORROW**

Check availability at libraries near you

Enter a city or zip code

*No results found near you. Try another location.*

Don't see it at your library?
Try updating your location, or search on WorldCat.

Search WorldCat

### Other editions

No image available



Springer
Springer
Human Machine Interaction: Research Results of the MMI Program
Human Machine Interaction: Research Results of the MMI Program
Human Machine Interaction: Research of the MMI Program
Mar 27, 2009
Aug 29, 2009
2009
Springer Berlin Heidelberg
Springer Berlin Heidelberg
Springer
ebook
Paperback
—
311 pages
311 pages
325 pages
More info
More info
More info
Common terms and phrases
6th Sense abstract ACM action algorithm androids application approach architecture
ARV augmented reality camera cognitive colour communication complex components
Computer context database defined detection developed devices dialog display domain
E2E Adaptation elements emotions encoding parameters engine environment evaluation example
Fig Figure framework fusion gestures glyphs graphical user interface
More terms and phrases
Help
Send feedback
Privacy
Terms

objects. It presents example applications and outlines limitations and solutions for their technical implementation.

MR was derived both conceptually and historically from Virtual Reality (VR). VR systems are computer systems in which users are immersed in a virtual, computer-generated world. The very first examples were originally developed in the 1960s [2]. Immersion is generally achieved through visual, auditory, and sometimes tactile displays. All these displays isolate users from their familiar surroundings, giving the illusion that the only objects existing around them are those rendered by the computer. In MR systems, users perceive both the physical environment around them and digital elements presented through, for example, the use of semitransparent displays. Imagine a system that indicates the name and provenance of items around you by displaying virtual labels overlaying the objects, or a system that guides your way by showing virtual arrows, or a system that displays people's names and affiliations on virtual badges. The information could be displayed in the native language of each user or could be customized to be most relevant to their individual profile; for example, when browsing food products, specific information could be provided according to the user's allergies.

MR systems are designed to give their users the illusion that digital objects are in the same space as physical ones (Figure 1). For this illusion of coexistence, the digital objects need to be precisely positioned into the real environment and aligned with the real objects in real time [3]. In fact, the precise real-time alignment or registration of virtual and real elements is a definitive characteristic of augmented reality systems [3], and it constitutes a difficult technical challenge for its realization. Augmented reality is often considered to be a branch of MR. According to the definition of Milgram et al. [4], MR is "subclass of VR related technologies that involve merging of real and virtual worlds". MR includes systems in which the virtual aspects are dominant as well as those in which the physical reality is dominant. Within this range, augmented reality has more physical elements than virtual elements.

**Fig. 1.** The BUILD-IT system, an example of a collaborative tabletop MR application

Copyrighted material

State-of-the-Art Survey

LNCS 5440

Denis Lalanne
Jürg Kohlas (Eds.)

# Human Machine Interaction

## Research Results of the MMI Program

Springer

Volume Editors

Denis Lalanne
Jürg Kohlas
University of Fribourg
Department of Informatics
CH-1700, Fribourg, Switzerland
E-mail: {Denis.Lalanne, Juerg.Kohlas}@unifr.ch

Library of Congress Control Number: Applied for

CR Subject Classification (1998): H.5.2, H.5, I.4, I.2.7, I.2.10, D.2, D.3

LNCS Sublibrary: SL 2 – Programming and Software Engineering

ISSN 0302-9743
ISBN-10 3-642-00436-9 Springer Berlin Heidelberg New York
ISBN-13 978-3-642-00436-0 Springer Berlin Heidelberg New York

This work is subject to copyright. All rights are reserved, whether the whole or part of the material is concerned, specifically the rights of translation, reprinting, re-use of illustrations, recitation, broadcasting, reproduction on microfilms or in any other way, and storage in data banks. Duplication of this publication or parts thereof is permitted only under the provisions of the German Copyright Law of September 9, 1965, in its current version, and permission for use must always be obtained from Springer. Violations are liable to prosecution under the German Copyright Law.

springer.com

© Springer-Verlag Berlin Heidelberg 2009
Printed in Germany

Typesetting: Camera-ready by author, data conversion by Scientific Publishing Services, Chennai, India
Printed on acid-free paper SPIN: 12626151 06/3180 5 4 3 2 1 0

