THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONIC CO., LTD and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:22-CV-00422-JRG-RSP |

**[PROPOSED] ORDER GRANTING DEFENDANTS'**
**UNOPPOSED MOTION TO FILE DOCUMENTS UNDER SEAL**

Before the Court is Defendants' Unopposed Motion to File Documents Under Seal.

Having considered the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS SO ORDERED.