IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> SAMSUNG ELECTRONICS AMERICA, § <br> INC. and SAMSUNG ELECTRONICS CO. § <br> LTD., § <br> § <br> *Defendants*. § | CIVIL ACTION NO. 2:22-cv-00422-JRG-RSP |

**ORDER**

Before the Court is Defendants' Unopposed Motion to File Documents Under Seal. (**Dkt. No. 79**.) Having considered the Motion, the Court is of the opinion that the Motion should be **GRANTED**.

**IT IS SO ORDERED** that Dkt. No. 78 may be filed under seal.

**SIGNED** this 5th day of December, 2023.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE