# REDACTED
# EXHIBIT A

```
 1              THE UNITED STATES DISTRICT COURT

 2              FOR THE EASTERN DISTRICT OF TEXAS

 3                      MARSHALL DIVISION

 4        _____
                                         )
 5       HEADWATER RESEARCH, LLC,        )
                                         )
 6                      Plaintiff,       )
                                         )
 7            vs.                        ) Case No.
                                         ) 2:22-CV-00422-RG-RSP
 8                                       )
         SAMSUNG ELECTRONIC CO., LTD     )
 9       AND SAMSUNG ELECTRONICS         )
         AMERICA, INC.,                  )
10                                       )
                        Defendants.      )
11        _____)

12

13

14        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

15          DEPOSITION OF GREGORY RALEIGH, PH.D.

16            WEDNESDAY, NOVEMBER 15, 2023

17              LOS ANGELES, CALIFORNIA

18

19

20

21

22

23       REPORTED BY:  JEANINE CURCIONE
24                     CSR NO. 10223, RPR

25
```

Highly Confidential — Attorneys' Eyes Only
Gregory Raleigh, Ph.D., — November 15, 2023

Page 2

```
1        Deposition of GREGORY RALEIGH, PH.D., taken on behalf

2        of Defendants, at 8:59 A.M., Wednesday, November 15,

3        2023 at 12424 Wilshire Boulevard, 12th Floor, Los

4        Angeles, California, before Jeanine Curcione, C.S.R.

5        No. 10223, RPR, pursuant to notice.

6

7        APPEARANCES OF COUNSEL:

8        FOR THE PLAINTIFF:

9            RUSS AUGUST & KABAT
             BY:  MARC FENSTER, ESQ.
10           BY:  REZA MIRZAIE, ESQ.
             BY:  JASON M. WIETHOLTER, ESQ.
11           12424 Wilshire Boulevard
             12th Floor
12           Los Angeles, California 90025
             Phone: (310)826-7474
13           e-mail: mfenster@raklaw.com

14       FOR THE DEFENDANTS:

15           FISH & RICHARDSON
             BY:  JARED HARTZMAN, ESQ.
16           BY:  THAD C. KODISH, ESQ.
             1180 Peachtree Street NE
17           Floor 21
             Atlanta, Georgia 30309
18           Phone: (404)892-5005
             e-mail: hartzman@fr.com

19

20       ALSO PRESENT:

21           STEFFEN LAKE, ESQ. (VIA ZOOM)

22           TRAVIS SIMMONS, VIDEOGRAPHER

23

24

25
```

```
1                        I N D E X

2

3    WITNESS              EXAMINATION              PAGE

4    GREGORY RALEIGH, PH.D.

5                        BY MR. HARTZMAN            6

6                        * * * * *

7                        E X H I B I T S

8    NO.        PAGE    DESCRIPTION

9    ████████████████████████████████

     ████████████████████████████████

     ████████████████████████████████

     ██████████████████████████████

     ████████████████████████████████

     ██████████████████████████████████████

     ████████████████████████████████████

     ████████████████████████

     ████████████████████████████████

     ████████████████████████████████

     ████████████████████████████████

     ██████████████████████████████████

23                       * * * * *

24

25
```

Highly Confidential — Attorneys' Eyes Only
Gregory Raleigh, Ph.D., — November 15, 2023

```
 1                QUESTIONS NOT ANSWERED

 2                  PAGE           LINE

 3                   8              4
                     8             11
 4                  123            15

 5                   * * * * *

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Highly Confidential — Attorneys' Eyes Only
Gregory Raleigh, Ph.D., — November 15, 2023

Page 5

|       | 1  | LOS ANGELES, CALIFORNIA; |
|       | 2  | WEDNESDAY, NOVEMBER 15, 2023, 8:59 A.M. |
|       | 3  | |
| 09:00:50 | 4 | THE VIDEO OPERATOR:  Good morning.  Here |
| 09:00:51 | 5 | begins media number 1, Volume 1, in the deposition |
| 09:00:55 | 6 | of Dr. Gregory Raleigh taken in the matter of |
| 09:01:00 | 7 | Headwater Research versus Samsung Electronics |
