# REDACTED
# EXHIBIT C

Page 1

```
 1              THE UNITED STATES DISTRICT COURT

 2              FOR THE EASTERN DISTRICT OF TEXAS

 3                     MARSHALL DIVISION

 4     _____
                                       )
 5     HEADWATER RESEARCH, LLC,        )
                                       )
 6                    Plaintiff,       )
                                       )
 7          vs.                        )    Case No.
                                       )    2:22-CV-00422-RG-RSP
 8                                     )
       SAMSUNG ELECTRONIC CO., LTD     )
 9     AND SAMSUNG ELECTRONICS         )
       AMERICA, INC.,                  )
10                                     )
                      Defendants.      )
11     _____)

12

13          CONFIDENTIAL — ATTORNEYS' EYES ONLY

14

15     VIDEO RECORDED DEPOSITION OF JAMES E. HARRIS, III

16          Monday, November 27, 2023, 9:04 a.m.

17

18                FISH & RICHARDSON PC

19                1000 Maine Avenue, SW

20                   Washington, DC

21

22     Reported By: Marjorie Peters, FAPR, RMR, CRR, RSA
```

Confidential — Attorneys' Eyes Only
Jame E.  Harris, III — November 27, 2023

1

2

3

4

5

6

7

8              CONFIDENTIAL — ATTORNEYS' EYES ONLY

9      VIDEO RECORDED DEPOSITION OF JAMES E. HARRIS, III,

10     a witness herein, called by the Samsung Defendants

11     for examination, taken pursuant to Subpoena, Federal

12     Rules of Civil Procedure, by and before Marjorie

13     Peters, a Registered Merit Reporter, Certified

14     Realtime Reporter and Notary Public in and for the

15     District of Columbia, at FISH & RICHARDSON PC, 1000

16     Maine Avenue, SW, Washington, DC, on Monday,

17     November 27, 2023, at 9:04 a.m.

18

19

20

21

22

```
1               A P P E A R A N C E S

2       For the Plaintiff:

3           Marc A. Fenster, Esq.
            RUSS, AUGUST & KABAT
4           12424 Wilshire Blvd. 12th Floor
            Los Angeles, CA 90025
5           mfenster@raklaw.com
            (310) 979-8278

6

7       For the Defendants:

8           Jared Hartzman, Esq.
            FISH & RICHARDSON
9           1000 Maine Avenue SW
            Washington, D.C. 20024
10          hartzman@fr.com
            202-626-7754

11

12          Steffen C. Lake, Esquire
            FISH & RICHARDSON
13          1180 Peachtree Street NE, 21st Floor
            Atlanta, GA 30309
14          Lake@fr.com
            404-724-2850

15

16      ALSO PRESENT:

17      Orson Braithwaite, Legal Videographer

18

19

20

21

22
```

Confidential — Attorneys' Eyes Only
Jame E.  Harris, III — November 27, 2023

Page 4

```
1                    I N D E X

2    EXAMINATION                          PAGE

3    JAMES E. HARRIS, III

4      By Mr. Hartzman                    8

5      By Mr. Fenster                     191

6      Acknowledgment of Deponent         196

7      Certificate of Court Reporter      197

8      Errata Sheet                       198

9          I N D E X   O F   E X H I B I T S

10   HARRIS EXHIBIT                       PAGE
```

