# Exhibit 9

# EXHIBIT E

HW_00046170

# WEBSTER'S II NEW RIVERSIDE DESK DICTIONARY

HOME AND OFFICE EDITION

LP LONGMEADOW PRESS

LODS 027529

HW_00046171

ınd that projects into water from a larger land mass. **—pen·ıu·lar** *adj.*
**is** (pē'nĭs) *n., pl.* **-nis·es** or **-nes** (-nēz'). The male organ opulation in higher vertebrates and usu. of urination in nmals.
**·i·tent** (pĕn'ĭ-tənt) *adj.* Feeling a sense of sorrow and re-se for sins or misdeeds : repentant. *—n.* Someone who is tent. **—pen'i·tence** *n.* **—pen'i·ten'tial** (-tĕn'shəl) *adj.*
**·i·ten·tia·ry** (pĕn'ĭ-tĕn'shə-rē) *n., pl.* **-ries.** A federal or : prison for those convicted of serious crimes. *—adj.* Result-in or punishable by imprisonment in a penitentiary.
**·knife** (pĕn'nīf') *n.* A small pocketknife.
**·light** (pĕn'līt') *n.* A flashlight of approx. the size and ıe of a fountain pen.
**·man** (pĕn'mən) *n.* **1.** A scribe. **2.** Someone with skill in nanship. **3.** An author.
**·man·ship** (pĕn'mən-shĭp') *n.* The art, style, skill, or ıner of handwriting.
**n.** *abbr.* Pennsylvania.
**name** *also* **pen·name** (pĕn'nām') *n.* A pseudonym as-ed by an author.
**·nant** (pĕn'ənt) *n.* **1.** A long, tapering nautical flag used for aling or identification. **2.** A flag that resembles a pennant. **3.** ag that symbolizes a championship.
**·ni** (pĕn'ē) *n., pl.* **pen·nis** or **pen·ni·a** (-ē-ə). See *markka* JRRENCY TABLE.
**·ni·less** (pĕn'ĭ-lĭs) *adj.* Completely without money.
**·non** (pĕn'ən) *n.* **1.** A banner, esp. a long, narrow flag borne lance. **2.** A bird's wing : pinion.
**ı·syl·va·nia** (pĕn'səl-vān'yə, -vā'nē-ə). State of the E *Cap.* Harrisburg. *Pop.* 11,866,728. **—Penn'syl·va'nian** *n.*
**·ny** (pĕn'ē) *n., pl.* **pen·nies** *or* **pence** (pĕns). **1.** See *pound* JRRENCY TABLE. **2.** A U.S. or Canadian coin worth 1 cent.
**ıy pincher** *n. Informal.* A stingy person : miser. **n'ny-pinch'** *v.*
**·ny·roy·al** (pĕn'ē-roi'əl) *n.* A mint, *Mentha pulegium,* ı aromatic hairy leaves and small bluish flowers.
**·ny·weight** (pĕn'ē-wāt') *n.* A unit of troy weight equal to r, 1/20 of a troy oz., or approx. 1.555 g.
**·ny-wise** (pĕn'ē-wīz') *adj.* Wise only in dealing with ll matters.
**ol·o·gy** (pē-nŏl'ə-jē) *n.