# Exhibit 10



Definitions from Oxford Languages · Learn more

## per·cep·tion

/pərˈsepSH(ə)n/

*noun*

the ability to see, hear, or become aware of something through the senses.
"the normal limits to human perception"

- the state of being or process of becoming aware of something through the senses.
"the perception of pain"

HW_00046173