# Exhibit 11





https://www.google.com/books/edition/Human_Machine_Interaction/sbgmDm9W6GkC?hl=en&gbpv=0&kptab=overview November 3, 2023

Google Google Books Search Google Books Advanced search Back to classic Google Books Sign in

# Human Machine Interaction

## Research Results of the MMI Program

2009

Preview | Search inside | + Add to my library

Overview | Get the book | Publisher collection

### About this edition

ISBN: 9783642004360, 3642004369
Page count: 311
Published: March 26, 2009
Format: Paperback
Publisher: Springer
Language: English
Editors: Denis Lalanne, Jürg Kohlas

Create Citation | Table of contents

Human Machine Interaction, or more commonly Human Computer Interaction, is the study of interaction between people and computers. It is an interdisciplinary field, connecting computer science with many other disciplines such as psychology, sociology and the arts.

The present volume documents the results of the MMI research program on Human Machine Interaction involving 8 projects (selected from a total of 80 proposals) funded by the Hasler Foundation between 2005 and 2008.

These projects were also partially funded by the associated universities and other third parties such as the Swiss National Science Foundation.

This state-of-the-art survey begins with three chapters giving overviews of the domains of multimodal user interfaces, interactive visualization, and mixed reality. These are followed by eight chapters presenting the results of the projects, grouped according to the three aforementioned themes.

Source: Publisher

### Get book

**BUY DIGITAL**

This edition | Any edition

No results for this edition

**BORROW**

Check availability at libraries near you

Enter a city or zip code

*No results found near you. Try another location.*

Don't see it at your library?
Try updating your location, or search on WorldCat.

Search WorldCat

### Other editions

No image available

### About the work

Originally published: March 26, 2009
Editors: Denis Lalanne, Jürg Kohlas
Subject: Computer graphics, Computer science, more

### Publisher

Springer

www.springer.com

Search Springer

### More from the publisher collection

**ECOOP ...**
Object-oriented Programming ... European Conference : Proceedings

**Formal Methods for Open Object-based Distributed Systems**
... IFIP WG 6.1 International Conference, FMOODS ... : Proceedings

**Software Engineering for Multi-Agent Systems III**
Research Issues and Practical Applications

This book presents a coherent and well-balanced survey of recent advances in software engineering approaches to the design and analysis of realistic large-scale multi-agent systems (MAS). The ...

More books

Human Machine Interaction: Research Results of the MMI Program

| Human Machine Interaction: Research Results of the MMI Program | Human Machine Interaction: Research Results of the MMI Program | Human Machine Interaction: Research of the MMI Program |
|---|---|---|
| Mar 27, 2009 | Aug 29, 2009 | 2009 |
| Springer Berlin Heidelberg | Springer Berlin Heidelberg | Springer |
| ebook | Paperback | — |
| 311 pages | 311 pages | 325 pages |
| → More info | → More info | → More info |

**Common terms and phrases**

6th Sense  abstract  ACM  action  algorithm  androids  application  approach  architecture  ARV  augmented reality  camera  cognitive  colour  communication  complex  components  Computer  context  database  defined  detection  developed  devices  dialog  display  domain  E2E Adaptation  elements  emotions  encoding parameters  engine  environment  evaluation  example  Fig  Figure  framework  fusion  gestures  glyphs  graphical user interface

∨ More terms and phrases

Help   Send feedback   Privacy   Terms

objects. It presents example applications and outlines limitations and solutions for their technical implementation.

MR was derived both conceptually and historically from Virtual Reality (VR). VR systems are computer systems in which users are immersed in a virtual, computer-generated world. The very first examples were originally developed in the 1960s [2]. Immersion is generally achieved through visual, auditory, and sometimes tactile displays. All these displays isolate users from their familiar surroundings, giving the illusion that the only objects existing around them are those rendered by the computer. In MR systems, users perceive both the physical environment around them and digital elements presented through, for example, the use of semitransparent displays. Imagine a system that indicates the name and provenance of items around you by displaying virtual labels overlaying the objects, or a system that guides your way by showing virtual arrows, or a system that displays people's names and affiliations on virtual badges. The information could be displayed in the native language of each user or could be customized to be most relevant to their individual profile; for example, when browsing food products, specific information could be provided according to the user's allergies.

MR systems are designed to give their users the illusion that digital objects are in the same space as physical ones (Figure 1). For this illusion of coexistence, the digital objects need to be precisely positioned into the real environment and aligned with the real objects in real time [3]. In fact, the precise real-time alignment or registration of virtual and real elements is a definitive characteristic of augmented reality systems [3], and it constitutes a difficult technical challenge for its realization. Augmented reality is often considered to be a branch of MR. According to the definition of Milgram et al. [4], MR is "subclass of VR related technologies that involve merging of real and virtual worlds". MR includes systems in which the virtual aspects are dominant as well as those in which the physical reality is dominant. Within this range, augmented reality has more physical elements than virtual elements.



**Fig. 1.** The BUILD-IT system, an example of a collaborative tabletop MR application

Copyrighted material

Denis Lalanne
Jürg Kohlas (Eds.)

State-of-the-Art
Survey

LNCS 5440

# Human Machine Interaction

## Research Results of the MMI Program



Springer

HW_00046177

Volume Editors

Denis Lalanne
Jürg Kohlas
University of Fribourg
Department of Informatics
CH-1700, Fribourg, Switzerland
E-mail: {Denis.Lalanne, Juerg.Kohlas}@unifr.ch

Library of Congress Control Number: Applied for

CR Subject Classification (1998): H.5.2, H.5, I.4, I.2.7, I.2.10, D.2, D.3

LNCS Sublibrary: SL 2 – Programming and Software Engineering

| ISSN | 0302-9743 |
| ISBN-10 | 3-642-00436-9 Springer Berlin Heidelberg New York |
| ISBN-13 | 978-3-642-00436-0 Springer Berlin Heidelberg New York |

This work is subject to copyright. All rights are reserved, whether the whole or part of the material is concerned, specifically the rights of translation, reprinting, re-use of illustrations, recitation, broadcasting, reproduction on microfilms or in any other way, and storage in data banks. Duplication of this publication or parts thereof is permitted only under the provisions of the German Copyright Law of September 9, 1965, in its current version, and permission for use must always be obtained from Springer. Violations are liable to prosecution under the German Copyright Law.

springer.com

© Springer-Verlag Berlin Heidelberg 2009
Printed in Germany

Typesetting: Camera-ready by author, data conversion by Scientific Publishing Services, Chennai, India
Printed on acid-free paper      SPIN: 12626151      06/3180      5 4 3 2 1 0

Copyrighted material