# Exhibit 12

Case 2:22-cv-00422-JRG-RSP   Document 82-13   Filed 01/05/24   Page 2 of 5 PageID #: 8252



HW_00046187

—Elaine Welteroth, *Washington Post*, 24 Oct. 2023

But there are only so many ways to reconstruct or *perceive* ancient life — and even scientists' best guesses can never completely fill the gap.
—Yasemin Saplakoglu, *Quanta Magazine*, 23 Oct. 2023

See More

These examples are programmatically compiled from various online sources to illustrate current usage of the word 'perceive.' Any opinions expressed in the examples do not represent those of Merriam-Webster or its editors. Send us feedback about these examples.



**Get AT&T Fiber®**

Being straightforward feels good. So does being a GIGillionaire(SM). No equipment fees. No price increase at…

SPONSORED BY **AT&T FIBER**

**LEARN MORE**

## Word History

### Etymology

Middle English, from Anglo-French *perceivre*, from Latin *percipere*, from *per-* thoroughly + *capere* to take — more at HEAVE entry 1

### First Known Use

14th century, in the meaning defined at sense 1a

### Time Traveler

**The first known use of *perceive* was in the 14th century**

See more words from the same century

## Articles Related to *perceive*

 

**How Perceptive of You, Part 2: More…**
Seeming is sometimes believing

**How Perceptive of You: Words About…**
There's more than meets the eye

 

An open, hybrid and governed data lakehouse optimized for data and AI workloads.

try watsonx.data

## Dictionary Entries Near *perceive*

perceivance
**perceive**
perceived

See More Nearby Entries

## Cite this Entry

**Style**  MLA

"Perceive." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/perceive. Accessed 3 Nov. 2023.
Copy Citation

Share

Facebook    Twitter

Kids Definition

## perceive *verb*

per·ceive  pər-ˈsēv

**perceived; perceiving**

1 : UNDERSTAND sense 1a, COMPREHEND

2 : to become aware of through the senses and especially through sight

**perceiver** *noun*



Medical Definition

## perceive *transitive verb*

per·ceive  pər-ˈsēv

**perceived; perceiving**

: to become aware of through the senses

**perceivable**  -ˈsē-və-bəl  *adjective*
**perceivably**  -blē  *adverb*
**perceiver** *noun*

More from Merriam-Webster on *perceive*

Nglish: Translation of *perceive* for Spanish Speakers
Britannica English: Translation of *perceive* for Arabic Speakers

Last Updated: 29 Oct 2023 - Updated example sentences

### Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

**MERRIAM-WEBSTER UNABRIDGED**

## Games & Quizzes


**Quordle**
Can you solve 4 words at once?


**Blossom Word Game**
You can make only 12 words. Pick the best ones!


**Missing Letter**
A crossword with a twist


**Spelling Bee Quiz**
Can you outdo past winners of the National Spelli...

