# Exhibit 13



Dictionary.com Thesaurus.com

Start typing any word or phrase

Games Featured Pop culture Writing tips

R.L. Stine Reveals The Haunting Hooks Winner! Watch now

Ads by Google
Send feedback Why this ad?

# perceive

[ per-**seev** ] SHOW IPA

**See synonyms for: perceive / perceived / perceives / perceiving on Thesaurus.com**

*verb (used with object),* **per·ceived, per·ceiv·ing.**

1. to become aware of, know, or identify by means of the senses:
   *I perceived an object looming through the mist.*
2. to recognize, discern, envision, or understand:
   *I perceive a note of sarcasm in your voice.*
   *This is a nice idea but I perceive difficulties in putting it into practice.*

Want 10% Off* Top Beauty?
Sign Up for 10% Off* during the Sephora Savings Event
Sponsored By Sephora
See More

**QUIZ**

## SYNONYM OF THE DAY QUIZ: FIND OUT WHAT THE ALLURE IS!

See if you can excel at matching the synonyms from October 2023!

**QUESTION 1 OF 11**

Which is a synonym for SEPIA?

- carmine
- sorrel
- canary

**TAKE THE QUIZ TO FIND OUT**

Learn more

**ORIGIN OF PERCEIVE**[1]

First recorded in 1250–1300; Middle English *perceiven,* from unattested Anglo-French *perceivre,* for *perçoivre,* from Latin *percipere* "to lay hold of, grasp," equivalent to *per-* + -*cipere,* combining form of *capere* "to take"

## SYNONYM STUDY FOR PERCEIVE

1. See notice.

## OTHER WORDS FOR PERCEIVE

1   note, discover, observe, descry, distinguish

See synonyms for *perceive* on Thesaurus.com

## OTHER WORDS FROM PERCEIVE

per·ceiv·er, noun
per·ceiv·ing·ness, noun
non·per·ceiv·ing, adjective
re·per·ceive, verb (used with object), re·per·ceived, re·per·ceiv·ing.
self-per·ceiv·ing, adjective
un·per·ceiv·ing, adjective

DICTIONARY.COM UNABRIDGED
BASED ON THE RANDOM HOUSE UNABRIDGED DICTIONARY, © RANDOM HOUSE, INC. 2023

## WORDS RELATED TO PERCEIVE

discern, distinguish, feel, grasp, identify, observe, realize, recognize, regard, appreciate, comprehend, know, read, see, apperceive, apprehend, behold, descry, discover, divine



## HOW TO USE PERCEIVE IN A SENTENCE

"There's been a real decline in how people *perceive* the effectiveness of the workplace to support the work they do every day," says Hoskins.

THE RISK OF 'FAUX FLEXIBILITY' IN THE POST-COVID WORKPLACE | BETH KOWITT | NOVEMBER 16, 2020 | FORTUNE

There is some evidence that institutions that have more women in their ranks are perceived as more legitimate.

HOW A RECORD NUMBER OF REPUBLICAN WOMEN WILL — AND WON'T — CHANGE CONGRESS | MEREDITH CONROY | NOVEMBER 16, 2020 | FIVETHIRTYEIGHT

While Johnson wouldn't classify their work as political per se, they understand how the personal can be perceived as political.

FOLGER HIGHLIGHTS WORK OF TWO TRANS POETS | PATRICK FOLLIARD | NOVEMBER 13, 2020 | WASHINGTON BLADE

So, three decibels is the detection threshold of human hearing, and a 10-decibel change is perceived as twice as loud by humans.

PLEASE GET YOUR NOISE OUT OF MY EARS (EP. 439) | STEPHEN J. DUBNER | NOVEMBER 12, 2020 | FREAKONOMICS

We're also interested in how polls are perceived by the media and the public and how that sometimes conflicts with the way we think polls should be viewed.

THE POLLS WEREN'T GREAT. BUT THAT'S PRETTY NORMAL. | NATE SILVER (NRSILVER@FIVETHIRTYEIGHT.COM) | NOVEMBER 11, 2020 | FIVETHIRTYEIGHT

SEE MORE EXAMPLES

BRITISH DICTIONARY DEFINITIONS FOR PERCEIVE



# perceive / (pəˈsiːv) /

*verb*

1. to become aware of (something) through the senses, esp the sight; recognize or observe
2. *(tr; may take a clause as object)* to come to comprehend; grasp

## ORIGIN OF PERCEIVE[1]

C13: from Old French *perçoivre,* from Latin *percipere* seize entirely, from PER- (thoroughly) + *capere* to grasp

## DERIVED FORMS OF PERCEIVE

perceivable, adjective
perceivability, noun
perceivably, adverb
perceiver, noun

COLLINS ENGLISH DICTIONARY - COMPLETE & UNABRIDGED 2012 DIGITAL EDITION
© WILLIAM COLLINS SONS & CO. LTD. 1979, 1986 © HARPERCOLLINS
PUBLISHERS 1998, 2000, 2003, 2005, 2006, 2007, 2009, 2012

