# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONIC CO., LTD and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:22-CV-00422-JRG-RSP |

### DECLARATION OF BENJAMIN K. THOMPSON IN SUPPORT OF SAMSUNG'S RESPONSIVE CLAIM CONSTRUCTION BRIEF

I, Benjamin K. Thompson, hereby declare under the penalty of perjury as follows:

I am a Principal at Fish & Richardson P.C., counsel for Defendants Samsung Electronic Col, Ltd. ("SEC") and Samsung Electronics America, Inc. ("SEA") (collectively "Samsung").  I am member of the Bar of the State of Georgia and am admitted to this Court.   I have personal knowledge of the matters stated in this declaration and would testify to them if called upon to do so.

1. Attached as Exhibit A is a true and correct copy of excerpts of the December 15, 2023 deposition of Alireza Raissinia.

2. Attached as Exhibit B is a true and correct copy of excerpts of the December 18, 2023 deposition of Dr. Douglas Chrissan.

*/s/Benjamin K. Thompson*
Benjamin K. Thompson

1