# EXHIBIT A

```
1              THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF TEXAS
2                     MARSHALL DIVISION

3      _____
                                           )
4      HEADWATER RESEARCH, LLC,            )
                                           )
5                      Plaintiff,          )
                                           )
6           vs.                            ) Case No.
                                           ) 2:22-CV-00422-RG-RSP
7                                          )
       SAMSUNG ELECTRONIC CO., LTD         )
8      AND SAMSUNG ELECTRONICS             )
       AMERICA, INC.,                      )
9                                          )
                       Defendants.         )
10     _____)

11

12

13

14

15              REMOTE VIDEOTAPED DEPOSITION

16                       Via ZOOM of

17                    ALIREZA RAISSINIA

18                   December 15, 2023

19                     9:02 A.M. PST

20

21

22

23

24     STENOGRAPHICALLY REPORTED BY:
       JO ANN LOSOYA, CSR, RPR, CRR
25     LICENSE #:  084-002437
```

1    this button, I'm trying and I get no reaction.
2    That's sort of -- it's more of an interaction with
3    the user.
4        Q.   Do all applications that are being
5    interacted with provide benefit to the user?
6        A.   No, not all applications.  That's why
7    some are foreground and some are background.  Some
8    are interactive and some are not.
9        Q.   Well, my question was a bit more
10   specific.  Do all applications that are being
11   interacted with by a user benefit the user?
12       A.   That's hard to say.  I am not expected to
13   tell you that's the case, but that's inferred at
14   least in this claim in my opinion.
15       Q.   Is whether a user of a device perceiving
16   a benefit subjective?
17            MR. MIRZAIE:  Same objection, and also
18   vague.
19   BY THE WITNESS:
20       A.   It could be.
21       Q.   You can set aside Exhibit 6 again.
22       A.   In my opinion, it depends on the
23   application.  This application could be a picture.
24   It could be trying to buy something.  It depends on
25   the application.  Not every application necessarily

1               REPORTER CERTIFICATE
2
3          I, JO ANN LOSOYA, a Certified Shorthand
4     Reporter within and for the State of Illinois, do
5     hereby certify:
6               That previous to the commencement
7     of the examination of the witness, the witness was
8     duly sworn to testify the whole truth concerning the
9     matters herein; That the foregoing deposition
10    transcript was reported stenographically by me, and
11    the foregoing constitutes a true record of the
12    testimony given and the proceedings had; That the
13    said deposition was taken before me at the time and
14    place specified; That I am not a relative or
15    employee or attorney or counsel, nor a relative or
16    employee of such attorney or counsel for any of the
17    parties hereto, nor interested directly or
18    indirectly in the outcome of this action.
19              IN WITNESS WHEREOF, I do hereunto set my
20    hand this day, December 21, 2023.
21
22    _____
       JO ANN LOSOYA, CSR, RPR, CRR
23     C.S.R. 84-002437
24
25