# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:22-CV-00422-JRG-RSP |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Theodore Kwong of the law firm Hilgers Graben PLLC, enters his appearance for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc., and consents to electronic services of all papers in this action.

Dated: January 22, 2024

Respectfully,

*/s/ Theodore Kwong*
Grant Schmidt (Texas Bar No. 24084579)
Jon Hyland (Texas Bar No. 24046131)
Theodore Kwong (Texas Bar No. 4087871)
**HILGERS GRABEN PLLC**
7859 Walnut Hill Lane, Suite 335
Dallas, Texas 75230
Telephone: 469-751-2819
gschmidt@hilgersgraben.com
jhyland@hilgersgraben.com
tkwong@hilgersgraben.com

*Attorney for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 22, 2024, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Theodore Kwong*
Theodore Kwong