# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>    Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. et al<br><br>    Defendants. | Civil Action No. 2:22-cv-00422-JRG-RSP |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Harry L. Gillam, Jr. of Gillam & Smith, LLP enters his appearance in this matter as additional counsel on behalf of Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.

Harry L. Gillam, Jr. may receive all communications from the Court and from other parties at Gillam & Smith, LLP, 303 South Washington Avenue, Marshall, Texas 75670; Telephone: (903) 934- 8450; Facsimile: (903) 934-9257; Email: gil@gillamsmithlaw.com.

Dated: January 23, 2024                                                 Respectfully submitted,

                                                                                        */s/ Harry L. Gillam, Jr.*
                                                                                        Harry L. Gillam, Jr.
                                                                                        State Bar No. 07921800
                                                                                        GILLAM & SMITH, L.L.P.
                                                                                        303 South Washington Avenue
                                                                                        Marshall, Texas 75670
                                                                                        Telephone: (903) 934-8450
                                                                                        Facsimile: (903) 934-9257
                                                                                        Email: gil@gillamsmithlaw.com

- 2 -

**CERTIFICATE OF SERVICE**

    I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 23rd day of January 2024, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(b)(1).

                                                    */s/ Harry L. Gillam, Jr.*
                                                    Harry L. Gillam, Jr.