## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONIC CO., LTD and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:22-CV-00422-JRG-RSP |

### NOTICE OF RELATED PROCEEDINGS IN OTHER JUDICIAL DISTRICTS

Defendants Samsung Electronic Col, Ltd. ("SEC") and Samsung Electronics America, Inc. ("SEA") (collectively "Samsung") respectfully files this Notice of Related Proceeding and notifies the Court that on January 19, 2024, Samsung filed a separate Motion to Compel in the District Court for the Northern District of California, San Jose Division. *In re Subpoena to Krista Jacobsen*, No. 5:24-mc-80012-VKD (N.D. Cal.). In this motion, Samsung asks for non-party Krista Jacobsen ("Ms. Jacobsen") to produce documents and other information in response to Samsung's Rule 45 subpoena.

Dated: January 23, 2024          Respectfully submitted,

                 By:   */s/ Melissa R. Smith*
                      Michael J. McKeon
                      DC Bar No. 459780
                      mckeon@fr.com
                      Jared Hartzman
                      DC Bar No. 1034255
                      hartzman@fr.com
                      Joshua Carrigan (*pro hac vice*)
                      VA Bar No. 96911
                      carrigan@fr.com
                      FISH & RICHARDSON P.C.

1000 Maine Avenue, SW, Ste 1000
Washington, D.C. 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Thad C. Kodish
GA Bar No. 427603
tkodish@fr.com
Benjamin K. Thompson
GA Bar No. 633211
bthompson@fr.com
Nicholas A. Gallo (*pro hac vice*)
GA Bar No. 546590
gallo@fr.com
Steffen Lake (*pro hac vice*)
GA Bar No. 512272
lake@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

Leonard E. Davis
TX Bar No. 05521600
ldavid@fr.com
Andria Rae Crisler
TX Bar No. 24093792
crisler@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214)747-5070
Facsimile: (214) 747-2091

Melissa R. Smith
State Bar No. 24001351
Melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

2

**ATTORNEYS FOR DEFENDANTS
SAMSUNG ELECTRONICS CO., LTD AND
SAMSUNG ELECTRONICS AMERICA, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on January 23, 2024, with a copy of this document via the Court's CM/ECF.

/s/ Melissa R. Smith
Melissa R. Smith