UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    Defendants. | Case No. 2:22-cv-00422-JRG-RSP<br><br>**JURY DEMANDED** |

**DECLARATION OF MARC A. FENSTER IN SUPPORT OF PLAINTIFF HEADWATER RESEARCH LLC'S REPLY CLAIM CONSTRUCTION BRIEF**

I, Marc A. Fenster, declare and state as follows:

1. I am a member of the State Bar of California and a partner at the firm of Russ August & Kabat, counsel of record for Plaintiff Headwater Research LLC in the above-captioned action. I submit this declaration in support of Plaintiff's Reply Claim Construction Brief. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2. Exhibits 1-13 were previously submitted with Plaintiff's Opening Claim Construction Brief (Dkt. No. 82).

3. Attached as Exhibit 14 is a true and correct copy of excerpts from the rough deposition transcript of Jeff Sharkey, taken January 23, 2024, filed under seal.

4. Attached as Exhibit 15 is a true and correct copy of excerpts from the deposition transcript of Alireza Raissinia, taken December 15, 2023.

Executed on January 26, 2024.

/s/ *Marc A. Fenster*
Marc A. Fenster

1