# Exhibit 15

```
 1                THE UNITED STATES DISTRICT COURT
                  FOR THE EASTERN DISTRICT OF TEXAS
 2                        MARSHALL DIVISION

 3    _____
                                      )
 4    HEADWATER RESEARCH, LLC,        )
                                      )
 5                    Plaintiff,      )
                                      )
 6         vs.                        )   Case No.
                                      )   2:22-CV-00422-RG-RSP
 7                                    )
      SAMSUNG ELECTRONIC CO., LTD     )
 8    AND SAMSUNG ELECTRONICS         )
      AMERICA, INC.,                  )
 9                                    )
                      Defendants.     )
10    _____)

11

12

13

14

15                REMOTE VIDEOTAPED DEPOSITION

16                        Via ZOOM of

17                     ALIREZA RAISSINIA

18                     December 15, 2023

19                       9:02 A.M. PST

20

21

22

23

24    STENOGRAPHICALLY REPORTED BY:
      JO ANN LOSOYA, CSR, RPR, CRR
25    LICENSE #:  084-002437
```

1    Kays on behalf of Mr. Raissinia, the witness.
2    WHEREUPON:
3                    ALIREZA RAISSINIA,
4    called as a witness herein, having been first duly
5    sworn, was examined and testified as follows:
6                      E X A M I N A T I O N
7    BY MR. HARTZMAN:
8        Q.    Could you please state your full name and
9    address for the record.
10       A.    Yes, my name is Alireza Raissinia.
11       Q.    Your address for the record?
12       A.    My home address is 15147 Elm Park, Monte
13   Sereno, California 95030.
14       Q.    And, Dr. Raissinia, have you been deposed
15   before?
16       A.    I vaguely remember once before.
17       Q.    Do you recall when that was?
18       A.    No, I don't know precisely.
19       Q.    Do you recall what case that was for?
20       A.    No.  Not at all.
21       Q.    Do you recall whether it was anything
22   related to any of the patents asserted in this case?
23       A.    No.  I do recall that it wasn't.
24       Q.    Okay.  I'll cover some ground rules
25   before we start.

```
 1    BY THE WITNESS:
 2         A.    Yeah, Dave Kays.  Sorry.  I should be
 3    specific.
 4         Q.    How long did you meet with Mr. Kays?
 5         A.    I think approximately an hour.
 6         Q.    Did you meet with anyone else in
 7    preparation for today's deposition?
 8         A.    No one.
 9         Q.    Did you review any documents in
10    preparation for your deposition?
11         A.    No.
12         Q.    Do you have any understanding whether any
13    of the patents that you invented are being asserted
14    by Headwater in this lawsuit against Samsung?
15         A.    I don't know of any of the patents, no.
16    I'm not clear which patents they are.
17         Q.    So did you review any of the asserted
18    patents in preparation for today's deposition?
19         A.    No.  I don't even have the patents.
20         Q.    Okay.  Some of those patents may come up
21    during your deposition today, and so, when I
22    introduce it, I will introduce it by its full patent
23    number.  But in general, if I refer to a patent by
24    its last three digits, will that make sense to you?
25         A.    Sure.  You mean, the identifier of the
```

```
 1      and your second consulting agreement did your role
 2      for Headwater Partners I change?
 3           A.   No.
 4           Q.   Why did you break out your work for
 5      Headwater into two entries on your LinkedIn?
 6           A.   And I'm guessing, it sounds like in one
 7      case I had ItsOn part of it, and when I stopped
 8      working with ItsOn team, I made it separate.  Just
 9      my guess.
10                MR. KAYS:  This experience will no doubt
11      cure you of LinkedIn.
12      BY THE WITNESS:
13           A.   I know.  I have to go back and think what
14      did I do.  I don't even remember when I finished.
15      It must have been right after when I came from ItsOn
16      or Headwater rather.
17           Q.   So if I were to remove ItsOn Inc. from
18      that first entry on LinkedIn, did your work for
19      Headwater from 2009 to 2011 remain the same?
20           A.   Correct.
21           Q.   Do you recall when in 2011 you left
22      Headwater?
23           A.   I joined Qualcomm around January 2012 if
24      I remember right.  So it must have been during the
25      Christmas holidays I pretty much decided to leave.
```

Alireza Raissinia - December 15, 2023

Page 99

```
 1          Q.    So you think you worked at Headwater
 2    pretty much up until you restarted again at
 3    Qualcomm?
 4          A.    Yeah.  Right.
 5          Q.    In 2011, Headwater and ItsOn were in
 6    talks with some of the major companies we discussed
 7    earlier like Verizon and Sprint, weren't they?
 8          A.    Yeah, I remember Verizon.  Again, before
 9    you even say it, but Sprint, I forgot about it.
10    When you mention it, it just kind of touched it
11    again in my memory.  Probably, yeah.  Vodafone like
12    I said.
13          Q.    Would you say that Headwater was doing
14    well as a company in 2011?
15          MR. KAYS:  Objection, vague.
16    BY THE WITNESS:
17          A.    Again, I don't know what you mean by
18    doing well.  It was an entity and it was continuing
19    doing what it was targeted to do.
20          Q.    Well --
21          A.    There was no idea of closing it down, if
22    that's what you were thinking.  I didn't get any
23    vibe that it's going to be closed down for any
24    reason.
25          Q.    How did your compensation at Headwater
```