# Exhibit A

**EXHIBIT A – JOINT CLAIM CONSTRUCTION CHART**

| Claim Language | Claim Term(s) | Headwater's Proposal | Samsung's Proposal | Court's Construction |
|---|---|---|---|---|
| '701 Patent, Claim 2. The wireless end-user device of claim 1, wherein the one or more processors are configured to determine that the first end-user application is running in a background state when a **user of the device** is not directly interacting with that application or **perceiving any benefit from that application**.<br><br>'976 Patent, Claim 2. The wireless end-user device of claim 1, wherein the one or more processors are configured to classify that the first end-user application is not interacting in the device display foreground with the user when the **user of the device** is not directly interacting with that application or **perceiving any benefit from that application**.<br><br>'184 Patent, Claim 2. The wireless end-user device of claim 1, wherein the one or more processors are configured to classify that the particular application is interacting with the user in the device user interface foreground when the **user of the device** is directly interacting with that application or **perceiving any benefit from that application**.<br><br>'433 Patent, Claim 3. The wireless end-user device of claim 2, wherein the one or more processors are configured to classify that the first end-user application is interacting with the user in the device user interface foreground when the **user of the device** is directly interacting with that application or **perceiving any benefit from that application**. | "user of the device … perceiving any benefit from that application"<br><br>'701 patent, claim 2;<br>'976 patent, claim 2;<br>'184 patent, claim 2;<br>'433 patent, claim 3;<br>'445 patent, claim 2;<br>'578 patent, claim 4;<br>'544 patent, claim 2 | Not indefinite; plain and ordinary meaning. | Indefinite. | |

1

| Claim Language | Claim Term(s) | Headwater's Proposal | Samsung's Proposal | Court's Construction |
|---|---|---|---|---|
| '445 Patent, Claim 2. The wireless end-user device of claim 1, wherein the one or more processors are configured to classify that the particular application is interacting with the user in the device user interface foreground when the **user of the device** is directly interacting with that application or **perceiving any benefit from that application**.<br><br>'578 Patent, Claim 4. The wireless end-user device of claim 1, wherein the one or more processors are further configured to classify that the particular application is interacting with the user in the device user interface foreground when a **user of the device** is directly interacting with the particular application or **perceiving any benefit from the particular application**.<br><br>'578 Patent, Claim 2. The wireless end-user device of claim 1, wherein the processor executing the instructions determines that the first device application is in the foreground of user interaction when the **user of the device** is directly interacting with that application or **perceiving any benefit from that application**. | | | | |

2