## THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

HEADWATER RESEARCH LLC,

      *Plaintiff*,

v.

SAMSUNG ELECTRONIC CO., LTD and
SAMSUNG ELECTRONICS AMERICA,
INC.,

      *Defendants*.

Case No. 2:22-CV-0422-JRG-RSP

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Sara C. Fish, of the law firm Fish & Richardson P.C., enters her appearance in this matter for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. and consents to electronic services of all papers in this action.

Dated:  February 1, 2024

Respectfully submitted,

FISH & RICHARDSON P.C.

By: */s/ Sara C. Fish*
    Sara C. Fish
    GA Bar No. 873853
    FISH & RICHARDSON P.C.
    1180 Peachtree St NE, 21st Floor
    Atlanta, GA 30309
    Phone: (404) 724-2846
    Fax: (404)892-5002
    Email: sfish@fr.com

**ATTORNEYS FOR DEFENDANTS**
**SAMSUNG ELECTRONICS CO., LTD AND**
**SAMSUNG ELECTRONICS AMERICA, INC.**

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and correct copy of the above and foregoing

document has been served on February 1, 2024 to all counsel of record who are deemed to have

consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).


<u>*/s/ Sara C. Fish*         </u>
Sara C. Fish