IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| *Headwater Research LLC* | § § § § | |
| v. | § § | CASE NO. EDTX 2:23:00103-JRG-RSP<br>EDTX 2:22-00422-JRG-RSP |
| Samsung Electronics America | § § | |

## REPORT OF MEDIATION

The above-captioned case was mediated (in person) by David Folsom on Wednesday, January 24, 2024, between Headwater Research LLC and Samsung Electronics America. The session has been suspended. The undersigned mediator will continue to work with the parities in an effort to settle.

Signed this Wednesday, February 7, 2024.

*/s/ David Folsom*
David Folsom
TXBN: 07210800
JACKSON WALKER, LLP
6002-B Summerfield Drive
Texarkana, Texas  75503
Telephone: (903) 277-7303
E-mail: david@folsomadr.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this Wednesday, February 7, 2024.  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

*/s/ David Folsom*
David Folsom