IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. et al<br><br>Defendants. | Civil Action No. 2:22-cv-00422-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that James "Travis" Underwood of Gillam & Smith, LLP enters his appearance on behalf of Defendants Samsung Electronics America, Inc., and Samsung Electronics Company, Ltd in this matter as additional counsel.

James "Travis" Underwood may receive all communications from the Court and from other parties at Gillam & Smith, LLP, 102 N. College, Suite 800, Tyler, Texas 75702; Telephone: (903) 934-8450; Facsimile: (903) 934-9257; e-mail travis@gillamsmithlaw.com.

Dated:  February 15, 2024                                          Respectfully submitted,

                                                                                               */s/ James Travis Underwood*
                                                                 James Travis Underwood
                                                                 Texas Bar No. 24102587
                                                                 GILLAM & SMITH, LLP
                                                                 102 N. College, Suite 800
                                                                 Tyler, Texas 75702
                                                                 Telephone:  (903) 934-8450
                                                                 Facsimile:  (903) 934-9257
                                                                 Email:  travis@gillamsmithlaw.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 15th day of February 2024, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                            */s/ James Travis Underwood*
                                            James Travis Underwood