# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC § § | |
| v. § § | Case No. 2:22-CV-0422-JRG-RSP |
| SAMSUNG ELECTRONICS AMERICA, § INC., ET AL. § | |

**Markman Hearing**
**MAG. JUDGE ROY PAYNE PRESIDING**
**February 16, 2024**

**OPEN:** 9:02 am                                             **ADJOURN:** 9:55 am

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Kristopher Davis |
| | Reza Mirzaie |
| | Chris Bunt |
| ATTORNEY FOR DEFENDANTS: | Chris Green |
| | Leonard Davis |
| | Nicholas Gallo |
| | Travis Underwood |
| TECHNICAL ADVISOR: | Joshua Scheufler |
| LAW CLERK: | Joshua Scheufler |
| COURT REPORTER: | Shawn McRoberts |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened.  Case called.  Chris Bunt introduced co-counsel and announced ready.  Travis Underwood introduced co-counsel and announced ready.

The Court heard argument on a term by term basis.  Kristopher Davis presented argument on behalf of Plaintiff.  Chris Green presented argument on behalf of Defendants.

The Court took the claim construction matters under submission.