# EXHIBIT 1

## AUTHORIZATION FOR RELEASE OF EMPLOYMENT RECORDS

Employee's Name: _____

Date(s) of Hire and Termination: _____

Employee's Current Address(es) _____

_____


TO:   Qualcomm Incorporated

   5775 Morehouse Dr.

   San Diego, California 92121


In connection with *Headwater Research LLC v. Samsung Elecs. Co., Ltd, et al.*, Case No. 2:22-cv-422 (E.D.Tex. Oct. 26, 2022), you (Qualcomm) are hereby authorized to disclose, make available and furnish to the law firm of Fish & Richardson P.C. all records regarding my employment, including confidential personnel files, relating to my employment at Qualcomm.


Dated: _____ day of _____, 2024.


                              _____
                                                Signature of Employee


                              _____
                                                   Print or Type Name


My lawyer's name, address and telephone number are: _____

_____