IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONIC CO., LTD and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:22-CV-00422-JRG-RSP |

### ORDER GRANTING SAMSUNG'S MOTION TO COMPEL HEADWATER TO PROVIDE SIGNED AUTHORIZATION FOR QUALCOMM TO RELEASE DR. GREGORY RALEIGH'S EMPLOYMENT RECORDS

Before the Court is the motion of Defendants Samsung Electronic Co., Ltd and Samsung Electronics America, Inc. to compel Headwater to provide signed authorization for Qualcomm to release Dr. Gregory Raleigh's Employment Records. Having consider the matter, and for good cause shown, the Court GRANTS the motion.

1