**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONIC CO., LTD and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:22-CV-00422-JRG-RSP |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW ITS OPPOSED MOTION TO COMPEL HEADWATER TO PROVIDE SIGNED AUTHORIZATION FOR QUALCOMM TO RELEASE DR. GREGORY RALEIGH'S EMPLOYMENT RECORDS (D.I. 105)**

Before the Court is Defendant's Unopposed Motion to Withdraw its Opposed Motion to Compel Headwater to Provide Signed Authorization for Qualcomm to Release Dr. Gregory Raleigh's Employment Records (D.I. 105). Having considered the matter, and for good cause shown, the Court GRANTS the motion.