IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONIC CO., LTD and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:22-CV-00422-JRG-RSP<br>& (Misc. Case 2:24-mc-0003) |

### ORDER

Before the Court is the Motion to Compel Discovery filed by Samsung in the Northern District of California and transferred to this Court as Case 2:24-mc-0003, Dkt. No. 2-4.  Since the third party subject to the Motion to Compel (Krista Jacobsen) has the same counsel as Headwater Research, Plaintiff herein, further proceedings on the Motion to Compel will be noticed in the above-captioned action.

Samsung's Motion to Compel regarding Krista Jacobsen is hereby set for **hearing** before the undersigned on **March 14, 2024 at 10:30 a.m.**  Counsel for Ms. Jacobsen is directed to bring to the hearing copies of the documents at issue for review by the Court if necessary.

**SIGNED this 25th day of February, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE