**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG ELECTRONICS CO., LTD.<br><br>Defendants. | Civil Action No. 2:22-CV-00422-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER**

Before the Court is Plaintiff Headwater Research, LLC ("Headwater")'s Unopposed Motion Extend Response Deadline ("Motion"). The Court has considered the Motion, and is of the opinion that should the Motion be GRANTED. Accordingly, Headwater's Motion is hereby GRANTED.