IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG ELECTRONICS CO., LTD.<br><br>Defendants. | Civil Action No. 2:22-cv-0422-JRG-RSP |

# ORDER

Before the Court is Plaintiff Headwater Research, LLC's Unopposed Motion Extend Response Deadline (**Dkt. No. 118**). The Court has considered the Motion, and is of the opinion that should the Motion be **GRANTED**. Accordingly, the deadline for Headwater to respond to Samsung's Motion to Compel (Dkt. No. 100) is extended to February 28, 2024.

**SIGNED this 28th day of February, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE