# Exhibit I



## App Freezer

**MobizSystems**

Contains ads · In-app purchases

| 4.1★ 3.32K reviews | 1M+ Downloads | Everyone  |

Install

 Share    Add to wishlist

    



### About this app

Working on Android devices (Samsung, Sony, LG, HTC, Asus, Xiaomi, Huawei,...etc) on ROOT or NON-ROOT devices.

☆ This application requires Root or Device Administrator permission to work. Without it, this app will work like a Package Information tool.
☆ App Freezer is the useful application to freeze bloatware or unwanted package.
☆ One tap to freeze/unfreeze all Bloatware (pre-Installed apps)
...

**Updated on**
Feb 28, 2024

Tools

### Data safety

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

| This app may share these data types with third parties Device or other IDs |
| This app may collect these data types |





Google Play

Games Apps Movies & TV Books Kids

## Ratings and reviews

Ratings and reviews are verified

Phone Tablet Watch TV Car

4.0

5
4
3
2
1

★★★★

3.2K reviews

A Google user

★★★★★ December 1, 2019

App Freezer does not break the backups of Google and Samsung IF YOU KNOW WHAT YOU ARE DOING. Kiddies shouldn't play with dangerous tools. You must know what you are doing before disabling everything listed as bloatware. It's not straightforward like that at all. I have both BKmanager and App Freezer running on dozens of Android phones that I manage for my family and backups run without fail. Most of my family is scattered throughout the US. I literally get their phone, fine tune it with this app, send it back to them, and it just works and works without fail. If you are afraid of breaking your phone, you shouldn't be running this or any other software like it. If you know what you are doing, this is the only way to turn off lots of crud without voiding warranties in order to gain back battery life and keep the battery from overheating. It's also great for disabling problematic apps that affect performance and/or security in such situations that the app cannot be uninstalled. I would give it 100 stars if I could!

843 people found this review helpful

Did you find this helpful? Yes No

A Google user

★★★★★ January 25, 2019

I haven't always been the best at leaving reviews, but this one deserves to be the exception! Major thanks to this developer for trying so hard despite Samsungs attempts at blocking it. I had the previous app that stopped functioning with an update, but with this one I was able to get my freezer back with Tasker support! Can't thank you enough! I won't be taking any more updates lol

159 people found this review helpful

Did you find this helpful? Yes No

A Google user

★★★★ February 10, 2019

Very good! Would give 5 stars but the widget doesn't always respond after a while. Other than that, great app with quick access to completely disabling background processes! none of the alleged 'putting apps to sleep' just to have them auto restart. Just as good as Ice Box really but I find this one a little quicker and when the widgets work, it literally means one tap freezing/unfreezing apps.

554 people found this review helpful

| Games | Apps | Movies & TV | Books | Kids |

**What's new**

- Add listview cache
- Fix bugs

**App support**

Flag as inappropriate

**Google Play**

Play Pass
Play Points
Gift cards
Redeem
Refund policy

**Kids & family**

Parent Guide
Family sharing

Terms of Service    Privacy    About Google Play    Developers    Google Store    United States (English (United States))