UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants. | Case No. 2:22-cv-00422-JRG-RSP<br><br>JURY TRIAL DEMANDED |

**JOINT STIPULATION TO EXPEDITE BRIEFING ON PLAINTIFF'S OPPOSED MOTION TO AMEND INFRINGEMENT CONTENTIONS**

Plaintiff Headwater Research LLC ("Headwater") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") jointly stipulate to expedite briefing on Plaintiff's concurrently filed Opposed Motion to Amend Infringement Contentions ("Headwater's Motion"). To expedite the Court's consideration of Headwater's Motion, the parties agree to the following briefing schedule:

| Event | Deadline |
|---|---|
| Headwater files its Opening Brief | March 12, 2024 |
| Samsung files its Response Brief | March 21, 2024 |
| Headwater files its Reply Brief | March 25, 2024 |
| Samsung files its Sur-Reply Brief | March 29, 2024 |

Dated: March 12, 2024

/s/ *Benjamin K. Thompson*
Ruffin B. Cordell

Respectfully submitted,

/s/ *Marc Fenster*
Marc Fenster

1

TX Bar No. 04820550  
Michael J. McKeon  
DC Bar No. 459780  
mckeon@fr.com  
Jared Hartzman (*pro hac vice*)  
DC Bar No. 1034255  
hartzman@fr.com  
Joshua Carrigan (*pro hac vice*)  
VA Bar No. 96911  
carrigan@fr.com  
FISH & RICHARDSON P.C.  
1000 Maine Avenue, SW, Ste 1000  
Washington, D.C. 20024  
Telephone: (202) 783-5070  
Facsimile: (202) 783-2331  

Thad C. Kodish  
GA Bar No. 427603  
tkodish@fr.com  
Benjamin K. Thompson  
GA Bar No. 633211  
bthompson@fr.com  
Nicholas A. Gallo (*pro hac vice*)  
GA Bar No. 546590  
gallo@fr.com  
Steffen Lake (*pro hac vice*)  
GA Bar No. 512272  
lake@fr.com  
FISH & RICHARDSON P.C.  
1180 Peachtree St. NE, Fl. 21  
Atlanta, GA 30309  
Telephone: (404) 892-5005  
Facsimile: (404) 892-5002  

Leonard E. Davis  
TX Bar No. 05521600  
ldavid@fr.com  
Andria Rae Crisler  
TX Bar No. 24093792  
crisler@fr.com  
FISH & RICHARDSON P.C.  
1717 Main Street, Suite 5000  
Dallas, TX 75201  
Telephone: (214)747-5070  
Facsimile: (214) 747-2091  

CA State Bar No. 181067  
Reza Mirzaie  
CA State Bar No. 246953  
Brian Ledahl  
CA State Bar No. 186579  
Ben Wang  
CA State Bar No. 228712  
Paul Kroeger  
CA State Bar No. 229074  
Neil A. Rubin  
CA State Bar No. 250761  
Kristopher Davis  
CA State Bar No. 329627  
James S. Tsuei  
CA State Bar No. 285530  
Philip Wang  
CA State Bar No. 262239  
Amy Hayden  
CA State Bar No. 287026  
James Milkey  
CA State Bar No. 281283  
Jason M. Wietholter  
CA State Bar No. 337139  
RUSS AUGUST & KABAT  
12424 Wilshire Blvd. 12th Floor  
Los Angeles, CA 90025  
Telephone: 310-826-7474  
rak_headwater@raklaw.com  

Robert Christopher Bunt  
Parker, Bunt & Ainsworth, P.C.  

Texas State Bar No. 00787165  
100 E. Ferguson Suite 418  
Tyler, Texas 75702  
Tel.: (903) 531-3535  
rcbunt@pbatyler.com  

**ATTORNEYS FOR PLAINTIFF,**  
**Headwater Research LLC**

John-Paul R. Fryckman (*pro hac vice*)
CA Bar No. 317591
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Melissa R. Smith
State Bar No. 24001351
Melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Andrew Thompson ("Tom") Gorham
State Bar No. 24012715
tom@gillamsmithlaw.com
GILLAM & SMITH, LLP
102 N. College, Ste. 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

*Attorneys for Defendants*
*Samsung Electronics Co., Ltd. and*
*Samsung Electronics America, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 12th day of March 2024, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                           */s/ Marc Fenster*
                                                           Marc Fenster

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h).  The parties are in agreement on filing this Joint Stipulation.

*/s/ Kristopher Davis*
Kristopher Davis
