# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG ELECTRONICS CO., LTD.<br><br>Defendants. | Civil Action No. 2:22-CV-00422-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## ORDER SETTING EXPEDITED BRIEFING SCHEDULE

In accordance with the Joint Stipulation (**Dkt. No. 129**), it is hereby **ORDERED** that the following expedited briefing schedule shall apply to the parties' briefing on Plaintiff's Opposed Motion to Amend Infringement Contentions (Dkt. No. 127):

| Event | Deadline |
|---|---|
| Headwater files its Opening Brief | March 12, 2024 |
| Samsung files its Response Brief | March 21, 2024 |
| Headwater files its Reply Brief | March 25, 2024 |
| Samsung files its Sur-Reply Brief | March 29, 2024 |