# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC | § § | |
| v. | § § | Case No. 2:22-CV-0422-JRG-RSP |
| SAMSUNG ELECTRONICS AMERICA, INC., ET AL. | § § § | |
| IN RE KRISTA JACOBSEN | § | Case No. 2:24-MC-0003-RSP |

## Motion Hearing
## MAG. JUDGE ROY PAYNE PRESIDING
### March 14, 2024

**OPEN: 10:19 am**　　　　　　　　　　　　　　　　　　**ADJOURN:  11:57 am**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Marc Fenster |
| | James Tsuei |
| | Peter Tong |
| | Chris Bunt |
| ATTORNEY FOR DEFENDANTS: | Noah Graubert |
| | Gil Gilbert |
| LAW CLERK: | Joshua Scheufler |
| COURT REPORTER: | Shelly Holmes |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened.   Case called.   Chris Bunt introduced co-counsel and announced ready. Gil Gillam introduced co-counsel and announced ready.

Noah Graubart argued Samsung's Motion to Compel (Dkt. 100).   Marc Fenster responded.   James Tsuei also responded.

After the break, Mr. Fenster argued bucket categories.   The Court made rulings.

The Court will set an additional hearing in April.