# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG ELECTRONICS CO., LTD.<br><br>Defendants. | Civil Action No. 2:22-CV-00422-JRG-RSP<br><br>JURY TRIAL DEMANDED |

## [PROPOSED] ORDER

Before the Court is Plaintiff Headwater Research, LLC ("Headwater")'s Motion to Expedite Briefing For Its Motion Amend Protective Order or, Alternatively, for Discovery Under 28 U.S.C. § 1782 (the "Motion"). The Court has considered the Motion, and is of the opinion that should the Motion be GRANTED. Accordingly, Headwater's Motion is hereby GRANTED.

It is THEREFORE ORDERED that the briefing for Headwater's Motion Amend Protective Order or, Alternatively, for Discovery Under 28 U.S.C. § 1782 is shortened as follows: Defendant's Response in Opposition is due on or before April 2, 2024. Replies and sur-replies are not permitted.