# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>    Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG ELECTRONICS CO., LTD.<br><br>    Defendants. | Civil Action No. 2:22-CV-00422-JRG-RSP |

## ORDER

Before the Court is Plaintiff Headwater Research, LLC ("Headwater")'s Corrected Motion to Expedite Briefing For Its Motion to Amend Protective Order or, Alternatively, for Discovery Under 28 U.S.C. § 1782 (**Dkt. No. 153**). The Court has considered the Motion, and is of the opinion that should the Motion be **GRANTED**. Accordingly, Headwater's Motion is hereby **GRANTED**.

It is **THEREFORE ORDERED** that the briefing for Headwater's Motion to Amend Protective Order or, Alternatively, for Discovery Under 28 U.S.C. § 1782 is shortened as follows: Defendant's Response in Opposition is due by April 2, 2024. Replies and sur-replies are not permitted.

**SIGNED this 26th day of March, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE