**PUBLIC VERSION**

# EXHIBIT 4
# REDACTED



Fish & Richardson P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
858 678 5070 main

**Angela M. Castagnola**
Senior Litigation Case Manager
castagnola@fr.com
858 678 4786  direct

**VIA EMAIL AND FTP**

April 25, 2023

| | |
|---|---|
| Marc Fenster | Robert Christopher Bunt |
| Reza Mirzaie | Charles Ainsworth |
| Brian Ledahl | PARKER, BUNT, AISWORTH, P.C. |
| Ben Wang | 100 E. Ferguson Suite 418 |
| Paul Kroeger | Tyler Texas 75702 |
| Neil A. Rubin | |
| Kristopher Davis | |
| James S. Tsuei | |
| Philip Wang | |
| Amy Hayden | |
| Jason M. Wietholter | |
| RUSS AUGUST & KABAT | |
| 12424 Wilshire Blvd. 12th Floor | |
| Los Angeles, CA 90025 | |

Re: *Headwater Research LLC v. Samsung Electronics Co., Ltd., et al.*,
**Case No. 2:22-CV-00422-JRG-RSP**

Dear Counsel:

Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.'s document production bearing bates SAM-HW00155714 - SAM-HW00155767 has been uploaded to our secure FTP.  Please note these documents have been designated as "CONFIDENTIAL – ATTORNEYS' EYES ONLY," and should be treated accordingly.

Login credentials are noted below, and downloading instructions have been included.  Please note the production will automatically be deleted within seven days.  The production file has been encrypted and a password will be sent under separate cover.

Samsung also confirms that two source code laptops are being made available for inspection in Fish & Richardson's Atlanta office.

Username: Samsung-Headwater_SERVICE
Password: =mK$l&MsX?2u

Very truly yours,

*Angela Castagnola*

Angela M. Castagnola
Senior Litigation Case Manager

fr.com