PUBLIC VERSION

# EXHIBIT 5
# REDACTED

**PUBLIC VERSION**

## Samsung adv. Headwater
## Source Code Review - Sign-In Sheet

| Signature/Printed Name | Time In/Date | Time Out/Date |
|---|---|---|
| [signature] Dan Manheim | 7/10 9:75 | 5:05 |
| [signature] Dan Manheim | 7/11 9:15 | 5:02 |
| [signature] Dan Manheim | 7/12 9:40 | 5:00 |
| [signature] Dan Manheim | 7/13 9:40 | 6:00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |