**PUBLIC VERSION**

# EXHIBIT 6
# REDACTED

| | |
|---|---|
| **From:** | Jason Wietholter <jwietholter@raklaw.com> |
| **Sent:** | Monday, February 19, 2024 9:50 AM |
| **To:** | [SERVICE FR] Samsung-Headwater |
| **Cc:** | rak_headwater@raklaw.com |
| **Subject:** | Fwd: Headwater v. Samsung Case No. 2:22-cv-422: Source Code Print Requests |

[This email originated outside of F&R.]

Counsel for Samsung,

Pursuant to the terms of the Protective Order in this case, Headwater requests four copy sets of the source code printouts in the PRINT folder on the desktop of the review machine be delivered to Russ, August & Kabat c/o Jason Wietholter, 12424 Wilshire Boulevard, 12th Floor | Los Angeles, California 90025.

Regards,
**Jason Wietholter**
**Russ, August & Kabat**
12424 Wilshire Boulevard, 12th Floor | Los Angeles, California 90025
Main +1 310 826 7474 | jwietholter@raklaw.com | www.raklaw.com

-----------------------------------

This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature. This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s). If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.