# EXHIBIT 7
# REDACTED IN ENTIRETY