**PUBLIC VERSION**

# EXHIBIT 12
# REDACTED

**PUBLIC VERSION**

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| Headwater Research LLC, | Case No. 2:22-CV-00422-JRG-RSP |
| *Plaintiff*, | |
| vs. | **JURY DEMANDED** |
| Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., | |
| *Defendants*. | |

## PLAINTIFF'S NOTICE OF DEPOSITION PURSUANT TO
## FED. R. CIV. P. 30(b)(1) TO HONGSHIK KIM

Pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiff Headwater Research LLC gives notice that it will take the deposition upon oral examination of Hongshik Kim.

The deposition will be taken at a mutually agreed-upon date and time by remote means, or at another time and location mutually agreed upon by the parties, and will continue until completed. The deposition will be taken before an officer duly authorized to administer oaths, and will be recorded by audio, audio-visual, and/or stenographic means.

The deposition shall be conducted in accordance with the Federal Rules of Civil Procedure, the District's local rules, the Court's rules and orders, and the schedule issued in this case.

**PUBLIC VERSION**

Dated:  January 31, 2024

*/s/ Marc Fenster*
Marc Fenster
Reza Mirzaie
Brian Ledahl
Ben Wang
Paul Kroeger
Neil A. Rubin
Kristopher Davis
James S. Tsuei
Philip Wang
Amy Hayden
James Milkey
Jason M. Wietholter
RUSS AUGUST & KABAT
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
Email: headwater@raklaw.com

**ATTORNEYS FOR PLAINTIFF,**
**Headwater Research**

**PUBLIC VERSION**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the counsel of record have been served electronically on January 31, 2024.

*/s/ Marc Fenster*