# EXHIBIT 17
# REDACTED IN ENTIRETY