# EXHIBIT 19
# REDACTED IN ENTIRETY