# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG ELECTRONICS CO., LTD.<br><br>Defendants. | Civil Action No. 2:22-CV-00422-JRG-RSP |

## ORDER

Before the Court is the Unopposed Motion of Plaintiff Headwater Research LLC to seal the declaration it previously filed as public at Dkt. 128. (**Dkt. No. 155**.) Having considered the matter, and for good cause shown, the Court GRANTS the motion.

The Court directs that Dkt. 128 may be filed under seal.

**SIGNED this 29th day of March, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE