IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONIC CO., LTD and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:22-CV-00422-JRG-RSP |

**ORDER**

Before the Court is Defendants Samsung Electronic Co., Ltd and Samsung Electronics America, Inc.'s Motion to Expedite Briefing on Samsung's Motion to Strike Certain Opinions Offered by Dr. Richard D. Wesel. (**Dkt. No. 166**.) Having considered the Motion, it is **DENIED**.

**SIGNED this 3rd day of April, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE