# EXHIBIT 20
# REDACTED IN ENTIRETY