# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONIC CO., LTD and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:22-CV-00422-JRG-RSP |

**NOTICE OF SUPPLEMENTAL INFORMATION REGARDING
PENDING MOTION TO STAY AND RELATED
*INTER PARTES* REVIEW PROCEEDINGS**

The Defendants write to provide notice to the Court of recent determinations by the USPTO in *inter partes* review ("IPR") proceedings involving Petitioners Samsung Electronics Co., Ltd. ("SEC") and Samsung Electronics America, LLC ("SEA") (collectively "Samsung") and Patent Owner Headwater Research, LLC. that are relevant to Defendants' pending Motion to Stay Pending *Inter Partes* Review (Dkt. 67).

The Patent Trial and Appeal Board instituted IPR proceedings for U.S. Patent Nos. 11,405,224 (AIA Review No. IPR2023-01157), 10,237,773 (AIA Review No. IPR2023-01226), 9,277,433 (AIA Review No. IPR2023-01250), 9,521,578 (AIA Review No. IPR2023-01337), 9,137,701 (AIA Review No. IPR2023-01336), and 9,609,544 (AIA Review No. IPR2023-01360).

The remaining IPR proceedings referenced in the Motion to Stay were denied institution. Samsung is preparing to seek panel rehearing or Director Review of such denials related to U.S. Patent Nos. 9,143,976 (AIA Review No. IPR2023-01253), 9,271,184 (AIA Review Nos. IPR2023-01361 and IPR2023-01362), and 9,277,445 (AIA Review No. IPR2023-01462).

The time to seek review or rehearing or Director Review for some of the other institution decisions has not yet elapsed ('976 patent on April 22nd; '445/'184 patents on April 29th). The Defendants will apprise the Court of any additional relevant developments.

Dated: April 10, 2024                                     Respectfully submitted,

                                                          By:  /s/ Thad C. Kodish
                                                               Ruffin B. Cordell
                                                               TX Bar No. 04820550
                                                               Michael J. McKeon
                                                               DC Bar No. 459780
                                                               mckeon@fr.com
                                                               Jared Hartzman (*pro hac vice*)
                                                               DC Bar No. 1034255
                                                               hartzman@fr.com
                                                               Joshua Carrigan (*pro hac vice*)
                                                               VA Bar No. 96911
                                                               carrigan@fr.com
                                                               **FISH & RICHARDSON P.C.**
                                                               1000 Maine Avenue, SW, Ste 1000
                                                               Washington, D.C. 20024
                                                               Telephone: (202) 783-5070
                                                               Facsimile: (202) 783-2331

                                                               Thad C. Kodish
                                                               GA Bar No. 427603
                                                               tkodish@fr.com
                                                               Benjamin K. Thompson
                                                               GA Bar No. 633211
                                                               bthompson@fr.com
                                                               Nicholas A. Gallo (*pro hac vice*)
                                                               GA Bar No. 546590
                                                               gallo@fr.com
                                                               Steffen Lake (*pro hac vice*)
                                                               GA Bar No. 512272
                                                               lake@fr.com
                                                               Sara Fish
                                                               sfish@fr.com
                                                               GA Bar No. 873853
                                                               Noah C. Graubart
                                                               GA Bar No. 141862
                                                               graubart@fr.com
                                                               **FISH & RICHARDSON P.C.**
                                                               1180 Peachtree St. NE, Fl. 21
                                                               Atlanta, GA 30309
                                                               Telephone: (404) 892-5005
                                                               Facsimile: (404) 892-5002

                                                               Leonard E. Davis
                                                               TX Bar No. 05521600

Case 2:22-cv-00422-JRG-RSP   Document 175   Filed 04/10/24   Page 4 of 6 PageID #: 15288

ldavid@fr.com
Andria Rae Crisler
TX Bar No. 24093792
crisler@fr.com
Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214)747-5070
Facsimile: (214) 747-2091

John-Paul R. Fryckman (*pro hac vice*)
CA Bar No. 317591
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Melissa R. Smith
State Bar No. 24001351
Melissa@gillamsmithlaw.com
Harry L. Gillam, Jr.
State Bar No. 07921800
gil@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Andrew Thompson ("Tom") Gorham
State Bar No. 24012715
tom@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
102 N. College, Ste. 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Grant Schmidt
Texas Bar No. 24084579
gschmidt@hilgersgraben.com
Jon Hyland

jhyland@hilgersgraben.com  
Texas Bar No. 24046131  
Theodore Kwong  
tkwong@hilgersgraben.com  
Texas Bar No. 4087871  
**HILGERS GRABEN PLLC**  
7859 Walnut Hill Lane, Suite 335  
Dallas, Texas 75230  
Telephone: 469-751-2819  

*Attorneys for Defendants Samsung Electronic Co., LTD and Samsung Electronics America, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on April 10, 2024.  As of this date, all counsel of record had consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

                                             */s/ Thad C. Kodish*
                                             Thad C. Kodish