# Exhibit 4

# Power management restrictions

As described in Power management (/about/versions/pie/power), the system can impose power restrictions on apps for a number of reasons. The following table outlines the current restrictions. These restrictions do not apply while the device is charging.

In each case, the most restrictive applicable setting is the one that takes effect. For example, if Battery Saver is active and an app is in the Rare bucket, the more stringent App Standby Buckets restrictions on Firebase Cloud Messaging (FCM) are applied.

**Note**: The values in this table are subject to change. These values are given as examples, and improvements to the balance between battery life and timeliness of content updates may cause them to change.

| Setting | Jobs * | Alarms | Network † | Firebase Cloud Messaging § |
|---|---|---|---|---|
| **User Restricts Background Activity** | | | | |
| Restrictions enabled: | Never | Never | No restriction | No restriction |
| **Doze** | | | | |
| Doze active: | Deferred to window | Regular alarms: Deferred to window<br><br>Inexact while-idle alarms: Limited to 1 per 9 minutes<br><br>Exact while-idle alarms: Limited to 72 per hour | Deferred to window | High priority: No restriction<br><br>Normal priority: Deferred to window |
| **App Standby Buckets** (by bucket) | | | | Prior to Android 13 (API Level 33) |
| Active: | No restriction | No restriction | No restriction | No restriction |
| Working set: | Limited to 10 minutes every 2 hours | Limited to 10 per hour | No restriction | No restriction |
| Frequent: | Limited to 10 minutes every 8 hours | Limited to 2 per hour | No restriction | High priority: 10/day |

| Setting | Jobs * | Alarms | Network † | Firebase Cloud Messaging § |
| --- | --- | --- | --- | --- |
| Rare: | Limited to 10 minutes every 24 hours | Limited to 1 per hour | Disabled | High priority: 5/day |
| Restricted: | Once per day | One alarm per day, either an exact alarm (/training/scheduling/alarms#exact) or an inexact alarm (/training/scheduling/alarms#inexact) | Disabled | High priority: 5/day |

\* If jobs restrictions are in force, the app is granted a window of ten minutes at the specified interval. At the end of the ten minutes, all jobs are postponed until the next window.

† If network access is restricted, the app is granted a window of 10 minutes to use the network at the specified interval.

§ If high priority FCM messages are capped, all subsequent messages are treated as normal priority. Note that the high priority message limits indicated for App Standby buckets are applicable only on Android 12 (API Level 32) and lower. For current guidelines on high priority messages, refer to Set and manage message priority  (https://firebase.google.com/docs/cloud-messaging/android/message-priority).

Content and code samples on this page are subject to the licenses described in the Content License (/license). Java and OpenJDK are trademarks or registered trademarks of Oracle and/or its affiliates.

Last updated 2023-05-09 UTC.