# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.; and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    *Defendants*. | Civil Action No. 2:22-cv-00422-JRG-RSP |

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Excuse Lead Counsel from the April 24, 2024, Discovery Hearing. (**Dkt. No. 181**.) Having considered the Motion, the Court finds good cause to excuse Marc Fenster and the motion is **GRANTED**.

**IT IS THEREFORE ORDERED** that Marc Fenster is excused from attending the April 24, 2024, discovery hearing.

**SIGNED this 19th day of April, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE