# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONIC CO., LTD and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:22-CV-00422-JRG-RSP |

## DEFENDANTS' UNOPPOSED MOTION TO AMEND DOCKET CONTROL ORDER

Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung" or "Defendants") respectfully file this Unopposed Motion to Amend the Third Docket Control Order and would show the Court as follows. Plaintiff Headwater Research, LLC ("Headwater") does not oppose the Motion.

The parties have been working diligently throughout this expert discovery period to prepare and serve expert reports. Additionally, the parties have been negotiating in good faith over an expert deposition schedule that accommodates both parties' and the experts' schedules. Given the volume of patents and claims asserted and number of experts involved, finding a workable scheduling arrangement for expert depositions within the current expert discovery period has proven difficult. Compounding this, certain experts have unavoidable conflicts within the current discovery period. In light of these scheduling conflicts, good cause exists for the proposed schedule modifications.

Samsung respectfully submits that a small extension to the expert discovery period, including a small extension to the dispositive/*Daubert* motion related deadlines, would help to

alleviate the aforementioned scheduling conflicts and allow the parties to proceed with expert discovery with better efficiency. Headwater does not oppose.

No other deadlines will be affected by this amendment, nor will there be any disruption to the trial schedule. Under the requested extensions, responses to dispositive/*Daubert*/strike motions would be due four days later than currently scheduled, which is still nearly six weeks prior to the pre-trial conference.

Samsung represents that this Motion is not filed for the purposes of delay but rather so that justice may be served.

Accordingly, Samsung respectfully requests that the Court grant this Unopposed Motion to Amend the Third Control Order (Dkt. No. 125) as follows:

| Original Date | Amended Date | Event |
|---|---|---|
| May 20, 2024 | May 24, 2024 | *Response to Dispositive Motions (including *Daubert* Motions). Responses to dispositive motions that were filed prior to the dispositive motion deadline, including *Daubert* Motions, shall be due in accordance with Local Rule CV-7(e), not to exceed the deadline as set forth in this Docket Control Order. [1] Motions for Summary Judgment shall comply with Local Rule CV-56. |
| May 6, 2024 | May 10, 2024 | *File Motions to Strike Expert Testimony (including *Daubert* Motions)<br><br>No motion to strike expert testimony (including a *Daubert* motion) may be filed after this date without leave of the Court. |

---

[1] The parties are directed to Local Rule CV-7(d), which provides in part that "[a] party's failure to oppose a motion in the manner prescribed herein creates a presumption that the party does not controvert the facts set out by movant and has no evidence to offer in opposition to the motion." If the deadline under Local Rule CV 7(e) exceeds the deadline for Response to Dispositive Motions, the deadline for Response to Dispositive Motions controls.

| | | |
|---|---|---|
| May 6, 2024 | May 10, 2024 | *File Dispositive Motions<br><br>No dispositive motion may be filed after this date without leave of the Court.<br><br>Motions shall comply with Local Rule CV-56 and Local Rule CV-7. <u>Motions to extend page limits</u> <u>will only be granted in exceptional circumstances.</u> <u>Exceptional circumstances require more than</u> <u>agreement among the parties.</u> |
| April 30, 2024 | May 9, 2024 | Deadline to Complete Expert Discovery |

Dated: April 19, 2024          Respectfully submitted,

By:    */s/ Benjamin K. Thompson*
Ruffin B. Cordell
TX Bar No. 04820550
Michael J. McKeon
DC Bar No. 459780
mckeon@fr.com
Jared Hartzman (*pro hac vice*)
DC Bar No. 1034255
hartzman@fr.com
Joshua Carrigan (*pro hac vice*)
VA Bar No. 96911
carrigan@fr.com
**FISH & RICHARDSON P.C.**
1000 Maine Avenue, SW, Ste 1000
Washington, D.C. 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Thad C. Kodish
GA Bar No. 427603
tkodish@fr.com
Benjamin K. Thompson
GA Bar No. 633211
bthompson@fr.com
Nicholas A. Gallo (*pro hac vice*)
GA Bar No. 546590
gallo@fr.com
Steffen Lake (*pro hac vice*)
GA Bar No. 512272
lake@fr.com
Sara Fish
sfish@fr.com
GA Bar No. 873853
Noah C. Graubart
GA Bar No. 141862
graubart@fr.com
**FISH & RICHARDSON P.C.**
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

Leonard E. Davis

4

TX Bar No. 05521600
ldavid@fr.com
Andria Rae Crisler
TX Bar No. 24093792
crisler@fr.com
Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214)747-5070
Facsimile: (214) 747-2091

John-Paul R. Fryckman (*pro hac vice*)
CA Bar No. 317591
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Melissa R. Smith
State Bar No. 24001351
Melissa@gillamsmithlaw.com
Harry L. Gillam, Jr.
State Bar No. 07921800
gil@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Andrew Thompson ("Tom") Gorham
State Bar No. 24012715
tom@gillamsmithlaw.com
James Travis Underwood
State Bar No. 24102587
travis@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
102 N. College, Ste. 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

                Grant Schmidt
                Texas Bar No. 24084579
                gschmidt@hilgersgraben.com
                Jon Hyland
                jhyland@hilgersgraben.com
                Texas Bar No. 24046131
                Theodore Kwong
                tkwong@hilgersgraben.com
                Texas Bar No. 4087871
                **HILGERS GRABEN PLLC**
                7859 Walnut Hill Lane, Suite 335
                Dallas, Texas 75230
                Telephone: 469-751-2819

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff and counsel for Defendants have met and conferred in compliance with Local Rule CV-7(h).  Plaintiff does not oppose this motion.

>	*/s/ Benjamin K. Thompson*
>	Benjamin K. Thompson

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on April 19, 2024.  As of this date, all counsel of record had consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

>	*/s/ Benjamin K Thompson*
>	Benjamin K. Thompson