# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONIC CO., LTD and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:22-CV-00422-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Defendants' Unopposed Motion to Excuse Lead Counsel from the April 24, 2024 Discovery Hearing. The Court, having considered the same, is of the opinion that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Ruffin B. Cordell is excused from attending the April 24, 2024 discovery hearing.