# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONIC CO., LTD and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:22-CV-00422-JRG-RSP |

## ORDER

Before the Court is Defendants' Unopposed Motion to Excuse Lead Counsel from the April 24, 2024 Discovery Hearing. (**Dkt. No. 184**.) The Court, having considered the same, is of the opinion that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Ruffin B. Cordell is excused from attending the April 24, 2024 discovery hearing.

SIGNED this 22nd day of April, 2024.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE