IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONIC CO., LTD and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:22-CV-00422-JRG-RSP |

**SAMSUNG DEFENDANTS' MOTION TO EXPEDITE BRIEFING
ON SAMSUNG'S MOTION TO STRIKE AMENDED EXPERT REPORTS OF
<u>DR. ANDREAS GROEHN AND MR. DAVID KENNEDY</u>**

Defendants Samsung Electronics Co., LTD ("SEC") and Samsung Electronics America, Inc. ("SEA") (collectively "Samsung") respectfully file this opposed motion to expedite briefing on Samsung's Motion to Strike the Amended Expert Reports of Plaintiff Headwater Research, LLC's damages experts, Dr. Andreas Groehn and Mr. David Kennedy.

Samsung submits that expedited briefing is appropriate in view of the fast-approaching of May 9, 2024 deadline to complete expert discovery, the straightforward nature of the issue presented in Samsung's motion, and the tailored relief sought by Samsung. Expert discovery is well underway, and Dr. Groehn's and Mr. Kennedy's depositions will take place within the next two weeks. Samsung's expert depositions are also underway, and Samsung's damages experts are faced with potentially new damages opinions that they will only have the chance to opine on and rebut for the first time in deposition, since the Court's Docket Control Order and the case schedule does not allow for any additional expert reports. Absent the Court's guidance on what damages opinions from Dr. Groehn and Mr. Kennedy are operative in this case, Samsung will have no

1

choice but to likely expend additional thousands of dollars and numerous hours (both by its experts and its attorneys) responding at the eleventh hour to untimely damages opinions that may be stricken.

Counsel for Samsung and Headwater have conferred, and Headwater opposes the expedited briefing requested by Samsung.

Samsung thus respectfully requests that the Court grant this Motion and enter an order shortening the briefing schedule as follows: (1) Headwater's response in opposition to Samsung's Motion to Strike is due on or before April 29, 2024, and (2) no further briefing is allowed.

Dated: April 25, 2024	Respectfully submitted,

By: */s/ Thomas H. Reger II*
Ruffin B. Cordell
TX Bar No. 04820550
Michael J. McKeon
DC Bar No. 459780
mckeon@fr.com
Jared Hartzman (*pro hac vice*)
DC Bar No. 1034255
hartzman@fr.com
**FISH & RICHARDSON P.C.**
1000 Maine Avenue, SW, Ste 1000
Washington, D.C. 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Thad C. Kodish
GA Bar No. 427603
tkodish@fr.com
Benjamin K. Thompson
GA Bar No. 633211
bthompson@fr.com
Nicholas A. Gallo (*pro hac vice*)
GA Bar No. 546590
gallo@fr.com
Steffen Lake (*pro hac vice*)
GA Bar No. 512272
lake@fr.com
Sara Fish
sfish@fr.com
GA Bar No. 873853
Noah C. Graubart
GA Bar No. 141862
graubart@fr.com
**FISH & RICHARDSON P.C.**
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

Leonard E. Davis
TX Bar No. 05521600
ldavid@fr.com
Andria Rae Crisler
TX Bar No. 24093792

crisler@fr.com
Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214)747-5070
Facsimile: (214) 747-2091

John-Paul R. Fryckman (*pro hac vice*)
CA Bar No. 317591
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Melissa R. Smith
State Bar No. 24001351
Melissa@gillamsmithlaw.com
Harry L. Gillam, Jr.
State Bar No. 07921800
gil@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Andrew Thompson ("Tom") Gorham
State Bar No. 24012715
tom@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
102 N. College, Ste. 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Grant Schmidt
Texas Bar No. 24084579
gschmidt@hilgersgraben.com
Jon Hyland
jhyland@hilgersgraben.com
Texas Bar No. 24046131
Theodore Kwong

tkwong@hilgersgraben.com
Texas Bar No. 4087871
**HILGERS GRABEN PLLC**
7859 Walnut Hill Lane, Suite 335
Dallas, Texas 75230
Telephone: 469-751-2819

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on Plaintiff through its counsel of record via email on April 25, 2024.

*/s/ Thomas H. Reger II*
Thomas H. Reger II

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Defendants have complied with the meet and confer requirement in Local Rule CV-7(h).  This motion is opposed.  The personal conference required by Local Rule CV-7(h) was conducted on April 24, 2024.  The parties were unable to reach agreement as to Samsung's requested relief.

*/s/ Katherine H. Reardon*
Katherine H. Reardon
