# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONIC CO., LTD and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:22-CV-00422-JRG-RSP |

## ORDER GRANTING SAMSUNG DEFENDANTS' MOTION TO EXPEDITE BRIEFING ON SAMSUNG'S MOTION TO STRIKE AMENDED EXPERT REPORTS OF DR. ANDREAS GROEHN AND MR. DAVID KENNEDY

Before the Court is the motion of Defendants Samsung Electronic Co., Ltd ("SEC") and Samsung Electronics America, Inc. ("SEA") (collectively "Samsung") to Expedite Briefing on Samsung's Motion to Strike Amended Expert Reports of Dr. Andreas Groehn and Mr. David Kennedy. Having considered the matter, and for good cause shown, the Court **GRANTS** the motion.

**IT IS THEREFORE ORDERED** that briefing on Samsung's Motion to Strike Amended Expert Reports of Dr. Andreas Groehn and Mr. David Kennedy is shortened as follows: (1) Headwater's response in opposition to Samsung's Motion to Strike is due on or before April 29, 2024, and (2) no further briefing is allowed.