**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

HEADWATER RESEARCH LLC

       *Plaintiff*,

v.

SAMSUNG ELECTRONIC CO., LTD and
SAMSUNG ELECTRONICS AMERICA, INC.,

       *Defendants*.

Case No. 2:22-CV-00422-JRG-RSP

**ORDER**

Before the Court is the motion of Defendants Samsung Electronic Co., Ltd and Samsung Electronics America, Inc. to Expedite Briefing on Samsung's Motion to Strike Amended Expert Reports of Dr. Andreas Groehn and Mr. David Kennedy. (**Dkt. No. 197**.) Having considered the matter, and for good cause shown, the Court **GRANTS** the motion.

**IT IS THEREFORE ORDERED** that briefing on Samsung's Motion to Strike Amended Expert Reports of Dr. Andreas Groehn and Mr. David Kennedy is shortened as follows: (1) Headwater's response in opposition to Samsung's Motion to Strike is due April 30, 2024, and (2) no further briefing is allowed.

       **SIGNED this 26th day of April, 2024.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE