UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    Defendants. | Case No. 2:22-cv-00422-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING PLAINTIFF HEADWATER RESEARCH LLC'S OPPOSED MOTION TO EXCEED PAGE LIMITS ON A MOTION TO STRIKE OPINIONS BY SAMSUNG'S INFRINGEMENT AND INVALIDITY EXPERT, <u>DAN SCHONFELD, PH.D.</u>

Before the Court is the Motion of Plaintiff Headwater Research LLC to Exceed Page Limits On A Motion To Strike Opinions By Samsung's Infringement and Invalidity Expert, Dan Schonfeld, Ph.D. Having considered the matter, and for good cause shown, the Court **GRANTS** the Motion.

IT IS THEREFORE ORDERED that Headwater shall have the right to file a Motion to Strike pertaining to all expert reports submitted by Dr. Schonfeld in this matter not to exceed twenty-five (25) pages in length.