IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONIC CO., LTD and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:22-CV-00422-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Defendants' Motion for Leave to File Additional Motions to Strike. The Court, having considered the same, is of the opinion that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Samsung may file one additional motion to strike relating to Headwater's expert Dr. Andreas Groehn and one additional motion to strike relating to Headwater's expert Mr. David Kennedy, each motion otherwise comporting with all Local Rules and orders governing motions to strike/*Daubert* motions.

1