# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONIC CO., LTD and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:22-CV-00422-JRG-RSP |

### DECLARATION OF JARED HARTZMAN IN SUPPORT OF SAMSUNG'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE CERTAIN OPINIONS OFFERED BY DR. RICHARD D. WESEL

I, Jared Hartzman, hereby declare:

1. I am a Principal with the law firm Fish & Richardson P.C., and counsel for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. I have personal knowledge of the facts contained in the declaration and, if called upon to do so, I could and would testify competently to the matters herein.

2. Attached hereto as Exhibit A is a true and correct copy of an excerpt from the transcript for the March 7, 2024 deposition of Gregory Raleigh, Ph.D.

3. Attached hereto as Exhibit B is a true and correct copy of an excerpt from the April 19, 2024 Rebuttal Report of Dr. Dan Schonfeld.

4. Attached hereto as Exhibit C is a true and correct copy of an excerpt from the transcript for the March 7, 2024 deposition of Hongshik Kim.

5. Attached hereto as Exhibit D is a true and correct copy of an excerpt from the April 19, 2024 Expert Report of Erik De La Iglesia regarding Validity.

1

6. Attached hereto as Exhibit E is a true and correct copy of emails exchanged between April 1, 2024 and April 2, 2024 regarding Samsung's Motion to Strike.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of April 2024, in Bethesda, MD.

>  */s/ Jared Hartzman*
>  Jared Hartzman