PUBLIC VERSION

# EXHIBIT 7

| | |
|---|---|
| **From:** | Amy Hayden <ahayden@raklaw.com> |
| **Sent:** | Monday, April 22, 2024 5:29 PM |
| **To:** | [SERVICE FR] Samsung-Headwater |
| **Cc:** | rak_headwater@raklaw.com |
| **Subject:** | Headwater v. Samsung: Amended Report of Dr. Andreas Groehn |
| **Attachments:** | Headwater v Samsung - Groehn Amended Report 20240422.pdf; ATT00001.htm; Headwater v Samsung - Groehn Report 20240329 Redlined.pdf; ATT00002.htm; Headwater v Samsung - Groehn Errata Statement 20240422.pdf; ATT00003.htm; Notebook Revised.nb; ATT00004.htm |

[This email originated outside of F&R.]

Counsel for Samsung,

Please find attached for service the Amended Report of Dr. Andreas Groehn and Dr. Groehn's Errata Statement. I have also attached Dr. Groehn's programming code here; we'll produce this Bates-stamped later today.

To the extent that Samsung would like reschedule any survey expert depositions scheduled to occur this week, we will work with you on that.

Best regards,

Amy E. Hayden
Russ August & Kabat
12424 Wilshire Bl., 12th Fl.
Los Angeles, CA 90025
310.826.7474
ahayden@raklaw.com