PUBLIC VERSION

# EXHIBIT 8

| | |
|---|---|
| **From:** | Adam Hoffman <ahoffman@raklaw.com> |
| **Sent:** | Monday, April 22, 2024 7:14 PM |
| **To:** | [SERVICE FR] Samsung-Headwater |
| **Cc:** | rak_headwater@raklaw.com; Amy E. Hayden |
| **Subject:** | Re: Headwater v. Samsung: Amended Report of Dr. Andreas Groehn |
| **Attachments:** | Kennedy Headwater Corrected Final Report and Exhibits.pdf; ATT00001.htm |

[This email originated outside of F&R.]


Counsel, please find attached a corrected damages report from Mr. Kennedy.  This corrected report reflects the corrections to Mr. Groehn's amended report served earlier today.  There are no changes to the text of the report.  Exhibits 1, 2, 3, 4, 6A, 6B, 6C, 10B, and 11 have been corrected to reflect Mr. Groehn's updated numbers, and Exhibit 7A has also been amended to show quarter-years.