PUBLIC VERSION

# EXHIBIT 11

| | |
|---|---|
| **From:** | Adam Hoffman <ahoffman@raklaw.com> |
| **Sent:** | Tuesday, April 23, 2024 12:58 PM |
| **To:** | Sara Fish |
| **Cc:** | Amy E. Hayden; [SERVICE FR] Samsung-Headwater; rak_headwater@raklaw.com |
| **Subject:** | Re: Headwater v. Samsung: Amended Report of Dr. Andreas Groehn |

Sara, the corrections served yesterday addressed data entry errors that your own experts identified, and the corrections made my Mr. Groehn are exactly those, and with the exact same numbers, pointed out by Mr. Kline in, for example, Figures 31 and 32 of his report.  Mr. Groehn issued a corrected report addressing these data entry errors the next business day after the service of Mr. Kline's report.  Samsung was therefore aware of these data entry errors, and their significance, for longer than Headwater has known of them, and the calculation of the effect of correcting those errors on downstream calculations was easily calculated by either party.

In any case, we are happy to reschedule the depositions you mention below, to the degree that any new proposed dates can be accommodated by the deadline for expert discovery and other already scheduled depositions.  Please let us know you proposed dates for Mr. Kline and Mr. Ugone as soon as possible.  The trial in which Mr. Groehn was to testify next week was just postponed, so he is now available next week.

Regards,
Adam Hoffman


On Apr 23, 2024, at 8:18 AM, Sara Fish <sfish@fr.com> wrote:


Counsel,

Last night, Headwater served improper "corrected" opening expert reports that made massive substantive changes to Headwater's damages contentions after Samsung served rebuttal reports.  Given the scope of Headwater's improper changes, we are rescheduling the depositions of Dr. Groehn, Mr. Kline, and Dr. Ugone based on the timing of Headwater's service of these new opinions.  We are still presenting Ms. Butler today at 8:30am PT.

Thank you,

**Sara Fish**
Principal **::** Fish & Richardson P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309
404 724 2846 direct **::** 770 403 0377 cell **::** sfish@fr.com
she | her | hers

**From:** Amy Hayden <ahayden@raklaw.com>
**Sent:** Monday, April 22, 2024 6:29 PM
**To:** [SERVICE FR] Samsung-Headwater <SERVICEFRSamsung-Headwater@fr.com>
**Cc:** rak_headwater@raklaw.com
**Subject:** Headwater v. Samsung: Amended Report of Dr. Andreas Groehn

PUBLIC VERSION

[This email originated outside of F&R.]


Counsel for Samsung,

Please find attached for service the Amended Report of Dr. Andreas Groehn and Dr. Groehn's Errata
Statement.  I have also attached Dr. Groehn's programming code here; we'll produce this Bates-stamped
later today.

To the extent that Samsung would like reschedule any survey expert depositions scheduled to occur this
week, we will work with you on that.

Best regards,

Amy E. Hayden
Russ August & Kabat
12424 Wilshire Bl., 12th Fl.
Los Angeles, CA 90025
310.826.7474
ahayden@raklaw.com


*************************************************************************************
***********************************
This email message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized use or disclosure is
prohibited. If you are not the intended recipient, please contact the sender by reply
email and destroy all copies of the original message.
*************************************************************************************
***********************************