# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONIC CO., LTD and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:22-CV-00422-JRG-RSP |

### DECLARATION OF JARED HARTZMAN IN SUPPORT OF DEFENDANT SAMSUNG'S RESPONSE IN OPPOSITION TO PLAINTIFF'S OPPOSED MOTION TO EXCEED PAGE LIMITS ON A MOTION TO STRIKE OPINIONS BY SAMSUNG'S INFRINGEMENT AND INVALIDITY EXPERT, DAN SCHONFELD, PH.D.

I, Jared Hartzman, hereby declare:

1. I am a Principal with the law firm Fish & Richardson P.C., and counsel for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. I have personal knowledge of the facts contained in the declaration and, if called upon to do so, I could and would testify competently to the matters herein.

2. Attached hereto as Exhibit A is a true and correct copy of the Expert Report of Dr. Richard D. Wesel Regarding Infringement by Samsung.

3. Attached hereto as Exhibit B is a true and correct copy of Samsung's Motion to Strike Certain opinions Offered By Dr. Richard D. Wesel.

4. Attached hereto as Exhibit C is a true and correct copy of April 26, 2024, email correspondence between Sara Fish and counsel for Headwater.

5. Attached hereto as Exhibit D is a true and correct copy of Headwater's Patent Owner's Preliminary Response in IPR2023-01253 regarding the '976 Patent.

2

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of May, 2024, in Bethesda, MD.

*/s/ Jared Hartzman*
Jared Hartzman
