**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONIC CO., LTD and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:22-CV-00422-JRG-RSP |

**ORDER GRANTING PARTIES' UNOPPOSED MOTION FOR LEAVE TO**
**TAKE THE DEPOSITION OF DR. ANDREAS GROEHN OUT OF TIME**

Before this Court is Samsung's Unopposed Motion for Leave to Take the Deposition of

Dr. Andreas Groehn Out of Time. The Court, having considered same, hereby GRANTS the

motion.

IT IS SO ORDERED.