IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § <br> § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> SAMSUNG ELECTRONICS CO., LTD. § <br> and SAMSUNG ELECTRONICS § <br> AMERICA, INC., § <br> § <br> *Defendants.* § | CIVIL ACTION NO. 2:22-CV-00422-JRG-RSP |

## ORDER

Before the Court is the Motion of Plaintiff Headwater Research LLC to Exceed Page Limits On A Motion To Strike Opinions By Samsung's Infringement and Invalidity Expert, Dan Schonfeld, Ph.D. (**Dkt. No. 202**.) Having considered the matter, and for good cause shown, the Court **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that Headwater shall have the right to file a Motion to Strike pertaining to all expert reports submitted by Dr. Schonfeld in this matter not to exceed twenty-five (25) pages in length.

**SIGNED this 3rd day of May, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE