# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:22-CV-00422-JRG-RSP |

**SAMSUNG'S UNOPPOSED MOTION FOR LEAVE TO SERVE SUPPLEMENTAL REBUTTAL REPORTS ADDRESSING HEADWATER NEW, CORRECTED DAMAGES OPINIONS**

On May 6, 2024, the Court entered an Order (Dkt. No. 217) denying Samsung's Motion to Strike Amended Expert Reports of Dr. Andreas Groehn and Mr. David Kennedy (Dkt. No. 196). Accordingly, Headwater's experts Dr. Andreas Groehn and Mr. David Kennedy will now be permitted to offer new damages opinions, which Samsung's experts have not had the opportunity to provide written rebuttal reports addressing.  Samsung respectfully requests leave for Mr. Philip Kline and Dr. Keith Ugone to issue supplemental expert rebuttal reports out of time addressing the new opinions offered by Dr. Groehn and Mr. Kennedy. Headwater does not oppose this motion but has reserved the right to move to strike as untimely opinions in the supplemental reports that Headwater regards as going beyond rebuttal of the corrections offered by Dr. Groehn and Mr. Kennedy.

The current DCO required that opening expert reports were served on March 29, 2024 and rebuttal reports on April 19, 2024.  However, as described in Dkt. No. 196, Headwater served new, revised opening damages-related expert reports on April 22, 2024.  Samsung promptly objected to these reports and filed its motion to strike (Dkt. No. 196) on April 25, 2024.  Now, in light of the Court's ruling, Samsung again promptly moves, seeking leave to issue out of time supplemental responses to Headwater's additional opening opinions.

The parties have coordinated and agree upon the following disclosure and deposition schedule for Samsung's experts Mr. Kline and Dr. Ugone to provide limited supplemental reports responding to Headwater's additional opinions:

| Date | Deadline |
|---|---|
| Thursday May 9, 2024 at or before 2:00pm CT | Serve supplemental report from Philip Kline |
| Friday May 10, 2024 | Deposition of Philip Kline |
| Monday May 13, 2024 | Serve supplemental report from Dr. Keith |

| at or before 10:00am CT | Ugone |
|---|---|
| Tuesday May 14, 2024 | Deposition of Dr. Keith Ugone |

Samsung respectfully submits good cause exists to permit Samsung's experts to serve brief rebuttal reports out of time responding to the recently-permitted additional opinions from Dr. Groehn and Mr. Kennedy. Samsung's experts' supplemental rebuttal reports will be limited to addressing Headwater's additional, new damages opinions. Samsung does not request any further rebuttal report for Ms. Butler or any other Samsung experts. There will be no prejudice to Headwater as the brief reports will be served prior to the currently-scheduled depositions.

For the foregoing reasons, Samsung respectfully requests leave to serve out of time supplemental rebuttal reports from Mr. Kline and Dr. Ugone.

Dated: May 9, 2024                    Respectfully submitted,

By: /s/ Sara C. Fish
Ruffin B. Cordell
TX Bar No. 04820550
Michael J. McKeon
DC Bar No. 459780
mckeon@fr.com
Jared Hartzman (*pro hac vice*)
DC Bar No. 1034255
hartzman@fr.com
**FISH & RICHARDSON P.C.**
1000 Maine Avenue, SW, Ste 1000
Washington, D.C. 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Thad C. Kodish
GA Bar No. 427603
tkodish@fr.com

3

Benjamin K. Thompson
GA Bar No. 633211
bthompson@fr.com
Nicholas A. Gallo (*pro hac vice*)
GA Bar No. 546590
gallo@fr.com
Steffen Lake (*pro hac vice*)
GA Bar No. 512272
lake@fr.com
Sara C. Fish
sfish@fr.com
GA Bar No. 873853
Noah C. Graubart
GA Bar No. 141862
graubart@fr.com
Katherine H. Reardon
NY Bar No. 5196910
reardon@fr.com
**FISH & RICHARDSON P.C.**
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

Leonard E. Davis
TX Bar No. 05521600
ldavid@fr.com
Andria Rae Crisler
TX Bar No. 24093792
crisler@fr.com
Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214)747-5070
Facsimile: (214) 747-2091

John-Paul R. Fryckman (*pro hac vice*)
CA Bar No. 317591
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Melissa R. Smith
State Bar No. 24001351
Melissa@gillamsmithlaw.com
Harry L. Gillam, Jr.
State Bar No. 07921800
gil@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Andrew Thompson ("Tom") Gorham
State Bar No. 24012715
tom@gillamsmithlaw.com
James Travis Underwood
State Bar No. 24102587
travis@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
102 N. College, Ste. 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Grant Schmidt
Texas Bar No. 24084579
gschmidt@hilgersgraben.com
Jon Hyland
jhyland@hilgersgraben.com
Texas Bar No. 24046131
Theodore Kwong
tkwong@hilgersgraben.com
Texas Bar No. 4087871
**HILGERS GRABEN PLLC**
7859 Walnut Hill Lane, Suite 335
Dallas, Texas 75230
Telephone: 469-751-2819

**ATTORNEYS FOR DEFENDANTS
SAMSUNG ELECTRONICS CO., LTD. AND
SAMSUNG ELECTRONICS AMERICA, INC.**

5

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Defendants have complied with the meet and confer requirement in Local Rule CV-7(h).  This motion is unopposed.  The conference required by Local Rule CV-7(h) was conducted on May 9, 2024.

*/s/ Sara C. Fish*
Sara C. Fish

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on May 9, 2024.  As of this date, all counsel of record had consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

*/s/ Sara C. Fish*
Sara C. Fish
