**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:22-CV-00422-JRG-RSP |

**ORDER GRANTING DEFENDANT SAMSUNG'S MOTION FOR LEAVE TO SERVE
SUPPLEMENTAL REBUTTAL REPORTS ADDRESSING HEADWATER NEW,
<u>CORRECTED DAMAGES OPINIONS</u>**

Before the Court is the motion of Defendants Samsung Electronics Co., Ltd and Samsung Electronics America, Inc. for Leave to Serve Supplemental Rebuttal Reports Addressing Headwater New, Corrected Damages Opinions.  Having considered the matter, and for good cause shown, the Court **GRANTS** the motion.

1