IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:22-CV-00422-JRG-RSP |

### ORDER

Before the Court is the motion of Defendants Samsung Electronics Co., Ltd and Samsung Electronics America, Inc. for Leave to Serve Supplemental Rebuttal Reports Addressing Headwater New, Corrected Damages Opinions. (**Dkt. No. 226**.) Having considered the matter, and for good cause shown, the Court **GRANTS** the motion.

**SIGNED this 10th day of May, 2024.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE