# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>　　　　　　Defendants. | Case No. 2:22-cv-00422-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING PLAINTIFF HEADWATER RESEARCH LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO INVALIDITY BASED ON WRITTEN DESCRIPTION

Before the Court is Plaintiff Headwater Research LLC's Motion for Partial Summary Judgment of No Invalidity Based on Written Description. Having considered the matter, and for good cause shown, the Court **GRANTS** the Motion.