# Exhibit 22

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

EPAS ID: PAT6349733

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | MERGER AND CHANGE OF NAME |
| EFFECTIVE DATE: | 12/29/2016 |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| HEADWATER PARTNERS I LLC | 12/29/2016 |

### NEWLY MERGED ENTITY DATA

| Name | Execution Date |
|---|---|
| HEADWATER MANAGEMENT LLC | 12/29/2016 |

### MERGED ENTITY'S NEW NAME (RECEIVING PARTY)

| Name: | HEADWATER RESEARCH LLC |
|---|---|
| Street Address: | 1011 PRUITT PLACE |
| City: | TYLER |
| State/Country: | TEXAS |
| Postal Code: | 75703 |

### PROPERTY NUMBERS Total: 1

| Property Type | Number |
|---|---|
| Application Number: | 16993012 |

### CORRESPONDENCE DATA

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| Phone: | 903-201-6211 |
|---|---|
| Email: | PATENT@HEADWATERLLC.COM |
| Correspondent Name: | JENNIFER SMITH |
| Address Line 1: | 1011 PRUITT PLACE |
| Address Line 4: | TYLER, TEXAS 75703 |

| ATTORNEY DOCKET NUMBER: | RALEP032C1C12C2C1C1C1 |
|---|---|
| NAME OF SUBMITTER: | JENNIFER SMITH |
| SIGNATURE: | /Jennifer Smith/ |
| DATE SIGNED: | 10/14/2020 |

| Total Attachments: 3 |
|---|

**PATENT
REEL: 054052 FRAME: 0802**

source=Certificate_Merger Dec. 2016#page1.tif
source=Certificate_Merger Dec. 2016#page2.tif
source=Certificate_Merger Dec. 2016#page3.tif

**PATENT**
**REEL: 054052 FRAME: 0803**



# Delaware

Page 1

The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF

DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT

COPY OF THE CERTIFICATE OF MERGER, WHICH MERGES:

"HEADWATER PARTNERS I LLC", A DELAWARE LIMITED LIABILITY

COMPANY,

WITH AND INTO "HEADWATER MANAGEMENT LLC" UNDER THE NAME OF

"HEADWATER RESEARCH LLC", A LIMITED LIABILITY COMPANY ORGANIZED

AND EXISTING UNDER THE LAWS OF THE STATE OF DELAWARE, AS

RECEIVED AND FILED IN THIS OFFICE ON THE TWENTY-NINTH DAY OF

DECEMBER, A.D. 2016, AT 3:02 O`CLOCK P.M.

_Jeffrey W. Bullock, Secretary of State_

4966025  8100M

SR# 20167326785

Authentication: 203606635

Date: 12-29-16

You may verify this certificate online at corp.delaware.gov/authver.shtml

**PATENT**
**REEL: 054052 FRAME: 0804**

State of Delaware
Secretary of State
Division of Corporations
Delivered 03:02 PM 12/29/2016
FILED 03:02 PM 12/29/2016
SR 20167326785 - File Number 4966025

## CERTIFICATE OF MERGER

### MERGING

### HEADWATER PARTNERS I LLC
### A DELAWARE LIMITED LIABILITY COMPANY

### WITH AND INTO

### HEADWATER MANAGEMENT LLC
### A DELAWARE LIMITED LIABILITY COMPANY

---

Pursuant to Section 18-209 of the Delaware Limited Liability Company Act

---

Headwater Management LLC, a Delaware limited liability company (the "**LLC**"), does hereby certify as follows:

FIRST:        The LLC is a limited liability company duly formed and existing under the laws of the State of Delaware and Headwater Partners I LLC (the "**Company**") is a limited liability company duly formed and existing under the laws of the State of Delaware.

SECOND:        The Agreement and Plan of Merger (the "**Merger Agreement**"), dated as of December 29, 2016, by and among the Company and the LLC, setting forth the terms and conditions of the merger of the Company with and into the LLC (the "**Merger**"), has been approved, adopted, certified, executed and acknowledged by the LLC and the Company in accordance with Section 18-209 of the Delaware Limited Liability Company Act.

THIRD:        The LLC shall be the surviving entity of the Merger (the "**Surviving LLC**") and the name of the Surviving LLC shall be changed to "Headwater Research LLC".

FOURTH:        The executed Merger Agreement is on file at the principal place of business and office of the Surviving LLC at the following address: 1011 Pruitt Place, Tyler, Texas 75703.

FIFTH:        A copy of the Merger Agreement will be furnished by the Surviving LLC, on request and without cost, to any member of the Company or the LLC.

SIXTH:        The Merger shall be effective upon the filing of this Certificate of Merger with the Secretary of State of the State of Delaware.

\*                \*                \*

HWP - Certificate of Merger (HWM and HWPI)

PATENT
REEL: 054052 FRAME: 0805

**IN WITNESS WHEREOF**, Headwater Management LLC has caused this Certificate of Merger to be executed by an authorized person on December 29, 2016.

**HEADWATER MANAGEMENT LLC**

By:      /s/ Greg Raleigh

Name:   Greg Raleigh

Title:    Manager

*[Signature Page to Certificate of Merger]*

**PATENT
REEL: 054052 FRAME: 0806**