# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>　　　　Defendants. | Case No. 2:22-cv-00422-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING PLAINTIFF HEADWATER RESEARCH LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO INEQUITABLE CONDUCT**

　　Before the Court is Plaintiff Headwater Research LLC's ("Headwater") Motion for Partial Summary Judgment of No Inequitable Conduct. The Court has considered the Motion, Opposition, all responsive pleadings, and the case of record, and is of the opinion that Headwater's Motion for Partial Summary Judgment of No Inequitable Conduct, should be GRANTED. Accordingly, Headwater's Motion is hereby GRANTED.