# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:22-CV-00422-JRG-RSP |

# ORDER

Before the Court is Defendants' Samsung Motion to Withdraw Appearance of Counsel. (**Dkt. No. 229**.) The Court, having considered the same, is of the opinion that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that leave is hereby **GRANTED** for Joshua Carrigan to withdraw as counsel of record for the above-captioned matter.

**SIGNED this 13th day of May, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE