# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:22-CV-00422-JRG-RSP |

## JOINT STIPULATION REGARDING CASE NARROWING

Plaintiff Headwater Research LLC ("Headwater") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") file this Joint Notice Regarding Case Narrowing and stipulate as follows:

1. Headwater withdraws its Doctrine of Equivalents and Indirect Infringement allegations asserted against Samsung in Headwater's Second Amended Complaint for Patent Infringement (Dkt. No. 42).

2. Samsung withdraws its Third Affirmative Defense (Laches, Equitable Estoppel, Waiver, and/or Unclean Hands); Fourth Affirmative Defense (Prosecution History Estoppel and/or Disclaimer); Sixth Affirmative Defense (Covenant Not to Sue, License, and/or Estoppel); and Seventh Affirmative Defense (Failure to State a Claim) asserted in Samsung's Amended Answer and Defenses to Plaintiff Headwater Research LLC's Second Amended Complaint for Patent Infringement (Dkt. No. 81).

Dated: May 14, 2024               Respectfully submitted,

By:  */s/ Marc Fenster*                          By:  */s/ Thad C. Kodish*
    Marc Fenster                                              Ruffin B. Cordell
    California Bar No. 181067                        TX Bar No. 04820550
    Reza Mirzaie                                                Michael J. McKeon
    California Bar No. 246953                        DC Bar No. 459780
    Brian Ledahl                                                mckeon@fr.com
    California Bar No. 186579                        Jared Hartzman (*pro hac vice*)
    Ben Wang                                                     DC Bar No. 1034255
    California Bar No. 228712                        hartzman@fr.com
    Paul Kroeger                                                **FISH & RICHARDSON P.C.**
    California Bar No. 229074                        1000 Maine Avenue, SW, Ste 1000
    Neil A. Rubin                                               Washington, D.C. 20024
    California Bar No. 250761                        Telephone: (202) 783-5070
    Kristopher Davis                                          Facsimile: (202) 783-2331
    California Bar No. 329627
    James S. Tsuei                                              Thad C. Kodish
    California Bar No. 285530                        GA Bar No. 427603
    Philip Wang                                                 tkodish@fr.com
    California Bar No. 262239                        Benjamin K. Thompson
    Amy Hayden                                                 GA Bar No. 633211
    California Bar No. 287026                        bthompson@fr.com
    James Milkey                                                Nicholas A. Gallo (*pro hac vice*)
    California Bar No. 281283                        GA Bar No. 546590
    Jason M. Wietholter                                     gallo@fr.com
    California Bar No. 337139                        Steffen Lake (*pro hac vice*)
    James N. Pickens                                         GA Bar No. 512272
    California Bar No. 307474                        lake@fr.com
    Adam S. Hoffman                                         Sara Fish
    California Bar No. 218740                        sfish@fr.com
    **RUSS AUGUST & KABAT**                     GA Bar No. 873853
    12424 Wilshire Boulevard, 12th                 Noah C. Graubart
    Floor                                                              GA Bar No. 141862
    Los Angeles, California 90025                   graubart@fr.com
    Telephone: (310) 826-7474                       Katherine H. Reardon
    Email: headwater@raklaw.com              NY Bar No. 5196910
                                                                        reardon@fr.com
    Robert Christopher Bunt                          **FISH & RICHARDSON P.C.**
    Texas Bar No. 00787165                           1180 Peachtree St. NE, Fl. 21
    **PARKER, BUNT & AINS-**                      Atlanta, GA 30309
    **WORTH, P.C.**                                         Telephone: (404) 892-5005
    100 East Ferguson, Suite 418                   Facsimile: (404) 892-5002
    Tyler, Texas 75702
    Telephone: (903) 531-3535                       Leonard E. Davis

Email: rcbunt@pbatyler.com

*Attorneys for Plaintiff*
*Headwater Research LLC*

TX Bar No. 05521600
ldavid@fr.com
Andria Rae Crisler
TX Bar No. 24093792
crisler@fr.com
Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214)747-5070
Facsimile: (214) 747-2091

John-Paul R. Fryckman (*pro hac vice*)
CA Bar No. 317591
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Melissa R. Smith
State Bar No. 24001351
Melissa@gillamsmithlaw.com
Harry L. Gillam, Jr.
State Bar No. 07921800
gil@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Andrew Thompson ("Tom") Gorham
State Bar No. 24012715
tom@gillamsmithlaw.com
James Travis Underwood
State Bar No. 24102587
travis@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
102 N. College, Ste. 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

>Grant Schmidt
>Texas Bar No. 24084579
>gschmidt@hilgersgraben.com
>Jon Hyland
>jhyland@hilgersgraben.com
>Texas Bar No. 24046131
>Theodore Kwong
>tkwong@hilgersgraben.com
>Texas Bar No. 4087871
>**HILGERS GRABEN PLLC**
>7859 Walnut Hill Lane, Suite 335
>Dallas, Texas 75230
>Telephone: 469-751-2819
>
>*Attorneys for Defendants*
>*Samsung Electronics Co., Ltd. and*
>*Samsung Electronics America, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on May 14, 2024.  As of this date, all counsel of record had consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

*/s/ Thad C. Kodish*
Thad C. Kodish
