# Exhibit 8





# Galaxy S24+ Unlocked | 512GB | Jade Green

SM-S926U / SM-S926ULGEXAA

★★★★★ 4.7 (771)
Write a review

Pricing before trade-in
Get up to $600 instant trade-in credit

Total
$1,119.99

Samsung Financing starting from
$46.67/mo for 24 mos

Continue

Learn about Galaxy S24+ Key Features

Get exclusive, extra savings with Samsung Offer Programs

Chat with an Expert

Save up to $650. Get up to $600 instant trade-in credit and $50 instant Samsung Credit. Plus, buy and try Galaxy AI on participating carriers.

Exhibit #:
Kline 8
05/10/24
exhibitsticker.com

Galaxy S24 | S24+ Galaxy S24 Ultra

Device

Galaxy S24 $799.99

Galaxy S24+ $1,119.99

Connectivity

Limited time offer: Get a $50 instant Samsung Credit with your Carrier

T Mobile | AT&T | verizon | uscellular

Unlocked

Storage

256GB $999.99

512GB $1,119.99

Color

Jade Green

Get it by May 14
Get it by May 14
Get it by May 14
Get it by May 14
Get it by May 14
Get it by May 14
Get it by May 14

**Exclusive color** only on samsung.com

## Samsung Trade-in

Samsung trade-in value up to **$600**.

**Do you have a device to trade-in?**

| Yes, trade-in | No |

**Select type of device**

| Mobile Phone | Tablet |

**Is your device eligible for trade-in?**

**Yes**, my device is eligible and in good condition

Good condition (Full trade-in value)
- Device turns on and screen works normally
- Activation Locks are disabled, accounts are removed, and device is factory reset
- Charging port works and battery holds a charge
- Screen, body (front and back), and camera lens are free of cracks
- The device is not on a banned list

**Yes**, my device is eligible but is cracked

**No**, my device is not eligible

**Select your mobile phone model**

Select a Brand ⌄



**Add Samsung Care+** Added protection for peace of mind

| Samsung Care+ with Theft and Loss [Learn more](#) ⓒⓒ | Payment options | |
|---|---|---|
| • Unlimited repairs for Drops, Spills, and Mechanical Breakdown<br>• Theft and Loss Coverage<br>• Same Day Replacement and Set Up<br>• Knox Guard security including remote lock and wipe | Monthly - Cancel anytime | $15.00/mo |
| | 2 Year Plan<br>Not available in NY | $269.00 |

View other coverage options ⌄

[ No coverage ]

## Make your Galaxy epic with exclusive offers



| Save up to $192 on Galaxy Watch6 Classic<br>$239.99 ~~$399.99~~<br>SAMSUNG [View] | Save up to $133 on Galaxy Watch6<br>$194.99 ~~$299.99~~<br>SAMSUNG [View] | Save $130 on Galaxy B...<br>$99.99 ~~$229.99~~<br>SAMSUNG |

## Choose your purchase option



| **One-time Payment**<br><br>$1,119.99 | Pay Monthly<br><br>$46.67/mo<br>for 24 mos ⊘ᵒ | Pay in 4 Installments<br><br>$280.00<br>every two weeks ⊘ᵖ |

**One-time payment**
Pay with your credit card, debit card or a pay app. Excludes taxes and shipping.

**Galaxy S24+** Unlocked | 512GB | Jade Green $1,119.99

In-Store Pickup: **Need it fast?**    Delivery for 97215    Get it by May 14
Select Store                          Shipping Options

Total $1,119.99

⊕ Log in now to earn up to 1.5% back in Samsung Rewards Points

**Continue**

Buying in bulk for your business? **Galaxy S24+ for Business**

## Your purchase will also include:













## Key features





## Compare / Specs

| | Samsung **Galaxy S24+** | Samsung **Galaxy S24 Ultra** | Samsung **Galaxy S24** |
|---|---|---|---|
| Colors | ● ● ● ● | ● ● ● ● | ● ● ● ● |
| Samsung.com Exclusive | ● ● ● | ● ● ● | ● ● ● |
| Battery | 4,900mAh | 5,000mAh | 4,000mAh |
| Wireless Powershare | ☑ Yes | ☑ Yes | ☑ Yes |
| Storage Options | 256GB \| 512GB | 256GB \| 512GB \| 1TB | 128GB \| 256GB |
| Processor | Qualcomm Snapdragon 8 Gen 3 for Galaxy | Qualcomm Snapdragon 8 Gen 3 for Galaxy | Qualcomm Snapdragon 8 Gen 3 for Galaxy |

