THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    *Defendants*. | Case No. 2:22-CV-0422-JRG-RSP |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that John W. Thornburgh, of the law firm Fish & Richardson P.C., enters his appearance in this matter for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. and consents to electronic services of all papers in this action.

Dated:  May 23, 2024

Respectfully submitted,

FISH & RICHARDSON P.C.

By: */s/ John W. Thornburgh*
    John W. Thornburgh
    CA Bar No. 154627
    FISH & RICHARDSON P.C.
    12860 El Camino Real, Suite 400
    San Diego, CA 92130
    Phone: (858) 678-5070
    Fax: (858) 678-5099
    Email: thornburgh@fr.com

**ATTORNEYS FOR DEFENDANTS**
**SAMSUNG ELECTRONICS CO., LTD AND**
**SAMSUNG ELECTRONICS AMERICA, INC.**

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 23, 2024 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ John W. Thornburgh*
John W. Thornburgh