# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:22-CV-00422-JRG-RSP |

## **DEFENDANTS' UNOPPOSED MOTION TO AMEND DOCKET CONTROL ORDER**

Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. (collectively "Samsung") respectfully file this Unopposed Motion to Amend the Docket Control Order and would show the Court as follows. Plaintiff Headwater Research, LLC ("Headwater") does not oppose the Motion.

The parties request a one-day extension of time to serve objections to pretrial disclosures and serve rebuttal pretrial disclosures. Samsung represents that this Motion is not filed for the purposes of delay but rather so that justice may be served. No other deadlines will be affected by this amendment, nor will there be any disruption to the trial schedule.

Accordingly, Samsung respectfully requests that the Court grant this Unopposed Motion to Amend the current Docket Control Order (Dkt. No. 250) as follows:

| Original Date | Amended Date | Event |
|---|---|---|
| June 3, 2024 | June 4, 2024 | Serve Objections to Pretrial Disclosures; and Serve Rebuttal Pretrial Disclosures |

Dated: May 30, 2024				Respectfully submitted,

							By:	*/s/ Sara C. Fish*
								Ruffin B. Cordell
								TX Bar No. 04820550
								Michael J. McKeon
								DC Bar No. 459780
								mckeon@fr.com
								Jared Hartzman (*pro hac vice*)
								DC Bar No. 1034255
								hartzman@fr.com
								**FISH & RICHARDSON P.C.**
								1000 Maine Avenue, SW, Ste 1000
								Washington, D.C. 20024
								Telephone: (202) 783-5070
								Facsimile: (202) 783-2331

								Thad C. Kodish
								GA Bar No. 427603
								tkodish@fr.com
								Benjamin K. Thompson
								GA Bar No. 633211
								bthompson@fr.com
								Nicholas A. Gallo (*pro hac vice*)
								GA Bar No. 546590
								gallo@fr.com
								Steffen Lake (*pro hac vice*)
								GA Bar No. 512272
								lake@fr.com
								Sara C. Fish
								sfish@fr.com
								GA Bar No. 873853
								Noah C. Graubart
								GA Bar No. 141862
								graubart@fr.com
								Katherine H. Reardon
								NY Bar No. 5196910
								reardon@fr.com
								**FISH & RICHARDSON P.C.**
								1180 Peachtree St. NE, Fl. 21
								Atlanta, GA 30309
								Telephone: (404) 892-5005
								Facsimile: (404) 892-5002

Leonard E. Davis
TX Bar No. 05521600
ldavid@fr.com
Andria Rae Crisler
TX Bar No. 24093792
crisler@fr.com
Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214)747-5070
Facsimile: (214) 747-2091

John-Paul R. Fryckman (*pro hac vice*)
CA Bar No. 317591
John W. Thornburgh
CA Bar No. 154627
thornburgh@fr.com
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Melissa R. Smith
State Bar No. 24001351
Melissa@gillamsmithlaw.com
Harry L. Gillam, Jr.
State Bar No. 07921800
gil@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Andrew Thompson ("Tom") Gorham
State Bar No. 24012715
tom@gillamsmithlaw.com
James Travis Underwood
State Bar No. 24102587
travis@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
102 N. College, Ste. 800

3

>Tyler, Texas 75702
>Telephone: (903) 934-8450
>Facsimile: (903) 934-9257
>
>Grant Schmidt
>Texas Bar No. 24084579
>gschmidt@hilgersgraben.com
>Jon Hyland
>jhyland@hilgersgraben.com
>Texas Bar No. 24046131
>Theodore Kwong
>tkwong@hilgersgraben.com
>Texas Bar No. 4087871
>**HILGERS GRABEN PLLC**
>7859 Walnut Hill Lane, Suite 335
>Dallas, Texas 75230
>Telephone: 469-751-2819
>
>**ATTORNEYS FOR DEFENDANTS**
>**SAMSUNG ELECTRONICS CO., LTD. AND**
>**SAMSUNG ELECTRONICS AMERICA, INC.**

## **CERTIFICATE OF CONFERENCE**

Counsel for Plaintiff and counsel for Defendants have met and conferred in compliance with Local Rule CV-7(h).  Plaintiff does not oppose this motion.

>*/s/ Sara C. Fish*
>Sara C. Fish

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on May 30, 2024.  As of this date, all counsel of record had consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

>*/s/ Sara C. Fish*
>Sara C. Fish

4