# Exhibit 4

# SAMSUNG

Shop · AI · Mobile · TV & Audio · Appliances · Computing · Displays · Accessories · Discover Samsung Sale ↗ · Explore · Support · For Business

Discover Samsung Summer Sale: Save up to $750 with Unlocked Galaxy S24 or S24+, including instant trade-in credit[9] and more[GKV]

**Galaxy S24 | S24+**     Galaxy S24 Ultra

**Device**

## Galaxy S24 Unlocked | 256GB | Sapphire Blue
SM-S921U / SM-S921ULBEXAA

★★★★★ 4.7 (662)
Write a review

Pricing before trade-in
Get up to $535 instant trade-in credit

Total
**$799.99**
$889.98

Samsung Financing starting from
**$33.34/mo** $37.09/mo for 24 mos[@a]

**Continue**

Learn about Galaxy S24 Key Features

Get exclusive, extra savings with  Samsung Offer Programs ⌄

💬 Chat with an Expert




    

Connectivity
Limited time offer: Get a $25 instant Samsung Credit with your carrier*



 **Unlocked**

Storage
Limited time offer: **Double the storage on us.**

| 128GB | **256GB** |
|---|---|
| $799.99 | $799.99 $859.99 |

**Color**
Sapphire Blue



Online Exclusive

Get it by May 23
Get it by May 24
Get it by May 24

Get it by May 31
Get it by May 23
Get it by May 23
Get it by May 23

## Samsung Trade-in

Samsung trade-in value up to **$535**.

**Do you have a device to trade-in?**

| Yes, trade-in | No |

**Select type of device**

| 📱 Mobile Phone | 📱 Tablet |

**Is your device eligible for trade-in?**

**Yes**, my device is eligible and in good condition

**Good condition (Full trade-in value)**
- Device turns on and screen works normally
- Activation Locks are disabled, accounts are removed, and device is factory reset
- Charging port works and battery holds a charge
- Screen, body (front and back), and camera lens are free of cracks
- The device is not on a banned list

**Yes**, my device is eligible but is cracked

**No**, my device is not eligible

**Select your mobile phone model**

Select a Brand ⌄

HW_00103588

## Add Samsung Care+ — Added protection for peace of mind

**Samsung Care+ with Theft and Loss** Learn more ⓘ

- Unlimited repairs for Drops, Spills, and Mechanical Breakdown
- Theft and Loss Coverage
- Same Day Replacement and Set Up
- Knox Guard security including remote lock and wipe

**Payment options**

| Monthly - Cancel anytime | $10.00/mo |
| 2 Year Plan — Not available in NY | $189.00 |

View other coverage options ⌄

[ No coverage ]

### Make your Galaxy epic with exclusive offers

**You've selected**
S24 Anti-Reflecting Screen Protector
$0  ~~$29.99~~

**Save $130 on Galaxy Buds2 Pro**
$99.99  ~~$229.99~~
[ View ]

**Save up to $190 on Ga...**
$164.99  ~~$329.99~~

### Choose your purchase option

| One-time Payment | Samsung Financing (Pay Monthly) | Pay in 4 Installments |
|---|---|---|
| **$799.99** | **$33.34/mo** for 24 mos ⓘ | **$200.00** every two weeks ⓘ |

**One-time payment**
Pay with your credit card, debit card or a pay app. Excludes taxes and shipping.

---

**Galaxy S24**  Unlocked | 256GB | Sapphire Blue            $859.99

In-Store Pickup: **Need it fast?**   Delivery for 97215
Select Store                          Shipping Options          Get it by May 24

S24 Anti-Reflecting Screen Protector                              $0

| | |
|---|---|
| Instant Savings | - $60.00 |
| **Total** | $799.99 ~~$889.98~~ |
| **You Saved Today** | $89.99 |

⊕ Log in now to earn up to 1.5% back in Samsung Rewards Points

**Continue**

Buying in bulk for your business?  **Galaxy S24 for Business**

## Your purchase will also include:

SCOM-30306 HHP | Adobe Express Partner Offer

HW_00103590

| SHOP | SUPPORT | OFFERS | SUSTAINABILITY |
|---|---|---|---|
| Phones | Chat with Us | Offers | Overview |
| Tablets | Product Support | Samsung Rewards | Environment |
| Watches | Order Support | Referral Program | Digital Responsibility |
| Mobile Accessories | Your Account | Education Offers Program | Security and Privacy |
| Mobile Audio | Register Your Product | Government Offers Program | Accessibility |
| TV & Home Theater | Contact Us | Military Offers Program | Labor & Human Rights |
| Computing | Samsung Community | Employee Offers Program | Diversity · Equity · Inclusion |
| Monitors | Give Feedback ↗ | First Responders Offers Program | Sustainable Supply Chain |
| Memory & Storage | | Business Offers Program | Corporate Citizenship ↗ |
| Home Appliances | | | Corporate Sustainability ↗ |
| Smart Home | | | |
| Samsung Experience Stores | | | **ABOUT US** |
| Apps & Services | | | Leadership & Mission |
| Shop Certified Re-Newed ↗ | | | Our Business |
| Samsung Authorized Reseller Program | | | Brand Identity |
| | | | Careers |
| | | | Investor Relations ↗ |
| | | | Newsroom ↗ |
| | | | Ethics |
| | | | Samsung Design ↗ |

Copyright© 1995-2024 SAMSUNG All Rights Reserved.

| USA/ENGLISH | Privacy | Do Not Sell Or Share My Personal Information | Washington Privacy Notice | Legal | Accessibility Help | Sitemap | STAY IN THE LOOP?    |

