IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT
OF TEXAS MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:22-CV-00422-JRG-RSP |

**ORDER**

Before the Court is Samsung's Opposed Motion for Leave to File Additional Motion to Strike Certain Opinions from the Opening Expert Report of Dr. Richard Wesel. (**Dkt. No. 231**.)

This Court's Standing Order provides that a party may only file a single *Daubert* per expert. The Court does not grant leave to exceed this limit lightly and does not do so here. However, under the unusual facts of this case, the Court finds there is good cause to permit additional briefing on the issues Samsung identifies in its motion.

**IT IS THEREFORE ORDERED** that Samsung may file a ten page supplemental brief in support of the motion already filed at Dkt. No. 165 within one week of this order with Headwater to file any responsive brief of the same length within two weeks of Samsung's brief.

**SIGNED this 4th day of June, 2024.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE