# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.; and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    *Defendants*. | Civil Action No. 2:22-cv-00422-JRG-RSP<br><br>**JURY DEMANDED** |

## PLAINTIFF'S UNOPPOSED MOTION TO MOVE HEARING DATE

Plaintiff Headwater Research LLC ("Headwater") files this Unopposed Motion to Move Hearing Date and would show the Court the following:

The Court set a hearing for June 13, 2024 per Dkt. 172. Headwater's counsel will be in trial the week of June 10, 2024 in *AlmondNet, Inc. v. Amazon.com, Inc. et al.* in case number 6:21-cv-00898-ADA (W.D. Tex.). The parties have conferred and Defendants do not oppose moving the hearing to June 18, 2024 if the Court's schedule permits.

WHEREFORE, Plaintiff respectfully requests that the Court grant the above motion and reschedule the Motion for Sanctions hearing for June 18, 2024.

Respectfully submitted,

Dated: June 6, 2024

*/s/ Marc Fenster*
Marc Fenster
CA State Bar No. 181067
Reza Mirzaie
CA State Bar No. 246953
Brian Ledahl
CA State Bar No. 186579

Ben Wang
CA State Bar No. 228712
Paul Kroeger
CA State Bar No. 229074
Neil A. Rubin
CA State Bar No. 250761
Kristopher Davis
CA State Bar No. 329627
James S. Tsuei
CA State Bar No. 285530
Philip Wang
CA State Bar No. 262239
Amy Hayden
CA State Bar No. 287026
James Milkey
CA State Bar No. 281283
Jason M. Wietholter
CA State Bar No. 337139
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
rak_headwater@raklaw.com

Robert Christopher Bunt
Parker, Bunt & Ainsworth, P.C.
Texas State Bar No. 00787165
100 E. Ferguson Suite 418
Tyler, Texas 75702
Tel.: (903) 531-3535
rcbunt@pbatyler.com

**ATTORNEYS FOR PLAINTIFF,
Headwater Research LLC**

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Plaintiff met and conferred with counsel for Defendants to discuss the above Motion. Defendants indicated that they are unopposed to the relief sought herein.

*/s/ Marc Fenster*
Marc Fenster

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically on June 6, 2024 pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.

*/s/ Marc Fenster*
Marc Fenster
