## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, | |
| Plaintiff, | Case No. 2:22-cv-00422-JRG-RSP |
| v. | **JURY TRIAL DEMANDED** |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | |
| Defendants. | |

### ORDER GRANTING PLAINTIFF HEADWATER RESEARCH LLC'S UNOPPOSED MOTION TO MOVE HEARING DATE

Before the Court is Plaintiff Headwater Research LLC's Unopposed Motion to Move Hearing Date. Having considered the matter, and for good cause shown, the Court **GRANTS** the Motion.