# Exhibit 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:22-CV-00422-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## SAMSUNG'S DEPOSITION DESIGNATIONS

Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc., (collectively, "Samsung"), hereby provide their affirmative deposition designations, and objections and counter-designations to Plaintiff Headwater Research LLC ("Headwater") deposition designations. Samsung reserves the right to provide supplemental affirmative and counter deposition designations including upon receipt of pretrial disclosures from Headwater and/or as a result of any Order from the Court.

Samsung reserves the right to designate its affirmative designations and counter designations to Headwater's affirmative as counter designations to Headwater's counter designations as appropriate.

| Harris, James, November 27, 2023 |
| --- | --- | --- | --- | --- |
| **DEFENDANTS' INITIAL DEPOSITION DESIGNATIONS** | **PLAINTIFF'S OBJECTIONS** | **PLAINTIFF'S COUNTER DESIGNATIONS** | **DEFENDANTS' OBJECTIONS** | **DEFENDANTS' COUNTER-COUNTER DESIGNATIONS** |
| 8:14-20 | | | | |
| 11:1-18 | | | | |
| 12:5-22 | | | | |
| 13:1-7 | | | | |
| 13:8-22 | | | | |
| 14:13-22 | | | | |
| 15:1-13 | | | | |
| 15:14-20 | | | | |
| 18:12-22 | | | | |
| 19:1-7 | | | | |
| 21:18-22 | | | | |
| 22:1-8 | | | | |
| 23:1-4 | | | | |
| 24:18-22 | | | | |
| 25:1-9 | | | | |
| 28:7-22 | | | | |
| 29:1-14 | | | | |
| 29:18-22 | | | | |
| 30:1-2 | | | | |
| 30:4-10 | | | | |
| 30:11-14 | | | | |
| 33:4-14 | | | | |
| 33:19-22 | | | | |
| 34:1-4 | | | | |
| 34:5-22 | | | | |
| 35:1-3 | | | | |
| 39:3-12 | | | | |
| 39:13-15 | | | | |
| 39:21-22 | | | | |
| 40:1-5 | | | | |
| 41:2-2 | | | | |
| 41:3-4 | | | | |
| 41:7-8 | | | | |
| 41:9-11 | | | | |
| 41:12-22 | | | | |
| 42:1-7 | | | | |
| 43:4-6 | | | | |
| 43:7-8 | | | | |
| 43:11-17 | | | | |
| 43:18-22 | | | | |
| 44:1-3 | | | | |
| 44:15-17 | | | | |
| 44:18-19 | | | | |
| 44:21-22 | | | | |
| 45:1-2 | | | | |
| 45:9-22 | | | | |

| Harris, James, November 27, 2023 | | | | |
|---|---|---|---|---|
| **DEFENDANTS' INITIAL DEPOSITION DESIGNATIONS** | **PLAINTIFF'S OBJECTIONS** | **PLAINTIFF'S COUNTER DESIGNATIONS** | **DEFENDANTS' OBJECTIONS** | **DEFENDANTS' COUNTER-COUNTER DESIGNATIONS** |
| 46:1-6 | | | | |
| 46:14-16 | | | | |
| 46:20-20 | | | | |
| 46:21-21 | | | | |
| 47:5-12 | | | | |
| 48:4-7 | | | | |
| 48:8-17 | | | | |
| 48:18-22 | | | | |
| 49:1-7 | | | | |
| 49:11-17 | | | | |
| 50:1-5 | | | | |
| 50:7-7 | | | | |
| 50:8-18 | | | | |
| 50:19-22 | | | | |
| 51:1-1 | | | | |
| 51:2-19 | | | | |
| 51:20-22 | | | | |
| 52:1-2 | | | | |
| 52:3-11 | | | | |
| 52:15-18 | | | | |
| 56:11-17 | | | | |
| 58:14-21 | | | | |
| 59:17-19 | | | | |
| 59:21-22 | | | | |
| 60:1-3 | | | | |
| 60:4-17 | | | | |
| 60:18-22 | | | | |
| 61:1-7 | | | | |
| 61:10-13 | | | | |
| 62:14-22 | | | | |
| 63:1-1 | | | | |
| 63:6-13 | | | | |
| 63:14-15 | | | | |
| 63:19-20 | | | | |
| 63:21-22 | | | | |
| 64:1-2 | | | | |
| 64:3-5 | | | | |
| 64:11-16 | | | | |
| 64:17-22 | | | | |
| 65:1-5 | | | | |
| 65:7-10 | | | | |
| 65:11-20 | | | | |
| 66:2-15 | | | | |
| 66:16-22 | | | | |
| 67:2-5 | | | | |
| 67:7-15 | | | | |

