**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:22-CV-00422-JRG-RSP |

**DEFENDANTS' SUR-REPLY TO PLAINTIFF HEADWATER RESEARCH LLC'S
REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT OF
<u>NO INVALIDITY BASED ON WRITTEN DESCRIPTION (DKT. NO. 230)</u>**

Headwater's ("HW") Reply illustrates why summary judgment is inappropriate. For example, HW claims that Samsung's expert "identified two possible interpretations of the at issue claim language," and that the "question is whether the specification supports both interpretations." Dkt. 303. Not so. As Samsung repeatedly explained in its brief and Dr. Schonfeld plainly stated in his report, the actual issue is whether the Asserted Patents contain support for equating the separate concepts of (1) assessing whether an application is interacting with a user, and (2) determining whether an application is in the foreground. *See* Dkt. 282. HW equates these concepts for purposes of infringement, and the specification contains no such support. *Id.* at 4-5.

Rather than address the issue, HW argues only that the conflation of these separate concepts—for which the specification indisputably contains no support—is just an "incorrect, self-serving characterization of Headwater's theories, which Samsung tellingly does not support with proof from any Headwater expert report." Dkt. 303. But HW does not explain how Samsung's characterization is incorrect. *Id.* And one need look no further than paragraph 280 of Dr. Wesel's infringement report where he expressly *disagrees* with Samsung's argument that "***classifying an application as being in the foreground is not the same thing as classifying an application as interacting in the foreground with a user***." Dkt. 165-10 at ¶ 280 ("I disagree."). Dr. Wesel clearly equates "being in the foreground" with "interacting in the foreground with a user." *Id.*

Finally, HW falsely suggests that Samsung's brief relies only on Dr. Schonfeld's Rebuttal Report by pointing to a single, cherry-picked citation in the brief's introduction. Dkt. 303. In reality, Samsung's brief is replete with citations to Dr. Schonfeld's Opening Report, where he addressed Headwater's conflation of these concepts in its infringement contentions. That HW's expert also equated these concepts only confirms Samsung's characterization of HW's theories.

For the above reasons, Samsung respectfully requests that Headwater's motion be denied.

Dated: June 14, 2024　　　　　　　　　　　Respectfully submitted,

By:  */s/ Jared Hartzman*
　　　Ruffin B. Cordell
　　　TX Bar No. 04820550
　　　Michael J. McKeon
　　　DC Bar No. 459780
　　　mckeon@fr.com
　　　Jared Hartzman
　　　DC Bar No. 1034255
　　　hartzman@fr.com
　　　**FISH & RICHARDSON P.C.**
　　　1000 Maine Avenue, SW, Ste 1000
　　　Washington, D.C. 20024
　　　Telephone: (202) 783-5070
　　　Facsimile: (202) 783-2331

　　　Thad C. Kodish
　　　GA Bar No. 427603
　　　tkodish@fr.com
　　　Benjamin K. Thompson
　　　GA Bar No. 633211
　　　bthompson@fr.com
　　　Nicholas A. Gallo (*pro hac vice*)
　　　GA Bar No. 546590
　　　gallo@fr.com
　　　Steffen C. Lake (*pro hac vice*)
　　　GA Bar No. 512272
　　　lake@fr.com
　　　Sara C. Fish
　　　sfish@fr.com
　　　GA Bar No. 873853
　　　Noah C. Graubart
　　　GA Bar No. 141862
　　　graubart@fr.com
　　　Katherine H. Reardon
　　　NY Bar No. 5196910
　　　reardon@fr.com
　　　**FISH & RICHARDSON P.C.**
　　　1180 Peachtree St. NE, Fl. 21
　　　Atlanta, GA 30309
　　　Telephone: (404) 892-5005
　　　Facsimile: (404) 892-5002

　　　Leonard E. Davis
　　　TX Bar No. 05521600

2

ldavid@fr.com
Andria Rae Crisler
TX Bar No. 24093792
crisler@fr.com
Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214)747-5070
Facsimile: (214) 747-2091

John-Paul R. Fryckman (*pro hac vice*)
CA Bar No. 317591
John W. Thornburgh
CA Bar No. 154627
thornburgh@fr.com
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Melissa R. Smith
State Bar No. 24001351
Melissa@gillamsmithlaw.com
Harry L. Gillam, Jr.
State Bar No. 07921800
gil@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Andrew Thompson ("Tom") Gorham
State Bar No. 24012715
tom@gillamsmithlaw.com
James Travis Underwood
State Bar No. 24102587
travis@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
102 N. College, Ste. 800
Tyler, Texas 75702
Telephone: (903) 934-8450

Facsimile: (903) 934-9257

Grant Schmidt
Texas Bar No. 24084579
gschmidt@hilgersgraben.com
Jon Hyland
jhyland@hilgersgraben.com
Texas Bar No. 24046131
Theodore Kwong
tkwong@hilgersgraben.com
Texas Bar No. 4087871
**HILGERS GRABEN PLLC**
7859 Walnut Hill Lane, Suite 335
Dallas, Texas 75230
Telephone: 469-751-2819

*Attorneys for Defendants*
*Samsung Electronics Co., LTD and*
*Samsung Electronics America, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on June 14, 2024.  As of this date, all counsel of record had consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

*/s/ Jared Hartzman*
Jared Hartzman
