## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>        Defendants. | Case No. 2:22-cv-00422-JRG-RSP<br><br>**JURY DEMANDED** |

**DECLARATION OF KRISTOPHER DAVIS IN SUPPORT OF PLAINTIFF
HEADWATER RESEARCH LLC'S SUR-REPLY IN OPPOSITION
TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF STANDING**

1. I, Kristopher Davis declare as follows.

2. I am counsel for Headwater Research LLC ("Headwater") in the above-captioned action. I provide this declaration in support of Headwater's Sur-Reply in Opposition to Defendants' Motion to Dismiss for Lack of Standing. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

3. Attached as Exhibit A is a true and correct copy of the LinkedIn page of Dr. Kirti Gupta, accessed on June 13, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 14, 2024 at Los Angeles, California.

By:  /s/ Kristopher Davis
     Kristopher Davis

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF System per Local Rule CV-5(a)(3).

/s/ *Kristopher Davis*
Kristopher Davis