# Exhibit A

       



**Kirti Gupta** · 2nd

Vice President & Chief Economist, Global Technology at Cornerstone Research | Senior Advisor at CSIS | Research Director at Haas School of Business, UC Berkeley

- Cornerstone Research
- University of California, San Diego

San Diego, California, United States · Contact info

500+ connections

Connect     Message    More    Request services

## Highlights

**Global Standards Leadership Conference 2024**
Kirti is speaking at this event

## About

Kirti Gupta is an engineer-and-economist specializing in global matters related to technology, antitrust, and intellectual property (IP). Dr. Gupta's diverse expertise spans engineering, product, litigation, and policy issues in the technology sector. She has more than twenty years of experience working at the forefront of…

## Services

Financial Advisory • Intellectual Property Law • Corporate Law • Content Strategy • Technical Writing • Grant Writing

Show all →

## Featured

Link



**GeoTech Wars | CSIS Podcasts**
csis.org
Join CSIS's Kirti Gupta and Andrew Schwartz with leading experts as they explore the economic and technological issues our geopolitical axis is spinning on!

Link



**Dr. Kirti Gupta Joins Cornerstone Research as Vic…**
Cornerstone Research

Link



Qual…
divid…
YouTu…

## Activity
1,872 followers

Posts    Comments    Images

**Kirti Gupta** reposted this • 1mo

Looking forward to the conversation with my colleagues from my engineering days who are in-the-trenches, building the wireless future, along with **Lorenzo Casaccia**, **Irfan Ali**, **Raj Yavatkar**! Join us…

25                                                                                                  2 reposts

**Kirti Gupta** reposted this • 1mo

Really enjoyed my conversation with **Kirti Gupta** on the **Center for Strategic and International Studies (CSIS)** GeoTech Wars Podcast, speaking about…

Geopolitics, Mergers, and Acquisitions with David Emanuelson, P…
megaphone.link

22                                                                                                  1 comment

**Kirti Gupta** posted this • 2mo

This week, **Remco Zwetsloot**, from the International Security Program helps us unpack the realities of skilled workforce and US immigration, both critical…

The Global Talent Competition with Remco Zwetsloot, CSIS Adju…
csis.org

8

Show all posts →

## Experience

**Vice President & Chief Economist, Global Technology**
Cornerstone Research · Full-time
Jul 2023 - Present · 1 yr
San Francisco, California, United States · Hybrid

**Director of Research**
University of California, Berkeley, Haas School of Business · Part-time
Feb 2023 - Present · 1 yr 5 mos
United States · Hybrid

**Senior Advisor**
Center for Strategic and International Studies (CSIS) · Full-time
May 2021 - Present · 3 yrs 2 mos
Washington, District of Columbia, United States

**Member**
Forbes Finance Council · Full-time
Sep 2022 - Present · 1 yr 10 mos
San Diego, California, United States

**Qualcomm**
Full-time · 21 yrs 5 mos

Vice President & Chief Economist
Mar 2012 - Jul 2023 · 11 yrs 5 mos

Systems Engineering Expert | Standards, R&D, IP
Mar 2002 - Mar 2012 · 10 yrs 1 mo

Show all 9 experiences →

## Education

**UC San Diego**
Doctor of Philosophy (Ph.D.), Economics
2007 - 2012

**Purdue University**
Master of Science (M.S.), Electrical and Computer Engg.
1999 - 2001

Show all 3 educations →



## Skills

**VoIP**

Q  Endorsed by 6 colleagues at Qualcomm

17 endorsements

**TCP/IP**

Q  Endorsed by 5 colleagues at Qualcomm

9 endorsements

Show all 9 skills →

## Recommendations

**Received**    Given

**Nothing to see for now**
Recommendations that Kirti receives will appear here.

## Languages

English

Hindi

Show all 3 languages →

## Interests

**Top Voices**    Companies    Groups    Newsletters    Schools

**Satya Nadella** · 3rd
Chairman and CEO at Microsoft
10,913,185 followers

+ Follow

**James Eagle** · 3rd
Founder of Eeagli | Data visualisation, Investment Writer, Content Expert, Equities, Fixed Income, Economics
152,600 followers

+ Follow

Show all Top Voices →

## Causes

Disaster and Humanitarian Relief • Economic Empowerment • Poverty Alleviation

Promoted ···

**LinkedIn Talent Solutions**
Less hiring hassle. More business hustle.

Eric also follows LinkedIn Talent Solutions

Post a free job

**Other similar profiles**

Walter Copan · 2nd



Vice President for Research and Technology Transfer at Colorado School of Mines.…

+ Connect

**Akshat Singh** · 3rd
Research Associate @ CSIS | Policy Research, Communication

+ Follow

**Carlyn Irwin** · 2nd
Senior Advisor at Cornerstone Research

+ Connect

**Ivan Gjurovski, ACCA, CFE** · 3rd
Founder & CEO @ OTB.services | Forbes Finance Council Member

+ Follow

**SUJAI SHIVAKUMAR, Ph.D.** · 3rd
Senior Fellow, CSIS and Director, Renewing American Innovation

View profile

Show all

**Grow your network**
Premium peer suggestions

**Ray H.** · 2nd
IP Attorney | Ex-Intel Chip Designer | Cross Border IP | Patent Portfolio Development | PTAB Trial

+ Connect

**Diane Dygert** · 2nd
Chair, Employee Benefits and Executive Compensation Department at Seyfarth Shaw LLP

+ Connect

**People you may know**
From Kirti's industry

**Ana Petrovic**
Director, Regulatory Consulting, Financial Services Compliance and Regulation

+ Connect

**Jon Schiller**
Assistant General Counsel at Aon

+ Connect

**Linda Lu**
Senior Vice President Deputy General Counsel l Board Director

+ Connect

**Shoaa Ansari**
Growth Strategy, M&A, Business Development

+ Connect

**Philip Rowley**
Executive Director and Chief Revenue Officer at Berkeley Research Group LLC

+ Connect

Show all