# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONIC CO., LTD and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:22-CV-00422-JRG-RSP |

## NOTICE OF REQUEST
## FOR DAILY TRIAL TRANSCRIPTS AND REAL TIME REPORTING

Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. hereby request daily transcripts and real-time reporting of the court proceedings during the trial of this action.  Further, a copy of this request was also sent via electronic mail to the Court Reporter, Mr. Shawn McRoberts, at shawn_mcroberts@txed.uscourts.gov.

Dated: June 18, 2024            Respectfully submitted,

           By: */s/ Melissa R. Smith*
Ruffin B. Cordell
TX Bar No. 04820550
Michael J. McKeon
DC Bar No. 459780
mckeon@fr.com
Jared Hartzman
DC Bar No. 1034255
hartzman@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, SW, Ste 1000
Washington, D.C. 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Thad C. Kodish
GA Bar No. 427603
tkodish@fr.com
Benjamin K. Thompson
GA Bar No. 633211
bthompson@fr.com
Nicholas A. Gallo (pro hac vice)
GA Bar No. 546590
gallo@fr.com
Steffen C. Lake (pro hac vice)
GA Bar No. 512272
lake@fr.com
Sara C. Fish
sfish@fr.com
GA Bar No. 873853
Noah C. Graubart
GA Bar No. 141862
graubart@fr.com
Katherine H. Reardon
NY Bar No. 5196910
reardon@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

Leonard E. Davis
TX Bar No. 05521600
ldavid@fr.com
Andria Rae Crisler
TX Bar No. 24093792
crisler@fr.com
Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214)747-5070
Facsimile: (214) 747-2091

John-Paul R. Fryckman (pro hac vice)
CA Bar No. 317591
John W. Thornburgh
CA Bar No. 154627
thornburgh@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Melissa R. Smith
State Bar No. 24001351
Melissa@gillamsmithlaw.com
Harry L. Gillam, Jr.
State Bar No. 07921800
gil@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Andrew Thompson ("Tom") Gorham
State Bar No. 24012715
tom@gillamsmithlaw.com
James Travis Underwood
State Bar No. 24102587
travis@gillamsmithlaw.com
GILLAM & SMITH, LLP

      102 N. College, Ste. 800
      Tyler, Texas 75702
      Telephone: (903) 934-845
      Facsimile: (903) 934-9257

      Grant Schmidt
      Texas Bar No. 24084579
      gschmidt@hilgersgraben.com
      Jon Hyland
      jhyland@hilgersgraben.com
      Texas Bar No. 24046131
      Theodore Kwong
      tkwong@hilgersgraben.com
      Texas Bar No. 4087871
      HILGERS GRABEN PLLC
      7859 Walnut Hill Lane, Suite 335
      Dallas, Texas 75230
      Telephone: 469-751-2819

      *Attorney for Defendants*
      *Samsung Electronics Co., Ltd.*
     *and Samsung Electronics America, Inc*

- 5 -

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that, on June 18, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                    */s/ Melissa R. Smith*
                                    Melissa R. Smith