# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.,<br><br>        Defendants. | Case No. 2:22-cv-00422-JRG-RSP<br><br>**JURY DEMANDED** |

**DECLARATION OF MARC FENSTER IN SUPPORT OF PLAINTIFF HEADWATER RESEARCH LLC'S OPPOSITION TO DEFENDANTS' SUPPLEMENTAL MOTION TO STRIKE CERTAIN OPINIONS OFFERED BY DR. RICHARD WESEL**

1. I, Marc Fenster, declare as follows.

2. I am counsel for Headwater Research LLC ("Headwater") in the above-captioned action. I provide this declaration in support of Headwater's Opposition to Defendants' Supplemental Motion to Strike Certain Opinions Offered by Dr. Richard Wesel. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

3. Attached as Exhibit A is a true and correct copy of an email from Headwater counsel to Samsung counsel regarding protective order subscriptions, dated February 22, 2024.

4. Attached as Exhibit B is a true and correct copy of a document production bearing Bates number HW_00098513.

5. Attached as Exhibit C is a true and correct copy of a document production bearing Bates number HW_00098663.

6. Attached as Exhibit D is a true and correct copy of a document production bearing Bates number HW_00099308.

7. Attached as Exhibit E is a true and correct copy of a document production bearing Bates number HW_00099365.

8. Attached as Exhibit F is a true and correct copy of a motion to strike expert declaration in *Rosco, Inc. v. Mirror Lite Company*, No. 1:96-cv-05658, D.I. 293, dated March 9, 2007.

9. Attached as Exhibit G is a true and correct copy of a document production bearing Bates number HW_00103544.

10. Attached as Exhibit H is a true and correct copy of a document production bearing Bates number SAM-HW00289329.

11.     Attached as Exhibit I is a true and correct copy of a document production bearing Bates number SAM-HW00416383.

12.     Attached as Exhibit J is a true and correct copy of a document production bearing Bates number SAM-HW00689792.

13.     Attached as Exhibit K is a true and correct copy of a document production bearing Bates number UXCONNECT0000022.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 21, 2024 at Los Angeles, California.

By:     /s/ Marc Fenster
        Marc Fenster

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF System per Local Rule CV-5(a)(3).

*/s/ Marc Fenster*
Marc Fenster