# Exhibit B

��Battery History (1% used, 4740 used of 256KB, 31 strings using 3230):

0 (9) RESET:TIME: 2024-03-22-14-21-34

0 (1) 096 status=charging health=good plug=usb temp=314 volt=4371 +running +wake_lock +mobile_radio +screen +plugged data_conn=lte phone_signal_strength=poor brightness=dim +wifi_running +wifi +charging wifi_suppl=scanning

0 (2) 096 top=u0a57:"com.sec.android.app.popupcalculator"

0 (2) 096 user=0:"0"

0 (2) 096 userfg=0:"0"

0 (3) 096 phone_signal_strength=moderate tmpwhitelist=u0a200:"from:u0a19"

+1s757ms (2) 096 volt=4347

+5s432ms (3) 096 status=discharging plug=none temp=312 -plugged -charging

+5s891ms (3) 096 volt=4162 -tmpwhitelist=u0a200:"from:u0a19"

+20s542ms (1) 096 -mobile_radio

+23s038ms (1) 096 +mobile_radio

+36s540ms (3) 096 volt=4295 phone_signal_strength=good

+38s979ms (1) 096 -mobile_radio

+44s999ms (2) 096 phone_signal_strength=moderate

+54s247ms (1) 096 +mobile_radio

+1m12s339ms (1) 096 -mobile_radio

+1m24s823ms (1) 096 +mobile_radio

+1m35s500ms (1) 096 -mobile_radio

+1m55s606ms (1) 096 +mobile_radio

+2m06s000ms (1) 096 -mobile_radio

+2m26s112ms (1) 096 +mobile_radio

+2m37s577ms (1) 096 -mobile_radio

+2m57s711ms (1) 096 +mobile_radio

+3m08s218ms (1) 096 -mobile_radio

+3m28s316ms (1) 096 +mobile_radio

+3m38s699ms (1) 096 -mobile_radio

+3m42s686ms (1) 096 +mobile_radio

+3m52s898ms (1) 096 -mobile_radio

+3m56s563ms (2) 096 +mobile_radio
+tmpwhitelist=u0a19:"broadcast:u0a19:com.google.android.gms.gcm.HEARTBEAT_ALARM"

+4m06s606ms (2) 096
-tmpwhitelist=u0a19:"broadcast:u0a19:com.google.android.gms.gcm.HEARTBEAT_ALARM"

+4m07s811ms (2) 096 volt=4258

+4m17s460ms (1) 096 -mobile_radio

+4m29s184ms (1) 096 +mobile_radio

HW_00098514

+4m39s817ms (1) 096 -mobile_radio

+4m59s908ms (1) 096 +mobile_radio

+5m08s672ms (2) 096 phone_signal_strength=poor

+5m14s284ms (2) 096 phone_signal_strength=moderate

+5m23s078ms (1) 096 -mobile_radio

+5m30s460ms (1) 096 +mobile_radio

+5m40s838ms (1) 096 -mobile_radio

+6m00s932ms (1) 096 +mobile_radio

+6m08s359ms (2) 096 temp=302

+6m12s340ms (1) 096 -mobile_radio

+6m32s429ms (1) 096 +mobile_radio

+6m38s454ms (2) 095

        Details: cpu=4360u+7660s

                /proc/stat=5360 usr, 9060 sys, 2130 io, 0 irq, 740 sirq, 13180 idle (56.7% of 5m 4s
700ms)

+6m42s862ms (1) 095 -mobile_radio

+7m02s035ms (1) 095 +mobile_radio

+7m13s282ms (1) 095 -mobile_radio

HW_00098515

+7m33s383ms (1) 095 +mobile_radio

+7m43s878ms (1) 095 -mobile_radio

+7m56s850ms (2) 095 +mobile_radio
+tmpwhitelist=u0a19:"broadcast:u0a19:com.google.android.gms.gcm.HEARTBEAT_ALARM"

+8m06s886ms (2) 095
-tmpwhitelist=u0a19:"broadcast:u0a19:com.google.android.gms.gcm.HEARTBEAT_ALARM"

+8m17s700ms (1) 095 -mobile_radio

+8m34s409ms (1) 095 +mobile_radio

+8m44s741ms (1) 095 -mobile_radio

+8m46s305ms (2) 095
+job=u0a200:"com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService"

+8m46s335ms (2) 095
-job=u0a200:"com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService"

+8m46s423ms (2) 095
+job=u0a200:"com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService"

+8m46s425ms (2) 095
-job=u0a200:"com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService"

+8m46s584ms (2) 095
+job=u0a200:"com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService"

+8m46s591ms (2) 095
-job=u0a200:"com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService"

+9m04s881ms (1) 095 +mobile_radio

+9m16s579ms (1) 095 -mobile_radio

+9m22s267ms (1) 095 +mobile_radio

+9m46s740ms (1) 095 -mobile_radio

+9m53s483ms (1) 095 +mobile_radio

+10m09s356ms (2) 095 temp=292

+10m17s076ms (1) 095 -mobile_radio

+10m17s125ms (1) 095 +mobile_radio

+10m39s447ms (2) 095 phone_signal_strength=good

+10m41s701ms (2) 095 phone_signal_strength=moderate

+10m47s761ms (1) 095 -mobile_radio

+11m07s910ms (1) 095 +mobile_radio

+11m18s499ms (1) 095 -mobile_radio

+11m23s893ms (1) 095 +mobile_radio

+11m33s938ms (1) 095 -mobile_radio

+11m38s607ms (1) 095 +mobile_radio

+11m49s119ms (1) 095 -mobile_radio

+11m57s125ms (2) 095 +mobile_radio
+tmpwhitelist=u0a19:"broadcast:u0a19:com.google.android.gms.gcm.HEARTBEAT_ALARM"

+12m07s169ms (2) 095 -mobile_radio
-tmpwhitelist=u0a19:"broadcast:u0a19:com.google.android.gms.gcm.HEARTBEAT_ALARM"

HW_00098517

+12m09s220ms (1) 095 +mobile_radio

+12m10s561ms (2) 094

      Details: cpu=60940u+113000s

      /proc/stat=60060 usr, 90660 sys, 1330 io, 50 irq, 11260 sirq, 599810 idle (21.4% of 2h 7m 11s 700ms)

+12m19s782ms (1) 094 -mobile_radio

+12m32s842ms (2) 094 phone_signal_strength=good

+12m35s395ms (2) 094 phone_signal_strength=moderate

+12m39s955ms (1) 094 +mobile_radio

+12m40s598ms (2) 094 volt=4225

+12m50s500ms (1) 094 -mobile_radio

+12m53s325ms (2) 094 phone_signal_strength=good

+12m54s601ms (2) 094 phone_signal_strength=moderate

+12m55s876ms (2) 094 phone_signal_strength=good

+12m58s454ms (2) 094 phone_signal_strength=moderate

+13m02s144ms (1) 094 +mobile_radio

+13m03s242ms (2) 094 phone_signal_strength=good

+13m11s178ms (2) 094 volt=4200

HW_00098518

+13m20s941ms (1) 094 -mobile_radio

+13m32s996ms (2) 094 phone_signal_strength=moderate

+13m41s012ms (2) 094 +mobile_radio
+job=u0a200:"com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService"

+13m41s092ms (2) 094
-job=u0a200:"com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService"

+13m41s283ms (3) 094 volt=4176
+job=u0a198:"com.facebook.katana/com.facebook.analytics2.logger.LollipopUploadService"

+13m42s564ms (2) 094
-job=u0a198:"com.facebook.katana/com.facebook.analytics2.logger.LollipopUploadService"

+13m42s637ms (2) 094
+job=u0a203:"com.facebook.orca/com.facebook.analytics2.logger.LollipopUploadService"

+13m42s970ms (2) 094
-job=u0a203:"com.facebook.orca/com.facebook.analytics2.logger.LollipopUploadService"

+13m53s020ms (1) 094 -mobile_radio

+14m09s012ms (1) 094 +mobile_radio

+14m11s343ms (2) 094 volt=4243

+14m15s639ms (2) 094 phone_signal_strength=good

+14m22s101ms (1) 094 -mobile_radio

+14m33s158ms (2) 094 phone_signal_strength=moderate

+14m37s701ms (1) 094 +mobile_radio

+14m52s459ms (1) 094 -mobile_radio

+15m12s619ms (1) 094 +mobile_radio

+15m14s876ms (2) 094 phone_signal_strength=good

+15m29s418ms (1) 094 -mobile_radio

+15m34s591ms (2) 094 phone_signal_strength=moderate

+15m42s130ms (2) 094 temp=282

+15m43s303ms (1) 094 +mobile_radio

+15m44s522ms (2) 094 phone_signal_strength=good

+15m53s698ms (1) 094 -mobile_radio

+15m57s401ms (2) 094 +mobile_radio
+tmpwhitelist=u0a19:"broadcast:u0a19:com.google.android.gms.gcm.HEARTBEAT_ALARM"

+16m07s432ms (2) 094
-tmpwhitelist=u0a19:"broadcast:u0a19:com.google.android.gms.gcm.HEARTBEAT_ALARM"

+16m12s440ms (1) 094 -mobile_radio

+16m13s798ms (1) 094 +mobile_radio

+16m24s219ms (1) 094 -mobile_radio

+16m38s277ms (1) 094 +camera

+16m39s450ms (2) 094 brightness=dark -camera

+16m44s389ms (1) 094 +mobile_radio

HW_00098520

+16m46s899ms (2) 094 -wake_lock -screen

+16m46s936ms (2) 094 +wake_lock=1000:"ActivityManager-Sleep"

+16m47s141ms (1) 094 -wake_lock

+16m47s187ms (2) 094 +wake_lock=1001:"RILJ0"

+16m47s246ms (1) 094 -wake_lock

+16m47s670ms (2) 094 +wake_lock=1000:"motion_service"

+16m47s672ms (1) 094 -wake_lock

+16m47s735ms (2) 094 +wake_lock=1000:"WifiSuspend"

+16m47s765ms (1) 094 -wake_lock

+16m50s137ms (2) 094 +wake_lock=1027:"NfcService:mRoutingWakeLock"

+16m50s240ms (1) 094 -wake_lock

+16m50s297ms (2) 094 +wake_lock=1001:"RILJ0"

+16m50s304ms (1) 094 -wake_lock

+16m50s340ms (2) 094 +wake_lock=1002:"bluedroid_timer"

+16m50s343ms (1) 094 -wake_lock

+16m50s404ms (2) 094 +wake_lock=1002:"bluedroid_timer"

+16m50s408ms (1) 094 -wake_lock

+16m50s414ms (2) 094 +wake_lock=1002:"bluedroid_timer"

+16m50s430ms (1) 094 -wake_lock

+16m50s434ms (2) 094 +wake_lock=1002:"bluedroid_timer"

+16m50s492ms (1) 094 -wake_lock

+16m50s510ms (2) 094 +wake_lock=1002:"bluedroid_timer"

+16m50s512ms (1) 094 -wake_lock

+16m50s515ms (2) 094 +wake_lock=1002:"bluedroid_timer"

+16m50s518ms (1) 094 -wake_lock

+16m50s522ms (2) 094 +wake_lock=1002:"bluedroid_timer"

+16m50s524ms (1) 094 -wake_lock

+16m50s528ms (2) 094 +wake_lock=1002:"bluedroid_timer"

+16m50s531ms (1) 094 -wake_lock

+16m50s534ms (2) 094 +wake_lock=1002:"bluedroid_timer"

+16m50s536ms (1) 094 -wake_lock

+16m50s540ms (2) 094 +wake_lock=1002:"bluedroid_timer"

+16m50s543ms (1) 094 -wake_lock

+16m50s546ms (2) 094 +wake_lock=1002:"bluedroid_timer"

+16m50s549ms (1) 094 -wake_lock

+16m51s587ms (2) 094
+wake_lock=u0a74:"*walarm*:com.android.internal.policy.impl.PhoneWindowManager.DELAYED_KEYG
UARD"


+16m52s191ms (1) 094 -running -wake_lock


+16m55s118ms (2) 094 +running +wake_lock=1000:"pickup"
wake_reason=0:"626:SSP_Int:200:smd_dev:203:fc4281d0.qcom,mpm:240:msmgpio"


+16m56s174ms (1) 094 -wake_lock


+16m57s825ms (1) 094 -running -mobile_radio


+17m00s064ms (4) 094 +running
+wake_lock=1000:"PhoneWindowManager.mPowerKeyWakeLock" +screen
phone_signal_strength=moderate brightness=dim
wake_reason=0:"290:qpnp_kpdpwr_status:200:smd_dev:203:fc4281d0.qcom,mpm:222:fc4cf000.qcom,sp
mi" screenwake=1000:"android.server.power:POWER"


+17m00s881ms (2) 094
+job=1000:"android/com.android.server.os.BackgroundCompactionService"


+17m00s901ms (2) 094 -job=1000:"android/com.android.server.os.BackgroundCompactionService"


+17m02s505ms (1) 094 +camera


+17m04s025ms (1) 094 -camera


+17m19s867ms (1) 094 +mobile_radio


+17m30s457ms (1) 094 -mobile_radio


+17m50s655ms (1) 094 +mobile_radio


+18m00s162ms (2) 093


Details: cpu=101080u+188250s

/proc/stat=101250 usr, 153840 sys, 3860 io, 100 irq, 18580 sirq, 955540 idle (22.5% of 3h 25m 31s 700ms)

+18m01s280ms (1) 093 -mobile_radio

+18m21s435ms (1) 093 +mobile_radio

+18m31s795ms (1) 093 -mobile_radio

+18m51s908ms (1) 093 +mobile_radio

+19m01s656ms (2) 093 volt=4196 -mobile_radio

+19m06s154ms (1) 093 +mobile_radio

+19m16s397ms (1) 093 -mobile_radio

+19m22s542ms (1) 093 +mobile_radio

+19m39s072ms (2) 093 -mobile_radio phone_signal_strength=poor

+19m53s014ms (1) 093 +mobile_radio

+19m57s665ms (2) 093
+tmpwhitelist=u0a19:"broadcast:u0a19:com.google.android.gms.gcm.HEARTBEAT_ALARM"

+20m01s766ms (2) 093 volt=4243

+20m05s961ms (2) 093 phone_signal_strength=moderate

+20m07s712ms (2) 093 -mobile_radio
-tmpwhitelist=u0a19:"broadcast:u0a19:com.google.android.gms.gcm.HEARTBEAT_ALARM"

+20m23s778ms (1) 093 +mobile_radio

+20m35s358ms (1) 093 -mobile_radio

+20m55s431ms (1) 093 +mobile_radio

+21m06s018ms (1) 093 -mobile_radio

+21m26s149ms (1) 093 +mobile_radio

+21m36s677ms (1) 093 -mobile_radio

+21m56s818ms (1) 093 +mobile_radio

+22m18s318ms (1) 093 -mobile_radio

+22m27s393ms (1) 093 +mobile_radio

+22m37s798ms (1) 093 -mobile_radio

+22m57s869ms (1) 093 +mobile_radio

+23m08s238ms (1) 093 -mobile_radio

+23m28s375ms (1) 093 +mobile_radio

+23m38s778ms (1) 093 -mobile_radio

+23m56s361ms (2) 093 phone_signal_strength=poor

+23m57s871ms (2) 093 +mobile_radio
+tmpwhitelist=u0a19:"broadcast:u0a19:com.google.android.gms.gcm.HEARTBEAT_ALARM"

+23m59s380ms (2) 093 phone_signal_strength=moderate

+24m03s998ms (2) 093 volt=4192

+24m07s915ms (2) 093

-tmpwhitelist=u0a19:"broadcast:u0a19:com.google.android.gms.gcm.HEARTBEAT_ALARM"

+24m34s346ms (2) 093 volt=4235

+24m39s583ms (1) 093 -mobile_radio

+24m59s692ms (1) 093 +mobile_radio

+25m33s526ms (2) 093 phone_signal_strength=poor

+25m43s871ms (2) 093 phone_signal_strength=moderate

+25m45s198ms (1) 093 -mobile_radio

+26m01s000ms (1) 093 +mobile_radio

+26m02s381ms (2) 093 phone_signal_strength=poor

+26m02s757ms (2) 093 phone_signal_strength=moderate

+26m11s478ms (1) 093 -mobile_radio

+26m21s003ms (2) 093 phone_signal_strength=poor

+26m31s622ms (1) 093 +mobile_radio

+26m35s141ms (2) 093 volt=4212

+26m41s771ms (2) 093 phone_signal_strength=moderate

+26m45s998ms (1) 093 -mobile_radio

+26m57s101ms (1) 093 +camera

+26m58s509ms (2) 093 brightness=dark -camera

+27m02s187ms (1) 093 +mobile_radio

+27m05s185ms (2) 093 volt=4238

+27m06s730ms (2) 093 -wake_lock -screen

+27m06s767ms (2) 093 +wake_lock=1000:"ActivityManager-Sleep"

+27m06s942ms (1) 093 -wake_lock

+27m06s985ms (2) 093 +wake_lock=1001:"RILJ0"

+27m07s003ms (2) 093 -wake_lock wake_reason=0:"unknown"

+27m07s415ms (2) 093 +wake_lock=1000:"motion_service"

+27m07s432ms (1) 093 -wake_lock

+27m07s453ms (2) 093 +wake_lock=1000:"WifiSuspend"

+27m07s486ms (1) 093 -wake_lock

+27m10s636ms (2) 093 +wake_lock=1027:"NfcService:mRoutingWakeLock"

+27m10s712ms (1) 093 -wake_lock

+27m10s790ms (2) 093 +wake_lock=1001:"RILJ0"

+27m10s845ms (1) 093 -wake_lock

+27m10s912ms (2) 093 +wake_lock=1002:"bluedroid_timer"

+27m10s948ms (1) 093 -wake_lock

+27m10s960ms (2) 093 +wake_lock=1002:"bluedroid_timer"

+27m10s963ms (1) 093 -wake_lock

+27m10s967ms (2) 093 +wake_lock=1002:"bluedroid_timer"

+27m10s973ms (1) 093 -wake_lock

+27m10s977ms (2) 093 +wake_lock=1002:"bluedroid_timer"

+27m10s979ms (1) 093 -wake_lock

+27m10s982ms (2) 093 +wake_lock=1002:"bluedroid_timer"

+27m10s984ms (1) 093 -wake_lock

+27m10s988ms (2) 093 +wake_lock=1002:"bluedroid_timer"

+27m10s991ms (1) 093 -wake_lock

+27m10s994ms (2) 093 +wake_lock=1002:"bluedroid_timer"

+27m10s996ms (1) 093 -wake_lock

+27m11s000ms (2) 093 +wake_lock=1002:"bluedroid_timer"

+27m11s002ms (1) 093 -wake_lock

+27m11s006ms (2) 093 +wake_lock=1002:"bluedroid_timer"

+27m11s010ms (1) 093 -wake_lock

+27m11s429ms (2) 093 +wake_lock=u0a74:"*walarm*:com.android.internal.policy.impl.PhoneWindowManager.DELAYED_KEYGUARD"

HW_00098528

+27m11s960ms (1) 093 -wake_lock -mobile_radio

+27m13s526ms (1) 093 -running

+27m19s263ms (4) 093 +running +wake_lock=1000:"PhoneWindowManager.mPowerKeyWakeLock" +screen wake_reason=0:"290:qpnp_kpdpwr_status:200:smd_dev:203:fc4281d0.qcom,mpm:222:fc4cf000.qcom,spmi" screenwake=1000:"android.server.power:POWER"

+27m20s668ms (2) 093 +job=1000:"android/com.android.server.os.BackgroundCompactionService"

+27m20s672ms (2) 093 -job=1000:"android/com.android.server.os.BackgroundCompactionService"

+27m36s507ms (2) 093 phone_signal_strength=poor

+27m38s453ms (1) 093 +mobile_radio

+27m48s035ms (2) 093 phone_signal_strength=moderate

+27m49s370ms (2) 092

        Details: cpu=122440u+201750s

                  /proc/stat=119650 usr, 162060 sys, 3860 io, 80 irq, 22060 sirq, 924680 idle (25.0% of 3h 25m 23s 900ms)

