# Exhibit C

��Battery History (1% used, 4152 used of 256KB, 35 strings using 3856):

0 (9) RESET:TIME: 2024-03-22-15-33-08

0 (1) 090 status=charging health=good plug=usb temp=305 volt=4301 +running +wake_lock +screen +plugged data_conn=lte phone_signal_strength=moderate brightness=dim +wifi_running +wifi +charging wifi_suppl=scanning

0 (2) 090 top=u0a74:"com.android.systemui"

0 (2) 090 user=0:"0"

0 (2) 090 userfg=0:"0"

+4s860ms (3) 090 status=discharging plug=none temp=302 volt=4312 -plugged -charging

+5s280ms (2) 090 volt=4103

+6s600ms (1) 090 +mobile_radio

+10s721ms (2) 090 phone_signal_strength=poor

+12s354ms (2) 090 phone_signal_strength=moderate

+13s718ms (2) 090 phone_signal_strength=poor

+16s599ms (2) 090 -top=u0a74:"com.android.systemui"

+16s599ms (2) 090 +top=u0a57:"com.sec.android.app.popupcalculator"

+18s739ms (2) 090 -top=u0a57:"com.sec.android.app.popupcalculator"

+18s739ms (2) 090 +top=u0a74:"com.android.systemui"

+22s908ms (2) 090 -top=u0a74:"com.android.systemui"

+22s908ms (2) 090 +top=u0a16:"com.sec.android.app.launcher"

+27s215ms (1) 090 -mobile_radio

+34s231ms (2) 090 -top=u0a16:"com.sec.android.app.launcher"

+34s231ms (2) 090 +top=1000:"com.android.settings"

+35s321ms (2) 090 volt=4156

+46s768ms (1) 090 +mobile_radio

+57s118ms (1) 090 -mobile_radio +power_save

+1m03s102ms (2) 090 phone_signal_strength=moderate

+1m05s383ms (2) 090 volt=4205

+1m12s289ms (1) 090 +mobile_radio

+1m19s719ms (2) 090 -top=1000:"com.android.settings"

+1m19s719ms (2) 090 +top=u0a16:"com.sec.android.app.launcher"

+1m35s410ms (2) 090 temp=312 volt=4166

+1m47s016ms (2) 090 -top=u0a16:"com.sec.android.app.launcher"

+1m47s016ms (2) 090 +top=u0a74:"com.android.systemui"

+1m50s708ms (2) 090 -top=u0a74:"com.android.systemui"

+1m50s709ms (2) 090 +top=u0a57:"com.sec.android.app.popupcalculator"

HW_00098664

+1m51s717ms (1) 090 -mobile_radio

+1m51s920ms (1) 090 +mobile_radio

+2m01s941ms (1) 090 -mobile_radio

+2m05s468ms (2) 090 volt=4202

+2m07s128ms (3) 090 +mobile_radio phone_signal_strength=poor
+job=u0a200:"com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService"

+2m09s184ms (2) 090
-job=u0a200:"com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService"

+2m09s541ms (2) 090
+job=u0a200:"com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService"

+2m09s595ms (2) 090
-job=u0a200:"com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService"

+2m14s021ms (2) 090 phone_signal_strength=moderate

+2m20s882ms (1) 090 -mobile_radio

+2m27s770ms (1) 090 +mobile_radio

+2m30s840ms (2) 090 phone_signal_strength=poor

+2m35s532ms (2) 090 volt=4177

+2m39s802ms (2) 090 phone_signal_strength=moderate

+3m26s003ms (2) 090 phone_signal_strength=poor

+3m29s180ms (2) 090 phone_signal_strength=moderate

+3m31s813ms (2) 090

+tmpwhitelist=u0a19:"broadcast:u0a19:com.google.android.gms.gcm.HEARTBEAT_ALARM"


+3m41s857ms (2) 090
-tmpwhitelist=u0a19:"broadcast:u0a19:com.google.android.gms.gcm.HEARTBEAT_ALARM"


+3m45s524ms (2) 090 phone_signal_strength=poor


+4m02s311ms (2) 090 phone_signal_strength=moderate


+4m05s743ms (2) 090 volt=4198


+4m18s960ms (2) 090 phone_signal_strength=poor


+4m20s121ms (1) 090 -mobile_radio


+4m20s423ms (1) 090 +mobile_radio


+4m22s180ms (2) 090 phone_signal_strength=moderate


+4m23s438ms (2) 090 phone_signal_strength=poor


+4m27s919ms (2) 090 phone_signal_strength=moderate


+4m30s438ms (1) 090 -mobile_radio


+4m35s866ms (2) 090 temp=302


+4m40s891ms (1) 090 +mobile_radio


+4m43s136ms (2) 090 phone_signal_strength=poor


+4m53s508ms (2) 090 phone_signal_strength=moderate


+4m55s718ms (1) 090 -mobile_radio

+5m01s215ms (2) 090 phone_signal_strength=poor

+5m05s296ms (1) 090 +mobile_radio

+5m05s911ms (2) 090 volt=4142

+5m11s387ms (2) 090 phone_signal_strength=moderate

+5m21s658ms (2) 090 phone_signal_strength=poor

+5m24s225ms (2) 090 -mobile_radio phone_signal_strength=moderate

+5m25s522ms (2) 090 phone_signal_strength=poor

+5m26s810ms (2) 090 phone_signal_strength=moderate

+5m36s035ms (2) 090 volt=4200

+5m47s748ms (1) 090 +mobile_radio

+6m16s698ms (1) 090 -mobile_radio

+6m26s240ms (1) 090 +mobile_radio

+6m36s138ms (2) 090 volt=4178 -mobile_radio

+6m55s130ms (2) 090 phone_signal_strength=poor

+7m05s355ms (1) 090 +mobile_radio

+7m06s233ms (2) 089

Details: cpu=63470u+110130s

/proc/stat=77410 usr, 103890 sys, 6950 io, 40 irq, 18100 sirq, 589790 idle (25.9% of 2h

12m 41s 800ms)

+7m09s185ms (2) 089 phone_signal_strength=moderate

+7m15s379ms (1) 089 -mobile_radio

+7m31s150ms (1) 089 +mobile_radio

+7m41s679ms (1) 089 -mobile_radio

+8m06s361ms (2) 089 temp=292

+8m22s660ms (1) 089 +mobile_radio

+8m24s168ms (2) 089 phone_signal_strength=poor

+8m27s227ms (2) 089 phone_signal_strength=moderate

+8m32s840ms (1) 089 -mobile_radio

+10m10s968ms (2) 089 phone_signal_strength=poor

+10m18s656ms (2) 089 phone_signal_strength=moderate

+11m12s406ms (2) 089 phone_signal_strength=poor

+11m31s502ms (2) 089 +mobile_radio
+tmpwhitelist=u0a19:"broadcast:u0a19:com.google.android.gms.gcm.HEARTBEAT_ALARM"

+11m32s570ms (2) 089 phone_signal_strength=moderate

+11m41s453ms (2) 089 -mobile_radio +camera
-tmpwhitelist=u0a19:"broadcast:u0a19:com.google.android.gms.gcm.HEARTBEAT_ALARM"

+11m43s056ms (2) 089 brightness=dark -camera

HW_00098668

+11m50s955ms (2) 089 -wake_lock -screen

+11m50s985ms (2) 089 +wake_lock=1000:"ActivityManager-Sleep"

+11m51s112ms (1) 089 -wake_lock

+11m51s133ms (2) 089 +wake_lock=1001:"RILJ0"

+11m51s181ms (2) 089 -wake_lock wake_reason=0:"unknown"

+11m51s616ms (2) 089 +wake_lock=1000:"motion_service"

+11m51s619ms (1) 089 -wake_lock

+11m51s685ms (2) 089 +wake_lock=1000:"WifiSuspend"

+11m51s720ms (1) 089 -wake_lock

+11m55s241ms (2) 089 +wake_lock=1027:"NfcService:mRoutingWakeLock"

+11m55s358ms (1) 089 -wake_lock

+11m55s469ms (2) 089 +wake_lock=1001:"RILJ0"

+11m55s477ms (1) 089 -wake_lock

+11m55s555ms (2) 089 +wake_lock=1002:"bluedroid_timer"

+11m55s566ms (1) 089 -wake_lock

+11m55s631ms (2) 089 +wake_lock=u0a74:"show keyguard"

+11m57s059ms (1) 089 -wake_lock

+11m58s280ms (1) 089 -running


+13m05s581ms (3) 089 +running
+wake_lock=1000:"*alarm*:android.content.jobscheduler.JOB_DELAY_EXPIRED"
wake_reason=0:"299:qpnp_rtc_alarm:200:smd_dev:203:fc4281d0.qcom,mpm:222:fc4cf000.qcom,spmi"
+job=1000:"android/com.android.server.os.BackgroundCompactionService"


+13m05s883ms (2) 089 -job=1000:"android/com.android.server.os.BackgroundCompactionService"


+13m15s868ms (1) 089 -running -wake_lock


+13m51s580ms (2) 089 +running
+wake_lock=u0a199:"*walarm*:KeepaliveManager.ACTION_BACKUP_ALARM.FBNS.com.instagram.and
roid"
wake_reason=0:"299:qpnp_rtc_alarm:200:smd_dev:203:fc4281d0.qcom,mpm:222:fc4cf000.qcom,spmi"


+13m51s937ms (1) 089 -running -wake_lock


+14m08s580ms (4) 089 +running
+wake_lock=1000:"PhoneWindowManager.mPowerKeyWakeLock" +mobile_radio +screen
wake_reason=0:"290:qpnp_kpdpwr_status:200:smd_dev:203:fc4281d0.qcom,mpm:222:fc4cf000.qcom,sp
mi" screenwake=1000:"android.server.power:POWER"


+14m11s152ms (1) 089 +camera


+14m12s839ms (1) 089 -camera


+14m16s817ms (2) 089
+job=u0a199:"com.instagram.android/com.facebook.analytics2.logger.LollipopUploadService"


+14m16s850ms (2) 089
-job=u0a199:"com.instagram.android/com.facebook.analytics2.logger.LollipopUploadService"


+14m17s926ms (2) 089
+job=u0a199:"com.instagram.android/com.facebook.analytics2.logger.LollipopUploadService"


+14m18s974ms (2) 089
-job=u0a199:"com.instagram.android/com.facebook.analytics2.logger.LollipopUploadService"


+14m18s999ms (2) 089
+job=u0a199:"com.instagram.android/com.facebook.analytics2.logger.LollipopUploadService"

+14m20s040ms (2) 089
-job=u0a199:"com.instagram.android/com.facebook.analytics2.logger.LollipopUploadService"

+14m46s198ms (1) 089 -mobile_radio

+14m52s219ms (1) 089 +mobile_radio

+15m02s239ms (1) 089 -mobile_radio

+15m09s672ms (2) 089
+job=u0a199:"com.instagram.android/com.facebook.analytics2.logger.LollipopUploadService"

+15m10s740ms (2) 089
-job=u0a199:"com.instagram.android/com.facebook.analytics2.logger.LollipopUploadService"

+15m24s299ms (1) 089 +mobile_radio

+15m31s763ms (2) 089
+tmpwhitelist=u0a19:"broadcast:u0a19:com.google.android.gms.gcm.HEARTBEAT_ALARM"

+15m41s790ms (2) 089 -mobile_radio
-tmpwhitelist=u0a19:"broadcast:u0a19:com.google.android.gms.gcm.HEARTBEAT_ALARM"

+16m10s832ms (2) 089 +mobile_radio
+job=u0a199:"com.instagram.android/com.facebook.analytics2.logger.LollipopUploadService"

+16m11s883ms (2) 089
-job=u0a199:"com.instagram.android/com.facebook.analytics2.logger.LollipopUploadService"

+16m17s388ms (2) 089 phone_signal_strength=poor

+16m20s873ms (2) 089 -mobile_radio phone_signal_strength=moderate

+17m10s871ms (2) 089
+job=u0a200:"com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService"

+17m10s900ms (2) 089
-job=u0a200:"com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService"

+17m10s956ms (2) 089
+job=u0a200:"com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService"

+17m10s959ms (2) 089
-job=u0a200:"com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService"

+17m12s264ms (1) 089 +mobile_radio

+17m27s339ms (1) 089 -mobile_radio

+17m32s571ms (2) 089 phone_signal_strength=poor

+17m41s657ms (2) 088

Details: cpu=49950u+90750s

/proc/stat=52980 usr, 76870 sys, 3270 io, 30 irq, 12180 sirq, 591420 idle (19.7% of 2h 2m 47s 500ms)

+18m11s991ms (2) 088 +mobile_radio
+job=u0a199:"com.instagram.android/com.facebook.analytics2.logger.LollipopUploadService"

+18m13s040ms (2) 088
-job=u0a199:"com.instagram.android/com.facebook.analytics2.logger.LollipopUploadService"

+18m17s689ms (2) 088 phone_signal_strength=moderate

+18m22s202ms (1) 088 -mobile_radio

+18m23s758ms (2) 088 phone_signal_strength=poor

+18m25s048ms (2) 088 phone_signal_strength=moderate

+18m31s449ms (2) 088 phone_signal_strength=poor

+18m35s279ms (2) 088 phone_signal_strength=moderate

HW_00098672

+18m49s418ms (2) 088 +mobile_radio phone_signal_strength=poor

+18m53s326ms (2) 088 phone_signal_strength=moderate

+18m59s618ms (1) 088 -mobile_radio

+19m15s304ms (2) 088 +mobile_radio phone_signal_strength=poor

+19m16s405ms (2) 088
+job=u0a199:"com.instagram.android/com.facebook.analytics2.logger.LollipopUploadService"

+19m16s410ms (2) 088
-job=u0a199:"com.instagram.android/com.facebook.analytics2.logger.LollipopUploadService"

+19m17s469ms (2) 088
+job=u0a199:"com.instagram.android/com.facebook.analytics2.logger.LollipopUploadService"

+19m18s494ms (2) 088
-job=u0a199:"com.instagram.android/com.facebook.analytics2.logger.LollipopUploadService"

+19m18s535ms (2) 088
+job=u0a199:"com.instagram.android/com.facebook.analytics2.logger.LollipopUploadService"

+19m19s572ms (2) 088
-job=u0a199:"com.instagram.android/com.facebook.analytics2.logger.LollipopUploadService"

+19m26s259ms (1) 088 -mobile_radio

+19m31s610ms (3) 088 +mobile_radio phone_signal_strength=moderate
+tmpwhitelist=u0a19:"broadcast:u0a19:com.google.android.gms.gcm.HEARTBEAT_ALARM"

+19m42s080ms (2) 088 -mobile_radio
-tmpwhitelist=u0a19:"broadcast:u0a19:com.google.android.gms.gcm.HEARTBEAT_ALARM"

+19m48s541ms (2) 088 +mobile_radio
+job=u0a199:"com.instagram.android/com.facebook.analytics2.logger.LollipopUploadService"

+19m49s618ms (2) 088
-job=u0a199:"com.instagram.android/com.facebook.analytics2.logger.LollipopUploadService"

+19m58s786ms (1) 088 -mobile_radio

+20m16s361ms (1) 088 +mobile_radio

+20m25s356ms (2) 088 phone_signal_strength=poor

+20m26s559ms (1) 088 -mobile_radio

+20m43s153ms (2) 088 volt=4157

+20m49s690ms (3) 088 +mobile_radio phone_signal_strength=moderate
+job=u0a199:"com.instagram.android/com.facebook.analytics2.logger.LollipopUploadService"

+20m50s733ms (2) 088
-job=u0a199:"com.instagram.android/com.facebook.analytics2.logger.LollipopUploadService"

+20m59s899ms (1) 088 -mobile_radio

+21m08s890ms (2) 088 phone_signal_strength=poor

+21m11s433ms (2) 088 phone_signal_strength=moderate

+21m14s012ms (2) 088 phone_signal_strength=poor

+21m16s572ms (2) 088 phone_signal_strength=moderate

+21m44s725ms (2) 088 phone_signal_strength=poor

+21m49s749ms (2) 088
+job=u0a198:"com.facebook.katana/androidx.work.impl.background.systemjob.SystemJobService"

+21m49s782ms (2) 088
-job=u0a198:"com.facebook.katana/androidx.work.impl.background.systemjob.SystemJobService"

+21m51s351ms (1) 088 +mobile_radio

+21m54s292ms (2) 088 phone_signal_strength=moderate

+22m01s519ms (1) 088 -mobile_radio

+22m44s259ms (2) 088 volt=4181

+22m50s823ms (2) 088 +mobile_radio
+job=u0a199:"com.instagram.android/com.facebook.analytics2.logger.LollipopUploadService"

+22m51s872ms (2) 088
-job=u0a199:"com.instagram.android/com.facebook.analytics2.logger.LollipopUploadService"

+23m01s060ms (1) 088 -mobile_radio

+23m16s407ms (1) 088 +mobile_radio

+23m26s579ms (1) 088 -mobile_radio

+23m28s519ms (1) 088 +mobile_radio

+23m32s310ms (2) 088
+tmpwhitelist=u0a19:"broadcast:u0a19:com.google.android.gms.gcm.HEARTBEAT_ALARM"

+23m42s352ms (2) 088
-tmpwhitelist=u0a19:"broadcast:u0a19:com.google.android.gms.gcm.HEARTBEAT_ALARM"

+23m44s281ms (1) 088 -mobile_radio

+23m50s871ms (2) 088
+job=u0a200:"com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService"

+23m50s892ms (2) 088
-job=u0a200:"com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService"

+23m58s140ms (1) 088 +mobile_radio

+24m02s884ms (1) 088 +camera

+24m04s619ms (1) 088 -camera

+24m08s317ms (1) 088 -mobile_radio

+24m10s378ms (2) 088 -top=u0a57:"com.sec.android.app.popupcalculator"

+24m10s378ms (2) 088 +top=u0a16:"com.sec.android.app.launcher"

+24m19s776ms (2) 088 -top=u0a16:"com.sec.android.app.launcher"

+24m19s776ms (2) 088 +top=u0a57:"com.sec.android.app.popupcalculator"

+24m22s235ms (2) 088 volt=4152

+24m36s979ms (1) 088 +mobile_radio

+24m47s139ms (1) 088 -mobile_radio

+24m52s415ms (2) 088 volt=4173

+25m31s047ms (1) 088 +mobile_radio

+25m51s499ms (1) 088 -mobile_radio

+26m16s476ms (1) 088 +mobile_radio

+26m22s584ms (2) 087

        Details: cpu=29230u+52930s

          /proc/stat=30910 usr, 43400 sys, 2730 io, 30 irq, 6930 sirq, 339240 idle (19.8% of 1h
10m 32s 400ms)

+26m26s660ms (1) 087 -mobile_radio

HW_00098676

+26m27s742ms (2) 087
+job=u0a203:"com.facebook.orca/com.facebook.push.registration.PushNegativeFeedbackLollipopService"

+26m29s930ms (2) 087
-job=u0a203:"com.facebook.orca/com.facebook.push.registration.PushNegativeFeedbackLollipopService"

+26m43s117ms (1) 087 +mobile_radio

+26m51s929ms (2) 087
+job=u0a199:"com.instagram.android/com.facebook.analytics2.logger.LollipopUploadService"

+26m52s644ms (3) 087 volt=4147
-job=u0a199:"com.instagram.android/com.facebook.analytics2.logger.LollipopUploadService"

