Exhibit D

Battery History (0% used, 26KB used of 4096KB, 52 strings using 2186):
                  0 (29) RESET:TIME: 2024-03-27-00-32-43
                  0 (2) 100 status=full health=good plug=usb temp=310 volt=4332 current=-112 ap_temp=34
pa_temp=35 skin_temp=33 -wifi_ap -otg -high_speaker_volume -sub_screen -sub_screen_doze
txshare_event=0x0 online=4 current_event=0x0 misc_event=0x10000 charge=3742
modemRailChargemAh=0 wifiRailChargemAh=0 +running +wake_lock +sensor +mobile_radio +screen
+plugged data_conn=lte phone_signal_strength=good brightness=dim +wifi +charging +usb_data
wifi_signal_strength=4 wifi_suppl=disconn +ble_scan gps_signal_quality=good
top=u0a280:"com.sec.android.app.popupcalculator"
                  0 (2) 100 user=0:"0"
                  0 (2) 100 userfg=0:"0"
                  0 (6) 100 plug=none temp=311 volt=4321 txshare_event=0x0 online=4
current_event=0x10000000 misc_event=0x10000 -plugged -charging
             +20ms (2) 100 stats=0:"wakelock-change"
             +21ms (4) 100 txshare_event=0x0 online=1 current_event=0x4 misc_event=0x10000
             +75ms (6) 100 status=discharging volt=4287 txshare_event=0x0 online=1
current_event=0x40000000 misc_event=0x10000
            +137ms (1) 100 +wifi_scan
            +206ms (2) 100
+job=u0a236:"com.android.vending/com.google.android.finsky.instantapps.metrics.LogFlushJob"
            +394ms (2) 100
-job=u0a236:"com.android.vending/com.google.android.finsky.instantapps.metrics.LogFlushJob"
            +527ms (2) 100 phone_signal_strength=moderate
          +1s769ms (2) 100 phone_signal_strength=good
          +2s653ms (2) 100 data_conn=nr
          +2s685ms (1) 100 -usb_data
          +2s719ms (2) 100 conn=0:"CONNECTED"
          +2s834ms (1) 100 -wifi_scan
          +4s009ms (2) 100 phone_signal_strength=moderate
          +8s661ms (2) 100 conn=0:"CONNECTED"
          +9s961ms (2) 100 stats=0:"update-network-download"
          +9s961ms (1) 100
         +13s292ms (3) 100 current=-125 ap_temp=32 pa_temp=34 skin_temp=32
         +30s233ms (2) 100 volt=4314
         +35s961ms (1) 100 -mobile_radio
         +35s975ms (2) 100 stats=0:"modem-data"
         +36s092ms (2) 100 data_conn=lte
         +36s138ms (2) 100 conn=0:"CONNECTED"
         +39s778ms (1) 100 +mobile_radio
         +40s186ms (1) 100 +wifi_scan
         +42s869ms (1) 100 -wifi_scan
         +43s303ms (3) 100 current=-275 ap_temp=31 pa_temp=33 skin_temp=32
         +44s997ms (2) 100 phone_signal_strength=good
         +47s906ms (2) 100 conn=0:"CONNECTED"
         +48s520ms (2) 100 phone_signal_strength=moderate
         +50s033ms (1) 100 -mobile_radio
         +50s044ms (2) 100 stats=0:"modem-data"
         +50s199ms (2) 100 wakeupap=u0a347:""
         +50s199ms (1) 100 +mobile_radio
         +53s942ms (2) 100 conn=0:"CONNECTED"
       +1m00s012ms (2) 100 stats=0:"procstate-change"
       +1m00s012ms (1) 100
       +1m10s260ms (1) 100 -mobile_radio
       +1m10s280ms (2) 100 stats=0:"modem-data"
       +1m10s543ms (2) 100 wakeupap=u0a341:""
       +1m10s543ms (1) 100 +mobile_radio
       +1m13s317ms (3) 100 current=-227 ap_temp=30 pa_temp=33 skin_temp=32
       +1m30s740ms (1) 100 -mobile_radio
       +1m30s759ms (2) 100 stats=0:"modem-data"
       +1m32s238ms (2) 100 wakeupap=u0a341:""
       +1m32s238ms (1) 100 +mobile_radio
       +1m43s312ms (3) 100 current=-230 ap_temp=30 pa_temp=32 skin_temp=31
       +1m52s499ms (1) 100 -mobile_radio
       +1m52s532ms (2) 100 stats=0:"modem-data"
       +2m00s237ms (1) 100 +wifi_scan
       +2m02s953ms (1) 100 -wifi_scan
       +2m10s635ms (2) 100 stats=0:"procstate-change"
       +2m10s635ms (1) 100
       +2m11s932ms (2) 100 wakeupap=u0a341:""

+2m11s932ms (1) 100 +mobile_radio
+2m13s311ms (3) 100 current=-227 ap_temp=30 pa_temp=32 skin_temp=31
+2m23s993ms (1) 100 -mobile_radio
+2m24s007ms (1) 100 stats=0:"modem-data"
+2m30s864ms (2) 099
     Details: cpu=8770u+10590s
          /proc/stat=7470 usr, 7620 sys, 50 io, 1160 irq, 290 sirq, 152310 idle (9.8% of 28m 9s
0ms), SubsystemPowerState Empty
+2m30s864ms (2) 099 stats=0:"wakelock-change"
+2m34s578ms (2) 099 wakeupap=u0a344:""
+2m34s578ms (1) 099 +mobile_radio
+2m39s100ms (2) 099 phone_signal_strength=good
+2m43s069ms (2) 099 conn=0:"CONNECTED"
+2m43s309ms (3) 099 current=-222 ap_temp=30 pa_temp=32 skin_temp=31
+2m44s538ms (2) 099 phone_signal_strength=moderate
+2m49s011ms (2) 099 phone_signal_strength=good
+2m53s500ms (2) 099 phone_signal_strength=moderate
+2m55s200ms (2) 099 conn=0:"CONNECTED"
+3m01s021ms (1) 099 charge=3734
+3m09s045ms (1) 099 -mobile_radio
+3m09s065ms (2) 099 stats=0:"modem-data"
+3m13s321ms (3) 099 current=-229 ap_temp=30 pa_temp=32 skin_temp=31
+3m31s187ms (1) 099 charge=3730
+3m41s535ms (2) 099 wakeupap=u0a344:""
+3m41s535ms (1) 099 +mobile_radio
+3m43s322ms (3) 099 current=-192 ap_temp=29 pa_temp=32 skin_temp=31
+3m44s565ms (2) 099 phone_signal_strength=good
+3m49s050ms (2) 099 phone_signal_strength=moderate
+3m51s794ms (1) 099 -mobile_radio
+3m51s809ms (2) 099 stats=0:"modem-data"
+3m52s029ms (2) 099 wakeupap=u0a347:""
+3m52s029ms (1) 099 +mobile_radio
+4m01s361ms (1) 099 charge=3727
+4m12s018ms (1) 099 -mobile_radio
+4m12s036ms (1) 099 stats=0:"modem-data"
+4m13s334ms (3) 099 current=-218 ap_temp=29 pa_temp=32 skin_temp=31
+4m22s353ms (2) 099 wakeupap=u0a295:""
+4m22s353ms (1) 099 +mobile_radio
+4m25s868ms (2) 099 phone_signal_strength=good
+4m26s154ms (2) 099 conn=0:"CONNECTED"
+4m31s575ms (1) 099 charge=3723
+4m40s245ms (1) 099 +wifi_scan
+4m42s975ms (1) 099 -wifi_scan
+4m43s344ms (3) 099 current=-242 ap_temp=30 pa_temp=32 skin_temp=31
+4m47s353ms (1) 099 -mobile_radio
+4m47s364ms (2) 099 stats=0:"modem-data"
+4m49s210ms (2) 099 phone_signal_strength=moderate
+4m49s233ms (2) 099 wakeupap=u0a347:""
+4m49s233ms (1) 099 +mobile_radio
+4m50s478ms (2) 099 conn=0:"CONNECTED"
+4m51s478ms (2) 099 phone_signal_strength=good
+4m55s651ms (2) 099 phone_signal_strength=moderate
+5m09s361ms (1) 099 -mobile_radio
+5m09s377ms (2) 099 stats=0:"modem-data"
+5m13s346ms (3) 099 current=-240 ap_temp=29 pa_temp=32 skin_temp=31
+5m25s745ms (2) 099 wakeupap=u0a236:""
+5m25s745ms (1) 099 +mobile_radio
+5m31s870ms (2) 099 phone_signal_strength=good
+5m31s918ms (1) 099 charge=3719
+5m33s020ms (2) 099 conn=0:"CONNECTED"
+5m40s829ms (2) 099 phone_signal_strength=moderate
+5m43s351ms (3) 099 current=-221 ap_temp=29 pa_temp=32 skin_temp=31
+5m44s951ms (1) 099 -mobile_radio
+5m44s970ms (2) 099 stats=0:"modem-data"
+5m45s138ms (2) 099 conn=0:"CONNECTED"
+5m45s163ms (2) 099 wakeupap=u0a347:""
+5m45s163ms (1) 099 +mobile_radio
+6m05s432ms (1) 099 -mobile_radio
+6m05s451ms (2) 099 stats=0:"modem-data"

```
          +6m05s775ms (2) 099 wakeupap=u0a345:""
          +6m05s775ms (1) 099 +mobile_radio
          +6m13s355ms (3) 099 current=-240 ap_temp=29 pa_temp=32 skin_temp=31
          +6m25s909ms (1) 099 -mobile_radio
          +6m25s922ms (2) 099 stats=0:"modem-data"
          +6m32s265ms (1) 099 charge=3715
          +6m43s374ms (3) 099 current=-204 ap_temp=29 pa_temp=32 skin_temp=31
          +7m13s361ms (3) 099 current=-192 ap_temp=29 pa_temp=31 skin_temp=31
          +7m20s273ms (1) 099 +wifi_scan
          +7m22s997ms (1) 099 -wifi_scan
          +7m30s973ms (2) 099 stats=0:"battery-level"
          +7m30s973ms (1) 099
          +7m32s639ms (1) 099 charge=3712
          +7m43s370ms (3) 099 current=-209 ap_temp=29 pa_temp=31 skin_temp=31
          +8m13s363ms (3) 099 current=-191 ap_temp=29 pa_temp=31 skin_temp=31
          +8m32s969ms (1) 099 charge=3708
          +8m34s587ms (2) 099 wakeupap=u0a344:""
          +8m34s587ms (1) 099 +mobile_radio
          +8m36s864ms (2) 099 phone_signal_strength=good
          +8m41s074ms (2) 099 conn=0:"CONNECTED"
          +8m43s376ms (3) 099 current=-211 ap_temp=29 pa_temp=31 skin_temp=31
          +8m45s600ms (2) 099 phone_signal_strength=moderate
          +8m47s128ms (2) 099 conn=0:"CONNECTED"
          +8m54s905ms (1) 099 -mobile_radio
          +8m54s924ms (2) 099 stats=0:"modem-data"
          +9m03s154ms (2) 099 temp=301
          +9m13s375ms (3) 099 current=-202 ap_temp=29 pa_temp=31 skin_temp=31
          +9m28s275ms (2) 099 wakeupap=u0a295:""
          +9m28s275ms (1) 099 +mobile_radio
          +9m33s324ms (2) 098 volt=4291 charge=3704
              Details: cpu=37270u+73530s
                    /proc/stat=33610 usr, 40710 sys, 220 io, 9560 irq, 2960 sirq, 2121200 idle (3.9% of 6h
8m 2s 600ms), SubsystemPowerState Empty
          +9m33s324ms (2) 098 stats=0:"wakelock-change"
          +9m34s863ms (2) 098 stats=0:"procstate-change"
          +9m34s863ms (1) 098
          +9m43s394ms (3) 098 current=-217 ap_temp=29 pa_temp=31 skin_temp=31
          +9m50s207ms (1) 098 -mobile_radio
          +9m50s217ms (2) 098 stats=0:"modem-data"
          +9m52s592ms (2) 098 wakeupap=u0a347:""
          +9m52s592ms (1) 098 +mobile_radio
          +10m00s294ms (1) 098 +wifi_scan
          +10m02s961ms (1) 098 -wifi_scan
          +10m03s496ms (1) 098 charge=3700
          +10m12s722ms (1) 098 -mobile_radio
          +10m12s735ms (2) 098 stats=0:"modem-data"
          +10m13s390ms (3) 098 current=-239 ap_temp=29 pa_temp=31 skin_temp=31
          +10m33s679ms (1) 098 charge=3697
          +10m43s393ms (3) 098 current=-197 ap_temp=29 pa_temp=31 skin_temp=31
          +10m50s530ms (2) 098 stats=0:"procstate-change"
          +10m50s530ms (1) 098
          +11m03s893ms (1) 098 charge=3693
          +11m13s399ms (3) 098 current=-191 ap_temp=29 pa_temp=31 skin_temp=30
          +11m34s595ms (2) 098 wakeupap=u0a344:""
          +11m34s595ms (1) 098 +mobile_radio
          +11m43s382ms (3) 098 current=-201 ap_temp=29 pa_temp=31 skin_temp=30
          +11m44s816ms (2) 098
+job=u0a346:"com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService"
          +11m44s827ms (2) 098
+job=u0a348:"com.weather.Weather/com.weather.dal2.weatherconnections.RefreshJob"
          +11m44s835ms (2) 098
+job=u0a349:"com.cnn.mobile.android.phone/androidx.work.impl.background.systemjob.SystemJobServi
ce"
          +11m44s836ms (2) 098
+job=u0a348:"com.weather.Weather/com.google.android.datatransport.runtime.scheduling.jobscheduling
.JobInfoSchedulerService"
          +11m44s896ms (2) 098 +job=u0a348:"com.weather.Weather/com.weather.dal2.lbs.LbsService"
          +11m44s926ms (2) 098 -job=u0a348:"com.weather.Weather/com.weather.dal2.lbs.LbsService"
          +11m44s959ms (2) 098
```

-job=u0a348:"com.weather.Weather/com.weather.dal2.weatherconnections.RefreshJob"
        +11m45s195ms (2) 098
-job=u0a349:"com.cnn.mobile.android.phone/androidx.work.impl.background.systemjob.SystemJobServic
e"
        +11m45s203ms (2) 098
+job=u0a349:"com.cnn.mobile.android.phone/androidx.work.impl.background.systemjob.SystemJobServi
ce"
        +11m45s230ms (2) 098
-job=u0a349:"com.cnn.mobile.android.phone/androidx.work.impl.background.systemjob.SystemJobServic
e"
        +11m45s234ms (2) 098
+job=u0a349:"com.cnn.mobile.android.phone/androidx.work.impl.background.systemjob.SystemJobServi
ce"
        +11m45s269ms (2) 098
-job=u0a349:"com.cnn.mobile.android.phone/androidx.work.impl.background.systemjob.SystemJobServic
e"
        +11m45s273ms (2) 098
+job=u0a349:"com.cnn.mobile.android.phone/androidx.work.impl.background.systemjob.SystemJobServi
ce"
        +11m45s563ms (2) 098
-job=u0a349:"com.cnn.mobile.android.phone/androidx.work.impl.background.systemjob.SystemJobServic
e"
        +11m45s701ms (2) 098
-job=u0a346:"com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService"
        +11m45s789ms (2) 098
+job=u0a349:"com.cnn.mobile.android.phone/androidx.work.impl.background.systemjob.SystemJobServi
ce"
        +11m45s898ms (2) 098
-job=u0a349:"com.cnn.mobile.android.phone/androidx.work.impl.background.systemjob.SystemJobServic
e"
        +11m46s190ms (2) 098
+job=u0a348:"com.weather.Weather/.notifications.ongoing.NotificationApi24"
        +11m46s216ms (2) 098
-job=u0a348:"com.weather.Weather/.notifications.ongoing.NotificationApi24"
        +11m46s546ms (2) 098
+job=u0a348:"com.weather.Weather/.notifications.ongoing.NotificationApi24"
        +11m46s561ms (2) 098
-job=u0a348:"com.weather.Weather/.notifications.ongoing.NotificationApi24"
        +11m46s950ms (2) 098
-job=u0a348:"com.weather.Weather/com.google.android.datatransport.runtime.scheduling.jobscheduling.
JobInfoSchedulerService"
        +11m49s524ms (2) 098
+tmpwhitelist=u0a346:"broadcast:u0a235:com.google.android.c2dm.intent.RECEIVE,reason:high-prio
FCM"
        +11m49s645ms (2) 098
+job=u0a346:"com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService"
        +11m50s945ms (2) 098
-job=u0a346:"com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService"
        +12m01s010ms (1) 098 -mobile_radio
        +12m01s017ms (2) 098 stats=0:"modem-data"
        +12m04s209ms (1) 098 charge=3689
        +12m09s566ms (2) 098
-tmpwhitelist=u0a346:"broadcast:u0a235:com.google.android.c2dm.intent.RECEIVE,reason:high-prio
FCM"
        +12m13s400ms (3) 098 current=-250 ap_temp=29 pa_temp=31 skin_temp=31
        +12m15s115ms (2) 098 wakeupap=u0a346:""
        +12m15s115ms (1) 098 +mobile_radio
        +12m17s929ms (2) 098 phone_signal_strength=good
        +12m21s424ms (2) 098 conn=0:"CONNECTED"
        +12m23s055ms (2) 098 phone_signal_strength=moderate
        +12m27s493ms (2) 098 conn=0:"CONNECTED"
        +12m34s366ms (1) 098 charge=3685
        +12m38s899ms (1) 098 -mobile_radio
        +12m38s914ms (2) 098 stats=0:"modem-data"
        +12m40s309ms (1) 098 +wifi_scan
        +12m42s980ms (1) 098 -wifi_scan
        +12m43s401ms (3) 098 current=-228 ap_temp=29 pa_temp=31 skin_temp=31
        +12m44s858ms (2) 098 wakeupap=u0a348:""
        +12m44s858ms (1) 098 +mobile_radio

```
     +12m47s165ms (2) 098 phone_signal_strength=good
     +12m49s638ms (2) 098
+longwake=u0a346:"*job*/com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobS
ervice"
     +12m51s777ms (2) 098 conn=0:"CONNECTED"
     +13m00s933ms (2) 098 phone_signal_strength=moderate
     +13m00s961ms (2) 098 conn=0:"CONNECTED"
     +13m04s540ms (1) 098 charge=3682
     +13m05s269ms (1) 098 -mobile_radio
     +13m05s283ms (2) 098 stats=0:"modem-data"
     +13m05s522ms (2) 098 wakeupap=u0a347:""
     +13m05s522ms (1) 098 +mobile_radio
     +13m13s401ms (3) 098 current=-248 ap_temp=29 pa_temp=31 skin_temp=31
     +13m25s744ms (1) 098 -mobile_radio
     +13m25s751ms (2) 098 stats=0:"modem-data"
     +13m31s477ms (2) 098 wakeupap=u0a295:""
     +13m31s477ms (1) 098 +mobile_radio
     +13m34s705ms (1) 098 charge=3678
     +13m43s398ms (3) 098 current=-229 ap_temp=29 pa_temp=31 skin_temp=31
     +13m55s191ms (1) 098 -mobile_radio
     +13m55s202ms (2) 098 stats=0:"modem-data"
     +14m04s870ms (1) 098 charge=3674
     +14m13s415ms (3) 098 current=-200 ap_temp=29 pa_temp=31 skin_temp=31
     +14m15s698ms (2) 098 stats=0:"write"
     +14m15s698ms (1) 098
     +14m34s599ms (2) 098 wakeupap=u0a344:""
     +14m34s599ms (1) 098 +mobile_radio
     +14m35s021ms (2) 098 volt=4260 charge=3670
     +14m43s410ms (3) 098 current=-216 ap_temp=29 pa_temp=31 skin_temp=31
     +14m54s841ms (1) 098 -mobile_radio
     +14m54s854ms (2) 098 stats=0:"modem-data"
     +14m59s937ms (2) 098
+job=5023:"com.samsung.android.networkdiagnostic/androidx.work.impl.background.systemjob.SystemJ
obService"
     +14m59s949ms (2) 098 wakeupap=u0a64:""
     +14m59s949ms (1) 098 +mobile_radio
     +15m00s128ms (2) 098
-job=5023:"com.samsung.android.networkdiagnostic/androidx.work.impl.background.systemjob.SystemJo
bService"
     +15m05s193ms (2) 097 volt=4287 charge=3667
          Details: cpu=72920u+144650s
               /proc/stat=71450 usr, 82560 sys, 350 io, 20420 irq, 5790 sirq, 4580090 idle (3.8% of 13h
13m 26s 600ms), SubsystemPowerState Empty
     +15m05s194ms (2) 097 stats=0:"wakelock-change"
     +15m10s196ms (1) 097 -mobile_radio
     +15m10s206ms (2) 097 stats=0:"modem-data"
     +15m13s421ms (3) 097 current=-226 ap_temp=29 pa_temp=31 skin_temp=31
     +15m20s324ms (1) 097 +wifi_scan
     +15m23s007ms (1) 097 -wifi_scan
     +15m24s071ms (2) 097 wakeupap=u0a295:""
     +15m24s071ms (1) 097 +mobile_radio
     +15m34s880ms (2) 097 stats=0:"procstate-change"
     +15m34s880ms (1) 097
     +15m35s361ms (1) 097 charge=3663
     +15m43s414ms (3) 097 current=-240 ap_temp=29 pa_temp=31 skin_temp=31
     +16m05s514ms (1) 097 charge=3659
     +16m10s360ms (1) 097 -mobile_radio
     +16m10s377ms (2) 097 stats=0:"modem-data"
     +16m13s429ms (3) 097 current=-232 ap_temp=29 pa_temp=31 skin_temp=31
     +16m35s694ms (1) 097 charge=3655
     +16m37s960ms (2) 097 stats=0:"procstate-change"
     +16m37s960ms (1) 097
     +16m43s431ms (3) 097 current=-195 ap_temp=29 pa_temp=31 skin_temp=31
     +16m44s659ms (2) 097 wakeupap=u0a348:""
     +16m44s659ms (1) 097 +mobile_radio
     +16m57s214ms (1) 097 -mobile_radio
     +16m57s223ms (2) 097 stats=0:"modem-data"
     +17m13s457ms (3) 097 current=-201 ap_temp=29 pa_temp=31 skin_temp=31
     +17m32s114ms (2) 097 wakeupap=u0a347:""
```

```
+17m32s114ms (1) 097 +mobile_radio
+17m36s078ms (1) 097 charge=3652
+17m43s458ms (3) 097 current=-213 ap_temp=29 pa_temp=31 skin_temp=31
+17m44s921ms (2) 097 stats=0:"procstate-change"
+17m44s921ms (1) 097
+17m52s243ms (1) 097 -mobile_radio
+17m52s254ms (2) 097 stats=0:"modem-data"
+17m52s368ms (2) 097 wakeupap=u0a345:""
+17m52s368ms (1) 097 +mobile_radio
+18m00s341ms (1) 097 +wifi_scan
+18m03s032ms (1) 097 -wifi_scan
+18m06s233ms (1) 097 charge=3648
+18m12s729ms (1) 097 -mobile_radio
+18m12s743ms (2) 097 stats=0:"modem-data"
+18m13s453ms (3) 097 current=-229 ap_temp=29 pa_temp=31 skin_temp=31
+18m36s401ms (1) 097 charge=3644
+18m43s463ms (3) 097 current=-196 ap_temp=29 pa_temp=31 skin_temp=30
+18m52s471ms (2) 097 stats=0:"procstate-change"
+18m52s471ms (1) 097
+19m06s572ms (1) 097 charge=3640
+19m06s838ms (2) 097 wakeupap=u0a347:""
+19m06s838ms (1) 097 +mobile_radio
+19m13s458ms (3) 097 current=-214 ap_temp=29 pa_temp=31 skin_temp=30
+19m26s965ms (1) 097 -mobile_radio
+19m26s979ms (2) 097 stats=0:"modem-data"
+19m36s760ms (1) 097 charge=3637
+19m43s476ms (3) 097 current=-201 ap_temp=29 pa_temp=31 skin_temp=30
+19m58s037ms (2) 097 wakeupap=u0a295:""
+19m58s037ms (1) 097 +mobile_radio
+20m01s017ms (2) 097 phone_signal_strength=good
+20m05s346ms (2) 097 stats=0:"battery-level"
+20m05s360ms (2) 097 conn=0:"CONNECTED"
+20m05s346ms (3) 097
+20m06s922ms (1) 097 charge=3633
+20m13s458ms (3) 097 current=-222 ap_temp=29 pa_temp=31 skin_temp=30
+20m15s057ms (2) 097 phone_signal_strength=moderate
+20m17s472ms (2) 097 conn=0:"CONNECTED"
+20m21s871ms (2) 097 phone_signal_strength=good
+20m22s772ms (2) 097 conn=0:"CONNECTED"
+20m37s086ms (2) 096 charge=3629
        Details: cpu=35260u+74750s
             /proc/stat=30020 usr, 38870 sys, 150 io, 10120 irq, 2830 sirq, 2298380 idle (3.4% of 6h
36m 43s 700ms), SubsystemPowerState Empty
+20m37s087ms (2) 096 stats=0:"wakelock-change"
+20m38s423ms (2) 096 phone_signal_strength=moderate
+20m40s368ms (2) 096 +wifi_scan
+20m40s744ms (2) 096 conn=0:"CONNECTED"
+20m43s039ms (1) 096 -wifi_scan
+20m43s472ms (3) 096 current=-226 ap_temp=29 pa_temp=31 skin_temp=31
+20m45s051ms (1) 096 -mobile_radio
+20m45s061ms (2) 096 stats=0:"modem-data"
+21m07s270ms (1) 096 charge=3625
+21m13s492ms (3) 096 current=-196 ap_temp=29 pa_temp=31 skin_temp=30
+21m15s606ms (1) 096 +wifi_scan
+21m17s620ms (2) 096 stats=0:"procstate-change"
+21m17s620ms (1) 096
+21m18s343ms (1) 096 -wifi_scan
+21m37s455ms (1) 096 charge=3622
+21m57s208ms (2) 096 wakeupap=u0a295:""
+21m57s208ms (1) 096 +mobile_radio
+22m11s319ms (1) 096 -mobile_radio
+22m11s337ms (2) 096 stats=0:"modem-data"
+22m11s568ms (2) 096 wakeupap=u0a347:""
+22m11s568ms (1) 096 +mobile_radio
+22m13s495ms (3) 096 current=-221 ap_temp=29 pa_temp=31 skin_temp=31
+22m17s344ms (2) 096 phone_signal_strength=good
+22m17s889ms (2) 096 conn=0:"CONNECTED"
+22m21s821ms (2) 096 phone_signal_strength=moderate
+22m21s844ms (2) 096 conn=0:"CONNECTED"
```

```
+22m31s795ms (1) 096 -mobile_radio
+22m31s806ms (2) 096 stats=0:"modem-data"
+22m32s147ms (2) 096 wakeupap=u0a341:""
+22m32s147ms (1) 096 +mobile_radio
+22m35s524ms (2) 096 phone_signal_strength=good
+22m37s781ms (1) 096 charge=3618
+22m39s094ms (2) 096 conn=0:"CONNECTED"
+22m42s251ms (2) 096 phone_signal_strength=moderate
+22m42s277ms (2) 096 conn=0:"CONNECTED"
+22m43s516ms (3) 096 current=-234 ap_temp=29 pa_temp=31 skin_temp=31
+22m57s312ms (2) 096 stats=0:"procstate-change"
+22m57s312ms (1) 096
+23m07s942ms (1) 096 charge=3614
+23m09s169ms (1) 096 -mobile_radio
+23m09s206ms (2) 096 stats=0:"modem-data"
+23m09s235ms (2) 096 wakeupap=u0a345:""
+23m09s235ms (1) 096 +mobile_radio
+23m13s514ms (3) 096 current=-228 ap_temp=29 pa_temp=31 skin_temp=31
+23m20s426ms (1) 096 +wifi_scan
+23m23s153ms (1) 096 -wifi_scan
+23m29s394ms (1) 096 -mobile_radio
+23m29s422ms (2) 096 stats=0:"modem-data"
+23m34s617ms (2) 096 wakeupap=u0a344:""
+23m34s617ms (1) 096 +mobile_radio
+23m38s106ms (1) 096 charge=3611
+23m43s522ms (3) 096 current=-233 ap_temp=29 pa_temp=31 skin_temp=31
+23m55s001ms (1) 096 -mobile_radio
+23m55s020ms (2) 096 stats=0:"modem-data"
+24m08s268ms (1) 096 charge=3607
+24m13s534ms (3) 096 current=-198 ap_temp=29 pa_temp=31 skin_temp=31
+24m38s450ms (1) 096 charge=3603
+24m43s535ms (3) 096 current=-194 ap_temp=29 pa_temp=31 skin_temp=30
+25m08s626ms (1) 096 charge=3599
+25m11s009ms (2) 096 stats=0:"get-stats"
+25m11s009ms (1) 096
+25m13s548ms (3) 096 current=-201 ap_temp=28 pa_temp=31 skin_temp=30
+25m43s539ms (3) 096 current=-189 ap_temp=28 pa_temp=31 skin_temp=30
+26m00s439ms (1) 096 +wifi_scan
+26m03s129ms (1) 096 -wifi_scan
+26m09s011ms (1) 096 charge=3596
+26m10s515ms (2) 096 wakeupap=u0a341:""
+26m10s515ms (1) 096 +mobile_radio
+26m13s558ms (3) 096 current=-219 ap_temp=29 pa_temp=31 skin_temp=30
+26m30s646ms (1) 096 -mobile_radio
+26m30s659ms (2) 096 stats=0:"modem-data"
+26m33s558ms (2) 096 wakeupap=u0a347:""
+26m33s558ms (1) 096 +mobile_radio
+26m39s196ms (2) 095 charge=3592
        Details: cpu=36930u+74750s
        /proc/stat=31530 usr, 38150 sys, 90 io, 10000 irq, 2870 sirq, 2298670 idle (3.5% of 6h
36m 53s 100ms), SubsystemPowerState Empty
+26m39s196ms (2) 095 stats=0:"wakelock-change"
+26m43s549ms (3) 095 current=-230 ap_temp=29 pa_temp=31 skin_temp=30
+26m45s348ms (2) 095
+job=u0a348:"com.weather.Weather/com.weather.dal2.weatherconnections.RefreshJob"
+26m45s368ms (2) 095
-job=u0a348:"com.weather.Weather/com.weather.dal2.weatherconnections.RefreshJob"
+26m45s377ms (2) 095 +job=u0a348:"com.weather.Weather/com.weather.dal2.lbs.LbsService"
+26m45s391ms (2) 095 -job=u0a348:"com.weather.Weather/com.weather.dal2.lbs.LbsService"
+26m45s706ms (2) 095
+job=u0a346:"com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService"
+26m45s797ms (2) 095
-job=u0a346:"com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService"
+26m46s155ms (2) 095
+job=u0a348:"com.weather.Weather/.notifications.ongoing.NotificationApi24"
+26m46s170ms (2) 095
-job=u0a348:"com.weather.Weather/.notifications.ongoing.NotificationApi24"
+27m09s348ms (1) 095 charge=3588
+27m10s803ms (2) 095 stats=0:"procstate-change"
```