Copyrighted material





| Human-Computer Interaction Fundamentals | Human-Computer Interaction Fundamentals. Human Factors and Ergonomics | Human-Computer Interaction Fundamentals |
|---|---|---|
| Mar 2, 2009 | 2009 | Jun 7, 2017 |
| Taylor & Francis | Taylor & Francis Group | Taylor & Francis Group |
| Hardcover | ebook | Paperback |
| 331 pages | 331 pages | 350 pages |
| More info | More info | More info |

Common terms and phrases

ACM action activity allow analysis application approach architectures attention auditory behavior cognitive color communication complex Conference consider create determine developed devices direct display Eds effects emotion environment Ergonomics error example experience FIGURE force function goal hand HCI human Human Factors important increases individual influence input interaction interface

More terms and phrases

Help Send feedback Privacy Terms

the reason for this result. Here, the Marine is on his or her side looking up at the bottom of the amphibious tractor. In such places, it is hard to read or write on the clipboard typically used for inspections. The Marine constantly gets into position, crawls out to read instructions, crawls back into position for the inspection, and then crawls out again to record the results. In addition, the Marine tends to do one task at a time when the Marine might have five things to inspect in one place. This extra motion has a major impact on the time required to do a task. By making information truly portable, wearable computers can improve the efficiency of this application and many other similar ones.

The second form of time savings with the VuMan 3 occurred when the inspection is finished. The wearable computer requires a couple of minutes to upload its data to the logistics computer. The manual process, however, required a typist to enter the Marine's handwritten text into the computer. Given that the soldier may have written the notes in cold weather while wearing gloves, the writing may require some interpretation. This manual process represents another 30% of the time.

Such redundant data entry is common when users are mobile (Starner, Snoeck, Wong, & McGuire, 2004). There are numerous checklist-based applications including plant operations, preflight checkout of aircraft, inventory, and so forth that may benefit from a form-filling application run on a wearable computer. In the case of the VuMan 3 project, the results were striking. From the time the inspection was started until the data was entered into the logistics computer, 70% of the time was saved by using the wearable. There was a potential savings by reducing maintenance crews from two to one. Finally, there was also a savings in weight over paper manuals.

## THE WEARABLE COMPUTING CAMP

Designing wearable computer interfaces requires attention to many different factors due to their closeness to the body and their use while performing other tasks. For the purposes of discussion, we have created the "CAMP" framework, which consists of the following factors:

**Corporal**: Wearables should be designed to interface physically with the user without discomfort or distraction.

**Attention**: Interfaces should be designed for the user's divided attention between the physical and virtual worlds.

**Manipulation**: When mobile, users lose some of the dexterity assumed by desktop interfaces. Controls should be quick to find and simple to manipulate.

**Perception**: A user's ability to perceive displays, both visual and audio, is also reduced while mobile. Displays should be simple, distinct, and quick to navigate.

Power, heat, on-body, and off-body networking, privacy, and many other factors also affect on-body computing (Starner, 2001). Many of these topics are the subjects of current research, and much work will be required to examine how these factors interrelate. Due to space, we will concentrate mainly on CAMP principles and practice in the remainder of this chapter.

## CORPORAL: DESIGN GUIDES FOR WEARABILITY

The term *wearable* implies the use of the human body as a support environment for the object described. Society has historically evolved its tools and products into more portable, mobile, and wearable form factors. Clocks, radios, and telephones are examples of this trend. Computers are undergoing a similar evolution. Simply shrinking computing tools from the desktop paradigm to a more portable scale does not take advantage of a whole new context of use. While it is possible to miniaturize keyboards, human evolution has not kept pace by shrinking our fingers. There is no Moore's Law for humans. The human anatomy introduces minimal and maximal dimensions that define the shape of wearable objects, and the mobile context also defines dynamic interactions. Conventional methods of interaction, including keyboard, mouse, joystick, and monitor, have mostly assumed a fixed physical relationship between user and device. With wearable computers, the user's physical context may be constantly changing. Symbol's development of a wearable computer for shipping hubs provides an example of how computing must be adapted for the human body.