| 09:01:02 | 8 | Corporation Limited.  Today is November 15, 2023 and |
| 09:01:07 | 9 | the time is 8:59 A.M.  This deposition is being |
| 09:01:12 | 10 | taken at Russ August and Kabat, 12424 Wilshire |
| 09:01:16 | 11 | Boulevard, Los Angeles, California and this is made |
| 09:01:19 | 12 | at the request of Fish and Richardson.  I'm Travis |
| 09:01:21 | 13 | Simmons, the videographer, and the court reporter |
| 09:01:23 | 14 | today is Jeanine Curcione from Gregory Edwards, LLC. |
| 09:01:28 | 15 | Counsel please identify yourselves and state whom |
| 09:01:31 | 16 | you represent. |
| 09:01:31 | 17 | MR. HARTZMAN:  This is Jared Hartzman from |
| 09:01:31 | 18 | Fish and Richardson representing the Samsung |
| 09:01:36 | 19 | defendants and with me today is my colleague Thad |
| 09:01:39 | 20 | Kodish. |
| 09:01:41 | 21 | MR. FENSTER:  Good morning.  My name is |
| 09:01:42 | 22 | Marc Fenster with Russ August and Kabat on behalf of |
| 09:01:45 | 23 | the plaintiff Headwater and the witness.  With me |
| 09:01:45 | 24 | today are my partners Reza Mirzaie and Jason |
| 09:01:45 | 25 | Wietholter. |

| | | |
|---|---|---|
| 09:01:52 | 1 | THE VIDEO OPERATOR:  Thank you.   The court |
| 09:01:53 | 2 | reporter please administer the oath. |
| 09:01:55 | 3 | |
| 09:01:55 | 4 | GREG RALEIGH, PH.D., |
| 09:01:55 | 5 | having been duly affirmed, was |
| 09:01:55 | 6 | examined and testified as follows: |
| 09:01:55 | 7 | |

Highly Confidential — Attorneys' Eyes Only
Gregory Raleigh, Ph.D., — November 15, 2023

Page 25

Highly Confidential — Attorneys' Eyes Only
Gregory Raleigh, Ph.D., — November 15, 2023



Highly Confidential — Attorneys' Eyes Only
Gregory Raleigh, Ph.D., — November 15, 2023

Page 29

| | | |
|---|---|---|
| ████ | █ | ████████████████ |
| ████ | █ | ██████████████████████ |
| ████ | █ | ██████████████████████ |
| ████ | █ | ████████████████████ |
| ████ | █ | ████████████████ |
| ████ | █ | ██████████████████████ |
| ███ | █ | ████████████ |

09:34:10  8     Q.   Do you have any knowledge of programming

09:34:12  9   languages?

09:34:12  10      A.   Yes.

09:34:13  11      Q.   Are you fluent in any?

09:34:15  12      A.   Today?  It was a while ago since I've

09:34:20  13   coded.  Early in my career I was a coder to do

09:34:26  14   various things in my projects but it's been a long

09:34:29  15   time since I worked at that level.

09:34:32  16      Q.   What program languages were you fluent in?

09:34:36  17      A.   Okay.  Fortran, CPlusPlus, Basic, Visual

09:34:42  18   Basic, assembly language, a little bit of work with

09:34:48  19   Python here and there.  I mean, you know, the

09:34:54  20   programming language was never that important to me.

09:34:57  21   It was principles of computer science that were more

09:35:01  22   important.  You know the principles of computer

09:35:03  23   science you know how to write code you can program

09:35:07  24   in any language.

09:35:12  25      Q.   When was the last time you coded?

Highly Confidential - Attorneys' Eyes Only
Gregory Raleigh, Ph.D., - November 15, 2023

Page 30

09:35:15  1         A.   I still code a little bit in MATLAB, which

09:35:21  2     is another sort of language.  M-A-T-L-A-B.  So I

09:35:24  3     still code a little bit in that.

Highly Confidential — Attorneys' Eyes Only
Gregory Raleigh, Ph.D., — November 15, 2023

Page 113



Highly Confidential — Attorneys' Eyes Only
Gregory Raleigh, Ph.D., — November 15, 2023

Page 114

Highly Confidential — Attorneys' Eyes Only
Gregory Raleigh, Ph.D., — November 15, 2023

Page 115

| | | |
|---|---|---|
| ███████ | █ | ████████████████████████ |
| ███████ | █ | ██████████████████████ |
| ███████ | █ | ██████████████ |
| ███████ | █ | ████████████████████████ |
| ███████ | █ | ██████████████████████████ |
| ███████ | █ | █████████████████████ |
| ███████ | █ | ███████████████ |
| ███████ | █ | ████████ |

12:15:53   9      Q.  I'll rephrase.  By 2010 were you familiar

12:15:58   10   with the Android operating system?