Confidential — Attorneys' Eyes Only
Jame E.  Harris, III — November 27, 2023

Page 5

PREVIOUS EXHIBITS                              PAGE

17

18

19   REQUESTS                         PAGE      LINE

20

21

22

1       Thad Kodish, Esq., Fish & Richardson, (via Zoom)

2       Reza Mirzaie and Jason Weithholter

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

Confidential — Attorneys' Eyes Only
Jame E.  Harris, III — November 27, 2023

| | | |
|---|---|---|
| 09:03:29 | 1 | P R O C E E D I N G S |
| 09:03:29 | 2 | THE VIDEOGRAPHER:  Good morning. |
| 09:03:30 | 3 | Here begins Disk 1 in the deposition of Mr. James |
| 09:03:35 | 4 | Harris in the matter of Headwater Research versus |
| 09:03:40 | 5 | Samsung Electronics Company, LTD. |
| 09:03:43 | 6 | Today's date is November 27th, 2023. |
| 09:03:45 | 7 | And the time is 9:04 a.m. |
| 09:03:47 | 8 | This deposition is being taken at |
| 09:03:49 | 9 | Fish & Richardson, P.C., located at 1000 Maine |
| 09:03:54 | 10 | Avenue Southwest, Washington, D.C. |
| 09:03:55 | 11 | I'm Orson Braithwaite, the |
| 09:03:57 | 12 | videographer.  And the court reporter is Marjorie |
| 09:04:00 | 13 | Peters from the firm Gregory Edwards, LLC. |
| 09:04:03 | 14 | Counsel will now enter —— excuse me. |
| 09:04:05 | 15 | Counsel will introduce themselves |
| 09:04:06 | 16 | for the record. |
| 09:04:07 | 17 | MR. HARTZMAN:  This is Jared |
| 09:04:09 | 18 | Hartzman from Fish & Richardson representing the |
| 09:04:12 | 19 | Samsung Defendants.  And with me today is my |
| 09:04:14 | 20 | colleague, Steffen Lake.  And on the line is Thad |
| 09:04:20 | 21 | Kodish. |
| 09:04:20 | 22 | MR. FENSTER:  Good morning.  This is |

09:04:22   1    Marc Fenster with Russ, August & Kabat on behalf of

09:04:27   2    the Plaintiff, Headwater, and the Headwater

09:04:27   3    entities.  With me on the line are my partners, Reza

09:04:35   4    Mirzaie and Jason Weithholter.

09:04:35   5                    THE VIDEOGRAPHER:  Thank you.

09:04:36   6                    Will the court reporter please swear

09:04:37   7    in the Witness.

09:04:37   8    Thereupon,

09:04:37   9                    JAMES E. HARRIS, III,

09:04:37   10   having been called as a witness, on behalf of the

09:04:47   11   Plaintiff, being duly sworn, testified as follows:

09:04:47   12                    EXAMINATION

09:04:47   13   BY MR. HARTZMAN:

Confidential — Attorneys' Eyes Only
Jame E.  Harris, III — November 27, 2023

| | | |
|---|---|---|
| ██████ | █ | ██████████████████████████ |
| ██████ | █ | ██████████████ |
| ██████ | █ | ████████████████████████████ |
| ██████ | █ | ██████████ |

09:17:22   5        Q.       Do you have any knowledge of programming

09:17:24   6   languages?

09:17:25   7        A.       Yes.

09:17:26   8        Q.       Which ones are you fluent in?

09:17:29   9        A.        I don't know that I'm fluent in any of

09:17:31   10   them anymore.   I'm certainly most fluent in C, and

09:17:36   11   C++, but there are a number of languages that I

09:17:44   12   understand well, but not well enough that I code

09:17:47   13   them in every day, but I can read them.

09:17:49   14        Q.       Can you list those languages?

09:17:51   15        A.       Well, back in the day, Fortran, Ada.

09:17:58   16   Also, you know, more recent, Java, similar ——

09:18:07   17   similar languages to that, but probably mostly Java.

| | | |
|---|---|---|
| ██████ | ██ | ██████████████████████ |
| ██████ | ██ | ██████████████████████ |
| ██████ | ██ | ████████████████████████████ |
| ██████ | ██ | ██████████████████████████ |
| ██████ | ██ | ██████████████████████████ |

Confidential — Attorneys' Eyes Only
Jame E.  Harris, III — November 27, 2023

Page 146



Confidential — Attorneys' Eyes Only
Jame E.   Harris, III — November 27, 2023

Page 147

Confidential — Attorneys' Eyes Only
Jame E.  Harris, III — November 27, 2023

Page 150



02:05:02   7        Q.      Were you aware that Android's source

02:05:04   8   code was open to the public?

02:05:05   9                MR. FENSTER:  Object to form.

02:05:06   10       A.      I am aware that parts of Android's

02:05:12   11   source code are open source.



Confidential — Attorneys' Eyes Only
Jame E. Harris, III — November 27, 2023

Page 159

Confidential — Attorneys' Eyes Only
Jame E.  Harris, III — November 27, 2023

Page 167

| 02:36:39 | 2 | Q.    For the record, this is US Patent Number |
| 02:36:42 | 3 | 10,237,773. |
| 02:36:52 | 4 | If we turn to Page 13, and we look |
| 02:37:06 | 5 | about two-thirds of the way down the right column, |
| 02:37:11 | 6 | there's a reference to Android Cupcake Excerpts. |
| 02:37:17 | 7 | Let me know when you see that. |
| 02:37:18 | 8 | A.    Yes. |
| 02:37:19 | 9 | Q.    And it states, "Android Cupcake |
| 02:37:24 | 10 | Excerpts, the Android Open Source Project, |
| 02:37:27 | 11 | February 10th, 2009." |
| 02:37:28 | 12 | Do you see that? |
| 02:37:29 | 13 | A.    Yes. |

02:39:04    17          Q.      Okay.   I want to flip back to Harris

02:39:14    18    Exhibit 5.