* The theory and practice of crimi-ehabilitation and prison management. **—pe·nol'o·gist** *n.*
**·sion** (pĕn'shən) *n.* An amount of money paid regularly, to a person who has retired. *—v.* To pay or grant a pension **·pen'sion·er** *n.*
**·sive** (pĕn'sĭv) *adj.* Deeply thoughtful, often in a melan-y or musing way : reflective. **—pen'sive·ly** *adv.* **n'sive·ness** *n.*
: (pĕnt) *adj.* Closed or shut up.
**·ta·gon** (pĕn'tə-gŏn') *n.* A polygon having 5 sides and 5 rior angles. **—pen·tag'o·nal** (-tăg'ə-nəl) *adj.*
**·tam·e·ter** (pĕn-tăm'ĭ-tər) *n.* A line of verse that consists metrical feet.
**·tath·lon** (pĕn-tăth'lən, -lŏn') *n.* An athletic contest con-ng of 5 events for each participant.
**·te·cost** (pĕn'tĭ-kôst', -kŏst') *n.* The 7th Sunday after er, celebrated as a Christian festival in commemoration of descent of the Holy Ghost on the disciples. **—Pen'te·tal** *adj.*
**·house** (pĕnt'hous') *n.* A dwelling, esp. an apartment, : on the roof of a building.
**·up** (pĕnt'ŭp') *adj.* Not given expression : repressed nt-up grief>
**ul·ti·mate** (pĭ-nŭl'tə-mĭt) *adj.* Next to last. **—pe·nul'ti·e** *n.*
**um·bra** (pĭ-nŭm'brə) *n., pl.* **-brae** (-brē) or **-bras.** A par-ıhadow, as in an eclipse, between regions of complete shad-ınd complete illumination.
**u·ri·ous** (pĭ-nŏŏr'ē-əs, -nyŏŏr'-) *adj.* **1.** Stingy : miserly. **2.** acterized by penury : extremely poor.
**u·ry** (pĕn'yə-rē) *n.* Extreme poverty.
**n** (pē'ŏn') *n.* **1.** An unskilled agricultural laborer of Latin rica. **2.** A person held in servitude to a creditor until an btedness is satisfied. **—pe'on·age** *n.*
**·ny** (pē'ə-nē) *n., pl.* **-nies.** A plant of the genus *Paeonia,* vated for its large, fragrant pink, red, or white flowers.
**ple** (pē'pəl) *n., pl.* **people. 1.** Human beings <*People* ıed at him.> **2. a.** The body of persons living under 1 rnment in the same country : nationality <the French ole> **b.** Enfranchised citizens : electorate. **3.** *pl.* **peoples.** A p of persons, often related, who share a common culture, ıage, or inherited condition of life. **4.** The mass of ordinary ons : populace <the *people* asserting their rights> **5.** Per-who constitute a group united by a common interest <sci-entific *people*> *—v.* **-pled, -pling.** To fill or furnish with people : populate.