| | | | |
|---|---|---|---|
| RAM Options | RAM 12GB | RAM 12GB | RAM 8GB |
| S Pen | N/A | Embedded S Pen | N/A |
| Cellular & Wireless | 5G The latest network technology with the power of 5G.³ | 5G The latest network technology with the power of 5G.³ | 5G The latest network technology with the power of 5G.³ |
| Ultra Wide Camera | Yes | Yes | Yes |
| Resolution | Rear:<br>50MP Wide<br>12MP Ultra Wide<br>10MP Tele 3x Optical Zoom<br>30x Space Zoom<br><br>Front:<br>12MP | Rear:<br>200MP Wide<br>12MP Ultra Wide<br>50MP Tele 5x Optical Zoom<br>10MP Tele 3x Optical Zoom<br>100x Space Zoom<br><br>Front:<br>12MP | Rear:<br>50MP Wide<br>12MP Ultra Wide<br>10MP Tele 3x Optical Zoom<br>30x Space Zoom<br><br>Front:<br>12MP |
| Aperture | Rear:<br>50MP (F1.8)<br>12MP (F2.2)<br>10MP (F2.4)<br><br>Front:<br>12MP (F2.2) | Rear:<br>200MP (F1.7)<br>12MP (F2.2)<br>50MP (F3.4)<br>10MP (F2.4)<br><br>Front:<br>12MP (F2.2) | Rear:<br>50MP (F1.8)<br>12MP (F2.2)<br>10MP (F2.4)<br><br>Front:<br>12MP (F2.2) |
| Flaw Detection | Yes | Yes | Yes |
| Ultrasonic Fingerprint Scanner | Yes | Yes | Yes |
| Display | 6.7" Dynamic AMOLED 2X<br>Quad HD+, Edge Screen<br>120Hz Adaptive Refresh Rate<br>2600nits (Outdoor peak) | 6.8" Dynamic AMOLED 2X<br>Quad HD+, Flat Screen<br>120Hz Adaptive Refresh Rate<br>2600nits (Outdoor peak) | 6.2" Dynamic AMOLED 2X<br>FHD+, Edge Screen<br>120Hz Adaptive Refresh Rate<br>2600nits (Outdoor peak) |
| Scene Optimizer | Intelligently recognizes scenes and optimizes colors for brilliant shots.⁴ | Intelligently recognizes scenes and optimizes colors for brilliant shots.⁴ | Intelligently recognizes scenes and optimizes colors for brilliant shots.⁴ |
| Model | SM-S926 | SM-S928 | SM-S921 |

| Number | SM-S926U | SM-S926U | SM-S921U |
|---|---|---|---|

## Whats In The Box

## Frequently Asked Questions

# Reviews

**Rating Snapshot**

Select a row below to filter reviews.

- 5 stars — 637
- 4 stars — 95
- 3 stars — 11
- 2 stars — 11
- 1 star — 17

**Overall Rating**

**4.7** ★★★★★

[771 Reviews](#)

29 out of 41 (71%) reviewers recommend this product

**Review this Product**

☆ ☆ ☆ ☆ ☆

Adding a review will require a valid email for verification

**Average Customer Ratings**

- Features — 3.9
- Performance — 3.8
- Design — 4.0
- Value — 4.7

---

**Most Helpful Favorable Review**

★★★★☆

### The Battery Alone is Worth Every Penny

**Jase863**  🎁 INCENTIVIZED REVIEW

3 months ago

I use my phone for a lot of things, including school, work, social media, videos, and photos.

[Show Full Review](#)

👍 76 PEOPLE FOUND THIS HELPFUL

Show Reviews: [ 5 ★ and 4 ★ ]

---

**Most Helpful Critical Review**

★★☆☆☆

### Nothing special.

**MDP1**

3 months ago

So, I've had the S24 plus for 2 days and very disappointed. Volume has lots to be desired.