Feedback



# SAMSUNG

Shop  AI  Mobile  TV & Audio  Appliances  Computing  Displays  Accessories  Discover Samsung Sale ↗  Explore  Support  For Business

## Galaxy S24+ Unlocked | 512GB | Onyx Black

SM-S926U / SM-S926UZKEXAA

★★★★★ 4.7 (858)
Write a review

**Pricing before trade-in**
Get up to **$600** instant trade-in credit

**Total**
**$999.99**
~~$1,149.98~~

**Samsung Financing starting from**
**$41.67/mo** ~~$47.92/mo~~ for 24 mos◎α

[Continue]

Learn about Galaxy S24+ Key Features

Get exclusive, extra savings with 🏷 Samsung Offer Programs ⌄   💬 Chat with an Expert

Discover Samsung Summer Sale: Save up to $750 with Unlocked Galaxy S24 or S24+, including instant trade-in credit⁹ and more^GKV





### Galaxy S24 | S24+   Galaxy S24 Ultra

**Device**

Galaxy S24                        $799.99

Galaxy S24+         $999.99  ~~$1119.99~~

**Connectivity**

T-Mobile   AT&T   Verizon   US Cellular

🔒 Unlocked

**Storage**
Limited time offer: **Double the storage on us.**

256GB            512GB
$999.99          $999.99 ~~$1119.99~~

**Color**
Onyx Black



Online Exclusive

Get it by May 23  Get it by May 23  Get it by May 23

Get it by May 23  Get it by May 23  Get it by May 23  Get it by May 23

## Samsung Trade-in

Samsung trade-in value up to **$600**.

**Do you have a device to trade-in?**

| Yes, trade-in | No |

**Select type of device**

| 📱 Mobile Phone | 📱 Tablet |

**Is your device eligible for trade-in?**

**Yes**, my device is eligible and in good condition

Good condition (Full trade-in value)
- Device turns on and screen works normally
- Activation Locks are disabled, accounts are removed, and device is factory reset
- Charging port works and battery holds a charge
- Screen, body (front and back), and camera lens are free of cracks
- The device is not on a banned list

**Yes**, my device is eligible but is cracked

**No**, my device is not eligible

**Select your mobile phone model**

Select a Brand ⌄

HW_00103593

### Add Samsung Care+  Added protection for peace of mind

**Samsung Care+ with Theft and Loss** Learn more ®®

- Unlimited repairs for Drops, Spills, and Mechanical Breakdown
- Theft and Loss Coverage
- Same Day Replacement and Set Up
- Knox Guard security including remote lock and wipe

**Payment options**

| Monthly - Cancel anytime | $15.00/mo |
| 2 Year Plan Not available in NY | $269.00 |

View other coverage options

No coverage

### Make your Galaxy epic with exclusive offers

**You've selected**
S24+ Anti-Reflecting Screen Protector
$0 $29.99

**Save $130 on Galaxy Buds2 Pro**
$99.99 $229.99

View

**Save up to $190 on Ga...**
$164.99 $329.99

### Choose your purchase option

| One-time Payment | Samsung Financing (Pay Monthly) | Pay in 4 Installments |
|---|---|---|
| $999.99 | $41.67/mo for 24 mos ᵝ | $250.00 every two weeks ᵟᴨ |

**One-time payment**
Pay with your credit card, debit card or a pay app. Excludes taxes and shipping.

**Galaxy S24+**   Unlocked | 512GB | Onyx Black   $1,119.99

In-Store Pickup: Need it fast?
Select Store

Delivery for 97215
Shipping Options

Get it by May 23

S24+ Anti-Reflecting Screen Protector                                   $0

| | |
|---|---|
| Instant Savings | - $120.00 |
| Total | $999.99 ~~$1,149.98~~ |
| You Saved Today | $149.99 |

⊕ Log in now to earn up to 1.5% back in Samsung Rewards Points

**Continue**

Buying in bulk for your business?  **Galaxy S24+ for Business**

## Your purchase will also include:

SCOM-30306 HHP | Adobe Express Partner Offer

| SHOP | SUPPORT | OFFERS | SUSTAINABILITY |
|---|---|---|---|
| Phones | Chat with Us | Offers | Overview |
| Tablets | Product Support | Samsung Rewards | Environment |
| Watches | Order Support | Referral Program | Digital Responsibility |
| Mobile Accessories | Your Account | Education Offers Program | Security and Privacy |
| Mobile Audio | Register Your Product | Government Offers Program | Accessibility |
| TV & Home Theater | Contact Us | Military Offers Program | Labor & Human Rights |
| Computing | Samsung Community | Employee Offers Program | Diversity · Equity · Inclusion |
| Monitors | Give Feedback ↗ | First Responders Offers Program | Sustainable Supply Chain |
| Memory & Storage |  | Business Offers Program | Corporate Citizenship ↗ |
| Home Appliances |  |  | Corporate Sustainability ↗ |
| Smart Home |  |  |  |
| Samsung Experience Stores |  |  | **ABOUT US** |
| Apps & Services |  |  | Leadership & Mission |
| Shop Certified Re-Newed ↗ |  |  | Our Business |
| Samsung Authorized Reseller Program |  |  | Brand Identity |
|  |  |  | Careers |
|  |  |  | Investor Relations ↗ |
|  |  |  | Newsroom ↗ |
|  |  |  | Ethics |
|  |  |  | Samsung Design ↗ |



Copyright© 1995-2024 SAMSUNG All Rights Reserved.

USA/ENGLISH | Privacy | Do Not Sell Or Share My Personal Information | Washington Privacy Notice | Legal | Accessibility Help | Sitemap

STAY IN THE LOOP?

  

Part of a business? Chat with an Expert for the best **bulk-pricing**, enjoy **5% off** your first order

HW_00103596