| Harris, James, November 27, 2023 | | | | |
|---|---|---|---|---|
| **DEFENDANTS' INITIAL DEPOSITION DESIGNATIONS** | **PLAINTIFF'S OBJECTIONS** | **PLAINTIFF'S COUNTER DESIGNATIONS** | **DEFENDANTS' OBJECTIONS** | **DEFENDANTS' COUNTER-COUNTER DESIGNATIONS** |
| 67:16-22 | | | | |
| 68:1-1 | | | | |
| 68:5-9 | | | | |
| 68:10-14 | | | | |
| 68:16-19 | | | | |
| 68:20-22 | | | | |
| 69:1-1 | | | | |
| 69:2-4 | | | | |
| 69:6-9 | | | | |
| 69:10-11 | | | | |
| 69:13-13 | | | | |
| 69:14-22 | | | | |
| 70:1-2 | | | | |
| 70:7-10 | | | | |
| 70:11-13 | | | | |
| 70:15-22 | | | | |
| 71:1-5 | | | | |
| 71:6-8 | | | | |
| 71:11-17 | | | | |
| 71:18-18 | | | | |
| 71:20-22 | | | | |
| 72:1-5 | | | | |
| 72:6-7 | | | | |
| 72:11-18 | | | | |
| 72:19-73:1 | | | | |
| 74:11-13 | | | | |
| 74:19-20 | | | | |
| 77:4-7 | | | | |
| 77:9-13 | | | | |
| 77:14-17 | | | | |
| 77:19-20 | | | | |
| 77:21-22 | | | | |
| 78:1-4 | | | | |
| 78:5-6 | | | | |
| 78:10-17 | | | | |
| 78:18-22 | | | | |
| 79:1-1 | | | | |
| 79:3-7 | | | | |
| 79:13-15 | | | | |
| 79:19-20 | | | | |
| 80:5-22 | | | | |
| 81:1-1 | | | | |
| 81:3-17 | | | | |
| 82:14-16 | | | | |
| 82:21-22 | | | | |
| 83:1-22 | | | | |

| Harris, James, November 27, 2023 | | | | |
|---|---|---|---|---|
| **DEFENDANTS' INITIAL DEPOSITION DESIGNATIONS** | **PLAINTIFF'S OBJECTIONS** | **PLAINTIFF'S COUNTER DESIGNATIONS** | **DEFENDANTS' OBJECTIONS** | **DEFENDANTS' COUNTER-COUNTER DESIGNATIONS** |
| 84:1-2 | | | | |
| 84:10-14 | | | | |
| 85:10-15 | | | | |
| 85:16-18 | | | | |
| 85:21-22 | | | | |
| 86:1-3 | | | | |
| 86:4-7 | | | | |
| 86:8-18 | | | | |
| 86:20-22 | | | | |
| 87:1-4 | | | | |
| 87:5-13 | | | | |
| 87:14-21 | | | | |
| 88:1-8 | | | | |
| 88:10-17 | | | | |
| 88:21-22 | | | | |
| 89:1-5 | | | | |
| 89:6-9 | | | | |
| 89:11-12 | | | | |
| 89:14-20 | | | | |
| 89:22-22 | | | | |
| 90:1-2 | | | | |
| 90:3-5 | | | | |
| 90:9-12 | | | | |
| 90:13-13 | | | | |
| 90:15-15 | | | | |
| 90:19-22 | | | | |
| 91:1-4 | | | | |
| 91:8-11 | | | | |
| 91:17-22 | | | | |
| 92:1-3 | | | | |
| 92:6-14 | | | | |
| 93:20-22 | | | | |
| 94:1-11 | | | | |
| 94:12-14 | | | | |
| 94:17-22 | | | | |
| 95:1-1 | | | | |
| 95:15-21 | | | | |
| 95:22-22 | | | | |
| 96:1-22 | | | | |
| 97:1-5 | | | | |
| 97:14-22 | | | | |
| 98:1-10 | | | | |
| 98:11-22 | | | | |
| 99:1-22 | | | | |
| 100:1-6 | | | | |
| 100:9-18 | | | | |