+27m49s874ms (1) 092 -mobile_radio

+28m02s992ms (3) 092 +mobile_radio phone_signal_strength=poor +tmpwhitelist=u0a19:"broadcast:u0a19:com.google.android.gms.gcm.HEARTBEAT_ALARM"

+28m09s798ms (2) 092 phone_signal_strength=moderate

+28m13s038ms (2) 092 -tmpwhitelist=u0a19:"broadcast:u0a19:com.google.android.gms.gcm.HEARTBEAT_ALARM"

HW_00098529

+28m22s335ms (1) 092 -mobile_radio

+28m35s395ms (2) 092 phone_signal_strength=poor

+28m40s595ms (2) 092 +mobile_radio
+job=u0a200:"com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService"

+28m41s307ms (2) 092
-job=u0a200:"com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService"

+28m46s260ms (2) 092 +tmpwhitelist=u0a200:"from:u0a19"

+28m46s597ms (2) 092 +fg=u0a200:"com.snapchat.android"

+28m47s512ms (2) 092
+job=u0a200:"com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService"

+28m47s520ms (2) 092
-job=u0a200:"com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService"

+28m49s451ms (3) 092 volt=4173 -fg=u0a200:"com.snapchat.android"

+28m51s523ms (2) 092 phone_signal_strength=moderate

+28m56s287ms (2) 092 -tmpwhitelist=u0a200:"from:u0a19"

+29m19s572ms (2) 092 volt=4226

+29m22s754ms (2) 092 -mobile_radio phone_signal_strength=poor

+29m25s315ms (2) 092 phone_signal_strength=moderate

+29m32s980ms (2) 092 phone_signal_strength=poor

+29m42s141ms (1) 092 +mobile_radio

+29m47s519ms (2) 092 phone_signal_strength=moderate

+29m52s615ms (1) 092 -mobile_radio

+30m11s413ms (2) 092 phone_signal_strength=poor

+30m12s734ms (2) 092 +mobile_radio phone_signal_strength=moderate

+30m15s986ms (2) 092 phone_signal_strength=poor

+30m20s156ms (2) 092 volt=4185

+30m23s314ms (1) 092 -mobile_radio

+30m34s448ms (2) 092 phone_signal_strength=moderate

+30m43s399ms (2) 092 +mobile_radio phone_signal_strength=good

+30m50s488ms (2) 092 volt=4230

+30m53s777ms (1) 092 -mobile_radio

+30m56s188ms (2) 092 phone_signal_strength=moderate

+31m11s551ms (2) 092 +mobile_radio phone_signal_strength=good

+31m24s174ms (1) 092 -mobile_radio

+31m26s913ms (2) 092 phone_signal_strength=moderate

+31m42s268ms (2) 092 phone_signal_strength=poor

+31m45s213ms (1) 092 +mobile_radio

+31m50s595ms (2) 092 volt=4206

+31m57s419ms (2) 092 phone_signal_strength=moderate

+32m03s895ms (1) 092 -mobile_radio

+32m05s485ms (1) 092 +mobile_radio

+32m15s494ms (1) 092 -mobile_radio

+32m15s695ms (1) 092 +mobile_radio

+32m20s663ms (2) 092 volt=4230

+32m32s297ms (1) 092 -mobile_radio

+32m46s185ms (2) 092 +mobile_radio
+tmpwhitelist=u0a19:"broadcast:u0a19:com.google.android.gms.gcm.HEARTBEAT_ALARM"

+32m55s265ms (3) 092 phone_signal_strength=poor
-tmpwhitelist=u0a19:"broadcast:u0a19:com.google.android.gms.gcm.HEARTBEAT_ALARM"

+32m57s015ms (1) 092 -mobile_radio

+33m00s366ms (2) 092 +mobile_radio phone_signal_strength=moderate

+33m07s145ms (2) 092 phone_signal_strength=poor

+33m16s535ms (1) 092 -mobile_radio

+33m16s976ms (1) 092 +mobile_radio

+33m21s463ms (2) 092
+job=u0a198:"com.facebook.katana/androidx.work.impl.background.systemjob.SystemJobService"

+33m21s518ms (2) 092
-job=u0a198:"com.facebook.katana/androidx.work.impl.background.systemjob.SystemJobService"

+33m26s130ms (2) 092 phone_signal_strength=moderate

+33m32s373ms (2) 092 phone_signal_strength=good

+33m34s173ms (1) 092 -mobile_radio

+33m36s199ms (2) 092 phone_signal_strength=moderate

+33m42s706ms (2) 092 +mobile_radio phone_signal_strength=poor

+33m52s762ms (2) 092 phone_signal_strength=moderate

+33m57s993ms (1) 092 -mobile_radio

+34m05s641ms (2) 092 phone_signal_strength=poor

+34m12s069ms (1) 092 +mobile_radio

+34m15s166ms (2) 092 phone_signal_strength=moderate

+34m22s195ms (2) 092 volt=4190

+34m28s413ms (2) 092 -mobile_radio phone_signal_strength=poor

+34m44s044ms (2) 092 phone_signal_strength=moderate

+34m48s581ms (1) 092 +mobile_radio

+34m52s682ms (3) 092 volt=4221
+job=u0a201:"com.yahoo.mobile.client.android.finance/.data.job.CookieRefresherJob"

+34m52s842ms (2) 092
-job=u0a201:"com.yahoo.mobile.client.android.finance/.data.job.CookieRefresherJob"

+34m58s975ms (1) 092 -mobile_radio

+35m17s732ms (1) 092 +mobile_radio

+35m29s417ms (1) 092 -mobile_radio

+35m49s512ms (2) 092 +mobile_radio phone_signal_strength=poor

+35m52s748ms (2) 092
+job=u0a39:"com.android.vending/com.google.android.finsky.scheduler.process.mainimpl.PhoneskyJobS
erviceMain"

+35m52s890ms (2) 092
-job=u0a39:"com.android.vending/com.google.android.finsky.scheduler.process.mainimpl.PhoneskyJobS
erviceMain"

+35m52s925ms (2) 092
+job=u0a39:"com.android.vending/com.google.android.finsky.scheduler.process.mainimpl.PhoneskyJobS
erviceMain"

+35m52s925ms (2) 092
-job=u0a39:"com.android.vending/com.google.android.finsky.scheduler.process.mainimpl.PhoneskyJobS
erviceMain"

+36m01s135ms (1) 092 -mobile_radio

+36m21s283ms (1) 092 +mobile_radio

+36m24s733ms (2) 092 phone_signal_strength=moderate

+36m31s757ms (1) 092 -mobile_radio

+36m37s968ms (2) 092 phone_signal_strength=poor

+36m46s448ms (2) 092 +mobile_radio
+tmpwhitelist=u0a19:"broadcast:u0a19:com.google.android.gms.gcm.HEARTBEAT_ALARM"

+36m55s128ms (2) 092 phone_signal_strength=moderate

+36m56s478ms (2) 092

-tmpwhitelist=u0a19:"broadcast:u0a19:com.google.android.gms.gcm.HEARTBEAT_ALARM"

+37m02s095ms (1) 092 -mobile_radio

+37m12s004ms (1) 092 +mobile_radio +camera

+37m13s578ms (2) 092 -camera
+job=u0a39:"com.android.vending/com.google.android.finsky.scheduler.process.mainimpl.PhoneskyJobS
erviceMain"

+37m14s147ms (2) 092
-job=u0a39:"com.android.vending/com.google.android.finsky.scheduler.process.mainimpl.PhoneskyJobS
erviceMain"

+37m14s188ms (2) 092
+job=u0a39:"com.android.vending/com.google.android.finsky.scheduler.process.mainimpl.PhoneskyJobS
erviceMain"

+37m14s188ms (2) 092
-job=u0a39:"com.android.vending/com.google.android.finsky.scheduler.process.mainimpl.PhoneskyJobS
erviceMain"

+37m14s209ms (2) 092
+job=u0a39:"com.android.vending/com.google.android.finsky.scheduler.process.mainimpl.PhoneskyJobS
erviceMain"

+37m14s212ms (2) 092
-job=u0a39:"com.android.vending/com.google.android.finsky.scheduler.process.mainimpl.PhoneskyJobS
erviceMain"

+37m16s408ms (2) 092 phone_signal_strength=poor

+37m16s739ms (2) 092 phone_signal_strength=moderate

+37m21s659ms (2) 092 -wake_lock -screen

+37m21s690ms (2) 092 +wake_lock=1000:"ActivityManager-Sleep"

+37m21s831ms (1) 092 -wake_lock

+37m21s848ms (2) 092 +wake_lock=1001:"RILJ0"

+37m21s859ms (1) 092 -wake_lock

+37m22s342ms (2) 092 +wake_lock=1000:"motion_service"

+37m22s346ms (1) 092 -wake_lock

+37m22s404ms (2) 092 +wake_lock=1000:"WifiSuspend"

+37m22s431ms (1) 092 -wake_lock

+37m22s727ms (4) 092 +wake_lock=1000:"PhoneWindowManager.mPowerKeyWakeLock"
+screen screenwake=1000:"android.server.power:POWER"

+37m26s391ms (2) 091 volt=4161

       Details: cpu=117010u+192870s

          /proc/stat=113930 usr, 154490 sys, 4510 io, 70 irq, 21000 sirq, 896020 idle (24.7% of 3h
18m 20s 200ms)

+37m32s514ms (1) 091 -mobile_radio

+37m35s565ms (2) 091
+job=1000:"android/com.android.server.os.BackgroundCompactionService"

+37m35s568ms (2) 091 -job=1000:"android/com.android.server.os.BackgroundCompactionService"

+37m40s935ms (2) 091
+job=u0a39:"com.android.vending/com.google.android.finsky.scheduler.process.mainimpl.PhoneskyJobS
erviceMain"

+37m41s154ms (2) 091 +mobile_radio
-job=u0a39:"com.android.vending/com.google.android.finsky.scheduler.process.mainimpl.PhoneskyJobS
erviceMain"

+37m52s094ms (1) 091 -mobile_radio

+37m52s577ms (1) 091 +mobile_radio

+37m56s449ms (2) 091 volt=4197

+38m02s934ms (2) 091 -mobile_radio phone_signal_strength=poor

+38m12s243ms (1) 091 +mobile_radio

+38m15s883ms (2) 091 phone_signal_strength=moderate

+38m22s838ms (1) 091 -mobile_radio

+38m23s056ms (1) 091 +mobile_radio

+38m29s682ms (2) 091 phone_signal_strength=poor

+38m41s633ms (1) 091 -mobile_radio

+38m53s548ms (1) 091 +mobile_radio

+39m07s654ms (1) 091 -mobile_radio

+39m11s571ms (2) 091 phone_signal_strength=moderate

+39m24s333ms (1) 091 +mobile_radio

+39m30s162ms (2) 091 brightness=dim

+39m38s275ms (1) 091 -mobile_radio

+39m45s090ms (2) 091 +mobile_radio
+job=u0a39:"com.android.vending/com.google.android.finsky.scheduler.process.mainimpl.PhoneskyJobS
erviceMain"

+39m45s220ms (2) 091
-job=u0a39:"com.android.vending/com.google.android.finsky.scheduler.process.mainimpl.PhoneskyJobS

erviceMain"

+39m45s263ms (2) 091
+job=u0a39:"com.android.vending/com.google.android.finsky.scheduler.process.mainimpl.PhoneskyJobS
erviceMain"

+39m45s263ms (2) 091
-job=u0a39:"com.android.vending/com.google.android.finsky.scheduler.process.mainimpl.PhoneskyJobS
erviceMain"

+39m45s300ms (2) 091
+job=u0a39:"com.android.vending/com.google.android.finsky.scheduler.process.mainimpl.PhoneskyJobS
erviceMain"

+39m45s302ms (2) 091
-job=u0a39:"com.android.vending/com.google.android.finsky.scheduler.process.mainimpl.PhoneskyJobS
erviceMain"

+39m56s934ms (2) 091 phone_signal_strength=poor

+40m03s081ms (2) 091
+job=u0a39:"com.android.vending/com.google.android.finsky.scheduler.process.mainimpl.PhoneskyJobS
erviceMain"

+40m03s088ms (2) 091
-job=u0a39:"com.android.vending/com.google.android.finsky.scheduler.process.mainimpl.PhoneskyJobS
erviceMain"

+40m08s534ms (1) 091 -mobile_radio

+40m12s153ms (1) 091 +mobile_radio

+40m22s814ms (1) 091 -mobile_radio

+40m25s632ms (1) 091 +mobile_radio

+40m29s377ms (2) 091 phone_signal_strength=moderate

+40m39s214ms (2) 091 -mobile_radio phone_signal_strength=poor

+40m45s479ms (1) 091 +mobile_radio

+40m46s726ms (2) 091
+tmpwhitelist=u0a19:"broadcast:u0a19:com.google.android.gms.gcm.HEARTBEAT_ALARM"


+40m56s766ms (2) 091
-tmpwhitelist=u0a19:"broadcast:u0a19:com.google.android.gms.gcm.HEARTBEAT_ALARM"


+40m57s345ms (2) 091 volt=4152


+40m59s363ms (2) 091 phone_signal_strength=moderate


+41m10s696ms (1) 091 -mobile_radio


+41m18s438ms (1) 091 +mobile_radio


+41m27s380ms (2) 091 volt=4180


+41m37s343ms (1) 091 -mobile_radio


+41m42s790ms (1) 091 +mobile_radio


+41m51s566ms (2) 091 phone_signal_strength=poor


+41m52s814ms (1) 091 -mobile_radio


+41m57s371ms (1) 091 +mobile_radio


+41m57s438ms (2) 091 volt=4205


+41m58s678ms (2) 091 phone_signal_strength=moderate


+42m07s855ms (1) 091 -mobile_radio


+42m28s005ms (1) 091 +mobile_radio

+42m29s808ms (2) 091
+job=u0a39:"com.android.vending/com.google.android.finsky.scheduler.process.mainimpl.PhoneskyJobS
erviceMain"


+42m29s812ms (2) 091
-job=u0a39:"com.android.vending/com.google.android.finsky.scheduler.process.mainimpl.PhoneskyJobS
erviceMain"


+42m38s574ms (1) 091 -mobile_radio


+42m42s093ms (1) 091 +mobile_radio


+42m52s255ms (1) 091 -mobile_radio


+42m58s890ms (1) 091 +mobile_radio


+43m09s296ms (1) 091 -mobile_radio


+43m12s225ms (1) 091 +mobile_radio


+43m21s775ms (2) 091
+job=u0a198:"com.facebook.katana/androidx.work.impl.background.systemjob.SystemJobService"


+43m21s783ms (2) 091
-job=u0a198:"com.facebook.katana/androidx.work.impl.background.systemjob.SystemJobService"


+43m25s735ms (1) 091 -mobile_radio


+43m29s421ms (1) 091 +mobile_radio


+43m39s836ms (1) 091 -mobile_radio


+43m41s500ms (2) 091
+job=u0a200:"com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService"


+43m41s541ms (2) 091
-job=u0a200:"com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService"


+43m56s845ms (2) 091

+job=u0a120:"com.google.android.talk/androidx.work.impl.background.systemjob.SystemJobService"

+43m58s166ms (2) 091 +mobile_radio
-job=u0a120:"com.google.android.talk/androidx.work.impl.background.systemjob.SystemJobService"

+43m58s637ms (2) 091 volt=4146

+44m10s372ms (1) 091 -mobile_radio

+44m18s923ms (1) 091 +mobile_radio

+44m28s742ms (2) 090 volt=4203

        Details: cpu=2590u+4500s

            /proc/stat=2530 usr, 4190 sys, 210 io, 0 irq, 710 sirq, 6720 idle (53.2% of 2m 23s 600ms)

+44m28s972ms (1) 090 -mobile_radio

+44m30s246ms (1) 090 +mobile_radio

+44m42s258ms (1) 090 -mobile_radio

+44m46s904ms (2) 090 +mobile_radio
+tmpwhitelist=u0a19:"broadcast:u0a19:com.google.android.gms.gcm.HEARTBEAT_ALARM"

+44m56s946ms (2) 090 -mobile_radio
-tmpwhitelist=u0a19:"broadcast:u0a19:com.google.android.gms.gcm.HEARTBEAT_ALARM"

+44m57s320ms (1) 090 +mobile_radio

+44m58s807ms (2) 090 volt=4173

+45m05s527ms (2) 090
+job=u0a200:"com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService"

+45m05s586ms (2) 090

-job=u0a200:"com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService"

+45m12s096ms (1) 090 -mobile_radio

+45m24s212ms (1) 090 +mobile_radio

+45m28s896ms (2) 090 volt=4200

+45m42s255ms (1) 090 -mobile_radio

+45m45s970ms (1) 090 +mobile_radio

+45m56s214ms (1) 090 -mobile_radio

+46m02s334ms (1) 090 +mobile_radio

+46m19s967ms (2) 090
+job=u0a200:"com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService"

+46m20s021ms (2) 090
-job=u0a200:"com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService"

+46m29s750ms (2) 090 temp=292 volt=4177

+46m44s335ms (1) 090 -mobile_radio

+46m47s395ms (1) 090 +mobile_radio

+46m57s416ms (1) 090 -mobile_radio

+46m59s934ms (2) 090 volt=4203

+47m04s399ms (1) 090 +mobile_radio

+47m13s687ms (1) 090 +camera

+47m14s973ms (2) 090 -mobile_radio brightness=dark -camera

+47m23s448ms (2) 090 -wake_lock -screen

+47m23s492ms (2) 090 +wake_lock=1000:"ActivityManager-Sleep"

+47m23s658ms (1) 090 -wake_lock

+47m23s708ms (2) 090 +wake_lock=1001:"RILJ0"

+47m23s739ms (1) 090 -wake_lock

+47m24s172ms (2) 090 +wake_lock=1000:"motion_service"

+47m24s184ms (1) 090 -wake_lock

+47m24s265ms (2) 090 +wake_lock=1000:"WifiSuspend"

+47m24s306ms (1) 090 -wake_lock

+47m26s876ms (2) 090 +wake_lock=1027:"NfcService:mRoutingWakeLock"

+47m26s976ms (1) 090 -wake_lock

+47m27s019ms (2) 090 +wake_lock=1001:"RILJ0"

+47m27s033ms (1) 090 -wake_lock

+47m27s059ms (2) 090 +wake_lock=1002:"bluedroid_timer"

+47m27s061ms (1) 090 -wake_lock

+47m27s065ms (2) 090 +wake_lock=1002:"bluedroid_timer"

+47m27s067ms (1) 090 -wake_lock

+47m27s071ms (2) 090 +wake_lock=1002:"bluedroid_timer"

+47m27s203ms (1) 090 -wake_lock

+47m27s209ms (2) 090 +wake_lock=1002:"bluedroid_timer"

+47m27s214ms (1) 090 -wake_lock

+47m27s219ms (2) 090 +wake_lock=1002:"bluedroid_timer"

+47m27s224ms (1) 090 -wake_lock

+47m27s229ms (2) 090 +wake_lock=1002:"bluedroid_timer"

+47m27s233ms (1) 090 -wake_lock

+47m27s238ms (2) 090 +wake_lock=1002:"bluedroid_timer"

+47m27s243ms (1) 090 -wake_lock

+47m27s248ms (2) 090 +wake_lock=1002:"bluedroid_timer"

+47m27s251ms (1) 090 -wake_lock

+47m27s257ms (2) 090 +wake_lock=1002:"bluedroid_timer"

+47m27s262ms (1) 090 -wake_lock

+47m27s268ms (2) 090 +wake_lock=1002:"bluedroid_timer"

+47m27s271ms (1) 090 -wake_lock

+47m28s096ms (2) 090 +wake_lock=u0a74:"show keyguard"

+47m29s101ms (1) 090 -running -wake_lock

+47m45s920ms (4) 090 +running
+wake_lock=1000:"PhoneWindowManager.mPowerKeyWakeLock" +screen
wake_reason=0:"290:qpnp_kpdpwr_status:200:smd_dev:203:fc4281d0.qcom,mpm:222:fc4cf000.qcom,sp
mi" screenwake=1000:"android.server.power:POWER"