+27m05s576ms (2) 087
+job=u0a203:"com.facebook.orca/com.facebook.push.fcm.GetFcmTokenRegistrarLollipopService"

+27m05s763ms (2) 087
-job=u0a203:"com.facebook.orca/com.facebook.push.fcm.GetFcmTokenRegistrarLollipopService"

+27m06s728ms (2) 087
+job=u0a203:"com.facebook.orca/com.facebook.push.registration.FacebookPushServerFinishNotifiedLollipopService"

+27m08s131ms (2) 087
-job=u0a203:"com.facebook.orca/com.facebook.push.registration.FacebookPushServerFinishNotifiedLollipopService"

+27m17s122ms (1) 087 -mobile_radio

+27m32s453ms (2) 087 +mobile_radio
+tmpwhitelist=u0a19:"broadcast:u0a19:com.google.android.gms.gcm.HEARTBEAT_ALARM"

+27m35s841ms (2) 087
+job=u0a203:"com.facebook.orca/com.facebook.push.registration.FacebookPushServerFinishNotifiedLollipopService"

+27m36s921ms (2) 087
-job=u0a203:"com.facebook.orca/com.facebook.push.registration.FacebookPushServerFinishNotifiedLollipopService"

+27m38s212ms (2) 087
+job=u0a203:"com.facebook.orca/com.facebook.push.registration.FacebookPushServerFinishNotifiedLoll
ipopService"


+27m39s295ms (2) 087
-job=u0a203:"com.facebook.orca/com.facebook.push.registration.FacebookPushServerFinishNotifiedLolli
popService"


+27m42s496ms (2) 087 -mobile_radio
-tmpwhitelist=u0a19:"broadcast:u0a19:com.google.android.gms.gcm.HEARTBEAT_ALARM"


+27m49s821ms (1) 087 +mobile_radio


+28m00s018ms (1) 087 -mobile_radio


+28m02s543ms (2) 087 volt=4171


+28m06s981ms (2) 087 +mobile_radio
+job=u0a203:"com.facebook.orca/com.facebook.push.registration.FacebookPushServerFinishNotifiedLoll
ipopService"


+28m08s074ms (2) 087
-job=u0a203:"com.facebook.orca/com.facebook.push.registration.FacebookPushServerFinishNotifiedLolli
popService"


+28m17s199ms (1) 087 -mobile_radio


+28m20s909ms (1) 087 +mobile_radio


+28m31s103ms (1) 087 -mobile_radio


+28m51s815ms (2) 087 +mobile_radio
+job=u0a203:"com.facebook.orca/com.facebook.push.registration.FacebookPushServerFinishNotifiedLoll
ipopService"


+28m52s926ms (2) 087
-job=u0a203:"com.facebook.orca/com.facebook.push.registration.FacebookPushServerFinishNotifiedLolli
popService"


+29m02s242ms (1) 087 -mobile_radio

HW_00098678

+29m08s136ms (2) 087
+job=u0a203:"com.facebook.orca/com.facebook.push.registration.FacebookPushServerFinishNotifiedLollipopService"

+29m09s201ms (2) 087
-job=u0a203:"com.facebook.orca/com.facebook.push.registration.FacebookPushServerFinishNotifiedLollipopService"

+29m16s520ms (1) 087 +mobile_radio

+29m26s700ms (1) 087 -mobile_radio

+29m58s412ms (1) 087 +mobile_radio

+30m08s601ms (1) 087 -mobile_radio

+30m15s534ms (1) 087 +mobile_radio

+30m26s202ms (1) 087 -mobile_radio

+30m55s213ms (2) 087
+job=u0a39:"com.android.vending/com.google.android.finsky.scheduler.process.mainimpl.PhoneskyJobServiceMain"

+30m55s367ms (2) 087
-job=u0a39:"com.android.vending/com.google.android.finsky.scheduler.process.mainimpl.PhoneskyJobServiceMain"

+30m55s406ms (2) 087
+job=u0a39:"com.android.vending/com.google.android.finsky.scheduler.process.mainimpl.PhoneskyJobServiceMain"

+30m55s412ms (2) 087
-job=u0a39:"com.android.vending/com.google.android.finsky.scheduler.process.mainimpl.PhoneskyJobServiceMain"

+30m55s450ms (2) 087 +mobile_radio
+job=u0a203:"com.facebook.orca/com.facebook.push.registration.FacebookPushServerFinishNotifiedLollipopService"

+30m56s530ms (2) 087

-job=u0a203:"com.facebook.orca/com.facebook.push.registration.FacebookPushServerFinishNotifiedLolli popService"

+31m09s274ms (2) 087 +job=u0a203:"com.facebook.orca/com.facebook.push.registration.FacebookPushServerFinishNotifiedLolli ipopService"

+31m10s349ms (2) 087 -job=u0a203:"com.facebook.orca/com.facebook.push.registration.FacebookPushServerFinishNotifiedLolli popService"

+31m13s860ms (1) 087 -mobile_radio

+31m32s759ms (2) 087 +mobile_radio +tmpwhitelist=u0a19:"broadcast:u0a19:com.google.android.gms.gcm.HEARTBEAT_ALARM"

+31m33s781ms (2) 087 volt=4130

+31m42s797ms (2) 087 -mobile_radio -tmpwhitelist=u0a19:"broadcast:u0a19:com.google.android.gms.gcm.HEARTBEAT_ALARM"

+32m03s959ms (2) 087 volt=4170

+32m11s390ms (2) 087 +job=u0a200:"com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService"

+32m11s441ms (2) 087 -job=u0a200:"com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService"

+32m16s577ms (1) 087 +mobile_radio

+32m25s999ms (2) 087 -mobile_radio phone_signal_strength=poor

+32m41s364ms (2) 087 phone_signal_strength=moderate

+32m46s485ms (2) 087 phone_signal_strength=poor

+32m58s267ms (2) 087 +mobile_radio phone_signal_strength=moderate

+33m08s462ms (1) 087 -mobile_radio

+33m21s663ms (2) 087 +mobile_radio phone_signal_strength=poor

+33m25s105ms (2) 087 phone_signal_strength=moderate

+33m31s840ms (1) 087 -mobile_radio

+33m44s338ms (1) 087 +mobile_radio

+33m54s578ms (1) 087 -mobile_radio

+34m08s413ms (2) 087 phone_signal_strength=poor

+34m10s453ms (1) 087 +camera

+34m11s950ms (1) 087 -camera

+34m17s522ms (1) 087 +mobile_radio

+34m20s042ms (2) 087 -wake_lock -screen

+34m20s098ms (2) 087 +wake_lock=1000:"ActivityManager-Sleep"

+34m20s312ms (1) 087 -wake_lock

+34m20s391ms (2) 087 +wake_lock=1001:"RILJ0"

+34m20s469ms (2) 087 -wake_lock wake_reason=0:"unknown"

+34m20s836ms (2) 087 +wake_lock=1000:"motion_service"

+34m20s851ms (1) 087 -wake_lock

+34m20s944ms (2) 087 +wake_lock=1000:"WifiSuspend"

HW_00098681

+34m20s989ms (1) 087 -wake_lock

+34m23s681ms (2) 087 +wake_lock=1027:"NfcService:mRoutingWakeLock"

+34m23s768ms (1) 087 -wake_lock

+34m23s795ms (2) 087 +wake_lock=u0a19:"Wakeful StateMachine: GeofencerStateMachine"

+34m23s800ms (1) 087 -wake_lock

+34m23s802ms (2) 087 +wake_lock=u0a19:"NlpWakeLock"

+34m23s813ms (1) 087 -wake_lock

+34m23s927ms (2) 087 +wake_lock=1001:"RILJ0"

+34m23s950ms (1) 087 -wake_lock

+34m24s039ms (2) 087 +wake_lock=1002:"bluedroid_timer"

+34m24s045ms (1) 087 -wake_lock

+34m24s157ms (2) 087 +wake_lock=1002:"bluedroid_timer"

+34m24s163ms (1) 087 -wake_lock

+34m24s179ms (2) 087 +wake_lock=1002:"bluedroid_timer"

+34m24s183ms (1) 087 -wake_lock

+34m24s193ms (2) 087 +wake_lock=1002:"bluedroid_timer"

+34m24s196ms (1) 087 -wake_lock

+34m24s200ms (2) 087 +wake_lock=1002:"bluedroid_timer"

+34m24s203ms (1) 087 -wake_lock

+34m24s206ms (2) 087 +wake_lock=1002:"bluedroid_timer"

+34m24s209ms (1) 087 -wake_lock

+34m24s213ms (2) 087 +wake_lock=1002:"bluedroid_timer"

+34m24s217ms (1) 087 -wake_lock

+34m24s220ms (2) 087 +wake_lock=1002:"bluedroid_timer"

+34m24s223ms (1) 087 -wake_lock

+34m24s227ms (2) 087 +wake_lock=1002:"bluedroid_timer"

+34m24s231ms (1) 087 -wake_lock

+34m24s235ms (2) 087 +wake_lock=1002:"bluedroid_timer"

+34m24s238ms (1) 087 -wake_lock

+34m24s242ms (2) 087 +wake_lock=1002:"bluedroid_timer"

+34m24s247ms (1) 087 -wake_lock

+34m24s266ms (2) 087 +wake_lock=1002:"bluedroid_timer"

+34m24s269ms (1) 087 -wake_lock

+34m24s726ms (2) 087 +wake_lock=u0a74:"*walarm*:com.android.internal.policy.impl.PhoneWindowManager.DELAYED_KEYGUARD"

HW_00098683

+34m25s516ms (1) 087 -wake_lock

+34m26s687ms (1) 087 -running

+34m41s166ms (4) 087 +running
+wake_lock=1000:"PhoneWindowManager.mPowerKeyWakeLock" +screen
phone_signal_strength=moderate
wake_reason=0:"290:qpnp_kpdpwr_status:200:smd_dev:203:fc4281d0.qcom,mpm:222:fc4cf000.qcom,sp
mi" screenwake=1000:"android.server.power:POWER"

+34m41s563ms (3) 087 brightness=dim
+job=1000:"android/com.android.server.os.BackgroundCompactionService"

+34m41s639ms (2) 087 -job=1000:"android/com.android.server.os.BackgroundCompactionService"

+34m43s571ms (1) 087 +camera

+34m45s180ms (1) 087 -camera

+34m48s267ms (2) 087
+job=u0a200:"com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService"

+34m48s326ms (2) 087
-job=u0a200:"com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService"

+34m53s164ms (2) 087
+job=u0a199:"com.instagram.android/com.facebook.analytics2.logger.LollipopUploadService"

+34m54s324ms (2) 087
-job=u0a199:"com.instagram.android/com.facebook.analytics2.logger.LollipopUploadService"

+34m56s598ms (2) 087
+job=u0a203:"com.facebook.orca/com.facebook.push.registration.FacebookPushServerFinishNotifiedLoll
ipopService"

+34m57s714ms (2) 087
-job=u0a203:"com.facebook.orca/com.facebook.push.registration.FacebookPushServerFinishNotifiedLolli
popService"

+35m10s390ms (2) 087

+job=u0a203:"com.facebook.orca/com.facebook.push.registration.FacebookPushServerFinishNotifiedLoll ipopService"

+35m11s466ms (2) 087
-job=u0a203:"com.facebook.orca/com.facebook.push.registration.FacebookPushServerFinishNotifiedLolli popService"

+35m13s339ms (1) 087 -mobile_radio

+35m14s952ms (2) 087 phone_signal_strength=poor

+35m17s669ms (1) 087 +mobile_radio

+35m27s699ms (1) 087 -mobile_radio

+35m31s120ms (1) 087 +mobile_radio

+35m33s029ms (2) 087
+tmpwhitelist=u0a19:"broadcast:u0a19:com.google.android.gms.gcm.HEARTBEAT_ALARM"

+35m38s117ms (2) 087 phone_signal_strength=moderate

+35m41s257ms (2) 086

Details: cpu=138020u+253930s

/proc/stat=155600 usr, 217150 sys, 10550 io, 90 irq, 35720 sirq, 1624390 idle (20.5% of 5h 40m 35s 0ms)

+35m43s036ms (2) 086
-tmpwhitelist=u0a19:"broadcast:u0a19:com.google.android.gms.gcm.HEARTBEAT_ALARM"

+35m52s693ms (1) 086 -mobile_radio

+36m08s730ms (2) 086 phone_signal_strength=poor

+36m11s288ms (2) 086 phone_signal_strength=moderate

HW_00098685

+36m34s330ms (2) 086 phone_signal_strength=poor

+36m54s814ms (2) 086 phone_signal_strength=moderate

+37m01s203ms (2) 086 phone_signal_strength=poor

+37m02s492ms (2) 086 phone_signal_strength=moderate

+37m05s049ms (2) 086 phone_signal_strength=poor

+37m10s169ms (2) 086 phone_signal_strength=moderate

+37m11s712ms (1) 086 +mobile_radio

+37m12s321ms (2) 086 volt=4125

+37m14s432ms (2) 086 +job=u0a181:"com.google.android.videos/androidx.work.impl.background.systemjob.SystemJobService"

+37m17s043ms (2) 086 -job=u0a181:"com.google.android.videos/androidx.work.impl.background.systemjob.SystemJobService"

+37m17s282ms (2) 086 +job=u0a181:"com.google.android.videos/androidx.work.impl.background.systemjob.SystemJobService"

+37m17s426ms (2) 086 -job=u0a181:"com.google.android.videos/androidx.work.impl.background.systemjob.SystemJobService"

+37m17s463ms (2) 086 +job=u0a181:"com.google.android.videos/androidx.work.impl.background.systemjob.SystemJobService"

+37m17s466ms (2) 086 -job=u0a181:"com.google.android.videos/androidx.work.impl.background.systemjob.SystemJobService"

+37m17s501ms (2) 086 +job=u0a181:"com.google.android.videos/androidx.work.impl.background.systemjob.SystemJobService"

+37m17s523ms (2) 086

-job=u0a181:"com.google.android.videos/androidx.work.impl.background.systemjob.SystemJobService"

+37m17s559ms (2) 086
+job=u0a181:"com.google.android.videos/androidx.work.impl.background.systemjob.SystemJobService"

+37m17s561ms (2) 086
-job=u0a181:"com.google.android.videos/androidx.work.impl.background.systemjob.SystemJobService"

+37m22s458ms (1) 086 -mobile_radio

+37m26s825ms (2) 086 phone_signal_strength=poor

+37m42s908ms (2) 086 volt=4151

+37m56s257ms (2) 086 phone_signal_strength=moderate

+38m31s163ms (1) 086 +mobile_radio

+38m53s739ms (1) 086 -mobile_radio

+39m33s272ms (2) 086 +mobile_radio
+tmpwhitelist=u0a19:"broadcast:u0a19:com.google.android.gms.gcm.HEARTBEAT_ALARM"

+39m43s306ms (2) 086
-tmpwhitelist=u0a19:"broadcast:u0a19:com.google.android.gms.gcm.HEARTBEAT_ALARM"

+40m04s819ms (1) 086 -mobile_radio

+41m00s571ms (2) 086 phone_signal_strength=poor

+41m14s654ms (2) 086 phone_signal_strength=moderate

+41m31s206ms (1) 086 +mobile_radio

+41m41s299ms (1) 086 -mobile_radio

+41m58s180ms (2) 086 phone_signal_strength=poor

HW_00098687

+42m22s496ms (2) 086 phone_signal_strength=moderate

+42m38s476ms (1) 086 +mobile_radio

+42m48s660ms (1) 086 -mobile_radio

+42m53s517ms (2) 086
+job=u0a18:"com.sec.android.app.samsungapps/.jobscheduling.PollJobService"

+42m53s535ms (2) 086
+job=u0a132:"com.google.android.apps.magazines/com.google.android.libraries.notifications.entrypoints.
scheduled.ScheduledTaskService"

+42m54s871ms (2) 086
-job=u0a18:"com.sec.android.app.samsungapps/.jobscheduling.PollJobService"

+42m55s264ms (2) 086
-job=u0a132:"com.google.android.apps.magazines/com.google.android.libraries.notifications.entrypoints.
scheduled.ScheduledTaskService"

+42m57s759ms (2) 086 +mobile_radio
+job=u0a203:"com.facebook.orca/com.facebook.push.registration.FacebookPushServerFinishNotifiedLoll
ipopService"

+42m58s822ms (2) 086
-job=u0a203:"com.facebook.orca/com.facebook.push.registration.FacebookPushServerFinishNotifiedLolli
popService"

+43m11s529ms (2) 086
+job=u0a203:"com.facebook.orca/com.facebook.push.registration.FacebookPushServerFinishNotifiedLoll
ipopService"

+43m12s595ms (2) 086
-job=u0a203:"com.facebook.orca/com.facebook.push.registration.FacebookPushServerFinishNotifiedLolli
popService"

+43m17s577ms (1) 086 -mobile_radio

+43m21s302ms (1) 086 +mobile_radio

HW_00098688

+43m31s479ms (1) 086 -mobile_radio

+43m33s555ms (2) 086 +mobile_radio
+tmpwhitelist=u0a19:"broadcast:u0a19:com.google.android.gms.gcm.HEARTBEAT_ALARM"

+43m43s601ms (2) 086 -mobile_radio
-tmpwhitelist=u0a19:"broadcast:u0a19:com.google.android.gms.gcm.HEARTBEAT_ALARM"

+44m30s501ms (2) 086 +mobile_radio phone_signal_strength=poor

+44m35s646ms (1) 086 +camera

+44m37s410ms (2) 086 brightness=dark -camera

+44m40s733ms (2) 086 -mobile_radio phone_signal_strength=moderate brightness=dim

+44m48s410ms (2) 086 phone_signal_strength=poor

+44m50s963ms (2) 086 phone_signal_strength=moderate

+45m18s396ms (1) 086 +mobile_radio

+45m28s578ms (1) 086 -mobile_radio

+45m31s928ms (2) 086 phone_signal_strength=poor

+45m47s297ms (2) 086 phone_signal_strength=moderate

+45m58s819ms (2) 086 phone_signal_strength=poor

+46m02s641ms (2) 086 phone_signal_strength=moderate

+46m12s598ms (2) 085

Details: cpu=91390u+156710s

/proc/stat=97880 usr, 127290 sys, 6280 io, 20 irq, 21970 sirq, 1087390 idle (18.9% of 3h 43m 28s 300ms)

+46m12s879ms (2) 085 phone_signal_strength=poor

+46m14s184ms (2) 085 phone_signal_strength=moderate

+46m21s857ms (2) 085 phone_signal_strength=poor

+46m23s121ms (2) 085 phone_signal_strength=moderate

+46m25s689ms (2) 085 phone_signal_strength=poor

+46m37s191ms (2) 085 phone_signal_strength=moderate

+46m54s895ms (1) 085 +mobile_radio

+47m05s078ms (1) 085 -mobile_radio

+47m11s532ms (2) 085
+job=u0a200:"com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService"

+47m11s548ms (2) 085
-job=u0a200:"com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService"

+47m20s473ms (2) 085
+job=u0a200:"com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService"

+47m20s482ms (2) 085 +mobile_radio
-job=u0a200:"com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService"

+47m30s759ms (1) 085 -mobile_radio

+47m31s281ms (1) 085 +mobile_radio

+47m33s859ms (2) 085
+tmpwhitelist=u0a19:"broadcast:u0a19:com.google.android.gms.gcm.HEARTBEAT_ALARM"

+47m43s888ms (2) 085
-tmpwhitelist=u0a19:"broadcast:u0a19:com.google.android.gms.gcm.HEARTBEAT_ALARM"