HW_00099314

```
          +27m10s803ms (1) 095
          +27m13s561ms (3) 095 current=-258 ap_temp=29 pa_temp=32 skin_temp=31
          +27m14s676ms (1) 095 -mobile_radio
          +27m14s688ms (2) 095 stats=0:"modem-data"
          +27m39s533ms (2) 095 charge=3584
          +27m43s569ms (3) 095 current=-199 ap_temp=29 pa_temp=31 skin_temp=31
          +27m45s714ms (2) 095 wakeupap=u0a348:""
          +27m45s714ms (1) 095 +mobile_radio
          +27m45s760ms (2) 095
-longwake=u0a346:"*job*/com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobSe
rvice"
          +27m45s797ms (2) 095
+job=u0a346:"com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService"
          +27m45s858ms (2) 095
-job=u0a346:"com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService"
          +27m49s266ms (2) 095
+job=u0a346:"com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService"
          +27m51s665ms (2) 095
-job=u0a346:"com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService"
          +28m01s521ms (1) 095 -mobile_radio
          +28m01s539ms (2) 095 stats=0:"modem-data"
          +28m01s582ms (2) 095 wakeupap=u0a347:""
          +28m01s582ms (1) 095 +mobile_radio
          +28m09s681ms (2) 095 volt=4265 charge=3581
          +28m13s582ms (3) 095 current=-238 ap_temp=29 pa_temp=31 skin_temp=31
          +28m14s978ms (2) 095 stats=0:"procstate-change"
          +28m14s978ms (1) 095
          +28m24s818ms (1) 095 -mobile_radio
          +28m24s830ms (2) 095 stats=0:"modem-data"
          +28m31s311ms (2) 095 wakeupap=u0a295:""
          +28m31s311ms (1) 095 +mobile_radio
          +28m39s857ms (1) 095 charge=3577
          +28m40s448ms (1) 095 +wifi_scan
          +28m43s157ms (1) 095 -wifi_scan
          +28m43s572ms (3) 095 current=-239 ap_temp=29 pa_temp=31 skin_temp=31
          +28m51s442ms (1) 095 -mobile_radio
          +28m51s458ms (2) 095 stats=0:"modem-data"
          +29m13s580ms (3) 095 current=-197 ap_temp=29 pa_temp=31 skin_temp=31
          +29m34s627ms (2) 095 wakeupap=u0a344:""
          +29m34s627ms (1) 095 +mobile_radio
          +29m34s817ms (2) 095 stats=0:"remove-uid"
          +29m40s282ms (1) 095 charge=3573
          +29m43s576ms (3) 095 current=-220 ap_temp=29 pa_temp=31 skin_temp=31
          +29m54s934ms (1) 095 -mobile_radio
          +29m54s954ms (2) 095 stats=0:"modem-data"
          +30m10s462ms (1) 095 charge=3569
          +30m13s604ms (3) 095 current=-210 ap_temp=29 pa_temp=31 skin_temp=30
          +30m43s594ms (3) 095 current=-193 ap_temp=29 pa_temp=31 skin_temp=30
          +30m49s539ms (2) 095 wakeupap=u0a341:""
          +30m49s539ms (1) 095 +mobile_radio
          +31m09s685ms (1) 095 -mobile_radio
          +31m09s731ms (2) 095 stats=0:"modem-data"
          +31m09s753ms (2) 095 wakeupap=u0a295:""
          +31m09s753ms (1) 095 +mobile_radio
          +31m10s813ms (1) 095 charge=3566
          +31m13s591ms (3) 095 current=-238 ap_temp=29 pa_temp=31 skin_temp=31
          +31m20s488ms (1) 095 +wifi_scan
          +31m23s195ms (1) 095 -wifi_scan
          +31m37s855ms (1) 095 -mobile_radio
          +31m37s866ms (2) 095 stats=0:"modem-data"
          +31m39s330ms (2) 095 stats=0:"battery-level"
          +31m39s330ms (1) 095
          +31m41s016ms (1) 095 charge=3562
          +31m43s597ms (3) 095 current=-212 ap_temp=29 pa_temp=31 skin_temp=31
          +31m45s624ms (2) 095 wakeupap=u0a349:""
          +31m45s624ms (1) 095 +mobile_radio
          +31m56s278ms (1) 095 -mobile_radio
          +31m56s291ms (2) 095 stats=0:"modem-data"
          +32m01s366ms (2) 095 wakeupap=u0a349:""
```

```
+32m01s366ms (1) 095 +mobile_radio
+32m11s189ms (1) 095 charge=3558
+32m13s600ms (3) 095 current=-232 ap_temp=29 pa_temp=31 skin_temp=31
+32m43s617ms (3) 095 current=-223 ap_temp=29 pa_temp=31 skin_temp=31
+32m44s918ms (1) 095 -mobile_radio
+32m44s934ms (2) 095 stats=0:"modem-data"
+32m45s171ms (2) 095 wakeupap=u0a295:""
+32m45s171ms (1) 095 +mobile_radio
+32m45s891ms (2) 095 stats=0:"procstate-change"
+32m45s891ms (1) 095
+33m05s394ms (1) 095 -mobile_radio
+33m05s405ms (2) 095 stats=0:"modem-data"
+33m11s543ms (2) 094 charge=3554
        Details: cpu=45270u+76310s
                /proc/stat=39280 usr, 44150 sys, 220 io, 10540 irq, 2910 sirq, 2282150 idle (4.1% of 6h
36m 32s 500ms), SubsystemPowerState Empty
+33m11s544ms (2) 094 stats=0:"wakelock-change"
+33m13s617ms (3) 094 current=-221 ap_temp=29 pa_temp=31 skin_temp=31
+33m16s753ms (2) 094 wakeupap=u0a347:""
+33m16s753ms (1) 094 +mobile_radio
+33m36s080ms (1) 094 +wifi_scan
+33m37s166ms (1) 094 -wifi_scan
+33m41s704ms (1) 094 charge=3551
+33m43s611ms (3) 094 current=-215 ap_temp=29 pa_temp=31 skin_temp=31
+33m46s361ms (1) 094 -mobile_radio
+33m46s371ms (2) 094 stats=0:"modem-data"
+34m00s543ms (1) 094 +wifi_scan
+34m03s263ms (1) 094 -wifi_scan
+34m05s459ms (2) 094 stats=0:"procstate-change"
+34m05s459ms (1) 094
+34m13s618ms (3) 094 current=-216 ap_temp=29 pa_temp=31 skin_temp=31
+34m42s084ms (1) 094 charge=3547
+34m43s617ms (3) 094 current=-196 ap_temp=29 pa_temp=31 skin_temp=30
+34m57s862ms (2) 094 wakeupap=u0a341:""
+34m57s862ms (1) 094 +mobile_radio
+35m13s636ms (3) 094 current=-220 ap_temp=29 pa_temp=31 skin_temp=30
+35m18s264ms (1) 094 -mobile_radio
+35m18s287ms (2) 094 stats=0:"modem-data"
+35m34s639ms (2) 094 wakeupap=u0a344:""
+35m34s639ms (1) 094 +mobile_radio
+35m42s484ms (1) 094 charge=3543
+35m43s626ms (3) 094 current=-200 ap_temp=29 pa_temp=31 skin_temp=30
+35m49s112ms (2) 094 phone_signal_strength=good
+35m53s436ms (2) 094 conn=0:"CONNECTED"
+35m54s867ms (1) 094 -mobile_radio
+35m54s882ms (2) 094 stats=0:"modem-data"
+35m58s138ms (2) 094 stats=0:"procstate-change"
+35m58s138ms (1) 094
+36m00s564ms (2) 094 phone_signal_strength=moderate
+36m05s555ms (2) 094 conn=0:"CONNECTED"
+36m12s672ms (1) 094 charge=3539
+36m13s650ms (3) 094 current=-204 ap_temp=29 pa_temp=31 skin_temp=30
+36m40s553ms (1) 094 +wifi_scan
+36m43s232ms (1) 094 -wifi_scan
+36m43s635ms (3) 094 current=-203 ap_temp=29 pa_temp=31 skin_temp=30
+37m13s010ms (1) 094 charge=3536
+37m13s671ms (3) 094 current=-194 ap_temp=28 pa_temp=31 skin_temp=30
+37m36s723ms (2) 094 wakeupap=u0a344:""
+37m36s723ms (1) 094 +mobile_radio
+37m43s656ms (3) 094 current=-192 ap_temp=29 pa_temp=31 skin_temp=30
+37m47s112ms (2) 094 +job=1000:"com.sec.android.diagmonagent/.dma.service.SRJobService"
+37m48s103ms (2) 094 -job=1000:"com.sec.android.diagmonagent/.dma.service.SRJobService"
+38m06s963ms (1) 094 -mobile_radio
+38m06s977ms (2) 094 stats=0:"modem-data"
+38m07s404ms (2) 094 wakeupap=u0a295:""
+38m07s404ms (1) 094 +mobile_radio
+38m11s683ms (2) 094 stats=0:"battery-level"
+38m11s683ms (1) 094
+38m13s344ms (1) 094 charge=3532
```

```
      +38m13s652ms (3) 094 current=-229 ap_temp=29 pa_temp=31 skin_temp=31
      +38m27s703ms (1) 094 -mobile_radio
      +38m27s721ms (2) 094 stats=0:"modem-data"
      +38m34s647ms (2) 094 wakeupap=u0a344:""
      +38m34s647ms (1) 094 +mobile_radio
      +38m43s509ms (1) 094 charge=3528
      +38m43s662ms (3) 094 current=-220 ap_temp=29 pa_temp=31 skin_temp=31
      +38m58s164ms (1) 094 -mobile_radio
      +38m58s180ms (2) 094 stats=0:"modem-data"
      +39m13s693ms (3) 094 current=-210 ap_temp=29 pa_temp=31 skin_temp=30
      +39m20s602ms (1) 094 +wifi_scan
      +39m23s276ms (1) 094 -wifi_scan
      +39m28s188ms (2) 094 stats=0:"procstate-change"
      +39m28s188ms (1) 094
      +39m43s685ms (3) 094 current=-201 ap_temp=28 pa_temp=31 skin_temp=30
      +39m43s872ms (1) 094 charge=3524
      +39m49s523ms (2) 094 wakeupap=u0a235:""
      +39m49s523ms (1) 094 +mobile_radio
      +39m59s860ms (1) 094 -mobile_radio
      +39m59s874ms (2) 094 stats=0:"modem-data"
      +40m13s684ms (3) 094 current=-203 ap_temp=28 pa_temp=31 skin_temp=30
      +40m43s710ms (3) 094 current=-193 ap_temp=28 pa_temp=31 skin_temp=30
      +40m44s264ms (1) 094 charge=3521
      +41m03s753ms (2) 094 wakeupap=u0a295:""
      +41m03s753ms (1) 094 +mobile_radio
      +41m13s700ms (3) 094 current=-217 ap_temp=29 pa_temp=31 skin_temp=30
      +41m24s088ms (1) 094 -mobile_radio
      +41m24s106ms (2) 094 stats=0:"modem-data"
      +41m28s577ms (2) 094
+job=u0a348:"com.weather.Weather/com.weather.dal2.weatherconnections.RefreshJob"
      +41m28s590ms (2) 094
-job=u0a348:"com.weather.Weather/com.weather.dal2.weatherconnections.RefreshJob"
      +41m28s604ms (2) 094 +job=u0a348:"com.weather.Weather/com.weather.dal2.lbs.LbsService"
      +41m28s617ms (2) 094 wakeupap=u0a348:""
      +41m28s617ms (1) 094 +mobile_radio
      +41m28s620ms (2) 094 -job=u0a348:"com.weather.Weather/com.weather.dal2.lbs.LbsService"
      +41m29s630ms (2) 094
+job=u0a348:"com.weather.Weather/.notifications.ongoing.NotificationApi24"
      +41m29s645ms (2) 094
-job=u0a348:"com.weather.Weather/.notifications.ongoing.NotificationApi24"
      +41m43s701ms (3) 094 current=-233 ap_temp=29 pa_temp=31 skin_temp=30
      +41m44s626ms (1) 094 charge=3517
      +41m45s077ms (1) 094 -mobile_radio
      +41m45s088ms (2) 094 stats=0:"modem-data"
      +41m45s492ms (2) 094 wakeupap=u0a349:""
      +41m45s492ms (1) 094 +mobile_radio
      +41m47s820ms (2) 094
+tmpwhitelist=u0a346:"broadcast:u0a235:com.google.android.c2dm.intent.RECEIVE,reason:high-prio
FCM"
      +41m47s862ms (2) 094
+job=u0a346:"com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService"
      +41m49s328ms (2) 094
-job=u0a346:"com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService"
      +42m00s613ms (1) 094 +wifi_scan
      +42m03s317ms (1) 094 -wifi_scan
      +42m07s343ms (2) 094 +job=1000:"com.samsung.euicc/.lpaService.NotificationJobService"
      +42m07s349ms (2) 094 -job=1000:"com.samsung.euicc/.lpaService.NotificationJobService"
      +42m07s875ms (2) 094
-tmpwhitelist=u0a346:"broadcast:u0a235:com.google.android.c2dm.intent.RECEIVE,reason:high-prio
FCM"
      +42m09s905ms (1) 094 -mobile_radio
      +42m09s919ms (2) 094 stats=0:"modem-data"
      +42m13s687ms (2) 094 wakeupap=u0a346:""
      +42m13s687ms (1) 094 +mobile_radio
      +42m13s693ms (3) 094 current=-257 ap_temp=29 pa_temp=31 skin_temp=31
      +42m14s798ms (2) 093
         Details: cpu=70310u+148400s
              /proc/stat=59430 usr, 76830 sys, 260 io, 20130 irq, 5670 sirq, 4599180 idle (3.4% of 13h
13m 35s 0ms), SubsystemPowerState Empty
```

```
+42m14s799ms (2) 093 stats=0:"wakelock-change"
+42m24s247ms (1) 093 -mobile_radio
+42m24s256ms (2) 093 stats=0:"modem-data"
+42m29s143ms (2) 093 wakeupap=u0a348:""
+42m29s143ms (1) 093 +mobile_radio
+42m43s701ms (3) 093 current=-245 ap_temp=29 pa_temp=31 skin_temp=31
+42m44s973ms (1) 093 charge=3513
+42m47s499ms (2) 093 phone_signal_strength=good
+42m49s808ms (2) 093 conn=0:"CONNECTED"
+42m56s463ms (2) 093 phone_signal_strength=moderate
+42m58s295ms (1) 093 -mobile_radio
+42m58s305ms (2) 093 stats=0:"modem-data"
+43m01s931ms (2) 093 conn=0:"CONNECTED"
+43m13s715ms (3) 093 current=-213 ap_temp=29 pa_temp=31 skin_temp=31
+43m14s516ms (2) 093 wakeupap=u0a295:""
+43m14s516ms (1) 093 +mobile_radio
+43m15s113ms (1) 093 charge=3509
+43m15s483ms (2) 093 phone_signal_strength=good
+43m20s143ms (2) 093 conn=0:"CONNECTED"
+43m30s284ms (2) 093 phone_signal_strength=moderate
+43m32s334ms (2) 093 conn=0:"CONNECTED"
+43m43s711ms (3) 093 current=-221 ap_temp=29 pa_temp=31 skin_temp=31
+43m50s447ms (2) 093 phone_signal_strength=good
+43m50s513ms (1) 093 -mobile_radio
+43m50s522ms (2) 093 stats=0:"modem-data"
+43m50s537ms (2) 093 conn=0:"CONNECTED"
+43m54s167ms (2) 093 phone_signal_strength=moderate
+43m56s629ms (2) 093 conn=0:"CONNECTED"
+44m13s725ms (3) 093 current=-198 ap_temp=29 pa_temp=31 skin_temp=31
+44m15s457ms (1) 093 charge=3506
+44m15s769ms (2) 093 stats=0:"write"
+44m15s769ms (1) 093
+44m34s657ms (2) 093 wakeupap=u0a344:""
+44m34s657ms (1) 093 +mobile_radio
+44m40s615ms (1) 093 +wifi_scan
+44m43s289ms (1) 093 -wifi_scan
+44m43s733ms (3) 093 current=-211 ap_temp=29 pa_temp=31 skin_temp=31
+44m45s307ms (1) 093 -mobile_radio
+44m45s322ms (2) 093 stats=0:"modem-data"
+44m45s536ms (2) 093 wakeupap=u0a347:""
+44m45s536ms (1) 093 +mobile_radio
+44m59s815ms (2) 093
+job=u0a295:"com.facebook.katana/androidx.work.impl.background.systemjob.SystemJobService"
+44m59s819ms (2) 093 +job=u0a225:"com.google.android.partnersetup/.InstalledAppJobService"
+44m59s933ms (2) 093
-job=u0a295:"com.facebook.katana/androidx.work.impl.background.systemjob.SystemJobService"
+44m59s956ms (2) 093 -job=u0a225:"com.google.android.partnersetup/.InstalledAppJobService"
+45m13s736ms (3) 093 current=-252 ap_temp=29 pa_temp=31 skin_temp=31
+45m14s338ms (2) 093 phone_signal_strength=good
+45m15s799ms (1) 093 charge=3502
+45m18s514ms (2) 093 conn=0:"CONNECTED"
+45m19s861ms (1) 093 -mobile_radio
+45m19s878ms (2) 093 stats=0:"modem-data"
+45m21s195ms (2) 093 phone_signal_strength=moderate
+45m21s206ms (2) 093 wakeupap=u0a341:""
+45m21s206ms (1) 093 +mobile_radio
+45m24s554ms (2) 093 conn=0:"CONNECTED"
+45m34s933ms (2) 093 stats=0:"procstate-change"
+45m34s933ms (1) 093
+45m41s367ms (1) 093 -mobile_radio
+45m41s383ms (2) 093 stats=0:"modem-data"
+45m41s609ms (2) 093 wakeupap=u0a347:""
+45m41s609ms (1) 093 +mobile_radio
+45m43s757ms (3) 093 current=-226 ap_temp=29 pa_temp=31 skin_temp=31
+45m45s988ms (1) 093 charge=3498
+46m08s754ms (1) 093 -mobile_radio
+46m08s765ms (2) 093 stats=0:"modem-data"
+46m13s743ms (3) 093 current=-219 ap_temp=29 pa_temp=31 skin_temp=31
+46m21s395ms (2) 093 wakeupap=u0a295:""
```

```
+46m21s395ms (1) 093 +mobile_radio
+46m41s529ms (1) 093 -mobile_radio
+46m41s547ms (2) 093 stats=0:"modem-data"
+46m41s684ms (2) 093 stats=0:"procstate-change"
+46m41s684ms (1) 093
+46m41s711ms (2) 093 wakeupap=u0a347:""
+46m41s711ms (1) 093 +mobile_radio
+46m43s769ms (3) 093 current=-228 ap_temp=29 pa_temp=31 skin_temp=31
+46m46s350ms (1) 093 charge=3495
+47m02s005ms (1) 093 -mobile_radio
+47m02s021ms (2) 093 stats=0:"modem-data"
+47m13s772ms (3) 093 current=-215 ap_temp=29 pa_temp=31 skin_temp=31
+47m20s631ms (1) 093 +wifi_scan
+47m23s325ms (1) 093 -wifi_scan
+47m34s664ms (2) 093 wakeupap=u0a344:""
+47m34s664ms (1) 093 +mobile_radio
+47m37s258ms (2) 093
+job=5012:"com.samsung.android.sm.devicesecurity/.IncrementalPostInstallationScanJobService"
+47m37s265ms (2) 093
+job=u0a224:"com.google.android.apps.turbo/com.google.android.libraries.smartbattery.appusage.library
.InferAppBucketsJob"
+47m37s389ms (2) 093
-job=5012:"com.samsung.android.sm.devicesecurity/.IncrementalPostInstallationScanJobService"
+47m37s779ms (2) 093
-job=u0a224:"com.google.android.apps.turbo/com.google.android.libraries.smartbattery.appusage.library.
InferAppBucketsJob"
+47m41s093ms (2) 093 phone_signal_strength=good
+47m43s784ms (3) 093 current=-219 ap_temp=29 pa_temp=31 skin_temp=31
+47m44s201ms (2) 093 conn=0:"CONNECTED"
+47m46s701ms (2) 093 volt=4242 charge=3491
+47m47s831ms (1) 093 -mobile_radio
+47m47s844ms (2) 093 stats=0:"modem-data"
+47m48s245ms (2) 093 wakeupap=u0a347:""
+47m48s245ms (1) 093 +mobile_radio
+48m08s306ms (1) 093 -mobile_radio
+48m08s323ms (2) 093 stats=0:"modem-data"
+48m08s736ms (2) 093 wakeupap=u0a295:""
+48m08s736ms (1) 093 +mobile_radio
+48m13s784ms (3) 093 current=-228 ap_temp=29 pa_temp=31 skin_temp=31
+48m15s772ms (2) 093 phone_signal_strength=moderate
+48m16s916ms (1) 093 charge=3487
+48m20s639ms (2) 093 conn=0:"CONNECTED"
+48m24s733ms (2) 093 phone_signal_strength=good
+48m26s703ms (2) 093 conn=0:"CONNECTED"
+48m29s211ms (2) 093 phone_signal_strength=moderate
+48m32s752ms (2) 093 conn=0:"CONNECTED"
+48m43s783ms (3) 093 current=-220 ap_temp=29 pa_temp=31 skin_temp=31
+48m48s094ms (2) 093 phone_signal_strength=good
+48m49s371ms (2) 093 phone_signal_strength=moderate
+48m54s898ms (1) 093 -mobile_radio
+48m54s923ms (2) 093 stats=0:"modem-data"
+48m54s928ms (2) 093 phone_signal_strength=good
+48m56s236ms (2) 093 phone_signal_strength=moderate
+49m13s795ms (3) 093 current=-203 ap_temp=29 pa_temp=31 skin_temp=31
+49m17s286ms (1) 093 charge=3483
+49m43s789ms (3) 093 current=-193 ap_temp=29 pa_temp=31 skin_temp=30
+50m00s744ms (1) 093 +wifi_scan
+50m03s441ms (1) 093 -wifi_scan
+50m13s796ms (3) 093 current=-203 ap_temp=29 pa_temp=31 skin_temp=30
+50m17s611ms (1) 093 charge=3480
+50m34s667ms (2) 093 wakeupap=u0a344:""
+50m34s667ms (1) 093 +mobile_radio
+50m43s801ms (3) 093 current=-215 ap_temp=29 pa_temp=31 skin_temp=31
+50m47s790ms (2) 092
       Details: cpu=79280u+153290s
            /proc/stat=69810 usr, 83400 sys, 380 io, 20350 irq, 5730 sirq, 4580980 idle (3.8% of 13h
13m 26s 500ms), SubsystemPowerState Empty
+50m47s791ms (2) 092 stats=0:"wakelock-change"
+50m54s967ms (1) 092 -mobile_radio
```

```
+50m54s980ms (2) 092 stats=0:"modem-data"
+50m55s313ms (2) 092 wakeupap=u0a347:""
+50m55s313ms (1) 092 +mobile_radio
+51m00s777ms (2) 092 phone_signal_strength=good
+51m04s138ms (2) 092 conn=0:"CONNECTED"
+51m06s870ms (2) 092 phone_signal_strength=moderate
+51m10s198ms (2) 092 conn=0:"CONNECTED"
+51m13s797ms (3) 092 current=-229 ap_temp=29 pa_temp=31 skin_temp=31
+51m15s699ms (1) 092 -mobile_radio
+51m15s717ms (2) 092 stats=0:"modem-data"
+51m17s984ms (1) 092 charge=3476
+51m43s849ms (3) 092 current=-197 ap_temp=29 pa_temp=31 skin_temp=30
+52m13s812ms (3) 092 current=-194 ap_temp=28 pa_temp=31 skin_temp=30
+52m18s333ms (1) 092 charge=3472
+52m25s046ms (2) 092 wakeupap=u0a347:""
+52m25s046ms (1) 092 +mobile_radio
+52m39s417ms (1) 092 -mobile_radio
+52m39s428ms (2) 092 stats=0:"modem-data"
+52m39s581ms (2) 092 wakeupap=u0a295:""
+52m39s581ms (1) 092 +mobile_radio
+52m40s814ms (1) 092 +wifi_scan
+52m43s494ms (1) 092 -wifi_scan
+52m43s824ms (3) 092 current=-214 ap_temp=29 pa_temp=31 skin_temp=31
+52m59s891ms (1) 092 -mobile_radio
+52m59s907ms (2) 092 stats=0:"modem-data"
+53m13s824ms (3) 092 current=-206 ap_temp=29 pa_temp=31 skin_temp=30
+53m18s697ms (1) 092 charge=3468
+53m34s676ms (2) 092 wakeupap=u0a344:""
+53m34s676ms (1) 092 +mobile_radio
+53m43s822ms (3) 092 current=-224 ap_temp=29 pa_temp=31 skin_temp=31
+53m54s933ms (1) 092 -mobile_radio
+53m54s958ms (2) 092 stats=0:"modem-data"
+54m13s838ms (3) 092 current=-206 ap_temp=29 pa_temp=31 skin_temp=30
+54m19s047ms (1) 092 charge=3465
+54m36s886ms (2) 092 wakeupap=u0a344:""
+54m36s886ms (1) 092 +mobile_radio
+54m43s843ms (3) 092 current=-225 ap_temp=29 pa_temp=31 skin_temp=31
+54m57s140ms (1) 092 -mobile_radio
+54m57s147ms (2) 092 stats=0:"modem-data"
+55m11s351ms (2) 092 stats=0:"get-stats"
+55m11s351ms (1) 092
+55m13s847ms (3) 092 current=-205 ap_temp=29 pa_temp=31 skin_temp=30
+55m19s393ms (1) 092 charge=3461
+55m20s829ms (1) 092 +wifi_scan
+55m23s501ms (1) 092 -wifi_scan
+55m40s754ms (2) 092 wakeupap=u0a295:""
+55m40s754ms (1) 092 +mobile_radio
+55m43s855ms (3) 092 current=-204 ap_temp=29 pa_temp=31 skin_temp=31
+56m00s886ms (1) 092 -mobile_radio
+56m00s903ms (2) 092 stats=0:"modem-data"
+56m13s855ms (3) 092 current=-215 ap_temp=29 pa_temp=31 skin_temp=31
+56m15s522ms (2) 092 wakeupap=u0a64:""
+56m15s522ms (1) 092 +mobile_radio
+56m15s639ms (1) 092 +wifi_scan
+56m16s108ms (2) 092
+job=u0a153:"com.sec.android.daemonapp/androidx.work.impl.background.systemjob.SystemJobServic
e"
+56m16s343ms (2) 092 +fg=1000:"com.wssyncmldm"
+56m16s670ms (2) 092
-job=u0a153:"com.sec.android.daemonapp/androidx.work.impl.background.systemjob.SystemJobService
"
+56m18s340ms (1) 092 -wifi_scan
+56m19s236ms (2) 092
+job=u0a153:"com.sec.android.daemonapp/com.samsung.android.weather.logger.LoggerService"
+56m19s674ms (2) 092
+job=u0a153:"com.sec.android.daemonapp/.service.FreeStatusCheckService"
+56m19s691ms (1) 092 charge=3457
+56m19s694ms (2) 092
-job=u0a153:"com.sec.android.daemonapp/.service.FreeStatusCheckService"
```