As a company, Symbol is well known for its barcode technology; however, it is also one of the first successful wearable computer companies, having sold over 100,000 units from its WSS 1000 line of wearable computers (see Fig. 15.2). The WS-1000 consists of a wrist-mounted wearable computer that features a laser barcode scanner encapsulated in a ring worn on the user's finger. This configuration allows the user to scan barcodes while keeping both hands free to manipulate the item being scanned. Because the user no longer has to fumble with a desk-tethered scanner, these devices increase the speed at which the user can manipulate packages and decrease the overall strain on the user's body. Such features are important in shipping hubs, where millions of packages are scanned by hand every year. Symbol spent over U.S. $5 million and devoted 40,000 hours of

FIGURE 15.2. Symbol's WSS 1000 series wrist-mounted wearable computer with ring scanner.

Copyrighted material

# Human-Computer Interaction

## Fundamentals

Edited by
Andrew Sears
Julie A. Jacko

Human Factors
and Ergonomics

CRC
CRC Press
Taylor & Francis Group

Copyrighted material

This material was previously published in *The Human-Computer Interaction Handbook: Fundamentals, Evolving Technologies and Emerging Applications, Second Edition*, © Taylor & Francis, 2007.

CRC Press
Taylor & Francis Group
6000 Broken Sound Parkway NW, Suite 300
Boca Raton, FL 33487-2742

© 2009 by Taylor & Francis Group, LLC
CRC Press is an imprint of Taylor & Francis Group, an Informa business

No claim to original U.S. Government works
Printed in the United States of America on acid-free paper
10 9 8 7 6 5 4 3 2 1

International Standard Book Number-13: 978-1-4200-8881-6 (Hardcover)

This book contains information obtained from authentic and highly regarded sources. Reasonable efforts have been made to publish reliable data and information, but the author and publisher cannot assume responsibility for the validity of all materials or the consequences of their use. The authors and publishers have attempted to trace the copyright holders of all material reproduced in this publication and apologize to copyright holders if permission to publish in this form has not been obtained. If any copyright material has not been acknowledged please write and let us know so we may rectify in any future reprint.

Except as permitted under U.S. Copyright Law, no part of this book may be reprinted, reproduced, transmitted, or utilized in any form by any electronic, mechanical, or other means, now known or hereafter invented, including photocopying, microfilming, and recording, or in any information storage or retrieval system, without written permission from the publishers.

For permission to photocopy or use material electronically from this work, please access www.copyright.com (http://www.copyright.com/) or contact the Copyright Clearance Center, Inc. (CCC), 222 Rosewood Drive, Danvers, MA 01923, 978-750-8400. CCC is a not-for-profit organization that provides licenses and registration for a variety of users. For organizations that have been granted a photocopy license by the CCC, a separate system of payment has been arranged.

**Trademark Notice:** Product or corporate names may be trademarks or registered trademarks, and are used only for identification and explanation without intent to infringe.

**Library of Congress Cataloging-in-Publication Data**

Human-computer interaction. Fundamentals / editors, Andrew Sears, Julie A. Jacko.
p. cm. -- (Human factors and ergonomics)
"Select set of chapters from the second edition of The Human computer interaction handbook"--Pref.
Includes bibliographical references and index.
ISBN 978-1-4200-8881-6 (hardcover : alk. paper)

1. Human-computer interaction. I. Sears, Andrew. II. Jacko, Julie A. III. Human-computer interaction handbook. IV. Title. V. Series.
QA76.9.H85H8566 2008 004.01'9--dc22
2008049134

**Visit the Taylor & Francis Web site at**
**http://www.taylorandfrancis.com**

**and the CRC Press Web site at**
**http://www.crcpress.com**

Copyrighted material



2 results for "benefit"

Advanced search >

| | |
|---|---|
| 1377– | **benefit, n.** Advantage, profit, good. (The ordinary sense.) for the benefit of: for the advantage of, on behalf of. †to take benefit of (a thing): to take... |
| 1549– | **benefit, v.** intransitive (for reflexive). To receive benefit, to get advantage; to profit. |

## Results for "benefit" in:

- Quotation work title (170)
- Quotation text (1,549)
- Meanings (51)
- Definitions (555)
- Etymologies (77)
- Historical Thesaurus (57)

Feedback

*Oxford University Press is a department of the University of Oxford. It furthers the University's objective of excellence in research, scholarship, and education by publishing worldwide*

OXFORD UNIVERSITY PRESS

Cookie policy Privacy policy Legal notice Copyright © 2023 Oxford University Press

**1377-**

**benefit,** n.

Advantage, profit, good. (The ordinary sense.) for the benefit of: for the advantage of, on behalf of. †to take benefit of (a thing): to take...