12:16:01   11      MR. FENSTER:  Object to form.

12:16:02   12      THE WITNESS:  You know, okay, generally

12:16:05   13   familiar.  I'm not sure what familiar means.  I was

12:16:09   14   certainly aware of Android.  I knew some of the

12:16:12   15   features. ████████████████████████

| | | |
|---|---|---|
| ███████ | █ | ██████████████████████████ |
| ███████ | █ | ██████████████████████████ |
| ███████ | █ | ███████████ |
| ███████ | █ | ████████████████████████ |
| ███████ | █ | ████████████████████████ |
| ███████ | █ | ████ |
| ███████ | █ | █████████████████ |
| ███████ | █ | ████████████████████████ |
| ███████ | █ | ████████████████████████ |
| ███████ | █ | ███████████████████ |

Highly Confidential — Attorneys' Eyes Only
Gregory Raleigh, Ph.D., — November 15, 2023

Page 118

Highly Confidential — Attorneys' Eyes Only
Gregory Raleigh, Ph.D., — November 15, 2023

Page 119



Highly Confidential – Attorneys' Eyes Only
Gregory Raleigh, Ph.D., – November 15, 2023

Page 120



Highly Confidential — Attorneys' Eyes Only
Gregory Raleigh, Ph.D., — November 15, 2023

Page 121

Highly Confidential — Attorneys' Eyes Only
Gregory Raleigh, Ph.D., — November 15, 2023

Page 122

14      MR. HARTZMAN:  I think now is a good time

15  for a break.

16      MR. FENSTER:  Sure.

17      THE VIDEO OPERATOR:  Off the record at

18  12:25.

19      (At the hour of 12:25 P.M., there was a

20      luncheon recess taken.)

21

22

23

24

25

12:26:46
12:26:47
12:26:49
12:26:50
12:26:52
12:26:53
12:26:53

Highly Confidential — Attorneys' Eyes Only
Gregory Raleigh, Ph.D., — November 15, 2023

Page 123

| | | |
|---|---|---|
| 12:26:53 | 1 | (At the hour of 1:07 P.M., the |
| 12:26:53 | 2 | deposition was resumed.) |
| 12:26:54 | 3 | |
| 01:09:07 | 4 | EXAMINATION (RESUMED) |
| 01:09:08 | 5 | THE VIDEO OPERATOR:  We're back on the |
| 01:09:09 | 6 | record at 1:07. |
| 01:09:14 | 7 | BY MR. HARTZMAN: |

Highly Confidential – Attorneys' Eyes Only
Gregory Raleigh, Ph.D., – November 15, 2023

Highly Confidential — Attorneys' Eyes Only
Gregory Raleigh, Ph.D., — November 15, 2023

Page 237



Highly Confidential — Attorneys' Eyes Only
Gregory Raleigh, Ph.D., — November 15, 2023

Page 238



Highly Confidential - Attorneys' Eyes Only
Gregory Raleigh, Ph.D., - November 15, 2023

Page 250



Highly Confidential - Attorneys' Eyes Only
Gregory Raleigh, Ph.D., - November 15, 2023

Page 251

Highly Confidential — Attorneys' Eyes Only
Gregory Raleigh, Ph.D., — November 15, 2023

Page 252



Highly Confidential - Attorneys' Eyes Only
Gregory Raleigh, Ph.D., - November 15, 2023

Page 253



Highly Confidential — Attorneys' Eyes Only
Gregory Raleigh, Ph.D., — November 15, 2023

Page 254

Highly Confidential — Attorneys' Eyes Only
Gregory Raleigh, Ph.D., — November 15, 2023

Page 255



Highly Confidential - Attorneys' Eyes Only
Gregory Raleigh, Ph.D., - November 15, 2023

Page 256



Highly Confidential - Attorneys' Eyes Only
Gregory Raleigh, Ph.D., - November 15, 2023

Page 258