02:39:35    19                   If you take a look at the references

02:39:37    20    cited in this patent, do any of the references cited

02:39:42    21    refer to "Android"?

02:39:52    22                   MR. FENSTER:   Object to form.

Confidential — Attorneys' Eyes Only
Jame E.  Harris, III — November 27, 2023

Page 169

| | | |
|---|---|---|
| 02:39:55 | 1 | A.     There's a bunch of patents cited here. |
| 02:39:58 | 2 | I'm not sure which of them refer to "Android".  I'm |
| 02:40:06 | 3 | sure a lot do.  There's probably some that are even |
| 02:40:09 | 4 | assigned to Google. |
| 02:40:10 | 5 | Yeah, I can't tell that just from |
| 02:40:12 | 6 | looking at the patent numbers, and first named |
| 02:40:15 | 7 | inventors. |
| 02:40:16 | 8 | Q.     Is the word "Android" ever mentioned in |
| 02:40:18 | 9 | the references cited? |
| 02:40:21 | 10 | MR. FENSTER:  Object to form. |
| 02:40:22 | 11 | A.     I mean, unless one of the inventors is |
| 02:40:36 | 12 | named "Android", no. |
| 02:40:37 | 13 | Q.     While we have Exhibit 5 here, do you see |
| 02:40:46 | 14 | on the cover of this '701 Patent, the applicant is |
| 02:40:51 | 15 | listed as Headwater Partners I, LLC? |
| 02:40:55 | 16 | A.     Yes. |
| 02:40:59 | 17 | Q.     So, this would be one of the Headwater |
| 02:41:02 | 18 | Partners I patent portfolio? |
| 02:41:05 | 19 | A.     Correct. |
| 02:41:05 | 20 | Q.     I'm going to introduce Harris Exhibit 7. |
| 02:41:05 | 21 | (Harris Exhibit 7, US Patent Number 9,143,976, was |
| 02:41:36 | 22 | marked for identification.) |

Confidential — Attorneys' Eyes Only
Jame E.  Harris, III — November 27, 2023

02:41:36    1          Q.      For the record, this is US Patent

02:41:37    2     Number 9,143,976.  Above the Abstract do you see,

02:41:48    3     again, that you are listed as the attorney of

02:41:50    4     record?

02:41:51    5          A.      Yes.

02:41:51    6          Q.      Do you see in the top left corner that

02:41:54    7     the applicant is, again, Headwater Partners 1?

02:41:58    8          A.      Yes.

02:41:58    9          Q.       If you turn to the references cited

02:42:03   10     section for the '976 Patent, is the word "Android"

02:42:09   11     ever mentioned in the references cited section?

02:42:13   12                  MR. FENSTER:  Object to form.

02:43:31   13          A.      Unless I overlooked it, I don't see it.

02:43:34   14          Q.      Okay.  I'm going to introduce Harris

02:43:40   15     Exhibit 8.

02:43:40   16     (Harris Exhibit 8, US Patent Number 9,271,184, was

02:43:53   17     marked for identification.)

02:43:53   18          Q.      For the record, this is US Patent Number

02:43:55   19     9,271,184.

02:44:04   20                  Just like we discussed with the

02:44:06   21     other patents, do you see here that this applicant

02:44:08   22     was Headwater Partners 1?

02:44:11  1        A.     Mm-hmm.

02:44:11  2        Q.     That you are listed as the attorney of

02:44:13  3  record?

02:44:14  4        A.     Yes.

02:44:14  5        Q.     In the References Cited section for this

02:44:19  6  patent, is the word Android ever mentioned in the

02:44:25  7  References Cited?

02:44:25  8                MR. FENSTER:  Object to form.

02:44:25  9        A.     I don't see the word Android.  I think

02:45:54 10  this is still a silly line of questioning, because

02:45:57 11  if you searched the references, you would probably

02:46:00 12  find hundreds of mentions of the word Android.  Just

02:46:04 13  because it's not in the title...

02:46:07 14        Q.     I'm going to introduce Harris Exhibit 9.

02:46:07 15  (Harris Exhibit 9, US Patent Number 9,277,433, was

02:46:10 16  marked for identification.)

02:46:22 17        Q.     For the record, this is US Patent Number

02:46:24 18  9,277,433.