**pep** (pĕp) *Informal.* *—n.* Energy : vigor. *—v.* **pepped, pep·ping.** To imbue with pep : invigorate. **—pep'py** *adj.*
**pep·per** (pĕp'ər) *n.* **1. a.** A tropical Asian vine, *Piper nigrum,* bearing small berrylike fruit. **b.** The dried fruit of the pepper used to make a pungent condiment. **2.** A bushy plant, *Capsicum frutescens* or *C. annuum,* related to the pepper and cultivated for its mild or pungent fruit, used as a vegetable or condiment. *—v.* **1.** To season or sprinkle with pepper. **2.** To sprinkle liberally <dark hair *peppered* with silver> **3.** To pelt with or as if with small missiles.
**pep·per·corn** (pĕp'ər-kôrn') *n.* A dried berry of the pepper vine, *Piper nigrum.*
**pep·per·mint** (pĕp'ər-mĭnt') *n.* **1.** A plant, *Mentha piperita,* having downy leaves that yield a pungent aromatic oil. **2.** A candy flavored with peppermint oil.
**pep·per·y** (pĕp'ə-rē) *adj.* **1.** Of, resembling, or containing pepper : hot and pungent. **2.** Hot-tempered. **3.** Fiery : scathing <a *peppery* temper>
**pep·sin** (pĕp'sĭn) *n.* **1.** An enzyme produced in the stomach that acts as a catalyst in the digestion of proteins. **2.** A digestive aid that contains pepsin.
**pep·tic** (pĕp'tĭk) *adj.* **1.** Pertaining to or aiding digestion. **2.** Caused by or pertaining to the action of digestive secretions.
**Pé·quiste** (pā-kēst') *n. Can.* A member or supporter of the Parti Québecois.
**per** (pûr) *prep.* **1.** By the agency of. **2.** For, to, or by each. **3.** According to.
**per·ad·ven·ture** (pûr'əd-vĕn'chər) *adv. Archaic.* Perhaps : perchance. *—n.* Chance or uncertainty : doubt.
**per·am·bu·late** (pə-răm'byə-lāt') *v.* **-lat·ed, -lat·ing.** To walk around : stroll. **—per·am'bu·la'tion** *n.*
**per·am·bu·la·tor** (pə-răm'byə-lā'tər) *n. esp. Brit.* A baby carriage.
**per an·num** (pər ăn'əm) *adv.* By, for, or in each year : annually.
**per·cale** (pər-kāl') *n.* A fine, closely woven cotton fabric.
**per cap·i·ta** (pər kăp'ĭ-tə) *adv. & adj.* Of, by, or for each individual.
**per·ceive** (pər-sēv') *v.* **-ceived, -ceiv·ing. 1.** To become aware of directly by the senses, esp. to see or hear. **2.** To achieve understanding or awareness of. **—per·ceiv'a·ble** *adj.* **—per·ceiv'a·bly** *adv.*
**per cent** *also* **per·cent** (pər-sĕnt') *—adv.* Out of each hundred : per hundred. *—n.* **1.** One part in a hundred. **2.** A percentage.
**per·cent·age** (pər-sĕn'tĭj) *n.* **1.** A fraction or ratio with 100 as its denominator. **2.** A share or proportion in relation to a whole : part. **3.** Probability : odds. **4.** *Informal.* Profit : advantage.
**per·cen·tile** (pər-sĕn'tīl') *n.* A number that divides the range of a set of data so that a given percentage lies below it.
**per·cept** (pûr'sĕpt') *n.* A mental impression of something perceived by the senses together with comprehension of what it is.
**per·cep·ti·ble** (pər-sĕp'tə-bəl) *adj.* Capable of being perceived. **—per·cep'ti·bil'i·ty** *n.* **—per·cep'ti·bly** *adv.*
**per·cep·tion** (pər-sĕp'shən) *n.* **1.** The act, process, or result of perceiving. **2.** The ability to perceive : understanding or insight.
**per·cep·tive** (pər-sĕp'tĭv) *adj.* **1.** Of or relating to perception. **2. a.** Having perception. **b.** Marked by perception : discerning. **—per·cep'tive·ly** *adv.*
**per·cep·tu·al** (pər-sĕp'chōō-əl) *adj.* Of, relating to, involving, or based on perception. **—per·cep'tu·al·ly** *adv.*
**perch**[1] (pûrch) *n.* **1.** Something, as a rod, that serves as a roost for a bird. **2.** A place where one can sit or rest : seat. *—v.* To alight or rest on or as if on a perch.
**perch**[2] (pûrch) *n., pl.* **perch** or **perch·es. 1.** Either of 2 freshwater food fishes, *Perca flavescens* or *P. fluviatilis.* **2.** Any of various fishes related or similar to the perch.
**per·chance** (pər-chăns') *adv.* Maybe : perhaps.
**per·cip·i·ent** (pər-sĭp'ē-ənt) *adj.* Capable of perceiving, esp. perceiving readily and keenly. **—per·cip'i·ence** *n.*
**per·co·late** (pûr'kə-lāt') *v.* **-lat·ed, -lat·ing. 1.** To filter or trickle through a porous substance. **2.** To force boiling water through (ground coffee) in order to draw out the essence. **—per'co·la'tion** *n.* **—per'co·la'tor** *n.*
**per con·tra** (pər kŏn'trə) *adv.* **1.** To the contrary. **2.** By way of contrast.
**per·cus·sion** (pər-kŭsh'ən) *n.* **1. a.** The hitting together of 2 bodies, esp. when noise is created. **b.** A vibration or impact caused by percussion. **2.** Detonation of a cap in a firearm. **3. a.** A musical instrument sounded by striking, as a drum. **b.** Percussion instruments as a group. **—per·cus'sion·ist** *n.*
**per di·em** (pər dē'əm) *adv.* For or by the day. *—n.* A daily fee or allowance.