[Show Full Review](#)

👍 210 PEOPLE FOUND THIS HELPFUL

Show Reviews: [ 3 ★ 2 ★ and 1 ★ ]

## Customer Images and Videos

### Filter Reviews

Search topics and reviews

Rating

1 – 8 of 771 Reviews

Sort by Most Helpful

★★★★★

**tmac013010**

Trisha

a month ago

I just was given this phone. I am totally overwhelmed with it! So much fun with very clear photos which is important to me. It will take me awhile to figure everything out as I had an LG Venture before. What a change!!!

Originally posted on Galaxy S24+ 512GB (Unlocked)

Helpful?  👍 (7)  👎 (0)    Report

★★★★★

**I'm glad I listened! Almost left for Google!!**

JREwing

🎁 INCENTIVIZED REVIEW

2 months ago

I was so concerned because I was starting to get phone related injuries. The Samsung Galaxy s23 Ultra was just too heavy and the size of the screen was too big for one hand usage. So I was gonna do it. I was going to leave the flagship phone for the Google Pixel 8 Pro. Just like my wife.... ... and she lectured ... and she scolded..... and she told me how silly I was... (*SpongeBob show voiceover*) ... 4 weeks later... Wife: I want a Galaxy S24 Me: *Doesn't Say A Single Word because I am Smart.* Tl:dr = Get a Galaxy S24 you won't regret it.

**Value** — 5.0

Originally posted on Galaxy S24+ 256GB (Unlocked)

Helpful?  👍 (24)  👎 (2)    Report

 ★★★★★

**Revolutionary Companion for Modern Life**

Value  5.0

Perri7554

 INCENTIVIZED REVIEW

2 months ago

My Galaxy has been a game-changer for my daily routine. Its seamless integration into both my work and leisure times is unparalleled. The camera's clarity makes my memories vivid, and the battery life is a lifesaver on long days. Multitasking with split-screen boosts my productivity, and the display is a treat for streaming shows. It's not just a phone; it's my smart assistant, entertainment hub, and photography studio all rolled into one sleek device. Samsung has truly elevated my life with innovation and reliability



Originally posted on [Galaxy S24+ 256GB (Unlocked)](#)

Helpful?   (11)    (1)   Report

★★★★★

**The Battery Alone is Worth Every Penny**

Jase863

 INCENTIVIZED REVIEW

3 months ago

Value  4.0

I use my phone for a lot of things, including school, work, social media, videos, and photos. I use it a lot during the day. I've had phones in the past that had terrible batteries. It seemed like they couldn't hold a charge. Now, at the end of my day of moderate to heavy usage, my battery is somewhere in the ballpark of 40%. It really is awesome. I've also enjoyed the smoothness and UX/UI in general. This really is a great phone in almost all aspects. The only - and I do mean the only - downside that I've found is that it seems like a slightly more polished version of the past few Samsung phones. With that being said, there's not a whole lot that I believe needs to change. As they say, "if it ain't broke, don't fix it".

Originally posted on [Galaxy S24+ 256GB (Unlocked)](#)

Helpful?    (76)    (8)    Report

---

**Response from SAMSUNG:**                                                                      2 months ago

**Social Commerce**

Aloha Jase863,
Thank you for finding the opportunity to share your sentiments with us about your Samsung Galaxy S24+. We appreciate your sincerity. It's so wonderful to hear that you have been able to take full advantage of all the features and functionality that your Galaxy S24+ has to offer you! The Galaxy S24+ has an intelligent battery that gives you more game time, watch time and you time. You can watch up to 29 hours of videos and/or listen to music for up to 88 hours with your 4,900 mAh battery. Amazing, right? Be sure to check out our YouTube channel to learn more about the awesome features you now have available to you powered by Galaxy AI. Live Translation allows you to seamlessly overcome language barriers in your voice and text conversations. With Note Assist, you can easily summarize, translate, and organize exactly how you want your notes to be! With Circle to Search, you can quickly find what you are looking for simply by circling what you want to learn more about and asking any follow up questions you may have for the easiest and most efficient search possible. Generative Edit gives you the power to make any photo exactly how you'd like it! You can fill in the missing borders when aligning or titling an image, or select an object/subject and move it, resize it, or remove it to suit your creativity! Or even better, let AI do the work and suggest common editing features to improve your image, such as removing reflections, remastering, adding color to b/w photos, and so much more. I have also linked your device manual below so that you can easily customize the settings of your new device. Let us know if you think of any questions for us or if you would like any further assistance by contacting Samsung Support at your earliest convenience. We always love to hear from our customers! If we don't hear from you, we hope that you enjoy your Galaxy S24+ and all of those amazing new features! Thank you for always choosing Samsung!
- Debra