| Harris, James, November 27, 2023 | | | | |
|---|---|---|---|---|
| **DEFENDANTS' INITIAL DEPOSITION DESIGNATIONS** | **PLAINTIFF'S OBJECTIONS** | **PLAINTIFF'S COUNTER DESIGNATIONS** | **DEFENDANTS' OBJECTIONS** | **DEFENDANTS' COUNTER-COUNTER DESIGNATIONS** |
| 100:22-22 | | | | |
| 101:1-5 | | | | |
| 101:6-22 | | | | |
| 102:1-10 | | | | |
| 103:22-22 | | | | |
| 104:1-1 | | | | |
| 104:4-10 | | | | |
| 104:13-21 | | | | |
| 104:22-22 | | | | |
| 105:1-1 | | | | |
| 105:9-15 | | | | |
| 105:16-17 | | | | |
| 105:19-22 | | | | |
| 106:3-9 | | | | |
| 106:12-17 | | | | |
| 106:19-22 | | | | |
| 107:1-13 | | | | |
| 107:18-22 | | | | |
| 108:1-2 | | | | |
| 108:4-19 | | | | |
| 108:21-22 | | | | |
| 110:15-22 | | | | |
| 111:1-4 | | | | |
| 111:5-12 | | | | |
| 112:1-9 | | | | |
| 112:17-19 | | | | |
| 112:22-113:4 | | | | |
| 113:5-11 | | | | |
| 113:13-18 | | | | |
| 113:20-22 | | | | |
| 114:1-8 | | | | |
| 114:11-22 | | | | |
| 115:1-7 | | | | |
| 115:9-14 | | | | |
| 115:16-20 | | | | |
| 116:1-11 | | | | |
| 116:12-14 | | | | |
| 116:16-16 | | | | |
| 117:9-11 | | | | |
| 117:13-15 | | | | |
| 118:7-11 | | | | |
| 118:14-18 | | | | |
| 118:20-22 | | | | |
| 119:1-8 | | | | |
| 119:10-16 | | | | |
| 119:19-22 | | | | |

| Harris, James, November 27, 2023 | | | | |
|---|---|---|---|---|
| **DEFENDANTS' INITIAL DEPOSITION DESIGNATIONS** | **PLAINTIFF'S OBJECTIONS** | **PLAINTIFF'S COUNTER DESIGNATIONS** | **DEFENDANTS' OBJECTIONS** | **DEFENDANTS' COUNTER-COUNTER DESIGNATIONS** |
| 120:1-10 | | | | |
| 120:13-14 | | | | |
| 121:9-11 | | | | |
| 121:14-22 | | | | |
| 122:1-2 | | | | |
| 122:3-6 | | | | |
| 122:9-13 | | | | |
| 122:16-22 | | | | |
| 123:1-11 | | | | |
| 123:14-22 | | | | |
| 124:2-8 | | | | |
| 125:5-7 | | | | |
| 125:10-11 | | | | |
| 125:12-15 | | | | |
| 125:16-17 | | | | |
| 125:19-22 | | | | |
| 126:1-4 | | | | |
| 126:6-6 | | | | |
| 126:7-8 | | | | |
| 126:11-19 | | | | |
| 131:21-22 | | | | |
| 132:1-2 | | | | |
| 132:13-14 | | | | |
| 132:17-20 | | | | |
| 133:1-2 | | | | |
| 134:13-22 | | | | |
| 135:1-3 | | | | |
| 136:7-10 | | | | |
| 141:8-15 | | | | |
| 141:16-17 | | | | |
| 141:20-20 | | | | |
| 145:2-8 | | | | |
| 145:9-15 | | | | |
| 145:21-22 | | | | |
| 146:1-4 | | | | |
| 146:16-17 | | | | |
| 146:19-22 | | | | |
| 147:2-3 | | | | |
| 147:7-9 | | | | |
| 147:10-12 | | | | |
| 147:18-21 | | | | |
| 148:1-1 | | | | |
| 148:2-3 | | | | |
| 148:6-7 | | | | |
| 149:11-12 | | | | |
| 149:14-14 | | | | |

| Harris, James, November 27, 2023 | | | | |
|---|---|---|---|---|
| **DEFENDANTS' INITIAL DEPOSITION DESIGNATIONS** | **PLAINTIFF'S OBJECTIONS** | **PLAINTIFF'S COUNTER DESIGNATIONS** | **DEFENDANTS' OBJECTIONS** | **DEFENDANTS' COUNTER-COUNTER DESIGNATIONS** |
| 150:7-8 | | | | |
| 150:10-11 | | | | |
| 150:18-22 | | | | |
| 153:14-16 | | | | |
| 153:20-21 | | | | |
| 155:8-10 | | | | |
| 155:13-17 | | | | |
| 155:21-22 | | | | |
| 156:1-8 | | | | |
| 156:9-11 | | | | |
| 156:14-17 | | | | |
| 156:19-22 | | | | |
| 157:1-2 | | | | |
| 157:5-6 | | | | |
| 157:10-21 | | | | |
| 158:3-3 | | | | |
| 159:20-22 | | | | |
| 160:1-11 | | | | |
| 160:14-18 | | | | |
| 160:19-22 | | | | |
| 161:1-1 | | | | |
| 161:4-22 | | | | |
| 162:1-4 | | | | |
| 162:7-13 | | | | |
| 164:16-17 | | | | |
| 166:18-22 | | | | |
| 167:1-14 | | | | |
| 167:19-22 | | | | |
| 168:1-1 | | | | |
| 168:3-21 | | | | |
| 169:1-9 | | | | |
| 169:11-20 | | | | |
| 170:1-11 | | | | |
| 170:13-22 | | | | |
| 171:1-7 | | | | |
| 171:9-22 | | | | |
| 172:1-5 | | | | |
| 172:7-21 | | | | |
| 173:1-15 | | | | |
| 173:17-19 | | | | |
| 173:22-22 | | | | |
| 174:1-9 | | | | |
| 174:11-19 | | | | |
| 174:21-22 | | | | |
| 175:1-1 | | | | |
| 175:5-9 | | | | |