+47m46s012ms (3) 090 brightness=dim
+job=1000:"android/com.android.server.os.BackgroundCompactionService"

+47m46s186ms (2) 090 -job=1000:"android/com.android.server.os.BackgroundCompactionService"

+47m48s187ms (1) 090 +camera

+47m49s450ms (1) 090 -camera

+47m51s064ms (1) 090 +mobile_radio

+48m10s433ms (1) 090 -mobile_radio

+48m12s621ms (1) 090 +mobile_radio

+48m32s052ms (1) 090 -mobile_radio

+48m46s790ms (2) 090
+job=u0a181:"com.google.android.videos/androidx.work.impl.background.systemjob.SystemJobService"

+48m46s808ms (2) 090
+job=u0a120:"com.google.android.talk/androidx.work.impl.background.systemjob.SystemJobService"

+48m46s912ms (2) 090
-job=u0a120:"com.google.android.talk/androidx.work.impl.background.systemjob.SystemJobService"

+48m46s968ms (2) 090
+job=u0a120:"com.google.android.talk/androidx.work.impl.background.systemjob.SystemJobService"

+48m46s979ms (2) 090
-job=u0a120:"com.google.android.talk/androidx.work.impl.background.systemjob.SystemJobService"

+48m47s230ms (3) 090 volt=4110 +mobile_radio
+tmpwhitelist=u0a19:"broadcast:u0a19:com.google.android.gms.gcm.HEARTBEAT_ALARM"

+48m48s575ms (2) 090
-job=u0a181:"com.google.android.videos/androidx.work.impl.background.systemjob.SystemJobService"

+48m48s698ms (2) 090
+job=u0a181:"com.google.android.videos/androidx.work.impl.background.systemjob.SystemJobService"

+48m48s710ms (2) 090
-job=u0a181:"com.google.android.videos/androidx.work.impl.background.systemjob.SystemJobService"

+48m48s729ms (2) 090
+job=u0a181:"com.google.android.videos/androidx.work.impl.background.systemjob.SystemJobService"

+48m48s731ms (2) 090
-job=u0a181:"com.google.android.videos/androidx.work.impl.background.systemjob.SystemJobService"

+48m58s169ms (2) 090
-tmpwhitelist=u0a19:"broadcast:u0a19:com.google.android.gms.gcm.HEARTBEAT_ALARM"

+49m11s814ms (1) 090 -mobile_radio

+49m17s320ms (2) 090 volt=4192

+49m22s533ms (1) 090 +mobile_radio

+49m38s792ms (1) 090 -mobile_radio

+49m53s312ms (1) 090 +mobile_radio

+50m03s913ms (1) 090 -mobile_radio

+50m12s043ms (2) 090 phone_signal_strength=good

+50m22s285ms (2) 090 phone_signal_strength=moderate

HW_00098546

+50m24s026ms (1) 090 +mobile_radio

+50m33s380ms (2) 090 phone_signal_strength=good

+50m42s792ms (1) 090 -mobile_radio

+50m55s683ms (1) 090 +mobile_radio

+51m06s433ms (1) 090 -mobile_radio

+51m26s038ms (2) 089

        Details: cpu=165440u+295380s

              /proc/stat=166980 usr, 248380 sys, 14830 io, 140 irq, 32990 sirq, 1212690 idle (27.6% of 4h 39m 20s 100ms)

+51m26s542ms (1) 089 +mobile_radio

+51m36s914ms (1) 089 -mobile_radio

+51m57s038ms (1) 089 +mobile_radio

+52m07s673ms (1) 089 -mobile_radio

+52m11s081ms (2) 089 phone_signal_strength=moderate

+52m13s641ms (2) 089 phone_signal_strength=good

+52m16s208ms (2) 089 phone_signal_strength=moderate

+52m23s895ms (2) 089 phone_signal_strength=good

+52m27s817ms (2) 089 +mobile_radio phone_signal_strength=moderate

+52m38s732ms (1) 089 -mobile_radio

+52m47s504ms (2) 089 +mobile_radio
+tmpwhitelist=u0a19:"broadcast:u0a19:com.google.android.gms.gcm.HEARTBEAT_ALARM"

+52m57s524ms (2) 089
-tmpwhitelist=u0a19:"broadcast:u0a19:com.google.android.gms.gcm.HEARTBEAT_ALARM"

+53m10s073ms (1) 089 -mobile_radio

+53m27s879ms (2) 089 +mobile_radio phone_signal_strength=good

+53m28s854ms (2) 089 phone_signal_strength=moderate

+53m33s407ms (2) 089 phone_signal_strength=good

+53m34s377ms (2) 089 phone_signal_strength=moderate

+53m39s215ms (1) 089 -mobile_radio

+53m44s522ms (2) 089 phone_signal_strength=good

+53m47s078ms (2) 089 phone_signal_strength=moderate

+53m59s342ms (1) 089 +mobile_radio

+54m10s794ms (1) 089 -mobile_radio

+54m27s545ms (2) 089 volt=4168

+54m30s964ms (1) 089 +mobile_radio

+54m35s378ms (2) 089 phone_signal_strength=good

+54m38s272ms (2) 089 phone_signal_strength=moderate

+54m41s473ms (1) 089 -mobile_radio

+55m01s560ms (1) 089 +mobile_radio

+55m05s118ms (2) 089 volt=4190

+55m15s271ms (1) 089 -mobile_radio

+55m28s109ms (1) 089 +mobile_radio

+55m31s404ms (2) 089 phone_signal_strength=good

+55m32s617ms (2) 089 phone_signal_strength=moderate

+55m39s700ms (2) 089 phone_signal_strength=good

+55m42s276ms (2) 089 -mobile_radio phone_signal_strength=moderate

+55m57s646ms (2) 089 phone_signal_strength=good

+56m02s440ms (2) 089 +mobile_radio phone_signal_strength=moderate

+56m05s245ms (2) 089 volt=4160

+56m13s073ms (1) 089 -mobile_radio

+56m33s202ms (1) 089 +mobile_radio

+56m43s778ms (2) 089 phone_signal_strength=good

+56m47s022ms (3) 089 phone_signal_strength=moderate
+tmpwhitelist=u0a19:"broadcast:u0a19:com.google.android.gms.gcm.HEARTBEAT_ALARM"

+56m47s942ms (2) 089 phone_signal_strength=good

+56m50s407ms (2) 089 phone_signal_strength=moderate

+56m57s819ms (2) 089 -mobile_radio
-tmpwhitelist=u0a19:"broadcast:u0a19:com.google.android.gms.gcm.HEARTBEAT_ALARM"

+57m03s822ms (1) 089 +mobile_radio

+57m14s392ms (1) 089 -mobile_radio

+57m24s683ms (2) 089
+job=u0a18:"com.sec.android.app.samsungapps/.jobscheduling.PollJobService"

+57m26s039ms (2) 089
-job=u0a18:"com.sec.android.app.samsungapps/.jobscheduling.PollJobService"

+57m34s526ms (1) 089 +mobile_radio

+57m43s876ms (2) 089 phone_signal_strength=good

+57m47s064ms (2) 089 phone_signal_strength=moderate

+57m50s281ms (2) 089 phone_signal_strength=good

+57m54s873ms (2) 089 -mobile_radio phone_signal_strength=moderate

+58m06s213ms (1) 089 +mobile_radio

+58m16s794ms (1) 089 -mobile_radio

+58m26s107ms (2) 089 phone_signal_strength=good

+58m28s593ms (1) 089 +mobile_radio

+58m36s214ms (2) 089 volt=4186

+58m41s680ms (2) 089
+job=u0a200:"com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService"

+58m41s765ms (2) 089
-job=u0a200:"com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService"

+58m42s736ms (2) 089
+job=u0a200:"com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService"

+58m42s750ms (2) 089
-job=u0a200:"com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService"

+58m44s743ms (2) 089 +tmpwhitelist=u0a200:"from:u0a19"

+58m45s192ms (2) 089 +fg=u0a200:"com.snapchat.android"

+58m46s062ms (2) 089
+job=u0a200:"com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService"

+58m46s071ms (2) 089
-job=u0a200:"com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService"

+58m48s299ms (2) 089 -fg=u0a200:"com.snapchat.android"

+58m54s774ms (2) 089 -tmpwhitelist=u0a200:"from:u0a19"

+58m57s914ms (1) 089 -mobile_radio

+59m04s680ms (1) 089 +mobile_radio

+59m06s239ms (2) 088 volt=4115

Details: cpu=0u+0s

/proc/stat=0 usr, 0 sys, 0 io, 0 irq, 0 sirq, 0 idle

+59m12s472ms (2) 088
+job=u0a112:"flipboard.app/com.google.android.datatransport.runtime.scheduling.jobscheduling.JobInfoScheduerService"

+59m14s841ms (2) 088
-job=u0a112:"flipboard.app/com.google.android.datatransport.runtime.scheduling.jobscheduling.JobInfoScheduler Service"

+59m36s848ms (2) 088 volt=4140

+59m49s872ms (1) 088 +camera

+59m51s237ms (2) 088 brightness=dark -camera

+59m54s134ms (2) 088 brightness=dim

+1h00m05s422ms (2) 088 phone_signal_strength=moderate

+1h00m06s387ms (2) 088 phone_signal_strength=good

+1h00m12s952ms (2) 088 phone_signal_strength=moderate

+1h00m15s942ms (2) 088 phone_signal_strength=good

+1h00m16s621ms (2) 088 phone_signal_strength=moderate

+1h00m35s447ms (3) 088 status=charging plug=usb temp=294 volt=4155 +plugged

+1h00m35s880ms (2) 088 volt=4113

+1h00m45s387ms (2) 088 phone_signal_strength=poor

+1h00m45s990ms (2) 088 volt=4245

+1h00m58s500ms (2) 088 phone_signal_strength=moderate

+1h01m16s759ms (2) 088 volt=4267

HW_00098552

+1h01m34s979ms (2) 088 phone_signal_strength=poor

+1h01m44s654ms (2) 088 phone_signal_strength=moderate

+1h01m57s378ms (2) 088 phone_signal_strength=poor

+1h02m37s633ms (2) 089 +charging

+1h02m38s710ms (2) 089 phone_signal_strength=moderate

+1h03m03s990ms (3) 089 phone_signal_strength=poor
+tmpwhitelist=u0a19:"broadcast:u0a19:com.google.android.gms.gcm.HEARTBEAT_ALARM"

+1h03m14s785ms (2) 089
-tmpwhitelist=u0a19:"broadcast:u0a19:com.google.android.gms.gcm.HEARTBEAT_ALARM"

+1h03m36s034ms (2) 089 volt=4290

Per-PID Stats:

PID 814 wake time: +43s294ms

PID 1631 wake time: +51s628ms

PID 6157 wake time: +119ms

PID 814 wake time: +494ms

PID 1319 wake time: +1s597ms

PID 814 wake time: +100ms

PID 2560 wake time: +1s558ms

HW_00098553

PID 1701 wake time: +1s322ms

PID 814 wake time: +1s174ms

PID 814 wake time: +40ms

PID 814 wake time: +309ms

PID 2232 wake time: +14s99ms

PID 2503 wake time: +1s346ms

PID 814 wake time: +1s6ms

PID 3385 wake time: +329ms

PID 814 wake time: +217ms

PID 1347 wake time: +1s690ms

PID 1914 wake time: +1s110ms

PID 814 wake time: +2s364ms

PID 2232 wake time: +5s58ms

PID 13441 wake time: +144ms

PID 814 wake time: +172ms

PID 2503 wake time: +47ms

PID 814 wake time: +157ms

HW_00098554

PID 814 wake time: +1s524ms

PID 21489 wake time: +5s127ms

PID 814 wake time: +233ms

PID 814 wake time: +10m8s903ms

PID 1990 wake time: +6s773ms

PID 2232 wake time: +500ms

PID 814 wake time: +51ms

PID 2232 wake time: +384ms

PID 30263 wake time: +101ms

PID 814 wake time: +323ms

PID 21494 wake time: +2s542ms


Discharge step durations:

#0: +7m40s201ms to 88 (screen-on, power-save-off, device-idle-off)

#1: +6m57s296ms to 89 (power-save-off, device-idle-off)

#2: +7m2s351ms to 90 (screen-on, power-save-off, device-idle-off)

#3: +9m37s21ms to 91 (power-save-off, device-idle-off)

#4: +9m49s208ms to 92 (power-save-off, device-idle-off)

HW_00098555

#5: +5m49s601ms to 93 (power-save-off, device-idle-off)

#6: +5m32s107ms to 94 (screen-on, power-save-off, device-idle-off)

Estimated screen on time: 11h 14m 48s 600ms


Daily stats:

  Current start time: 2024-03-22-01-42-20

  Next min deadline: 2024-03-23-01-00-00

  Next max deadline: 2024-03-23-03-00-00

  Current daily discharge step durations:

   #0: +7m40s201ms to 88 (screen-on, power-save-off, device-idle-off)

   #1: +6m57s296ms to 89 (power-save-off, device-idle-off)

   #2: +7m2s351ms to 90 (screen-on, power-save-off, device-idle-off)

   #3: +9m37s21ms to 91 (power-save-off, device-idle-off)

   #4: +9m49s208ms to 92 (power-save-off, device-idle-off)

   #5: +5m49s601ms to 93 (power-save-off, device-idle-off)

   #6: +5m32s107ms to 94 (screen-on, power-save-off, device-idle-off)

   #7: +60s66ms to 95 (screen-on, power-save-off, device-idle-off)

#8: +1m39s781ms to 96 (screen-on, power-save-off, device-idle-off)

#9: +60s304ms to 97 (screen-on, power-save-off, device-idle-off)

#10: +2m35s145ms to 98 (screen-on, power-save-off, device-idle-off)

#11: +50m18s260ms to 94 (power-save-off, device-idle-off)

#12: +5m2s764ms to 95 (screen-off, power-save-off, device-idle-off)

#13: +1m5s452ms to 96 (screen-off, power-save-off, device-idle-off)

#14: +30s70ms to 97 (power-save-off, device-idle-off)

#15: +13m7s691ms to 47 (power-save-off, device-idle-off)

#16: +30s33ms to 48 (screen-on, power-save-off, device-idle-off)

#17: +60s98ms to 49 (screen-on, power-save-off, device-idle-off)

#18: +1m1s25ms to 50 (screen-on, power-save-off, device-idle-off)

#19: +60s920ms to 51 (screen-on, power-save-off, device-idle-off)

#20: +2m34s892ms to 52 (screen-on, power-save-off, device-idle-off)

#21: +3m8s906ms to 53 (power-save-off, device-idle-off)

#22: +2m42s167ms to 54 (power-save-off, device-idle-off)

#23: +60s930ms to 55 (power-save-off, device-idle-off)

Discharge total time: 9h 50m 42s 800ms  (from 24 steps)

Discharge screen off time: 5h 6m 50s 800ms  (from 2 steps)

Discharge screen on time: 4h 31m 47s 600ms  (from 12 steps)

Current daily charge step durations:

#0: +1m25s0ms to 89 (screen-off, power-save-off, device-idle-off)

#1: +51s782ms to 88 (screen-off, power-save-off, device-idle-off)

#2: +1m21s925ms to 87 (screen-off, power-save-off, device-idle-off)

#3: +56s316ms to 86 (screen-off, power-save-off, device-idle-off)

#4: +42s981ms to 85 (screen-off, power-save-off, device-idle-off)

#5: +1m12s2ms to 84 (screen-off, power-save-off, device-idle-off)

#6: +51s825ms to 83 (screen-off, power-save-off, device-idle-off)

#7: +54s590ms to 82 (screen-off, power-save-off, device-idle-off)

#8: +47s407ms to 81 (screen-off, power-save-off, device-idle-off)

#9: +60s161ms to 80 (screen-off, power-save-off, device-idle-off)

#10: +47s358ms to 79 (screen-off, power-save-off, device-idle-off)

#11: +52s474ms to 78 (screen-off, power-save-off, device-idle-off)

#12: +43s507ms to 77 (screen-off, power-save-off, device-idle-off)

#13: +56s287ms to 76 (screen-off, power-save-off, device-idle-off)

#14: +38s386ms to 75 (screen-off, power-save-off, device-idle-off)

#15: +60s77ms to 74 (screen-off, power-save-off, device-idle-off)

#16: +50s40ms to 73 (screen-off, power-save-off, device-idle-off)

#17: +42s826ms to 72 (screen-off, power-save-off, device-idle-off)

#18: +46s888ms to 71 (screen-off, power-save-off, device-idle-off)

#19: +43s288ms to 70 (screen-off, power-save-off, device-idle-off)

#20: +55s181ms to 69 (screen-off, power-save-off, device-idle-off)

#21: +21s707ms to 68 (screen-off, power-save-off, device-idle-off)

#22: +57s665ms to 67 (screen-off, power-save-off, device-idle-off)

#23: +49s913ms to 66 (screen-off, power-save-off, device-idle-off)

#24: +30s576ms to 65 (screen-off, power-save-off, device-idle-off)

#25: +30s852ms to 64 (screen-off, power-save-off, device-idle-off)

#26: +1m15s462ms to 63 (screen-off, power-save-off, device-idle-off)

#27: +15s536ms to 62 (screen-off, power-save-off, device-idle-off)

#28: +1m5s172ms to 61 (screen-off, power-save-off, device-idle-off)

#29: +46s87ms to 60 (screen-off, power-save-off, device-idle-off)

#30: +38s227ms to 59 (screen-off, power-save-off, device-idle-off)

#31: +46s247ms to 58 (screen-off, power-save-off, device-idle-off)

HW_00098559

#32: +2m14s667ms to 57 (power-save-off, device-idle-off)

#33: +2m1s759ms to 55 (screen-off, power-save-off, device-idle-off)

#34: +1m55s632ms to 54 (screen-off, power-save-off, device-idle-off)

#35: +2m35s643ms to 53 (screen-off, power-save-off, device-idle-off)

#36: +2m21s458ms to 52 (screen-off, power-save-off, device-idle-off)

#37: +2m39s509ms to 51 (power-save-off, device-idle-off)

#38: +1m41s138ms to 50 (screen-off, power-save-off, device-idle-off)

Charge total time: 1h 48m 52s 100ms  (from 39 steps)

Charge screen off time: 1h 41m 30s 200ms  (from 37 steps)

Daily from 2024-03-21-14-56-02 to 2024-03-22-01-42-20:

Discharge step durations:

#0: +6m14s391ms to 57 (power-save-off, device-idle-off)

#1: +60s131ms to 58 (screen-on, power-save-off, device-idle-off)

#2: +60s353ms to 59 (screen-on, power-save-off, device-idle-off)

#3: +9m20s956ms to 60 (power-save-off, device-idle-off)

#4: +1m31s540ms to 61 (screen-on, power-save-off, device-idle-off)

#5: +1m30s450ms to 62 (screen-on, power-save-off, device-idle-off)

HW_00098560

#6: +60s79ms to 63 (screen-on, power-save-off, device-idle-off)

#7: +60s59ms to 64 (screen-on, power-save-off, device-idle-off)

#8: +30s6ms to 65 (screen-on, power-save-off, device-idle-off)

#9: +60s391ms to 66 (screen-on, power-save-off, device-idle-off)

#10: +1h2m10s631ms to 67 (power-save-off, device-idle-off)

#11: +2m31s528ms to 68 (screen-on, power-save-off, device-idle-off)

#12: +1m30s439ms to 69 (screen-on, power-save-off, device-idle-off)

#13: +2m0s728ms to 70 (screen-on, power-save-off, device-idle-off)

#14: +1h2m6s955ms to 71 (power-save-off, device-idle-off)

#15: +6m31s390ms to 72 (power-save-off, device-idle-off)

#16: +1m30s320ms to 73 (screen-on, power-save-off, device-idle-off)

#17: +1m30s270ms to 74 (screen-on, power-save-off, device-idle-off)

#18: +1m30s835ms to 75 (screen-on, power-save-off, device-idle-off)

#19: +30s33ms to 76 (screen-on, power-save-off, device-idle-off)