+47m48s598ms (1) 085 -mobile_radio

+47m56s558ms (2) 085 phone_signal_strength=poor

+48m11s932ms (2) 085 phone_signal_strength=moderate

+48m15s768ms (2) 085 phone_signal_strength=poor

+48m17s054ms (2) 085 phone_signal_strength=moderate

+48m19s835ms (1) 085 +mobile_radio

+48m29s977ms (1) 085 -mobile_radio

+48m45s226ms (2) 085 phone_signal_strength=poor

+49m03s444ms (1) 085 +mobile_radio

+49m05s372ms (2) 085 phone_signal_strength=moderate

+49m13s617ms (1) 085 -mobile_radio

+49m51s765ms (2) 085 phone_signal_strength=poor

+49m56s892ms (2) 085 phone_signal_strength=moderate

+50m00s735ms (2) 085 phone_signal_strength=poor

+50m02s010ms (2) 085 phone_signal_strength=moderate

+50m04s590ms (2) 085 phone_signal_strength=poor

+50m07s146ms (2) 085 +mobile_radio phone_signal_strength=moderate

+50m18s017ms (1) 085 -mobile_radio

+50m31s322ms (1) 085 +mobile_radio

+50m41s498ms (1) 085 -mobile_radio

+50m54s407ms (2) 085 +mobile_radio
+job=u0a199:"com.instagram.android/com.facebook.analytics2.logger.LollipopUploadService"

+50m55s555ms (2) 085
-job=u0a199:"com.instagram.android/com.facebook.analytics2.logger.LollipopUploadService"

+51m04s678ms (1) 085 -mobile_radio

+51m34s043ms (2) 085 +mobile_radio
+tmpwhitelist=u0a19:"broadcast:u0a19:com.google.android.gms.gcm.HEARTBEAT_ALARM"

+51m44s087ms (2) 085 -mobile_radio
-tmpwhitelist=u0a19:"broadcast:u0a19:com.google.android.gms.gcm.HEARTBEAT_ALARM"

+52m38s487ms (1) 085 +mobile_radio

+52m45s001ms (2) 085 volt=4118

+52m48s662ms (1) 085 -mobile_radio

+53m15s062ms (2) 085 volt=4146

+53m17s848ms (2) 085 +mobile_radio phone_signal_strength=poor

+53m24s230ms (2) 085 phone_signal_strength=moderate

+53m28s478ms (1) 085 -mobile_radio

+53m31s375ms (1) 085 +mobile_radio

+53m41s558ms (1) 085 -mobile_radio

+55m09s206ms (2) 085 phone_signal_strength=poor

+55m18s167ms (2) 085 phone_signal_strength=moderate

+55m34s291ms (2) 085 +mobile_radio
+tmpwhitelist=u0a19:"broadcast:u0a19:com.google.android.gms.gcm.HEARTBEAT_ALARM"

+55m44s333ms (2) 085 -mobile_radio
-tmpwhitelist=u0a19:"broadcast:u0a19:com.google.android.gms.gcm.HEARTBEAT_ALARM"

+55m59s129ms (2) 085 phone_signal_strength=poor

+56m00s417ms (2) 085 phone_signal_strength=moderate

+56m02s969ms (2) 085 phone_signal_strength=poor

+56m06s819ms (2) 085 phone_signal_strength=moderate

+56m24s509ms (2) 084

        Details: cpu=27400u+46980s

                /proc/stat=28480 usr, 36720 sys, 820 io, 0 irq, 5420 sirq, 364770 idle (16.4% of 1h 12m 42s 100ms)

+56m31s430ms (1) 084 +mobile_radio

+56m40s078ms (2) 084 phone_signal_strength=poor

+56m41s618ms (1) 084 -mobile_radio

+57m12s096ms (2) 084 phone_signal_strength=moderate

+57m14s653ms (2) 084 phone_signal_strength=poor

+57m19s766ms (2) 084 phone_signal_strength=moderate

+57m38s585ms (1) 084 +mobile_radio

+57m41s430ms (2) 084 phone_signal_strength=poor

+57m47s926ms (2) 084 -mobile_radio phone_signal_strength=moderate

+57m53s053ms (2) 084 phone_signal_strength=poor

+57m55s619ms (2) 084 phone_signal_strength=moderate

+58m21s216ms (2) 084 phone_signal_strength=poor

+58m22s496ms (2) 084 phone_signal_strength=moderate

+58m26s336ms (2) 084 phone_signal_strength=poor

+58m56s342ms (3) 084 volt=4115 phone_signal_strength=moderate

+59m12s416ms (2) 084 phone_signal_strength=poor

+59m14s974ms (2) 084 phone_signal_strength=moderate

+59m20s101ms (2) 084 phone_signal_strength=poor

+59m31s485ms (1) 084 +mobile_radio

+59m34s551ms (2) 084
+tmpwhitelist=u0a19:"broadcast:u0a19:com.google.android.gms.gcm.HEARTBEAT_ALARM"

+59m44s595ms (2) 084 -mobile_radio

HW_00098694

-tmpwhitelist=u0a19:"broadcast:u0a19:com.google.android.gms.gcm.HEARTBEAT_ALARM"

+1h00m01s889ms (2) 084 volt=4137

+1h00m17s308ms (2) 084
+job=u0a203:"com.facebook.orca/com.facebook.push.registration.FacebookPushServerFinishNotifiedLoll
ipopService"

+1h00m17s317ms (2) 084
+job=u0a39:"com.android.vending/com.google.android.finsky.scheduler.process.mainimpl.PhoneskyJobS
erviceMain"

+1h00m17s357ms (2) 084
-job=u0a39:"com.android.vending/com.google.android.finsky.scheduler.process.mainimpl.PhoneskyJobS
erviceMain"

+1h00m17s408ms (2) 084 +mobile_radio
+job=u0a39:"com.android.vending/com.google.android.finsky.scheduler.process.mainimpl.PhoneskyJobS
erviceMain"

+1h00m18s464ms (2) 084
-job=u0a203:"com.facebook.orca/com.facebook.push.registration.FacebookPushServerFinishNotifiedLolli
popService"

+1h00m24s539ms (2) 084
-job=u0a39:"com.android.vending/com.google.android.finsky.scheduler.process.mainimpl.PhoneskyJobS
erviceMain"

+1h00m28s929ms (2) 084 phone_signal_strength=moderate

+1h00m32s049ms (2) 084 volt=4088

+1h00m38s166ms (2) 084 phone_signal_strength=poor

+1h00m40s801ms (1) 084 -mobile_radio

+1h00m56s069ms (2) 084 phone_signal_strength=moderate

+1h01m02s215ms (2) 084 volt=4136

+1h01m43s052ms (1) 084 +mobile_radio

HW_00098695

+1h01m53s400ms (1) 084 -mobile_radio

+1h02m18s023ms (2) 084 phone_signal_strength=poor

+1h02m20s576ms (2) 084 phone_signal_strength=moderate

+1h02m26s980ms (2) 084 phone_signal_strength=poor

+1h02m31s499ms (1) 084 +mobile_radio

+1h02m33s051ms (2) 084 phone_signal_strength=moderate

+1h02m33s987ms (2) 084 phone_signal_strength=poor

+1h02m38s982ms (2) 084
+job=u0a39:"com.android.vending/com.google.android.finsky.scheduler.process.mainimpl.PhoneskyJobS
erviceMain"

+1h02m39s063ms (2) 084
-job=u0a39:"com.android.vending/com.google.android.finsky.scheduler.process.mainimpl.PhoneskyJobS
erviceMain"

+1h02m39s090ms (2) 084
+job=u0a39:"com.android.vending/com.google.android.finsky.scheduler.process.mainimpl.PhoneskyJobS
erviceMain"

+1h02m39s112ms (2) 084
-job=u0a39:"com.android.vending/com.google.android.finsky.scheduler.process.mainimpl.PhoneskyJobS
erviceMain"

+1h02m43s961ms (2) 084 phone_signal_strength=moderate

+1h02m48s821ms (1) 084 -mobile_radio

+1h03m18s175ms (2) 084 phone_signal_strength=poor

+1h03m25s866ms (2) 084 phone_signal_strength=moderate

+1h03m28s418ms (2) 084 phone_signal_strength=poor

+1h03m30s976ms (2) 084 phone_signal_strength=moderate

+1h03m55s208ms (3) 084 plug=usb temp=294 volt=4126 +plugged -power_save

+1h03m55s748ms (3) 084 status=charging volt=4102 phone_signal_strength=poor

+1h03m58s746ms (1) 084 +mobile_radio

+1h04m03s368ms (2) 084 phone_signal_strength=moderate

+1h04m06s156ms (2) 084 volt=4207


Per-PID Stats:

  PID 814 wake time: +47s334ms

  PID 1631 wake time: +40s407ms

  PID 6157 wake time: +19ms

  PID 814 wake time: +464ms

  PID 1319 wake time: +761ms

  PID 814 wake time: +81ms

  PID 2560 wake time: +914ms

  PID 1701 wake time: +771ms

HW_00098697

PID 814 wake time: +761ms

PID 20536 wake time: +8ms

PID 814 wake time: +1s185ms

PID 814 wake time: +127ms

PID 814 wake time: +319ms

PID 2232 wake time: +8s84ms

PID 814 wake time: +9s637ms

PID 814 wake time: +1s167ms

PID 3385 wake time: +564ms

PID 814 wake time: +596ms

PID 1347 wake time: +1s495ms

PID 814 wake time: +2s184ms

PID 814 wake time: +230ms

PID 814 wake time: +307ms

PID 814 wake time: +1s639ms

PID 2232 wake time: +271ms

PID 17116 wake time: +3s900ms

HW_00098698

PID 814 wake time: +14s401ms

PID 814 wake time: +10m20s901ms

PID 2232 wake time: +337ms

PID 30263 wake time: +57ms

PID 814 wake time: +15s960ms

PID 20129 wake time: +2s357ms

Discharge step durations:

#0: +10m11s911ms to 84 (screen-on, power-save-on, device-idle-off)

#1: +10m31s341ms to 85 (screen-on, power-save-on, device-idle-off)

#2: +9m18s673ms to 86 (power-save-on, device-idle-off)

#3: +8m40s927ms to 87 (screen-on, power-save-on, device-idle-off)

#4: +10m35s424ms to 88 (power-save-on, device-idle-off)

Estimated screen on power save time: 16h 20m 5s 900ms

Daily stats:

Current start time: 2024-03-22-01-42-20

Next min deadline: 2024-03-23-01-00-00

HW_00098699

Next max deadline: 2024-03-23-03-00-00

Current daily discharge step durations:

#0: +10m11s911ms to 84 (screen-on, power-save-on, device-idle-off)

#1: +10m31s341ms to 85 (screen-on, power-save-on, device-idle-off)

#2: +9m18s673ms to 86 (power-save-on, device-idle-off)

#3: +8m40s927ms to 87 (screen-on, power-save-on, device-idle-off)

#4: +10m35s424ms to 88 (power-save-on, device-idle-off)

#5: +7m40s201ms to 88 (screen-on, power-save-off, device-idle-off)

#6: +6m57s296ms to 89 (power-save-off, device-idle-off)

#7: +7m2s351ms to 90 (screen-on, power-save-off, device-idle-off)

#8: +9m37s21ms to 91 (power-save-off, device-idle-off)

#9: +9m49s208ms to 92 (power-save-off, device-idle-off)

#10: +5m49s601ms to 93 (power-save-off, device-idle-off)

#11: +5m32s107ms to 94 (screen-on, power-save-off, device-idle-off)

#12: +60s66ms to 95 (screen-on, power-save-off, device-idle-off)

#13: +1m39s781ms to 96 (screen-on, power-save-off, device-idle-off)

#14: +60s304ms to 97 (screen-on, power-save-off, device-idle-off)

#15: +2m35s145ms to 98 (screen-on, power-save-off, device-idle-off)

#16: +50m18s260ms to 94 (power-save-off, device-idle-off)

#17: +5m2s764ms to 95 (screen-off, power-save-off, device-idle-off)

#18: +1m5s452ms to 96 (screen-off, power-save-off, device-idle-off)

#19: +30s70ms to 97 (power-save-off, device-idle-off)

#20: +13m7s691ms to 47 (power-save-off, device-idle-off)

#21: +30s33ms to 48 (screen-on, power-save-off, device-idle-off)

#22: +60s98ms to 49 (screen-on, power-save-off, device-idle-off)

#23: +1m1s25ms to 50 (screen-on, power-save-off, device-idle-off)

#24: +60s920ms to 51 (screen-on, power-save-off, device-idle-off)

#25: +2m34s892ms to 52 (screen-on, power-save-off, device-idle-off)

#26: +3m8s906ms to 53 (power-save-off, device-idle-off)

#27: +2m42s167ms to 54 (power-save-off, device-idle-off)

#28: +60s930ms to 55 (power-save-off, device-idle-off)

Discharge total time: 10h 58m 52s 900ms  (from 29 steps)

Discharge screen off time: 5h 6m 50s 800ms  (from 2 steps)

Discharge screen on time: 4h 31m 47s 600ms  (from 12 steps)

Discharge screen on power save time: 16h 20m 5s 900ms  (from 3 steps)

Current daily charge step durations:

#0: +1m25s0ms to 89 (screen-off, power-save-off, device-idle-off)

#1: +51s782ms to 88 (screen-off, power-save-off, device-idle-off)

#2: +1m21s925ms to 87 (screen-off, power-save-off, device-idle-off)

#3: +56s316ms to 86 (screen-off, power-save-off, device-idle-off)

#4: +42s981ms to 85 (screen-off, power-save-off, device-idle-off)

#5: +1m12s2ms to 84 (screen-off, power-save-off, device-idle-off)

#6: +51s825ms to 83 (screen-off, power-save-off, device-idle-off)

#7: +54s590ms to 82 (screen-off, power-save-off, device-idle-off)

#8: +47s407ms to 81 (screen-off, power-save-off, device-idle-off)

#9: +60s161ms to 80 (screen-off, power-save-off, device-idle-off)

#10: +47s358ms to 79 (screen-off, power-save-off, device-idle-off)

#11: +52s474ms to 78 (screen-off, power-save-off, device-idle-off)

#12: +43s507ms to 77 (screen-off, power-save-off, device-idle-off)

#13: +56s287ms to 76 (screen-off, power-save-off, device-idle-off)

#14: +38s386ms to 75 (screen-off, power-save-off, device-idle-off)

HW_00098702

#15: +60s77ms to 74 (screen-off, power-save-off, device-idle-off)

#16: +50s40ms to 73 (screen-off, power-save-off, device-idle-off)

#17: +42s826ms to 72 (screen-off, power-save-off, device-idle-off)

#18: +46s888ms to 71 (screen-off, power-save-off, device-idle-off)

#19: +43s288ms to 70 (screen-off, power-save-off, device-idle-off)

#20: +55s181ms to 69 (screen-off, power-save-off, device-idle-off)

#21: +21s707ms to 68 (screen-off, power-save-off, device-idle-off)

#22: +57s665ms to 67 (screen-off, power-save-off, device-idle-off)

#23: +49s913ms to 66 (screen-off, power-save-off, device-idle-off)

#24: +30s576ms to 65 (screen-off, power-save-off, device-idle-off)

#25: +30s852ms to 64 (screen-off, power-save-off, device-idle-off)

#26: +1m15s462ms to 63 (screen-off, power-save-off, device-idle-off)

#27: +15s536ms to 62 (screen-off, power-save-off, device-idle-off)

#28: +1m5s172ms to 61 (screen-off, power-save-off, device-idle-off)

#29: +46s87ms to 60 (screen-off, power-save-off, device-idle-off)

#30: +38s227ms to 59 (screen-off, power-save-off, device-idle-off)

#31: +46s247ms to 58 (screen-off, power-save-off, device-idle-off)

#32: +2m14s667ms to 57 (power-save-off, device-idle-off)

#33: +2m1s759ms to 55 (screen-off, power-save-off, device-idle-off)

#34: +1m55s632ms to 54 (screen-off, power-save-off, device-idle-off)

#35: +2m35s643ms to 53 (screen-off, power-save-off, device-idle-off)

#36: +2m21s458ms to 52 (screen-off, power-save-off, device-idle-off)

#37: +2m39s509ms to 51 (power-save-off, device-idle-off)

#38: +1m41s138ms to 50 (screen-off, power-save-off, device-idle-off)

Charge total time: 1h 48m 52s 100ms  (from 39 steps)

Charge screen off time: 1h 41m 30s 200ms  (from 37 steps)

Daily from 2024-03-21-14-56-02 to 2024-03-22-01-42-20:

Discharge step durations:

#0: +6m14s391ms to 57 (power-save-off, device-idle-off)

#1: +60s131ms to 58 (screen-on, power-save-off, device-idle-off)

#2: +60s353ms to 59 (screen-on, power-save-off, device-idle-off)

#3: +9m20s956ms to 60 (power-save-off, device-idle-off)

#4: +1m31s540ms to 61 (screen-on, power-save-off, device-idle-off)

#5: +1m30s450ms to 62 (screen-on, power-save-off, device-idle-off)

#6: +60s79ms to 63 (screen-on, power-save-off, device-idle-off)

#7: +60s59ms to 64 (screen-on, power-save-off, device-idle-off)

#8: +30s6ms to 65 (screen-on, power-save-off, device-idle-off)

#9: +60s391ms to 66 (screen-on, power-save-off, device-idle-off)

#10: +1h2m10s631ms to 67 (power-save-off, device-idle-off)

#11: +2m31s528ms to 68 (screen-on, power-save-off, device-idle-off)

#12: +1m30s439ms to 69 (screen-on, power-save-off, device-idle-off)

#13: +2m0s728ms to 70 (screen-on, power-save-off, device-idle-off)

#14: +1h2m6s955ms to 71 (power-save-off, device-idle-off)

#15: +6m31s390ms to 72 (power-save-off, device-idle-off)

#16: +1m30s320ms to 73 (screen-on, power-save-off, device-idle-off)

#17: +1m30s270ms to 74 (screen-on, power-save-off, device-idle-off)

#18: +1m30s835ms to 75 (screen-on, power-save-off, device-idle-off)

#19: +30s33ms to 76 (screen-on, power-save-off, device-idle-off)

#20: +3m5s944ms to 77 (power-save-off, device-idle-off)

#21: +4m45s591ms to 78 (power-save-off, device-idle-off)

#22: +2m31s68ms to 79 (screen-on, power-save-off, device-idle-off)

#23: +31s995ms to 80 (screen-on, power-save-off, device-idle-off)

HW_00098705

#24: +60s345ms to 81 (screen-on, power-save-off, device-idle-off)

#25: +1m5s488ms to 82 (screen-on, power-save-off, device-idle-off)

#26: +60s455ms to 83 (screen-on, power-save-off, device-idle-off)

#27: +43m46s295ms to 84 (power-save-off, device-idle-off)

#28: +30m20s860ms to 85 (power-save-off, device-idle-off)

#29: +3m13s315ms to 86 (power-save-off, device-idle-off)

#30: +1m48s685ms to 87 (power-save-off, device-idle-off)

#31: +13m52s641ms to 88 (power-save-off, device-idle-off)

#32: +53m42s290ms to 89 (power-save-off, device-idle-off)

#33: +1h3m34s317ms to 90 (power-save-off, device-idle-off)

#34: +2m40s159ms to 91 (power-save-off, device-idle-off)