HW_00099320

```
    +56m19s723ms (2) 092
-job=u0a153:"com.sec.android.daemonapp/com.samsung.android.weather.logger.LoggerService"
    +56m21s827ms (2) 092 -fg=1000:"com.wssyncmldm"
    +56m22s820ms (2) 092
+job=u0a348:"com.weather.Weather/com.weather.dal2.weatherconnections.RefreshJob"
    +56m22s822ms (2) 092
+job=u0a153:"com.sec.android.daemonapp/com.samsung.android.weather.sync.service.AppUpdateServi
ce"
    +56m22s836ms (2) 092
+job=u0a40:"com.samsung.android.app.routines/.domainmodel.metadata.impl.MetadataLoaderJobServic
e"
    +56m22s877ms (2) 092
-job=u0a153:"com.sec.android.daemonapp/com.samsung.android.weather.sync.service.AppUpdateServi
ce"
    +56m22s898ms (2) 092
-job=u0a348:"com.weather.Weather/com.weather.dal2.weatherconnections.RefreshJob"
    +56m22s909ms (2) 092 +job=u0a348:"com.weather.Weather/com.weather.dal2.lbs.LbsService"
    +56m22s924ms (2) 092 -job=u0a348:"com.weather.Weather/com.weather.dal2.lbs.LbsService"
    +56m23s703ms (2) 092
+job=u0a348:"com.weather.Weather/.notifications.ongoing.NotificationApi24"
    +56m23s720ms (2) 092
-job=u0a348:"com.weather.Weather/.notifications.ongoing.NotificationApi24"
    +56m24s877ms (2) 092
-job=u0a40:"com.samsung.android.app.routines/.domainmodel.metadata.impl.MetadataLoaderJobServic
e"
    +56m41s051ms (2) 092 stats=0:"procstate-change"
    +56m41s051ms (1) 092
    +56m42s875ms (1) 092 -mobile_radio
    +56m42s888ms (2) 092 stats=0:"modem-data"
    +56m43s855ms (3) 092 current=-270 ap_temp=29 pa_temp=32 skin_temp=31
    +56m45s778ms (2) 092
+job=u0a349:"com.cnn.mobile.android.phone/androidx.work.impl.background.systemjob.SystemJobServi
ce"
    +56m45s783ms (2) 092 +job=1000:"com.samsung.euicc/.lpaService.NotificationJobService"
    +56m45s789ms (2) 092 -job=1000:"com.samsung.euicc/.lpaService.NotificationJobService"
    +56m46s138ms (2) 092
-job=u0a349:"com.cnn.mobile.android.phone/androidx.work.impl.background.systemjob.SystemJobServic
e"
    +56m46s151ms (2) 092
+job=u0a349:"com.cnn.mobile.android.phone/androidx.work.impl.background.systemjob.SystemJobServi
ce"
    +56m46s158ms (2) 092
-job=u0a349:"com.cnn.mobile.android.phone/androidx.work.impl.background.systemjob.SystemJobServic
e"
    +56m46s172ms (2) 092
+job=u0a349:"com.cnn.mobile.android.phone/androidx.work.impl.background.systemjob.SystemJobServi
ce"
    +56m46s179ms (2) 092 wakeupap=u0a349:""
    +56m46s179ms (1) 092 +mobile_radio
    +56m46s215ms (2) 092
-job=u0a349:"com.cnn.mobile.android.phone/androidx.work.impl.background.systemjob.SystemJobServic
e"
    +56m49s873ms (1) 092 charge=3453
    +56m51s594ms (2) 092
+job=u0a349:"com.cnn.mobile.android.phone/androidx.work.impl.background.systemjob.SystemJobServi
ce"
    +56m51s724ms (2) 092
-job=u0a349:"com.cnn.mobile.android.phone/androidx.work.impl.background.systemjob.SystemJobServic
e"
    +56m56s908ms (2) 092
+job=u0a153:"com.sec.android.daemonapp/androidx.work.impl.background.systemjob.SystemJobServic
e"
    +56m57s095ms (2) 092
-job=u0a153:"com.sec.android.daemonapp/androidx.work.impl.background.systemjob.SystemJobService
"
    +56m57s121ms (2) 092
+job=u0a153:"com.sec.android.daemonapp/androidx.work.impl.background.systemjob.SystemJobServic
e"
    +56m57s139ms (2) 092
```

```
-job=u0a153:"com.sec.android.daemonapp/androidx.work.impl.background.systemjob.SystemJobService
"
    +57m01s749ms (2) 092 phone_signal_strength=good
    +57m01s812ms (1) 092 -mobile_radio
    +57m01s820ms (2) 092 stats=0:"modem-data"
    +57m03s871ms (2) 092 phone_signal_strength=moderate
    +57m13s872ms (3) 092 current=-236 ap_temp=29 pa_temp=31 skin_temp=31
    +57m23s227ms (2) 092 wakeupap=u0a348:""
    +57m23s227ms (1) 092 +mobile_radio
    +57m43s447ms (2) 092 stats=0:"procstate-change"
    +57m43s447ms (1) 092
    +57m43s543ms (1) 092 -mobile_radio
    +57m43s563ms (2) 092 stats=0:"modem-data"
    +57m43s854ms (3) 092 current=-223 ap_temp=29 pa_temp=31 skin_temp=31
    +57m49s313ms (2) 092 wakeupap=u0a346:""
    +57m49s313ms (1) 092 +mobile_radio
    +57m50s193ms (1) 092 charge=3450
    +58m00s857ms (1) 092 +wifi_scan
    +58m03s539ms (1) 092 -wifi_scan
    +58m09s660ms (1) 092 -mobile_radio
    +58m09s678ms (2) 092 stats=0:"modem-data"
    +58m13s869ms (3) 092 current=-236 ap_temp=29 pa_temp=31 skin_temp=31
    +58m20s399ms (1) 092 charge=3446
    +58m43s865ms (3) 092 current=-196 ap_temp=29 pa_temp=31 skin_temp=31
    +58m59s158ms (2) 092 wakeupap=u0a347:""
    +58m59s158ms (1) 092 +mobile_radio
    +59m13s885ms (3) 092 current=-224 ap_temp=29 pa_temp=31 skin_temp=31
    +59m17s272ms (2) 092 phone_signal_strength=good
    +59m18s249ms (2) 092 conn=0:"CONNECTED"
    +59m18s871ms (2) 092 phone_signal_strength=moderate
    +59m19s282ms (1) 092 -mobile_radio
    +59m19s299ms (2) 092 stats=0:"modem-data"
    +59m24s322ms (2) 092 conn=0:"CONNECTED"
    +59m33s708ms (2) 092 wakeupap=u0a295:""
    +59m33s708ms (1) 092 +mobile_radio
    +59m43s730ms (2) 092 phone_signal_strength=good
    +59m43s877ms (3) 092 current=-218 ap_temp=29 pa_temp=31 skin_temp=31
    +59m48s610ms (2) 092 conn=0:"CONNECTED"
    +59m50s901ms (1) 092 charge=3442
    +59m52s694ms (2) 092 phone_signal_strength=moderate
    +59m54s695ms (2) 092 conn=0:"CONNECTED"
   +1h00m06s133ms (2) 092 phone_signal_strength=good
   +1h00m06s850ms (2) 092 conn=0:"CONNECTED"
   +1h00m08s371ms (2) 092 phone_signal_strength=moderate
   +1h00m12s928ms (2) 092 conn=0:"CONNECTED"
   +1h00m13s863ms (3) 092 current=-223 ap_temp=29 pa_temp=31 skin_temp=31
   +1h00m13s883ms (2) 092 phone_signal_strength=good
   +1h00m17s203ms (2) 092 phone_signal_strength=moderate
   +1h00m21s064ms (2) 091
       Details: cpu=74200u+153670s
               /proc/stat=67510 usr, 84920 sys, 380 io, 20180 irq, 5440 sirq, 4583660 idle (3.7% of 13h
13m 40s 900ms), SubsystemPowerState Empty
   +1h00m21s064ms (2) 091 stats=0:"wakelock-change"
   +1h00m25s421ms (2) 091 phone_signal_strength=good
   +1h00m29s759ms (2) 091
+job=u0a344:"com.instagram.android/androidx.work.impl.background.systemjob.SystemJobService"
   +1h00m29s762ms (2) 091
+job=u0a341:"com.facebook.orca/com.facebook.conditionalworker.ConditionalWorkerService"
   +1h00m29s799ms (2) 091 stats=0:"battery-state"
   +1h00m29s831ms (2) 091 +audio
   +1h00m29s799ms (3) 091
   +1h00m29s919ms (6) 091 status=charging plug=usb volt=4223 txshare_event=0x0 online=4
current_event=0x40000004 misc_event=0x10000 charge=3438 +plugged
   +1h00m29s995ms (2) 091 -audio
   +1h00m30s108ms (1) 091 +usb_data
   +1h00m30s111ms (2) 091 +audio
   +1h00m31s054ms (2) 091 conn=0:"CONNECTED"
   +1h00m31s177ms (2) 091 -top=u0a280:"com.sec.android.app.popupcalculator"
   +1h00m31s185ms (2) 091 +top=u0a54:"android.process.media"
```

HW_00099322

      +1h00m31s193ms (2) 091 -audio
      +1h00m31s393ms (2) 091
-job=u0a341:"com.facebook.orca/com.facebook.conditionalworker.ConditionalWorkerService"
      +1h00m38s890ms (2) 091
-job=u0a344:"com.instagram.android/androidx.work.impl.background.systemjob.SystemJobService"
      +1h00m39s755ms (4) 091 txshare_event=0x0 online=4 current_event=0x4 misc_event=0x10000
+charging
      +1h00m39s777ms (2) 091
+job=u0a244:"com.google.android.tts/androidx.work.impl.background.systemjob.SystemJobService"
      +1h00m39s778ms (2) 091 +job=5004:"com.samsung.cmh/.core.cmhjobservice.CMHJobService"
      +1h00m39s781ms (2) 091
+job=u0a295:"com.facebook.katana/com.facebook.conditionalworker.ConditionalWorkerService"
      +1h00m39s786ms (2) 091 -job=5004:"com.samsung.cmh/.core.cmhjobservice.CMHJobService"
      +1h00m40s101ms (2) 091
-job=u0a244:"com.google.android.tts/androidx.work.impl.background.systemjob.SystemJobService"
      +1h00m40s850ms (1) 091 +wifi_scan
      +1h00m41s112ms (2) 091
-job=u0a295:"com.facebook.katana/com.facebook.conditionalworker.ConditionalWorkerService"
      +1h00m43s560ms (1) 091 -wifi_scan
      +1h00m43s883ms (3) 091 current=-95 ap_temp=31 pa_temp=32 skin_temp=31
      +1h00m47s664ms (2) 091 stats=0:"dump"
Per-PID Stats:
  PID 1447 wake time: +7s588ms
  PID 2670 wake time: +574ms
  PID 19834 wake time: +5s317ms
  PID 2670 wake time: +44s163ms
  PID 0 wake time: +4s417ms
  PID 1447 wake time: +9ms
  PID 1447 wake time: +139ms
  PID 1447 wake time: +240ms
  PID 0 wake time: +1s246ms
  PID 1447 wake time: +2s321ms
  PID 2689 wake time: +1s170ms
  PID 16708 wake time: +9s19ms
  PID 1447 wake time: +80ms
  PID 1447 wake time: +49ms
  PID 1447 wake time: +16ms
  PID 1447 wake time: +1s781ms
  PID 1447 wake time: +528ms
  PID 1447 wake time: +141ms
  PID 16772 wake time: +3ms
  PID 1447 wake time: +18ms
  PID 2670 wake time: +6ms
  PID 16772 wake time: +5s335ms
  PID 1447 wake time: +190ms
  PID 1447 wake time: +326ms
  PID 21377 wake time: +63ms
  PID 1447 wake time: +1s290ms
  PID 1447 wake time: +1s481ms
  PID 1447 wake time: +1s633ms
  PID 1447 wake time: +9s149ms
  PID 1447 wake time: +16m1s415ms
  PID 16413 wake time: +56ms
  PID 16772 wake time: +95ms
  PID 1447 wake time: +2s398ms
  PID 16772 wake time: +512ms
  PID 1447 wake time: +6s805ms
Discharge step durations:
  #0: +9m33s274ms to 91 (screen-on, power-save-off, device-idle-off)
  #1: +8m32s992ms to 92 (screen-on, power-save-off, device-idle-off)
  #2: +9m3s255ms to 93 (screen-on, power-save-off, device-idle-off)
  #3: +6m32s347ms to 94 (screen-on, power-save-off, device-idle-off)
  #4: +6m2s110ms to 95 (screen-on, power-save-off, device-idle-off)
  #5: +5m31s893ms to 96 (screen-on, power-save-off, device-idle-off)
  #6: +5m31s869ms to 97 (screen-on, power-save-off, device-idle-off)
  #7: +7m2s460ms to 98 (screen-on, power-save-off, device-idle-off)
  Estimated screen on time: 12h 2m 57s 500ms
Daily stats:
  Current start time: 2024-03-26-22-15-18

HW_00099323

Next min deadline: 2024-03-27-01-00-00
Next max deadline: 2024-03-27-03-00-00
Current daily discharge step durations:
  #0: +9m33s274ms to 91 (screen-on, power-save-off, device-idle-off)
  #1: +8m32s992ms to 92 (screen-on, power-save-off, device-idle-off)
  #2: +9m3s255ms to 93 (screen-on, power-save-off, device-idle-off)
  #3: +6m32s347ms to 94 (screen-on, power-save-off, device-idle-off)
  #4: +6m2s110ms to 95 (screen-on, power-save-off, device-idle-off)
  #5: +5m31s893ms to 96 (screen-on, power-save-off, device-idle-off)
  #6: +5m31s869ms to 97 (screen-on, power-save-off, device-idle-off)
  #7: +7m2s460ms to 98 (screen-on, power-save-off, device-idle-off)
  #8: +5m31s712ms to 22 (screen-on, power-save-off, device-idle-off)
  #9: +5m31s698ms to 23 (screen-on, power-save-off, device-idle-off)
  #10: +4m31s402ms to 24 (screen-on, power-save-off, device-idle-off)
  Discharge total time: 11h 7m 25s 500ms  (from 11 steps)
  Discharge screen on time: 11h 7m 25s 500ms  (from 11 steps)
Current daily charge step durations:
  #0: +1m42s153ms to 100 (power-save-off, device-idle-off)
  #1: +1m42s243ms to 99 (power-save-off, device-idle-off)
  #2: +1m31s939ms to 98 (power-save-off, device-idle-off)
  #3: +1m11s601ms to 97 (power-save-off, device-idle-off)
  #4: +1m21s877ms to 96 (power-save-off, device-idle-off)
  #5: +1m1s447ms to 95 (power-save-off, device-idle-off)
  #6: +1m1s283ms to 94 (power-save-off, device-idle-off)
  #7: +1m1s333ms to 93 (power-save-off, device-idle-off)
  #8: +51s127ms to 92 (power-save-off, device-idle-off)
  #9: +51s79ms to 91 (power-save-off, device-idle-off)
  #10: +50s981ms to 90 (power-save-off, device-idle-off)
  #11: +51s139ms to 89 (power-save-off, device-idle-off)
  #12: +41s32ms to 88 (power-save-off, device-idle-off)
  #13: +51s168ms to 87 (power-save-off, device-idle-off)
  #14: +51s143ms to 86 (power-save-off, device-idle-off)
  #15: +51s139ms to 85 (power-save-off, device-idle-off)
  #16: +40s827ms to 84 (power-save-off, device-idle-off)
  #17: +51s188ms to 83 (power-save-off, device-idle-off)
  #18: +51s74ms to 82 (power-save-off, device-idle-off)
  #19: +51s141ms to 81 (power-save-off, device-idle-off)
  #20: +40s865ms to 80 (power-save-off, device-idle-off)
  #21: +51s105ms to 79 (power-save-off, device-idle-off)
  #22: +40s926ms to 78 (power-save-off, device-idle-off)
  #23: +51s86ms to 77 (power-save-off, device-idle-off)
  #24: +30s640ms to 76 (power-save-off, device-idle-off)
  #25: +40s906ms to 75 (power-save-off, device-idle-off)
  #26: +40s880ms to 74 (power-save-off, device-idle-off)
  #27: +30s621ms to 73 (power-save-off, device-idle-off)
  #28: +40s850ms to 72 (power-save-off, device-idle-off)
  #29: +30s759ms to 71 (power-save-off, device-idle-off)
  #30: +40s945ms to 70 (power-save-off, device-idle-off)
  #31: +30s609ms to 69 (power-save-off, device-idle-off)
  #32: +40s846ms to 68 (power-save-off, device-idle-off)
  #33: +30s685ms to 67 (power-save-off, device-idle-off)
  #34: +40s879ms to 66 (power-save-off, device-idle-off)
  #35: +30s787ms to 65 (power-save-off, device-idle-off)
  #36: +30s735ms to 64 (power-save-off, device-idle-off)
  #37: +40s953ms to 63 (power-save-off, device-idle-off)
  #38: +30s744ms to 62 (power-save-off, device-idle-off)
  #39: +40s942ms to 61 (power-save-off, device-idle-off)
  #40: +30s698ms to 60 (power-save-off, device-idle-off)
  #41: +30s681ms to 59 (power-save-off, device-idle-off)
  #42: +40s945ms to 58 (power-save-off, device-idle-off)
  #43: +30s687ms to 57 (power-save-off, device-idle-off)
  #44: +40s979ms to 56 (power-save-off, device-idle-off)
  #45: +30s658ms to 55 (power-save-off, device-idle-off)
  #46: +30s735ms to 54 (power-save-off, device-idle-off)
  #47: +40s905ms to 53 (power-save-off, device-idle-off)
  #48: +30s669ms to 52 (power-save-off, device-idle-off)
  #49: +40s941ms to 51 (power-save-off, device-idle-off)
  #50: +30s603ms to 50 (power-save-off, device-idle-off)
  #51: +30s635ms to 49 (power-save-off, device-idle-off)

```
#52: +30s663ms to 48 (power-save-off, device-idle-off)
#53: +30s744ms to 47 (power-save-off, device-idle-off)
#54: +30s679ms to 46 (power-save-off, device-idle-off)
#55: +30s725ms to 45 (power-save-off, device-idle-off)
#56: +40s930ms to 44 (power-save-off, device-idle-off)
#57: +30s649ms to 43 (power-save-off, device-idle-off)
#58: +30s692ms to 42 (power-save-off, device-idle-off)
#59: +30s624ms to 41 (power-save-off, device-idle-off)
#60: +30s720ms to 40 (power-save-off, device-idle-off)
#61: +40s876ms to 39 (power-save-off, device-idle-off)
#62: +30s728ms to 38 (power-save-off, device-idle-off)
#63: +30s667ms to 37 (power-save-off, device-idle-off)
#64: +40s928ms to 36 (power-save-off, device-idle-off)
#65: +40s868ms to 35 (power-save-off, device-idle-off)
#66: +30s680ms to 34 (power-save-off, device-idle-off)
#67: +40s917ms to 33 (power-save-off, device-idle-off)
#68: +40s859ms to 32 (power-save-off, device-idle-off)
#69: +40s848ms to 31 (power-save-off, device-idle-off)
#70: +40s863ms to 30 (power-save-off, device-idle-off)
#71: +40s807ms to 29 (power-save-off, device-idle-off)
#72: +40s845ms to 28 (power-save-off, device-idle-off)
#73: +40s818ms to 27 (power-save-off, device-idle-off)
#74: +40s798ms to 26 (power-save-off, device-idle-off)
#75: +30s589ms to 25 (power-save-off, device-idle-off)
#76: +42m10s563ms to 24 (screen-on, power-save-off, device-idle-off)
#77: +4m45s191ms to 24 (power-save-off, device-idle-off)
 Charge total time: 2h 9m 38s 300ms  (from 78 steps)
 Charge screen on time: 2d 22h 17m 36s 300ms  (from 1 steps)
Package changes:
 Update com.google.android.apps.restore vers=509024
 Update com.google.android.apps.restore vers=509024
 Update com.sec.android.easyMover vers=375407130
 Update com.sec.android.easyMover vers=375407130
 Update android.autoinstalls.config.samsung vers=1002
 Update android.autoinstalls.config.samsung vers=1002
 Update com.android.vending vers=84023230
 Update com.android.vending vers=84023230
 Update com.google.android.apps.youtube.music vers=64454240
 Update com.google.android.apps.youtube.music vers=64454240
 Update com.google.android.youtube vers=1545070016
 Update com.google.android.youtube vers=1545070016
 Update com.amazon.mShop.android.shopping vers=1241268011
 Update com.amazon.mShop.android.shopping vers=1241268011
 Update com.google.android.apps.tachyon vers=5078769
 Update com.google.android.apps.tachyon vers=5078769
 Update com.supercell.clashofclans vers=160137014
 Update com.supercell.clashofclans vers=160137014
 Update com.google.android.gms vers=240812039
 Update com.google.android.gms vers=240812039
 Update com.dropbox.android vers=36820200
 Update com.dropbox.android vers=36820200
 Update com.google.android.apps.docs vers=213528872
 Update com.google.android.apps.docs vers=213528872
 Update com.samsung.android.app.watchmanager vers=2124021661
 Update com.samsung.android.app.watchmanager vers=2124021661
 Update com.sec.android.app.shealth vers=6265017
 Update com.sec.android.app.shealth vers=6265017
 Update com.samsung.android.app.notes vers=441071000
 Update com.samsung.android.app.notes vers=441071000
 Update com.samsung.android.voc vers=480304000
 Update com.samsung.android.voc vers=480304000
 Update com.spotify.music vers=112202063
 Update com.spotify.music vers=112202063
 Update com.facebook.orca vers=320009330
 Update com.facebook.orca vers=320009330
 Update com.samsung.android.oneconnect vers=181322010
 Update com.samsung.android.oneconnect vers=181322010
 Update com.facebook.katana vers=450214597
 Update com.facebook.katana vers=450214597
```

```
Update com.facebook.katana vers=450214597
Update com.samsung.sree vers=320101000
Update com.samsung.sree vers=320101000
Update com.microsoft.office.officehubrow vers=43960443
Update com.microsoft.office.officehubrow vers=43960443
Update com.microsoft.office.outlook vers=42410810
Update com.microsoft.office.outlook vers=42410810
Update com.linkedin.android vers=182900
Update com.linkedin.android vers=182900
Update com.google.android.videos vers=439163715
Update com.google.android.videos vers=439163715
Update com.google.android.apps.photos vers=48860195
Update com.google.android.apps.photos vers=48860195
Update com.google.android.googlequicksearchbox vers=301246247
Update com.google.android.googlequicksearchbox vers=301246247
Update com.facebook.services vers=574095967
Update com.facebook.services vers=574095967
Update com.facebook.services vers=574095967
Update com.facebook.system vers=574095901
Update com.facebook.system vers=574095901
Update com.facebook.system vers=574095901
Update com.facebook.appmanager vers=574096167
Update com.facebook.appmanager vers=574096167
Update com.facebook.appmanager vers=574096167
Update flipboard.app vers=5426
Update flipboard.app vers=5426
Update com.king.candycrushsaga vers=12741011
Update com.king.candycrushsaga vers=12741011
Update com.instagram.android vers=372406062
Update com.instagram.android vers=372406062
Update com.pandora.android vers=24011009
Update com.pandora.android vers=24011009
Update com.snapchat.android vers=123122
Update com.snapchat.android vers=123122
Update com.yahoo.mobile.client.android.finance vers=1330786280
Update com.yahoo.mobile.client.android.finance vers=1330786280
Update com.weather.Weather vers=1069010149
Update com.weather.Weather vers=1069010149
Update com.cnn.mobile.android.phone vers=11994920
Update com.cnn.mobile.android.phone vers=11994920
Statistics since last charge:
  System starts: 0, currently on battery: false
  Estimated battery capacity: 3880 mAh
  Last learned battery capacity: 4000 mAh
  Min learned battery capacity: 4000 mAh
  Max learned battery capacity: 4000 mAh
  Time on battery: 1h 0m 29s 919ms (99.4%) realtime, 1h 0m 29s 919ms (100.0%) uptime
  Time on battery screen off: 0ms (0.0%) realtime, 0ms (0.0%) uptime
  Time on battery screen doze: 0ms (0.0%)
  Total run time: 1h 0m 50s 898ms realtime, 1h 0m 50s 898ms uptime
  Charge time remaining: 36m 45s 0ms
  Discharge: 303 mAh
  Screen off discharge: 0 mAh
  Screen doze discharge: 0 mAh
  Screen on discharge: 303 mAh
  Device light doze discharge: 0 mAh
  Device deep doze discharge: 0 mAh
  Start clock time: 2024-03-27-00-32-40
  Screen on: 1h 0m 29s 919ms (100.0%) 0x, Interactive: 1h 0m 29s 919ms (100.0%)
  Screen brightnesses:
    dim 1h 0m 29s 919ms (100.0%) -- auto 1h 0m 29s 919ms
  Screen refresh rate:
    SEAMLESS 1h 0m 29s 919ms
  Connectivity changes: 48
  Total full wakelock time: 4s 66ms
  Mobile active info
    Mobile active time: 30m 37s 89ms
    Mobile active 5G time: 33s 310ms
CONNECTIVITY POWER SUMMARY START
```