HW_00046185



1 result for "perceive"

Advanced search >

c1330–

**perceive, v.**
transitive. To apprehend with the mind; to become aware or conscious of; to realize; to discern, observe. Also (occasionally) intransitive.

## Results for "perceive" in:

- Quotation text (782)
- Meanings (13)
- Definitions (212)
- Etymologies (82)
- Historical Thesaurus (12)

Feedback

*Oxford University Press is a department of the University of Oxford. It furthers the University's objective of excellence in research, scholarship, and education by publishing worldwide*

OXFORD UNIVERSITY PRESS

Cookie policy Privacy policy Legal notice Copyright © 2023 Oxford University Press



Merriam-Webster Dictionary Thesaurus perceive
Games & Quizzes Word of the Day Grammar Wordplay Word Finder More

Dictionary
- Definition
- Synonyms
- Example Sentences
- Word History
- Related Articles
- Entries Near
- Cite this Entry
- Share
- Kids Definition
- Medical Definition
- More from M-W
- Show Less

Save Word

# perceive *verb*

per·ceive (pər-ˈsēv)

**perceived; perceiving; perceives**

Synonyms of *perceive* ›

*transitive verb*

1 **a :** to attain awareness or understanding of

**b :** to regard as being such

was *perceived* as a loser

2 **:** to become aware of through the senses

*especially* **:** SEE, OBSERVE

**perceivable** (pər-ˈsē-və-bəl) *adjective*

**perceivably** (pər-ˈsē-və-blē) *adverb*

**perceiver** *noun*

Take the Personality Test
Answer 50 multiple choice questions to find out!

## Synonyms

| | | |
|---|---|---|
| feel | scent | see |
| sense | smell | taste |

See all Synonyms & Antonyms in Thesaurus ›

## Examples of *perceive* in a Sentence

We *perceive* by means of the kaleidoscopic mirror of this life. This means that our ability to perceive is at once tyrannized by our expectations, and at war with them.
— James Baldwin, *The Evidence of Things Not Seen*, 1985

Standing in the hallway just out of sight during this interview was Sarah. She held her baby on her hip and she listened. She *perceived* as no one in the family could the enormity of the misfortune.
— E. L. Doctorow, *Ragtime*, 1974

... and when they *perceived* her to be little struck with the duet they were so good as to play, they could do no more than make her a generous present of some of their least valued toys, and leave her to herself, while they adjourned to whatever might be the favourite holiday sport of the moment, making artificial flowers or wasting gold paper.
— Jane Austen, *Mansfield Park*, 1814

I thought I *perceived* a problem, but I wasn't sure.

*perceived* that it was going to be a nice day

## Recent Examples on the Web

In a profile earlier this year in The Guardian, Banks addressed how people *perceive* or misperceive her based on what's online.
— Marc Hogan, *Pitchfork*, 26 Oct. 2023

This shows up in depression symptoms (napping for hours, doom-scrolling at night, avoiding his friends) and anger (losing his temper with our son, snapping at me and *perceiving* very innocent comments as criticism).

Quordle
W O R D Y
L O V E R
P L A Y S
D A I L Y
Can you solve 4 words at once?
Play
Ad removed. Details
Merriam-Webster
WORD OF THE DAY
parse
See Definitions and Examples »
Get Word of the Day daily email!
Your email address
SUBSCRIBE

– Elaine Welteroth, *Washington Post*, 24 Oct. 2023

But there are only so many ways to reconstruct or *perceive* ancient life — and even scientists' best guesses can never completely fill the gap.
– Yasemin Saplakoglu, *Quanta Magazine*, 23 Oct. 2023

See More

These examples are programmatically compiled from various online sources to illustrate current usage of the word 'perceive.' Any opinions expressed in the examples do not represent those of Merriam-Webster or its editors. Send us feedback about these examples.

**Get AT&T Fiber®**

Being straightforward feels good. So does being a GIGillionaire(SM). No equipment fees. No price increase at...