02:46:35 19                Do you see on this page you are

02:46:37 20  listed as the attorney of record again?

02:46:41 21        A.     Yes.

02:46:41 22        Q.     That the applicant was also Headwater

Confidential — Attorneys' Eyes Only
Jame E.  Harris, III — November 27, 2023

Page 172

| | | |
|---|---|---|
| 02:46:48 | 1 | Partners I? |
| 02:46:49 | 2 | A.     Yes. |
| 02:46:50 | 3 | Q.     All right.  I'm going to ask the same |
| 02:46:56 | 4 | question about the references cited, and whether |
| 02:46:58 | 5 | there's any mention of the word "Android"? |
| 02:47:13 | 6 | MR. FENSTER:  Object to form. |
| 02:48:50 | 7 | A.     I don't see any. |
| 02:48:52 | 8 | Q.     All right.  I will introduce as Harris |
| 02:48:57 | 9 | Exhibit 10 US Patent Number 9,277,445. |
| 02:48:57 | 10 | (Harris Exhibit 10, US Patent Number 9,277,445, was |
| 02:48:57 | 11 | marked for identification.) |
| 02:49:23 | 12 | Q.     Do you see on the first page above the |
| 02:49:27 | 13 | Abstract that you are listed as the attorney of |
| 02:49:28 | 14 | record? |
| 02:49:28 | 15 | A.     Yes. |
| 02:49:28 | 16 | Q.     That the applicant is Headwater Partners |
| 02:49:32 | 17 | I? |
| 02:49:33 | 18 | A.     Yes. |
| 02:49:33 | 19 | Q.     If you turn to the References Cited |
| 02:49:36 | 20 | section for the '445 Patent, do you see any mention |
| 02:49:39 | 21 | of the word "Android"? |
| 02:51:32 | 22 | MR. FENSTER:  Object to form. |

Confidential - Attorneys' Eyes Only
Jame E.  Harris, III - November 27, 2023

Page 173

| | | |
|---|---|---|
| 02:51:32 | 1 | A.    No, I don't see it. |
| 02:51:39 | 2 | Q.    I'm going to introduce as Exhibit |
| 02:51:43 | 3 | Harris 11 US Patent Number 9,521,578. |
| 02:51:43 | 4 | (Harris Exhibit 11, US Patent Number 9,521,578, was |
| 02:52:03 | 5 | marked for identification.) |
| 02:52:03 | 6 | Q.    On the cover page of this patent, the |
| 02:52:05 | 7 | '578 Patent, do you see that you are listed as the |
| 02:52:08 | 8 | attorney of record? |
| 02:52:08 | 9 | A.    Yes. |
| 02:52:09 | 10 | Q.    That the applicant is Headwater Partners |
| 02:52:12 | 11 | I? |
| 02:52:12 | 12 | A.    Yes. |
| 02:52:13 | 13 | Q.    If you take a look at the References |
| 02:52:17 | 14 | Cited section of the '578 Patent, is the word |
| 02:52:20 | 15 | "Android" ever mentioned? |
| 02:52:21 | 16 | MR. FENSTER:  Object to form. |
| 02:54:54 | 17 | A.    I don't see it. |
| 02:54:55 | 18 | Q.    I will introduce to the record Harris |
| 02:55:00 | 19 | Exhibit 12. |
| 02:55:00 | 20 | (Harris Exhibit 12, US Patent Number 9,609,544, was |
| 02:55:00 | 21 | marked for identification.) |
| 02:55:17 | 22 | Q.    Do you see on the cover page of the |

Confidential — Attorneys' Eyes Only
Jame E.  Harris, III — November 27, 2023

Page 174

| | | |
|---|---|---|
| 02:55:18 | 1 | '544 Patent that you are listed as the attorney of |
| 02:55:21 | 2 | record? |
| 02:55:22 | 3 | A.    Yes. |
| 02:55:22 | 4 | Q.    That the applicant is Headwater Partners |
| 02:55:26 | 5 | I? |
| 02:55:26 | 6 | A.    Yes. |
| 02:55:26 | 7 | Q.    If you take a look at the References |
| 02:55:31 | 8 | Cited section, do you see any mention of the word |
| 02:55:33 | 9 | "Android"? |
| 02:55:35 | 10 | MR. FENSTER:  Object to form. |
| 02:57:22 | 11 | A.    I don't see it. |

Confidential — Attorneys' Eyes Only
Jame E.  Harris, III — November 27, 2023

Page 193