**per·di·tion** (pər-dĭsh'ən) *n.* **1.** Everlasting damnation. **2.** Hell.
**per·du·ra·ble** (pər-dŏŏr'ə-bəl, -dyŏŏr'-) *adj.* Extremely durable. **—per·du'ra·bil'i·ty** *n.* **—per·du'ra·bly** *adv.*
**per·e·gri·nate** (pĕr'ə-grə-nāt') *v.* **-nat·ed, -nat·ing.** To travel around from place to place. **—per'e·gri·na'tion** *n.*
**per·e·grine falcon** (pĕr'ĭ-grĭn, -grēn') *n.* A widely distributed bird of prey, *Falco peregrinus,* once much used in falconry.
**per·emp·to·ry** (pə-rĕmp'tə-rē) *adj.* **1.** Terminating all debate or action <a *peremptory* decree> **2.** Admitting no refusal or contradiction : imperative. **3.** Expressing or of the nature of a command. **4.** Self-assured, sometimes excessively so : self-confident. **—per·emp'to·ri·ly** *adv.*
**per·en·ni·al** (pə-rĕn'ē-əl) *adj.* **1.** Lasting from year to year. **2.** Lasting indefinitely : perpetual. **3.** Recurring again and again. *—n.* A plant that lives for several or many years. **—per·en'ni·al·ly** *adv.*
**per·fect** (pûr'fĭkt) *adj.* **1.** Lacking in no essential : complete. **2.** Being without defect or fault : flawless. **3.** Exact : accurate. **4.** Absolute : utter <a *perfect* fool> **5.** Of, relating to, or constituting a verb form that expresses action completed before a fixed point of reference in time. *★syns:* CONSUMMATE, FAULTLESS, FLAWLESS, IMPECCABLE *—n.* **1.** The perfect tense. **2.** A verb or verb form in the perfect tense. *—v.* (pər-fĕkt'). To make perfect. **—per'fect·ly** *adv.* **—per'fect·ness** *n.*
**per·fect·i·ble** (pər-fĕk'tə-bəl) *adj.* Capable of making progress toward or achieving perfection. **—per·fect'i·bil'i·ty** *n.*
**per·fec·tion** (pər-fĕk'shən) *n.* **1.** The state or quality of being perfect. **2.** The process or act of perfecting. **3.** A perfect example of excellence.
**per·fec·tion·ism** (pər-fĕk'shə-nĭz'əm) *n.* A tendency to be dissatisfied with anything less than perfection. **—per·fec'tion·ist** *n.*
**per·fec·to** (pər-fĕk'tō) *n., pl.* **-tos.** A cigar that is thick in the center and tapers at each end.
**per·fi·dy** (pûr'fĭ-dē) *n.* Breach of loyalty or faith : treachery. **—per·fid'i·ous** (pər-fĭd'ē-əs) *adj.* **—per·fid'i·ous·ly** *adv.*
**per·fo·rate** (pûr'fə-rāt') *v.* **-rat·ed, -rat·ing. 1.** To bore or punch a hole in : pierce. **2.** To make rows of holes in for easy separation. **—per'fo·ra'tion** *n.*
**per·force** (pər-fôrs', -fōrs') *adv.* By force of necessity.
**per·form** (pər-fôrm') *v.* **1.** To begin and carry out : accomplish. **2.** To fulfill. **3.** To function in a certain way : act. **4.** To give a performance (of). **—per·form'er** *n.*
**per·form·ance** (pər-fôr'məns) *n.* **1.** The act, process, or manner of performing. **2.** A presentation, as of a musical work, before the public. **3.** An accomplishment : deed.
**per·fume** (pûr'fyōōm', pər-fyōōm') *n.* **1.** A fragrant substance, esp. a liquid, as one distilled from flowers. **2.** A usu. pleasing scent : odor. *—v.* (pər-fyōōm') **-fumed, -fum·ing.** To fill with or as if with perfume : scent.
**per·fum·er·y** (pər-fyōō'mə-rē) *n., pl.* **-ies. 1.** Perfumes in general. **2.** An establishment at which perfumes are made or sold.
**per·func·to·ry** (pər-fŭngk'tə-rē) *adj.* Done merely as a matter of routine and with little care or interest. **—per·func'to·ri·ly** *adv.* **—per·func'to·ri·ness** *n.*
**per·go·la** (pûr'gə-lə) *n.* A structure, as an arbor, with a roof of trelliswork.
**per·haps** (pər-hăps') *adv.* Maybe but not surely : possibly.
**Per·i·cles** (pĕr'ə-klēz'). 495?–429 B.C. Athenian statesman.
**per·i·gee** (pĕr'ə-jē') *n.* The point in the orbit of a satellite of the earth at which it is closest to the earth.

perigee

**per·i·he·lion** (pĕr'ə-hēl'yən) *n., pl.* **-lia** (-yə). The point in the orbit of a celestial body, as a planet, at which it is closest to the sun.
**per·il** (pĕr'əl) *n.* **1.** Danger. **2.** Something that is a source of danger. **—per'il·ous** *adj.* **—per'il·ous·ly** *adv.*
**pe·rim·e·ter** (pə-rĭm'ĭ-tər) *n.* The outer limits or boundary of an area.
**pe·ri·od** (pîr'ē-əd) *n.* **1. a.** An interval of time. **b.** An interval of time regarded as a phase in development : stage. **2.** An arbitrary