smsng.us/Samsung-Support
smsng.us/Warranty-Info
smsng.us/Facebook-Messenger
smsng.us/Twitter-Messages
smsng.us/Samsung-Community
https://www.youtube.com/c/Samsung/playlists
https://www.samsung.com/us/support/downloads/
https://www.samsung.com/us/smartphones/galaxy-s24/

★★★☆☆

**My phone is greyat but, the keyboard ia to amall.**

Buff11

🎁 INCENTIVIZED REVIEW

2 months ago

Value  3.0

I use my device for work , photos , gym traveling , Kindle books .

Originally posted on Galaxy S24+ 256GB (Unlocked)

Helpful?  👍 (18)  👎 (2)        Report

  Response from SAMSUNG:                                    2 months ago

**Social Commerce**

Greetings Buff11,
Thank you for finding the opportunity to share your sentiments with us about your Samsung Galaxy S24+. If the on-screen keyboard is too small for your liking, we do offer the Galaxy S24 Ultra and the Galaxy Z Fold5 to suit your needs. The Galaxy S24 Ultra offers a 6.8" Dynamic AMOLED 2X Display while the Galaxy Z Fold5 Main Display offers a 7.6" Dynamic AMOLED 2X Infinity Flex QXGA+. For your convenience, I have linked the comparison of these devices below for your review. Let us know if you would like any further assistance by reaching out to Samsung Support. Thank you for being a trustworthy Samsung customer.
- Debra

smsng.us/Samsung-Support
smsng.us/Warranty-Info
smsng.us/Facebook-Messenger
smsng.us/Twitter-Messages
smsng.us/Samsung-Community
https://www.samsung.com/us/smartphones/galaxy-s24-ultra/compare/?device-1=samsung-galaxy-s24-ultra&device-2=samsung-galaxy-z-fold5&device-3=samsung-galaxy-s24

★★★★★

**Samsung Galaxy phones**

SamsungGalaxy4ever

🎁 INCENTIVIZED REVIEW

2 months ago

Value  5.0

This phone has changed my life so much, I am getting a Samsung Galaxy for my wive. She enjoys playing games as well as the other social media. I believe her old android phone that she got herself will be thrown out in a blink of an eye once she has a Samsung Galaxy, whatever model she wants - I'll get it for her!



Originally posted on Galaxy S24+ 256GB (Unlocked)

Helpful?  👍 (18)  👎 (2)        Report

★★☆☆☆

**Disappointed, especially with speakerphone volume**

marisajk

3 months ago

| Features | 2.0 |
| Performance | 4.0 |
| Design | 3.0 |
| Value | 2.0 |

The volume level of the speakerphone is one of the most important things to me, but the speaker volume on the S24+ is *significantly* lower than my amazing S21 and I am extremely disappointed. I have checked all the settings, equalizer set to normal, Dolby, limits turned off, etc, and everything is as it should be, but the volume is just SO low. My S21 I could have on speaker far from my ear, in its holder a foot or two away, and hear everything no problem. But with the S24+ I literally have to set it on my shoulder just to hear. And yes, it is on *speaker* mode, not normal talking-by-holding-to-the-ear mode. It's only like 1-2 notches above that for speakerphone. The volume is low both for calls on speaker, and playing any media. I had the same issue trying to play a podcast in the same environment as always, and couldn't hear it like I could with my S21. I compared the speaker from the outside of both devices, and the actual physical speaker slot on the S24+ is much smaller than the S21. I'm super disappointed. On top of that, the default font I have been using since I switched to Samsung about decade ago (Rosemary) is no longer available and there are virtually no free options aside from 2-3 nearly identical boring generic fonts. And the vivid vs natural shows ZERO difference whatsoever. I did a side-by-side comparison of the S21 and the S24+ and the S21 was way more vibrant than the S24+. Everything on the S24+ is muted and dull. I've been a long time user of Samsung and have always been super excited to get a new phone, but this is the first time I'm extremely disappointed and wishing I could switch back to my S21. I was going to do the trade-in, but now I might hang on to my 21 and send this back…

⊗ No, I do not recommend this product.