| Harris, James, November 27, 2023 | | | | |
|---|---|---|---|---|
| **DEFENDANTS' INITIAL DEPOSITION DESIGNATIONS** | **PLAINTIFF'S OBJECTIONS** | **PLAINTIFF'S COUNTER DESIGNATIONS** | **DEFENDANTS' OBJECTIONS** | **DEFENDANTS' COUNTER-COUNTER DESIGNATIONS** |
| 175:12-22 | | | | |
| 176:1-2 | | | | |
| 176:6-8 | | | | |
| 179:20-180:1 | | | | |
| 180:6-6 | | | | |
| 180:17-19 | | | | |
| 181:1-1 | | | | |
| 181:2-3 | | | | |
| 181:6-6 | | | | |
| 181:10-10 | | | | |
| 181:13-22 | | | | |
| 182:1-5 | | | | |
| 182:7-18 | | | | |
| 182:20-22 | | | | |
| 183:1-4 | | | | |
| 183:6-22 | | | | |
| 184:1-4 | | | | |
| 184:6-9 | | | | |
| 185:7-9 | | | | |
| 185:17-22 | | | | |
| 189:2-13 | | | | |

Dated: May 24, 2024   Respectfully submitted,

By: */s/ Thad C. Kodish*
Ruffin B. Cordell
TX Bar No. 04820550
Michael J. McKeon
DC Bar No. 459780
mckeon@fr.com
Jared Hartzman (*pro hac vice*)
DC Bar No. 1034255
hartzman@fr.com
**FISH & RICHARDSON P.C.**
1000 Maine Avenue, SW, Ste 1000
Washington, D.C. 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Thad C. Kodish
GA Bar No. 427603
tkodish@fr.com
Benjamin K. Thompson
GA Bar No. 633211
bthompson@fr.com
Nicholas A. Gallo (*pro hac vice*)
GA Bar No. 546590
gallo@fr.com
Steffen Lake (*pro hac vice*)
GA Bar No. 512272
lake@fr.com
Sara Fish
sfish@fr.com
GA Bar No. 873853
Noah C. Graubart
GA Bar No. 141862
graubart@fr.com
Katherine H. Reardon
NY Bar No. 5196910
reardon@fr.com
**FISH & RICHARDSON P.C.**
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

Leonard E. Davis
TX Bar No. 05521600

ldavid@fr.com
Andria Rae Crisler
TX Bar No. 24093792
crisler@fr.com
Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214)747-5070
Facsimile: (214) 747-2091

John-Paul R. Fryckman (*pro hac vice*)
CA Bar No. 317591
John W. Thornburgh
CA Bar No. 154627
thornburgh@fr.com
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Melissa R. Smith
State Bar No. 24001351
Melissa@gillamsmithlaw.com
Harry L. Gillam, Jr.
State Bar No. 07921800
gil@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Andrew Thompson ("Tom") Gorham
State Bar No. 24012715
tom@gillamsmithlaw.com
James Travis Underwood
State Bar No. 24102587
travis@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
102 N. College, Ste. 800
Tyler, Texas 75702
Telephone: (903) 934-8450

        Facsimile: (903) 934-9257

        Grant Schmidt
        Texas Bar No. 24084579
        gschmidt@hilgersgraben.com
        Jon Hyland
        jhyland@hilgersgraben.com
        Texas Bar No. 24046131
        Theodore Kwong
        tkwong@hilgersgraben.com
        Texas Bar No. 4087871
        **HILGERS GRABEN PLLC**
        7859 Walnut Hill Lane, Suite 335
        Dallas, Texas 75230
        Telephone: 469-751-2819

        **ATTORNEYS FOR DEFENDANTS**
        **SAMSUNG ELECTRONICS CO., LTD. AND**
        **SAMSUNG ELECTRONICS AMERICA, INC.**

**CERTIFICATE OF SERVICE**

I certify that on May 24, 2024, a true and correct copy of the foregoing was served on counsel of record for Plaintiff via electronic mail.

*/s/ Thad C. Kodish*
Thad C. Kodish