#20: +3m5s944ms to 77 (power-save-off, device-idle-off)

#21: +4m45s591ms to 78 (power-save-off, device-idle-off)

#22: +2m31s68ms to 79 (screen-on, power-save-off, device-idle-off)

HW_00098561

#23: +31s995ms to 80 (screen-on, power-save-off, device-idle-off)

#24: +60s345ms to 81 (screen-on, power-save-off, device-idle-off)

#25: +1m5s488ms to 82 (screen-on, power-save-off, device-idle-off)

#26: +60s455ms to 83 (screen-on, power-save-off, device-idle-off)

#27: +43m46s295ms to 84 (power-save-off, device-idle-off)

#28: +30m20s860ms to 85 (power-save-off, device-idle-off)

#29: +3m13s315ms to 86 (power-save-off, device-idle-off)

#30: +1m48s685ms to 87 (power-save-off, device-idle-off)

#31: +13m52s641ms to 88 (power-save-off, device-idle-off)

#32: +53m42s290ms to 89 (power-save-off, device-idle-off)

#33: +1h3m34s317ms to 90 (power-save-off, device-idle-off)

#34: +2m40s159ms to 91 (power-save-off, device-idle-off)

#35: +3m0s255ms to 92 (power-save-off, device-idle-off)

#36: +1m30s116ms to 93 (screen-on, power-save-off, device-idle-off)

#37: +2m0s360ms to 94 (screen-on, power-save-off, device-idle-off)

#38: +60s266ms to 95 (screen-on, power-save-off, device-idle-off)

#39: +1m30s855ms to 96 (power-save-off, device-idle-off)

HW_00098562

#40: +2m5s69ms to 97 (power-save-off, device-idle-off)

#41: +60s439ms to 98 (power-save-off, device-idle-off)

#42: +2m30s292ms to 97 (power-save-off, device-idle-off)

#43: +1m33s274ms to 98 (screen-on, power-save-off, device-idle-off)

#44: +1m6s193ms to 52 (screen-on, power-save-off, device-idle-off)

#45: +60s83ms to 53 (screen-on, power-save-off, device-idle-off)

#46: +3m22s90ms to 54 (power-save-off, device-idle-off)

#47: +1m1s364ms to 55 (screen-on, power-save-off, device-idle-off)

#48: +60s194ms to 56 (screen-on, power-save-off, device-idle-off)

#49: +3m9s267ms to 57 (power-save-off, device-idle-off)

#50: +1m30s117ms to 58 (screen-off, power-save-off, device-idle-off)

#51: +1m4s771ms to 59 (screen-off, power-save-off, device-idle-off)

#52: +30s37ms to 60 (screen-off, power-save-off, device-idle-off)

#53: +60s717ms to 61 (power-save-off, device-idle-off)

#54: +1m3s618ms to 62 (power-save-off, device-idle-off)

#55: +30s274ms to 63 (power-save-off, device-idle-off)

#56: +30s94ms to 64 (power-save-off, device-idle-off)

#57: +30s589ms to 65 (screen-on, power-save-off, device-idle-off)

#58: +30s54ms to 66 (power-save-off, device-idle-off)

Discharge total time: 12h 3m 45s 900ms  (from 59 steps)

Discharge screen off time: 1h 42m 44s 100ms  (from 3 steps)

Discharge screen on time: 2h 5m 48s 100ms  (from 29 steps)

Charge step durations:

#0: +59s848ms to 89 (screen-off, power-save-off, device-idle-off)

#1: +1m42s575ms to 88 (screen-off, power-save-off, device-idle-off)

#2: +1m25s605ms to 87 (screen-off, power-save-off, device-idle-off)

#3: +1m11s842ms to 86 (screen-off, power-save-off, device-idle-off)

#4: +1m9s134ms to 85 (screen-off, power-save-off, device-idle-off)

#5: +1m7s816ms to 84 (screen-off, power-save-off, device-idle-off)

#6: +1m12s985ms to 83 (screen-off, power-save-off, device-idle-off)

#7: +57s243ms to 82 (screen-off, power-save-off, device-idle-off)

#8: +60s172ms to 81 (screen-off, power-save-off, device-idle-off)

#9: +54s112ms to 80 (screen-off, power-save-off, device-idle-off)

#10: +1m3s427ms to 79 (screen-off, power-save-off, device-idle-off)

#11: +51s744ms to 78 (power-save-off, device-idle-off)

#12: +58s696ms to 77 (screen-off, power-save-off, device-idle-off)

#13: +60s298ms to 76 (screen-off, power-save-off, device-idle-off)

#14: +46s34ms to 75 (screen-off, power-save-off, device-idle-off)

#15: +60s272ms to 74 (screen-off, power-save-off, device-idle-off)

#16: +53s863ms to 73 (screen-off, power-save-off, device-idle-off)

#17: +54s465ms to 72 (screen-off, power-save-off, device-idle-off)

#18: +51s492ms to 71 (screen-off, power-save-off, device-idle-off)

#19: +50s115ms to 70 (screen-off, power-save-off, device-idle-off)

#20: +54s226ms to 69 (screen-off, power-save-off, device-idle-off)

#21: +48s784ms to 68 (screen-off, power-save-off, device-idle-off)

#22: +51s850ms to 67 (screen-off, power-save-off, device-idle-off)

#23: +48s615ms to 66 (screen-off, power-save-off, device-idle-off)

#24: +45s895ms to 65 (screen-off, power-save-off, device-idle-off)

#25: +45s264ms to 64 (screen-off, power-save-off, device-idle-off)

#26: +1m1s178ms to 63 (screen-off, power-save-off, device-idle-off)

#27: +44s804ms to 62 (screen-off, power-save-off, device-idle-off)

#28: +48s631ms to 61 (screen-off, power-save-off, device-idle-off)

#29: +3m19s965ms to 60 (power-save-off, device-idle-off)

#30: +2m29s902ms to 58 (power-save-off, device-idle-off)

#31: +3m5s271ms to 57 (power-save-off, device-idle-off)

#32: +2m43s112ms to 56 (power-save-off, device-idle-off)

#33: +3m32s5ms to 55 (power-save-off, device-idle-off)

  Charge total time: 2h 8m 0s 100ms  (from 34 steps)

  Charge screen off time: 1h 38m 10s 100ms  (from 28 steps)

 Package changes:

  Update com.android.vending vers=84011900

  Update com.facebook.katana vers=446213634

  Update com.zingfit.XYZ_Indoor_Cycling_Studio vers=2022092001

  Update com.raddixcore.xyzplayer vers=15

Daily from 2024-03-20-21-00-52 to 2024-03-21-14-56-02:

 Discharge step durations:

  #0: +2m0s151ms to 68 (screen-on, power-save-off, device-idle-off)

  #1: +2m0s246ms to 69 (screen-on, power-save-off, device-idle-off)

  #2: +2m0s188ms to 70 (screen-on, power-save-off, device-idle-off)

HW_00098566

#3: +2m0s182ms to 71 (screen-on, power-save-off, device-idle-off)

#4: +1m30s717ms to 72 (screen-on, power-save-off, device-idle-off)

#5: +2m0s155ms to 73 (screen-on, power-save-off, device-idle-off)

#6: +2m30s442ms to 74 (screen-on, power-save-off, device-idle-off)

#7: +2m0s168ms to 75 (screen-on, power-save-off, device-idle-off)

#8: +1m30s134ms to 76 (screen-on, power-save-off, device-idle-off)

#9: +2m31s149ms to 77 (screen-on, power-save-off, device-idle-off)

#10: +2m0s255ms to 78 (screen-on, power-save-off, device-idle-off)

#11: +2m0s183ms to 79 (screen-on, power-save-off, device-idle-off)

#12: +2m0s158ms to 80 (screen-on, power-save-off, device-idle-off)

#13: +1m30s333ms to 81 (screen-on, power-save-off, device-idle-off)

#14: +2m0s506ms to 82 (screen-on, power-save-off, device-idle-off)

#15: +2m1s597ms to 83 (screen-on, power-save-off, device-idle-off)

#16: +1m30s249ms to 84 (screen-on, power-save-off, device-idle-off)

#17: +1m30s114ms to 85 (screen-on, power-save-off, device-idle-off)

#18: +2m0s144ms to 86 (screen-on, power-save-off, device-idle-off)

#19: +1m30s105ms to 87 (screen-on, power-save-off, device-idle-off)

#20: +60s71ms to 88 (screen-on, power-save-off, device-idle-off)

HW_00098567

#21: +1m31s949ms to 89 (screen-on, power-save-off, device-idle-off)

#22: +1m31s395ms to 90 (screen-on, power-save-off, device-idle-off)

#23: +1m30s120ms to 91 (screen-on, power-save-off, device-idle-off)

#24: +60s76ms to 92 (screen-on, power-save-off, device-idle-off)

#25: +60s75ms to 93 (screen-on, power-save-off, device-idle-off)

#26: +1m39s661ms to 94 (screen-on, power-save-off, device-idle-off)

  Discharge total time: 2h 55m 20s 400ms  (from 27 steps)

  Discharge screen on time: 2h 55m 20s 400ms  (from 27 steps)

Charge step durations:

 #0: +3m44s439ms to 89 (power-save-off, device-idle-off)

 #1: +4m27s497ms to 88 (power-save-off, device-idle-off)

 #2: +3m52s196ms to 87 (screen-off, power-save-off, device-idle-off)

 #3: +5m35s72ms to 86 (power-save-off, device-idle-off)

 #4: +2m55s686ms to 85 (screen-off, power-save-off, device-idle-off)

 #5: +3m24s984ms to 84 (screen-off, power-save-off, device-idle-off)

 #6: +3m2s243ms to 83 (screen-off, power-save-off, device-idle-off)

 #7: +2m39s333ms to 82 (screen-off, power-save-off, device-idle-off)

HW_00098568

#8: +2m49s501ms to 81 (screen-off, power-save-off, device-idle-off)

#9: +2m32s8ms to 80 (screen-off, power-save-off, device-idle-off)

#10: +2m57s365ms to 79 (screen-off, power-save-off, device-idle-off)

#11: +2m51s463ms to 78 (screen-off, power-save-off, device-idle-off)

#12: +2m32s213ms to 77 (screen-off, power-save-off, device-idle-off)

#13: +2m48s535ms to 76 (screen-off, power-save-off, device-idle-off)

Charge total time: 5h 30m 3s 800ms  (from 14 steps)

Charge screen off time: 4h 54m 46s 600ms  (from 11 steps)

Daily from 2024-03-19-18-21-44 to 2024-03-20-21-00-52:

Discharge step durations:

#0: +2m0s161ms to 49 (screen-on, power-save-off, device-idle-off)

#1: +2m0s697ms to 50 (screen-on, power-save-off, device-idle-off)

#2: +2m1s10ms to 51 (screen-on, power-save-off, device-idle-off)

#3: +2m0s679ms to 52 (screen-on, power-save-off, device-idle-off)

#4: +2m0s713ms to 53 (screen-on, power-save-off, device-idle-off)

#5: +1m30s520ms to 54 (screen-on, power-save-off, device-idle-off)

#6: +2m0s448ms to 55 (screen-on, power-save-off, device-idle-off)

HW_00098569

#7: +2m0s353ms to 56 (screen-on, power-save-off, device-idle-off)

#8: +2m0s154ms to 57 (screen-on, power-save-off, device-idle-off)

#9: +1m30s136ms to 58 (screen-on, power-save-off, device-idle-off)

#10: +1m30s130ms to 59 (screen-on, power-save-off, device-idle-off)

#11: +1m30s137ms to 60 (screen-on, power-save-off, device-idle-off)

#12: +1m32s133ms to 61 (screen-on, power-save-off, device-idle-off)

#13: +1m30s113ms to 62 (screen-on, power-save-off, device-idle-off)

#14: +60s95ms to 63 (screen-on, power-save-off, device-idle-off)

#15: +1m33s77ms to 64 (screen-on, power-save-off, device-idle-off)

#16: +2m0s164ms to 65 (screen-on, power-save-off, device-idle-off)

#17: +2m0s251ms to 66 (screen-on, power-save-off, device-idle-off)

#18: +30s107ms to 73 (screen-on, power-save-off, device-idle-off)

#19: +30s301ms to 74 (screen-on, power-save-off, device-idle-off)

#20: +30s32ms to 75 (screen-on, power-save-off, device-idle-off)

#21: +32s622ms to 76 (screen-on, power-save-off, device-idle-off)

#22: +36s154ms to 77 (screen-on, power-save-off, device-idle-off)

#23: +1m2s896ms to 78 (power-save-off, device-idle-off)

HW_00098570

Discharge total time: 2h 27m 26s 100ms  (from 24 steps)


Discharge screen on time: 2h 29m 17s 300ms  (from 23 steps)


Package changes:


Update com.facebook.katana vers=446213634


Daily from 2024-03-18-16-15-45 to 2024-03-19-18-21-44:


Discharge step durations:


#0: +2m36s500ms to 78 (power-save-off, device-idle-off)


#1: +1m30s285ms to 79 (screen-on, power-save-off, device-idle-off)


#2: +2m19s562ms to 80 (power-save-off, device-idle-off)


#3: +2m0s208ms to 81 (screen-on, power-save-off, device-idle-off)


#4: +31s18ms to 82 (screen-on, power-save-off, device-idle-off)


#5: +30s31ms to 83 (screen-on, power-save-off, device-idle-off)


#6: +1m14s476ms to 84 (power-save-off, device-idle-off)


#7: +30s30ms to 88 (screen-off, power-save-off, device-idle-off)


Discharge total time: 2h 20m 1s 300ms  (from 8 steps)


Discharge screen off time: 50m 3s 0ms  (from 1 steps)


Discharge screen on time: 1h 53m 8s 500ms  (from 4 steps)


Package changes:

Update com.supercell.clashofclans vers=160137014

Update com.facebook.katana vers=446213634

Update com.instagram.android vers=367809539

Update com.snapchat.android vers=120372

Update com.yahoo.mobile.client.android.finance vers=1330786280

Update com.king.candycrushsaga vers=12730020

Update com.facebook.orca vers=319809507

Update com.amazon.kindle vers=1221337088

Daily from 2024-03-16-21-52-10 to 2024-03-18-14-54-58:

Discharge step durations:

#0: +3m30s281ms to 0 (screen-on, power-save-off, device-idle-off)

#1: +1m30s129ms to 1 (screen-on, power-save-off, device-idle-off)

#2: +1m30s130ms to 2 (screen-on, power-save-off, device-idle-off)

#3: +60s80ms to 3 (screen-on, power-save-off, device-idle-off)

#4: +1m30s123ms to 4 (screen-on, power-save-off, device-idle-off)

#5: +60s77ms to 5 (screen-on, power-save-off, device-idle-off)

#6: +60s81ms to 6 (screen-on, power-save-off, device-idle-off)

#7: +60s78ms to 7 (screen-on, power-save-off, device-idle-off)

#8: +1m30s124ms to 8 (screen-on, power-save-off, device-idle-off)

#9: +60s76ms to 9 (screen-on, power-save-off, device-idle-off)

#10: +60s84ms to 10 (screen-on, power-save-off, device-idle-off)

#11: +60s91ms to 11 (screen-on, power-save-off, device-idle-off)

#12: +1m30s119ms to 12 (screen-on, power-save-off, device-idle-off)

#13: +60s79ms to 13 (screen-on, power-save-off, device-idle-off)

#14: +60s78ms to 14 (screen-on, power-save-off, device-idle-off)

#15: +60s84ms to 15 (screen-on, power-save-off, device-idle-off)

#16: +60s85ms to 16 (screen-on, power-save-off, device-idle-off)

#17: +1m9s662ms to 17 (screen-on, power-save-off, device-idle-off)

#18: +1m30s119ms to 18 (screen-on, power-save-off, device-idle-off)

#19: +60s82ms to 19 (screen-on, power-save-off, device-idle-off)

#20: +1m30s122ms to 20 (screen-on, power-save-off, device-idle-off)

#21: +2m0s168ms to 21 (screen-on, power-save-off, device-idle-off)

#22: +60s87ms to 22 (screen-on, power-save-off, device-idle-off)

#23: +2m0s171ms to 23 (screen-on, power-save-off, device-idle-off)

#24: +30s43ms to 24 (screen-on, power-save-off, device-idle-off)

#25: +2m0s169ms to 25 (screen-on, power-save-off, device-idle-off)

#26: +1m30s123ms to 26 (screen-on, power-save-off, device-idle-off)

#27: +1m30s126ms to 27 (screen-on, power-save-off, device-idle-off)

#28: +1m30s415ms to 28 (screen-on, power-save-off, device-idle-off)

#29: +3m0s245ms to 29 (screen-on, power-save-off, device-idle-off)

#30: +1m30s121ms to 30 (screen-on, power-save-off, device-idle-off)

#31: +60s84ms to 31 (screen-on, power-save-off, device-idle-off)

#32: +2m30s213ms to 32 (screen-on, power-save-off, device-idle-off)

#33: +60s83ms to 33 (screen-on, power-save-off, device-idle-off)

#34: +2m0s160ms to 34 (screen-on, power-save-off, device-idle-off)

#35: +1m30s131ms to 35 (screen-on, power-save-off, device-idle-off)

#36: +2m6s730ms to 36 (screen-on, power-save-off, device-idle-off)

#37: +1m30s133ms to 37 (screen-on, power-save-off, device-idle-off)

#38: +1m30s115ms to 38 (screen-on, power-save-off, device-idle-off)

#39: +2m0s158ms to 39 (screen-on, power-save-off, device-idle-off)

#40: +1m30s119ms to 40 (screen-on, power-save-off, device-idle-off)

HW_00098574

#41: +2m0s175ms to 41 (screen-on, power-save-off, device-idle-off)

#42: +2m30s222ms to 42 (screen-on, power-save-off, device-idle-off)

#43: +2m0s145ms to 43 (screen-on, power-save-off, device-idle-off)

#44: +2m5s963ms to 44 (screen-on, power-save-off, device-idle-off)

#45: +2m0s167ms to 45 (screen-on, power-save-off, device-idle-off)

#46: +2m0s160ms to 46 (screen-on, power-save-off, device-idle-off)

#47: +2m30s190ms to 47 (screen-on, power-save-off, device-idle-off)

#48: +2m0s160ms to 48 (screen-on, power-save-off, device-idle-off)

#49: +2m5s267ms to 49 (screen-on, power-save-off, device-idle-off)

#50: +2m30s213ms to 50 (screen-on, power-save-off, device-idle-off)

#51: +2m8s856ms to 51 (screen-on, power-save-off, device-idle-off)

#52: +2m0s175ms to 52 (screen-on, power-save-off, device-idle-off)

#53: +2m30s200ms to 53 (screen-on, power-save-off, device-idle-off)

#54: +2m30s200ms to 54 (screen-on, power-save-off, device-idle-off)

#55: +2m0s163ms to 55 (screen-on, power-save-off, device-idle-off)

#56: +3m0s267ms to 56 (screen-on, power-save-off, device-idle-off)

#57: +2m0s161ms to 57 (screen-on, power-save-off, device-idle-off)

#58: +2m30s203ms to 58 (screen-on, power-save-off, device-idle-off)

HW_00098575

#59: +2m0s174ms to 59 (screen-on, power-save-off, device-idle-off)

#60: +2m30s224ms to 60 (screen-on, power-save-off, device-idle-off)

#61: +2m0s170ms to 61 (screen-on, power-save-off, device-idle-off)

#62: +2m0s158ms to 62 (screen-on, power-save-off, device-idle-off)

#63: +2m0s170ms to 63 (screen-on, power-save-off, device-idle-off)

#64: +2m8s935ms to 64 (screen-on, power-save-off, device-idle-off)

#65: +2m0s166ms to 65 (screen-on, power-save-off, device-idle-off)

#66: +2m30s197ms to 66 (screen-on, power-save-off, device-idle-off)

#67: +2m0s160ms to 67 (screen-on, power-save-off, device-idle-off)

#68: +2m30s203ms to 68 (screen-on, power-save-off, device-idle-off)

#69: +2m7s306ms to 69 (screen-on, power-save-off, device-idle-off)