#35: +3m0s255ms to 92 (power-save-off, device-idle-off)

#36: +1m30s116ms to 93 (screen-on, power-save-off, device-idle-off)

#37: +2m0s360ms to 94 (screen-on, power-save-off, device-idle-off)

#38: +60s266ms to 95 (screen-on, power-save-off, device-idle-off)

#39: +1m30s855ms to 96 (power-save-off, device-idle-off)

#40: +2m5s69ms to 97 (power-save-off, device-idle-off)

#41: +60s439ms to 98 (power-save-off, device-idle-off)

#42: +2m30s292ms to 97 (power-save-off, device-idle-off)

#43: +1m33s274ms to 98 (screen-on, power-save-off, device-idle-off)

#44: +1m6s193ms to 52 (screen-on, power-save-off, device-idle-off)

#45: +60s83ms to 53 (screen-on, power-save-off, device-idle-off)

#46: +3m22s90ms to 54 (power-save-off, device-idle-off)

#47: +1m1s364ms to 55 (screen-on, power-save-off, device-idle-off)

#48: +60s194ms to 56 (screen-on, power-save-off, device-idle-off)

#49: +3m9s267ms to 57 (power-save-off, device-idle-off)

#50: +1m30s117ms to 58 (screen-off, power-save-off, device-idle-off)

#51: +1m4s771ms to 59 (screen-off, power-save-off, device-idle-off)

#52: +30s37ms to 60 (screen-off, power-save-off, device-idle-off)

#53: +60s717ms to 61 (power-save-off, device-idle-off)

#54: +1m3s618ms to 62 (power-save-off, device-idle-off)

#55: +30s274ms to 63 (power-save-off, device-idle-off)

#56: +30s94ms to 64 (power-save-off, device-idle-off)

#57: +30s589ms to 65 (screen-on, power-save-off, device-idle-off)

#58: +30s54ms to 66 (power-save-off, device-idle-off)

Discharge total time: 12h 3m 45s 900ms  (from 59 steps)

Discharge screen off time: 1h 42m 44s 100ms  (from 3 steps)

Discharge screen on time: 2h 5m 48s 100ms  (from 29 steps)

Charge step durations:

#0: +59s848ms to 89 (screen-off, power-save-off, device-idle-off)

#1: +1m42s575ms to 88 (screen-off, power-save-off, device-idle-off)

#2: +1m25s605ms to 87 (screen-off, power-save-off, device-idle-off)

#3: +1m11s842ms to 86 (screen-off, power-save-off, device-idle-off)

#4: +1m9s134ms to 85 (screen-off, power-save-off, device-idle-off)

#5: +1m7s816ms to 84 (screen-off, power-save-off, device-idle-off)

#6: +1m12s985ms to 83 (screen-off, power-save-off, device-idle-off)

#7: +57s243ms to 82 (screen-off, power-save-off, device-idle-off)

#8: +60s172ms to 81 (screen-off, power-save-off, device-idle-off)

#9: +54s112ms to 80 (screen-off, power-save-off, device-idle-off)

#10: +1m3s427ms to 79 (screen-off, power-save-off, device-idle-off)

#11: +51s744ms to 78 (power-save-off, device-idle-off)

#12: +58s696ms to 77 (screen-off, power-save-off, device-idle-off)

#13: +60s298ms to 76 (screen-off, power-save-off, device-idle-off)

#14: +46s34ms to 75 (screen-off, power-save-off, device-idle-off)

#15: +60s272ms to 74 (screen-off, power-save-off, device-idle-off)

#16: +53s863ms to 73 (screen-off, power-save-off, device-idle-off)

#17: +54s465ms to 72 (screen-off, power-save-off, device-idle-off)

#18: +51s492ms to 71 (screen-off, power-save-off, device-idle-off)

#19: +50s115ms to 70 (screen-off, power-save-off, device-idle-off)

#20: +54s226ms to 69 (screen-off, power-save-off, device-idle-off)

#21: +48s784ms to 68 (screen-off, power-save-off, device-idle-off)

#22: +51s850ms to 67 (screen-off, power-save-off, device-idle-off)

#23: +48s615ms to 66 (screen-off, power-save-off, device-idle-off)

#24: +45s895ms to 65 (screen-off, power-save-off, device-idle-off)

#25: +45s264ms to 64 (screen-off, power-save-off, device-idle-off)

#26: +1m1s178ms to 63 (screen-off, power-save-off, device-idle-off)

#27: +44s804ms to 62 (screen-off, power-save-off, device-idle-off)

#28: +48s631ms to 61 (screen-off, power-save-off, device-idle-off)

#29: +3m19s965ms to 60 (power-save-off, device-idle-off)

HW_00098709

#30: +2m29s902ms to 58 (power-save-off, device-idle-off)

#31: +3m5s271ms to 57 (power-save-off, device-idle-off)

#32: +2m43s112ms to 56 (power-save-off, device-idle-off)

#33: +3m32s5ms to 55 (power-save-off, device-idle-off)

  Charge total time: 2h 8m 0s 100ms  (from 34 steps)

  Charge screen off time: 1h 38m 10s 100ms  (from 28 steps)

 Package changes:

  Update com.android.vending vers=84011900

  Update com.facebook.katana vers=446213634

  Update com.zingfit.XYZ_Indoor_Cycling_Studio vers=2022092001

  Update com.raddixcore.xyzplayer vers=15

Daily from 2024-03-20-21-00-52 to 2024-03-21-14-56-02:

 Discharge step durations:

  #0: +2m0s151ms to 68 (screen-on, power-save-off, device-idle-off)

  #1: +2m0s246ms to 69 (screen-on, power-save-off, device-idle-off)

  #2: +2m0s188ms to 70 (screen-on, power-save-off, device-idle-off)

  #3: +2m0s182ms to 71 (screen-on, power-save-off, device-idle-off)

#4: +1m30s717ms to 72 (screen-on, power-save-off, device-idle-off)

#5: +2m0s155ms to 73 (screen-on, power-save-off, device-idle-off)

#6: +2m30s442ms to 74 (screen-on, power-save-off, device-idle-off)

#7: +2m0s168ms to 75 (screen-on, power-save-off, device-idle-off)

#8: +1m30s134ms to 76 (screen-on, power-save-off, device-idle-off)

#9: +2m31s149ms to 77 (screen-on, power-save-off, device-idle-off)

#10: +2m0s255ms to 78 (screen-on, power-save-off, device-idle-off)

#11: +2m0s183ms to 79 (screen-on, power-save-off, device-idle-off)

#12: +2m0s158ms to 80 (screen-on, power-save-off, device-idle-off)

#13: +1m30s333ms to 81 (screen-on, power-save-off, device-idle-off)

#14: +2m0s506ms to 82 (screen-on, power-save-off, device-idle-off)

#15: +2m1s597ms to 83 (screen-on, power-save-off, device-idle-off)

#16: +1m30s249ms to 84 (screen-on, power-save-off, device-idle-off)

#17: +1m30s114ms to 85 (screen-on, power-save-off, device-idle-off)

#18: +2m0s144ms to 86 (screen-on, power-save-off, device-idle-off)

#19: +1m30s105ms to 87 (screen-on, power-save-off, device-idle-off)

#20: +60s71ms to 88 (screen-on, power-save-off, device-idle-off)

#21: +1m31s949ms to 89 (screen-on, power-save-off, device-idle-off)

HW_00098711

#22: +1m31s395ms to 90 (screen-on, power-save-off, device-idle-off)

#23: +1m30s120ms to 91 (screen-on, power-save-off, device-idle-off)

#24: +60s76ms to 92 (screen-on, power-save-off, device-idle-off)

#25: +60s75ms to 93 (screen-on, power-save-off, device-idle-off)

#26: +1m39s661ms to 94 (screen-on, power-save-off, device-idle-off)

Discharge total time: 2h 55m 20s 400ms  (from 27 steps)

Discharge screen on time: 2h 55m 20s 400ms  (from 27 steps)

Charge step durations:

#0: +3m44s439ms to 89 (power-save-off, device-idle-off)

#1: +4m27s497ms to 88 (power-save-off, device-idle-off)

#2: +3m52s196ms to 87 (screen-off, power-save-off, device-idle-off)

#3: +5m35s72ms to 86 (power-save-off, device-idle-off)

#4: +2m55s686ms to 85 (screen-off, power-save-off, device-idle-off)

#5: +3m24s984ms to 84 (screen-off, power-save-off, device-idle-off)

#6: +3m2s243ms to 83 (screen-off, power-save-off, device-idle-off)

#7: +2m39s333ms to 82 (screen-off, power-save-off, device-idle-off)

#8: +2m49s501ms to 81 (screen-off, power-save-off, device-idle-off)

#9: +2m32s8ms to 80 (screen-off, power-save-off, device-idle-off)

#10: +2m57s365ms to 79 (screen-off, power-save-off, device-idle-off)

#11: +2m51s463ms to 78 (screen-off, power-save-off, device-idle-off)

#12: +2m32s213ms to 77 (screen-off, power-save-off, device-idle-off)

#13: +2m48s535ms to 76 (screen-off, power-save-off, device-idle-off)

Charge total time: 5h 30m 3s 800ms  (from 14 steps)

Charge screen off time: 4h 54m 46s 600ms  (from 11 steps)

Daily from 2024-03-19-18-21-44 to 2024-03-20-21-00-52:

Discharge step durations:

#0: +2m0s161ms to 49 (screen-on, power-save-off, device-idle-off)

#1: +2m0s697ms to 50 (screen-on, power-save-off, device-idle-off)

#2: +2m1s10ms to 51 (screen-on, power-save-off, device-idle-off)

#3: +2m0s679ms to 52 (screen-on, power-save-off, device-idle-off)

#4: +2m0s713ms to 53 (screen-on, power-save-off, device-idle-off)

#5: +1m30s520ms to 54 (screen-on, power-save-off, device-idle-off)

#6: +2m0s448ms to 55 (screen-on, power-save-off, device-idle-off)

#7: +2m0s353ms to 56 (screen-on, power-save-off, device-idle-off)

#8: +2m0s154ms to 57 (screen-on, power-save-off, device-idle-off)

#9: +1m30s136ms to 58 (screen-on, power-save-off, device-idle-off)

#10: +1m30s130ms to 59 (screen-on, power-save-off, device-idle-off)

#11: +1m30s137ms to 60 (screen-on, power-save-off, device-idle-off)

#12: +1m32s133ms to 61 (screen-on, power-save-off, device-idle-off)

#13: +1m30s113ms to 62 (screen-on, power-save-off, device-idle-off)

#14: +60s95ms to 63 (screen-on, power-save-off, device-idle-off)

#15: +1m33s77ms to 64 (screen-on, power-save-off, device-idle-off)

#16: +2m0s164ms to 65 (screen-on, power-save-off, device-idle-off)

#17: +2m0s251ms to 66 (screen-on, power-save-off, device-idle-off)

#18: +30s107ms to 73 (screen-on, power-save-off, device-idle-off)

#19: +30s301ms to 74 (screen-on, power-save-off, device-idle-off)

#20: +30s32ms to 75 (screen-on, power-save-off, device-idle-off)

#21: +32s622ms to 76 (screen-on, power-save-off, device-idle-off)

#22: +36s154ms to 77 (screen-on, power-save-off, device-idle-off)

#23: +1m2s896ms to 78 (power-save-off, device-idle-off)

Discharge total time: 2h 27m 26s 100ms  (from 24 steps)

HW_00098714

Discharge screen on time: 2h 29m 17s 300ms  (from 23 steps)

Package changes:

Update com.facebook.katana vers=446213634

Daily from 2024-03-18-16-15-45 to 2024-03-19-18-21-44:

Discharge step durations:

#0: +2m36s500ms to 78 (power-save-off, device-idle-off)

#1: +1m30s285ms to 79 (screen-on, power-save-off, device-idle-off)

#2: +2m19s562ms to 80 (power-save-off, device-idle-off)

#3: +2m0s208ms to 81 (screen-on, power-save-off, device-idle-off)

#4: +31s18ms to 82 (screen-on, power-save-off, device-idle-off)

#5: +30s31ms to 83 (screen-on, power-save-off, device-idle-off)

#6: +1m14s476ms to 84 (power-save-off, device-idle-off)

#7: +30s30ms to 88 (screen-off, power-save-off, device-idle-off)

Discharge total time: 2h 20m 1s 300ms  (from 8 steps)

Discharge screen off time: 50m 3s 0ms  (from 1 steps)

Discharge screen on time: 1h 53m 8s 500ms  (from 4 steps)

Package changes:

Update com.supercell.clashofclans vers=160137014

Update com.facebook.katana vers=446213634

Update com.instagram.android vers=367809539

Update com.snapchat.android vers=120372

Update com.yahoo.mobile.client.android.finance vers=1330786280

Update com.king.candycrushsaga vers=12730020

Update com.facebook.orca vers=319809507

Update com.amazon.kindle vers=1221337088

Daily from 2024-03-16-21-52-10 to 2024-03-18-14-54-58:

Discharge step durations:

#0: +3m30s281ms to 0 (screen-on, power-save-off, device-idle-off)

#1: +1m30s129ms to 1 (screen-on, power-save-off, device-idle-off)

#2: +1m30s130ms to 2 (screen-on, power-save-off, device-idle-off)

#3: +60s80ms to 3 (screen-on, power-save-off, device-idle-off)

#4: +1m30s123ms to 4 (screen-on, power-save-off, device-idle-off)

#5: +60s77ms to 5 (screen-on, power-save-off, device-idle-off)

#6: +60s81ms to 6 (screen-on, power-save-off, device-idle-off)

#7: +60s78ms to 7 (screen-on, power-save-off, device-idle-off)

HW_00098716

#8: +1m30s124ms to 8 (screen-on, power-save-off, device-idle-off)

#9: +60s76ms to 9 (screen-on, power-save-off, device-idle-off)

#10: +60s84ms to 10 (screen-on, power-save-off, device-idle-off)

#11: +60s91ms to 11 (screen-on, power-save-off, device-idle-off)

#12: +1m30s119ms to 12 (screen-on, power-save-off, device-idle-off)

#13: +60s79ms to 13 (screen-on, power-save-off, device-idle-off)

#14: +60s78ms to 14 (screen-on, power-save-off, device-idle-off)

#15: +60s84ms to 15 (screen-on, power-save-off, device-idle-off)

#16: +60s85ms to 16 (screen-on, power-save-off, device-idle-off)

#17: +1m9s662ms to 17 (screen-on, power-save-off, device-idle-off)

#18: +1m30s119ms to 18 (screen-on, power-save-off, device-idle-off)

#19: +60s82ms to 19 (screen-on, power-save-off, device-idle-off)

#20: +1m30s122ms to 20 (screen-on, power-save-off, device-idle-off)

#21: +2m0s168ms to 21 (screen-on, power-save-off, device-idle-off)

#22: +60s87ms to 22 (screen-on, power-save-off, device-idle-off)

#23: +2m0s171ms to 23 (screen-on, power-save-off, device-idle-off)

#24: +30s43ms to 24 (screen-on, power-save-off, device-idle-off)

#25: +2m0s169ms to 25 (screen-on, power-save-off, device-idle-off)

#26: +1m30s123ms to 26 (screen-on, power-save-off, device-idle-off)

#27: +1m30s126ms to 27 (screen-on, power-save-off, device-idle-off)

#28: +1m30s415ms to 28 (screen-on, power-save-off, device-idle-off)

#29: +3m0s245ms to 29 (screen-on, power-save-off, device-idle-off)

#30: +1m30s121ms to 30 (screen-on, power-save-off, device-idle-off)

#31: +60s84ms to 31 (screen-on, power-save-off, device-idle-off)

#32: +2m30s213ms to 32 (screen-on, power-save-off, device-idle-off)

#33: +60s83ms to 33 (screen-on, power-save-off, device-idle-off)

#34: +2m0s160ms to 34 (screen-on, power-save-off, device-idle-off)

#35: +1m30s131ms to 35 (screen-on, power-save-off, device-idle-off)

#36: +2m6s730ms to 36 (screen-on, power-save-off, device-idle-off)

#37: +1m30s133ms to 37 (screen-on, power-save-off, device-idle-off)

#38: +1m30s115ms to 38 (screen-on, power-save-off, device-idle-off)

#39: +2m0s158ms to 39 (screen-on, power-save-off, device-idle-off)

#40: +1m30s119ms to 40 (screen-on, power-save-off, device-idle-off)

#41: +2m0s175ms to 41 (screen-on, power-save-off, device-idle-off)

#42: +2m30s222ms to 42 (screen-on, power-save-off, device-idle-off)

#43: +2m0s145ms to 43 (screen-on, power-save-off, device-idle-off)

#44: +2m5s963ms to 44 (screen-on, power-save-off, device-idle-off)

#45: +2m0s167ms to 45 (screen-on, power-save-off, device-idle-off)

#46: +2m0s160ms to 46 (screen-on, power-save-off, device-idle-off)

#47: +2m30s190ms to 47 (screen-on, power-save-off, device-idle-off)

#48: +2m0s160ms to 48 (screen-on, power-save-off, device-idle-off)

#49: +2m5s267ms to 49 (screen-on, power-save-off, device-idle-off)

#50: +2m30s213ms to 50 (screen-on, power-save-off, device-idle-off)

#51: +2m8s856ms to 51 (screen-on, power-save-off, device-idle-off)

#52: +2m0s175ms to 52 (screen-on, power-save-off, device-idle-off)

#53: +2m30s200ms to 53 (screen-on, power-save-off, device-idle-off)

#54: +2m30s200ms to 54 (screen-on, power-save-off, device-idle-off)

#55: +2m0s163ms to 55 (screen-on, power-save-off, device-idle-off)

#56: +3m0s267ms to 56 (screen-on, power-save-off, device-idle-off)

#57: +2m0s161ms to 57 (screen-on, power-save-off, device-idle-off)

#58: +2m30s203ms to 58 (screen-on, power-save-off, device-idle-off)

#59: +2m0s174ms to 59 (screen-on, power-save-off, device-idle-off)

HW_00098719

#60: +2m30s224ms to 60 (screen-on, power-save-off, device-idle-off)

#61: +2m0s170ms to 61 (screen-on, power-save-off, device-idle-off)

#62: +2m0s158ms to 62 (screen-on, power-save-off, device-idle-off)

#63: +2m0s170ms to 63 (screen-on, power-save-off, device-idle-off)

#64: +2m8s935ms to 64 (screen-on, power-save-off, device-idle-off)

#65: +2m0s166ms to 65 (screen-on, power-save-off, device-idle-off)

#66: +2m30s197ms to 66 (screen-on, power-save-off, device-idle-off)

#67: +2m0s160ms to 67 (screen-on, power-save-off, device-idle-off)

#68: +2m30s203ms to 68 (screen-on, power-save-off, device-idle-off)

#69: +2m7s306ms to 69 (screen-on, power-save-off, device-idle-off)

#70: +2m0s153ms to 70 (screen-on, power-save-off, device-idle-off)

#71: +2m0s169ms to 71 (screen-on, power-save-off, device-idle-off)

#72: +2m30s194ms to 72 (screen-on, power-save-off, device-idle-off)

#73: +2m0s172ms to 73 (screen-on, power-save-off, device-idle-off)

#74: +2m30s218ms to 74 (screen-on, power-save-off, device-idle-off)

#75: +2m30s207ms to 75 (screen-on, power-save-off, device-idle-off)

#76: +2m30s201ms to 76 (screen-on, power-save-off, device-idle-off)