HW_00099326

Logging duration for connectivity statistics: 1h 0m 29s 919ms
Cellular Statistics:
   Cellular kernel active time: 30m 35s 19ms (50.6%)
   Cellular Sleep time: 50m 41s 356ms (83.8%)
   Cellular Idle time:   40s 110ms (1.1%)
   Cellular Rx time:    8m 43s 652ms (14.4%)
   Cellular Tx time:
    less than 0dBm:  4s 882ms (0.1%)
    0dBm to 8dBm:  9s 342ms (0.3%)
    8dBm to 15dBm:  1s 290ms (0.0%)
    15dBm to 20dBm:  3s 598ms (0.1%)
    above 20dBm:  1s 528ms (0.0%)
   Active Cellular Radio Access Technology Breakdown:
    NR:
     High frequency (3GHz to 6GHz):
      Signal Strength Time:
       poor:    33s 308ms (1.8%)
      Tx Time:
       poor:    198ms (0.0%)
      Rx Time: 19s 615ms (1.1%)
    LTE:
     All frequencies:
      Signal Strength Time:
       moderate: 26m 18s 918ms (86.0%)
       good:    3m 44s 863ms (12.3%)
      Tx Time:
       moderate: 1s 344ms (0.1%)
       good:    1s 171ms (0.1%)
      Rx Time: 8m 26s 107ms (27.6%)
   Cellular data received: 1.28MB
   Cellular data sent: 1.04MB
   Cellular packets received: 4746
   Cellular packets sent: 5693
   Cellular Radio Access Technology:
    lte 59m 56s 480ms (99.1%)
    nr 33s 439ms (0.9%)
   Cellular Rx signal strength (RSRP):
    moderate (-118dBm to -108dBm):  56m 26s 947ms (93.3%)
    good (-108dBm to -98dBm):  4m 2s 972ms (6.7%)
Wifi Statistics:
   Wifi kernel active time: 0ms (0.0%)
   WiFi Scan time:  1m 11s 282ms (2.0%)
   WiFi Sleep time:  30m 2s 652ms (49.7%)
   WiFi Idle time:   30m 22s 771ms (50.2%)
   WiFi Rx time:     4s 192ms (0.1%)
   WiFi Tx time:    304ms (0.0%)
   WiFi Battery drain: 0.706mAh
   Wifi data received: 0B
   Wifi data sent: 0B
   Wifi packets received: 0
   Wifi packets sent: 0
   Wifi states:
    disconn 1h 0m 29s 919ms (100.0%)
   Wifi supplicant states:
    disconn 1h 0m 29s 919ms (100.0%)
   Wifi Rx signal strength (RSSI):
    great (greater than -55dBm): 1h 0m 29s 919ms (100.0%)
GPS Statistics:
   GPS signal quality (Top 4 Average CN0):
    poor (less than 20 dBHz): 0ms (0.0%)
    good (greater than 20 dBHz): 0ms (0.0%)
CONNECTIVITY POWER SUMMARY END
Bluetooth total received: 0B, sent: 0B
Bluetooth scan time: 1h 0m 29s 919ms
   Bluetooth Idle time:   42m 24s 256ms (70.1%)
   Bluetooth Rx time:     13m 27s 147ms (22.2%)
   Bluetooth Tx time:     7s 509ms (0.2%)
Speaker Statistics: (no activity)
Device battery use since last full charge

HW_00099327

Amount discharged (lower bound): 8
Amount discharged (upper bound): 9
Amount discharged while screen on: 9
Amount discharged permil while screen on: 80
Amount discharged while screen off: 0
Amount discharged permil while screen off: 0
Amount discharged while screen doze: 0
==Estimated power use (mAh):==
==Capacity: 4000==, Rated: 3880, Typical: 4000, Computed drain: 303, actual drain: 320-360
Global
  screen: 184 apps: 184 duration: 1h 0m 29s 919ms
  cpu: 16.2 apps: 16.2
  audio: 0.00200 apps: 0.00200 duration: 88ms
  system_services: 1.50 apps: 1.50
  mobile_radio: 98.1 apps: 75.3 duration: 30m 35s 19ms
  sensors: 1.25 apps: 1.25
  wifi: 0.706 apps: 0.183 duration: 30m 22s 856ms
  idle: 33.6 apps: 0 duration: 1h 0m 29s 919ms
  UID u0a280: 185 fg: 0.787 ( screen=184 (1h 0m 29s 919ms) cpu=0.787 (1m 47s 59ms) cpu:fg=0.787 (32s 63ms) system_services=0.0181 )
  UID u0a347: 19.5 cached: 19.4 ( cpu=0.197 (16s 935ms) cpu:cached=0.197 (7s 581ms) system_services=0.0439 mobile_radio=19.2 (6m 37s 247ms) mobile_radio:cached=19.2 )
  UID u0a295: 18.0 bg: 0.00541 cached: 17.9 ( cpu=0.153 (10s 113ms) cpu:bg=0.00372 cpu:cached=0.149 (4s 100ms) system_services=0.0403 mobile_radio=17.8 (6m 7s 730ms) mobile_radio:bg=0.00169 mobile_radio:cached=17.8 )
  UID u0a341: 16.4 bg: 0.0138 cached: 16.4 ( cpu=0.125 (8s 63ms) cpu:bg=0.0114 cpu:cached=0.114 (3s 394ms) system_services=0.0402 mobile_radio=16.3 (5m 36s 404ms) mobile_radio:bg=0.00237 mobile_radio:cached=16.3 )
  UID u0a344: 7.16 bg: 0.00144 cached: 7.16 ( cpu=0.244 (20s 505ms) cpu:bg=0.00144 cpu:cached=0.247 (16s 332ms) system_services=0.00115 mobile_radio=6.91 (2m 22s 985ms) mobile_radio:cached=6.91 )
  UID 1000: 6.60 ( cpu=6.70 (6m 51s 409ms) mobile_radio=0.149 (3s 78ms) sensors=1.25 (8h 4m 51s 443ms) reattributed=-1.49716052 )
  UID u0a346: 5.14 fg: 0.0122 bg: 1.95 cached: 3.12 ( cpu=0.199 (14s 404ms) cpu:fg=0.000645 (43ms) cpu:bg=0.110 (1s 930ms) cpu:cached=0.0892 (4s 687ms) system_services=0.0491 mobile_radio=4.89 (1m 41s 44ms) mobile_radio:fg=0.0115 mobile_radio:bg=1.84 mobile_radio:cached=3.03 )
  UID 0: 4.22 ( cpu=3.83 (9m 24s 972ms) mobile_radio=0.387 (7s 998ms) )
  UID u0a348: 2.87 bg: 0.137 cached: 2.60 ( cpu=0.187 (11s 419ms) cpu:bg=0.0648 (22ms) cpu:cached=0.122 (5s 397ms) system_services=0.132 mobile_radio=2.55 (52s 740ms) mobile_radio:bg=0.0721 mobile_radio:cached=2.48 )
  UID u0a345: 2.09 cached: 2.09 ( cpu=0.0104 (548ms) cpu:cached=0.0104 (303ms) system_services=0.00115 mobile_radio=2.08 (42s 918ms) mobile_radio:cached=2.08 )
  UID u0a349: 1.61 bg: 0.120 cached: 1.09 ( cpu=0.128 (2s 681ms) cpu:bg=0.109 (8ms) cpu:cached=0.0193 (756ms) system_services=0.0206 mobile_radio=1.46 (30s 152ms) mobile_radio:cached=1.07 )
  UID u0a137: 1.54 bg: 0.0306 cached: 1.50 ( cpu=0.0265 (964ms) cpu:bg=0.0175 cpu:cached=0.00898 (10ms) system_services=0.0103 mobile_radio=1.50 (31s 90ms) mobile_radio:bg=0.0131 mobile_radio:cached=1.49 )
  UID u0a235: 1.30 fg: 1.19 ( cpu=0.429 (33s 12ms) cpu:fg=0.430 (21s 122ms) system_services=0.108 mobile_radio=0.762 (15s 747ms) mobile_radio:fg=0.762 sensors=0.00000670 (2s 11ms) )
  UID u0a64: 1.14 bg: 1.14 ( cpu=0.00354 (244ms) cpu:bg=0.00354 (105ms) system_services=0.00529 mobile_radio=1.13 (23s 459ms) mobile_radio:bg=1.13 )
  UID 1001: 0.921 fg: 0.921 ( cpu=0.921 (51s 970ms) cpu:fg=0.921 (30s 414ms) )
  UID u0a40: 0.752 fg: 0.561 ( cpu=0.555 (22s 18ms) cpu:fg=0.561 (10s 376ms) audio=0.00200 (88ms) system_services=0.194 sensors=0.000504 (30m 14s 959ms) )
  UID u0a249: 0.630 cached: 0.239 ( cpu=0.239 (21s 177ms) cpu:cached=0.239 (12s 529ms) system_services=0.391 )
  UID 1002: 0.392 fg: 0.392 ( cpu=0.392 (49s 343ms) cpu:fg=0.392 (24s 889ms) )
  UID u0a236: 0.286 fg: 0.229 bg: 0.0000516 cached: 0.0207 ( cpu=0.0840 (5s 259ms) cpu:fg=0.0633 (2s 161ms) cpu:bg=0.0000516 cpu:cached=0.0207 (810ms) system_services=0.0361 mobile_radio=0.166 (3s 428ms) mobile_radio:fg=0.166 )
  UID u0a264: 0.221 fg: 0.0310 cached: 0.00362 ( cpu=0.0347 (406ms) cpu:fg=0.0310 (5ms) cpu:cached=0.00362 (35ms) system_services=0.187 )
  UID 1010: 0.199 fg: 0.183 ( cpu=0.0154 (1s 518ms) wifi=0.183 (4s 411ms) wifi:fg=0.183 )
  UID u0a340: 0.172 cached: 0.147 ( cpu=0.147 (12s 86ms) cpu:cached=0.147 (6s 721ms) system_services=0.0253 )
  UID u0a111: 0.111 fg: 0.110 ( cpu=0.110 (2s 966ms) cpu:fg=0.110 (2s 248ms) system_services=0.000978 )
  UID 1036: 0.107 ( cpu=0.107 (11s 593ms) )

UID 2904: 0.0844 ( mobile_radio=0.0844 (1s 746ms) )
UID u0a108: 0.0659 cached: 0.0546 ( cpu=0.0546 (4s 46ms) cpu:cached=0.0546 (3s 266ms) system_services=0.0114 )
UID u0a253: 0.0613 cached: 0.0380 ( cpu=0.0389 (2s 317ms) cpu:cached=0.0380 (647ms) system_services=0.0224 )
UID 1066: 0.0538 ( cpu=0.0538 (4s 165ms) )
UID u0a237: 0.0537 fg: 0.0208 ( cpu=0.0202 (1s 235ms) cpu:fg=0.0208 (506ms) system_services=0.0335 )
UID u0a153: 0.0428 bg: 0.0223 cached: 0.0101 ( cpu=0.0323 (1s 743ms) cpu:bg=0.0223 (4ms) cpu:cached=0.0101 (608ms) system_services=0.0105 )
UID u0a206: 0.0377 bg: 0.0279 ( cpu=0.0279 (2s 97ms) cpu:bg=0.0279 (1s 899ms) system_services=0.00978 )
UID 1069: 0.0349 ( cpu=0.0349 (3s 763ms) )
UID 1073: 0.0304 fg: 0.0304 ( cpu=0.0304 (2s 238ms) cpu:fg=0.0304 (1s 382ms) )
UID u0a132: 0.0271 fg: 0.0156 ( cpu=0.0156 (291ms) cpu:fg=0.0156 (74ms) system_services=0.0116 )

UID u0a218: 0.0267 cached: 0.0241 ( cpu=0.0241 (1s 904ms) cpu:cached=0.0241 (1s 692ms) system_services=0.00265 )
UID u0a65: 0.0265 bg: 0.0105 cached: 0.00377 ( cpu=0.0143 (237ms) cpu:bg=0.0105 cpu:cached=0.00377 system_services=0.0123 )
UID 5009: 0.0245 bg: 0.0000165 cached: 0.0245 ( cpu=0.0245 (1s 839ms) cpu:bg=0.0000165 cpu:cached=0.0245 (1s 763ms) )
UID u0a251: 0.0193 cached: 0.00743 ( cpu=0.00743 (348ms) cpu:cached=0.00743 (162ms) system_services=0.0119 )
UID u0a265: 0.0190 fg: 0.00936 ( cpu=0.00927 (347ms) cpu:fg=0.00936 (116ms) system_services=0.00972 )
UID u0a266: 0.0185 bg: 0.00630 cached: 0.00280 ( cpu=0.00910 (584ms) cpu:bg=0.00630 cpu:cached=0.00280 (132ms) system_services=0.00943 )
UID u0a224: 0.0179 bg: 0.00782 cached: 0.00315 ( cpu=0.0110 (479ms) cpu:bg=0.00782 cpu:cached=0.00315 (174ms) system_services=0.00686 )
UID u0a53: 0.0171 bg: 0.00569 cached: 0.00553 ( cpu=0.0112 (591ms) cpu:bg=0.00569 (1ms) cpu:cached=0.00553 (249ms) system_services=0.00593 )
UID 5010: 0.0163 bg: 0.00982 cached: 0.00650 ( cpu=0.0163 (760ms) cpu:bg=0.00982 cpu:cached=0.00650 (245ms) )
UID 2903: 0.0143 ( cpu=0.0143 (1s 314ms) )
UID 1047: 0.0114 ( cpu=0.0114 (1s 83ms) )
UID u0a68: 0.0113 bg: 0.00433 cached: 0.00244 ( cpu=0.00676 (205ms) cpu:bg=0.00433 cpu:cached=0.00244 (28ms) system_services=0.00454 )
UID 5023: 0.0111 bg: 0.00481 cached: 0.00629 ( cpu=0.0111 (411ms) cpu:bg=0.00481 cpu:cached=0.00629 (26ms) )
UID u0a81: 0.0110 bg: 0.00280 cached: 0.00289 ( cpu=0.00569 (227ms) cpu:bg=0.00280 cpu:cached=0.00289 (7ms) system_services=0.00529 )
UID 5025: 0.00932 cached: 0.00932 ( cpu=0.00932 (716ms) cpu:cached=0.00932 (685ms) )
UID 5013: 0.00900 fg: 0.00900 ( cpu=0.00900 (472ms) cpu:fg=0.00900 (155ms) )
UID u0a92: 0.00853 fg: 0.00441 cached: 0.00193 ( cpu=0.00634 (221ms) cpu:fg=0.00441 (14ms) cpu:cached=0.00193 (37ms) system_services=0.00219 )
UID u0a51: 0.00841 bg: 0.00358 ( cpu=0.00358 (105ms) cpu:bg=0.00358 (38ms) system_services=0.00483 )
UID u0a225: 0.00835 bg: 0.00231 cached: 0.00201 ( cpu=0.00432 (115ms) cpu:bg=0.00231 cpu:cached=0.00201 (33ms) system_services=0.00403 )
UID u0a164: 0.00721 bg: 0.00233 cached: 0.00218 ( cpu=0.00451 (186ms) cpu:bg=0.00233 cpu:cached=0.00218 (65ms) system_services=0.00270 )
UID u0a52: 0.00670 bg: 0.00196 cached: 0.00307 ( cpu=0.00503 (176ms) cpu:bg=0.00196 cpu:cached=0.00307 (61ms) system_services=0.00167 )
UID u0a43: 0.00666 fg: 0.000298 bg: 0.00105 cached: 0.00364 ( cpu=0.00499 (149ms) cpu:fg=0.000298 (1ms) cpu:bg=0.00105 cpu:cached=0.00364 (29ms) system_services=0.00167 )
UID 5012: 0.00649 bg: 0.00334 cached: 0.00340 ( cpu=0.00649 (160ms) cpu:bg=0.00334 cpu:cached=0.00340 (29ms) )
UID 1041: 0.00554 ( cpu=0.00554 (514ms) )
UID 1021: 0.00484 ( cpu=0.00484 (421ms) )
UID 9999: 0.00479 ( cpu=0.00479 (384ms) )
UID 2000: 0.00381 ( cpu=0.00381 (474ms) )
UID u0a45: 0.00369 cached: 0.00167 ( cpu=0.00167 (99ms) cpu:cached=0.00167 (33ms) system_services=0.00201 )
UID u0a285: 0.00336 bg: 0.000904 ( cpu=0.000886 (50ms) cpu:bg=0.000904 (9ms) system_services=0.00247 )
UID u0a110: 0.00306 cached: 0.000647 ( cpu=0.000647 (34ms) cpu:cached=0.000647 (5ms) system_services=0.00242 )
UID u0a104: 0.00234 cached: 0.00153 ( cpu=0.00153 (31ms) cpu:cached=0.00153 (1ms)

system_services=0.000805 )
        UID u0a183: 0.00142 cached: 0.00142 ( cpu=0.00142 (3ms) cpu:cached=0.00142 (7ms) )
        UID u0a82: 0.00122 cached: 0.00122 ( cpu=0.00122 cpu:cached=0.00122 (10ms) )
        UID 5026: 0.00112 cached: 0.00112 ( cpu=0.00112 (1ms) cpu:cached=0.00112 (40ms) )
        UID u0a54: 0.00104 bg: 0.0000625 cached: 0.000579 ( cpu=0.000641 (38ms) cpu:bg=0.0000625
cpu:cached=0.000579 (5ms) system_services=0.000403 )
        UID u0a278: 0.00100 cached: 0.00100 ( cpu=0.00100 cpu:cached=0.00100 )
        UID u0a196: 0.000987 cached: 0.000987 ( cpu=0.000987 cpu:cached=0.000987 (11ms) )
        UID u0a99: 0.000930 cached: 0.000930 ( cpu=0.000930 (2ms) cpu:cached=0.000930 (22ms) )
        UID u0a177: 0.000908 cached: 0.000908 ( cpu=0.000908 cpu:cached=0.000908 (12ms) )
        UID u0a241: 0.000880 cached: 0.000880 ( cpu=0.000880 (1ms) cpu:cached=0.000880 (13ms) )
        UID u0a170: 0.000842 cached: 0.000842 ( cpu=0.000842 cpu:cached=0.000842 (1ms) )
        UID u0a116: 0.000821 cached: 0.000821 ( cpu=0.000821 cpu:cached=0.000821 (12ms) )
        UID u0a78: 0.000772 cached: 0.000772 ( cpu=0.000772 cpu:cached=0.000772 (12ms) )
        UID 1017: 0.000682 ( cpu=0.000682 (37ms) )
        UID u0a84: 0.000605 fg: 0.000432 ( cpu=0.000432 (22ms) cpu:fg=0.000432 (5ms)
system_services=0.000172 )
        UID u0a109: 0.000604 fg: 0.000317 ( cpu=0.000317 (11ms) cpu:fg=0.000317 (1ms)
system_services=0.000288 )
        UID 1027: 0.000574 fg: 0.000574 ( cpu=0.000574 (18ms) cpu:fg=0.000574 (4ms) )
        UID 5555: 0.000491 ( cpu=0.000491 (41ms) )
        UID 5004: 0.000356 cached: 0.000356 ( cpu=0.000356 (26ms) cpu:cached=0.000356 (1ms) )
        UID u0a267: 0.0000877 fg: 0.0000877 ( cpu=0.0000877 (5ms) cpu:fg=0.0000877 (2ms) )
        UID u0a233: 0.0000831 fg: 0.0000831 ( cpu=0.0000831 (4ms) cpu:fg=0.0000831 (2ms) )
    Per-app mobile ms per packet:
        Uid u0a345: 284 (151 packets over 42s 918ms) 12x
        Uid u0a347: 270 (1472 packets over 6m 37s 247ms) 88x
        Uid u0a344: 226 (634 packets over 2m 22s 985ms) 42x
        Uid u0a64: 219 (107 packets over 23s 459ms) 10x
        Uid 0: 195 (41 packets over 7s 998ms) 21x
        Uid u0a346: 143 (707 packets over 1m 41s 44ms) 25x
        Uid u0a341: 133 (2525 packets over 5m 36s 404ms) 54x
        Uid u0a235: 129 (122 packets over 15s 747ms) 12x
        Uid u0a295: 121 (3038 packets over 6m 7s 730ms) 65x
        Uid u0a348: 94.0 (561 packets over 52s 740ms) 16x
        Uid u0a137: 88.3 (352 packets over 31s 90ms) 10x
        Uid u0a349: 73.7 (409 packets over 30s 152ms) 14x
        Uid u0a236: 55.3 (62 packets over 3s 428ms) 7x
        Uid 1000: 54.0 (57 packets over 3s 78ms) 8x
        Uid 2904: 10.8 (162 packets over 1s 746ms) 4x
        TOTAL TIME: 25m 57s 766ms (0.0%)
    All screen wake reasons:
    1000:android.policy:POWER: 0 times
    CPU freqs: 300000 403200 499200 595200 691200 806400 902400 998400 1094400 1209600
1305600 1401600 1497600 1612800 1708800 1804800 710400 844800 960000 1075200 1209600
1324800 1440000 1555200 1670400 1766400 1881600 1996800 2112000 2227200 2342400 2419200
844800 960000 1075200 1190400 1305600 1420800 1555200 1670400 1785600 1900800 2035200
2150400 2265600 2380800 2496000 2592000 2688000 2764800 2841600
    0:
        Mobile network: 0B received, 2.65KB sent (packets 0 received, 41 sent)
        Mobile radio active: 7s 998ms (0.4%) 21x @ 195 mspp
            Cellular Sleep time:  0ms (0.0%)
            Cellular Idle time:   0ms (0.0%)
            Cellular Rx time:     0ms (0.0%)
            Cellular Tx time:
                less than 0dBm:  26ms (0.0%)
                0dBm to 8dBm:  65ms (0.0%)
                8dBm to 15dBm:  7ms (0.0%)
                15dBm to 20dBm:  17ms (0.0%)
                above 20dBm:  5ms (0.0%)
        Total cpu time: u=6s 479ms s=9m 18s 492ms
        Total cpu time per freq: 0 0 0 0 318628 5320 2270 1435 1479 7124 1028 791 802 887 624 12138 1380
78 89 38 64 45 48 192 41 33 58 15 27 46 28 1373 38 1 1 1 0 0 5 0 0 0 0 0 0 0 0 0 0 1 0 47
        Proc kworker/3:0-events:
            CPU: 0ms usr + 1s 140ms krn ; 0ms fg
        Proc kworker/5:0-rcu_gp:
            CPU: 40ms usr + 0ms krn ; 0ms fg
        Proc kworker/3:1H-kblockd:
            CPU: 0ms usr + 20ms krn ; 0ms fg

Proc kworker/4:2H-kblockd:
  CPU: 0ms usr + 10ms krn ; 0ms fg
Proc kworker/0:2-events:
  CPU: 0ms usr + 700ms krn ; 0ms fg
Proc irq/22-9091000.:
  CPU: 0ms usr + 750ms krn ; 0ms fg
Proc kworker/2:1H-kblockd:
  CPU: 0ms usr + 80ms krn ; 0ms fg
Proc storaged:
  CPU: 500ms usr + 120ms krn ; 0ms fg
Proc kworker/5:0-events:
  CPU: 30ms usr + 30ms krn ; 0ms fg
Proc kworker/1:1H-kblockd:
  CPU: 0ms usr + 70ms krn ; 0ms fg
Proc kworker/1:2-events:
  CPU: 0ms usr + 2s 360ms krn ; 0ms fg
Proc irq/353-max7770:
  CPU: 0ms usr + 10ms krn ; 0ms fg
Proc kworker/0:1H-kblockd:
  CPU: 0ms usr + 140ms krn ; 0ms fg
Proc migration/7:
  CPU: 0ms usr + 150ms krn ; 0ms fg
Proc migration/6:
  CPU: 0ms usr + 80ms krn ; 0ms fg
Proc migration/5:
  CPU: 0ms usr + 70ms krn ; 0ms fg
Proc migration/4:
  CPU: 0ms usr + 80ms krn ; 0ms fg
Proc migration/0:
  CPU: 0ms usr + 10ms krn ; 0ms fg
Proc ksoftirqd/6:
  CPU: 0ms usr + 130ms krn ; 0ms fg
Proc ksoftirqd/5:
  CPU: 0ms usr + 130ms krn ; 0ms fg
Proc ksoftirqd/4:
  CPU: 0ms usr + 120ms krn ; 0ms fg
Proc ksoftirqd/3:
  CPU: 0ms usr + 2s 180ms krn ; 0ms fg
Proc ksoftirqd/2:
  CPU: 0ms usr + 3s 150ms krn ; 0ms fg
Proc ksoftirqd/1:
  CPU: 0ms usr + 3s 280ms krn ; 0ms fg
Proc ksoftirqd/0:
  CPU: 0ms usr + 9s 990ms krn ; 0ms fg
Proc kworker/u16:1-devfreq_wq:
  CPU: 0ms usr + 37s 500ms krn ; 0ms fg
Proc kworker/u16:3-memlat_wq:
  CPU: 0ms usr + 21s 430ms krn ; 0ms fg
Proc kworker/2:2-events:
  CPU: 0ms usr + 670ms krn ; 0ms fg
Proc kworker/u17:0-kgsl-events:
  CPU: 0ms usr + 410ms krn ; 0ms fg
Proc kworker/u16:3-events_unbound:
  CPU: 0ms usr + 8s 220ms krn ; 0ms fg
Proc kworker/u16:0-devfreq_wq:
  CPU: 0ms usr + 1m 3s 150ms krn ; 0ms fg
Proc android.hardware.usb@1.3-service.coral:
  CPU: 150ms usr + 70ms krn ; 0ms fg
Proc dhd_rpm_state_t:
  CPU: 0ms usr + 1s 230ms krn ; 0ms fg
Proc kworker/3:2-events:
  CPU: 0ms usr + 560ms krn ; 0ms fg
Proc crtc_event:142:
  CPU: 0ms usr + 4s 460ms krn ; 0ms fg
Proc kworker/u17:1-kgsl-events:
  CPU: 0ms usr + 690ms krn ; 0ms fg
Proc kworker/4:2-events:
  CPU: 0ms usr + 130ms krn ; 0ms fg
Proc rcuop/7:

```
  CPU: 0ms usr + 40ms krn ; 0ms fg
Proc rcuop/6:
  CPU: 0ms usr + 900ms krn ; 0ms fg
Proc rcuop/5:
  CPU: 0ms usr + 860ms krn ; 0ms fg
Proc rcuop/4:
  CPU: 0ms usr + 1s 30ms krn ; 0ms fg
Proc rcuop/3:
  CPU: 0ms usr + 3s 50ms krn ; 0ms fg
Proc rcuop/2:
  CPU: 0ms usr + 7s 630ms krn ; 0ms fg
Proc rcuop/1:
  CPU: 0ms usr + 8s 310ms krn ; 0ms fg
Proc rcuop/0:
  CPU: 0ms usr + 8s 990ms krn ; 0ms fg
Proc rcuog/4:
  CPU: 0ms usr + 4s 830ms krn ; 0ms fg
Proc rcuog/0:
  CPU: 0ms usr + 41s 730ms krn ; 0ms fg
Proc zygote64:
  CPU: 20ms usr + 400ms krn ; 0ms fg
Proc kworker/5:2-events:
  CPU: 10ms usr + 80ms krn ; 0ms fg
Proc kworker/u17:2-kgsl-events:
  CPU: 0ms usr + 150ms krn ; 0ms fg
Proc kworker/3:2-rmnet_shs_wq:
  CPU: 0ms usr + 450ms krn ; 0ms fg
Proc kworker/4:1-rmnet_shs_wq:
  CPU: 90ms usr + 30ms krn ; 0ms fg
Proc kworker/5:0-rmnet_shs_wq:
  CPU: 30ms usr + 0ms krn ; 0ms fg
Proc kworker/u17:4-qmi_msg_handler:
  CPU: 0ms usr + 90ms krn ; 0ms fg
Proc kworker/u17:6-ipa_power_mgmt:
  CPU: 0ms usr + 100ms krn ; 0ms fg
Proc kworker/6:2-events:
  CPU: 30ms usr + 150ms krn ; 0ms fg
Proc kworker/2:4-events:
  CPU: 0ms usr + 10ms krn ; 0ms fg
Proc kworker/5:1:
  CPU: 0ms usr + 20ms krn ; 0ms fg
Proc kworker/4:0:
  CPU: 70ms usr + 130ms krn ; 0ms fg
Proc kworker/2:1:
  CPU: 0ms usr + 640ms krn ; 0ms fg
Proc kworker/2:0:
  CPU: 0ms usr + 350ms krn ; 0ms fg
Proc kworker/1:1:
  CPU: 0ms usr + 7s 150ms krn ; 0ms fg
Proc qrtr_rx:
  CPU: 0ms usr + 160ms krn ; 0ms fg
Proc qrtr_ns:
  CPU: 0ms usr + 3s 440ms krn ; 0ms fg
Proc kworker/u17:3-kgsl-events:
  CPU: 0ms usr + 330ms krn ; 0ms fg
Proc kthreadd:
  CPU: 0ms usr + 40ms krn ; 0ms fg
Proc qmp_aop:
  CPU: 0ms usr + 20ms krn ; 0ms fg
Proc qseecom-unreg-l:
  CPU: 0ms usr + 70ms krn ; 0ms fg
Proc qseecom-unload-:
  CPU: 0ms usr + 50ms krn ; 0ms fg
Proc kworker/u16:15-events_unbound:
  CPU: 0ms usr + 1m 0s 170ms krn ; 0ms fg
Proc kworker/1:4-five_wq:
  CPU: 0ms usr + 210ms krn ; 0ms fg
Proc irq/295-smp2p-d:
  CPU: 0ms usr + 10ms krn ; 0ms fg
```