SPONSORED BY **AT&T FIBER**

LEARN MORE

## Word History

### Etymology

Middle English, from Anglo-French *perceivre*, from Latin *percipere*, from *per-* thoroughly + *capere* to take — more at HEAVE entry 1

### First Known Use

14th century, in the meaning defined at sense 1a

### Time Traveler

**The first known use of *perceive* was in the 14th century**

See more words from the same century

## Articles Related to *perceive*

**How Perceptive of You, Part 2: More...**

Seeming is sometimes believing

**How Perceptive of You: Words About...**

There's more than meets the eye

An open, hybrid and governed data lakehouse optimized for data and AI workloads.

## Dictionary Entries Near *perceive*

perceivance

**perceive**

perceived

See More Nearby Entries

## Cite this Entry

**Style** MLA

"Perceive." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/perceive. Accessed 3 Nov. 2023.

Copy Citation

## Share

Facebook Twitter

## Kids Definition

# perceive verb

per·ceive (pər-ˈsēv)

**perceived; perceiving**

**1** : UNDERSTAND sense 1a, COMPREHEND

**2** : to become aware of through the senses and especially through sight

**perceiver** noun

## Medical Definition

# perceive transitive verb

per·ceive (pər-ˈsēv)

**perceived; perceiving**

: to become aware of through the senses

**perceivable** (-ˈsē-və-bəl) adjective
**perceivably** (-blē) adverb
**perceiver** noun

## More from Merriam-Webster on *perceive*

Nglish: Translation of *perceive* for Spanish Speakers
Britannica English: Translation of *perceive* for Arabic Speakers

Last Updated: 29 Oct 2023 - Updated example sentences

**Love words? Need even more definitions?**

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

MERRIAM-WEBSTER UNABRIDGED

## Games & Quizzes

**Quordle**
Can you solve 4 words at once?

**Blossom Word Game**
You can make only 12 words. Pick the best ones!

**Missing Letter**
A crossword with a twist

**Spelling Bee Quiz**
Can you outdo past winners of the National Spelli...

Play Play Play Take the quiz

Learn a new word every day.
Delivered to your inbox!

Your email address

SUBSCRIBE

Merriam-Webster

OTHER MERRIAM-WEBSTER DICTIONARIES

MERRIAM-WEBSTER'S UNABRIDGED DICTIONARY
SCRABBLE® WORD FINDER
MERRIAM-WEBSTER DICTIONARY API

NGLISH - SPANISH-ENGLISH TRANSLATION
BRITANNICA ENGLISH - ARABIC TRANSLATION

FOLLOW US

Browse the Dictionary: A B C D E F G H I J K L M N O P Q R S T U V W X Y Z 0-9 BIO GEO

Home | Help | About Us | Shop | Advertising Info | Dictionary API | Contact Us | Join MWU | Videos | Word of the Year | Kid's Dictionary | Law Dictionary | Medical Dictionary | Privacy Policy | Terms of Use

Browse the Thesaurus | Browse the Medical Dictionary | Browse the Legal Dictionary | Browse the Kid's Dictionary

© 2023 Merriam-Webster, Incorporated

Ads by Google
Send feedback Why this ad?

R.L. Stine Reveals The Haunting Hooks Winner! Watch now

Ads by Google
Send feedback Why this ad?

# perceive [ per-**seev** ] SHOW IPA

**See synonyms for: perceive / perceived / perceives / perceiving on Thesaurus.com**

*verb (used with object),* **per·ceived, per·ceiv·ing.**

1. to become aware of, know, or identify by means of the senses:
   *I perceived an object looming through the mist.*
2. to recognize, discern, envision, or understand:
   *I perceive a note of sarcasm in your voice.*
   *This is a nice idea but I perceive difficulties in putting it into practice.*

Want 10% Off* Top Beauty?
Sign Up for 10% Off* during the Sephora Savings Event
Sponsored By Sephora
See More

**QUIZ**

## SYNONYM OF THE DAY QUIZ: FIND OUT WHAT THE ALLURE IS!

See if you can excel at matching the synonyms from October 2023!

**QUESTION 1 OF 11**

Which is a synonym for SEPIA?