Originally posted on Galaxy S24+ 256GB (Unlocked)

Helpful?   👍 (26)   👎 (3)        Report

---

💬 Response from SAMSUNG:                                        3 months ago

**Social Commerce**

Greetings Marisajk,
Thank you for finding the opportunity to share your sentiments with us about your Samsung Galaxy S24+. Samsung provides a 12-month warranty on our products for manufacturing defects in materials and workmanship, linked below. You can configure your settings to help you interact with your device's sounds, including captioning, sound balance, and hearing aid support. For your convenience, I have linked your device manual below for you to easily customize your settings as you see fit. If you would like any further assistance or if you have any questions for us, please do not hesitate to reach out to Samsung Support at your leisure. We're always more than happy to assist you in any way that we can! Thank you for being a trustworthy Samsung customer.
- Debra

smsng.us/Samsung-Support
smsng.us/Warranty-Info
smsng.us/Facebook-Messenger
smsng.us/Twitter-Messages
smsng.us/Samsung-Community
https://www.samsung.com/us/support/downloads/

★★★★★

**Leave Google Behind! Samsung is Where it's At!!**

KlassicEra

🎁 INCENTIVIZED REVIEW

3 months ago

| | Value |
|---|---|
| | ▮▮▮▮▮ 5.0 |

It feels so good to come back to Samsung and I will never leave again! I wanted to be adventurous as see what the Google Pixel was all about but aside from their color accurate camera, everything else was shameful. Battery, shame. Almost curved body, shame. Easily crackable screen if you just breathed on it wrong, forget about it. Samsung may have not done much for those already on their S23 devices, but for us coming back from iPhones and Pixels, man what a game changer! I love seeing my battery usage and I was able to get almost two full days out of my phone. I could barely get 5-6 out of that Pixel! The camera on the S24+ is great and almost like the ultra without the 500x zoom, which I know I won't need but I love the 50x it does have! The real shiner is the form factor. Never have I ever wanted to take my phone out of it's case SO MUCH just to hold it and feel how smooth it is! I have the Orange version and it's a Matte orange, it feels and looks good! Thank you SS for making me feel like I never left!



Originally posted on Galaxy S24+ 256GB (Unlocked)

Helpful?  (33)   (4)   Report

1 – 8 of 771 Reviews    

---

**Price, Promotion, Processing:** Pricing, delivery date and other errors may be withdrawn or revised and/or your order may be cancelled at any time, without prior notice, before we have both (a) shipped or provided access to your product or service, and (b) received your payment for the product or service. All sales on Samsung.com are subject to the full Terms of Sale 🔗 . Samsung is not responsible for any errors, omissions or misdirected or lost orders, or orders which may be delayed. Samsung reserves the right to modify pricing and modify or cancel promotions at any time, without prior notice.

⊖ **0% APR for 12, 18, 24, 36, 40 or 48 Months with Equal Payments:** Available on purchases of select products charged to a Samsung Financing account. Minimum purchase: $50. 0% APR from date of eligible purchase until paid in full. Estimated monthly payment equals the eligible purchase amount multiplied by a repayment factor and rounded down to the nearest penny (repayment factors: .08333 for 12 month, .05556 for 18 month, .04167 for 24 month, .02778 for 36 month, .02500 for 40 month, .02083 for 48 month). Last payment may vary due to rounding. Total amount of payments will not exceed eligible purchase amount. Other transactions and fees affect overall minimum payment amount. Advertised payment amount, if any, is an estimate and may change once taxes, delivery or other charges are added. Limited time offer. Regular account terms apply to non-promo purchases. Standard Purchase APR: 29.99%. Minimum interest charge: $1. Prior purchases excluded. Account must be in good standing. Subject to credit approval. Samsung Financing account issued by TD Bank, N.A.