#70: +2m0s153ms to 70 (screen-on, power-save-off, device-idle-off)

#71: +2m0s169ms to 71 (screen-on, power-save-off, device-idle-off)

#72: +2m30s194ms to 72 (screen-on, power-save-off, device-idle-off)

#73: +2m0s172ms to 73 (screen-on, power-save-off, device-idle-off)

#74: +2m30s218ms to 74 (screen-on, power-save-off, device-idle-off)

#75: +2m30s207ms to 75 (screen-on, power-save-off, device-idle-off)

#76: +2m30s201ms to 76 (screen-on, power-save-off, device-idle-off)

#77: +2m30s192ms to 77 (screen-on, power-save-off, device-idle-off)

#78: +3m0s258ms to 78 (screen-on, power-save-off, device-idle-off)

#79: +2m30s197ms to 79 (screen-on, power-save-off, device-idle-off)

#80: +2m30s205ms to 80 (screen-on, power-save-off, device-idle-off)

#81: +3m0s248ms to 81 (screen-on, power-save-off, device-idle-off)

#82: +2m0s156ms to 82 (screen-on, power-save-off, device-idle-off)

#83: +2m30s212ms to 83 (screen-on, power-save-off, device-idle-off)

#84: +2m30s209ms to 84 (screen-on, power-save-off, device-idle-off)

#85: +2m30s203ms to 85 (screen-on, power-save-off, device-idle-off)

#86: +2m0s165ms to 86 (screen-on, power-save-off, device-idle-off)

#87: +2m30s198ms to 87 (screen-on, power-save-off, device-idle-off)

#88: +2m0s160ms to 88 (screen-on, power-save-off, device-idle-off)

#89: +2m7s52ms to 89 (screen-on, power-save-off, device-idle-off)

#90: +2m0s160ms to 90 (screen-on, power-save-off, device-idle-off)

#91: +1m30s129ms to 91 (screen-on, power-save-off, device-idle-off)

#92: +1m32s907ms to 92 (screen-on, power-save-off, device-idle-off)

HW_00098577

#93: +1m30s121ms to 93 (screen-on, power-save-off, device-idle-off)

#94: +60s71ms to 94 (screen-on, power-save-off, device-idle-off)

#95: +60s87ms to 95 (screen-on, power-save-off, device-idle-off)

#96: +60s77ms to 96 (screen-on, power-save-off, device-idle-off)

#97: +60s82ms to 97 (screen-on, power-save-off, device-idle-off)

#98: +30s38ms to 98 (screen-on, power-save-off, device-idle-off)

Discharge total time: 3h 5m 7s 600ms  (from 99 steps)

Discharge screen on time: 3h 5m 7s 600ms  (from 99 steps)

Daily from 2024-03-16-21-52-10 to 2024-03-17-01-23-46:

Discharge step durations:

#0: +3m30s281ms to 0 (screen-on, power-save-off, device-idle-off)

#1: +1m30s129ms to 1 (screen-on, power-save-off, device-idle-off)

#2: +1m30s130ms to 2 (screen-on, power-save-off, device-idle-off)

#3: +60s80ms to 3 (screen-on, power-save-off, device-idle-off)

#4: +1m30s123ms to 4 (screen-on, power-save-off, device-idle-off)

#5: +60s77ms to 5 (screen-on, power-save-off, device-idle-off)

#6: +60s81ms to 6 (screen-on, power-save-off, device-idle-off)

HW_00098578

#7: +60s78ms to 7 (screen-on, power-save-off, device-idle-off)

#8: +1m30s124ms to 8 (screen-on, power-save-off, device-idle-off)

#9: +60s76ms to 9 (screen-on, power-save-off, device-idle-off)

#10: +60s84ms to 10 (screen-on, power-save-off, device-idle-off)

#11: +60s91ms to 11 (screen-on, power-save-off, device-idle-off)

#12: +1m30s119ms to 12 (screen-on, power-save-off, device-idle-off)

#13: +60s79ms to 13 (screen-on, power-save-off, device-idle-off)

#14: +60s78ms to 14 (screen-on, power-save-off, device-idle-off)

#15: +60s84ms to 15 (screen-on, power-save-off, device-idle-off)

#16: +60s85ms to 16 (screen-on, power-save-off, device-idle-off)

#17: +1m9s662ms to 17 (screen-on, power-save-off, device-idle-off)

#18: +1m30s119ms to 18 (screen-on, power-save-off, device-idle-off)

#19: +60s82ms to 19 (screen-on, power-save-off, device-idle-off)

#20: +1m30s122ms to 20 (screen-on, power-save-off, device-idle-off)

#21: +2m0s168ms to 21 (screen-on, power-save-off, device-idle-off)

#22: +60s87ms to 22 (screen-on, power-save-off, device-idle-off)

#23: +2m0s171ms to 23 (screen-on, power-save-off, device-idle-off)

#24: +30s43ms to 24 (screen-on, power-save-off, device-idle-off)

#25: +2m0s169ms to 25 (screen-on, power-save-off, device-idle-off)

#26: +1m30s123ms to 26 (screen-on, power-save-off, device-idle-off)

#27: +1m30s126ms to 27 (screen-on, power-save-off, device-idle-off)

#28: +1m30s415ms to 28 (screen-on, power-save-off, device-idle-off)

#29: +3m0s245ms to 29 (screen-on, power-save-off, device-idle-off)

#30: +1m30s121ms to 30 (screen-on, power-save-off, device-idle-off)

#31: +60s84ms to 31 (screen-on, power-save-off, device-idle-off)

#32: +2m30s213ms to 32 (screen-on, power-save-off, device-idle-off)

#33: +60s83ms to 33 (screen-on, power-save-off, device-idle-off)

#34: +2m0s160ms to 34 (screen-on, power-save-off, device-idle-off)

#35: +1m30s131ms to 35 (screen-on, power-save-off, device-idle-off)

#36: +2m6s730ms to 36 (screen-on, power-save-off, device-idle-off)

#37: +1m30s133ms to 37 (screen-on, power-save-off, device-idle-off)

#38: +1m30s115ms to 38 (screen-on, power-save-off, device-idle-off)

#39: +2m0s158ms to 39 (screen-on, power-save-off, device-idle-off)

#40: +1m30s119ms to 40 (screen-on, power-save-off, device-idle-off)

#41: +2m0s175ms to 41 (screen-on, power-save-off, device-idle-off)

#42: +2m30s222ms to 42 (screen-on, power-save-off, device-idle-off)

#43: +2m0s145ms to 43 (screen-on, power-save-off, device-idle-off)

#44: +2m5s963ms to 44 (screen-on, power-save-off, device-idle-off)

#45: +2m0s167ms to 45 (screen-on, power-save-off, device-idle-off)

#46: +2m0s160ms to 46 (screen-on, power-save-off, device-idle-off)

#47: +2m30s190ms to 47 (screen-on, power-save-off, device-idle-off)

#48: +2m0s160ms to 48 (screen-on, power-save-off, device-idle-off)

#49: +2m5s267ms to 49 (screen-on, power-save-off, device-idle-off)

#50: +2m30s213ms to 50 (screen-on, power-save-off, device-idle-off)

#51: +2m8s856ms to 51 (screen-on, power-save-off, device-idle-off)

#52: +2m0s175ms to 52 (screen-on, power-save-off, device-idle-off)

#53: +2m30s200ms to 53 (screen-on, power-save-off, device-idle-off)

#54: +2m30s200ms to 54 (screen-on, power-save-off, device-idle-off)

#55: +2m0s163ms to 55 (screen-on, power-save-off, device-idle-off)

#56: +3m0s267ms to 56 (screen-on, power-save-off, device-idle-off)

#57: +2m0s161ms to 57 (screen-on, power-save-off, device-idle-off)

#58: +2m30s203ms to 58 (screen-on, power-save-off, device-idle-off)

HW_00098581

#59: +2m0s174ms to 59 (screen-on, power-save-off, device-idle-off)

#60: +2m30s224ms to 60 (screen-on, power-save-off, device-idle-off)

#61: +2m0s170ms to 61 (screen-on, power-save-off, device-idle-off)

#62: +2m0s158ms to 62 (screen-on, power-save-off, device-idle-off)

#63: +2m0s170ms to 63 (screen-on, power-save-off, device-idle-off)

#64: +2m8s935ms to 64 (screen-on, power-save-off, device-idle-off)

#65: +2m0s166ms to 65 (screen-on, power-save-off, device-idle-off)

#66: +2m30s197ms to 66 (screen-on, power-save-off, device-idle-off)

#67: +2m0s160ms to 67 (screen-on, power-save-off, device-idle-off)

#68: +2m30s203ms to 68 (screen-on, power-save-off, device-idle-off)

#69: +2m7s306ms to 69 (screen-on, power-save-off, device-idle-off)

#70: +2m0s153ms to 70 (screen-on, power-save-off, device-idle-off)

#71: +2m0s169ms to 71 (screen-on, power-save-off, device-idle-off)

#72: +2m30s194ms to 72 (screen-on, power-save-off, device-idle-off)

#73: +2m0s172ms to 73 (screen-on, power-save-off, device-idle-off)

#74: +2m30s218ms to 74 (screen-on, power-save-off, device-idle-off)

#75: +2m30s207ms to 75 (screen-on, power-save-off, device-idle-off)

HW_00098582

#76: +2m30s201ms to 76 (screen-on, power-save-off, device-idle-off)

#77: +2m30s192ms to 77 (screen-on, power-save-off, device-idle-off)

#78: +3m0s258ms to 78 (screen-on, power-save-off, device-idle-off)

#79: +2m30s197ms to 79 (screen-on, power-save-off, device-idle-off)

#80: +2m30s205ms to 80 (screen-on, power-save-off, device-idle-off)

#81: +3m0s248ms to 81 (screen-on, power-save-off, device-idle-off)

#82: +2m0s156ms to 82 (screen-on, power-save-off, device-idle-off)

#83: +2m30s212ms to 83 (screen-on, power-save-off, device-idle-off)

#84: +2m30s209ms to 84 (screen-on, power-save-off, device-idle-off)

#85: +2m30s203ms to 85 (screen-on, power-save-off, device-idle-off)

#86: +2m0s165ms to 86 (screen-on, power-save-off, device-idle-off)

#87: +2m30s198ms to 87 (screen-on, power-save-off, device-idle-off)

#88: +2m0s160ms to 88 (screen-on, power-save-off, device-idle-off)

#89: +2m7s52ms to 89 (screen-on, power-save-off, device-idle-off)

#90: +2m0s160ms to 90 (screen-on, power-save-off, device-idle-off)

#91: +1m30s129ms to 91 (screen-on, power-save-off, device-idle-off)

#92: +1m32s907ms to 92 (screen-on, power-save-off, device-idle-off)

#93: +1m30s121ms to 93 (screen-on, power-save-off, device-idle-off)

#94: +60s71ms to 94 (screen-on, power-save-off, device-idle-off)

#95: +60s87ms to 95 (screen-on, power-save-off, device-idle-off)

#96: +60s77ms to 96 (screen-on, power-save-off, device-idle-off)

#97: +60s82ms to 97 (screen-on, power-save-off, device-idle-off)

#98: +30s38ms to 98 (screen-on, power-save-off, device-idle-off)

  Discharge total time: 3h 5m 7s 600ms  (from 99 steps)

  Discharge screen on time: 3h 5m 7s 600ms  (from 99 steps)

Daily from 2024-03-15-20-56-53 to 2024-03-16-21-52-10:

 Discharge step durations:

  #0: +60s79ms to 95 (screen-on, power-save-off, device-idle-off)

  #1: +60s72ms to 96 (screen-on, power-save-off, device-idle-off)

  #2: +36s746ms to 97 (screen-on, power-save-off, device-idle-off)

  #3: +30s880ms to 98 (screen-on, power-save-off, device-idle-off)

  Discharge total time: 1h 18m 14s 400ms  (from 4 steps)

  Discharge screen on time: 1h 18m 14s 400ms  (from 4 steps)

 Package changes:

  Update com.sec.android.app.samsungapps vers=456906110

Update com.android.vending vers=83521930

Update com.android.vending vers=84001300

Update com.google.android.googlequicksearchbox vers=301197103

Update com.google.android.gms vers=240812009

Update com.google.android.webview vers=463807400

Update com.google.android.play.games vers=462430030

Update flipboard.app vers=5426

Update com.dsi.ant.service.socket vers=41800

Update com.telenav.app.android.cingular vers=8562968

Update com.google.android.apps.maps vers=1067423619

Update com.google.android.gm vers=64474431

Update com.google.android.youtube vers=1531305408

Update com.google.android.apps.magazines vers=2022178196

Update com.drivemode vers=10306106

Update com.dsi.ant.plugins.antplus vers=30640

Update com.sec.app.samsungprintservice vers=3870

Update com.google.android.apps.books vers=184886

Update com.android.chrome vers=524912610

Update com.google.android.marvin.talkback vers=60123270

Update com.yellowpages.android.ypmobile vers=10070200

Update com.att.android.mobile.attmessages vers=21900273

Update com.policydm vers=420200000

Update com.google.android.apps.plus vers=441268783

Update com.google.android.music vers=91131

Update com.asurion.android.mobilerecovery.att vers=2000000000

Update com.google.android.talk vers=27382049

Update com.sec.spp.push vers=341302200

Update com.google.android.videos vers=439163714

Update com.att.android.digitallocker vers=1705091343

Update com.google.android.apps.docs vers=213519688

Update flipboard.boxer.app vers=3189

Daily from 2014-05-28-02-03-29 to 2024-03-15-20-56-53:

Charge step durations:

#0: +1m42s980ms to 89 (screen-off, power-save-off, device-idle-off)

#1: +59s787ms to 88 (screen-off, power-save-off, device-idle-off)

#2: +1m17s204ms to 87 (screen-off, power-save-off, device-idle-off)

#3: +1m1s37ms to 86 (screen-off, power-save-off, device-idle-off)

#4: +1m2s306ms to 85 (screen-off, power-save-off, device-idle-off)

#5: +1m5s903ms to 84 (screen-off, power-save-off, device-idle-off)

#6: +45s774ms to 83 (screen-off, power-save-off, device-idle-off)

#7: +1m2s491ms to 82 (screen-off, power-save-off, device-idle-off)

#8: +1m3s58ms to 81 (screen-off, power-save-off, device-idle-off)

#9: +32s996ms to 80 (screen-off, power-save-off, device-idle-off)

#10: +59s307ms to 79 (screen-off, power-save-off, device-idle-off)

#11: +42s182ms to 78 (screen-off, power-save-off, device-idle-off)

#12: +60s996ms to 77 (screen-off, power-save-off, device-idle-off)

#13: +28s5ms to 76 (screen-off, power-save-off, device-idle-off)

#14: +60s7ms to 75 (screen-off, power-save-off, device-idle-off)

#15: +31s999ms to 74 (screen-off, power-save-off, device-idle-off)

#16: +59s997ms to 73 (screen-off, power-save-off, device-idle-off)

#17: +27s995ms to 72 (screen-off, power-save-off, device-idle-off)

#18: +60s0ms to 71 (screen-off, power-save-off, device-idle-off)

HW_00098587

#19: +31s950ms to 70 (screen-off, power-save-off, device-idle-off)

#20: +43s53ms to 69 (screen-off, power-save-off, device-idle-off)

#21: +45s1ms to 68 (screen-off, power-save-off, device-idle-off)

#22: +31s999ms to 67 (screen-off, power-save-off, device-idle-off)

#23: +28s4ms to 66 (screen-off, power-save-off, device-idle-off)

#24: +60s5ms to 65 (screen-off, power-save-off, device-idle-off)

#25: +32s977ms to 64 (screen-off, power-save-off, device-idle-off)

#26: +34s4ms to 63 (screen-off, power-save-off, device-idle-off)

#27: +25s991ms to 62 (screen-off, power-save-off, device-idle-off)

Charge total time: 1h 23m 9s 300ms  (from 28 steps)

Charge screen off time: 1h 23m 9s 300ms  (from 28 steps)

Statistics since last charge:

 System starts: 0, currently on battery: false

rawRealtime = 19780188 (ms)

Time on battery: 1h 0m 30s 15ms (95.0%) realtime, 1h 0m 4s 360ms (94.3%) uptime

Time on battery screen off: 49s 548ms (1.3%) realtime, 23s 889ms (0.6%) uptime

Total run time: 1h 3m 41s 991ms realtime, 1h 3m 16s 337ms uptime

Start clock time: 2024-03-22-14-21-34

Screen on: 59m 40s 467ms (98.6%) 4x, Interactive: 59m 38s 849ms (98.6%)

Screen brightnesses:

  dark 12m 34s 893ms (21.1%)

  dim 47m 5s 574ms (78.9%)

Total partial wakelock time: 4s 841ms

Mobile total received: 1017.68KB, sent: 544.22KB (packets received 1922, sent 2036)

Phone signal levels:

  poor 6m 17s 574ms (10.4%) 27x

  moderate 46m 49s 520ms (77.4%) 58x

  good 7m 22s 921ms (12.2%) 30x

Signal scanning time: 0ms

Radio types:

  lte 1h 0m 30s 15ms (100.0%) 0x

Mobile radio active time: 32m 47s 46ms (54.2%) 128x

Mobile radio active unknown time: 1m 13s 254ms (2.0%) 29x

HW_00098589

Mobile radio active adjusted time: 0ms (0.0%)

Wi-Fi total received: 0B, sent: 0B (packets received 0, sent 0)

Wifi on: 1h 0m 30s 15ms (100.0%), Wifi running: 1h 0m 30s 15ms (100.0%)

Wifi states: (no activity)

Wifi supplicant states:

  scanning 1h 0m 30s 15ms (100.0%) 0x

Wifi signal levels: (no activity)

WiFi Idle time: 0ms (--%)

WiFi Rx time:   0ms (--%)

WiFi Tx time:   0ms (--%)

WiFi Power drain: 0mAh

Bluetooth Idle time: 0ms (--%)

Bluetooth Rx time:   0ms (--%)

Bluetooth Tx time:   0ms (--%)

Bluetooth Power drain: 0mAh

Device battery use since last full charge

Amount discharged (lower bound): 7

Amount discharged (upper bound): 8

Amount discharged while screen on: 8

Amount discharged while screen off: 0

Estimated power use (mAh):

Capacity: 2800, Computed drain: 225, actual drain: 196-224

Screen: 116

Uid u0a201: 37.1 ( cpu=2.60 radio=34.5 )

Uid 1000: 14.0 ( cpu=12.6 wake=0.00433 radio=0.360 sensor=0.995 )

Uid u0a199: 9.77 ( cpu=0.616 radio=9.15 )

Uid u0a198: 8.80 ( cpu=4.96 radio=3.83 )

Uid 0: 7.61 ( cpu=4.31 wake=0.0318 radio=3.27 )

Cell standby: 7.09 ( radio=7.09 )

Uid u0a200: 5.32 ( cpu=0.270 radio=5.05 )

Uid u0a19: 3.18 ( cpu=0.433 wake=0.0000217 radio=2.75 )

Wifi: 3.08 ( cpu=0.0585 wifi=3.03 )

Uid u0a57: 2.22 ( cpu=2.22 )

Uid u0a203: 2.01 ( cpu=0.119 radio=1.89 )

Uid u0a112: 1.80 ( cpu=0.146 radio=1.65 )

Uid u0a39: 1.35 ( cpu=0.0680 radio=1.28 )

Uid u0a94: 0.901 ( cpu=0.186 radio=0.715 )

Uid u0a74: 0.769 ( cpu=0.767 wake=0.00240 sensor=0.000396 )

Uid 1001: 0.744 ( cpu=0.744 wake=0.000228 )

Uid u0a79: 0.583 ( cpu=0.428 radio=0.155 )

Uid u0a116: 0.492 ( cpu=0.0409 radio=0.452 )

Uid u0a120: 0.443 ( cpu=0.0479 radio=0.395 )

Uid u0a126: 0.315 ( cpu=0.0610 radio=0.254 )

Uid 1017: 0.0958 ( cpu=0.0958 )

Uid u0a6: 0.0874 ( cpu=0.0874 )