HW_00098720

#77: +2m30s192ms to 77 (screen-on, power-save-off, device-idle-off)

#78: +3m0s258ms to 78 (screen-on, power-save-off, device-idle-off)

#79: +2m30s197ms to 79 (screen-on, power-save-off, device-idle-off)

#80: +2m30s205ms to 80 (screen-on, power-save-off, device-idle-off)

#81: +3m0s248ms to 81 (screen-on, power-save-off, device-idle-off)

#82: +2m0s156ms to 82 (screen-on, power-save-off, device-idle-off)

#83: +2m30s212ms to 83 (screen-on, power-save-off, device-idle-off)

#84: +2m30s209ms to 84 (screen-on, power-save-off, device-idle-off)

#85: +2m30s203ms to 85 (screen-on, power-save-off, device-idle-off)

#86: +2m0s165ms to 86 (screen-on, power-save-off, device-idle-off)

#87: +2m30s198ms to 87 (screen-on, power-save-off, device-idle-off)

#88: +2m0s160ms to 88 (screen-on, power-save-off, device-idle-off)

#89: +2m7s52ms to 89 (screen-on, power-save-off, device-idle-off)

#90: +2m0s160ms to 90 (screen-on, power-save-off, device-idle-off)

#91: +1m30s129ms to 91 (screen-on, power-save-off, device-idle-off)

#92: +1m32s907ms to 92 (screen-on, power-save-off, device-idle-off)

#93: +1m30s121ms to 93 (screen-on, power-save-off, device-idle-off)

HW_00098721

#94: +60s71ms to 94 (screen-on, power-save-off, device-idle-off)

#95: +60s87ms to 95 (screen-on, power-save-off, device-idle-off)

#96: +60s77ms to 96 (screen-on, power-save-off, device-idle-off)

#97: +60s82ms to 97 (screen-on, power-save-off, device-idle-off)

#98: +30s38ms to 98 (screen-on, power-save-off, device-idle-off)

Discharge total time: 3h 5m 7s 600ms  (from 99 steps)

Discharge screen on time: 3h 5m 7s 600ms  (from 99 steps)

Daily from 2024-03-16-21-52-10 to 2024-03-17-01-23-46:

Discharge step durations:

#0: +3m30s281ms to 0 (screen-on, power-save-off, device-idle-off)

#1: +1m30s129ms to 1 (screen-on, power-save-off, device-idle-off)

#2: +1m30s130ms to 2 (screen-on, power-save-off, device-idle-off)

#3: +60s80ms to 3 (screen-on, power-save-off, device-idle-off)

#4: +1m30s123ms to 4 (screen-on, power-save-off, device-idle-off)

#5: +60s77ms to 5 (screen-on, power-save-off, device-idle-off)

#6: +60s81ms to 6 (screen-on, power-save-off, device-idle-off)

#7: +60s78ms to 7 (screen-on, power-save-off, device-idle-off)

#8: +1m30s124ms to 8 (screen-on, power-save-off, device-idle-off)

#9: +60s76ms to 9 (screen-on, power-save-off, device-idle-off)

#10: +60s84ms to 10 (screen-on, power-save-off, device-idle-off)

#11: +60s91ms to 11 (screen-on, power-save-off, device-idle-off)

#12: +1m30s119ms to 12 (screen-on, power-save-off, device-idle-off)

#13: +60s79ms to 13 (screen-on, power-save-off, device-idle-off)

#14: +60s78ms to 14 (screen-on, power-save-off, device-idle-off)

#15: +60s84ms to 15 (screen-on, power-save-off, device-idle-off)

#16: +60s85ms to 16 (screen-on, power-save-off, device-idle-off)

#17: +1m9s662ms to 17 (screen-on, power-save-off, device-idle-off)

#18: +1m30s119ms to 18 (screen-on, power-save-off, device-idle-off)

#19: +60s82ms to 19 (screen-on, power-save-off, device-idle-off)

#20: +1m30s122ms to 20 (screen-on, power-save-off, device-idle-off)

#21: +2m0s168ms to 21 (screen-on, power-save-off, device-idle-off)

#22: +60s87ms to 22 (screen-on, power-save-off, device-idle-off)

#23: +2m0s171ms to 23 (screen-on, power-save-off, device-idle-off)

#24: +30s43ms to 24 (screen-on, power-save-off, device-idle-off)

#25: +2m0s169ms to 25 (screen-on, power-save-off, device-idle-off)

#26: +1m30s123ms to 26 (screen-on, power-save-off, device-idle-off)

#27: +1m30s126ms to 27 (screen-on, power-save-off, device-idle-off)

#28: +1m30s415ms to 28 (screen-on, power-save-off, device-idle-off)

#29: +3m0s245ms to 29 (screen-on, power-save-off, device-idle-off)

#30: +1m30s121ms to 30 (screen-on, power-save-off, device-idle-off)

#31: +60s84ms to 31 (screen-on, power-save-off, device-idle-off)

#32: +2m30s213ms to 32 (screen-on, power-save-off, device-idle-off)

#33: +60s83ms to 33 (screen-on, power-save-off, device-idle-off)

#34: +2m0s160ms to 34 (screen-on, power-save-off, device-idle-off)

#35: +1m30s131ms to 35 (screen-on, power-save-off, device-idle-off)

#36: +2m6s730ms to 36 (screen-on, power-save-off, device-idle-off)

#37: +1m30s133ms to 37 (screen-on, power-save-off, device-idle-off)

#38: +1m30s115ms to 38 (screen-on, power-save-off, device-idle-off)

#39: +2m0s158ms to 39 (screen-on, power-save-off, device-idle-off)

#40: +1m30s119ms to 40 (screen-on, power-save-off, device-idle-off)

#41: +2m0s175ms to 41 (screen-on, power-save-off, device-idle-off)

#42: +2m30s222ms to 42 (screen-on, power-save-off, device-idle-off)

#43: +2m0s145ms to 43 (screen-on, power-save-off, device-idle-off)

#44: +2m5s963ms to 44 (screen-on, power-save-off, device-idle-off)

#45: +2m0s167ms to 45 (screen-on, power-save-off, device-idle-off)

#46: +2m0s160ms to 46 (screen-on, power-save-off, device-idle-off)

#47: +2m30s190ms to 47 (screen-on, power-save-off, device-idle-off)

#48: +2m0s160ms to 48 (screen-on, power-save-off, device-idle-off)

#49: +2m5s267ms to 49 (screen-on, power-save-off, device-idle-off)

#50: +2m30s213ms to 50 (screen-on, power-save-off, device-idle-off)

#51: +2m8s856ms to 51 (screen-on, power-save-off, device-idle-off)

#52: +2m0s175ms to 52 (screen-on, power-save-off, device-idle-off)

#53: +2m30s200ms to 53 (screen-on, power-save-off, device-idle-off)

#54: +2m30s200ms to 54 (screen-on, power-save-off, device-idle-off)

#55: +2m0s163ms to 55 (screen-on, power-save-off, device-idle-off)

#56: +3m0s267ms to 56 (screen-on, power-save-off, device-idle-off)

#57: +2m0s161ms to 57 (screen-on, power-save-off, device-idle-off)

#58: +2m30s203ms to 58 (screen-on, power-save-off, device-idle-off)

#59: +2m0s174ms to 59 (screen-on, power-save-off, device-idle-off)

HW_00098725

#60: +2m30s224ms to 60 (screen-on, power-save-off, device-idle-off)

#61: +2m0s170ms to 61 (screen-on, power-save-off, device-idle-off)

#62: +2m0s158ms to 62 (screen-on, power-save-off, device-idle-off)

#63: +2m0s170ms to 63 (screen-on, power-save-off, device-idle-off)

#64: +2m8s935ms to 64 (screen-on, power-save-off, device-idle-off)

#65: +2m0s166ms to 65 (screen-on, power-save-off, device-idle-off)

#66: +2m30s197ms to 66 (screen-on, power-save-off, device-idle-off)

#67: +2m0s160ms to 67 (screen-on, power-save-off, device-idle-off)

#68: +2m30s203ms to 68 (screen-on, power-save-off, device-idle-off)

#69: +2m7s306ms to 69 (screen-on, power-save-off, device-idle-off)

#70: +2m0s153ms to 70 (screen-on, power-save-off, device-idle-off)

#71: +2m0s169ms to 71 (screen-on, power-save-off, device-idle-off)

#72: +2m30s194ms to 72 (screen-on, power-save-off, device-idle-off)

#73: +2m0s172ms to 73 (screen-on, power-save-off, device-idle-off)

#74: +2m30s218ms to 74 (screen-on, power-save-off, device-idle-off)

#75: +2m30s207ms to 75 (screen-on, power-save-off, device-idle-off)

#76: +2m30s201ms to 76 (screen-on, power-save-off, device-idle-off)

#77: +2m30s192ms to 77 (screen-on, power-save-off, device-idle-off)

#78: +3m0s258ms to 78 (screen-on, power-save-off, device-idle-off)

#79: +2m30s197ms to 79 (screen-on, power-save-off, device-idle-off)

#80: +2m30s205ms to 80 (screen-on, power-save-off, device-idle-off)

#81: +3m0s248ms to 81 (screen-on, power-save-off, device-idle-off)

#82: +2m0s156ms to 82 (screen-on, power-save-off, device-idle-off)

#83: +2m30s212ms to 83 (screen-on, power-save-off, device-idle-off)

#84: +2m30s209ms to 84 (screen-on, power-save-off, device-idle-off)

#85: +2m30s203ms to 85 (screen-on, power-save-off, device-idle-off)

#86: +2m0s165ms to 86 (screen-on, power-save-off, device-idle-off)

#87: +2m30s198ms to 87 (screen-on, power-save-off, device-idle-off)

#88: +2m0s160ms to 88 (screen-on, power-save-off, device-idle-off)

#89: +2m7s52ms to 89 (screen-on, power-save-off, device-idle-off)

#90: +2m0s160ms to 90 (screen-on, power-save-off, device-idle-off)

#91: +1m30s129ms to 91 (screen-on, power-save-off, device-idle-off)

#92: +1m32s907ms to 92 (screen-on, power-save-off, device-idle-off)

#93: +1m30s121ms to 93 (screen-on, power-save-off, device-idle-off)

#94: +60s71ms to 94 (screen-on, power-save-off, device-idle-off)

#95: +60s87ms to 95 (screen-on, power-save-off, device-idle-off)

#96: +60s77ms to 96 (screen-on, power-save-off, device-idle-off)

#97: +60s82ms to 97 (screen-on, power-save-off, device-idle-off)

#98: +30s38ms to 98 (screen-on, power-save-off, device-idle-off)

  Discharge total time: 3h 5m 7s 600ms  (from 99 steps)

  Discharge screen on time: 3h 5m 7s 600ms  (from 99 steps)

Daily from 2024-03-15-20-56-53 to 2024-03-16-21-52-10:

 Discharge step durations:

  #0: +60s79ms to 95 (screen-on, power-save-off, device-idle-off)

  #1: +60s72ms to 96 (screen-on, power-save-off, device-idle-off)

  #2: +36s746ms to 97 (screen-on, power-save-off, device-idle-off)

  #3: +30s880ms to 98 (screen-on, power-save-off, device-idle-off)

  Discharge total time: 1h 18m 14s 400ms  (from 4 steps)

  Discharge screen on time: 1h 18m 14s 400ms  (from 4 steps)

 Package changes:

  Update com.sec.android.app.samsungapps vers=456906110

  Update com.android.vending vers=83521930

Update com.android.vending vers=84001300

Update com.google.android.googlequicksearchbox vers=301197103

Update com.google.android.gms vers=240812009

Update com.google.android.webview vers=463807400

Update com.google.android.play.games vers=462430030

Update flipboard.app vers=5426

Update com.dsi.ant.service.socket vers=41800

Update com.telenav.app.android.cingular vers=8562968

Update com.google.android.apps.maps vers=1067423619

Update com.google.android.gm vers=64474431

Update com.google.android.youtube vers=1531305408

Update com.google.android.apps.magazines vers=2022178196

Update com.drivemode vers=10306106

Update com.dsi.ant.plugins.antplus vers=30640

Update com.sec.app.samsungprintservice vers=3870

Update com.google.android.apps.books vers=184886

Update com.android.chrome vers=524912610

Update com.google.android.marvin.talkback vers=60123270

Update com.yellowpages.android.ypmobile vers=10070200

Update com.att.android.mobile.attmessages vers=21900273

Update com.policydm vers=420200000

Update com.google.android.apps.plus vers=441268783

Update com.google.android.music vers=91131

Update com.asurion.android.mobilerecovery.att vers=2000000000

Update com.google.android.talk vers=27382049

Update com.sec.spp.push vers=341302200

Update com.google.android.videos vers=439163714

Update com.att.android.digitallocker vers=1705091343

Update com.google.android.apps.docs vers=213519688

Update flipboard.boxer.app vers=3189

Daily from 2014-05-28-02-03-29 to 2024-03-15-20-56-53:

  Charge step durations:

    #0: +1m42s980ms to 89 (screen-off, power-save-off, device-idle-off)

    #1: +59s787ms to 88 (screen-off, power-save-off, device-idle-off)

#2: +1m17s204ms to 87 (screen-off, power-save-off, device-idle-off)

#3: +1m1s37ms to 86 (screen-off, power-save-off, device-idle-off)

#4: +1m2s306ms to 85 (screen-off, power-save-off, device-idle-off)

#5: +1m5s903ms to 84 (screen-off, power-save-off, device-idle-off)

#6: +45s774ms to 83 (screen-off, power-save-off, device-idle-off)

#7: +1m2s491ms to 82 (screen-off, power-save-off, device-idle-off)

#8: +1m3s58ms to 81 (screen-off, power-save-off, device-idle-off)

#9: +32s996ms to 80 (screen-off, power-save-off, device-idle-off)

#10: +59s307ms to 79 (screen-off, power-save-off, device-idle-off)

#11: +42s182ms to 78 (screen-off, power-save-off, device-idle-off)

#12: +60s996ms to 77 (screen-off, power-save-off, device-idle-off)

#13: +28s5ms to 76 (screen-off, power-save-off, device-idle-off)

#14: +60s7ms to 75 (screen-off, power-save-off, device-idle-off)

#15: +31s999ms to 74 (screen-off, power-save-off, device-idle-off)

#16: +59s997ms to 73 (screen-off, power-save-off, device-idle-off)

#17: +27s995ms to 72 (screen-off, power-save-off, device-idle-off)

#18: +60s0ms to 71 (screen-off, power-save-off, device-idle-off)

#19: +31s950ms to 70 (screen-off, power-save-off, device-idle-off)

HW_00098731

#20: +43s53ms to 69 (screen-off, power-save-off, device-idle-off)

#21: +45s1ms to 68 (screen-off, power-save-off, device-idle-off)

#22: +31s999ms to 67 (screen-off, power-save-off, device-idle-off)

#23: +28s4ms to 66 (screen-off, power-save-off, device-idle-off)

#24: +60s5ms to 65 (screen-off, power-save-off, device-idle-off)

#25: +32s977ms to 64 (screen-off, power-save-off, device-idle-off)

#26: +34s4ms to 63 (screen-off, power-save-off, device-idle-off)

#27: +25s991ms to 62 (screen-off, power-save-off, device-idle-off)

Charge total time: 1h 23m 9s 300ms  (from 28 steps)

Charge screen off time: 1h 23m 9s 300ms  (from 28 steps)

Statistics since last charge:

System starts: 0, currently on battery: false

rawRealtime = 24099708 (ms)

Time on battery: 1h 3m 50s 348ms (99.6%) realtime, 1h 1m 36s 608ms (96.1%) uptime

Time on battery screen off: 2m 39s 37ms (4.1%) realtime, 25s 297ms (0.7%) uptime

Total run time: 1h 4m 7s 381ms realtime, 1h 1m 53s 641ms uptime

HW_00098732

Start clock time: 2024-03-22-15-33-08

Screen on: 1h 1m 11s 311ms (95.8%) 2x, Interactive: 1h 1m 10s 446ms (95.8%)

Screen brightnesses:

  dark 20m 21s 996ms (33.3%)

  dim 40m 49s 315ms (66.7%)

Power save mode enabled: 1h 2m 57s 890ms (98.6%)

Total partial wakelock time: 13s 780ms

Mobile total received: 565.44KB, sent: 124.46KB (packets received 650, sent 651)

Phone signal levels:

  poor 12m 49s 485ms (20.1%) 69x

  moderate 51m 0s 863ms (79.9%) 70x

Signal scanning time: 0ms

Radio types:

  lte 1h 3m 50s 348ms (100.0%) 0x

Mobile radio active time: 20m 32s 866ms (32.2%) 83x

Mobile radio active unknown time: 2m 34s 25ms (4.0%) 17x

Mobile radio active adjusted time: 0ms (0.0%)

HW_00098733

Wi-Fi total received: 0B, sent: 0B (packets received 0, sent 0)

Wifi on: 1h 3m 50s 348ms (100.0%), Wifi running: 1h 3m 50s 348ms (100.0%)

Wifi states: (no activity)

Wifi supplicant states:

  scanning 1h 3m 50s 348ms (100.0%) 0x

Wifi signal levels: (no activity)

WiFi Idle time: 0ms (--%)

WiFi Rx time:   0ms (--%)

WiFi Tx time:   0ms (--%)

WiFi Power drain: 0mAh

Bluetooth Idle time: 0ms (--%)

Bluetooth Rx time:   0ms (--%)

Bluetooth Tx time:   0ms (--%)

Bluetooth Power drain: 0mAh

Device battery use since last full charge

  Amount discharged (lower bound): 5

HW_00098734

Amount discharged (upper bound): 6

Amount discharged while screen on: 6

Amount discharged while screen off: 0

Estimated power use (mAh):

Capacity: 2800, Computed drain: 191, actual drain: 140-168

Screen: 114

Uid 0: 31.6 ( cpu=3.89 wake=0.0192 radio=27.7 )

Uid 1000: 11.6 ( cpu=10.0 wake=0.0196 radio=0.523 sensor=1.02 )

Cell standby: 10.1 ( radio=10.1 )

Uid u0a19: 6.15 ( cpu=0.379 wake=0.0000383 radio=5.77 )

Uid u0a201: 3.34 ( cpu=3.29 radio=0.0591 )

Wifi: 3.24 ( cpu=0.0514 wifi=3.19 )

Uid u0a57: 2.27 ( cpu=2.27 )

Uid u0a39: 1.33 ( cpu=0.178 radio=1.15 )

Uid u0a79: 1.29 ( cpu=0.609 radio=0.682 )

Uid u0a126: 1.10 ( cpu=0.134 radio=0.969 )

Uid u0a198: 0.882 ( cpu=0.241 wake=0.0000767 radio=0.641 )

Uid 1001: 0.692 ( cpu=0.692 wake=0.000327 )

Uid u0a74: 0.671 ( cpu=0.669 wake=0.00192 sensor=0.000211 )

Uid u0a199: 0.659 ( cpu=0.658 wake=0.000505 )

Uid u0a200: 0.339 ( cpu=0.339 )

Uid u0a203: 0.261 ( cpu=0.261 )

Idle: 0.137

Uid 1017: 0.130 ( cpu=0.130 )

Uid u0a16: 0.121 ( cpu=0.121 )

Uid u0a94: 0.101 ( cpu=0.101 )

Uid u0a6: 0.0783 ( cpu=0.0783 )

Uid 1006: 0.0749 ( cpu=0.0749 )