Proc kzerod_huge:
  CPU: 0ms usr + 140ms krn ; 0ms fg
Proc loop9:
  CPU: 0ms usr + 10ms krn ; 0ms fg
Proc hwrng:
  CPU: 0ms usr + 30ms krn ; 0ms fg
Proc kworker/0:1-events:
  CPU: 0ms usr + 1s 50ms krn ; 0ms fg
Proc rcu_preempt:
  CPU: 0ms usr + 20s 320ms krn ; 0ms fg
Proc vold:
  CPU: 40ms usr + 100ms krn ; 0ms fg
Proc netd:
  CPU: 720ms usr + 2s 210ms krn ; 0ms fg
Proc init:
  CPU: 1s 680ms usr + 1s 250ms krn ; 0ms fg
Proc iod:
  CPU: 480ms usr + 1s 950ms krn ; 0ms fg
Proc kworker/u17:5-kgsl-events:
  CPU: 0ms usr + 240ms krn ; 0ms fg
Proc kgsl_worker_thr:
  CPU: 0ms usr + 4s 540ms krn ; 0ms fg
Proc kworker/1:1-events:
  CPU: 0ms usr + 3s 590ms krn ; 0ms fg
Proc kworker/2:1-events:
  CPU: 0ms usr + 400ms krn ; 0ms fg
Proc hh-watchdog:
  CPU: 30ms usr + 30ms krn ; 0ms fg
Proc ion-pool-uncach:
  CPU: 0ms usr + 10ms krn ; 0ms fg
Proc kworker/u17:0-qmi_msg_handler:
  CPU: 0ms usr + 730ms krn ; 0ms fg
Proc kswapd0:0:
  CPU: 0ms usr + 1s 410ms krn ; 0ms fg
Proc kworker/3:1-events:
  CPU: 0ms usr + 910ms krn ; 0ms fg
Proc kworker/u16:14-dwc3_wq:
  CPU: 0ms usr + 39s 930ms krn ; 0ms fg
Proc ueventd:
  CPU: 1s 890ms usr + 250ms krn ; 0ms fg
Proc jbd2/sda9-8:
  CPU: 0ms usr + 10ms krn ; 0ms fg
Proc crtc_commit:142:
  CPU: 0ms usr + 38s 580ms krn ; 0ms fg
Proc irq/387-slsi_ts:
  CPU: 0ms usr + 130ms krn ; 0ms fg
Proc kworker/u17:3-qmi_msg_handler:
  CPU: 0ms usr + 650ms krn ; 0ms fg
Proc kworker/4:1-events:
  CPU: 0ms usr + 50ms krn ; 0ms fg
Proc kworker/6:1-rcu_gp:
  CPU: 0ms usr + 60ms krn ; 0ms fg
Proc iptables-restore:
  CPU: 30ms usr + 120ms krn ; 0ms fg
Proc system:
  CPU: 0ms usr + 510ms krn ; 0ms fg
Proc kworker/5:1-events:
  CPU: 20ms usr + 80ms krn ; 0ms fg
Proc kworker/1:3-events:
  CPU: 0ms usr + 2s 240ms krn ; 0ms fg
Proc kauditd:
  CPU: 0ms usr + 30ms krn ; 0ms fg
Proc ion-pool-cached:
  CPU: 0ms usr + 70ms krn ; 0ms fg
Proc psimon:
  CPU: 0ms usr + 2s 200ms krn ; 0ms fg
Proc kworker/1:2-events_power_efficient:
  CPU: 0ms usr + 1s 890ms krn ; 0ms fg
Proc irq/381-pn547_c:

  CPU: 0ms usr + 1s 470ms krn ; 0ms fg
Proc kworker/u16:2-memlat_wq:
  CPU: 0ms usr + 31s 750ms krn ; 0ms fg
Proc loop44:
  CPU: 0ms usr + 40ms krn ; 0ms fg
Proc loop32:
  CPU: 0ms usr + 10ms krn ; 0ms fg
Proc loop29:
  CPU: 0ms usr + 10ms krn ; 0ms fg
Proc loop25:
  CPU: 0ms usr + 10ms krn ; 0ms fg
Proc loop24:
  CPU: 0ms usr + 10ms krn ; 0ms fg
Proc irq/21-90b6400.:
  CPU: 0ms usr + 10s 910ms krn ; 0ms fg
Proc kworker/u16:5-ufs_clkscaling_0:
  CPU: 0ms usr + 7s 790ms krn ; 0ms fg
Proc kzerod:
  CPU: 0ms usr + 2s 100ms krn ; 0ms fg
Proc kworker/u16:11-five_hook_wq:
  CPU: 0ms usr + 34s 20ms krn ; 0ms fg
Proc ip6tables-restore:
  CPU: 50ms usr + 80ms krn ; 0ms fg
Proc kworker/7:1-events:
  CPU: 0ms usr + 10ms krn ; 0ms fg
Proc kworker/4:2-mm_percpu_wq:
  CPU: 0ms usr + 20ms krn ; 0ms fg
Proc irq/356-als_rea:
  CPU: 0ms usr + 20ms krn ; 0ms fg
Proc kworker/6:0-mm_percpu_wq:
  CPU: 0ms usr + 190ms krn ; 0ms fg
Proc f2fs_discard-25:
  CPU: 10ms usr + 280ms krn ; 0ms fg
Proc kworker/0:1-rmnet_shs_wq:
  CPU: 0ms usr + 20ms krn ; 0ms fg
Proc kworker/1:0-rmnet_shs_wq:
  CPU: 0ms usr + 2s 300ms krn ; 0ms fg
Proc vendor.qti.hardware.perf@2.2-service:
  CPU: 70ms usr + 280ms krn ; 0ms fg
Proc kworker/0:0-events:
  CPU: 0ms usr + 1s 990ms krn ; 0ms fg
Proc thermal-engine:
  CPU: 20ms usr + 30ms krn ; 0ms fg
Proc kworker/5:2-mm_percpu_wq:
  CPU: 80ms usr + 0ms krn ; 0ms fg
Proc kworker/6:1-mm_percpu_wq:
  CPU: 0ms usr + 40ms krn ; 0ms fg
Proc kworker/1:0-events:
  CPU: 0ms usr + 7s 200ms krn ; 0ms fg
Proc core_ctl/7:
  CPU: 0ms usr + 60ms krn ; 0ms fg
Proc core_ctl/4:
  CPU: 0ms usr + 100ms krn ; 0ms fg
Proc kworker/6:1H-kblockd:
  CPU: 0ms usr + 10ms krn ; 0ms fg
Proc kworker/u17:2-qmi_msg_handler:
  CPU: 0ms usr + 20ms krn ; 0ms fg
Proc irq/299-ISG5320:
  CPU: 0ms usr + 50ms krn ; 0ms fg
Proc kworker/2:0-events:
  CPU: 0ms usr + 170ms krn ; 0ms fg
1000:
  Mobile network: 9.54KB received, 3.95KB sent (packets 27 received, 30 sent)
  Mobile radio active: 3s 78ms (0.2%) 8x @ 54.0 mspp
    Cellular Sleep time:  0ms (0.0%)
    Cellular Idle time:   0ms (0.0%)
    Cellular Rx time:     551ms (0.0%)
    Cellular Tx time:
      less than 0dBm:  6ms (0.0%)

     0dBm to 8dBm:  23ms (0.0%)
     8dBm to 15dBm:  0ms (0.0%)
     15dBm to 20dBm:  6ms (0.0%)
     above 20dBm:  1ms (0.0%)
User activity: 2 other, 66 touch
Wake lock *alarm* realtime
Wake lock prevent full-screen wakelock in EnqueueNotificationRunnable realtime
Wake lock *job*/com.samsung.euicc/.lpaService.NotificationJobService realtime
Wake lock *vibrator* realtime
Wake lock NetworkStats realtime
Wake lock *telephony-radio* realtime
Wake lock *job*/com.sec.android.diagmonagent/.dma.service.SRJobService realtime
Wake lock com.android.server.stats.StatsCompanionService57ullingAlarmListener realtime
Wake lock com.idm:sdk_wakeLock realtime
  Job com.samsung.euicc/.lpaService.NotificationJobService: 12ms realtime (2 times), 12ms background (2 times)
  Job com.sec.android.diagmonagent/.dma.service.SRJobService: 991ms realtime (1 times), 991ms background (1 times)
  Job Completions com.samsung.euicc/.lpaService.NotificationJobService: unknown:-1(2x)
  Job Completions com.sec.android.diagmonagent/.dma.service.SRJobService: successful_finish(1x)
  Sensor 51: 277ms realtime (1 times), 277ms background (1 times)
  Sensor 172: 1h 0m 29s 919ms realtime (0 times), 1h 0m 29s 919ms background (0 times)
  Sensor 271: 30m 14s 960ms blamed realtime, 1h 0m 29s 919ms realtime (0 times), 1h 0m 29s 919ms background (0 times)
  Sensor 1501: 1h 0m 29s 919ms realtime (0 times), 1h 0m 29s 919ms background (0 times)
  Sensor 1511: 25s 470ms realtime (360 times), 25s 470ms background (360 times)
  Sensor 1651: 1h 0m 29s 919ms realtime (0 times), 1h 0m 29s 919ms background (0 times)
  Sensor 1692: 1h 0m 29s 919ms realtime (0 times), 1h 0m 29s 919ms background (0 times)
  Sensor 1782: 1h 0m 29s 919ms realtime (0 times), 1h 0m 29s 919ms background (0 times)
  Sensor 2072: 1h 0m 29s 919ms realtime (0 times), 1h 0m 29s 919ms background (0 times)
  Sensor 16777227: 30m 41s 71ms realtime (81 times), 30m 41s 71ms background (81 times)
  Sensor 16777238: 1h 0m 29s 919ms realtime (0 times), 1h 0m 29s 919ms background (0 times)
  Sensor 33554433: 233ms realtime (1 times), 233ms background (1 times)
  Vibrator: 1s 120ms realtime (2 times)
  Total cpu time: u=3m 26s 779ms s=3m 24s 629ms
  Total cpu time per freq: 0 0 0 0 276605 10340 4958 3380 3326 12667 1882 1742 1774 3006 1388 30032 5490 365 271 783 2707 523 459 1402 519 375 381 885 423 347 375 13151 19 3 20 99 15 14 18 16 15 13 16 7 8 7 9 7 4 4 7342
  Proc pd-mapper:
    CPU: 70ms usr + 180ms krn ; 0ms fg
  Proc android.hardware.health@2.1-service-samsung:
    CPU: 140ms usr + 790ms krn ; 0ms fg
  Proc android.hardware.memtrack@1.0-service:
    CPU: 40ms usr + 180ms krn ; 0ms fg
  Proc diag-router:
    CPU: 290ms usr + 2s 450ms krn ; 0ms fg
  Proc com.samsung.sait.sohservice:
    CPU: 0ms usr + 0ms krn ; 0ms fg
    1 starts
  Proc pageboostd:
    CPU: 0ms usr + 10ms krn ; 0ms fg
  Proc com.sec.epdg:
    CPU: 650ms usr + 500ms krn ; 0ms fg
  Proc com.wssyncmldm:
    CPU: 0ms usr + 0ms krn ; 0ms fg
    1 starts
  Proc vendor.qti.hardware.display.composer-service:
    CPU: 23s 50ms usr + 13s 480ms krn ; 0ms fg
  Proc com.samsung.InputEventApp:
    CPU: 0ms usr + 0ms krn ; 0ms fg
    1 starts
  Proc servicemanager:
    CPU: 1s 670ms usr + 340ms krn ; 0ms fg
  Proc qseecomd:
    CPU: 0ms usr + 20ms krn ; 0ms fg
  Proc android.hardware.gnss@2.1-service-qti:
    CPU: 430ms usr + 360ms krn ; 0ms fg
  Proc com.sec.android.sdhms:
    CPU: 7s 700ms usr + 4s 810ms krn ; 0ms fg

Proc com.samsung.android.lool:
  CPU: 0ms usr + 0ms krn ; 0ms fg
  1 starts
Proc com.android.settings:
  CPU: 1s 400ms usr + 600ms krn ; 0ms fg
Proc vendor.samsung.hardware.sysinput@1.3-service:
  CPU: 10ms usr + 10ms krn ; 0ms fg
Proc android.system.suspend@1.0-service:
  CPU: 270ms usr + 1s 510ms krn ; 0ms fg
Proc com.samsung.android.forest:
  CPU: 0ms usr + 0ms krn ; 0ms fg
  1 starts
Proc com.samsung.android.dqagent:
  CPU: 0ms usr + 10ms krn ; 0ms fg
Proc vendor.samsung.hardware.thermal@1.0-service:
  CPU: 790ms usr + 3s 960ms krn ; 0ms fg
Proc com.sec.android.app.dexonpc:
  CPU: 20ms usr + 0ms krn ; 0ms fg
Proc vendor.samsung.hardware.security.proca@2.0-service:
  CPU: 0ms usr + 560ms krn ; 0ms fg
Proc perfsdkserver:
  CPU: 50ms usr + 170ms krn ; 0ms fg
Proc perfmond:
  CPU: 100ms usr + 200ms krn ; 0ms fg
Proc com.sec.android.diagmonagent:
  CPU: 90ms usr + 60ms krn ; 0ms fg
Proc android.hardware.keymaster@4.0-strongbox-service-qti:
  CPU: 0ms usr + 40ms krn ; 0ms fg
Proc com.samsung.euicc:
  CPU: 1s 310ms usr + 590ms krn ; 0ms fg
Proc vendor.samsung.hardware.biometrics.fingerprint@3.0-service:
  CPU: 300ms usr + 7s 520ms krn ; 0ms fg
Proc factory.ssc:
  CPU: 20ms usr + 30ms krn ; 0ms fg
Proc android.hardware.sensors@2.0-service.multihal:
  CPU: 3s 370ms usr + 6s 140ms krn ; 0ms fg
Proc eris:
  CPU: 290ms usr + 550ms krn ; 0ms fg
Proc cass:
  CPU: 60ms usr + 250ms krn ; 0ms fg
Proc com.sec.imsservice:
  CPU: 4s 850ms usr + 2s 760ms krn ; 0ms fg
Proc surfaceflinger:
  CPU: 1m 4s 840ms usr + 40s 100ms krn ; 0ms fg
Proc android.hardware.keymaster@4.0-service:
  CPU: 0ms usr + 50ms krn ; 0ms fg
Proc vendor.samsung.hardware.vibrator-service:
  CPU: 20ms usr + 50ms krn ; 0ms fg
Proc system:
  CPU: 1m 28s 790ms usr + 1m 39s 430ms krn ; 0ms fg
Proc ssgtzd:
  CPU: 190ms usr + 450ms krn ; 0ms fg
Proc smdexe:
  CPU: 50ms usr + 1s 80ms krn ; 0ms fg
Proc com.sec.sve:
  CPU: 100ms usr + 70ms krn ; 0ms fg
Proc hwservicemanager:
  CPU: 460ms usr + 70ms krn ; 0ms fg
Proc pm-service:
  CPU: 70ms usr + 230ms krn ; 0ms fg
Proc vendor.samsung.hardware.hyper-service:
  CPU: 80ms usr + 380ms krn ; 0ms fg
Proc ewlogd:
  CPU: 10ms usr + 50ms krn ; 0ms fg
Proc android.hardware.power.samsung-service:
  CPU: 20ms usr + 660ms krn ; 0ms fg
Proc argosd:
  CPU: 11s 800ms usr + 13s 10ms krn ; 0ms fg
Proc heimdalld:

         CPU: 0ms usr + 30ms krn ; 0ms fg
       Proc vendor.qti.hardware.display.allocator-service:
         CPU: 30ms usr + 90ms krn ; 0ms fg
       Proc vndservicemanager:
         CPU: 40ms usr + 130ms krn ; 0ms fg
     Apk com.wssyncmldm:
       Wakeup alarm
*walarm*:com.wssyncmldm/com.samsung.android.fotaagent.device.services.PollingIntentService: 0 times
         Service com.idm.fotaagent.enabler.ui.notification.manager.NotificationId$Common:
           Created for: 1h 0m 26s 542ms uptime
           Starts: 1, launches: 1
         Service com.google.firebase.auth.api.fallback.service.FirebaseAuthFallbackService:
           Created for: 0ms uptime
           Starts: 1, launches: 1
         Service com.idm.fotaagent.InitExecutor$InitService:
           Created for: 5ms uptime
           Starts: 1, launches: 1
         Service com.samsung.android.fotaagent.device.services.PollingIntentService:
           Created for: 0ms uptime
           Starts: 1, launches: 1
     Apk com.samsung.android.lool:
         Service com.samsung.android.sm.security.model.trigger.SecurityBridgeServiceInBg:
           Created for: 0ms uptime
           Starts: 4, launches: 4
     Apk com.samsung.android.dqagent:
         Service com.samsung.android.dqagent.receiver.DQADataService:
           Created for: 0ms uptime
           Starts: 1, launches: 1
     Apk com.sec.android.app.dexonpc:
         Service com.sec.android.app.dexonpc.discovery.DOPDiscoveryService:
           Created for: 0ms uptime
           Starts: 0, launches: 1
         Service com.sec.android.app.dexonpc.service.DOPNotificationListenerService:
           Created for: 0ms uptime
           Starts: 0, launches: 1
         Service com.sec.android.app.dexonpc.service.DOPService:
           Created for: 1h 0m 26s 289ms uptime
           Starts: 1, launches: 1
     Apk com.sec.android.diagmonagent:
         Service com.sec.android.diagmonagent.dma.service.SRJobService:
           Created for: 0ms uptime
           Starts: 0, launches: 1
     Apk com.samsung.euicc:
         Service com.samsung.euicc.service.EuiccServiceImpl:
           Created for: 0ms uptime
           Starts: 0, launches: 2
         Service com.samsung.euicc.lpaService.LpaService:
           Created for: 0ms uptime
           Starts: 0, launches: 2
         Service com.samsung.euicc.lpaService.NotificationJobService:
           Created for: 0ms uptime
           Starts: 0, launches: 2
         Service com.samsung.euicc.lpaService.NotificationService:
           Created for: 0ms uptime
           Starts: 2, launches: 2
     Apk android:
       Wakeup alarm *walarm*:DeviceIdleController.motion: 0 times
       Wakeup alarm *walarm*:WifiConnectivityManager Schedule Watchdog Timer: 0 times
     1001:
       Wake lock RILJ_ACK_WL realtime
       Wake lock *telephony-radio* realtime
       Wake lock *telephony-sem-radio* realtime
       Foreground for: 1h 0m 29s 919ms
       Total running: 1h 0m 29s 919ms
       Total cpu time: u=26s 219ms s=25s 751ms
       Total cpu time per freq: 0 0 0 0 25374 2604 1689 1059 863 1868 614 611 591 759 627 7553 962 409
     325 419 581 449 452 968 262 241 278 294 283 200 250 2017 3 0 0 6 2 1 0 1 0 0 0 0 0 0 0 0 1 29
         Cpu times per freq at state Foreground: 0 0 0 0 25374 2604 1689 1059 863 1868 614 611 591 759 627
     7552 962 409 325 419 581 449 452 968 261 241 278 294 283 200 250 2018 3 0 0 6 2 1 0 1 0 0 0 0 0 0 0

HW_00099337

```
0 0 1 29
  Proc shsusrd:
    CPU: 750ms usr + 3s 100ms krn ; 0ms fg
  Proc com.android.phone:
    CPU: 23s 220ms usr + 15s 630ms krn ; 0ms fg
  Proc ipacm:
    CPU: 350ms usr + 3s 20ms krn ; 0ms fg
  Proc rild:
    CPU: 1s 590ms usr + 3s 840ms krn ; 0ms fg
  Proc ipacm-diag:
    CPU: 50ms usr + 620ms krn ; 0ms fg
  Apk com.android.phone:
    (nothing executed)
 1002:
  Foreground for: 1h 0m 29s 919ms
  Total running: 1h 0m 29s 919ms
  Total cpu time: u=27s 642ms s=21s 700ms
  Total cpu time per freq: 0 0 0 35600 426 151 91 113 381 44 35 67 120 15 656 266 3 1 3 19 3 6 9 5 0
1 18 1 2 1 17 0 0 0 1 0 0 0 0 0 0 0 0 0 0 0 0 1
  Cpu times per freq at state Foreground: 0 0 0 35600 426 151 91 113 381 44 35 67 120 15 657 266 3
1 3 19 3 6 9 5 0 1 18 1 2 1 18 0 0 0 1 0 0 0 0 0 0 0 0 0 0 0 0 1
  Proc com.android.bluetooth:
    CPU: 25s 490ms usr + 11s 910ms krn ; 0ms fg
  Proc android.hardware.bluetooth@1.0-service:
    CPU: 2s 710ms usr + 9s 300ms krn ; 0ms fg
 1003:
  (nothing executed)
 1010:
  Wifi Running: 0ms (0.0%)
  Full Wifi Lock: 0ms (0.0%)
  Wifi Scan (blamed): 1m 10s 80ms (1.9%) 26x
  Wifi Scan (actual): 1m 10s 80ms (1.9%) 26x
  Background Wifi Scan: 0ms (0.0%) 0x
   WiFi Scan time:  0ms (0.0%)
   WiFi Sleep time:  1h 0m 25s 508ms (99.9%)
   WiFi Idle time:  0ms (0.0%)
   WiFi Rx time:    4s 112ms (0.1%)
   WiFi Tx time:    299ms (0.0%)
  Total cpu time: u=465ms s=1s 53ms
  Total cpu time per freq: 0 0 0 983 33 37 17 30 32 23 30 23 29 15 109 2 0 0 0 0 0 1 0 0 3 0 0 0 0 3
0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Proc android.hardware.wifi@1.0-service:
    CPU: 50ms usr + 510ms krn ; 0ms fg
  Proc wpa_supplicant:
    CPU: 180ms usr + 380ms krn ; 0ms fg
  Proc wificond:
    CPU: 260ms usr + 190ms krn ; 0ms fg
 1013:
  (nothing executed)
 1017:
  Total cpu time: u=20ms s=17ms
  Total cpu time per freq: 0 0 0 3 0 0 0 0 2 0 0 0 0 4 32 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0
  Proc keystore2:
    CPU: 10ms usr + 20ms krn ; 0ms fg
 1019:
  (nothing executed)
 1021:
  Total cpu time: u=225ms s=196ms
  Total cpu time per freq: 0 0 0 189 52 11 12 14 115 6 7 20 1 4 1 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Proc lowi-server:
    CPU: 220ms usr + 200ms krn ; 0ms fg
  Proc loc_launcher:
    CPU: 10ms usr + 10ms krn ; 0ms fg
 1027:
  Foreground for: 1h 0m 29s 919ms
  Total running: 1h 0m 29s 919ms
  Total cpu time: u=14ms s=4ms
```

HW_00099338

Total cpu time per freq: 0 0 0 0 0 0 0 2 1 0 0 1 0 0 10 0 0 0 0 0 0 0 0 0 0 0 0 0 0 1 3 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Cpu times per freq at state Foreground: 0 0 0 0 0 0 0 2 1 0 0 1 0 0 10 0 0 0 0 0 0 0 0 0 0 0 0 0 0 1 3 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Proc com.android.nfc:
    CPU: 10ms usr + 0ms krn ; 0ms fg
  1036:
  Total cpu time: u=4s 675ms s=6s 917ms
  Total cpu time per freq: 0 0 0 0 6153 244 121 85 82 569 64 57 53 87 49 1627 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Proc logd:
    CPU: 4s 660ms usr + 7s 180ms krn ; 0ms fg
  1040:
  (nothing executed)
  1041:
  Wake lock AudioMix realtime
  Total cpu time: u=263ms s=251ms
  Total cpu time per freq: 0 0 0 0 239 22 20 11 7 7 2 1 1 3 1 69 5 0 0 1 6 0 1 2 1 1 0 1 0 0 1 6 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Proc audioserver:
    CPU: 350ms usr + 160ms krn ; 0ms fg
  1046:
  (nothing executed)
  1047:
  Total cpu time: u=129ms s=954ms
  Total cpu time per freq: 0 0 0 0 634 1 0 1 2 4 0 0 0 1 0 9 111 8 4 2 7 3 3 5 2 1 2 2 2 2 2 18 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Proc vendor.samsung.hardware.camera.provider@4.0-service_64:
    CPU: 40ms usr + 540ms krn ; 0ms fg
  Proc cameraserver:
    CPU: 120ms usr + 390ms krn ; 0ms fg
  1053:
  Total cpu time: u=0ms s=0ms
  (nothing executed)
  1058:
  (nothing executed)
  1066:
  Total cpu time: u=2s 637ms s=1s 527ms
  Total cpu time per freq: 0 0 0 0 1458 194 119 93 76 169 57 55 61 71 47 1580 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Proc statsd:
    CPU: 2s 570ms usr + 1s 680ms krn ; 0ms fg
  1067:
  (nothing executed)
  1068:
  Foreground for: 1h 0m 29s 919ms
  Total running: 1h 0m 29s 919ms
  1069:
  Total cpu time: u=584ms s=3s 179ms
  Total cpu time per freq: 0 0 0 0 2145 222 82 61 35 68 19 12 14 19 12 413 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Proc lmkd:
    CPU: 590ms usr + 3s 220ms krn ; 0ms fg
  1072:
  (nothing executed)
  1073:
  Foreground for: 1h 0m 29s 919ms
  Total running: 1h 0m 29s 919ms
  Total cpu time: u=974ms s=1s 263ms
  Total cpu time per freq: 0 0 0 0 1491 32 17 26 14 51 17 13 11 16 19 491 14 1 3 2 5 2 5 5 1 1 1 2 3 8 3 24 0 0 0 1 0 0 0 0 0 0 0 0 0 0 0 0
  Cpu times per freq at state Foreground: 0 0 0 0 1491 32 17 26 14 51 17 13 11 16 19 491 13 1 3 2 5 2 5 5 1 1 1 2 3 8 3 24 0 0 0 1 0 0 0 0 0 0 0 0 0 0 0 0
  Proc com.android.networkstack.process:
    CPU: 940ms usr + 1s 310ms krn ; 0ms fg
  2000:
  Total cpu time: u=185ms s=288ms
  Total cpu time per freq: 0 0 0 0 202 9 4 3 3 10 4 4 4 6 4 65 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0

```
  Proc adbd:
    CPU: 180ms usr + 340ms krn ; 0ms fg
 2903:
    Total cpu time: u=153ms s=1s 160ms
    Total cpu time per freq: 0 0 0 878 111 58 37 31 62 30 17 15 12 5 57 1 0 0 0 0 0 0 0 0 0 0 0 0 0 10 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Proc tftp_server:
    CPU: 160ms usr + 1s 160ms krn ; 0ms fg
 2904:
    Mobile network: 77.81KB received, 5.49KB sent (packets 88 received, 74 sent)
    Mobile radio active: 1s 746ms (0.1%) 4x @ 10.8 mspp
     Cellular Sleep time:  0ms (0.0%)
     Cellular Idle time:   0ms (0.0%)
     Cellular Rx time:     485ms (0.0%)
     Cellular Tx time:
      less than 0dBm:  4ms (0.0%)
      0dBm to 8dBm:  5ms (0.0%)
      8dBm to 15dBm:  0ms (0.0%)
      15dBm to 20dBm:  2ms (0.0%)
      above 20dBm:  0ms (0.0%)
    (nothing executed)
 5003:
    (nothing executed)
 5004:
    Wake lock *job*/com.samsung.cmh/.core.cmhjobservice.CMHJobService realtime
    Job com.samsung.cmh/.core.cmhjobservice.CMHJobService: (not used)
    Cached for: 1h 0m 29s 919ms
    Total running: 1h 0m 29s 919ms
    Total cpu time: u=21ms s=4ms
    Total cpu time per freq: 0 0 0 15 2 0 0 0 0 2 0 0 0 9 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0
    Cpu times per freq at state Cached: 0 0 0 15 2 0 0 0 0 2 0 0 0 9 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0
  Proc com.samsung.cmh:CMH:
    CPU: 20ms usr + 10ms krn ; 0ms fg
  Apk com.samsung.cmh:
    (nothing executed)
 5006:
    (nothing executed)
 5009:
    Background for: 1s 860ms
    Cached for: 1h 0m 28s 59ms
    Total running: 1h 0m 29s 919ms
    Total cpu time: u=1s 429ms s=410ms
    Total cpu time per freq: 0 0 0 1965 10 2 4 3 50 2 7 3 3 5 215 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0
    Cpu times per freq at state Background: 0 0 0 0 0 0 0 0 0 0 0 0 0 1 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0
    Cpu times per freq at state Cached: 0 0 0 1965 10 2 4 3 50 2 7 3 3 4 214 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Proc com.samsung.android.scpm:
    CPU: 0ms usr + 10ms krn ; 0ms fg
  Proc com.samsung.android.scloud:
    CPU: 1s 480ms usr + 350ms krn ; 0ms fg
 5010:
    Background for: 853ms
    Cached for: 4m 16s 205ms
    Total running: 4m 17s 58ms
    Total cpu time: u=576ms s=183ms
    Total cpu time per freq: 0 0 0 30 0 0 0 1 0 0 0 2 791 0 0 0 0 0 0 0 0 0 0 0 0 0 24 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0
    Cpu times per freq at state Background: 0 0 0 0 0 0 0 0 0 0 0 0 560 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0
    Cpu times per freq at state Cached: 0 0 0 30 0 0 0 1 0 0 0 2 231 0 0 0 0 0 0 0 0 0 0 0 0 0 24 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Proc com.samsung.android.rubin.app:
    CPU: 10ms usr + 0ms krn ; 0ms fg
    1 starts
 5012:
```