- carmine
- sorrel
- canary

TAKE THE QUIZ TO FIND OUT

**ORIGIN OF PERCEIVE**[1]

First recorded in 1250–1300; Middle English *perceiven,* from unattested Anglo-French *perceivre,* for *perçoivre,* from Latin *percipere* "to lay hold of, grasp," equivalent to *per-* per- + *-cipere,* combining form of *capere* "to take"

**SYNONYM STUDY FOR PERCEIVE**

1. See notice.

**OTHER WORDS FOR PERCEIVE**

1 note, discover, observe, descry, distinguish

**See synonyms for *perceive* on Thesaurus.com**

**OTHER WORDS FROM PERCEIVE**

**per·ceiv·er,** noun
**per·ceiv·ing·ness,** noun
**non·per·ceiv·ing,** adjective
**re·per·ceive,** verb (used with object), **re·per·ceived, re·per·ceiv·ing.**
**self-per·ceiv·ing,** adjective
**un·per·ceiv·ing,** adjective

DICTIONARY.COM UNABRIDGED
BASED ON THE RANDOM HOUSE UNABRIDGED DICTIONARY, © RANDOM HOUSE, INC. 2023

Learn more

**WORDS RELATED TO PERCEIVE**

discern, distinguish, feel, grasp, identify, observe, realize, recognize, regard, appreciate, comprehend, know, read, see, apperceive, apprehend, behold, descry, discover, divine

**HOW TO USE PERCEIVE IN A SENTENCE**

"There's been a real decline in how people *perceive* the effectiveness of the workplace to support the work they do every day," says Hoskins.

THE RISK OF 'FAUX FLEXIBILITY' IN THE POST-COVID WORKPLACE | BETH KOWITT | NOVEMBER 16, 2020 | FORTUNE

There is some evidence that institutions that have more women in their ranks are perceived as more legitimate.

HOW A RECORD NUMBER OF REPUBLICAN WOMEN WILL — AND WON'T — CHANGE CONGRESS | MEREDITH CONROY | NOVEMBER 16, 2020 | FIVETHIRTYEIGHT

While Johnson wouldn't classify their work as political per se, they understand how the personal can be perceived as political.

FOLGER HIGHLIGHTS WORK OF TWO TRANS POETS | PATRICK FOLLIARD | NOVEMBER 13, 2020 | WASHINGTON BLADE

So, three decibels is the detection threshold of human hearing, and a 10-decibel change is perceived as twice as loud by humans.

PLEASE GET YOUR NOISE OUT OF MY EARS (EP. 439) | STEPHEN J. DUBNER | NOVEMBER 12, 2020 | FREAKONOMICS

We're also interested in how polls are perceived by the media and the public and how that sometimes conflicts with the way we think polls should be viewed.

THE POLLS WEREN'T GREAT. BUT THAT'S PRETTY NORMAL. | NATE SILVER (NRSILVER@FIVETHIRTYEIGHT.COM) | NOVEMBER 11, 2020 | FIVETHIRTYEIGHT

SEE MORE EXAMPLES

Ad removed. Details

BRITISH DICTIONARY DEFINITIONS FOR PERCEIVE

# perceive / (pəˈsiːv) /

*verb*

1. to become aware of (something) through the senses, esp the sight; recognize or observe
2. *(tr; may take a clause as object)* to come to comprehend; grasp

**ORIGIN OF PERCEIVE[1]**

C13: from Old French *perçoivre,* from Latin *percipere* seize entirely, from PER- (thoroughly) + *capere* to grasp

**DERIVED FORMS OF PERCEIVE**

**perceivable**, adjective
**perceivability**, noun
**perceivably**, adverb
**perceiver**, noun

COLLINS ENGLISH DICTIONARY - COMPLETE & UNABRIDGED 2012 DIGITAL EDITION
© WILLIAM COLLINS SONS & CO. LTD. 1979, 1986 © HARPERCOLLINS
PUBLISHERS 1998, 2000, 2003, 2005, 2006, 2007, 2009, 2012



Ad removed. Details
WORD OF THE DAY
November 03, 2023
curmudgeon
noun | [ ker-muhj-uhn ]
SEE DEFINITION
Browse
# Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz
Dictionary.com
Thesaurus.com
Grammar Coach™
About
Careers
Shop
Contact us
Advertise with us
Cookies, terms, & privacy
Do Not Sell My Info
Follow us
My account
Get the Word of the Day every day!
Enter your email address
Sign up
© 2023 Dictionary.com, LLC