Features and specifications are subject to change without prior notification. All images are dramatizations for demo purposes.

π In the US, Klarna Pay in 4 is available in all states except Hawaii and New Mexico. See Klarna payment terms 🔗 . A higher initial payment may be required for some consumers. CA residents: Loans made or arranged pursuant to California Financing Law license.

σ Payment options are offered by Affirm, are subject to an eligibility check, and may not be available in all states. Options depend on your purchase amount, and a down payment may be required. California residents: Affirm Loan Services, LLC is licensed by the Department of Business Oversight. Loans are made or arranged pursuant to California Financing Law license 60DBO-111681.

θ For a limited time only, on Samsung.com/Shop Samsung App, or purchase a new qualifying Galaxy device ("Qualifying Purchase"), send in your qualifying trade-in device to Samsung through the Samsung Trade-In Program, and if Samsung determines your trade-in device meets all eligibility requirements, you will receive a trade-in credit specific to your qualifying trade-in device to apply toward your Qualifying Purchase. Device models that currently qualify for trade-in and trade-in credit amounts associated with those models are available on Samsung.com and the Shop Samsung App; eligible models and amounts may change at Samsung's sole discretion. To be eligible for trade-in, your qualifying device must meet all Trade-In Program eligibility requirements, which include, but are not limited to, that the device powers on, holds a charge, and does not power off unexpectedly; has a functioning display; has no breaks or cracks in the screen (unless a cracked screen offer applies); has no breaks or cracks in the case; has no liquid damage (whether visible or not); has no other defects that go beyond normal wear and tear; is not on a black list; has a verified FCC ID; has been reset to factory settings; has all personal information removed; has all software locks disabled; and is owned by you (leased devices are not eligible). Anticipated trade-in value will be applied as a credit at time of purchase, but, if you do not send in your trade-in device within 15 days of receipt of your Qualifying Purchase, you will be charged back for the trade-in credit applied to your purchase, or if you send in your trade-in device within 15 days of receipt of your Qualifying Purchase but Samsung determines your device does not meet all eligibility requirements, you will be charged back for the trade-in credit applied to your purchase minus $25. Participation in this program does not excuse you from contracts with your carrier or retailer (or any related payments or fees) for the device that was traded in. Limit 1 trade-in per Qualifying Purchase. Samsung reserves the right to modify or discontinue this offer at any time. The Trade-In Program cannot be combined with any other Samsung, carrier or retailer promotions, discounts, or offers unless specifically provided for in the terms and conditions of such offers. Additional terms, including terms that govern the resolution of disputes, apply. ∞Contact T-Mobile before cancelling

account to continue remaining bill credits, or credits stop & balance on required finance agreement is due (e.g., $999.99 – Samsung S24+256GB). Tax on precredit price due at sale. Limited-time offer; subject to change. Qualifying credit, service and trade-in (e.g., $1000: Samsung Galaxy S9 / Save $500: Samsung: Galaxy S6) required.  $35 device connection charge due at sale. Up to $1,000 via bill credits; must be active and in good standing to receive credits; allow 2 bill cycles. Max 4 discounted devices/account. May not be combinable with some offers or discounts.  ⁶Guarantee limited to current Galaxy S24 series trade-in promos (up to $1000 off Galaxy S24+ or Galaxy S24 Ultra with min. $95 trade-in value; up to $800 off S24 with min. $35 trade-in value) for new and existing consumer postpaid wireless customers; excludes offers available through select channels. Offers vary by device; subject to change.