Uid 1006: 0.0801 ( cpu=0.0801 )

Uid u0a12: 0.0464 ( cpu=0.0464 )

Idle: 0.0427

Uid 1013: 0.0409 ( cpu=0.0409 )

Uid u0a181: 0.0369 ( cpu=0.0369 )

HW_00098592

Uid u0a18: 0.0353 ( cpu=0.0353 )

Uid u0a3: 0.0351 ( cpu=0.0351 )

Uid u0a85: 0.0322 ( cpu=0.0322 )

Bluetooth: 0.0266 ( cpu=0.0260 wake=0.000637 )

Uid 5004: 0.0208 ( cpu=0.0208 )

Uid u0a15: 0.0203 ( cpu=0.0203 )

Uid u0a46: 0.0172 ( cpu=0.0172 )

Uid u0a60: 0.0149 ( cpu=0.0149 )

Uid u0a48: 0.0133 ( cpu=0.0133 )

Uid u0a183: 0.0124 ( cpu=0.0124 )

Uid 1027: 0.0104 ( cpu=0.00996 wake=0.000442 )

Uid u0a153: 0.00896 ( cpu=0.00896 )

Uid u0a188: 0.00809 ( cpu=0.00809 )

Uid u0a16: 0.00568 ( cpu=0.00568 )

Uid u0a59: 0.00566 ( cpu=0.00566 )

Uid 5006: 0.00471 ( cpu=0.00471 )

Uid u0a185: 0.00387 ( cpu=0.00387 )

Uid u0a11: 0.00327 ( cpu=0.00327 )

Uid u0a10: 0.00321 ( cpu=0.00321 )

Uid 5005: 0.00309 ( cpu=0.00309 )

Uid u0a55: 0.00294 ( cpu=0.00294 )

Uid u0a25: 0.00273 ( cpu=0.00273 )

Uid u0a36: 0.00246 ( cpu=0.00246 )

Uid u0a178: 0.00203 ( cpu=0.00203 )

Uid u0a65: 0.00178 ( cpu=0.00178 )

Uid u0a77: 0.00172 ( cpu=0.00172 )

Uid u0a114: 0.00156 ( cpu=0.00156 )

Uid u0a43: 0.00155 ( cpu=0.00155 )

Uid 9999: 0.00123 ( cpu=0.00123 )

Uid u0a30: 0.000995 ( cpu=0.000995 )

Uid u0a71: 0.000935 ( cpu=0.000935 )

Uid 1999: 0.000858 ( cpu=0.000858 )

Uid u0a131: 0.000845 ( cpu=0.000845 )

Uid u0a5: 0.000709 ( cpu=0.000709 )

Uid u0a156: 0.000620 ( cpu=0.000620 )

Over-counted: 0.810 ( )

Per-app mobile ms per packet:

Uid u0a39: 924 (40 packets over 36s 954ms) 5x

Uid u0a201: 822 (1210 packets over 16m 34s 923ms) 112x

Uid u0a203: 586 (93 packets over 54s 490ms) 17x

Uid u0a120: 474 (24 packets over 11s 388ms) 2x

Uid u0a199: 446 (591 packets over 4m 23s 546ms) 30x

Uid 0: 426 (221 packets over 1m 34s 112ms) 43x

Uid u0a198: 364 (303 packets over 1m 50s 346ms) 18x

Uid u0a200: 297 (490 packets over 2m 25s 308ms) 13x

Uid u0a19: 262 (302 packets over 1m 19s 225ms) 20x

Uid 1000: 253 (41 packets over 10s 378ms) 3x

Uid u0a116: 200 (65 packets over 13s 6ms) 3x

Uid u0a112: 146 (326 packets over 47s 587ms) 1x

Uid u0a94: 146 (141 packets over 20s 582ms) 1x

Uid u0a126: 113 (65 packets over 7s 329ms) 1x

HW_00098595

Uid u0a79: 96.8 (46 packets over 4s 455ms) 2x

TOTAL TIME: 31m 33s 629ms (0.1%)

All kernel wake locks:

Kernel Wake lock PowerManagerService.Broadcasts: 10s 691ms (7 times) realtime

Kernel Wake lock bluesleep   : 7s 509ms (3 times) realtime

Kernel Wake lock nfc_wake_lock: 6s 168ms (3 times) realtime

Kernel Wake lock msm_serial_hs_dma: 6s 31ms (3 times) realtime

Kernel Wake lock PowerManagerService.WakeLocks: 4s 862ms (60 times) realtime

Kernel Wake lock msm_serial_hs_rx: 3s 578ms (6 times) realtime

Kernel Wake lock ssp_sensorhub_wake_lock: 3s 1ms (1 times) realtime

Kernel Wake lock PowerManagerService.Display: 1s 889ms (2 times) realtime

Kernel Wake lock bam_dmux_wakelock: 1s 406ms (2 times) realtime

Kernel Wake lock LightsService: 887ms (4 times) realtime

Kernel Wake lock KeyEvents   : 485ms (14 times) realtime

Kernel Wake lock resume_wakelock: 388ms (4 times) realtime

Kernel Wake lock event0-814  : 365ms (4 times) realtime

HW_00098596

Kernel Wake lock alarm        : 361ms (7 times) realtime

Kernel Wake lock event13-814 : 313ms (4 times) realtime

Kernel Wake lock event15-814 : 313ms (4 times) realtime

Kernel Wake lock event3-814  : 294ms (4 times) realtime

Kernel Wake lock wlan_wd_wake: 246ms (4 times) realtime

Kernel Wake lock vib_preset  : 153ms (2 times) realtime

Kernel Wake lock wlan_wake   : 80ms (4 times) realtime

Kernel Wake lock qmuxd_port_wl_0: 3ms (19 times) realtime

Kernel Wake lock smdcntl0     : 2ms (19 times) realtime

Kernel Wake lock smsm_snapshot: 2ms (3 times) realtime

Kernel Wake lock event2-814  : 1ms (3 times) realtime


All partial wake locks:

Wake lock u0a74 show keyguard: 1s 375ms (3 times) realtime

Wake lock 1000 pickup: 759ms (1 times) realtime

Wake lock 1000 *alarm*: 697ms (1 times) realtime

Wake lock 1000 ActivityManager-Sleep: 687ms (4 times) realtime

HW_00098597

Wake lock 1002 bluedroid_timer: 383ms (32 times) realtime

Wake lock 1027 NfcService:mRoutingWakeLock: 266ms (3 times) realtime

Wake lock 1000 VibratorService: 249ms (1 times) realtime

Wake lock 1001 RILJ0: 138ms (7 times) realtime

Wake lock 1000 WifiSuspend: 131ms (4 times) realtime

Wake lock u0a74 *alarm*: 69ms (2 times) realtime

Wake lock 1000 PhoneWindowManager.mPowerKeyWakeLock: 41ms (4 times) realtime

Wake lock 1000 motion_service: 35ms (4 times) realtime

Wake lock u0a19 NlpWakeLock: 10ms (3 times) realtime

Wake lock u0a19 Wakeful StateMachine: GeofencerStateMachine: 3ms (3 times) realtime

All wakeup reasons:

Wakeup reason 290:qpnp_kpdpwr_status:200:smd_dev:203:fc4281d0.qcom,mpm:222:fc4cf000.qcom,spmi: 141ms (2 times) realtime

Wakeup reason 626:SSP_Int:200:smd_dev:203:fc4281d0.qcom,mpm:240:msmgpio realtime

Wakeup reason unknown realtime

0:

HW_00098598

Mobile network: 11.54KB received, 6.30KB sent (packets 117 received, 104 sent)

Mobile radio active: 1m 34s 112ms (4.8%) 43x @ 426 mspp

Total cpu time: u=2s 480ms s=3m 47s 630ms p=0mAh

Proc irq/170-msm_sdc:

  CPU: 0ms usr + 30ms krn ; 0ms fg

Proc kworker/u:0H:

  CPU: 0ms usr + 26s 590ms krn ; 0ms fg

Proc kworker/3:2H:

  CPU: 0ms usr + 310ms krn ; 0ms fg

Proc kworker/3:1H:

  CPU: 430ms usr + 2s 910ms krn ; 0ms fg

Proc kworker/3:0H:

  CPU: 0ms usr + 2s 730ms krn ; 0ms fg

Proc kworker/0:2H:

  CPU: 0ms usr + 3s 410ms krn ; 0ms fg

Proc kworker/0:1H:

  CPU: 0ms usr + 1s 550ms krn ; 0ms fg

HW_00098599

Proc kworker/0:0H:

  CPU: 0ms usr + 1s 410ms krn ; 0ms fg

Proc edmaudit:

  CPU: 690ms usr + 940ms krn ; 0ms fg

Proc dhd_dpc:

  CPU: 0ms usr + 3s 590ms krn ; 0ms fg

Proc diag_uart_log:

  CPU: 50ms usr + 100ms krn ; 0ms fg

Proc wpa_supplicant:

  CPU: 2s 60ms usr + 1s 90ms krn ; 0ms fg

Proc ksoftirqd/3:

  CPU: 0ms usr + 30s 740ms krn ; 0ms fg

Proc ksoftirqd/0:

  CPU: 0ms usr + 33s 240ms krn ; 0ms fg

Proc mmcqd/0:

  CPU: 0ms usr + 20s 90ms krn ; 0ms fg

Proc dhd_watchdog_th:

CPU: 480ms usr + 0ms krn ; 0ms fg

Proc healthd:

  CPU: 190ms usr + 1s 80ms krn ; 0ms fg

Proc kworker/u:5:

  CPU: 0ms usr + 14s 950ms krn ; 0ms fg

Proc kworker/u:4:

  CPU: 0ms usr + 11s 80ms krn ; 0ms fg

Proc kworker/u:3:

  CPU: 0ms usr + 15s 840ms krn ; 0ms fg

Proc kworker/u:2:

  CPU: 0ms usr + 16s 510ms krn ; 0ms fg

Proc kworker/u:1:

  CPU: 0ms usr + 13s 440ms krn ; 0ms fg

Proc kworker/u:0:

  CPU: 0ms usr + 3s 520ms krn ; 0ms fg

Proc kworker/3:1:

  CPU: 60ms usr + 830ms krn ; 0ms fg

Proc kworker/0:3:

HW_00098601

CPU: 0ms usr + 2s 550ms krn ; 0ms fg

Proc kworker/0:2:

  CPU: 70ms usr + 4s 310ms krn ; 0ms fg

Proc kworker/0:1:

  CPU: 0ms usr + 5s 770ms krn ; 0ms fg

Proc kworker/0:0:

  CPU: 20ms usr + 6s 600ms krn ; 0ms fg

Proc installd:

  CPU: 0ms usr + 10ms krn ; 0ms fg

Proc kthreadd:

  CPU: 0ms usr + 970ms krn ; 0ms fg

Proc time_daemon:

  CPU: 0ms usr + 10ms krn ; 0ms fg

Proc mpdecision:

  CPU: 2s 280ms usr + 46s 690ms krn ; 0ms fg

Proc /init:

  CPU: 820ms usr + 1s 620ms krn ; 0ms fg

HW_00098602

Proc vold:

  CPU: 170ms usr + 330ms krn ; 0ms fg

Proc rild:

  CPU: 980ms usr + 1s 150ms krn ; 0ms fg

Proc netd:

  CPU: 300ms usr + 800ms krn ; 0ms fg

Proc lmkd:

  CPU: 90ms usr + 450ms krn ; 0ms fg

Proc imsd:

  CPU: 60ms usr + 160ms krn ; 0ms fg

Proc jbd2/mmcblk0p25:

  CPU: 0ms usr + 1s 500ms krn ; 0ms fg

Proc loc_launcher:

  CPU: 10ms usr + 0ms krn ; 0ms fg

Proc kswapd0:

  CPU: 0ms usr + 45s 970ms krn ; 0ms fg

Proc ueventd:

CPU: 110ms usr + 1s 20ms krn ; 0ms fg

Proc zygote:

CPU: 110ms usr + 930ms krn ; 0ms fg

Proc system:

CPU: 0ms usr + 340ms krn ; 0ms fg

Proc smdexe:

CPU: 20ms usr + 1s 360ms krn ; 0ms fg

Proc kauditd:

CPU: 0ms usr + 10ms krn ; 0ms fg

Proc irq/305-max7780:

CPU: 0ms usr + 30ms krn ; 0ms fg

Proc wl_event_handle:

CPU: 0ms usr + 400ms krn ; 0ms fg

Proc cfinteractive:

CPU: 0ms usr + 6s 210ms krn ; 0ms fg

Proc mdss_fb0:

CPU: 0ms usr + 7s 570ms krn ; 0ms fg

Proc auditd:

  CPU: 10ms usr + 30ms krn ; 0ms fg

Proc sync_supers:

  CPU: 70ms usr + 0ms krn ; 0ms fg

Proc irq/33-cpubw_hw:

  CPU: 0ms usr + 13s 140ms krn ; 0ms fg

Proc irq/256-msm_sdc:

  CPU: 0ms usr + 30ms krn ; 0ms fg

Proc flush-179:0:

  CPU: 0ms usr + 800ms krn ; 0ms fg

Proc rmt_storage:

  CPU: 0ms usr + 70ms krn ; 0ms fg

Proc thermal-engine:

  CPU: 0ms usr + 20ms krn ; 0ms fg

Proc com.google.android.googlequicksearchbox:

  CPU: 0ms usr + 30ms krn ; 0ms fg

Proc irq/628-synapti:

  CPU: 0ms usr + 250ms krn ; 0ms fg

HW_00098605

Proc boost_sync/3:

  CPU: 0ms usr + 5s 460ms krn ; 0ms fg

Proc boost_sync/2:

  CPU: 0ms usr + 230ms krn ; 0ms fg

Proc boost_sync/1:

  CPU: 0ms usr + 80ms krn ; 0ms fg

Proc boost_sync/0:

  CPU: 0ms usr + 5s 520ms krn ; 0ms fg

Proc spi32765:

  CPU: 0ms usr + 10s 260ms krn ; 0ms fg

Proc irq/626-SSP_Int:

  CPU: 0ms usr + 11s 660ms krn ; 0ms fg

1000:

  Mobile network: 4.37KB received, 21.81KB sent (packets 11 received, 30 sent)

  Mobile radio active: 10s 378ms (0.5%) 3x @ 253 mspp

  User activity: 10 other, 17 touch

  Wake lock ActivityManager-Sleep: 687ms partial (4 times) realtime

HW_00098606

Wake lock WifiSuspend: 131ms partial (4 times) realtime

Wake lock TimaService realtime

Wake lock *alarm*: 697ms partial (1 times) realtime

Wake lock *job*/android/com.android.server.os.BackgroundCompactionService realtime

Wake lock ImsService realtime

Wake lock PhoneWindowManager.mPowerKeyWakeLock: 41ms partial (4 times) realtime

Wake lock SmartFaceService realtime

Wake lock VibratorService: 249ms partial (1 times) realtime

Wake lock NetworkStats realtime

Wake lock diagnostics.client.wakelock realtime

Wake lock motion_service: 35ms partial (4 times) realtime

Wake lock pickup: 759ms partial (1 times) realtime

TOTAL wake: 2s 599ms partial realtime

Job android/com.android.server.os.BackgroundCompactionService: 201ms realtime (4 times)

Camera: 10s 398ms realtime (7 times)

Sensor 0: 59m 35s 342ms realtime (4 times)

Sensor 6: 59m 41s 842ms realtime (8 times)

Vibrator: 1s 745ms realtime (25 times)

Foreground for: 1h 0m 30s 15ms

Total cpu time: u=4m 33s 570ms s=6m 41s 750ms p=0mAh

Proc com.sec.knox.switcher:

  CPU: 0ms usr + 10ms krn ; 0ms fg

  1 starts

Proc diagandroid.iqd:

  CPU: 100ms usr + 810ms krn ; 0ms fg

Proc servicemanager:

  CPU: 3s 480ms usr + 8s 320ms krn ; 0ms fg

Proc com.wssnps:

  CPU: 10ms usr + 40ms krn ; 0ms fg

  1 starts

Proc vpnclientd:

  CPU: 10ms usr + 30ms krn ; 0ms fg

Proc com.android.settings:

  CPU: 70ms usr + 190ms krn ; 0ms fg

Proc com.ws.dm:

  CPU: 400ms usr + 650ms krn ; 0ms fg

  1 starts

Proc com.samsung.ucs.ucspinpad:

  CPU: 0ms usr + 10ms krn ; 0ms fg

Proc com.sec.android.inputmethod:

  CPU: 280ms usr + 1s 50ms krn ; 0ms fg

Proc otp_server:

  CPU: 0ms usr + 10ms krn ; 0ms fg

Proc com.sec.imsservice:

  CPU: 3s 250ms usr + 4s 970ms krn ; 0ms fg

Proc surfaceflinger:

  CPU: 2m 23s 20ms usr + 4m 46s 220ms krn ; 0ms fg

Proc sensorhubservice:

  CPU: 0ms usr + 250ms krn ; 0ms fg

Proc com.samsung.android.smartface:

  CPU: 1s 500ms usr + 340ms krn ; 0ms fg

  1 starts

HW_00098609

Proc com.samsung.SMT:

  CPU: 10ms usr + 40ms krn ; 0ms fg

Proc system:

  CPU: 2m 13s 620ms usr + 2m 2s 280ms krn ; 0ms fg

Proc com.sec.imsservice:ConfigService:

  CPU: 0ms usr + 20ms krn ; 0ms fg

Proc com.ipsec.service:

  CPU: 0ms usr + 10ms krn ; 0ms fg

Proc com.sec.android.app.popupuireceiver:

  CPU: 180ms usr + 210ms krn ; 0ms fg

  1 starts

Proc com.sec.sve:

  CPU: 0ms usr + 10ms krn ; 0ms fg

Proc vcsFPService:

  CPU: 10ms usr + 130ms krn ; 0ms fg

Proc com.samsung.android.MtpApplication:

  CPU: 60ms usr + 160ms krn ; 0ms fg



1 starts

Proc com.sec.android.Kies:

 CPU: 0ms usr + 0ms krn ; 0ms fg

 1 starts

Proc audiod:

 CPU: 0ms usr + 10ms krn ; 0ms fg

Proc com.samsung.ucs.agent.boot:

 CPU: 0ms usr + 20ms krn ; 0ms fg

Proc ss_conn_daemon:

 CPU: 0ms usr + 10ms krn ; 0ms fg

Proc com.sec.vsimservice:

 CPU: 20ms usr + 40ms krn ; 0ms fg

Proc com.qualcomm.telephony:

 CPU: 10ms usr + 0ms krn ; 0ms fg

 1 starts

Proc com.sec.android.app.wfdbroker:

 CPU: 0ms usr + 10ms krn ; 0ms fg

Proc ATFWD-daemon:

CPU: 0ms usr + 10ms krn ; 0ms fg

Apk com.sec.imsservice:

Wakeup alarm *walarm*:com.sec.internal.ims.imsservice.alarmmanager: 6 times

Apk com.samsung.android.smartface:

Service com.samsung.android.smartface.SmartFaceServiceStarter:

Created for: 43m 33s 2ms uptime

Starts: 1, launches: 2

Apk android:

Wakeup alarm *walarm*:android.service.action.WAKEUP: 1 times

Service com.android.server.os.BackgroundCompactionService:

Created for: 0ms uptime

Starts: 0, launches: 4

Apk com.sec.android.app.popupuireceiver:

Service com.sec.android.app.popupuireceiver.PopupuiService:

Created for: 4s 376ms uptime

Starts: 1, launches: 1

Apk com.samsung.android.MtpApplication:

Service com.samsung.android.MtpApplication.MtpService:

Created for: 0ms uptime

Starts: 1, launches: 1

1001:

Wake lock *alarm* realtime

Wake lock RILJ0: 138ms partial (7 times) realtime

TOTAL wake: 138ms partial realtime

Foreground for: 1h 0m 30s 15ms

Total cpu time: u=17s 210ms s=22s 510ms p=0mAh

Proc com.android.phone:

CPU: 13s 650ms usr + 16s 150ms krn ; 0ms fg

Proc com.sec.phone:

CPU: 0ms usr + 10ms krn ; 0ms fg

Proc qmuxd:

CPU: 400ms usr + 770ms krn ; 0ms fg

1002:

Wake lock *alarm* realtime

Wake lock bluedroid_timer: 383ms partial (32 times) realtime

TOTAL wake: 383ms partial realtime

Foreground for: 1h 0m 30s 15ms

Total cpu time: u=450ms s=900ms p=0mAh

Proc com.android.bluetooth:

  CPU: 410ms usr + 820ms krn ; 0ms fg

Apk com.android.bluetooth:

  Wakeup alarm *walarm*:com.android.bluetooth.btservice.action.ALARM_WAKEUP: 4 times

1006:

  Total cpu time: u=680ms s=3s 680ms p=0mAh

  Proc mm-qcamera-daemon:

  CPU: 560ms usr + 3s 170ms krn ; 0ms fg

1010:

  Total cpu time: u=2s 80ms s=1s 110ms p=0mAh

  (nothing executed)

1013:

  Total cpu time: u=610ms s=1s 580ms p=0mAh

HW_00098614

Proc mediaserver:

CPU: 340ms usr + 1s 570ms krn ; 0ms fg

Proc adsprpcd:

CPU: 10ms usr + 0ms krn ; 0ms fg

1017:

Total cpu time: u=1s 580ms s=3s 430ms p=0mAh

Proc keystore:

CPU: 1s 640ms usr + 3s 500ms krn ; 0ms fg

1027:

Wake lock NfcService:mRoutingWakeLock: 266ms partial (3 times) realtime

Foreground for: 1h 0m 30s 15ms

Total cpu time: u=180ms s=350ms p=0mAh

Proc com.android.nfc:

CPU: 160ms usr + 290ms krn ; 0ms fg

1999:

Total cpu time: u=10ms s=40ms p=0mAh

(nothing executed)

5003:

  Foreground for: 1h 0m 30s 15ms

5004:

  Foreground for: 30m 10s 913ms

  Active for: 30m 11s 477ms

  Running for: 1h 0m 30s 15ms

  Total cpu time: u=450ms s=610ms p=0mAh

  Proc com.sec.face:FaceProvider:

    CPU: 90ms usr + 170ms krn ; 0ms fg

    2 starts

  Proc com.samsung.dcm:DCMService:

    CPU: 30ms usr + 80ms krn ; 0ms fg

    1 starts

5005:

  Foreground for: 1h 0m 30s 15ms

  Total cpu time: u=60ms s=90ms p=0mAh

  Proc com.samsung.android.app.FileShareServer:

CPU: 0ms usr + 10ms krn ; 0ms fg

1 starts

5006:

Foreground for: 1h 0m 30s 15ms

Total cpu time: u=10ms s=80ms p=0mAh

Proc com.samsung.android.beaconmanager:

CPU: 10ms usr + 70ms krn ; 0ms fg

5009:

Foreground for: 1h 0m 30s 15ms

5010:

Foreground for: 1h 0m 30s 15ms

9999:

Total cpu time: u=0ms s=70ms p=0mAh

(nothing executed)

u0a2:

Foreground for: 1h 0m 30s 15ms

u0a3:

Foreground for: 1h 0m 30s 15ms

Total cpu time: u=900ms s=1s 10ms p=0mAh

Proc com.smlds:

    CPU: 200ms usr + 440ms krn ; 0ms fg

    2 starts

u0a5:

  Foreground for: 31m 9s 477ms

  Running for: 1h 0m 30s 15ms

  Total cpu time: u=0ms s=10ms p=0mAh

  Proc com.sec.android.provider.badge:

    CPU: 0ms usr + 10ms krn ; 0ms fg

u0a6:

  Foreground for: 41m 34s 416ms

  Active for: 1h 0m 30s 15ms

  Total cpu time: u=2s 390ms s=2s 380ms p=0mAh

  Proc android.process.acore:

    CPU: 2s 170ms usr + 2s 110ms krn ; 0ms fg

  Proc com.android.calllogbackup:

CPU: 0ms usr + 10ms krn ; 0ms fg

Proc com.android.contacts:

CPU: 230ms usr + 220ms krn ; 0ms fg

u0a8:

Foreground for: 1h 0m 30s 15ms

u0a9:

Foreground for: 1h 0m 30s 15ms

u0a10:

Foreground for: 1h 0m 30s 15ms

Total cpu time: u=0ms s=160ms p=0mAh

Proc com.samsung.android.providers.context:

CPU: 0ms usr + 140ms krn ; 0ms fg

u0a11:

Foreground for: 34m 43s 488ms

Active for: 34m 43s 510ms

Running for: 1h 0m 30s 15ms

Total cpu time: u=70ms s=90ms p=0mAh

HW_00098619

Proc com.android.defcontainer:

CPU: 40ms usr + 50ms krn ; 0ms fg

1 starts

Apk com.android.defcontainer:

Service com.android.defcontainer.DefaultContainerService:

Created for: 0ms uptime

Starts: 0, launches: 2

u0a12:

Foreground for: 3s 456ms

Active for: 1h 0m 30s 15ms

Total cpu time: u=1s 640ms s=890ms p=0mAh

Proc com.att.android.digitallocker:

CPU: 160ms usr + 120ms krn ; 0ms fg

2 starts

u0a14:

Foreground for: 1h 0m 30s 15ms

u0a15:

HW_00098620

Wake lock *alarm* realtime

Wake lock com.cequint.hs.client.utils.PhoneUtils realtime

Wake lock wake:com.cequint.ecid/com.cequint.hs.client.modules.ims.IMSIntentService realtime

Foreground for: 40m 39s 445ms

Active for: 40m 42s 338ms

Running for: 1h 0m 30s 15ms

Total cpu time: u=560ms s=540ms p=0mAh

Proc com.cequint.ecid:com.ims.process:

  CPU: 10ms usr + 20ms krn ; 0ms fg

  1 starts

Proc com.cequint.ecid:

  CPU: 0ms usr + 0ms krn ; 0ms fg

  1 starts

Apk com.cequint.ecid:

  Wakeup alarm *walarm*:android.intent.action.VIEW: 1 times

  Wakeup alarm *walarm*:com.cequint.ecid.ims.SEND_NOTIFICATION_REGID: 1 times

  Service com.cequint.hs.client.modules.gcm.GcmIntentService:

    Created for: 1s 225ms uptime

Starts: 1, launches: 1

Service com.cequint.hs.client.modules.ims.IMSNotificationService:

Created for: 1m 45s 929ms uptime

Starts: 1, launches: 1

Service com.cequint.hs.client.modules.ims.IMSIntentService:

Created for: 32ms uptime

Starts: 1, launches: 1

Service com.cequint.hs.client.backend.ShellService:

Created for: 1s 953ms uptime

Starts: 1, launches: 1

u0a16:

Active for: 176ms

Running for: 1h 0m 30s 15ms

Total cpu time: u=160ms s=100ms p=0mAh

Proc com.sec.android.app.launcher:

CPU: 160ms usr + 110ms krn ; 0ms fg

u0a17:

Foreground for: 1h 0m 30s 15ms

u0a18:

Wake lock *job*/com.sec.android.app.samsungapps/.jobscheduling.PollJobService realtime

Job com.sec.android.app.samsungapps/.jobscheduling.PollJobService: 1s 356ms realtime (1 times)

Foreground for: 58m 42s 868ms

Active for: 58m 44s 53ms

Running for: 1h 0m 30s 15ms

Total cpu time: u=1s 310ms s=700ms p=0mAh

Proc com.sec.android.app.samsungapps:

CPU: 0ms usr + 0ms krn ; 0ms fg

1 starts

Apk com.sec.android.app.samsungapps:

Service com.sec.android.app.samsungapps.jobscheduling.PollJobService:

Created for: 0ms uptime

Starts: 0, launches: 1

u0a19:

Mobile network: 24.99KB received, 47.44KB sent (packets 143 received, 159 sent)

Mobile radio active: 1m 19s 225ms (4.0%) 20x @ 262 mspp

Wake lock
*gms_scheduler*/com.google.android.gms/.gcm.HeartbeatAlarm$ConnectionInfoPersistService realtime

Wake lock
*gms_scheduler*/com.google.android.gms/.semanticlocationhistory.deidentifieddata.uploads.BatchDeiden
tifiedDataUploadService realtime

Wake lock *gms_scheduler*/com.google.android.gms/.auth.account.be.accountstate.GcmTaskService
realtime

Wake lock NlpWakeLock: 10ms partial (3 times) realtime

Wake lock *gms_scheduler*/com.google.android.gms/.stats.PlatformStatsCollectorService realtime

Wake lock *gms_scheduler*:internal realtime

Wake lock *alarm* realtime

Wake lock Wakeful StateMachine: GeofencerStateMachine: 3ms partial (3 times) realtime

Wake lock GCM_WORK realtime

Wake lock GCM_READ realtime

Wake lock GCM_HB_ALARM realtime

Wake lock Icing realtime

Wake lock
*gms_scheduler*/com.google.android.gms/.semanticlocationhistory.deidentifieddata.storevisits.StoreVisits
ProcessingService realtime

Wake lock *gms_scheduler*/com.google.android.gms/.ipa.base.IpaGcmTaskService realtime

Wake lock *gms_scheduler*/com.google.android.gms/.clearcut.uploader.QosUploaderService realtime

TOTAL wake: 13ms partial realtime

Foreground for: 1h 0m 30s 15ms

Total cpu time: u=12s 340ms s=10s 790ms p=0mAh

Proc com.google.process.gapps:

  CPU: 0ms usr + 30ms krn ; 0ms fg

  1 starts

Proc com.google.android.gms:

  CPU: 3s 800ms usr + 4s 330ms krn ; 0ms fg

Proc com.google.android.gms.persistent:

  CPU: 7s 810ms usr + 5s 820ms krn ; 0ms fg

Apk com.google.android.gms:

  Wakeup alarm *walarm*:com.google.android.gms.gcm.HEARTBEAT_ALARM: 14 times

  Service com.google.android.gms.ipa.base.IpaGcmTaskService:

    Created for: 0ms uptime

    Starts: 0, launches: 1

  Service com.google.android.gms.ads.identifier.service.AdvertisingIdService:

    Created for: 0ms uptime

HW_00098625

Starts: 0, launches: 20

Service com.google.android.gms.wearable.service.WearableControlService:

Created for: 61ms uptime

Starts: 2, launches: 2

Service com.google.android.gms.checkin.CheckinApiService:

Created for: 0ms uptime

Starts: 0, launches: 3

Service com.google.android.gms.icing.service.IndexService:

Created for: 0ms uptime

Starts: 0, launches: 1

Service com.google.android.gms.gcm.PushMessagingRegistrarProxy:

Created for: 32ms uptime

Starts: 1, launches: 7

Service com.google.android.gms.auth.account.be.accountstate.GcmTaskService:

Created for: 0ms uptime

Starts: 0, launches: 1

Service com.google.android.gms.chimera.GmsInternalBoundBrokerService:

Created for: 0ms uptime

Starts: 0, launches: 1

Service com.google.android.gms.auth.account.authenticator.GoogleAccountAuthenticatorService:

Created for: 0ms uptime

Starts: 0, launches: 3

Service com.google.android.gms.lockbox.service.LockboxBrokerService:

Created for: 0ms uptime

Starts: 0, launches: 2

Service com.google.android.gms.stats.PlatformStatsCollectorService:

Created for: 0ms uptime

Starts: 0, launches: 1

Service com.google.android.gms.stats.service.DropBoxEntryAddedService:

Created for: 427ms uptime

Starts: 7, launches: 7

Service com.google.android.gms.auth.GetToken:

Created for: 0ms uptime

Starts: 0, launches: 5

Service com.google.android.location.reporting.service.ReportingAndroidService:

HW_00098627

Created for: 0ms uptime

Starts: 0, launches: 2

Service com.google.android.gms.gcm.HeartbeatAlarm$ConnectionInfoPersistService:

Created for: 0ms uptime

Starts: 0, launches: 1

Service com.google.android.gms.icing.service.IndexWorkerService:

Created for: 1s 445ms uptime

Starts: 2, launches: 2

Service com.google.android.gms.chimera.PersistentIntentOperationService:

Created for: 42s 867ms uptime

Starts: 6, launches: 6

Service com.google.android.gms.chimera.GmsIntentOperationService:

Created for: 1m 44s 925ms uptime

Starts: 14, launches: 14

Service com.google.android.gms.clearcut.uploader.QosUploaderService:

Created for: 0ms uptime

Starts: 0, launches: 2

Service com.google.android.gms.gcm.http.GoogleHttpService:

Created for: 0ms uptime

Starts: 0, launches: 2

Service com.google.android.gms.chimera.GmsApiService:

Created for: 112ms uptime

Starts: 2, launches: 1

Service com.google.android.gms.chimera.GmsBoundBrokerService:

Created for: 253ms uptime

Starts: 4, launches: 6

Service com.google.android.gms.chimera.PersistentBoundBrokerService:

Created for: 0ms uptime

Starts: 0, launches: 1

Service com.google.android.gms.chimera.PersistentApiService:

Created for: 0ms uptime

Starts: 0, launches: 5

Service com.google.android.gms.fitness.service.recording.FitRecordingBroker:

Created for: 97ms uptime

Starts: 2, launches: 2

Service com.google.android.gms.measurement.service.MeasurementBrokerService:

Created for: 0ms uptime

Starts: 0, launches: 1

Service com.google.android.gms.icing.service.AppIndexingService:

Created for: 0ms uptime

Starts: 0, launches: 1

u0a21:

Foreground for: 1h 0m 30s 15ms

u0a22:

Foreground for: 1h 0m 30s 15ms

u0a23:

Foreground for: 1h 0m 30s 15ms

u0a25:

Foreground for: 44m 3s 591ms

Active for: 44m 3s 931ms

Running for: 1h 0m 30s 15ms

Total cpu time: u=80ms s=60ms p=0mAh

Proc com.sec.android.service.health:

  CPU: 0ms usr + 0ms krn ; 0ms fg

  1 starts

u0a27:

  Running for: 1h 0m 30s 15ms

  Proc com.samsung.klmsagent:

  CPU: 10ms usr + 0ms krn ; 0ms fg

u0a28:

  Foreground for: 1h 0m 30s 15ms

u0a30:

  Running for: 1h 0m 30s 15ms

  Total cpu time: u=0ms s=20ms p=0mAh

  Proc com.android.managedprovisioning:

  CPU: 0ms usr + 10ms krn ; 0ms fg

u0a35:

  Foreground for: 1h 0m 30s 15ms

u0a36:

Foreground for: 27s 108ms

Active for: 1h 0m 30s 15ms

Total cpu time: u=70ms s=30ms p=0mAh

Proc com.sec.android.pagebuddynotisvc:

  CPU: 0ms usr + 10ms krn ; 0ms fg

  1 starts

u0a39:

  Mobile network: 2.43KB received, 4.88KB sent (packets 19 received, 21 sent)

  Mobile radio active: 36s 954ms (1.9%) 5x @ 924 mspp

    Wake lock *job*/com.android.vending/com.google.android.finsky.scheduler.process.mainimpl.PhoneskyJobServiceMain realtime

    Job com.android.vending/com.google.android.finsky.scheduler.process.mainimpl.PhoneskyJobServiceMain: 1s 317ms realtime (6 times)

  Foreground for: 1h 0m 30s 15ms

  Total cpu time: u=1s 430ms s=2s 270ms p=0mAh

  Proc com.android.vending:background:

  CPU: 10ms usr + 30ms krn ; 0ms fg

  1 starts

Proc com.android.vending:

CPU: 500ms usr + 1s 510ms krn ; 0ms fg

Apk com.android.vending:

Service com.google.android.finsky.developergroupidinfo.DeveloperGroupIdInfoService:

Created for: 0ms uptime

Starts: 0, launches: 1

Service com.google.android.finsky.scheduler.process.mainimpl.PhoneskyJobServiceMain:

Created for: 0ms uptime

Starts: 0, launches: 6

u0a42:

Foreground for: 1h 0m 30s 15ms

u0a43:

Active for: 1h 0m 30s 15ms

Total cpu time: u=10ms s=30ms p=0mAh

Proc com.visionobjects.resourcemanager:

CPU: 0ms usr + 30ms krn ; 0ms fg

u0a44:

Foreground for: 1h 0m 30s 15ms

u0a46:

Foreground for: 1h 0m 30s 15ms

Total cpu time: u=580ms s=320ms p=0mAh

Proc com.sec.android.app.shealth:remote:

CPU: 0ms usr + 50ms krn ; 0ms fg

1 starts

Apk com.sec.android.app.shealth:

Service com.samsung.android.service.health.HealthService:

Created for: 0ms uptime

Starts: 0, launches: 1

Service com.samsung.android.app.shealth.sensor.sdk.accessory.background.BtBackgroundService:

Created for: 234ms uptime

Starts: 1, launches: 1

u0a47:

Foreground for: 1h 0m 30s 15ms

u0a48:

HW_00098634

Foreground for: 1s 202ms

Active for: 1h 0m 30s 15ms

Total cpu time: u=500ms s=250ms p=0mAh

Proc com.sec.spp.push:

  CPU: 10ms usr + 10ms krn ; 0ms fg

  1 starts

Apk com.sec.spp.push:

  Service com.sec.spp.push.monitor.SystemStateMonitorService:

    Created for: 63ms uptime

    Starts: 1, launches: 1

u0a52:

  Foreground for: 1h 0m 30s 15ms

u0a55:

  Foreground for: 29m 56s 22ms

  Active for: 29m 56s 293ms

  Running for: 1h 0m 30s 15ms

  Total cpu time: u=50ms s=110ms p=0mAh

  Proc com.sec.android.app.music:service:

CPU: 40ms usr + 40ms krn ; 0ms fg

1 starts

u0a56:

Foreground for: 1h 0m 30s 15ms

u0a57:

Foreground activities: 59m 29s 551ms realtime (4 times)

Foreground for: 1h 0m 30s 15ms

Total cpu time: u=57s 40ms s=1m 1s 650ms p=0mAh

Proc com.sec.android.app.popupcalculator:

CPU: 56s 180ms usr + 1m 0s 410ms krn ; 1m 48s 910ms fg

u0a58:

Foreground for: 1h 0m 30s 15ms

u0a59:

Wake lock MediaScannerService realtime

Foreground for: 31ms

Active for: 1s 699ms

Running for: 1h 0m 30s 15ms

Total cpu time: u=90ms s=190ms p=0mAh

Proc android.process.media:

  CPU: 90ms usr + 170ms krn ; 0ms fg

Apk com.android.providers.media:

  Service com.android.providers.media.MediaScannerService:

    Created for: 529ms uptime

    Starts: 1, launches: 1

  Service com.android.providers.media.MtpService:

    Created for: 0ms uptime

    Starts: 1, launches: 1

u0a60:

  Foreground for: 5m 29s 848ms

  Active for: 5m 31s 156ms

  Running for: 1h 0m 30s 15ms

  Total cpu time: u=350ms s=410ms p=0mAh

  Proc com.sec.android.gallery3d:

  CPU: 50ms usr + 60ms krn ; 0ms fg

2 starts

u0a62:

  Foreground for: 1h 0m 30s 15ms

u0a63:

  Foreground for: 1h 0m 30s 15ms

u0a64:

  Foreground for: 1h 0m 30s 15ms

u0a65:

  Foreground for: 30m 9s 439ms

  Active for: 30m 9s 480ms

  Running for: 1h 0m 30s 15ms

  Total cpu time: u=20ms s=0ms p=0mAh

  Proc com.sec.android.app.videoplayer:

   CPU: 20ms usr + 0ms krn ; 0ms fg

  Apk com.sec.android.app.videoplayer:

   Service com.sec.android.app.videoplayer.videowall.TranscodeService:

    Created for: 0ms uptime

Starts: 1, launches: 1

u0a68:

  Foreground for: 1h 0m 30s 15ms

u0a70:

  Foreground for: 1h 0m 30s 15ms

u0a71:

  Foreground for: 1h 0m 30s 15ms

  Total cpu time: u=0ms s=30ms p=0mAh

  Proc com.sec.smartcard.manager:

    CPU: 0ms usr + 30ms krn ; 0ms fg

u0a74:

  User activity: 68 other

  Wake lock *alarm*: 69ms partial (2 times) realtime

  Wake lock VibratorService realtime

  Wake lock show keyguard: 1s 375ms partial (3 times) realtime

  TOTAL wake: 1s 444ms partial realtime

  Sensor 0: 5s 704ms realtime (3 times)

  Foreground for: 1h 0m 30s 15ms

HW_00098639

Total cpu time: u=26s 110ms s=14s 830ms p=0mAh

Proc com.android.systemui:

  CPU: 24s 980ms usr + 13s 940ms krn ; 0ms fg

Proc com.android.systemui.recents:

  CPU: 30ms usr + 230ms krn ; 0ms fg

Proc com.android.systemui.imagewallpaper:

  CPU: 10ms usr + 20ms krn ; 0ms fg

Apk com.android.systemui:

  Wakeup alarm
*walarm*:com.android.internal.policy.impl.PhoneWindowManager.DELAYED_KEYGUARD: 4 times

 u0a77:

  Foreground for: 30m 9s 948ms

  Active for: 30m 10s 5ms

  Running for: 1h 0m 30s 15ms

  Total cpu time: u=20ms s=70ms p=0mAh

  Proc com.sec.app.TransmitPowerService:

  CPU: 0ms usr + 10ms krn ; 0ms fg

  1 starts

Apk com.sec.app.TransmitPowerService:

  Service com.sec.app.TransmitPowerService.RequestService:

   Created for: 25ms uptime

   Starts: 1, launches: 1

u0a79:

  Mobile network: 8.14KB received, 14.25KB sent (packets 21 received, 25 sent)

  Mobile radio active: 4s 455ms (0.2%) 2x @ 96.8 mspp

  Wake lock WorkManager:TikTokListenableWorker startWork ->
com.google.apps.tiktok.sync.impl.workmanager.SyncWorker startWork() ->
com.google.apps.tiktok.sync.impl.workmanager.SyncWorker startWork() -> NoAccountWorkerFactory
startWork() realtime

  Foreground for: 1h 0m 30s 15ms

  Total cpu time: u=11s 410ms s=11s 440ms p=0mAh

  Proc com.google.android.googlequicksearchbox:interactor:

   CPU: 10ms usr + 70ms krn ; 0ms fg

  Proc com.google.android.googlequicksearchbox:search:

   CPU: 12s 100ms usr + 11s 810ms krn ; 0ms fg

  Proc com.google.android.googlequicksearchbox:

   CPU: 0ms usr + 10ms krn ; 0ms fg

HW_00098641

u0a85:

Active for: 416ms

Running for: 1h 0m 30s 15ms

Total cpu time: u=310ms s=160ms p=0mAh

Proc com.sec.android.widgetapp.ap.hero.accuweather:

CPU: 310ms usr + 160ms krn ; 0ms fg

u0a90:

Foreground for: 1h 0m 30s 15ms

u0a94:

Mobile network: 39.45KB received, 20.69KB sent (packets 64 received, 77 sent)

Mobile radio active: 20s 582ms (1.0%) 1x @ 146 mspp

Foreground for: 1h 0m 30s 15ms

Total cpu time: u=3s 760ms s=2s 670ms p=0mAh

Proc com.android.chrome:sandboxed_process0:

CPU: 0ms usr + 0ms krn ; 0ms fg

1 starts

Proc com.android.chrome:

HW_00098642

CPU: 20ms usr + 30ms krn ; 0ms fg

1 starts

Proc com.android.chrome:privileged_process0:

CPU: 0ms usr + 0ms krn ; 0ms fg

1 starts

Apk com.android.chrome:

Service org.chromium.chrome.browser.customtabs.CustomTabsConnectionService:

Created for: 0ms uptime

Starts: 0, launches: 1

Service org.chromium.content.app.PrivilegedProcessService0:

Created for: 0ms uptime

Starts: 0, launches: 1

Service org.chromium.content.app.SandboxedProcessService0:

Created for: 0ms uptime

Starts: 0, launches: 1

u0a103:

Foreground for: 1h 0m 30s 15ms

u0a105:

HW_00098643

Foreground for: 1h 0m 30s 15ms

u0a108:

Foreground for: 1h 0m 30s 15ms

u0a112:

Mobile network: 81.80KB received, 27.08KB sent (packets 136 received, 190 sent)

Mobile radio active: 47s 587ms (2.4%) 1x @ 146 mspp

Wake lock *job*/flipboard.app/com.google.android.datatransport.runtime.scheduling.jobscheduling.JobInfoScheduler Service realtime

Wake lock GOOGLE_C2DM realtime

Wake lock wake:com.google.firebase.iid.WakeLockHolder realtime

Job flipboard.app/com.google.android.datatransport.runtime.scheduling.jobscheduling.JobInfoSchedulerServi ce: 2s 369ms realtime (1 times)

Foreground for: 58m 59s 604ms

Active for: 59m 9s 23ms

Running for: 1h 0m 30s 15ms

Total cpu time: u=5s 60ms s=2s 600ms p=0mAh

Proc flipboard.app:

CPU: 0ms usr + 0ms krn ; 0ms fg

HW_00098644

1 starts

Apk flipboard.app:

Service com.google.firebase.sessions.SessionLifecycleService:

Created for: 0ms uptime

Starts: 0, launches: 1

Service flipboard.fcm.FlipboardFcmMessagingService:

Created for: 175ms uptime

Starts: 1, launches: 1

Service com.google.android.datatransport.runtime.scheduling.jobscheduling.JobInfoSchedulerService:

Created for: 0ms uptime

Starts: 0, launches: 1

u0a113:

Foreground for: 1h 0m 30s 15ms

u0a114:

Foreground for: 44m 3s 743ms

Active for: 44m 3s 802ms

Running for: 1h 0m 30s 15ms

HW_00098645

Total cpu time: u=30ms s=50ms p=0mAh

Proc com.samsung.android.app.watchmanagerstub:

  CPU: 0ms usr + 10ms krn ; 0ms fg

  1 starts

u0a115:

  Foreground for: 1h 0m 30s 15ms

u0a116:

  Mobile network: 8.50KB received, 14.10KB sent (packets 31 received, 34 sent)

  Mobile radio active: 13s 6ms (0.7%) 3x @ 200 mspp

  Foreground for: 41m 34s 350ms

  Running for: 1h 0m 30s 15ms

  Total cpu time: u=930ms s=1s 350ms p=0mAh

  Proc com.google.android.gm:

    CPU: 1s 40ms usr + 1s 470ms krn ; 0ms fg

u0a118:

  Foreground for: 1h 0m 30s 15ms

u0a120:

HW_00098646

Mobile network: 6.39KB received, 1.58KB sent (packets 12 received, 12 sent)

Mobile radio active: 11s 388ms (0.6%) 2x @ 474 mspp

Wake lock *job*/com.google.android.talk/androidx.work.impl.background.systemjob.SystemJobService realtime

Wake lock fiid-sync realtime

Wake lock Icing realtime

Wake lock Babel_ConcService realtime

Job com.google.android.talk/androidx.work.impl.background.systemjob.SystemJobService: 1s 495ms realtime (3 times)

Foreground for: 45m 14s 906ms

Active for: 45m 16s 354ms

Running for: 1h 0m 30s 15ms

Total cpu time: u=1s 560ms s=990ms p=0mAh

Proc com.google.android.talk:

CPU: 100ms usr + 270ms krn ; 0ms fg

1 starts

Apk com.google.android.talk:

Service androidx.work.impl.background.systemjob.SystemJobService:

Created for: 0ms uptime

Starts: 0, launches: 3

Service com.google.android.apps.hangouts.concurrent.impl.ConcurrentService:

Created for: 0ms uptime

Starts: 0, launches: 1

u0a121:

Foreground for: 1h 0m 30s 15ms

u0a126:

Mobile network: 4.48KB received, 30.61KB sent (packets 28 received, 37 sent)

Mobile radio active: 7s 329ms (0.4%) 1x @ 113 mspp

Foreground for: 1h 0m 30s 15ms

Total cpu time: u=1s 390ms s=1s 890ms p=0mAh

Proc com.google.android.apps.maps:

CPU: 2s 30ms usr + 2s 200ms krn ; 0ms fg

u0a128:

Foreground for: 1h 0m 30s 15ms

u0a131:

Foreground for: 1h 0m 30s 15ms

Total cpu time: u=0ms s=20ms p=0mAh

Proc com.sec.vsim.ericssonnsds.webapp:

  CPU: 0ms usr + 20ms krn ; 0ms fg

u0a132:

  Foreground for: 1h 0m 28s 149ms

  Running for: 1h 0m 30s 15ms

  Proc com.google.android.apps.magazines:

  CPU: 10ms usr + 0ms krn ; 0ms fg

u0a137:

  Foreground for: 41m 34s 376ms

  Running for: 1h 0m 30s 15ms

  Proc com.google.android.play.games:

  CPU: 10ms usr + 10ms krn ; 0ms fg

u0a138:

  Foreground for: 41m 34s 329ms

  Running for: 1h 0m 30s 15ms

  Proc com.google.android.apps.plus:

CPU: 0ms usr + 10ms krn ; 0ms fg

u0a140:

  Foreground for: 51m 49s 248ms

  Running for: 1h 0m 30s 15ms

u0a141:

  Foreground for: 1h 0m 30s 15ms

u0a142:

  Foreground for: 1h 0m 30s 15ms

u0a145:

  Foreground for: 1h 0m 30s 15ms

u0a146:

  Foreground for: 1h 0m 30s 15ms

u0a149:

  Foreground for: 1h 0m 30s 15ms

u0a150:

  Foreground for: 1h 0m 30s 15ms

u0a151:

  Foreground for: 1h 0m 30s 15ms

HW_00098650

u0a153:

  Foreground for: 20s 706ms

  Active for: 1h 0m 30s 15ms

  Total cpu time: u=140ms s=290ms p=0mAh

  Proc com.samsung.accessory.framework:

    CPU: 0ms usr + 50ms krn ; 0ms fg

    1 starts

u0a154:

  Foreground for: 1h 0m 30s 15ms

u0a156:

  Foreground for: 1h 0m 30s 15ms

  Total cpu time: u=0ms s=10ms p=0mAh

  Proc com.sec.android.app.SamsungContentsAgent:

    CPU: 0ms usr + 10ms krn ; 0ms fg

u0a158:

  Foreground for: 1h 0m 30s 15ms

u0a161:

HW_00098651

Foreground for: 1h 0m 30s 15ms

u0a162:

Foreground for: 1h 0m 30s 15ms

u0a166:

Foreground for: 1h 0m 30s 15ms

u0a168:

Foreground for: 1h 0m 30s 15ms

u0a169:

Foreground for: 1h 0m 30s 15ms

Proc org.simalliance.openmobileapi.service:remote:

CPU: 0ms usr + 10ms krn ; 0ms fg

u0a172:

Foreground for: 1h 0m 30s 15ms

u0a174:

Foreground for: 1h 0m 30s 15ms

u0a175:

Foreground for: 1h 0m 30s 15ms

HW_00098652

u0a177:

  Foreground for: 1h 0m 30s 15ms

u0a178:

  Foreground for: 30m 10s 184ms

  Active for: 30m 10s 220ms

  Running for: 1h 0m 30s 15ms

  Total cpu time: u=30ms s=80ms p=0mAh

  Proc com.sec.att.usagemanager3:

    CPU: 20ms usr + 30ms krn ; 0ms fg

    1 starts

u0a181:

  Wake lock *job*/com.google.android.videos/androidx.work.impl.background.systemjob.SystemJobService realtime

  Job com.google.android.videos/androidx.work.impl.background.systemjob.SystemJobService: 1s 924ms realtime (2 times)

  Foreground for: 50m 4s 838ms

  Active for: 50m 6s 695ms

  Running for: 1h 0m 30s 15ms

  Total cpu time: u=1s 440ms s=550ms p=0mAh

Proc com.google.android.videos:

  CPU: 40ms usr + 30ms krn ; 0ms fg

  1 starts

Apk com.google.android.videos:

  Service androidx.work.impl.background.systemjob.SystemJobService:

    Created for: 0ms uptime

    Starts: 0, launches: 2

  Service com.google.android.apps.play.movies.common.service.pinning.TransferService:

    Created for: 160ms uptime

    Starts: 1, launches: 1

u0a183:

  Foreground for: 11s 88ms

  Active for: 1h 0m 30s 15ms

  Total cpu time: u=330ms s=340ms p=0mAh

  Proc com.sec.android.daemonapp:

    CPU: 100ms usr + 160ms krn ; 0ms fg

    1 starts

HW_00098654

u0a184:

  Foreground for: 1h 0m 30s 15ms

  Apk com.google.android.webview:

   (nothing executed)

u0a185:

  Foreground for: 1s 148ms

  Active for: 1h 0m 30s 15ms

  Total cpu time: u=70ms s=130ms p=0mAh

  Proc com.matchboxmobile.wisp:

   CPU: 10ms usr + 30ms krn ; 0ms fg

   1 starts

u0a186:

  Foreground for: 1h 0m 30s 15ms

u0a187:

  Foreground for: 1h 0m 30s 15ms

u0a188:

  Foreground for: 1s 125ms

Active for: 1h 0m 30s 15ms

Total cpu time: u=200ms s=250ms p=0mAh

Proc com.att.android.mobile.attmessages:

  CPU: 10ms usr + 20ms krn ; 0ms fg

  1 starts

Apk com.att.android.mobile.attmessages:

  Service com.att.uinbox.syncmanager.IncomingCallMonitor:

    Created for: 87ms uptime

    Starts: 1, launches: 1

u0a189:

  Foreground for: 1h 0m 30s 15ms

u0a192:

  Foreground for: 41m 34s 435ms

  Running for: 1h 0m 30s 15ms

  Proc com.google.android.marvin.talkback:

    CPU: 10ms usr + 0ms krn ; 0ms fg

u0a197:

  Foreground for: 1h 0m 30s 15ms

u0a198:

Mobile network: 67.43KB received, 85.24KB sent (packets 137 received, 166 sent)

Mobile radio active: 1m 50s 346ms (5.6%) 18x @ 364 mspp

Wake lock com.facebook.battery.monitor.ContinuousBatteryMonitorService:launch realtime

Wake lock *job*/com.facebook.katana/com.facebook.analytics2.logger.LollipopUploadService realtime

Wake lock com.facebook.battery.monitor.ContinuousBatteryMonitorService:run realtime

Wake lock com.facebook.conditionalworker.ConditionalWorkerService:run realtime

Wake lock com.facebook.conditionalworker.ConditionalWorkerService:launch realtime

Wake lock *job*/com.facebook.katana/androidx.work.impl.background.systemjob.SystemJobService realtime

Job com.facebook.katana/androidx.work.impl.background.systemjob.SystemJobService: 1s 245ms realtime (2 times)

Job com.facebook.katana/com.facebook.analytics2.logger.LollipopUploadService: 357ms realtime (1 times)

Active for: 1h 0m 30s 15ms

Total cpu time: u=2m 28s 330ms s=1m 56s 770ms p=0mAh

Proc com.facebook.katana:

CPU: 2m 34s 330ms usr + 2m 0s 430ms krn ; 0ms fg

Apk com.facebook.katana:

Service androidx.work.impl.background.systemjob.SystemJobService:

  Created for: 0ms uptime

  Starts: 0, launches: 2

  Service com.facebook.analytics2.logger.LollipopUploadService:

  Created for: 0ms uptime

  Starts: 0, launches: 1

  Service com.facebook.battery.monitor.ContinuousBatteryMonitorService:

  Created for: 104ms uptime

  Starts: 1, launches: 1

u0a199:

 Mobile network: 159.62KB received, 76.96KB sent (packets 321 received, 270 sent)

 Mobile radio active: 4m 23s 546ms (13.4%) 30x @ 446 mspp

 Wake lock *alarm* realtime

 Foreground for: 1h 0m 30s 15ms

 Total cpu time: u=15s 340ms s=17s 690ms p=0mAh

 Proc com.instagram.android:

  CPU: 17s 500ms usr + 19s 640ms krn ; 0ms fg

Proc com.instagram.android:mqtt:

CPU: 1s 460ms usr + 1s 900ms krn ; 0ms fg

Apk com.instagram.android:

Wakeup alarm
*walarm*:KeepaliveManager.ACTION_BACKUP_ALARM.FBNS.com.instagram.android: 2 times

Wakeup alarm
*walarm*:KeepaliveManager.ACTION_INEXACT_ALARM.FBNS.com.instagram.android: 2 times

u0a200:

Mobile network: 144.51KB received, 48.84KB sent (packets 245 received, 245 sent)

Mobile radio active: 2m 25s 308ms (7.4%) 13x @ 297 mspp

Wake lock GOOGLE_C2DM realtime

Wake lock WorkManager: ProcessorForegroundLck realtime

Wake lock wake:com.google.firebase.iid.WakeLockHolder realtime

Wake lock *job*/com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService realtime

Job com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService: 8m 49s 539ms realtime (11 times)

Foreground for: 6s 490ms

Active for: 8m 51s 975ms

Running for: 1h 0m 30s 15ms

Total cpu time: u=7s 670ms s=6s 870ms p=0mAh

HW_00098659

Proc com.snapchat.android:

  CPU: 8s 510ms usr + 7s 500ms krn ; 0ms fg

Apk com.snapchat.android:

  Service androidx.work.impl.background.systemjob.SystemJobService:

    Created for: 0ms uptime

    Starts: 0, launches: 11

  Service com.snap.ms.notification.service.SnapNotificationMessageService:

    Created for: 269ms uptime

    Starts: 2, launches: 2

  Service androidx.work.impl.foreground.SystemForegroundService:

    Created for: 6s 543ms uptime

    Starts: 2, launches: 2

u0a201:

  Mobile network: 443.55KB received, 132.83KB sent (packets 599 received, 611 sent)

  Mobile radio active: 16m 34s 923ms (50.6%) 112x @ 822 mspp

  Wake lock GOOGLE_C2DM realtime

  Wake lock *job*/com.yahoo.mobile.client.android.finance/.data.job.CookieRefresherJob realtime

Wake lock wake:com.google.firebase.iid.WakeLockHolder realtime

Job com.yahoo.mobile.client.android.finance/.data.job.CookieRefresherJob: 148ms realtime (1 times)

Active for: 1s 79ms

Running for: 1h 0m 30s 15ms

Total cpu time: u=1m 15s 610ms s=1m 3s 240ms p=0mAh

Proc com.yahoo.mobile.client.android.finance:

  CPU: 53s 110ms usr + 45s 810ms krn ; 0ms fg

Apk com.yahoo.mobile.client.android.finance:

  Service com.oath.mobile.shadowfax.messaging.fcm.SFXMessageListenerService:

    Created for: 125ms uptime

    Starts: 1, launches: 1

  Service com.yahoo.mobile.client.android.finance.data.job.CookieRefresherJob:

    Created for: 0ms uptime

    Starts: 0, launches: 1

u0a203:

  Mobile network: 10.48KB received, 11.62KB sent (packets 38 received, 55 sent)

  Mobile radio active: 54s 490ms (2.8%) 17x @ 586 mspp

Wake lock com.facebook.conditionalworker.ConditionalWorkerService:run realtime

Wake lock com.facebook.conditionalworker.ConditionalWorkerService:launch realtime

Wake lock *job*/com.facebook.orca/com.facebook.analytics2.logger.LollipopUploadService realtime

Job com.facebook.orca/com.facebook.analytics2.logger.LollipopUploadService: 333ms realtime (1 times)

Active for: 1h 0m 30s 15ms

Total cpu time: u=3s 160ms s=3s 220ms p=0mAh

Proc com.facebook.orca:

CPU: 3s 80ms usr + 2s 750ms krn ; 0ms fg

Apk com.facebook.orca:

Service com.facebook.analytics2.logger.LollipopUploadService:

Created for: 0ms uptime

Starts: 0, launches: 1

HW_00098662