Uid u0a181: 0.0489 ( cpu=0.0489 )

Uid 5004: 0.0486 ( cpu=0.0486 )

Uid 1013: 0.0452 ( cpu=0.0452 )

Uid u0a18: 0.0384 ( cpu=0.0384 )

Uid u0a132: 0.0320 ( cpu=0.0320 )

Uid u0a85: 0.0284 ( cpu=0.0284 )

Uid u0a15: 0.0232 ( cpu=0.0232 )

Uid u0a62: 0.0204 ( cpu=0.0204 )

Uid u0a3: 0.0186 ( cpu=0.0186 )

Uid u0a187: 0.0179 ( cpu=0.0179 )

Bluetooth: 0.0177 ( cpu=0.0175 wake=0.000152 )

Uid u0a48: 0.0151 ( cpu=0.0151 )

Uid u0a59: 0.0127 ( cpu=0.0127 )

Uid u0a153: 0.0108 ( cpu=0.0108 )

Uid u0a188: 0.0106 ( cpu=0.0106 )

Uid u0a60: 0.0104 ( cpu=0.0104 )

Uid u0a183: 0.00874 ( cpu=0.00874 )

Uid 1027: 0.00848 ( cpu=0.00815 wake=0.000327 )

Uid u0a5: 0.00796 ( cpu=0.00796 )

Uid u0a35: 0.00731 ( cpu=0.00731 )

Uid u0a55: 0.00731 ( cpu=0.00731 )

Uid u0a10: 0.00668 ( cpu=0.00668 )

Uid u0a12: 0.00648 ( cpu=0.00648 )

Uid u0a36: 0.00396 ( cpu=0.00396 )

Uid u0a185: 0.00396 ( cpu=0.00396 )

Uid u0a115: 0.00347 ( cpu=0.00347 )

Uid 5006: 0.00332 ( cpu=0.00332 )

Uid u0a52: 0.00331 ( cpu=0.00331 )

Uid u0a158: 0.00308 ( cpu=0.00308 )

Uid 9999: 0.00276 ( cpu=0.00276 )

Uid u0a43: 0.00160 ( cpu=0.00160 )

Uid u0a77: 0.00146 ( cpu=0.00146 )

Uid u0a65: 0.000981 ( cpu=0.000981 )

Uid u0a169: 0.000830 ( cpu=0.000830 )

Uid u0a30: 0.000631 ( cpu=0.000631 )

Uid u0a71: 0.000628 ( cpu=0.000628 )

Uid u0a178: 0.000621 ( cpu=0.000621 )

Uid u0a156: 0.000516 ( cpu=0.000516 )

Uid u0a27: 0.000316 ( cpu=0.000316 )

Uid u0a131: 0.000316 ( cpu=0.000316 )

HW_00098738

Over-counted: 23.0 ( )

Per-app mobile ms per packet:

 Uid 0: 2522 (316 packets over 13m 16s 794ms) 64x

 Uid u0a19: 1979 (84 packets over 2m 46s 200ms) 19x

 Uid u0a126: 1395 (20 packets over 27s 908ms) 1x

 Uid 1000: 941 (16 packets over 15s 55ms) 2x

 Uid u0a79: 409 (48 packets over 19s 633ms) 1x

 Uid u0a201: 106 (16 packets over 1s 702ms) 2x

 Uid u0a198: 89.6 (206 packets over 18s 463ms) 1x

 Uid u0a39: 55.6 (595 packets over 33s 82ms) 2x

 TOTAL TIME: 17m 58s 837ms (0.0%)

All kernel wake locks:

Kernel Wake lock PowerManagerService.WakeLocks: 13s 800ms (33 times) realtime

Kernel Wake lock PowerManagerService.Broadcasts: 8s 42ms (4 times) realtime

Kernel Wake lock bluesleep   : 5s 7ms (2 times) realtime

Kernel Wake lock nfc_wake_lock: 4s 118ms (2 times) realtime

HW_00098739

Kernel Wake lock msm_serial_hs_dma: 4s 24ms (2 times) realtime

Kernel Wake lock msm_serial_hs_rx: 2s 463ms (4 times) realtime

Kernel Wake lock bam_dmux_wakelock: 2s 198ms (2 times) realtime

Kernel Wake lock PowerManagerService.Display: 998ms (2 times) realtime

Kernel Wake lock resume_wakelock: 385ms (4 times) realtime

Kernel Wake lock KeyEvents   : 363ms (14 times) realtime

Kernel Wake lock alarm      : 300ms (8 times) realtime

Kernel Wake lock radio-interface: 284ms (1 times) realtime

Kernel Wake lock event0-814  : 212ms (4 times) realtime

Kernel Wake lock event3-814  : 172ms (3 times) realtime

Kernel Wake lock event13-814 : 161ms (4 times) realtime

Kernel Wake lock event15-814 : 161ms (4 times) realtime

Kernel Wake lock alarm_rtc   : 156ms (2 times) realtime

Kernel Wake lock wlan_wd_wake: 127ms (2 times) realtime

Kernel Wake lock ssp_sensorhub_wake_lock: 99ms (1 times) realtime

Kernel Wake lock wlan_wake   : 38ms (2 times) realtime

Kernel Wake lock smsm_snapshot: 3ms (4 times) realtime

HW_00098740

Kernel Wake lock smdcntl0    : 2ms (16 times) realtime

Kernel Wake lock qmuxd_port_wl_0: 2ms (18 times) realtime

Kernel Wake lock LightsService: 2ms (2 times) realtime

All partial wake locks:

Wake lock 1000 ImsService: 10s 36ms (1 times) realtime

Wake lock 1000 *alarm*: 1s 165ms (2 times) realtime

Wake lock u0a74 show keyguard: 1s 98ms (2 times) realtime

Wake lock 1000 ActivityManager-Sleep: 341ms (2 times) realtime

Wake lock u0a199 *alarm*: 303ms (1 times) realtime

Wake lock 1001 RILJ0: 197ms (9 times) realtime

Wake lock 1027 NfcService:mRoutingWakeLock: 197ms (2 times) realtime

Wake lock 1000 PhoneWindowManager.mPowerKeyWakeLock: 126ms (2 times) realtime

Wake lock 1002 bluedroid_timer: 92ms (23 times) realtime

Wake lock 1000 WifiSuspend: 80ms (2 times) realtime

Wake lock u0a74 *alarm*: 53ms (1 times) realtime

Wake lock u0a198 *alarm*: 46ms (1 times) realtime

Wake lock 1000 motion_service: 18ms (2 times) realtime

Wake lock u0a19 NlpWakeLock: 18ms (2 times) realtime

Wake lock 1000 *job*/android/com.android.server.os.BackgroundCompactionService: 7ms (1 times) realtime

Wake lock u0a19 Wakeful StateMachine: GeofencerStateMachine: 6ms (2 times) realtime

All wakeup reasons:

Wakeup reason 299:qpnp_rtc_alarm:200:smd_dev:203:fc4281d0.qcom,mpm:222:fc4cf000.qcom,spmi: 8ms (1 times) realtime

Wakeup reason 290:qpnp_kpdpwr_status:200:smd_dev:203:fc4281d0.qcom,mpm:222:fc4cf000.qcom,spmi: 151ms (1 times) realtime

Wakeup reason unknown: 163ms (1 times) realtime

0:

Mobile network: 12.87KB received, 18.38KB sent (packets 109 received, 207 sent)

Mobile radio active: 13m 16s 794ms (64.6%) 64x @ 2522 mspp

Total cpu time: u=5s 60ms s=3m 24s 360ms p=0mAh

Proc irq/170-msm_sdc:

CPU: 0ms usr + 20ms krn ; 0ms fg

HW_00098742

Proc kworker/u:0H:

  CPU: 0ms usr + 27s 570ms krn ; 0ms fg

Proc kworker/3:2H:

  CPU: 0ms usr + 10ms krn ; 0ms fg

Proc kworker/3:1H:

  CPU: 0ms usr + 3s 810ms krn ; 0ms fg

Proc kworker/3:0H:

  CPU: 0ms usr + 2s 120ms krn ; 0ms fg

Proc kworker/0:2H:

  CPU: 0ms usr + 650ms krn ; 0ms fg

Proc kworker/0:1H:

  CPU: 0ms usr + 5s 130ms krn ; 0ms fg

Proc edmaudit:

  CPU: 700ms usr + 890ms krn ; 0ms fg

Proc ssp_sensorhub_t:

  CPU: 0ms usr + 10ms krn ; 0ms fg

Proc dhd_dpc:

  CPU: 0ms usr + 2s 590ms krn ; 0ms fg

HW_00098743

Proc diag_uart_log:

  CPU: 30ms usr + 150ms krn ; 0ms fg

Proc wpa_supplicant:

  CPU: 1s 490ms usr + 920ms krn ; 0ms fg

Proc ksoftirqd/3:

  CPU: 0ms usr + 13s 430ms krn ; 0ms fg

Proc ksoftirqd/0:

  CPU: 0ms usr + 18s 690ms krn ; 0ms fg

Proc qseecomd:

  CPU: 0ms usr + 10ms krn ; 0ms fg

Proc mmcqd/0:

  CPU: 0ms usr + 18s 870ms krn ; 0ms fg

Proc dhd_watchdog_th:

  CPU: 340ms usr + 0ms krn ; 0ms fg

Proc healthd:

  CPU: 150ms usr + 900ms krn ; 0ms fg

Proc kworker/u:6:

HW_00098744

CPU: 0ms usr + 14s 150ms krn ; 0ms fg

Proc kworker/u:5:

CPU: 0ms usr + 16s 740ms krn ; 0ms fg

Proc kworker/u:4:

CPU: 0ms usr + 14s 600ms krn ; 0ms fg

Proc kworker/u:3:

CPU: 0ms usr + 4s 620ms krn ; 0ms fg

Proc kworker/u:2:

CPU: 0ms usr + 3s 640ms krn ; 0ms fg

Proc kworker/u:1:

CPU: 0ms usr + 7s 980ms krn ; 0ms fg

Proc kworker/u:0:

CPU: 0ms usr + 3s 450ms krn ; 0ms fg

Proc kworker/3:2:

CPU: 0ms usr + 80ms krn ; 0ms fg

Proc kworker/3:1:

CPU: 30ms usr + 380ms krn ; 0ms fg

HW_00098745

Proc kworker/3:0:

  CPU: 80ms usr + 210ms krn ; 0ms fg

Proc kworker/0:2:

  CPU: 0ms usr + 5s 870ms krn ; 0ms fg

Proc kworker/0:1:

  CPU: 10ms usr + 2s 600ms krn ; 0ms fg

Proc kworker/0:0:

  CPU: 0ms usr + 9s 940ms krn ; 0ms fg

Proc installd:

  CPU: 0ms usr + 10ms krn ; 0ms fg

Proc kthreadd:

  CPU: 0ms usr + 300ms krn ; 0ms fg

Proc time_daemon:

  CPU: 0ms usr + 10ms krn ; 0ms fg

Proc ddexe:

  CPU: 0ms usr + 10ms krn ; 0ms fg

Proc mpdecision:

HW_00098746

CPU: 1s 410ms usr + 35s 800ms krn ; 0ms fg

Proc /init:

  CPU: 570ms usr + 1s 760ms krn ; 0ms fg

Proc vold:

  CPU: 70ms usr + 110ms krn ; 0ms fg

Proc rild:

  CPU: 410ms usr + 750ms krn ; 0ms fg

Proc netd:

  CPU: 1s 160ms usr + 5s 160ms krn ; 0ms fg

Proc lmkd:

  CPU: 150ms usr + 1s 80ms krn ; 0ms fg

Proc imsd:

  CPU: 60ms usr + 80ms krn ; 0ms fg

Proc jbd2/mmcblk0p25:

  CPU: 0ms usr + 1s 460ms krn ; 0ms fg

Proc kswapd0:

  CPU: 0ms usr + 45s 530ms krn ; 0ms fg

Proc ueventd:

CPU: 70ms usr + 240ms krn ; 0ms fg

Proc zygote:

CPU: 70ms usr + 910ms krn ; 0ms fg

Proc system:

CPU: 0ms usr + 780ms krn ; 0ms fg

Proc smdexe:

CPU: 70ms usr + 1s 320ms krn ; 0ms fg

Proc kauditd:

CPU: 0ms usr + 30ms krn ; 0ms fg

Proc irq/305-max7780:

CPU: 0ms usr + 30ms krn ; 0ms fg

Proc wl_event_handle:

CPU: 0ms usr + 280ms krn ; 0ms fg

Proc cfinteractive:

CPU: 0ms usr + 5s 800ms krn ; 0ms fg

Proc mdss_fb0:

CPU: 0ms usr + 7s 270ms krn ; 0ms fg

HW_00098748

Proc auditd:

  CPU: 10ms usr + 20ms krn ; 0ms fg

Proc sync_supers:

  CPU: 70ms usr + 0ms krn ; 0ms fg

Proc irq/627-cypress:

  CPU: 0ms usr + 10ms krn ; 0ms fg

Proc irq/33-cpubw_hw:

  CPU: 0ms usr + 16s 340ms krn ; 0ms fg

Proc irq/256-msm_sdc:

  CPU: 0ms usr + 40ms krn ; 0ms fg

Proc flush-179:0:

  CPU: 0ms usr + 870ms krn ; 0ms fg

Proc rmt_storage:

  CPU: 0ms usr + 160ms krn ; 0ms fg

Proc thermal-engine:

  CPU: 10ms usr + 50ms krn ; 0ms fg

Proc irq/628-synapti:

HW_00098749

CPU: 0ms usr + 1s 310ms krn ; 0ms fg

Proc boost_sync/3:

CPU: 0ms usr + 3s 200ms krn ; 0ms fg

Proc boost_sync/2:

CPU: 0ms usr + 200ms krn ; 0ms fg

Proc boost_sync/1:

CPU: 0ms usr + 110ms krn ; 0ms fg

Proc boost_sync/0:

CPU: 0ms usr + 3s 260ms krn ; 0ms fg

Proc spi32765:

CPU: 0ms usr + 9s 700ms krn ; 0ms fg

Proc irq/626-SSP_Int:

CPU: 0ms usr + 11s 960ms krn ; 0ms fg

1000:

Mobile network: 2.02KB received, 9.44KB sent (packets 4 received, 12 sent)

Mobile radio active: 15s 55ms (1.2%) 2x @ 941 mspp

User activity: 13 other, 9 button, 62 touch

HW_00098750

Wake lock ActivityManager-Sleep: 341ms partial (2 times) realtime

Wake lock WifiSuspend: 80ms partial (2 times) realtime

Wake lock TimaService realtime

Wake lock *alarm*: 1s 165ms partial (2 times) realtime

Wake lock *job*/android/com.android.server.os.BackgroundCompactionService: 7ms partial (1 times) realtime

Wake lock ImsService: 10s 36ms partial (1 times) realtime

Wake lock PhoneWindowManager.mPowerKeyWakeLock: 126ms partial (2 times) realtime

Wake lock SmartFaceService realtime

Wake lock VibratorService realtime

Wake lock *launch* realtime

Wake lock diagnostics.client.wakelock realtime

Wake lock motion_service: 18ms partial (2 times) realtime

Wake lock pickup realtime

TOTAL wake: 11s 773ms partial realtime

Job android/com.android.server.os.BackgroundCompactionService: 94ms realtime (2 times)

Camera: 9s 895ms realtime (6 times)

Sensor 0: 1h 1m 8s 546ms realtime (2 times)

HW_00098751

Sensor 6: 1h 1m 11s 593ms realtime (2 times)

Vibrator: 664ms realtime (6 times)

Foreground activities: 45s 315ms realtime (7 times)

Foreground for: 1h 3m 50s 348ms

Total cpu time: u=4m 5s 450ms s=4m 54s 700ms p=0mAh

Proc com.sec.knox.switcher:

  CPU: 10ms usr + 10ms krn ; 0ms fg

Proc diagandroid.iqd:

  CPU: 80ms usr + 850ms krn ; 0ms fg

Proc servicemanager:

  CPU: 3s 650ms usr + 8s 90ms krn ; 0ms fg

Proc com.wssnps:

  CPU: 10ms usr + 10ms krn ; 0ms fg

Proc mcDriverDaemon:

  CPU: 0ms usr + 10ms krn ; 0ms fg

Proc vpnclientd:

  CPU: 120ms usr + 870ms krn ; 0ms fg

Proc com.android.settings:

CPU: 6s 490ms usr + 2s 170ms krn ; 8s 190ms fg

Proc com.ws.dm:

CPU: 230ms usr + 390ms krn ; 0ms fg

1 starts

Proc com.samsung.ucs.ucspinpad:

CPU: 10ms usr + 0ms krn ; 0ms fg

Proc com.sec.android.inputmethod:

CPU: 360ms usr + 950ms krn ; 0ms fg

Proc cs:

CPU: 0ms usr + 10ms krn ; 0ms fg

Proc com.sec.imsservice:

CPU: 3s 630ms usr + 4s 900ms krn ; 0ms fg

Proc surfaceflinger:

CPU: 50s 140ms usr + 1m 52s 460ms krn ; 0ms fg

Proc sensorhubservice:

CPU: 0ms usr + 130ms krn ; 0ms fg

Proc com.samsung.android.smartface:

HW_00098753

CPU: 2s 670ms usr + 590ms krn ; 0ms fg

1 starts

Proc rfs_access:

CPU: 0ms usr + 10ms krn ; 0ms fg

Proc com.samsung.SMT:

CPU: 10ms usr + 40ms krn ; 0ms fg

1 starts

Proc system:

CPU: 2m 35s 470ms usr + 2m 14s 20ms krn ; 0ms fg

Proc com.sec.imsservice:ConfigService:

CPU: 0ms usr + 10ms krn ; 0ms fg

Proc com.ipsec.service:

CPU: 10ms usr + 0ms krn ; 0ms fg

Proc com.sec.android.app.popupuireceiver:

CPU: 160ms usr + 270ms krn ; 0ms fg

Proc com.sec.sve:

CPU: 0ms usr + 10ms krn ; 0ms fg

HW_00098754

Proc vcsFPService:

  CPU: 30ms usr + 120ms krn ; 0ms fg

Proc com.samsung.android.MtpApplication:

  CPU: 30ms usr + 80ms krn ; 0ms fg

  1 starts

Proc com.sec.android.Kies:

  CPU: 0ms usr + 0ms krn ; 0ms fg

  1 starts

Proc com.samsung.ucs.agent.boot:

  CPU: 0ms usr + 20ms krn ; 0ms fg

Proc ss_conn_daemon:

  CPU: 0ms usr + 10ms krn ; 0ms fg

Proc com.sec.vsimservice:

  CPU: 20ms usr + 60ms krn ; 0ms fg

Proc com.qualcomm.telephony:

  CPU: 0ms usr + 0ms krn ; 0ms fg

  1 starts

Proc com.sec.android.app.wfdbroker:

  CPU: 0ms usr + 10ms krn ; 0ms fg

Proc ATFWD-daemon:

  CPU: 10ms usr + 0ms krn ; 0ms fg

Apk com.sec.imsservice:

  Wakeup alarm *walarm*:com.sec.internal.ims.imsservice.alarmmanager: 4 times

Apk android:

  Service com.android.server.os.BackgroundCompactionService:

    Created for: 0ms uptime

    Starts: 0, launches: 2

Apk com.samsung.SMT:

  Service com.samsung.SMT.SamsungTTSService:

    Created for: 0ms uptime

    Starts: 0, launches: 1

  Service com.samsung.SMT.mgr.UpdateManager:

    Created for: 71ms uptime

    Starts: 1, launches: 1

Apk com.sec.android.app.popupuireceiver:

Service com.sec.android.app.popupuireceiver.PopupuiService:

  Created for: 2s 705ms uptime

  Starts: 1, launches: 1

Apk com.samsung.android.MtpApplication:

  Service com.samsung.android.MtpApplication.MtpService:

  Created for: 0ms uptime

  Starts: 1, launches: 1

1001:

 Wake lock *alarm* realtime

 Wake lock RILJ0: 197ms partial (9 times) realtime

 TOTAL wake: 197ms partial realtime

 Foreground for: 1h 3m 50s 348ms

 Total cpu time: u=15s 990ms s=21s 260ms p=0mAh

 Proc com.android.phone:

  CPU: 11s 890ms usr + 14s 360ms krn ; 0ms fg

 Proc com.sec.phone:

  CPU: 0ms usr + 10ms krn ; 0ms fg

HW_00098757

Proc qmuxd:

  CPU: 340ms usr + 460ms krn ; 0ms fg

1002:

 Wake lock *alarm* realtime

 Wake lock bluedroid_timer: 92ms partial (23 times) realtime

 TOTAL wake: 92ms partial realtime

 Foreground for: 1h 3m 50s 348ms

 Total cpu time: u=310ms s=660ms p=0mAh

 Proc com.android.bluetooth:

  CPU: 340ms usr + 710ms krn ; 0ms fg

 Apk com.android.bluetooth:

  Wakeup alarm *walarm*:com.android.bluetooth.btservice.action.ALARM_WAKEUP: 4 times

1006:

 Total cpu time: u=770ms s=3s 320ms p=0mAh

 Proc mm-qcamera-daemon:

  CPU: 750ms usr + 3s 310ms krn ; 0ms fg

1010:

Total cpu time: u=1s 720ms s=1s 60ms p=0mAh

(nothing executed)

1013:

Total cpu time: u=700ms s=1s 690ms p=0mAh

Proc mediaserver:

CPU: 480ms usr + 1s 820ms krn ; 0ms fg

1017:

Total cpu time: u=2s 380ms s=4s 640ms p=0mAh

Proc keystore:

CPU: 2s 250ms usr + 4s 260ms krn ; 0ms fg

1027:

Wake lock NfcService:mRoutingWakeLock: 197ms partial (2 times) realtime

Foreground for: 1h 3m 50s 348ms

Total cpu time: u=120ms s=320ms p=0mAh

Proc com.android.nfc:

CPU: 150ms usr + 320ms krn ; 0ms fg

1038:

Proc apaservice:

  CPU: 0ms usr + 10ms krn ; 0ms fg

5003:

  Foreground for: 1h 3m 50s 348ms

5004:

  Foreground for: 31m 48s 580ms

  Active for: 31m 48s 895ms

  Running for: 1h 3m 50s 348ms

  Total cpu time: u=420ms s=550ms p=0mAh

  Proc com.sec.face:FaceProvider:

  CPU: 10ms usr + 20ms krn ; 0ms fg

  1 starts

  Proc com.samsung.dcm:DCMService:

  CPU: 20ms usr + 10ms krn ; 0ms fg

  1 starts

5005:

  Foreground for: 1h 3m 50s 348ms

5006:

HW_00098760

Foreground for: 1h 3m 50s 348ms

Total cpu time: u=30ms s=50ms p=0mAh

Proc com.samsung.android.beaconmanager:

  CPU: 30ms usr + 40ms krn ; 0ms fg

5009:

  Foreground for: 1h 3m 50s 348ms

5010:

  Foreground for: 1h 3m 50s 348ms

9999:

  Total cpu time: u=0ms s=160ms p=0mAh

  (nothing executed)

u0a2:

  Foreground for: 1h 3m 50s 348ms

u0a3:

  Foreground for: 1h 3m 50s 348ms

  Total cpu time: u=320ms s=710ms p=0mAh

  Proc com.smlds:

HW_00098761

CPU: 100ms usr + 360ms krn ; 0ms fg

1 starts

u0a5:

Foreground for: 30m 54s 315ms

Active for: 30m 54s 548ms

Running for: 1h 3m 50s 348ms

Total cpu time: u=210ms s=140ms p=0mAh

Proc com.sec.android.provider.badge:

CPU: 0ms usr + 10ms krn ; 0ms fg

1 starts

u0a6:

Foreground for: 1h 3m 50s 348ms

Total cpu time: u=2s 30ms s=2s 210ms p=0mAh

Proc android.process.acore:

CPU: 1s 630ms usr + 1s 760ms krn ; 0ms fg

Proc com.android.contacts:

CPU: 120ms usr + 220ms krn ; 0ms fg

HW_00098762

u0a8:

  Foreground for: 1h 3m 50s 348ms

u0a9:

  Foreground for: 1h 3m 50s 348ms

u0a10:

  Foreground for: 1h 3m 50s 348ms

  Total cpu time: u=120ms s=220ms p=0mAh

  Proc com.samsung.android.providers.context:

    CPU: 80ms usr + 140ms krn ; 0ms fg

u0a11:

  Foreground for: 1h 3m 50s 348ms

u0a12:

  Active for: 1h 3m 50s 348ms

  Total cpu time: u=170ms s=180ms p=0mAh

  Proc com.att.android.digitallocker:

    CPU: 90ms usr + 150ms krn ; 0ms fg

u0a14:

HW_00098763

Foreground for: 1h 3m 50s 348ms

u0a15:

  Wake lock *alarm* realtime

  Wake lock com.cequint.hs.client.utils.PhoneUtils realtime

  Wake lock wake:com.cequint.ecid/com.cequint.hs.client.modules.ims.IMSIntentService realtime

  Foreground for: 33m 34s 908ms

  Active for: 33m 50s 613ms

  Running for: 1h 3m 50s 348ms

  Total cpu time: u=770ms s=420ms p=0mAh

  Proc com.cequint.ecid:com.ims.process:

    CPU: 0ms usr + 0ms krn ; 0ms fg

    1 starts

  Proc com.cequint.ecid:

    CPU: 0ms usr + 0ms krn ; 0ms fg

    1 starts

  Apk com.cequint.ecid:

    Wakeup alarm *walarm*:android.intent.action.VIEW: 1 times

    Wakeup alarm *walarm*:com.cequint.ecid.ims.SEND_NOTIFICATION_REGID: 1 times

Service com.cequint.hs.client.modules.gcm.GcmIntentService:

  Created for: 1s 366ms uptime

  Starts: 1, launches: 1


Service com.cequint.hs.client.modules.ims.IMSNotificationService:

  Created for: 1m 45s 916ms uptime

  Starts: 1, launches: 1


Service com.cequint.hs.client.modules.ims.IMSIntentService:

  Created for: 24ms uptime

  Starts: 1, launches: 1


Service com.cequint.hs.client.backend.ShellService:

  Created for: 2s 256ms uptime

  Starts: 1, launches: 1

u0a16:

 Wake lock *launch* realtime

 Foreground activities: 47s 920ms realtime (3 times)

 Foreground for: 49s 527ms

 Active for: 49s 828ms

Running for: 1h 3m 50s 348ms

Total cpu time: u=3s 550ms s=2s 300ms p=0mAh

Proc com.sec.android.app.launcher:

  CPU: 3s 640ms usr + 2s 340ms krn ; 5s 230ms fg

u0a17:

  Foreground for: 1h 3m 50s 348ms

u0a18:

  Wake lock *job*/com.sec.android.app.samsungapps/.jobscheduling.PollJobService realtime

  Job com.sec.android.app.samsungapps/.jobscheduling.PollJobService: 1s 427ms realtime (1 times)

  Foreground for: 42m 48s 746ms

  Active for: 42m 50s 241ms

  Running for: 1h 3m 50s 348ms

  Total cpu time: u=1s 660ms s=540ms p=0mAh

  Proc com.sec.android.app.samsungapps:

  CPU: 990ms usr + 240ms krn ; 0ms fg

   1 starts

  Apk com.sec.android.app.samsungapps:

Service com.sec.android.app.samsungapps.autoupdateservice.UpdateNotificationService:

   Created for: 227ms uptime

   Starts: 1, launches: 1


   Service com.sec.android.app.samsungapps.autoupdateservice.AutoUpdateService:

   Created for: 224ms uptime

   Starts: 1, launches: 1


   Service com.sec.android.app.samsungapps.jobscheduling.PollJobService:

   Created for: 0ms uptime

   Starts: 0, launches: 1


u0a19:

   Mobile network: 6.55KB received, 4.24KB sent (packets 34 received, 50 sent)

   Mobile radio active: 2m 46s 200ms (13.5%) 19x @ 1979 mspp

   Wake lock *gms_scheduler*/com.google.android.gms/.auth.account.be.accountstate.GcmTaskService realtime

   Wake lock NlpWakeLock: 18ms partial (2 times) realtime

   Wake lock *gms_scheduler*:internal realtime

   Wake lock *alarm* realtime

   Wake lock Wakeful StateMachine: GeofencerStateMachine: 6ms partial (2 times) realtime

Wake lock GCM_WORK realtime

Wake lock GCM_READ realtime

Wake lock GCM_HB_ALARM realtime

Wake lock *gms_scheduler*/com.google.android.gms/.ipa.base.IpaGcmTaskService realtime

Wake lock *gms_scheduler*/com.google.android.gms/.measurement.PackageMeasurementTaskService realtime

TOTAL wake: 24ms partial realtime

Foreground for: 1h 3m 50s 348ms

Total cpu time: u=10s 980ms s=9s 470ms p=0mAh

Proc com.google.process.gapps:

CPU: 20ms usr + 30ms krn ; 0ms fg

1 starts

Proc com.google.android.gms:

CPU: 5s 360ms usr + 4s 410ms krn ; 0ms fg

Proc com.google.android.gms.persistent:

CPU: 4s 360ms usr + 4s 250ms krn ; 0ms fg

Apk com.google.android.gms:

Wakeup alarm *walarm*:com.google.android.gms.gcm.HEARTBEAT_ALARM: 14 times

Service com.google.android.gms.ipa.base.IpaGcmTaskService:

Created for: 0ms uptime

Starts: 0, launches: 2

Service com.google.android.gms.ads.identifier.service.AdvertisingIdService:

Created for: 0ms uptime

Starts: 0, launches: 2

Service com.google.android.gms.checkin.CheckinApiService:

Created for: 0ms uptime

Starts: 0, launches: 2

Service com.google.android.gms.gcm.PushMessagingRegistrarProxy:

Created for: 26ms uptime

Starts: 1, launches: 3

Service com.google.android.gms.auth.account.be.accountstate.GcmTaskService:

Created for: 0ms uptime

Starts: 0, launches: 1

Service com.google.android.gms.backup.BackupAccountManagerService:

Created for: 0ms uptime

Starts: 0, launches: 2

Service com.google.android.gms.chimera.GmsInternalBoundBrokerService:

   Created for: 0ms uptime

   Starts: 0, launches: 1

Service com.google.android.gms.auth.account.authenticator.GoogleAccountAuthenticatorService:

   Created for: 0ms uptime

   Starts: 0, launches: 4

Service com.google.android.gms.lockbox.service.LockboxBrokerService:

   Created for: 0ms uptime

   Starts: 0, launches: 1

Service com.google.android.gms.backup.GmsBackupAccountManagerService:

   Created for: 0ms uptime

   Starts: 0, launches: 2

Service com.google.android.gms.stats.service.DropBoxEntryAddedService:

   Created for: 271ms uptime

   Starts: 3, launches: 3

Service com.google.android.gms.auth.GetToken:

   Created for: 0ms uptime

Starts: 0, launches: 1

Service com.google.android.location.reporting.service.ReportingAndroidService:

  Created for: 0ms uptime

  Starts: 0, launches: 1

Service com.google.android.gms.measurement.PackageMeasurementTaskService:

  Created for: 0ms uptime

  Starts: 0, launches: 1

Service com.google.android.gms.chimera.PersistentIntentOperationService:

  Created for: 21s 480ms uptime

  Starts: 3, launches: 3

Service com.google.android.gms.chimera.GmsIntentOperationService:

  Created for: 54s 227ms uptime

  Starts: 7, launches: 7

Service com.google.android.gms.gcm.http.GoogleHttpService:

  Created for: 0ms uptime

  Starts: 0, launches: 1

Service com.google.android.gms.chimera.GmsApiService:

Created for: 234ms uptime

Starts: 2, launches: 2

Service com.google.android.gms.chimera.GmsBoundBrokerService:

Created for: 1s 636ms uptime

Starts: 123, launches: 105

Service com.google.android.gms.chimera.PersistentApiService:

Created for: 0ms uptime

Starts: 0, launches: 4

Service com.google.android.gms.measurement.service.MeasurementBrokerService:

Created for: 0ms uptime

Starts: 0, launches: 1

u0a21:

Foreground for: 1h 3m 50s 348ms

u0a22:

Foreground for: 1h 3m 50s 348ms

u0a23:

Foreground for: 1h 3m 50s 348ms

HW_00098772

u0a25:

  Foreground for: 1h 3m 50s 348ms

u0a27:

  Running for: 1h 3m 50s 348ms

  Total cpu time: u=0ms s=10ms p=0mAh

  Proc com.samsung.klmsagent:

   CPU: 0ms usr + 10ms krn ; 0ms fg

u0a28:

  Foreground for: 1h 3m 50s 348ms

u0a30:

  Running for: 1h 3m 50s 348ms

  Total cpu time: u=0ms s=20ms p=0mAh

  Proc com.android.managedprovisioning:

   CPU: 0ms usr + 10ms krn ; 0ms fg

u0a35:

  Foreground for: 31m 49s 673ms

  Running for: 1h 3m 50s 348ms

Total cpu time: u=60ms s=90ms p=0mAh

Proc com.wsomacp:

CPU: 0ms usr + 0ms krn ; 0ms fg

1 starts

u0a36:

Foreground for: 11s 148ms

Active for: 1h 3m 50s 348ms

Total cpu time: u=90ms s=110ms p=0mAh

Proc com.sec.android.pagebuddynotisvc:

CPU: 0ms usr + 10ms krn ; 0ms fg

1 starts

u0a39:

Mobile network: 475.64KB received, 25.09KB sent (packets 375 received, 220 sent)

Mobile radio active: 33s 82ms (2.7%) 2x @ 55.6 mspp

Wake lock
*job*/com.android.vending/com.google.android.finsky.scheduler.process.mainimpl.PhoneskyJobServiceMain realtime

Job
com.android.vending/com.google.android.finsky.scheduler.process.mainimpl.PhoneskyJobServiceMain:
9s 881ms realtime (6 times)

Foreground for: 1h 0m 19s 270ms

HW_00098774

Active for: 1h 0m 23s 4ms

Running for: 1h 3m 50s 348ms

Total cpu time: u=6s 610ms s=3s 70ms p=0mAh

Proc com.android.vending:quick_launch:

  CPU: 0ms usr + 0ms krn ; 0ms fg

  1 starts

Proc com.android.vending:background:

  CPU: 0ms usr + 0ms krn ; 0ms fg

  1 starts

Proc com.android.vending:

  CPU: 90ms usr + 510ms krn ; 0ms fg

Apk com.android.vending:

  Service com.google.frameworks.client.data.android.server.play.BackgroundProcessEndpointService:

    Created for: 0ms uptime

    Starts: 0, launches: 1

  Service com.google.frameworks.client.data.android.server.play.QuickLaunchProcessEndpointService:

    Created for: 0ms uptime

Starts: 0, launches: 1

Service com.google.android.finsky.scheduler.process.mainimpl.PhoneskyJobServiceMain:

Created for: 0ms uptime

Starts: 0, launches: 6

u0a42:

Foreground for: 1h 3m 50s 348ms

u0a43:

Active for: 1h 3m 50s 348ms

Total cpu time: u=0ms s=40ms p=0mAh

Proc com.visionobjects.resourcemanager:

CPU: 0ms usr + 20ms krn ; 0ms fg

u0a44:

Foreground for: 1h 3m 50s 348ms

u0a46:

Foreground for: 1h 3m 50s 348ms

u0a47:

Foreground for: 1h 3m 50s 348ms

u0a48:

  Foreground for: 1s 156ms

  Active for: 1h 3m 50s 348ms

  Total cpu time: u=470ms s=340ms p=0mAh

  Proc com.sec.spp.push:

    CPU: 0ms usr + 20ms krn ; 0ms fg

    1 starts

  Apk com.sec.spp.push:

    Service com.sec.spp.push.monitor.SystemStateMonitorService:

      Created for: 47ms uptime

      Starts: 1, launches: 1

u0a52:

  Foreground for: 9m 47s 753ms

  Active for: 9m 48s 19ms

  Running for: 1h 3m 50s 348ms

  Total cpu time: u=60ms s=100ms p=0mAh

  Proc com.sec.android.app.camera:

CPU: 0ms usr + 20ms krn ; 0ms fg

1 starts

u0a55:

Foreground for: 31m 48s 731ms

Active for: 31m 48s 907ms

Running for: 1h 3m 50s 348ms

Total cpu time: u=60ms s=90ms p=0mAh

Proc com.sec.android.app.music:service:

CPU: 0ms usr + 10ms krn ; 0ms fg

1 starts

u0a56:

Foreground for: 1h 3m 50s 348ms

u0a57:

Wake lock *launch* realtime

Foreground activities: 59m 12s 121ms realtime (5 times)

Foreground for: 1h 1m 58s 143ms

Running for: 1h 3m 50s 348ms

Total cpu time: u=59s 260ms s=1m 2s 760ms p=0mAh

HW_00098778

Proc com.sec.android.app.popupcalculator:

  CPU: 52s 490ms usr + 55s 570ms krn ; 1m 2s 120ms fg

u0a58:

  Foreground for: 1h 3m 50s 348ms

u0a59:

  Wake lock MediaScannerService realtime

  Foreground for: 38ms

  Active for: 2s 425ms

  Running for: 1h 3m 50s 348ms

  Total cpu time: u=90ms s=170ms p=0mAh

  Proc android.process.media:

  CPU: 90ms usr + 170ms krn ; 0ms fg

  Apk com.android.providers.media:

  Service com.android.providers.media.MediaScannerService:

  Created for: 753ms uptime

  Starts: 1, launches: 1

  Service com.android.providers.media.MtpService:

Created for: 0ms uptime

Starts: 1, launches: 1

u0a60:

  Foreground for: 31m 48s 899ms

  Active for: 31m 49s 486ms

  Running for: 1h 3m 50s 348ms

  Total cpu time: u=240ms s=210ms p=0mAh

  Proc com.sec.android.gallery3d:

    CPU: 0ms usr + 10ms krn ; 0ms fg

    1 starts

u0a62:

  Foreground for: 9m 48s 88ms

  Active for: 9m 48s 891ms

  Running for: 1h 3m 50s 348ms

  Total cpu time: u=660ms s=230ms p=0mAh

  Proc com.android.mms:

    CPU: 10ms usr + 10ms krn ; 0ms fg

HW_00098780

1 starts

u0a63:

  Foreground for: 1h 3m 50s 348ms

u0a64:

  Foreground for: 1h 3m 50s 348ms

u0a65:

  Foreground for: 39m 43s 874ms

  Active for: 39m 44s 122ms

  Running for: 1h 3m 50s 348ms

  Total cpu time: u=10ms s=10ms p=0mAh

  Proc com.sec.android.app.videoplayer:

   CPU: 20ms usr + 10ms krn ; 0ms fg

  Apk com.sec.android.app.videoplayer:

   Service com.sec.android.app.videoplayer.videowall.TranscodeService:

    Created for: 0ms uptime

    Starts: 1, launches: 1

u0a68:

Foreground for: 1h 3m 50s 348ms

u0a70:

  Foreground for: 1h 3m 50s 348ms

u0a71:

  Foreground for: 1h 3m 50s 348ms

  Total cpu time: u=0ms s=10ms p=0mAh

  Proc com.sec.smartcard.manager:

    CPU: 0ms usr + 20ms krn ; 0ms fg

u0a74:

  User activity: 27 other

  Wake lock *alarm*: 53ms partial (1 times) realtime

  Wake lock VibratorService realtime

  Wake lock show keyguard: 1s 98ms partial (2 times) realtime

  Wake lock *launch* realtime

  TOTAL wake: 1s 151ms partial realtime

  Sensor 0: 3s 43ms realtime (2 times)

  Foreground activities: 19s 533ms realtime (2 times)

  Foreground for: 1h 3m 50s 348ms

Total cpu time: u=24s 330ms s=11s 660ms p=0mAh

Proc com.android.systemui:

  CPU: 20s 800ms usr + 9s 940ms krn ; 2s 500ms fg

Proc com.android.systemui.recents:

  CPU: 1s 490ms usr + 620ms krn ; 0ms fg

Proc com.android.systemui.imagewallpaper:

  CPU: 200ms usr + 160ms krn ; 0ms fg

Apk com.android.systemui:

  Wakeup alarm
*walarm*:com.android.internal.policy.impl.PhoneWindowManager.DELAYED_KEYGUARD: 2 times

u0a77:

  Foreground for: 33m 39s 709ms

  Active for: 33m 39s 794ms

  Running for: 1h 3m 50s 348ms

  Total cpu time: u=0ms s=30ms p=0mAh

  Proc com.sec.app.TransmitPowerService:

  CPU: 0ms usr + 20ms krn ; 0ms fg

  Apk com.sec.app.TransmitPowerService:

HW_00098783

Service com.sec.app.TransmitPowerService.RequestService:

　　Created for: 59ms uptime

　　Starts: 1, launches: 1

u0a79:

　Mobile network: 12.85KB received, 10.12KB sent (packets 23 received, 25 sent)

　Mobile radio active: 19s 633ms (1.6%) 1x @ 409 mspp

　Foreground for: 1h 3m 50s 348ms

　Total cpu time: u=17s 590ms s=15s 310ms p=0mAh

　Proc com.google.android.googlequicksearchbox:interactor:

　　CPU: 10ms usr + 90ms krn ; 0ms fg

　Proc com.google.android.googlequicksearchbox:search:

　　CPU: 17s 210ms usr + 14s 700ms krn ; 0ms fg

u0a85:

　Foreground for: 49s 529ms

　Active for: 49s 827ms

　Running for: 1h 3m 50s 348ms

　Total cpu time: u=1s 100ms s=260ms p=0mAh

Proc com.sec.android.widgetapp.ap.hero.accuweather:

  CPU: 1s 130ms usr + 280ms krn ; 0ms fg

u0a90:

 Foreground for: 1h 3m 50s 348ms

u0a94:

 Foreground for: 1h 3m 50s 348ms

 Total cpu time: u=2s 590ms s=2s 880ms p=0mAh

 Proc com.android.chrome:sandboxed_process0:

  CPU: 230ms usr + 330ms krn ; 0ms fg

 Proc com.android.chrome:

  CPU: 2s 180ms usr + 2s 340ms krn ; 0ms fg

 Proc com.android.chrome:privileged_process0:

  CPU: 90ms usr + 100ms krn ; 0ms fg

u0a103:

 Foreground for: 1h 3m 50s 348ms

u0a105:

 Foreground for: 1h 3m 50s 348ms

HW_00098785

u0a108:

  Foreground for: 1h 3m 50s 348ms

u0a112:

  Foreground for: 1h 3m 45s 505ms

  Running for: 1h 3m 50s 348ms

  Proc flipboard.app:

    CPU: 20ms usr + 20ms krn ; 0ms fg

u0a113:

  Foreground for: 1h 3m 50s 348ms

u0a114:

  Foreground for: 1h 3m 50s 348ms

u0a115:

  Foreground for: 19s 351ms

  Active for: 19s 834ms

  Running for: 1h 3m 50s 348ms

  Total cpu time: u=80ms s=90ms p=0mAh

  Proc com.sec.android.GeoLookout:

CPU: 10ms usr + 40ms krn ; 0ms fg

1 starts

u0a116:

Foreground for: 1h 3m 50s 348ms

u0a118:

Foreground for: 1h 3m 50s 348ms

u0a120:

Foreground for: 1h 3m 50s 348ms

u0a121:

Foreground for: 1h 3m 50s 348ms

u0a126:

Mobile network: 6.07KB received, 1.92KB sent (packets 9 received, 11 sent)

Mobile radio active: 27s 908ms (2.3%) 1x @ 1395 mspp

Wake lock *alarm* realtime

Foreground for: 1h 3m 50s 348ms

Total cpu time: u=4s 350ms s=2s 890ms p=0mAh

Proc com.google.android.apps.maps:

CPU: 2s 480ms usr + 1s 820ms krn ; 0ms fg

Proc com.google.android.apps.maps:server_recovery_process_scheduled:

  CPU: 0ms usr + 0ms krn ; 0ms fg

  1 starts

u0a128:

  Foreground for: 1h 3m 50s 348ms

u0a131:

  Foreground for: 1h 3m 50s 348ms

  Total cpu time: u=0ms s=10ms p=0mAh

  Proc com.sec.vsim.ericssonnsds.webapp:

  CPU: 0ms usr + 10ms krn ; 0ms fg

u0a132:

  Wake lock *job*/com.google.android.apps.magazines/com.google.android.libraries.notifications.entrypoints.scheduled.ScheduledTaskService realtime

  Job com.google.android.apps.magazines/com.google.android.libraries.notifications.entrypoints.scheduled.ScheduledTaskService: 1s 729ms realtime (1 times)

  Foreground for: 42m 48s 759ms

  Active for: 42m 50s 409ms

  Running for: 1h 3m 50s 348ms

HW_00098788

Total cpu time: u=1s 410ms s=430ms p=0mAh

Proc com.google.android.apps.magazines:

CPU: 930ms usr + 250ms krn ; 0ms fg

1 starts

Apk com.google.android.apps.magazines:

Service com.google.android.libraries.notifications.entrypoints.scheduled.ScheduledTaskService:

Created for: 0ms uptime

Starts: 0, launches: 1

u0a137:

Foreground for: 1h 3m 50s 348ms

u0a138:

Foreground for: 1h 3m 37s 928ms

Running for: 1h 3m 50s 348ms

u0a140:

Foreground for: 1h 3m 50s 348ms

u0a141:

Foreground for: 1h 3m 50s 348ms

HW_00098789

u0a142:

  Foreground for: 1h 3m 50s 348ms

u0a145:

  Foreground for: 1h 3m 50s 348ms

u0a146:

  Foreground for: 1h 3m 50s 348ms

u0a149:

  Foreground for: 1h 3m 50s 348ms

u0a150:

  Foreground for: 1h 3m 50s 348ms

u0a151:

  Foreground for: 1h 3m 30s 841ms

  Running for: 1h 3m 50s 348ms

u0a153:

  Foreground for: 1s 228ms

  Active for: 1h 3m 50s 348ms

  Total cpu time: u=130ms s=370ms p=0mAh

HW_00098790

Proc com.samsung.accessory.framework:

  CPU: 0ms usr + 40ms krn ; 0ms fg

  1 starts

u0a154:

 Foreground for: 1h 3m 50s 348ms

u0a156:

 Foreground for: 1h 3m 50s 348ms

 Total cpu time: u=0ms s=10ms p=0mAh

 Proc com.sec.android.app.SamsungContentsAgent:

  CPU: 0ms usr + 10ms krn ; 0ms fg

u0a158:

 Foreground for: 9m 38s 736ms

 Active for: 9m 38s 957ms

 Running for: 1h 3m 50s 348ms

 Total cpu time: u=70ms s=80ms p=0mAh

 Proc com.sec.android.widgetapp.activeapplicationwidget:

  CPU: 0ms usr + 20ms krn ; 0ms fg

  1 starts

u0a161:

  Foreground for: 1h 3m 50s 348ms

u0a162:

  Foreground for: 1h 3m 50s 348ms

u0a166:

  Foreground for: 1h 3m 50s 348ms

u0a168:

  Foreground for: 1h 3m 50s 348ms

u0a169:

  Foreground for: 1h 3m 50s 348ms

  Total cpu time: u=0ms s=20ms p=0mAh

  Proc org.simalliance.openmobileapi.service:remote:

    CPU: 0ms usr + 10ms krn ; 0ms fg

u0a172:

  Foreground for: 1h 3m 50s 348ms

u0a174:

  Foreground for: 1h 3m 50s 348ms

HW_00098792

u0a175:

  Foreground for: 1h 3m 50s 348ms

u0a177:

  Foreground for: 1h 3m 50s 348ms

u0a178:

  Foreground for: 9m 19s 226ms

  Active for: 9m 19s 403ms

  Running for: 1h 3m 50s 348ms

  Total cpu time: u=10ms s=20ms p=0mAh

  Proc com.sec.att.usagemanager3:

    CPU: 20ms usr + 20ms krn ; 0ms fg

 u0a181:

    Wake lock *job*/com.google.android.videos/androidx.work.impl.background.systemjob.SystemJobService realtime

    Job com.google.android.videos/androidx.work.impl.background.systemjob.SystemJobService: 2s 924ms realtime (2 times)

    Foreground for: 37m 9s 760ms

    Active for: 37m 12s 594ms

    Running for: 1h 3m 50s 348ms

Total cpu time: u=2s 80ms s=730ms p=0mAh

Proc com.google.android.videos:

  CPU: 60ms usr + 20ms krn ; 0ms fg

  1 starts

Apk com.google.android.videos:

  Service androidx.work.impl.background.systemjob.SystemJobService:

    Created for: 0ms uptime

    Starts: 0, launches: 2

  Service com.google.android.apps.play.movies.common.service.pinning.TransferService:

    Created for: 193ms uptime

    Starts: 1, launches: 1

u0a183:

  Foreground for: 1s 31ms

  Active for: 1h 3m 50s 348ms

  Total cpu time: u=230ms s=240ms p=0mAh

  Proc com.sec.android.daemonapp:

    CPU: 240ms usr + 250ms krn ; 0ms fg

u0a184:

  Foreground for: 1h 3m 31s 912ms

  Running for: 1h 3m 50s 348ms

u0a185:

  Foreground for: 1s 134ms

  Active for: 1h 3m 50s 348ms

  Total cpu time: u=80ms s=120ms p=0mAh

  Proc com.matchboxmobile.wisp:

    CPU: 10ms usr + 10ms krn ; 0ms fg

    1 starts

u0a186:

  Foreground for: 1h 3m 50s 348ms

u0a187:

  Foreground for: 49m 35s 63ms

  Active for: 49m 35s 155ms

  Running for: 1h 3m 50s 348ms

  Total cpu time: u=440ms s=450ms p=0mAh

HW_00098795

Proc com.google.android.youtube:

CPU: 550ms usr + 490ms krn ; 0ms fg

u0a188:

Foreground for: 1s 146ms

Active for: 1h 3m 50s 348ms

Total cpu time: u=320ms s=250ms p=0mAh

Proc com.att.android.mobile.attmessages:

CPU: 20ms usr + 0ms krn ; 0ms fg

1 starts

Apk com.att.android.mobile.attmessages:

Service com.att.uinbox.syncmanager.IncomingCallMonitor:

Created for: 200ms uptime

Starts: 1, launches: 1

u0a189:

Foreground for: 1h 3m 50s 348ms

u0a192:

Foreground for: 1h 3m 50s 348ms

u0a197:

Foreground for: 1h 3m 50s 348ms

u0a198:

Mobile network: 43.29KB received, 53.97KB sent (packets 88 received, 118 sent)

Mobile radio active: 18s 463ms (1.5%) 1x @ 89.6 mspp

Wake lock GOOGLE_C2DM realtime

Wake lock com.facebook.battery.monitor.ContinuousBatteryMonitorService:launch realtime

Wake lock *alarm*: 46ms partial (1 times) realtime

Wake lock com.facebook.battery.monitor.ContinuousBatteryMonitorService:run realtime

Wake lock com.facebook.conditionalworker.ConditionalWorkerService:run realtime

Wake lock com.facebook.conditionalworker.ConditionalWorkerService:launch realtime

Wake lock *job*/com.facebook.katana/androidx.work.impl.background.systemjob.SystemJobService realtime

Wake lock androidx.core:wake:com.facebook.katana/com.facebook.push.fcm.FcmListenerService realtime

Wake lock PushWakefulExecutor realtime

TOTAL wake: 46ms partial realtime

Job com.facebook.katana/androidx.work.impl.background.systemjob.SystemJobService: 1s 618ms realtime (1 times)

Foreground for: 482ms

Active for: 1h 3m 44s 987ms

Running for: 1h 3m 50s 348ms

Total cpu time: u=8s 60ms s=4s 910ms p=0mAh

Proc com.facebook.katana:

  CPU: 2s 150ms usr + 1s 870ms krn ; 0ms fg

  1 starts

Apk com.facebook.katana:

  Wakeup alarm
*walarm*:WakingExecutorService.ACTION_ALARM.com.facebook.katana.Mqtt_Wakeup: 1 times

  Service androidx.work.impl.background.systemjob.SystemJobService:

    Created for: 0ms uptime

    Starts: 0, launches: 1

  Service com.facebook.mqtt.service.MqttServiceV2:

    Created for: 1h 1m 29s 87ms uptime

    Starts: 1, launches: 1

  Service com.facebook.video.heroplayer.service.HeroKeepAliveService:

    Created for: 0ms uptime

    Starts: 0, launches: 1

HW_00098798

Service com.facebook.battery.monitor.ContinuousBatteryMonitorService:

Created for: 190ms uptime

Starts: 1, launches: 1

Service com.facebook.push.fcm.FcmListenerService:

Created for: 193ms uptime

Starts: 1, launches: 1

u0a199:

Wake lock *alarm*: 303ms partial (1 times) realtime

Wake lock *job*/com.instagram.android/com.facebook.analytics2.logger.LollipopUploadService realtime

TOTAL wake: 303ms partial realtime

Job com.instagram.android/com.facebook.analytics2.logger.LollipopUploadService: 14s 4ms realtime (15 times)

Foreground for: 1h 3m 50s 348ms

Total cpu time: u=17s 440ms s=18s 110ms p=0mAh

Proc com.instagram.android:

CPU: 16s 650ms usr + 16s 230ms krn ; 0ms fg

1 starts

Proc com.instagram.android:mqtt:

HW_00098799

CPU: 1s 240ms usr + 1s 680ms krn ; 0ms fg

Apk com.instagram.android:

Wakeup alarm *walarm*:KeepaliveManager.ACTION_BACKUP_ALARM.FBNS.com.instagram.android: 3 times

Wakeup alarm *walarm*:KeepaliveManager.ACTION_INEXACT_ALARM.FBNS.com.instagram.android: 1 times

Wakeup alarm *walarm*:action_batch_upload: 1 times

Service com.facebook.analytics2.logger.LollipopUploadService:

Created for: 0ms uptime

Starts: 0, launches: 15

u0a200:

Wake lock *job*/com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService realtime

Job com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService: 10m 22s 401ms realtime (7 times)

Foreground for: 1m 58s 854ms

Active for: 12m 21s 391ms

Running for: 1h 3m 50s 348ms

Total cpu time: u=11s 220ms s=7s 530ms p=0mAh

Proc com.snapchat.android:

HW_00098800

CPU: 10s 10ms usr + 7s 200ms krn ; 0ms fg

1 starts

Apk com.snapchat.android:

Service androidx.work.impl.background.systemjob.SystemJobService:

Created for: 0ms uptime

Starts: 0, launches: 7

u0a201:

Mobile network: 6.15KB received, 1.30KB sent (packets 8 received, 8 sent)

Mobile radio active: 1s 702ms (0.1%) 2x @ 106 mspp

Wake lock GOOGLE_C2DM realtime

Wake lock wake:com.google.firebase.iid.WakeLockHolder realtime

Active for: 895ms

Running for: 1h 3m 50s 348ms

Total cpu time: u=1m 39s 10ms s=1m 18s 380ms p=0mAh

Proc com.yahoo.mobile.client.android.finance:

CPU: 56s 310ms usr + 45s 80ms krn ; 0ms fg

Apk com.yahoo.mobile.client.android.finance:

Service com.oath.mobile.shadowfax.messaging.fcm.SFXMessageListenerService:

Created for: 85ms uptime

Starts: 1, launches: 1

u0a203:

Wake lock *job*/com.facebook.orca/com.facebook.push.registration.FacebookPushServerFinishNotifiedLollipopService realtime

Wake lock com.facebook.conditionalworker.ConditionalWorkerService:run realtime

Wake lock *job*/com.facebook.orca/com.facebook.push.fcm.GetFcmTokenRegistrarLollipopService realtime

Wake lock com.facebook.conditionalworker.ConditionalWorkerService:launch realtime

Wake lock com.facebook.messaging.livelocation.bindings.MessengerLiveLocationBooterService:run realtime

Wake lock com.facebook.messaging.livelocation.bindings.MessengerLiveLocationBooterService:launch realtime

Wake lock *job*/com.facebook.orca/com.facebook.push.registration.PushNegativeFeedbackLollipopService realtime

Job com.facebook.orca/com.facebook.push.registration.FacebookPushServerFinishNotifiedLollipopService: 15s 533ms realtime (13 times)

Job com.facebook.orca/com.facebook.push.registration.PushNegativeFeedbackLollipopService: 2s 188ms realtime (1 times)

Job com.facebook.orca/com.facebook.push.fcm.GetFcmTokenRegistrarLollipopService: 187ms realtime (1 times)

Foreground for: 26m 22s 963ms

HW_00098802

Active for: 1h 3m 50s 348ms

Total cpu time: u=10s 790ms s=3s 830ms p=0mAh

Proc com.facebook.orca:

  CPU: 1s 430ms usr + 870ms krn ; 0ms fg

  1 starts

Apk com.facebook.orca:

  Service com.facebook.fbservice.service.BlueService:

    Created for: 0ms uptime

    Starts: 0, launches: 15

  Service com.facebook.mqtt.service.MqttServiceV2:

    Created for: 37m 10s 968ms uptime

    Starts: 1, launches: 1

  Service com.facebook.video.heroplayer.service.HeroKeepAliveService:

    Created for: 0ms uptime

    Starts: 0, launches: 1

  Service com.facebook.push.registration.FacebookPushServerFinishNotifiedLollipopService:

    Created for: 0ms uptime

HW_00098803

Starts: 0, launches: 13

Service com.facebook.messaging.livelocation.bindings.MessengerLiveLocationBooterService:

Created for: 35ms uptime

Starts: 1, launches: 1

Service com.facebook.push.fcm.GetFcmTokenRegistrarLollipopService:

Created for: 0ms uptime

Starts: 0, launches: 1

Service com.facebook.push.registration.PushNegativeFeedbackLollipopService:

Created for: 0ms uptime

Starts: 0, launches: 1

HW_00098804