Wake lock *job*/com.samsung.android.sm.devicesecurity/.IncrementalPostInstallationScanJobService realtime
Job com.samsung.android.sm.devicesecurity/.IncrementalPostInstallationScanJobService: 131ms realtime (1 times), 131ms background (1 times)
Job Completions
com.samsung.android.sm.devicesecurity/.IncrementalPostInstallationScanJobService: unknown:-1(1x)
Background for: 185ms
Cached for: 42m 52s 694ms
Total running: 42m 52s 879ms
Total cpu time: u=101ms s=58ms
Total cpu time per freq: 0 0 0 11 1 1 8 14 4 1 0 20 3 3 116 0 0 0 0 0 0 0 0 0 1 0 0 0 0 41 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
Cpu times per freq at state Background: 0 0 0 0 0 1 0 0 3 1 0 0 1 3 51 0 0 0 0 0 0 0 0 0 1 0 0 0 0 26 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
Cpu times per freq at state Cached: 0 0 0 0 11 1 0 8 14 1 0 0 20 2 0 79 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 15 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
Proc com.samsung.android.sm.devicesecurity:
CPU: 10ms usr + 10ms krn ; 0ms fg
1 starts
Apk com.samsung.android.sm.devicesecurity:
Service com.samsung.android.sm.devicesecurity.IncrementalPostInstallationScanJobService:
Created for: 0ms uptime
Starts: 0, launches: 1
Service com.samsung.android.sm.devicesecurity.InitializationService:
Created for: 0ms uptime
Starts: 1, launches: 1
5013:
Foreground for: 1h 0m 29s 919ms
Total running: 1h 0m 29s 919ms
Total cpu time: u=282ms s=190ms
Total cpu time per freq: 0 0 0 0 131 6 4 5 7 14 8 7 7 10 14 212 17 1 2 2 2 1 2 3 0 1 1 1 2 1 1 19 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 1
Cpu times per freq at state Foreground: 0 0 0 0 131 6 4 5 7 14 8 7 7 10 14 212 17 1 2 2 2 1 2 3 0 1 1 1 2 1 1 19 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 1
Proc com.sec.location.nsflp2:
CPU: 300ms usr + 180ms krn ; 0ms fg
5022:
(nothing executed)
5023:
Wake lock *alarm* realtime
Wake lock *job*/com.samsung.android.networkdiagnostic/androidx.work.impl.background.systemjob.SystemJobService realtime
Job com.samsung.android.networkdiagnostic/androidx.work.impl.background.systemjob.SystemJobService: 215ms realtime (1 times), 215ms background (1 times)
Job Completions
com.samsung.android.networkdiagnostic/androidx.work.impl.background.systemjob.SystemJobService: canceled(1x) successful_finish(1x)
Background for: 154ms
Cached for: 41m 16s 660ms
Total running: 41m 16s 814ms
Total cpu time: u=284ms s=126ms
Total cpu time per freq: 0 0 0 0 43 0 2 2 1 1 0 3 0 33 0 298 0 0 0 0 22 4 0 11 0 1 6 0 6 0 0 35 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
Cpu times per freq at state Background: 0 0 0 0 0 0 0 2 0 0 0 3 0 17 0 51 0 0 0 0 2 4 0 11 0 0 6 0 6 0 0 27 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
Cpu times per freq at state Cached: 0 0 0 0 43 0 2 0 1 1 0 0 0 16 0 247 0 0 0 0 20 0 0 0 0 1 0 0 0 0 0 8 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
Proc com.samsung.android.networkdiagnostic:
CPU: 0ms usr + 10ms krn ; 0ms fg
1 starts
Apk com.samsung.android.networkdiagnostic:
Service androidx.work.impl.background.systemjob.SystemJobService:
Created for: 0ms uptime
Starts: 0, launches: 1
5025:
Cached for: 29m 33s 370ms
Total running: 29m 33s 370ms

    Total cpu time: u=404ms s=312ms
    Total cpu time per freq: 0 0 0 814 4 3 3 1 7 0 2 2 2 2 50 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
    Cpu times per freq at state Cached: 0 0 0 0 814 4 3 3 1 7 0 2 2 2 2 50 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
    Proc com.samsung.android.mdx.kit:
      CPU: 370ms usr + 280ms krn ; 0ms fg
  5026:
    Cached for: 29m 33s 413ms
    Total running: 29m 33s 413ms
    Total cpu time: u=0ms s=0ms
    Total cpu time per freq: 0 0 0 0 0 0 0 0 0 0 0 0 0 0 64 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
    Cpu times per freq at state Cached: 0 0 0 0 0 0 0 0 0 0 0 0 0 0 64 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  5278:
    Background for: 1h 0m 29s 919ms
    Total running: 1h 0m 29s 919ms
  5555:
    Total cpu time: u=21ms s=19ms
    Total cpu time per freq: 0 0 0 0 37 1 1 0 0 0 0 1 0 0 0 5 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
    Proc auditd:
      CPU: 30ms usr + 20ms krn ; 0ms fg
  9999:
    Total cpu time: u=92ms s=291ms
    Total cpu time per freq: 0 0 0 0 252 19 10 6 7 18 7 4 4 4 2 68 0 0 0 0 3 0 0 1 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
    Proc traced_probes:
      CPU: 20ms usr + 20ms krn ; 0ms fg
    Proc traced:
      CPU: 0ms usr + 30ms krn ; 0ms fg
    Proc rmt_storage:
      CPU: 60ms usr + 240ms krn ; 0ms fg
  u0a36:
    (nothing executed)
  u0a37:
    (nothing executed)
  u0a38:
    (nothing executed)
  u0a40:
    Wake lock EdgeLighting:edge realtime
    Wake lock AudioMix realtime
    Wake lock *vibrator* realtime
    Wake lock WindowManager: 4s 66ms full (1 times) realtime
    Wake lock
*job*/com.samsung.android.app.routines/.domainmodel.metadata.impl.MetadataLoaderJobService
realtime
    Wake lock android.media.MediaPlayer realtime
    TOTAL wake: 4s 66ms full realtime
    Job com.samsung.android.app.routines/.domainmodel.metadata.impl.MetadataLoaderJobService: 2s
41ms realtime (1 times)
    Job Completions
com.samsung.android.app.routines/.domainmodel.metadata.impl.MetadataLoaderJobService:
successful_finish(1x)
    Audio: 88ms realtime (1 times)
    Sensor 271: 30m 14s 960ms blamed realtime, 1h 0m 29s 919ms realtime (0 times)
    Foreground for: 1h 0m 29s 919ms
    Total running: 1h 0m 29s 919ms
    Total cpu time: u=15s 765ms s=6s 253ms
    Total cpu time per freq: 0 0 0 0 6513 960 566 387 547 1423 254 370 208 362 257 3986 99 15 35 440
705 186 168 440 225 171 163 180 180 176 125 1337 3 0 1 286 42 52 87 117 112 117 70 78 98 82 54 37
44 28 173
    Cpu times per freq at state Foreground: 0 0 0 0 6513 960 566 387 547 1423 254 370 208 362 257
3987 99 15 35 440 705 186 168 440 224 170 163 180 180 176 125 1374 3 0 1 286 42 52 87 117 112 117
70 78 98 82 54 37 44 28 188
    Proc com.android.systemui:
      CPU: 15s 200ms usr + 5s 580ms krn ; 0ms fg
    Proc com.android.systemui:edgelighting:

      CPU: 400ms usr + 190ms krn ; 0ms fg
      1 starts
    Proc com.samsung.android.app.routines:
      CPU: 300ms usr + 140ms krn ; 0ms fg
    Proc com.samsung.android.app.routines:RoutineUIProcess:
      CPU: 720ms usr + 430ms krn ; 0ms fg
      1 starts
    Apk com.android.systemui:
      Service com.android.systemui.edgelighting.SystemUIConditionListenerService:
        Created for: 0ms uptime
        Starts: 0, launches: 2
      Service com.android.systemui.edgelighting.policy.EdgeLightingPolicyUpdateService:
        Created for: 0ms uptime
        Starts: 1, launches: 1
      Service com.android.systemui.edgelighting.EdgeLightingService:
        Created for: 10ms uptime
        Starts: 2, launches: 2
    Apk com.samsung.android.app.routines:
      Service com.samsung.android.app.routines.domainmodel.metadata.impl.DatabaseJobIntentService:
        Created for: 0ms uptime
        Starts: 1, launches: 1
      Service com.samsung.android.app.routines.domainmodel.notification.NotificationUpdateService:
        Created for: 0ms uptime
        Starts: 1, launches: 1
      Service com.samsung.android.app.routines.domainmodel.service.RoutineService:
        Created for: 0ms uptime
        Starts: 3, launches: 3
      Service
com.samsung.android.app.routines.preloadproviders.service.condition.PreloadConditionService:
        Created for: 0ms uptime
        Starts: 1, launches: 1
      Service com.samsung.android.app.routines.domainmodel.metadata.impl.MetadataLoaderJobService:
        Created for: 0ms uptime
        Starts: 0, launches: 1
  u0a41:
    (nothing executed)
  u0a43:
    Foreground for: 6s 27ms
    Background for: 81ms
    Cached for: 44m 20s 355ms
    Total running: 44m 26s 463ms
    Total cpu time: u=76ms s=73ms
    Total cpu time per freq: 0 0 0 4 0 0 0 3 19 0 0 0 0 140 4 0 0 0 0 0 0 0 0 3 0 0 0 0 23 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0
    Cpu times per freq at state Foreground: 0 0 0 1 0 0 0 3 0 0 0 0 0 11 4 0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
    Cpu times per freq at state Background: 0 0 0 0 0 0 0 0 0 0 0 0 0 0 60 0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
    Cpu times per freq at state Cached: 0 0 0 3 0 0 0 0 19 0 0 0 0 69 0 0 0 0 0 0 0 0 0 3 0 0 0 0 23 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
    Proc com.sec.android.provider.badge:
      CPU: 0ms usr + 0ms krn ; 0ms fg
      1 starts
  u0a45:
    Cached for: 1h 0m 29s 919ms
    Total running: 1h 0m 29s 919ms
    Total cpu time: u=69ms s=30ms
    Total cpu time per freq: 0 0 0 7 1 0 0 6 0 0 0 0 0 2 85 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0
    Cpu times per freq at state Cached: 0 0 0 7 1 0 0 6 0 0 0 0 0 2 85 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0
    Proc android.process.acore:
      CPU: 70ms usr + 40ms krn ; 0ms fg
  u0a46:
    (nothing executed)
  u0a48:
    (nothing executed)
  u0a51:
    Background for: 1h 0m 29s 919ms

Total running: 1h 0m 29s 919ms
Total cpu time: u=61ms s=44ms
Total cpu time per freq: 0 0 0 0 11 2 2 0 0 18 5 0 1 1 2 25 1 0 1 0 9 0 0 0 0 2 0 3 1 1 1 13 0 0 0 3 0 1 0 2 1 0 0 2 0 0 0 0 0 0 2
Cpu times per freq at state Background: 0 0 0 0 11 2 2 0 0 18 5 0 1 1 2 25 1 0 1 0 9 0 0 0 0 2 0 3 1 1 1 13 0 0 0 3 0 1 0 2 1 0 0 2 0 0 0 0 0 0 2
Proc com.samsung.android.app.cocktailbarservice:
  CPU: 100ms usr + 50ms krn ; 0ms fg
u0a52:
  Background for: 1s 792ms
  Cached for: 4m 4s 968ms
  Total running: 4m 6s 760ms
  Total cpu time: u=115ms s=60ms
  Total cpu time per freq: 0 0 0 0 3 6 0 0 8 4 0 0 0 0 0 132 3 0 0 0 0 0 0 0 0 0 0 0 0 0 0 12 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 8
  Cpu times per freq at state Background: 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 110 2 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Cpu times per freq at state Cached: 0 0 0 0 3 6 0 0 8 4 0 0 0 0 0 22 1 0 0 0 0 0 0 0 0 0 0 0 0 0 0 12 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 8
  Proc com.sec.android.desktopmode.uiservice:
    CPU: 0ms usr + 0ms krn ; 0ms fg
    1 starts
u0a53:
  Background for: 1s 412ms
  Cached for: 4m 4s 969ms
  Total running: 4m 6s 381ms
  Total cpu time: u=369ms s=221ms
  Total cpu time per freq: 0 0 0 0 144 0 0 0 0 1 3 3 0 3 12 439 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 20 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Cpu times per freq at state Background: 0 0 0 0 0 0 0 0 0 3 3 0 3 12 306 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Cpu times per freq at state Cached: 0 0 0 0 144 0 0 0 1 0 0 0 0 133 0 0 0 0 0 0 0 0 0 0 0 0 0 20 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Proc com.samsung.android.bixby.agent:
    CPU: 20ms usr + 0ms krn ; 0ms fg
    1 starts
u0a54:
  Wake lock *launch* realtime
  Background for: 3s 345ms
  Cached for: 1h 0m 26s 574ms
  Total running: 1h 0m 29s 919ms
  Total cpu time: u=17ms s=20ms
  Total cpu time per freq: 0 0 0 0 1 0 0 0 2 1 0 0 1 1 31 0 1 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Cpu times per freq at state Background: 0 0 0 1 0 0 0 0 0 0 0 0 0 2 0 1 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Cpu times per freq at state Cached: 0 0 0 0 0 0 0 2 1 0 0 1 1 29 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Proc android.process.media:
    CPU: 20ms usr + 40ms krn ; 0ms fg
  Apk com.samsung.android.mtp:
    Service com.samsung.android.mtp.MtpService:
      Created for: 1h 0m 26s 289ms uptime
      Starts: 1, launches: 1
u0a56:
  (nothing executed)
u0a59:
  (nothing executed)
u0a60:
  (nothing executed)
u0a62:
  (nothing executed)
u0a63:
  (nothing executed)
u0a64:
  Mobile network: 6.64KB received, 7.56KB sent (packets 50 received, 57 sent)
  Mobile radio active: 23s 459ms (1.3%) 10x @ 219 mspp
  Mobile radio AP wakeups: 2
    Cellular Sleep time:  0ms (0.0%)

  Cellular Idle time:   0ms (0.0%)
  Cellular Rx time:    6s 677ms (0.2%)
  Cellular Tx time:
    less than 0dBm:  40ms (0.0%)
    0dBm to 8dBm:  119ms (0.0%)
    8dBm to 15dBm:  21ms (0.0%)
    15dBm to 20dBm:  45ms (0.0%)
    above 20dBm:  11ms (0.0%)
  Wake lock *alarm* realtime
  Background for: 1h 0m 29s 919ms
  Total running: 1h 0m 29s 919ms
  Total cpu time: u=160ms s=84ms
  Total cpu time per freq: 0 0 0 0 80 8 8 8 1 15 6 3 11 3 3 109 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Cpu times per freq at state Background: 0 0 0 0 80 8 8 8 1 15 6 3 11 3 3 109 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Proc com.facebook.services:
    CPU: 140ms usr + 100ms krn ; 0ms fg
  Apk com.facebook.services:
    Service com.facebook.oxygen.services.fbns.PreloadedFbnsService:
      Created for: 1h 0m 26s 289ms uptime
      Starts: 1, launches: 0
  u0a65:
    Background for: 588ms
    Cached for: 106ms
    Total running: 694ms
    Total cpu time: u=120ms s=117ms
    Total cpu time per freq: 0 0 0 0 0 0 0 0 0 0 0 0 0 253 0 0 0 0 0 0 0 0 0 0 0 0 0 0 69 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 22
    Cpu times per freq at state Background: 0 0 0 0 0 0 0 0 0 0 0 0 0 251 0 0 0 0 0 0 0 0 0 0 0 0 0 0 36 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 17
    Cpu times per freq at state Cached: 0 0 0 0 0 0 0 0 0 0 0 0 0 1 0 0 0 0 0 0 0 0 0 0 0 0 0 0 33 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 5
    Proc com.samsung.android.app.galaxyfinder:appservice:
      CPU: 0ms usr + 0ms krn ; 0ms fg
      2 starts
    Apk com.samsung.android.app.galaxyfinder:
      Service com.samsung.android.app.galaxyfinder.acceleration.AppCoreService:
        Created for: 0ms uptime
        Starts: 2, launches: 2
  u0a68:
    Wake lock *alarm* realtime
    Background for: 207ms
    Cached for: 12m 52s 467ms
    Total running: 12m 52s 674ms
    Total cpu time: u=139ms s=65ms
    Total cpu time per freq: 0 0 0 0 20 0 2 0 5 0 4 0 0 1 1 112 0 0 0 0 0 0 0 2 0 3 0 0 2 0 0 47 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
    Cpu times per freq at state Background: 0 0 0 0 0 0 2 0 1 0 4 0 0 1 1 82 0 0 0 0 0 0 0 2 0 3 0 0 2 0 0 28 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
    Cpu times per freq at state Cached: 0 0 0 0 20 0 0 0 4 0 0 0 0 0 0 30 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 19 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
    Proc com.samsung.android.game.gos:
      CPU: 0ms usr + 0ms krn ; 0ms fg
      1 starts
    Apk com.samsung.android.game.gos:
      Service com.samsung.android.game.gos.service.MainIntentService:
        Created for: 0ms uptime
        Starts: 1, launches: 1
  u0a69:
    (nothing executed)
  u0a70:
    (nothing executed)
  u0a71:
    (nothing executed)
  u0a72:
    (nothing executed)
  u0a73:
    (nothing executed)

u0a74:
  (nothing executed)
u0a75:
  (nothing executed)
u0a76:
  (nothing executed)
u0a78:
  Cached for: 29m 33s 361ms
  Total running: 29m 33s 361ms
  Total cpu time: u=0ms s=0ms
  Total cpu time per freq: 0 0 0 0 0 0 0 0 0 0 0 0 0 0 44 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0
  Cpu times per freq at state Cached: 0 0 0 0 0 0 0 0 0 0 0 0 0 0 44 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0
u0a79:
  (nothing executed)
u0a81:
  Background for: 394ms
  Cached for: 47m 34s 263ms
  Total running: 47m 34s 657ms
  Total cpu time: u=120ms s=107ms
  Total cpu time per freq: 0 0 0 22 0 1 0 3 0 0 0 3 3 223 0 0 0 0 0 0 0 0 0 14 0 0 0 8 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0
  Cpu times per freq at state Background: 0 0 0 0 0 0 0 3 0 0 0 3 2 148 0 0 0 0 0 0 0 0 0 0 0 0 0 0 1
0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Cpu times per freq at state Cached: 0 0 0 22 0 1 0 0 0 0 0 0 1 75 0 0 0 0 0 0 0 0 0 14 0 0 0 7 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Proc com.samsung.android.mdx:
    CPU: 0ms usr + 0ms krn ; 0ms fg
    1 starts
u0a82:
  Cached for: 29m 53s 314ms
  Total running: 29m 53s 314ms
  Total cpu time: u=0ms s=0ms
  Total cpu time per freq: 0 0 0 0 0 0 6 0 0 0 0 0 0 0 66 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0
  Cpu times per freq at state Cached: 0 0 0 0 0 0 6 0 0 0 0 0 0 0 66 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0
u0a83:
  (nothing executed)
u0a84:
  Foreground for: 1h 0m 29s 919ms
  Total running: 1h 0m 29s 919ms
  Total cpu time: u=15ms s=6ms
  Total cpu time per freq: 0 0 0 0 0 0 0 0 1 0 3 5 3 2 8 0 0 0 0 0 0 0 0 0 0 0 0 0 0 1 0 0 0 0 0 0 0 0
0 0 0 0 0 0
  Cpu times per freq at state Foreground: 0 0 0 0 0 0 0 0 1 0 3 5 3 2 8 0 0 0 0 0 0 0 0 0 0 0 0 0 0 1 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Proc com.samsung.android.server.wifi.mobilewips:
    CPU: 30ms usr + 10ms krn ; 0ms fg
u0a86:
  (nothing executed)
u0a88:
  (nothing executed)
u0a89:
  (nothing executed)
u0a90:
  (nothing executed)
u0a92:
  Foreground for: 12s 193ms
  Cached for: 45m 26s 546ms
  Total running: 45m 38s 739ms
  Total cpu time: u=164ms s=57ms
  Total cpu time per freq: 0 0 0 0 60 16 0 0 0 11 0 0 0 0 0 70 0 0 0 0 0 0 19 0 0 0 0 0 5 1 1 36 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0
  Cpu times per freq at state Foreground: 0 0 0 0 46 16 0 0 0 10 0 0 0 0 0 37 0 0 0 0 0 0 0 0 0 0 0 5 1 1
29 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Cpu times per freq at state Cached: 0 0 0 0 14 0 0 0 0 1 0 0 0 0 0 33 0 0 0 0 0 0 19 0 0 0 0 0 0 7 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0

  Proc com.samsung.android.privacydashboard:
    CPU: 30ms usr + 0ms krn ; 0ms fg
    1 starts
 u0a95:
  (nothing executed)
 u0a96:
  (nothing executed)
 u0a97:
  (nothing executed)
 u0a99:
  Cached for: 15m 0s 214ms
  Total running: 15m 0s 214ms
  Total cpu time: u=1ms s=0ms
  Total cpu time per freq: 0 0 0 0 0 0 0 0 0 0 0 0 0 0 53 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Cpu times per freq at state Cached: 0 0 0 0 0 0 0 0 0 0 0 0 0 0 53 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
 u0a100:
  (nothing executed)
 u0a101:
  (nothing executed)
 u0a102:
  (nothing executed)
 u0a103:
  Background for: 1s 861ms
  Cached for: 1h 0m 28s 58ms
  Total running: 1h 0m 29s 919ms
  Total cpu time: u=0ms s=0ms
 u0a104:
  Cached for: 29m 38s 386ms
  Total running: 29m 38s 386ms
  Total cpu time: u=26ms s=5ms
  Total cpu time per freq: 0 0 0 0 30 0 9 0 0 0 0 0 2 0 63 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Cpu times per freq at state Cached: 0 0 0 0 30 0 9 0 0 0 0 0 2 0 63 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Proc com.samsung.android.scs:
    CPU: 90ms usr + 10ms krn ; 0ms fg
 u0a105:
  (nothing executed)
 u0a106:
  (nothing executed)
 u0a108:
  Cached for: 1h 0m 29s 919ms
  Total running: 1h 0m 29s 919ms
  Total cpu time: u=2s 376ms s=1s 669ms
  Total cpu time per freq: 0 0 0 0 3757 23 10 7 5 27 5 4 7 8 7 904 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Cpu times per freq at state Cached: 0 0 0 0 3757 23 10 7 5 27 5 4 7 8 7 905 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Proc com.samsung.android.dialer:
    CPU: 2s 760ms usr + 1s 280ms krn ; 0ms fg
 u0a109:
  Bluetooth Duty Scan (total actual realtime with duty): 5ms
  Bluetooth Scan (total blamed realtime): 52ms  (0 times)
  Bluetooth Scan (total actual realtime): 104ms  (0 times)
  Bluetooth Scan Results: 0 (0 in background)
  Foreground for: 1h 0m 29s 919ms
  Total running: 1h 0m 29s 919ms
  Total cpu time: u=6ms s=4ms
  Total cpu time per freq: 0 0 0 0 3 0 0 0 0 0 0 0 0 6 0 0 0 0 1 0 0 4 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Cpu times per freq at state Foreground: 0 0 0 0 3 0 0 0 0 0 0 0 0 6 0 0 0 0 1 0 0 4 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Proc com.samsung.android.mcfserver:
    CPU: 10ms usr + 10ms krn ; 0ms fg
 u0a110:
  Cached for: 1h 0m 29s 919ms
  Total running: 1h 0m 29s 919ms

```
       Total cpu time: u=7ms s=26ms
       Total cpu time per freq: 0 0 0 0 0 0 0 0 1 1 2 0 0 2 32 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
     0 0 0 0 0 0 0 0 0 0
       Cpu times per freq at state Cached: 0 0 0 0 0 0 0 0 1 1 2 0 0 2 32 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
     0 0 0 0 0 0 0 0 0 0 0 0 0 0
     Proc com.samsung.android.messaging:
       CPU: 10ms usr + 30ms krn ; 0ms fg
   u0a111:
     Foreground for: 1h 0m 29s 919ms
     Total running: 1h 0m 29s 919ms
     Total cpu time: u=1s 141ms s=1s 824ms
       Total cpu time per freq: 0 0 0 0 97 0 19 0 0 140 0 0 5 204 1 1008 10 0 0 0 11 81 99 188 9 132 1 263
     272 142 47 242 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 8
       Cpu times per freq at state Foreground: 0 0 0 0 97 0 19 0 0 140 0 0 5 204 1 1008 10 0 0 0 11 81 99
     188 9 132 1 263 272 142 47 243 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 8
     Proc com.samsung.android.smartsuggestions:
       CPU: 1s 150ms usr + 1s 840ms krn ; 0ms fg
     Apk com.samsung.android.smartsuggestions:
       Service com.samsung.android.smartsuggestions.extservice.services.CustomTextClassifierService:
         Created for: 0ms uptime
         Starts: 0, launches: 1
       Service com.samsung.android.smartsuggestions.extservice.services.AugmentedAutofillService:
         Created for: 0ms uptime
         Starts: 0, launches: 1
   u0a112:
     Cached for: 1h 0m 29s 919ms
     Total running: 1h 0m 29s 919ms
   u0a113:
     (nothing executed)
   u0a115:
     (nothing executed)
   u0a116:
     Cached for: 29m 33s 375ms
     Total running: 29m 33s 375ms
     Total cpu time: u=0ms s=0ms
       Total cpu time per freq: 0 0 0 0 0 0 0 0 0 0 0 0 0 1 1 45 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
     0 0 0 0 0 0 0 0 0 0
       Cpu times per freq at state Cached: 0 0 0 0 0 0 0 0 0 0 0 0 0 1 1 45 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
     0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
   u0a117:
     (nothing executed)
   u0a118:
     (nothing executed)
   u0a121:
     (nothing executed)
   u0a123:
     (nothing executed)
   u0a124:
     (nothing executed)
   u0a127:
     (nothing executed)
   u0a129:
     (nothing executed)
   u0a132:
     Foreground for: 1h 0m 29s 919ms
     Total running: 1h 0m 29s 919ms
     Total cpu time: u=183ms s=107ms
       Total cpu time per freq: 0 0 0 0 18 5 0 0 1 5 2 1 4 1 2 90 14 1 1 0 6 2 1 2 1 1 1 0 2 13 119 1 0 0 1 1 0 0
     0 0 0 0 0 0 0 0 0 11
       Cpu times per freq at state Foreground: 0 0 0 0 18 5 0 0 1 5 2 1 4 1 2 90 14 1 1 0 6 2 1 2 1 1 1 0 2 1 3
     119 1 0 0 1 1 0 0 0 0 0 0 0 0 0 0 0 11
     Proc com.sec.android.app.launcher:
       CPU: 700ms usr + 280ms krn ; 0ms fg
   u0a133:
     (nothing executed)
   u0a134:
     Background for: 1h 0m 29s 919ms
     Total running: 1h 0m 29s 919ms
   u0a137:
```