[5]Terms & Conditions apply. To receive a 2-month complimentary trial offer (US$19.98 value) for Adobe Lightroom for Samsung ("Offer"), a valid form of payment, a Samsung device, a Samsung account and an Adobe ID are required. You must redeem this offer before 2/9/2025. This Offer is non-transferrable and cannot be combined with any other offer. Limit one (1) Offer per person. Offer not available to existing Lightroom subscribers. Void where prohibited or restricted by law. Lightroom subscription is subject to the Adobe Terms of Use https :// www.adobe.com/legal/subscription-terms.html

[26] The 30 day trial and 30% off of ArcSite offer is open to participants in the United States. Users of all Samsung Android mobile phones and tablets are eligible. To receive the 30 day trial and 30% off offer, download of the ArcSite app from the Samsung Galaxy Store is required. A network connection is required for downloading and using the ArcSite app, additional data fees may apply when using cellular data. The 30% off offer of ArcSite is only eligible to users not already enrolled in a paid subscription. Visit arcsite.com for terms and conditions.

[28]Terms & Conditions apply. To receive a 2-month complimentary trial offer (US$19.98 value) for Adobe Express for Samsung ("Offer"), a valid form of payment, a Samsung device, a Samsung account and an Adobe ID are required. You must redeem this offer before February/9/2025. This Offer is non-transferrable and cannot be combined with any other offer. Limit one (1) Offer per person. Offer not available to existing Express subscribers. Void where prohibited or restricted by law. Express subscription is subject to the Adobe Terms of Use (https:// www.adobe.com/legal/subscription-terms.html)

[25] Offer available to new users only (no past trial of YouTube Premium, YouTube Music Premium, YouTube Red or Google Play Music) in the United States. Must be redeemed by April 1st, 2024 at 11:59pm PST. Valid form of payment and Google account required. Must be 18 years or older. $13.99 after trial billed on a recurring monthly basis. Cancel anytime. No refunds for partial billing periods. Full terms HERE: https://www.youtube.com/premium/restrictions

[23]Activate a SiriusXM Streaming Platinum subscription and get your first 4 months for $0.00. A credit card is required on this offer. Service will automatically renew thereafter every month. At the beginning of month 5, you will be charged at then-current rates (currently $10.99/month). Fees and taxes apply. You must cancel your subscription during your promotional period to avoid future charges. Please see SiriusXM's Customer Agreement at www.siriusxm.com for complete terms and how to cancel, which includes online methods or calling SiriusXM at 1-866-635-2349. All fees, content and features are subject to change. This offer cannot be combined with any other and may be modified or terminated at any time. Offer available to new subscribers. Channel lineup varies by plan.

[22] Promotion valid between 24/10/2023 and 31/08/2024 for users of Samsung branded devices through the Samsung Members app, by clicking on the "LumaFusion" banner, located in the "Advantages" section. Gift: (i) 50% discount on the price of the LumaFusion app, bringing the original price down from USD 29.99 to USD 14.99 and (ii) 30-day free trial on Storyblocks for LumaFusion, with unlimited access to royalty-free video content, animated backgrounds, sound effects and music. By clicking on the banner above in Samsung Members, the user will be redirected to Samsung Galaxy Store Samsung Galaxy Store ⬈ ;to redeem the offer, downloading the app at the above price. Registration with Samsung Account required. Promotion limited to one participation per device per Samsung Members user, non-cumulative, limited to consumers. Organized by Samsung Electronics Co., Ltd. LumaFusion is a paid application owned by a third party that requires a separate purchase, so a valid payment method must be added at registration. The use of the LumaFusion app is subject to its terms of service, terms of subscription and privacy policy which will have to be accepted by the user. Their availability may be subject to specific terms and conditions set by these third parties. More information about the terms of your subscription can be found on the website https://www.samsung.com/es/xtra/

4/1/2024- 6/30/2024, while supplies last, on samsung.com or in the Samsung Shop App. Must order and purchase a Galaxy S24 or Galaxy S24+ or Galaxy S24 Ultra ("Qualifying Purchase") and Galaxy A25 5G or Galaxy A15 5G ("Promotional Product") in the same transaction through the Qualifying Purchase buy page or add-on page. Discount varies by phone model and will be reflected in cart. If you return or cancel your Qualifying Purchase, you must return the Promotional Product with your Qualifying Purchase or pay for the Promotional Product in full. This offer is non-transferable and limited to 1 per Qualifying Purchase. Void where prohibited or restricted by law.