Mobile network: 74.38KB received, 41.95KB sent (packets 161 received, 191 sent)
Mobile radio active: 31s 90ms (1.7%) 10x @ 88.3 mspp
  Cellular Sleep time:  0ms (0.0%)
  Cellular Idle time:   0ms (0.0%)
  Cellular Rx time:     9s 912ms (0.3%)
  Cellular Tx time:
    less than 0dBm:  14ms (0.0%)
    0dBm to 8dBm:  63ms (0.0%)
    8dBm to 15dBm:  6ms (0.0%)
    15dBm to 20dBm:  12ms (0.0%)
    above 20dBm:  2ms (0.0%)
  Background for: 499ms
  Cached for: 47m 34s 375ms
  Total running: 47m 34s 874ms
  Total cpu time: u=712ms s=252ms
  Total cpu time per freq: 0 0 0 0 201 9 0 36 14 29 1 5 8 7 7 552 12 4 3 8 7 32 0 11 0 0 5 6 15 0 18 95 1 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Cpu times per freq at state Background: 0 0 0 0 18 0 0 0 12 2 1 5 3 7 6 289 12 4 3 8 7 32 0 11 0 0 5 6 5 0 18 84 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Cpu times per freq at state Cached: 0 0 0 0 183 9 0 36 2 27 0 0 5 0 1 262 0 0 0 0 0 0 0 0 0 0 0 0 10 0 0 11 1 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Proc com.microsoft.appmanager:
    CPU: 0ms usr + 0ms krn ; 0ms fg
    1 starts
  Apk com.microsoft.appmanager:
    Service com.microsoft.mmx.agents.lapsedusers.LapsedUserBackgroundService:
      Created for: 0ms uptime
      Starts: 1, launches: 1
    Service com.microsoft.deviceExperiences.ExtMainProcDeviceExperienceApiService:
      Created for: 0ms uptime
      Starts: 0, launches: 2
  u0a140:
    (nothing executed)
  u0a141:
    (nothing executed)
  u0a143:
    (nothing executed)
  u0a144:
    (nothing executed)
  u0a145:
    (nothing executed)
  u0a146:
    (nothing executed)
  u0a151:
    (nothing executed)
  u0a153:
    Wake lock *job*/com.sec.android.daemonapp/com.samsung.android.weather.sync.service.AppUpdateService realtime
    Wake lock *job*/com.sec.android.daemonapp/.service.FreeStatusCheckService realtime
    Wake lock *alarm* realtime
    Wake lock *job*/com.sec.android.daemonapp/com.samsung.android.weather.logger.LoggerService realtime
    Wake lock *job*/com.sec.android.daemonapp/androidx.work.impl.background.systemjob.SystemJobService realtime
    Job com.sec.android.daemonapp/com.samsung.android.weather.sync.service.AppUpdateService: 55ms realtime (1 times), 55ms background (1 times)
    Job com.sec.android.daemonapp/.service.FreeStatusCheckService: 20ms realtime (1 times), 20ms background (1 times)
    Job com.sec.android.daemonapp/com.samsung.android.weather.logger.LoggerService: 487ms realtime (1 times), 487ms background (1 times)
    Job com.sec.android.daemonapp/androidx.work.impl.background.systemjob.SystemJobService: 780ms realtime (3 times), 780ms background (3 times)
    Job Completions com.sec.android.daemonapp/com.samsung.android.weather.sync.service.AppUpdateService: successful_finish(1x)
    Job Completions com.sec.android.daemonapp/.service.FreeStatusCheckService: successful_finish(1x)
    Job Completions com.sec.android.daemonapp/com.samsung.android.weather.logger.LoggerService: successful_finish(1x)

Job Completions
com.sec.android.daemonapp/androidx.work.impl.background.systemjob.SystemJobService: canceled(1x) successful_finish(3x)
   Background for: 1s 737ms
   Cached for: 15m 59s 687ms
   Total running: 16m 1s 424ms
   Total cpu time: u=1s 313ms s=430ms
   Total cpu time per freq: 0 0 0 0 94 13 0 11 14 70 48 19 17 26 14 1510 0 0 0 0 0 1 1 0 0 0 0 0 0 20 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
   Cpu times per freq at state Background: 0 0 0 0 38 13 0 0 9 64 47 8 17 26 4 1102 0 0 0 0 0 0 1 1 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
   Cpu times per freq at state Cached: 0 0 0 0 56 0 0 11 5 6 1 11 0 0 10 410 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 20 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
   Proc com.sec.android.daemonapp:
    CPU: 10ms usr + 10ms krn ; 0ms fg
    1 starts
   Apk com.sec.android.daemonapp:
    Wakeup alarm *walarm*:*job.deadline*: 0 times
    Service androidx.work.impl.background.systemjob.SystemJobService:
     Created for: 0ms uptime
     Starts: 0, launches: 3
    Service com.sec.android.daemonapp.service.FreeStatusCheckService:
     Created for: 0ms uptime
     Starts: 0, launches: 1
    Service com.samsung.android.weather.logger.LoggerService:
     Created for: 0ms uptime
     Starts: 0, launches: 1
    Service androidx.room.MultiInstanceInvalidationService:
     Created for: 0ms uptime
     Starts: 0, launches: 1
    Service com.samsung.android.weather.sync.service.AppUpdateService:
     Created for: 0ms uptime
     Starts: 0, launches: 1
 u0a155:
  (nothing executed)
 u0a156:
  (nothing executed)
 u0a159:
  (nothing executed)
 u0a164:
   Background for: 442ms
   Cached for: 4m 4s 967ms
   Total running: 4m 5s 409ms
   Total cpu time: u=116ms s=70ms
   Total cpu time per freq: 0 0 0 0 10 0 0 0 0 0 0 0 0 0 1 160 0 0 0 0 0 0 0 0 0 0 0 0 3 0 0 16 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
   Cpu times per freq at state Background: 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 133 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
   Cpu times per freq at state Cached: 0 0 0 0 10 0 0 0 0 0 0 0 0 0 1 27 0 0 0 0 0 0 0 0 0 0 0 0 3 0 0 16 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
   Proc com.sec.android.app.clockpackage:
    CPU: 0ms usr + 0ms krn ; 0ms fg
    1 starts
 u0a169:
  (nothing executed)
 u0a170:
   Cached for: 29m 55s 171ms
   Total running: 29m 55s 171ms
   Total cpu time: u=0ms s=0ms
   Total cpu time per freq: 0 0 0 0 0 0 0 0 0 0 0 0 0 48 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
   Cpu times per freq at state Cached: 0 0 0 0 0 0 0 0 0 0 0 0 0 48 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
 u0a172:
  (nothing executed)
 u0a176:
  (nothing executed)
 u0a177:
   Cached for: 15m 0s 273ms

HW_00099350

    Total running: 15m 0s 273ms
    Total cpu time: u=0ms s=0ms
    Total cpu time per freq: 0 0 0 0 0 0 0 0 0 1 0 0 0 51 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0
    Cpu times per freq at state Cached: 0 0 0 0 0 0 0 0 0 1 0 0 0 51 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  u0a181:
    (nothing executed)
  u0a183:
    Cached for: 29m 48s 298ms
    Total running: 29m 48s 298ms
    Total cpu time: u=2ms s=1ms
    Total cpu time per freq: 0 0 0 9 0 0 0 0 0 1 0 0 0 75 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0
    Cpu times per freq at state Cached: 0 0 0 9 0 0 0 0 0 1 0 0 0 75 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
    Proc com.sec.unifiedwfc:
      CPU: 0ms usr + 10ms krn ; 0ms fg
  u0a185:
    (nothing executed)
  u0a192:
    (nothing executed)
  u0a193:
    (nothing executed)
  u0a195:
    (nothing executed)
  u0a196:
    Cached for: 11m 47s 36ms
    Total running: 11m 47s 36ms
    Total cpu time: u=0ms s=0ms
    Total cpu time per freq: 0 0 0 0 3 0 1 0 4 0 0 0 0 51 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0
    Cpu times per freq at state Cached: 0 0 0 0 3 0 1 0 4 0 0 0 0 51 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
    Proc com.samsung.android.fast:
      CPU: 0ms usr + 10ms krn ; 0ms fg
  u0a197:
    (nothing executed)
  u0a202:
    (nothing executed)
  u0a206:
    Background for: 1h 0m 29s 919ms
    Total running: 1h 0m 29s 919ms
    Total cpu time: u=1s 289ms s=807ms
    Total cpu time per freq: 0 0 0 0 2063 16 21 11 6 89 17 7 8 9 4 259 0 0 0 0 0 0 0 0 0 0 0 3 0 0 0 3 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0
    Cpu times per freq at state Background: 0 0 0 0 2063 16 21 11 6 89 17 7 8 9 4 260 0 0 0 0 0 0 0 0 0 0 0 0
0 3 0 0 0 3 0 0 0 0 0 0 0 0 0 0 0 0 0 0
    Proc com.samsung.android.honeyboard:
      CPU: 1s 200ms usr + 990ms krn ; 0ms fg
    Apk com.samsung.android.honeyboard:
      Service
com.samsung.android.honeyboard.base.spellcheckerservice.HoneyBoardSpellCheckerService:
        Created for: 0ms uptime
        Starts: 0, launches: 1
  u0a208:
    (nothing executed)
  u0a211:
    (nothing executed)
  u0a212:
    (nothing executed)
  u0a217:
    (nothing executed)
  u0a218:
    Cached for: 1h 0m 29s 919ms
    Total running: 1h 0m 29s 919ms
    Total cpu time: u=1s 477ms s=426ms
    Total cpu time per freq: 0 0 0 0 1783 12 4 5 3 16 2 3 2 4 3 320 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0

Cpu times per freq at state Cached: 0 0 0 0 1783 12 4 5 3 16 2 3 2 4 3 321 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Proc com.samsung.android.calendar:
    CPU: 1s 280ms usr + 620ms krn ; 0ms fg
  u0a219:
    (nothing executed)
  u0a221:
    Foreground for: 1h 0m 29s 919ms
    Total running: 1h 0m 29s 919ms
  u0a223:
    (nothing executed)
  u0a224:
    Wake lock *alarm* realtime
    Wake lock *job*/com.google.android.apps.turbo/com.google.android.libraries.smartbattery.appusage.library.InferApp BucketsJob realtime
    Job com.google.android.apps.turbo/com.google.android.libraries.smartbattery.appusage.library.InferAppBuck etsJob: 514ms realtime (1 times), 514ms background (1 times)
    Job Completions com.google.android.apps.turbo/com.google.android.libraries.smartbattery.appusage.library.InferAppBuck etsJob: successful_finish(1x)
    Background for: 506ms
    Cached for: 1h 0m 29s 413ms
    Total running: 1h 0m 29s 919ms
    Total cpu time: u=359ms s=120ms
    Total cpu time per freq: 0 0 0 0 26 3 0 0 10 2 1 1 0 6 1 392 0 0 0 0 0 0 0 0 0 0 0 0 0 0 41 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
    Cpu times per freq at state Background: 0 0 0 0 0 0 0 1 0 0 0 6 1 309 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 26 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
    Cpu times per freq at state Cached: 0 0 0 0 26 3 0 0 9 2 1 1 0 0 0 79 0 0 0 0 0 0 0 0 0 0 0 0 0 0 15 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Proc com.google.android.apps.turbo:
    CPU: 0ms usr + 30ms krn ; 0ms fg
  Proc com.google.android.apps.turbo:aab:
    CPU: 0ms usr + 0ms krn ; 0ms fg
    1 starts
  Apk com.google.android.apps.turbo:
    Service com.google.android.libraries.smartbattery.appusage.library.InferAppBucketsJob:
      Created for: 0ms uptime
      Starts: 0, launches: 1
  u0a225:
    Wake lock *job*/com.google.android.partnersetup/.InstalledAppJobService realtime
    Job com.google.android.partnersetup/.InstalledAppJobService: 137ms realtime (1 times), 137ms background (1 times)
    Job Completions com.google.android.partnersetup/.InstalledAppJobService: canceled(1x)
    Background for: 98ms
    Cached for: 15m 30s 3ms
    Total running: 15m 30s 101ms
    Total cpu time: u=62ms s=53ms
    Total cpu time per freq: 0 0 0 0 24 0 0 0 0 0 0 0 0 0 43 0 0 0 0 0 0 0 0 0 3 0 10 5 0 6 21 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
    Cpu times per freq at state Background: 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 21 0 0 0 0 0 0 0 0 0 0 0 0 2 0 0 2 19 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
    Cpu times per freq at state Cached: 0 0 0 0 24 0 0 0 0 0 0 0 0 0 22 0 0 0 0 0 0 0 0 0 3 0 8 5 0 4 2 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Proc com.google.android.partnersetup:
    CPU: 0ms usr + 0ms krn ; 0ms fg
    1 starts
  Apk com.google.android.partnersetup:
    Service com.google.android.partnersetup.InstalledAppJobService:
      Created for: 0ms uptime
      Starts: 0, launches: 1
  u0a226:
    (nothing executed)
  u0a227:
    (nothing executed)
  u0a229:
    (nothing executed)

u0a230:
  (nothing executed)
u0a231:
  (nothing executed)
u0a232:
  (nothing executed)
u0a233:
  Wake lock NlpWakeLock realtime
  Foreground for: 1h 0m 29s 919ms
  Total running: 1h 0m 29s 919ms
  Total cpu time: u=3ms s=1ms
  Total cpu time per freq: 0 0 0 4 0 0 0 0 0 0 0 1 0 0 0 0 0 0 1 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0
  Cpu times per freq at state Foreground: 0 0 0 0 4 0 0 0 0 0 0 0 1 0 0 0 0 0 0 0 1 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Proc com.google.android.as:
    CPU: 20ms usr + 10ms krn ; 0ms fg
u0a234:
  (nothing executed)
u0a235:
  Mobile network: 17.43KB received, 9.61KB sent (packets 58 received, 64 sent)
  Mobile radio active: 15s 747ms (0.9%) 12x @ 129 mspp
  Mobile radio AP wakeups: 1
    Cellular Sleep time:  0ms (0.0%)
    Cellular Idle time:   0ms (0.0%)
    Cellular Rx time:     5s 128ms (0.1%)
    Cellular Tx time:
     less than 0dBm:  39ms (0.0%)
     0dBm to 8dBm:  74ms (0.0%)
     8dBm to 15dBm:  7ms (0.0%)
     15dBm to 20dBm:  28ms (0.0%)
     above 20dBm:  4ms (0.0%)
  Wifi Running: 0ms (0.0%)
  Full Wifi Lock: 0ms (0.0%)
  Wifi Scan (blamed): 1s 86ms (0.0%) 1x
  Wifi Scan (actual): 1s 86ms (0.0%) 1x
  Background Wifi Scan: 0ms (0.0%) 0x
  Bluetooth Duty Scan (total actual realtime with duty): 11m 29s 685ms  (currently running)
  Bluetooth Scan (total blamed realtime): 1h 0m 29s 867ms  (0 times) (currently running)
  Bluetooth Scan (total actual realtime): 1h 0m 29s 919ms  (0 times) (currently running)
  Bluetooth Scan Results: 5200 (0 in background)
  Wake lock GCoreFlp realtime
  Wake lock *gms_scheduler*/com.google.android.gms/.auth.account.be.accountstate.GcmTaskService
realtime
  Wake lock GmsAlarm:NetworkLocationLocator realtime
  Wake lock NlpWakeLock realtime
  Wake lock *gms_scheduler*/com.google.android.gms/.common.stats.NotificationLoggingTask realtime
  Wake lock *gms_scheduler*:internal realtime
  Wake lock *alarm* realtime
  Wake lock Wakeful StateMachine: GeofencerStateMachine realtime
  Wake lock
IntentOp:.common.broadcast.BackgroundBroadcastReceiverSupport57ersistentReceiverIntentOperation
realtime
  Wake lock GCM_WORK realtime
  Wake lock GCM_READ realtime
  Wake lock *gms_scheduler*/com.google.android.gms/.security.snet.SnetNormalTaskService realtime
  Wake lock cujl:SnetNormal realtime
  Wake lock GCM_HB_ALARM realtime
  Wake lock NlpCollectorWakeLock realtime
  Wake lock *telephony-radio* realtime
  Wake lock
*gms_scheduler*/com.google.android.gms/.time.trustedtime.singleuserapi.service.TrustedTimeMaintenan
ceTaskService realtime
  Sensor 61: 2s 11ms realtime (1 times)
  Foreground for: 1h 0m 29s 919ms
  Total running: 1h 0m 29s 919ms
  Total cpu time: u=25s 420ms s=7s 592ms
  Total cpu time per freq: 0 0 0 0 22151 687 201 115 119 549 94 92 133 353 97 4944 74 30 24 10 47 8
10 29 25 8 20 40 14 11 16 816 4 0 0 3 0 0 0 0 0 0 0 7 0 1 4 1 1 0 32

Cpu times per freq at state Foreground: 0 0 0 0 22151 687 201 115 119 549 94 92 133 353 97 4958 74 30 24 10 47 8 10 29 25 8 20 40 14 11 16 823 4 0 0 3 0 0 0 0 0 0 7 4 1 4 1 1 0 33
  Proc com.google.process.gapps:
   CPU: 0ms usr + 0ms krn ; 0ms fg
   1 starts
  Proc com.google.android.gms:
   CPU: 140ms usr + 20ms krn ; 0ms fg
   4 starts
  Proc com.google.process.gservices:
   CPU: 30ms usr + 20ms krn ; 0ms fg
  Proc com.google.android.gms.persistent:
   CPU: 23s 90ms usr + 6s 700ms krn ; 0ms fg
  Apk com.google.android.gms:
   Wakeup alarm *walarm*:null: 0 times
   Wakeup alarm *walarm*:com.google.android.gms.gcm.HEARTBEAT_ALARM: 0 times
   Service com.google.android.gms.ads.identifier.service.AdvertisingIdService:
    Created for: 0ms uptime
    Starts: 0, launches: 8
   Service com.google.android.gms.chimera.PersistentInternalBoundBrokerService:
    Created for: 0ms uptime
    Starts: 0, launches: 1
   Service com.google.android.gms.gcm.PushMessagingRegistrarProxy:
    Created for: 0ms uptime
    Starts: 0, launches: 3
   Service com.google.android.gms.auth.account.be.accountstate.GcmTaskService:
    Created for: 0ms uptime
    Starts: 0, launches: 1
   Service com.google.android.gms.security.snet.SnetService:
    Created for: 0ms uptime
    Starts: 1, launches: 1
   Service com.google.android.gms.chimera.GmsInternalBoundBrokerService:
    Created for: 0ms uptime
    Starts: 0, launches: 2
   Service com.google.android.gms.auth.be.appcert.AppCertService:
    Created for: 0ms uptime
    Starts: 0, launches: 1
   Service com.google.android.location.network.NetworkLocationService:
    Created for: 0ms uptime
    Starts: 1, launches: 0
   Service com.google.android.gms.auth.GetToken:
    Created for: 0ms uptime
    Starts: 0, launches: 1
   Service com.google.android.location.internal.PendingIntentCallbackService:
    Created for: 1h 0m 27s 901ms uptime
    Starts: 1, launches: 0
   Service com.google.android.gms.chimera.PersistentIntentOperationService:
    Created for: 21ms uptime
    Starts: 4, launches: 4
   Service com.google.android.gms.chimera.GmsIntentOperationService:
    Created for: 7ms uptime
    Starts: 2, launches: 2
   Service com.google.android.gms.security.snet.SnetNormalTaskService:
    Created for: 0ms uptime
    Starts: 0, launches: 2
   Service com.google.android.gms.gcm.http.GoogleHttpService:
    Created for: 0ms uptime
    Starts: 0, launches: 1
   Service com.google.android.gms.chimera.GmsBoundBrokerService:
    Created for: 0ms uptime
    Starts: 7, launches: 5
   Service com.google.android.gms.measurement.service.MeasurementBrokerService:
    Created for: 0ms uptime
    Starts: 0, launches: 1
   Service com.google.android.gms.chimera.GmsInternalApiService:
    Created for: 0ms uptime
    Starts: 0, launches: 1
 u0a236:
  Mobile network: 7.57KB received, 9.94KB sent (packets 27 received, 35 sent)
  Mobile radio active: 3s 428ms (0.2%) 7x @ 55.3 mspp

HW_00099354

Mobile radio AP wakeups: 1
  Cellular Sleep time:   0ms (0.0%)
  Cellular Idle time:   0ms (0.0%)
  Cellular Rx time:    690ms (0.0%)
  Cellular Tx time:
    less than 0dBm:  12ms (0.0%)
    0dBm to 8dBm:  27ms (0.0%)
    8dBm to 15dBm:  4ms (0.0%)
    15dBm to 20dBm:  9ms (0.0%)
    above 20dBm:  5ms (0.0%)
  Wake lock *job*/com.android.vending/com.google.android.finsky.instantapps.metrics.LogFlushJob
realtime
  Job com.android.vending/com.google.android.finsky.instantapps.metrics.LogFlushJob: 188ms realtime
(1 times)
  Job Completions com.android.vending/com.google.android.finsky.instantapps.metrics.LogFlushJob:
successful_finish(1x)
  Foreground for: 48m 9s 10ms
  Background for: 152ms
  Cached for: 12m 20s 757ms
  Total running: 1h 0m 29s 919ms
  Total cpu time: u=3s 511ms s=1s 748ms
  Total cpu time per freq: 0 0 0 2666 24 14 7 7 32 13 9 10 28 27 2037 13 3 1 4 4 4 10 22 5 4 2 7 4 4 12
128 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 24
    Cpu times per freq at state Foreground: 0 0 0 0 2339 24 11 5 7 30 12 9 8 19 24 1097 13 3 1 4 4 4 10 4
5 3 2 7 4 4 12 128 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 24
    Cpu times per freq at state Background: 0 0 0 0 0 0 2 0 0 1 0 0 0 0 0 1 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
    Cpu times per freq at state Cached: 0 0 0 0 327 0 1 2 0 1 1 0 2 9 3 939 0 0 0 0 0 0 18 0 1 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
    Proc com.android.vending:background:
      CPU: 290ms usr + 180ms krn ; 0ms fg
    Proc com.android.vending:
      CPU: 2s 510ms usr + 1s 120ms krn ; 0ms fg
    Proc com.android.vending:instant_app_installer:
      CPU: 540ms usr + 210ms krn ; 0ms fg
      1 starts
    Apk com.android.vending:
      Service com.google.android.finsky.instantapps.metrics.LogFlushJob:
        Created for: 0ms uptime
        Starts: 0, launches: 1
  u0a237:
    Foreground for: 1h 0m 29s 919ms
    Total running: 1h 0m 29s 919ms
    Total cpu time: u=827ms s=408ms
    Total cpu time per freq: 0 0 0 0 322 18 5 6 3 9 6 7 15 15 10 803 8 1 8 0 0 0 0 1 0 0 1 0 0 0 0 15 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0
    Cpu times per freq at state Foreground: 0 0 0 0 322 18 5 6 3 9 6 7 15 15 10 804 8 1 8 0 0 0 0 0 0 1 0
0 0 0 19 1 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 1
    Proc com.google.android.googlequicksearchbox:interactor:
      CPU: 270ms usr + 130ms krn ; 0ms fg
    Proc com.google.android.googlequicksearchbox:search:
      CPU: 590ms usr + 270ms krn ; 0ms fg
    Apk com.google.android.googlequicksearchbox:
      Service com.google.android.apps.gsa.publicsearch.PublicSearchService:
        Created for: 0ms uptime
        Starts: 0, launches: 1
      Service com.google.android.apps.gsa.search.core.service.SearchService:
        Created for: 0ms uptime
        Starts: 0, launches: 1
  u0a241:
    Cached for: 29m 33s 314ms
    Total running: 29m 33s 314ms
    Total cpu time: u=1ms s=0ms
    Total cpu time per freq: 0 0 0 1 1 0 0 0 0 4 0 0 0 0 46 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0
    Cpu times per freq at state Cached: 0 0 0 0 1 1 0 0 0 0 4 0 0 0 0 46 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
    Apk com.google.android.webview:
      (nothing executed)