4/1/2024- 6/30/2024, while supplies last, on samsung.com or in the Samsung Shop App. Must order and purchase a Galaxy S24 or Galaxy S24+ or Galaxy S24 Ultra ("Qualifying Purchase") and Galaxy A25 5G or Galaxy A15 5G ("Promotional Product") in the same transaction through the Qualifying Purchase buy page or add-on page. Discount varies by phone model and will be reflected in cart. If you return or cancel your Qualifying Purchase, you must return the Promotional Product with your Qualifying Purchase or pay for the Promotional Product in full. This offer is non-transferable and limited to 1 per Qualifying Purchase. Void where prohibited or restricted by law.

[1] Requires internet connection; results may vary by uniqueness, clarity and framing of circled image and related factors.
[2] Samsung account log-in required. Calls must be made using the native Samsung dialer.
[3] Tone suggesting feature in Chat Assist requires a network connection and Samsung Account login. Must meet length requirements to activate feature. Service availability may vary by language. Accuracy of results is not guaranteed.

[8] Results may vary depending on light condition and/or shooting conditions including multiple subjects, being out of focus or moving subjects.

[5] Frame does not include volume and side keys or SIM tray.

[9] The Dynamic AMOLED 2X display on Galaxy S24 and S24+ received a certification from VDE Germany for 100 percent Mobile Color Volume in the DCI-P3 color range, which means your images aren't washed out and you'll get unbelievably vivid colors regardless of differing levels of brightness. The display can achieve peak brightness of up to 2600 nits, improving the contrast between dark and light aspects of digital content for a more brilliant picture quality, with a 5,000,000:1 contrast ratio to make your mobile experience more immersive.
[10] Measured diagonally, Galaxy S24's screen size is 6.2 inches in the full rectangle and 6 inches accounting for the rounded corners and Galaxy S24+'s screen size is 6.7 inches in the full rectangle and 6.5 inches accounting for the rounded corners; actual viewable area is less due to the rounded corners and camera hole.

[7] Galaxy S24, S24+ and S24 Ultra are rated as IP68. Based on lab test conditions for submersion in up to 1.5 meters of freshwater for up to 30 minutes. Not advised for beach or pool use. Water and dust resistance of device is not permanent and may diminish over time because of normal wear and tear.

[8] Actual battery life varies by network environment, features and apps used, frequency of calls and messages, the number of times charged, and many other factors. Estimated against the average usage profile compiled by UX Connect Research. Independently assessed by UX Connect research between 2023.11.25-2023.12.15 in US and UK with pre-release versions of SM-S921, SM-S926 and SM-S928 under default setting using LTE and 5G Sub6 networks. NOT tested under 5G mmWave network.

| SHOP | SUPPORT | OFFERS | SUSTAINABILITY |
|---|---|---|---|
| Phones | Chat with Us | Offers | Overview |
| Tablets | Product Support | Samsung Rewards | Environment |
| Watches | Order Support | Referral Program | Digital Responsibility |
| Mobile Accessories | Your Account | Education Offers Program | Security and Privacy |
| Mobile Audio | Register Your Product | Government Offers Program | Accessibility |
| TV & Home Theater | Contact Us | Military Offers Program | Labor & Human Rights |
| Computing | Samsung Community | Employee Offers Program | Diversity · Equity · Inclusion |
| Monitors | Note7 Recall | First Responders Offers Program | Sustainable Supply Chain |
| Memory & Storage | Give Feedback ↗ | Business Offers Program | Corporate Citizenship ↗ |
| Home Appliances | | | Corporate Sustainability ↗ |
| Smart Home | | | **ABOUT US** |
| Samsung Experience Stores | | | Leadership & Mission |
| Apps & Services | | | Our Business |
| Shop Certified Re-Newed ↗ | | | Brand Identity |
| Samsung Authorized Reseller Program | | | Careers |
| | | | Investor Relations ↗ |
| | | | Newsroom ↗ |
| | | | Ethics |
| | | | Samsung Design ↗ |

Copyright© 1995-2024 SAMSUNG All Rights Reserved.



STAY IN THE LOOP?

Personal Information    Washington Privacy Notice    Legal    Accessibility Help    Sitemap

  

Part of a business? Chat with an Expert for the best **bulk-pricing**, enjoy **5% off** your first order

Type your message here!