u0a242:
  (nothing executed)
u0a243:
  (nothing executed)
u0a244:
  Wake lock *job*/com.google.android.tts/androidx.work.impl.background.systemjob.SystemJobService realtime
  Wake lock WorkManager:TikTokListenableWorker startWork ->
com.google.apps.tiktok.sync.impl.workmanager.SyncWorker startWork() ->
com.google.apps.tiktok.sync.impl.workmanager.SyncWorker startWork() -> NoAccountWorkerFactory startWork() realtime
  Job com.google.android.tts/androidx.work.impl.background.systemjob.SystemJobService: (not used)
  Apk com.google.android.tts:
    (nothing executed)
u0a249:
  Cached for: 1h 0m 29s 919ms
  Total running: 1h 0m 29s 919ms
  Total cpu time: u=12s 462ms s=8s 715ms
  Total cpu time per freq: 0 0 0 0 13790 1372 565 374 214 536 141 181 72 285 66 3265 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Cpu times per freq at state Cached: 0 0 0 0 13790 1372 565 374 214 536 141 181 72 285 66 3270 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Proc com.android.chrome:
    CPU: 11s 300ms usr + 7s 800ms krn ; 0ms fg
  Proc
com.android.chrome:sandboxed_process0:org.chromium.content.app.SandboxedProcessService0:4:
    CPU: 280ms usr + 120ms krn ; 0ms fg
  Proc
com.android.chrome:sandboxed_process0:org.chromium.content.app.SandboxedProcessService0:3:
    CPU: 280ms usr + 160ms krn ; 0ms fg
  Proc
com.android.chrome:sandboxed_process0:org.chromium.content.app.SandboxedProcessService0:0:
    CPU: 200ms usr + 200ms krn ; 0ms fg
  Proc com.android.chrome:privileged_process0:
    CPU: 510ms usr + 290ms krn ; 0ms fg
u0a251:
  Cached for: 11m 43s 473ms
  Total running: 11m 43s 473ms
  Total cpu time: u=265ms s=82ms
  Total cpu time per freq: 0 0 0 0 64 0 0 0 0 0 2 0 1 0 385 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Cpu times per freq at state Cached: 0 0 0 0 64 0 0 0 0 0 2 0 1 0 385 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Proc com.google.android.youtube:
    CPU: 260ms usr + 90ms krn ; 0ms fg
u0a252:
  (nothing executed)
u0a253:
  Mobile network: 3.93KB received, 4.49KB sent (packets 17 received, 22 sent)
  Mobile radio active: 0ms (0.0%) 2x @ 0 mspp
  Cached for: 1h 0m 29s 919ms
  Total running: 1h 0m 29s 919ms
  Total cpu time: u=1s 676ms s=641ms
  Total cpu time per freq: 0 0 0 0 279 52 3 11 8 9 1 1 6 72 5 1934 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Cpu times per freq at state Cached: 0 0 0 0 279 52 3 11 8 9 1 1 6 72 5 1879 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Proc
com.google.android.webview:sandboxed_process0:org.chromium.content.app.SandboxedProcessService0:0:
    CPU: 0ms usr + 10ms krn ; 0ms fg
  Proc com.google.android.gm:
    CPU: 1s 650ms usr + 700ms krn ; 0ms fg
u0a254:
  (nothing executed)
u0a258:
  Foreground for: 1h 0m 29s 919ms
  Total running: 1h 0m 29s 919ms
u0a259:

```
   (nothing executed)
  u0a260:
   (nothing executed)
  u0a264:
   Foreground for: 30s 525ms
   Background for: 3ms
   Cached for: 47m 58s 49ms
   Total running: 48m 28s 577ms
   Total cpu time: u=231ms s=175ms
   Total cpu time per freq: 0 0 0 0 22 1 0 0 0 37 2 0 0 0 0 96 7 0 0 0 0 0 0 0 0 0 2 0 0 1 1 233 0 0 0 0 0 0 2
  0 1 1 0 1 0 0 0 0 1 0 64
   Cpu times per freq at state Foreground: 0 0 0 0 12 0 0 0 0 0 2 0 0 0 0 7 7 0 0 0 0 0 0 0 0 0 2 0 0 1 1
  216 0 0 0 0 0 0 2 0 1 1 0 1 0 0 0 0 1 0 64
   Cpu times per freq at state Cached: 0 0 0 0 10 1 0 0 0 37 0 0 0 0 0 89 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 17 0
  0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
    Proc com.google.android.permissioncontroller:
     CPU: 70ms usr + 100ms krn ; 0ms fg
     1 starts
    Apk com.google.android.permissioncontroller:
     Service com.android.permissioncontroller.role.service.RoleControllerServiceImpl:
      Created for: 0ms uptime
      Starts: 0, launches: 2
     Service com.android.permissioncontroller.permission.service.PermissionControllerServiceImpl:
      Created for: 0ms uptime
      Starts: 0, launches: 2
  u0a265:
   Foreground for: 1h 0m 29s 919ms
   Total running: 1h 0m 29s 919ms
   Total cpu time: u=185ms s=161ms
   Total cpu time per freq: 0 0 0 3 2 0 1 0 7 1 2 4 4 19 229 9 2 0 4 3 1 0 6 1 2 1 1 14 1 2 31 0 0 0 0 0 0
  0 0 0 0 0 0 0 0 0 0 0
   Cpu times per freq at state Foreground: 0 0 0 3 2 0 1 0 7 1 2 4 4 19 229 9 2 0 4 3 1 0 6 1 2 1 1 14 1 2
  32 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
    Proc com.google.android.ext.services:
     CPU: 190ms usr + 160ms krn ; 0ms fg
    Apk com.google.android.ext.services:
     Service com.android.textclassifier.DefaultTextClassifierService:
      Created for: 0ms uptime
      Starts: 0, launches: 1
  u0a266:
   Background for: 1s 40ms
   Cached for: 1h 0m 28s 879ms
   Total running: 1h 0m 29s 919ms
   Total cpu time: u=264ms s=319ms
   Total cpu time per freq: 0 0 0 0 91 8 2 1 3 5 0 4 2 1 7 443 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  0 0 0 0 0 0 0 0 0 0 0 0 0
   Cpu times per freq at state Background: 0 0 0 0 0 0 0 0 3 0 2 0 0 4 352 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
   Cpu times per freq at state Cached: 0 0 0 0 91 8 2 1 3 2 0 2 2 1 3 91 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
    Proc com.google.android.cellbroadcastreceiver:
     CPU: 230ms usr + 360ms krn ; 0ms fg
  u0a267:
   Foreground for: 1h 0m 29s 919ms
   Total running: 1h 0m 29s 919ms
   Total cpu time: u=3ms s=2ms
   Total cpu time per freq: 0 0 0 0 0 0 0 0 0 0 0 0 0 0 5 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  0 0 0 0 0 0 0 0 0
   Cpu times per freq at state Foreground: 0 0 0 0 0 0 0 0 0 0 0 0 0 0 5 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
    Proc com.google.android.providers.media.module:
     CPU: 0ms usr + 10ms krn ; 0ms fg
  u0a278:
   Cached for: 2s 874ms
   Total running: 2s 874ms
   Total cpu time: u=0ms s=0ms
   Total cpu time per freq: 0 0 0 0 0 0 0 0 0 0 0 0 10 0 0 49 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  0 0 0 0 0 0 0 0
   Cpu times per freq at state Cached: 0 0 0 0 0 0 0 0 0 0 0 0 10 0 0 49 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
```

0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  u0a280:
   Wake lock *vibrator* realtime
   Vibrator: 50s 70ms realtime (20 times)
   Foreground activities: 1h 0m 29s 919ms realtime (0 times)
   Top for: 1h 0m 29s 919ms
   Total running: 1h 0m 29s 919ms
   Total cpu time: u=57s 132ms s=49s 926ms
   Total cpu time per freq: 0 0 0 0 0 0 0 0 0 6 0 0 1 1 1 28 46846 33 26 1780 611 60 42 61 15 16 20 35 15 21 8 164 0 0 0 0 0 0 0 0 1 0 0 0 0 0 0 0 0
   Cpu times per freq at state Top: 0 0 0 0 0 0 0 0 6 0 0 1 1 1 29 46846 33 26 1780 611 60 42 61 15 16 20 35 15 21 8 165 0 0 0 0 0 0 0 0 1 0 0 0 0 0 0 0 0
   Proc com.sec.android.app.popupcalculator:
    CPU: 56s 580ms usr + 50s 420ms krn ; 0ms fg
  u0a282:
   (nothing executed)
  u0a283:
   (nothing executed)
  u0a284:
   (nothing executed)
  u0a285:
   Background for: 1h 0m 29s 919ms
   Total running: 1h 0m 29s 919ms
   Total cpu time: u=19ms s=30ms
   Total cpu time per freq: 0 0 0 0 0 1 0 0 6 0 0 1 1 1 43 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
   Cpu times per freq at state Background: 0 0 0 0 0 1 0 0 6 0 0 1 1 1 44 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
   Proc com.samsung.android.spay:
    CPU: 40ms usr + 30ms krn ; 0ms fg
  u0a287:
   (nothing executed)
  u0a289:
   (nothing executed)
  u0a290:
   (nothing executed)
  u0a292:
   (nothing executed)
  u0a293:
   (nothing executed)
  u0a294:
   (nothing executed)
  u0a295:
   Mobile network: 186.24KB received, 288.00KB sent (packets 1320 received, 1718 sent)
   Mobile radio active: 6m 7s 730ms (20.0%) 65x @ 121 mspp
   Mobile radio AP wakeups: 17
    Cellular Sleep time:  0ms (0.0%)
    Cellular Idle time:   0ms (0.0%)
    Cellular Rx time:     1m 37s 731ms (2.7%)
    Cellular Tx time:
     less than 0dBm:  1s 142ms (0.0%)
     0dBm to 8dBm:  2s 64ms (0.1%)
     8dBm to 15dBm:  212ms (0.0%)
     15dBm to 20dBm:  844ms (0.0%)
     above 20dBm:  361ms (0.0%)
   Wake lock *job*/com.facebook.katana/com.facebook.conditionalworker.ConditionalWorkerService realtime
   Wake lock *job*/com.facebook.katana/androidx.work.impl.background.systemjob.SystemJobService realtime
   Job com.facebook.katana/androidx.work.impl.background.systemjob.SystemJobService: 118ms realtime (1 times), 118ms background (1 times)
   Job com.facebook.katana/com.facebook.conditionalworker.ConditionalWorkerService: (not used)
   Job Completions com.facebook.katana/androidx.work.impl.background.systemjob.SystemJobService: successful_finish(1x)
   Background for: 124ms
   Cached for: 1h 0m 29s 795ms
   Total running: 1h 0m 29s 919ms
   Total cpu time: u=8s 188ms s=1s 924ms
   Total cpu time per freq: 0 0 0 0 2082 414 244 125 149 772 237 212 267 234 174 5469 0 0 0 0 0 0 0 0

0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
   Cpu times per freq at state Background: 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 212 0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
   Cpu times per freq at state Cached: 0 0 0 0 2082 414 244 125 149 772 237 212 267 234 174 5265 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
   Proc com.facebook.katana:
     CPU: 8s 150ms usr + 1s 970ms krn ; 0ms fg
   Apk com.facebook.katana:
     Service androidx.work.impl.background.systemjob.SystemJobService:
       Created for: 0ms uptime
       Starts: 0, launches: 1
 u0a298:
   (nothing executed)
 u0a337:
   (nothing executed)
 u0a338:
   (nothing executed)
 u0a339:
   (nothing executed)
 u0a340:
   Cached for: 1h 0m 29s 919ms
   Total running: 1h 0m 29s 919ms
   Total cpu time: u=7s 917ms s=4s 169ms
     Total cpu time per freq: 0 0 0 0 11346 334 132 98 40 614 38 51 79 70 26 894 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
     Cpu times per freq at state Cached: 0 0 0 0 11346 334 132 98 40 614 38 51 79 70 26 894 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
   Proc
com.google.android.webview:sandboxed_process0:org.chromium.content.app.SandboxedProcessService
0:0:
     CPU: 2s 130ms usr + 460ms krn ; 0ms fg
   Proc com.dropbox.android:
     CPU: 6s 460ms usr + 3s 50ms krn ; 0ms fg
 u0a341:
   Mobile network: 152.59KB received, 289.28KB sent (packets 1103 received, 1422 sent)
   Mobile radio active: 5m 36s 404ms (18.3%) 54x @ 133 mspp
   Mobile radio AP wakeups: 8
     Cellular Sleep time:   0ms (0.0%)
     Cellular Idle time:   0ms (0.0%)
     Cellular Rx time:     1m 28s 468ms (2.4%)
     Cellular Tx time:
       less than 0dBm:  1s 22ms (0.0%)
       0dBm to 8dBm:  1s 645ms (0.0%)
       8dBm to 15dBm:  287ms (0.0%)
       15dBm to 20dBm:  688ms (0.0%)
       above 20dBm:  294ms (0.0%)
   Wake lock *job*/com.facebook.orca/com.facebook.conditionalworker.ConditionalWorkerService
realtime
     Job com.facebook.orca/com.facebook.conditionalworker.ConditionalWorkerService: 157ms realtime (1
times), 157ms background (1 times)
   Background for: 623ms
   Cached for: 1h 0m 29s 296ms
   Total running: 1h 0m 29s 919ms
   Total cpu time: u=6s 424ms s=1s 639ms
     Total cpu time per freq: 0 0 0 0 1533 215 237 173 178 395 225 98 67 211 92 4875 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
     Cpu times per freq at state Background: 0 0 0 0 1 10 0 1 0 20 3 13 8 10 7 596 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
     Cpu times per freq at state Cached: 0 0 0 0 1532 205 237 172 178 375 222 85 59 201 85 4331 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
   Proc com.facebook.orca:
     CPU: 6s 420ms usr + 1s 670ms krn ; 0ms fg
   Apk com.facebook.orca:
     Service com.facebook.fbservice.service.BlueService:
       Created for: 0ms uptime
       Starts: 0, launches: 29
     Service com.facebook.conditionalworker.ConditionalWorkerService:
       Created for: 0ms uptime
       Starts: 0, launches: 1

u0a342:
  (nothing executed)
u0a343:
  (nothing executed)
u0a344:
  Mobile network: 142.84KB received, 88.70KB sent (packets 350 received, 284 sent)
  Mobile radio active: 2m 22s 985ms (7.8%) 42x @ 226 mspp
  Mobile radio AP wakeups: 15
    Cellular Sleep time:  0ms (0.0%)
    Cellular Idle time:  0ms (0.0%)
    Cellular Rx time:    48s 545ms (1.3%)
    Cellular Tx time:
      less than 0dBm:  237ms (0.0%)
      0dBm to 8dBm:  588ms (0.0%)
      8dBm to 15dBm:  65ms (0.0%)
      15dBm to 20dBm:  188ms (0.0%)
      above 20dBm:  91ms (0.0%)
  Wake lock *job*/com.instagram.android/androidx.work.impl.background.systemjob.SystemJobService
realtime
  Wake lock *alarm* realtime
  Job com.instagram.android/androidx.work.impl.background.systemjob.SystemJobService: 160ms
realtime (1 times), 160ms background (1 times)
  Background for: 35ms
  Cached for: 56m 25s 228ms
  Total running: 56m 25s 263ms
  Total cpu time: u=9s 649ms s=10s 856ms
  Total cpu time per freq: 0 0 0 19733 252 101 46 42 215 20 27 25 41 16 2156 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Cpu times per freq at state Background: 0 0 0 0 0 0 0 0 0 3 0 0 0 1 0 0 0 0 0 0 0 0 0 0 0 0 0 0 2 0
0 0 0 0 0 0 0 0 0 0 0 0 0 7
  Cpu times per freq at state Cached: 0 0 0 0 19733 252 101 46 42 215 20 24 25 41 16 2155 0 0 0 0 0
0 0 0 0 0 0 0 13 0 0 0 0 0 0 0 0 0 0 0 0 0 0 14
  Proc com.instagram.android:
    CPU: 9s 430ms usr + 10s 620ms krn ; 0ms fg
    1 starts
  Apk com.instagram.android:
    Wakeup alarm *walarm*:action_batch_upload: 0 times
    Service androidx.work.impl.background.systemjob.SystemJobService:
      Created for: 0ms uptime
      Starts: 0, launches: 1
u0a345:
  Mobile network: 34.11KB received, 15.07KB sent (packets 68 received, 83 sent)
  Mobile radio active: 42s 918ms (2.3%) 12x @ 284 mspp
  Mobile radio AP wakeups: 3
    Cellular Sleep time:  0ms (0.0%)
    Cellular Idle time:  0ms (0.0%)
    Cellular Rx time:    10s 732ms (0.3%)
    Cellular Tx time:
      less than 0dBm:  44ms (0.0%)
      0dBm to 8dBm:  233ms (0.0%)
      8dBm to 15dBm:  28ms (0.0%)
      15dBm to 20dBm:  59ms (0.0%)
      above 20dBm:  29ms (0.0%)
  Cached for: 29m 34s 896ms
  Total running: 29m 34s 896ms
  Total cpu time: u=387ms s=161ms
  Total cpu time per freq: 0 0 0 243 10 13 1 13 37 22 4 5 5 1 376 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0
  Cpu times per freq at state Cached: 0 0 0 243 10 13 1 13 37 22 4 5 5 1 376 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Proc
com.google.android.webview:sandboxed_process0:org.chromium.content.app.SandboxedProcessService
0:0:
    CPU: 30ms usr + 10ms krn ; 0ms fg
  Proc com.pandora.android:
    CPU: 440ms usr + 190ms krn ; 0ms fg
  Apk com.pandora.android:
    (nothing executed)
u0a346:

Mobile network: 167.43KB received, 71.68KB sent (packets 339 received, 368 sent)
Mobile radio active: 1m 41s 44ms (5.5%) 25x @ 143 mspp
Mobile radio AP wakeups: 3
  Cellular Sleep time:   0ms (0.0%)
  Cellular Idle time:   0ms (0.0%)
  Cellular Rx time:     33s 772ms (0.9%)
  Cellular Tx time:
   less than 0dBm: 296ms (0.0%)
   0dBm to 8dBm: 588ms (0.0%)
   8dBm to 15dBm: 83ms (0.0%)
   15dBm to 20dBm: 220ms (0.0%)
   above 20dBm: 67ms (0.0%)
Wake lock GOOGLE_C2DM realtime
Wake lock wake:com.google.firebase.iid.WakeLockHolder realtime
Wake lock *job*/com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService realtime
Job com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService: 16m 1s 378ms realtime (5 times), 16m 1s 378ms background (5 times)
Job Completions com.snapchat.android/androidx.work.impl.background.systemjob.SystemJobService: canceled(2x) constraints(2x) successful_finish(6x)
Foreground for: 6s 57ms
Background for: 16m 1s 516ms
Cached for: 32m 37s 531ms
Total running: 48m 45s 104ms
Total cpu time: u=10s 228ms s=4s 176ms
Total cpu time per freq: 0 0 0 5526 268 112 88 90 360 69 157 104 163 133 5808 8 0 0 0 1 0 0 0 0 0 0 0 0 0 106 0 0 0 0 0 0 0 0 0 1 0 0 0 0 6 1 0 71
Cpu times per freq at state Foreground: 0 0 0 26 0 3 0 0 0 0 0 2 4 0 15 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
Cpu times per freq at state Background: 0 0 0 1630 99 44 39 13 142 40 65 40 97 94 3615 8 0 0 0 1 0 0 0 0 0 0 0 0 89 0 0 0 0 0 0 0 1 0 0 0 0 6 1 0 70
Cpu times per freq at state Cached: 0 0 0 3870 169 65 49 77 218 29 92 62 62 39 2178 0 0 0 0 0 0 0 0 0 0 0 0 17 0 0 0 0 0 0 0 0 0 0 0 0 0 0 1
Proc com.snapchat.android:
  CPU: 7s 920ms usr + 2s 980ms krn ; 0ms fg
  1 starts
Apk com.snapchat.android:
  Service androidx.work.impl.background.systemjob.SystemJobService:
   Created for: 0ms uptime
   Starts: 0, launches: 5
  Service com.snap.ms.notification.service.SnapNotificationMessageService:
   Created for: 0ms uptime
   Starts: 2, launches: 2
u0a347:
  Mobile network: 225.16KB received, 161.04KB sent (packets 668 received, 804 sent)
  Mobile radio active: 6m 37s 247ms (21.6%) 88x @ 270 mspp
  Mobile radio AP wakeups: 19
   Cellular Sleep time:   0ms (0.0%)
   Cellular Idle time:   0ms (0.0%)
   Cellular Rx time:     1m 41s 883ms (2.8%)
   Cellular Tx time:
    less than 0dBm:  823ms (0.0%)
    0dBm to 8dBm:  1s 855ms (0.1%)
    8dBm to 15dBm:  253ms (0.0%)
    15dBm to 20dBm:  595ms (0.0%)
    above 20dBm:  272ms (0.0%)
  Cached for: 1h 0m 29s 919ms
  Total running: 1h 0m 29s 919ms
  Total cpu time: u=11s 636ms s=5s 299ms
  Total cpu time per freq: 0 0 0 7265 717 404 249 168 792 210 206 203 143 106 4895 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Cpu times per freq at state Cached: 0 0 0 7265 717 404 249 168 792 210 206 203 143 106 4907 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Proc com.google.android.webview:sandboxed_process0:org.chromium.content.app.SandboxedProcessService0:0:
   CPU: 1s 50ms usr + 250ms krn ; 0ms fg
  Proc com.yahoo.mobile.client.android.finance:
   CPU: 10s 950ms usr + 4s 670ms krn ; 0ms fg

HW_00099361

u0a348:
  Mobile network: 132.09KB received, 39.75KB sent (packets 279 received, 282 sent)
  Mobile radio active: 52s 740ms (2.9%) 16x @ 94.0 mspp
  Mobile radio AP wakeups: 6
    Cellular Sleep time:  0ms (0.0%)
    Cellular Idle time:  0ms (0.0%)
    Cellular Rx time:    12s 271ms (0.3%)
    Cellular Tx time:
      less than 0dBm:  131ms (0.0%)
      0dBm to 8dBm:  181ms (0.0%)
      8dBm to 15dBm:  27ms (0.0%)
      15dBm to 20dBm:  79ms (0.0%)
      above 20dBm:  27ms (0.0%)
  Wake lock GOOGLE_C2DM realtime
  Wake lock *alarm* realtime
  Wake lock *job*/com.weather.Weather/com.weather.dal2.lbs.LbsService realtime
  Wake lock *job*/com.weather.Weather/com.weather.dal2.weatherconnections.RefreshJob realtime
  Wake lock *job*/com.weather.Weather/.notifications.ongoing.NotificationApi24 realtime
  Wake lock *job*/com.weather.Weather/com.google.android.datatransport.runtime.scheduling.jobscheduling.JobInfoScheduerService realtime
  Job com.weather.Weather/com.google.android.datatransport.runtime.scheduling.jobscheduling.JobInfoScheduerService: 2s 114ms realtime (1 times), 2s 114ms background (1 times)
    Job com.weather.Weather/com.weather.dal2.weatherconnections.RefreshJob: 243ms realtime (4 times), 243ms background (4 times)
    Job com.weather.Weather/.notifications.ongoing.NotificationApi24: 88ms realtime (5 times), 88ms background (5 times)
    Job com.weather.Weather/com.weather.dal2.lbs.LbsService: 75ms realtime (4 times), 75ms background (4 times)
  Job Completions com.weather.Weather/com.google.android.datatransport.runtime.scheduling.jobscheduling.JobInfoScheduerService: successful_finish(1x)
    Job Completions com.weather.Weather/com.weather.dal2.weatherconnections.RefreshJob: successful_finish(4x)
    Job Completions com.weather.Weather/.notifications.ongoing.NotificationApi24: successful_finish(5x)
    Job Completions com.weather.Weather/com.weather.dal2.lbs.LbsService: successful_finish(4x)
  Background for: 2s 875ms
  Cached for: 48m 44s 241ms
  Total running: 48m 47s 116ms
  Total cpu time: u=8s 593ms s=2s 825ms
  Total cpu time per freq: 0 0 0 0 4245 40 16 17 27 69 34 19 30 13 20 7874 0 0 0 1 26 9 2 1 1 0 1 0 0 0 1 14 1 2 0 0 1 0 0 0 0 0 0 1 0 0 0 0 0 2
    Cpu times per freq at state Background: 0 0 0 0 23 1 0 0 0 0 0 17 1 1 3540 0 0 0 1 7 0 1 1 1 0 1 0 0 0 1 14 1 2 0 0 1 0 0 0 0 0 0 1 0 0 0 0 0 2
    Cpu times per freq at state Cached: 0 0 0 0 4222 39 16 17 27 69 34 19 13 12 19 4335 0 0 0 0 19 9 1 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
    Proc com.weather.Weather:
      CPU: 3s 420ms usr + 2s 90ms krn ; 0ms fg
      1 starts
    Apk com.weather.Weather:
      Service com.weather.Weather.push.FcmMessageService:
        Created for: 0ms uptime
        Starts: 0, launches: 1
      Service com.weather.dal2.lbs.LbsService:
        Created for: 0ms uptime
        Starts: 0, launches: 4
      Service com.weather.dal2.weatherconnections.RefreshJob:
        Created for: 0ms uptime
        Starts: 0, launches: 4
      Service com.weather.Weather.notifications.ongoing.NotificationApi24:
        Created for: 0ms uptime
        Starts: 0, launches: 5
      Service com.google.android.datatransport.runtime.scheduling.jobscheduling.JobInfoSchedulerService:
        Created for: 0ms uptime
        Starts: 0, launches: 1
u0a349:
  Mobile network: 73.41KB received, 28.25KB sent (packets 191 received, 218 sent)

Mobile radio active: 30s 152ms (1.6%) 14x @ 73.7 mspp
Mobile radio AP wakeups: 4
    Cellular Sleep time:  0ms (0.0%)
    Cellular Idle time:  0ms (0.0%)
    Cellular Rx time:    7s 893ms (0.2%)
    Cellular Tx time:
      less than 0dBm:  58ms (0.0%)
      0dBm to 8dBm:  172ms (0.0%)
      8dBm to 15dBm:  9ms (0.0%)
      15dBm to 20dBm:  58ms (0.0%)
      above 20dBm:  19ms (0.0%)
    Wake lock
*job*/com.cnn.mobile.android.phone/androidx.work.impl.background.systemjob.SystemJobService
realtime
    Job com.cnn.mobile.android.phone/androidx.work.impl.background.systemjob.SystemJobService: 6s
783ms realtime (4 times), 6s 783ms background (4 times)
    Job Completions
com.cnn.mobile.android.phone/androidx.work.impl.background.systemjob.SystemJobService:
canceled(5x) successful_finish(10x)
    Background for: 6s 734ms
    Cached for: 39m 30s 464ms
    Total running: 39m 37s 198ms
    Total cpu time: u=2s 37ms s=644ms
    Total cpu time per freq: 0 0 0 178 38 6 44 17 64 34 21 32 9 4 1580 10 2 3 1 12 0 0 0 0 0 0 0 9 7 15
460 1 0 0 3 0 0 0 0 0 0 0 2 2 0 0 0 0 300
    Cpu times per freq at state Background: 0 0 0 86 16 5 44 9 41 4 12 28 8 1 760 8 2 3 1 12 0 0 0 0 0
0 9 3 15 432 1 0 0 3 0 0 0 0 0 0 0 2 2 0 0 0 0 300
    Cpu times per freq at state Cached: 0 0 0 92 22 1 0 8 23 30 9 4 1 3 820 2 0 0 0 0 0 0 0 0 0 0 0 4 0
28 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
    Proc com.cnn.mobile.android.phone:
      CPU: 540ms usr + 70ms krn ; 0ms fg
      2 starts
    Apk com.cnn.mobile.android.phone:
      Service androidx.work.impl.background.systemjob.SystemJobService:
        Created for: 0ms uptime
        Starts: 0, launches: 4
  u0a40063:
    (nothing executed)
  u0a40064:
    (nothing executed)
  u0a40185:
    (nothing executed)
  u0a40226:
    (nothing executed)
  u0a40235:
    (nothing executed)
  u0a40236:
    (nothing executed)
  u0a40237:
    (nothing executed)
  u0a40243:
    (nothing executed)
  u0a40251:
    (nothing executed)
  u0a40278:
    (nothing executed)
  u0a40279:
    (nothing executed)
  u0a40281:
    (nothing executed)
  u0a40282:
    (nothing executed)
  u0a40284:
    (nothing executed)
  u0a40286:
    (nothing executed)
  u0a40287:
    (nothing executed)
  u0a40288:

```
    (nothing executed)
u0a40289:
    (nothing executed)
u0a40290:
    (nothing executed)
u0a40291:
    (nothing executed)
u0a40292:
    (nothing executed)
u0a40293:
    (nothing executed)
u0a40294:
    (nothing executed)
u0a40295:
    (nothing executed)
u0a40297:
    (nothing executed)
u0a40338:
    (nothing executed)
u0a40339:
    (nothing executed)
u0a40340:
    (nothing executed)
u0a40341:
    (nothing executed)
u0a40342:
    (nothing executed)
u0a40343:
    (nothing executed)
u0a40344:
    (nothing executed)
u0a40345:
    (nothing executed)
u0a40346:
    (nothing executed)
u0a40347:
    (nothing executed)
u0a40348:
    (nothing executed)
u0a40349:
    (nothing executed)
Per process state tracking available: true
Total cpu time reads: 9966
Batching Duration (min): 196
All UID cpu time reads since the later of device start or stats reset: 92
UIDs removed since the later of device start or stats reset: 1
Currently mapped isolated uids:
    1037->1000 (ref count = 1)
    90000->10249 (ref count = 1)
    90003->10249 (ref count = 1)
    90004->10249 (ref count = 1)
    99020->10253 (ref count = 1)
    99022->10347 (ref count = 1)
    99023->10340 (ref count = 1)
BatteryStats constants:
    track_cpu_active_cluster_time=true
    kernel_uid_readers_throttle_time=1000
    external_stats_collection_rate_limit_ms=600000
    battery_level_collection_delay_ms=300000
    procstate_change_collection_delay_ms=60000
    max_history_files=32
    max_history_buffer_kb=128
    battery_charged_delay_ms=900000
On battery measured charge stats (microcoulombs)
    Not supported on this device.
Companion Device Baterry Infos:
    [ 000000_0, 2, 91, -1, -1, -1, 2 ]
```

HW_00099364