# Exhibit E

Battery History (0% used, 20KB used of 4096KB, 29 strings using 804):
          0 (50) RESET:TIME: 2024-03-27-01-48-37
          0 (2) 100 status=full health=good plug=usb temp=294 volt=4370 current=-8 ap_temp=29
pa_temp=31 skin_temp=30 -wifi_ap -otg -high_speaker_volume -sub_screen -sub_screen_doze
txshare_event=0x0 online=4 current_event=0x0 misc_event=0x10000 charge=3742
modemRailChargemAh=0 wifiRailChargemAh=0 +running +wake_lock +sensor +screen +plugged
data_conn=lte phone_signal_strength=good brightness=dim +power_save +wifi +charging +usb_data
wifi_signal_strength=4 wifi_suppl=disconn +ble_scan gps_signal_quality=good
top=u0a280:"com.sec.android.app.popupcalculator"
          0 (2) 100 user=0:"0"
          0 (2) 100 userfg=0:"0"
          0 (6) 100 plug=none temp=296 volt=4348 txshare_event=0x0 online=4
current_event=0x10000000 misc_event=0x10000 -plugged -charging
          +17ms (4) 100 txshare_event=0x0 online=1 current_event=0x40000004 misc_event=0x10000
          +18ms (2) 100 stats=0:"wakelock-change"
          +31ms (5) 100 status=discharging txshare_event=0x0 online=1 current_event=0x40000000
misc_event=0x10000
          +125ms (2) 100 wakeupap=u0a295:""
          +125ms (1) 100 +mobile_radio
        +2s650ms (1) 100 +usb_data
        +5s075ms (1) 100 +wifi_scan
        +6s634ms (2) 100 phone_signal_strength=moderate
        +7s719ms (1) 100 -wifi_scan
        +9s575ms (2) 100 conn=0:"CONNECTED"
       +10s432ms (3) 100 current=-48 ap_temp=30 pa_temp=31 skin_temp=30
       +32s495ms (2) 100 phone_signal_strength=good
       +33s913ms (2) 100 conn=0:"CONNECTED"
       +34s341ms (2) 100 phone_signal_strength=moderate
       +39s987ms (2) 100 conn=0:"CONNECTED"
       +40s453ms (3) 100 current=-192 ap_temp=29 pa_temp=31 skin_temp=30
       +52s707ms (1) 100 -mobile_radio
       +52s721ms (2) 100 stats=0:"modem-data"
       +53s732ms (2) 100 wakeupap=u0a295:""
       +53s732ms (1) 100 +mobile_radio
     +1m00s011ms (2) 100 stats=0:"procstate-change"
     +1m00s011ms (1) 100
     +1m03s974ms (1) 100 -mobile_radio
     +1m03s994ms (2) 100 stats=0:"modem-data"
     +1m05s511ms (2) 100 wakeupap=u0a341:""
     +1m05s511ms (1) 100 +mobile_radio
     +1m10s452ms (3) 100 current=-153 ap_temp=28 pa_temp=31 skin_temp=30
     +1m25s066ms (1) 100 +wifi_scan
     +1m27s748ms (1) 100 -wifi_scan
     +1m36s234ms (1) 100 -mobile_radio
     +1m36s253ms (2) 100 stats=0:"modem-data"
     +1m40s450ms (3) 100 current=-186 ap_temp=28 pa_temp=31 skin_temp=30
     +1m42s571ms (2) 100 wakeupap=u0a347:""
     +1m42s571ms (1) 100 +mobile_radio
     +1m52s613ms (1) 100 -mobile_radio
     +1m52s633ms (2) 100 stats=0:"modem-data"
     +2m10s463ms (3) 100 current=-151 ap_temp=28 pa_temp=30 skin_temp=30
     +2m12s092ms (2) 100 wakeupap=u0a341:""
     +2m12s092ms (1) 100 +mobile_radio
     +2m28s683ms (2) 100 phone_signal_strength=good
     +2m29s119ms (2) 100 conn=0:"CONNECTED"
     +2m29s963ms (2) 100 phone_signal_strength=moderate
     +2m33s165ms (2) 100 phone_signal_strength=good
     +2m40s474ms (3) 100 current=-176 ap_temp=28 pa_temp=30 skin_temp=30
     +2m51s300ms (2) 100 phone_signal_strength=moderate
     +2m53s375ms (2) 100 conn=0:"CONNECTED"
     +2m53s795ms (1) 100 -mobile_radio
     +2m53s814ms (2) 100 stats=0:"modem-data"
     +2m53s955ms (2) 100 wakeupap=u0a347:""
     +2m53s955ms (1) 100 +mobile_radio
     +3m10s467ms (3) 100 current=-166 ap_temp=28 pa_temp=30 skin_temp=30
     +3m33s998ms (1) 100 -mobile_radio
     +3m34s012ms (2) 100 stats=0:"modem-data"
     +3m39s593ms (2) 100 wakeupap=u0a295:""
     +3m39s593ms (1) 100 +mobile_radio

```
+3m40s480ms (3) 100 current=-172 ap_temp=28 pa_temp=30 skin_temp=30
+4m05s128ms (1) 100 +wifi_scan
+4m06s572ms (2) 100 stats=0:"remove-uid"
+4m07s530ms (1) 100 -mobile_radio
+4m07s546ms (2) 100 stats=0:"modem-data"
+4m07s803ms (1) 100 -wifi_scan
+4m10s488ms (3) 100 current=-174 ap_temp=28 pa_temp=30 skin_temp=30
+4m20s617ms (2) 100 wakeupap=u0a295:""
+4m20s617ms (1) 100 +mobile_radio
+4m40s489ms (3) 100 current=-154 ap_temp=28 pa_temp=30 skin_temp=30
+5m01s787ms (2) 099
     Details: cpu=40490u+71450s
              /proc/stat=36730 usr, 41120 sys, 190 io, 10260 irq, 2820 sirq, 2288450 idle (3.8% of 6h
36m 35s 700ms), SubsystemPowerState Empty
+5m01s789ms (2) 099 stats=0:"wakelock-change"
+5m10s494ms (3) 099 current=-161 ap_temp=28 pa_temp=30 skin_temp=30
+5m19s212ms (1) 099 -mobile_radio
+5m19s227ms (2) 099 stats=0:"modem-data"
+5m31s957ms (1) 099 charge=3734
+5m40s500ms (3) 099 current=-150 ap_temp=28 pa_temp=30 skin_temp=30
+5m41s998ms (2) 099 wakeupap=u0a341:""
+5m41s998ms (1) 099 +mobile_radio
+6m00s167ms (1) 099 -mobile_radio
+6m00s179ms (2) 099 stats=0:"modem-data"
+6m02s104ms (2) 099 volt=4325 charge=3730
+6m10s506ms (3) 099 current=-180 ap_temp=28 pa_temp=30 skin_temp=30
+6m23s676ms (2) 099 wakeupap=u0a295:""
+6m23s676ms (1) 099 +mobile_radio
+6m32s289ms (1) 099 charge=3727
+6m40s523ms (3) 099 current=-151 ap_temp=28 pa_temp=30 skin_temp=30
+6m41s133ms (1) 099 -mobile_radio
+6m41s144ms (2) 099 stats=0:"modem-data"
+6m45s228ms (1) 099 +wifi_scan
+6m47s919ms (1) 099 -wifi_scan
+7m00s559ms (2) 099 wakeupap=u0a341:""
+7m00s559ms (1) 099 +mobile_radio
+7m10s532ms (3) 099 current=-154 ap_temp=28 pa_temp=30 skin_temp=30
+7m32s626ms (1) 099 charge=3719
+7m40s528ms (3) 099 current=-177 ap_temp=28 pa_temp=30 skin_temp=30
+7m42s313ms (1) 099 -mobile_radio
+7m42s326ms (2) 099 stats=0:"modem-data"
+7m44s393ms (2) 099
+tmpwhitelist=1000:"broadcast:1000:com.sec.internal.ims.imsservice.alarmmanager,reason:"
+7m45s307ms (2) 099
+job=u0a183:"com.sec.unifiedwfc/androidx.work.impl.background.systemjob.SystemJobService"
+7m45s330ms (2) 099
-job=u0a183:"com.sec.unifiedwfc/androidx.work.impl.background.systemjob.SystemJobService"
+7m45s705ms (2) 099 wakeupap=u0a295:""
+7m45s705ms (1) 099 +mobile_radio
+7m51s404ms (2) 099 phone_signal_strength=good
+7m54s418ms (2) 099
-tmpwhitelist=1000:"broadcast:1000:com.sec.internal.ims.imsservice.alarmmanager,reason:"
+7m55s925ms (2) 099 phone_signal_strength=moderate
+7m56s499ms (2) 099 +job=1000:"com.samsung.euicc/.lpaService.NotificationJobService"
+7m56s506ms (2) 099 -job=1000:"com.samsung.euicc/.lpaService.NotificationJobService"
+8m03s050ms (1) 099 -mobile_radio
+8m03s063ms (2) 099 stats=0:"modem-data"
+8m05s348ms (2) 099 wakeupap=u0a341:""
+8m05s348ms (1) 099 +mobile_radio
+8m10s537ms (3) 099 current=-170 ap_temp=28 pa_temp=30 skin_temp=30
+8m15s595ms (1) 099 -mobile_radio
+8m15s605ms (2) 099 stats=0:"modem-data"
+8m26s727ms (2) 099 wakeupap=u0a295:""
+8m26s727ms (1) 099 +mobile_radio
+8m33s026ms (1) 099 charge=3715
+8m40s561ms (3) 099 current=-150 ap_temp=28 pa_temp=30 skin_temp=30
+8m44s260ms (1) 099 -mobile_radio
+8m44s273ms (2) 099 stats=0:"modem-data"
+9m07s744ms (2) 099 wakeupap=u0a295:""
```

HW_00099366

```
+9m07s744ms (1) 099 +mobile_radio
+9m10s563ms (3) 099 current=-148 ap_temp=28 pa_temp=30 skin_temp=30
+9m15s303ms (2) 099 phone_signal_strength=good
+9m15s961ms (2) 099 conn=0:"CONNECTED"
+9m20s420ms (2) 099 phone_signal_strength=moderate
+9m22s021ms (2) 099 conn=0:"CONNECTED"
+9m25s223ms (1) 099 -mobile_radio
+9m25s234ms (2) 099 stats=0:"modem-data"
+9m25s238ms (1) 099 +wifi_scan
+9m27s929ms (1) 099 -wifi_scan
+9m38s073ms (2) 099 stats=0:"get-stats"
+9m38s073ms (1) 099
+9m40s553ms (3) 099 current=-161 ap_temp=28 pa_temp=30 skin_temp=30
+9m41s911ms (2) 099 wakeupap=u0a341:""
+9m41s911ms (1) 099 +mobile_radio
+10m03s543ms (1) 099 charge=3712
+10m06s181ms (1) 099 -mobile_radio
+10m06s198ms (2) 099 stats=0:"modem-data"
+10m10s576ms (3) 099 current=-169 ap_temp=28 pa_temp=30 skin_temp=30
+10m22s918ms (2) 099 wakeupap=u0a341:""
+10m22s918ms (1) 099 +mobile_radio
+10m40s569ms (3) 099 current=-162 ap_temp=28 pa_temp=30 skin_temp=30
+10m46s323ms (2) 099 stats=0:"procstate-change"
+10m46s323ms (1) 099
+10m49s208ms (2) 099 phone_signal_strength=good
+10m53s122ms (2) 099 conn=0:"CONNECTED"
+10m57s383ms (1) 099 -mobile_radio
+10m57s400ms (2) 099 stats=0:"modem-data"
+11m00s257ms (2) 099 phone_signal_strength=moderate
+11m01s219ms (2) 099 wakeupap=u0a295:""
+11m01s219ms (1) 099 +mobile_radio
+11m05s229ms (2) 099 conn=0:"CONNECTED"
+11m10s588ms (3) 099 current=-166 ap_temp=28 pa_temp=30 skin_temp=30
+11m29s636ms (1) 099 -mobile_radio
+11m29s648ms (2) 099 stats=0:"modem-data"
+11m34s054ms (1) 099 charge=3708
+11m34s247ms (2) 099 wakeupap=u0a295:""
+11m34s247ms (1) 099 +mobile_radio
+11m40s585ms (3) 099 current=-152 ap_temp=28 pa_temp=30 skin_temp=30
+11m45s768ms (1) 099 -mobile_radio
+11m45s781ms (2) 099 stats=0:"modem-data"
+11m46s899ms (2) 099 stats=0:"procstate-change"
+11m46s899ms (1) 099
+11m47s261ms (2) 099 wakeupap=1073:""
+11m47s261ms (1) 099 +mobile_radio
+11m57s795ms (1) 099 -mobile_radio
+11m57s807ms (2) 099 stats=0:"modem-data"
+12m05s257ms (1) 099 +wifi_scan
+12m07s942ms (1) 099 -wifi_scan
+12m09s065ms (2) 099 wakeupap=u0a341:""
+12m09s065ms (1) 099 +mobile_radio
+12m10s596ms (3) 099 current=-169 ap_temp=28 pa_temp=30 skin_temp=30
+12m19s305ms (1) 099 -mobile_radio
+12m19s322ms (2) 099 stats=0:"modem-data"
+12m40s608ms (3) 099 current=-154 ap_temp=27 pa_temp=30 skin_temp=30
+12m47s551ms (2) 099 stats=0:"procstate-change"
+12m47s551ms (1) 099
+13m04s626ms (1) 099 charge=3704
+13m10s613ms (3) 099 current=-147 ap_temp=27 pa_temp=30 skin_temp=30
+13m10s818ms (2) 099 wakeupap=u0a295:""
+13m10s818ms (1) 099 +mobile_radio
+13m28s167ms (1) 099 -mobile_radio
+13m28s183ms (2) 099 stats=0:"modem-data"
+13m40s623ms (3) 099 current=-162 ap_temp=27 pa_temp=30 skin_temp=30
+13m42s821ms (2) 099 phone_signal_strength=good
+13m45s628ms (2) 099 wakeupap=u0a341:""
+13m45s628ms (1) 099 +mobile_radio
+13m47s931ms (2) 099 phone_signal_strength=moderate
+13m50s379ms (2) 099 phone_signal_strength=good
```

```
+13m54s850ms (2) 099 conn=0:"CONNECTED"
+14m04s576ms (2) 099 phone_signal_strength=moderate
+14m04s971ms (2) 098
        Details: cpu=30340u+64080s
                /proc/stat=28570 usr, 36420 sys, 160 io, 9950 irq, 2510 sirq, 2305760 idle (3.3% of 6h
37m 13s 700ms), SubsystemPowerState Empty
+14m04s972ms (2) 098 stats=0:"wakelock-change"
+14m06s970ms (2) 098 conn=0:"CONNECTED"
+14m10s620ms (3) 098 current=-162 ap_temp=28 pa_temp=30 skin_temp=30
+14m17s572ms (1) 098 -mobile_radio
+14m17s587ms (2) 098 stats=0:"modem-data"
+14m23s210ms (2) 098 wakeupap=u0a295:""
+14m23s210ms (1) 098 +mobile_radio
+14m35s161ms (1) 098 charge=3700
+14m40s625ms (3) 098 current=-150 ap_temp=27 pa_temp=30 skin_temp=30
+14m44s196ms (1) 098 -mobile_radio
+14m44s214ms (2) 098 stats=0:"modem-data"
+14m45s271ms (1) 098 +wifi_scan
+14m47s964ms (1) 098 -wifi_scan
+14m48s174ms (2) 098 stats=0:"procstate-change"
+14m48s174ms (1) 098
+14m57s002ms (2) 098 wakeupap=u0a295:""
+14m57s002ms (1) 098 +mobile_radio
+15m07s239ms (1) 098 -mobile_radio
+15m07s252ms (2) 098 stats=0:"modem-data"
+15m07s660ms (2) 098 wakeupap=u0a341:""
+15m07s660ms (1) 098 +mobile_radio
+15m22s505ms (1) 098 +wifi_scan
+15m25s187ms (1) 098 -wifi_scan
+15m30s398ms (2) 098 phone_signal_strength=good
+15m31s992ms (2) 098 conn=0:"CONNECTED"
+15m32s841ms (1) 098 -mobile_radio
+15m32s859ms (2) 098 stats=0:"modem-data"
+15m35s539ms (1) 098 charge=3697
+15m40s650ms (3) 098 current=-171 ap_temp=28 pa_temp=30 skin_temp=30
+15m43s141ms (2) 098 phone_signal_strength=moderate
+15m44s134ms (2) 098 conn=0:"CONNECTED"
+15m48s680ms (2) 098 wakeupap=u0a341:""
+15m48s680ms (1) 098 +mobile_radio
+16m06s123ms (1) 098 -mobile_radio
+16m06s137ms (2) 098 stats=0:"modem-data"
+16m10s650ms (3) 098 current=-151 ap_temp=27 pa_temp=30 skin_temp=30
+16m22s674ms (2) 098 stats=0:"procstate-change"
+16m22s674ms (1) 098
+16m29s699ms (2) 098 wakeupap=u0a341:""
+16m29s699ms (1) 098 +mobile_radio
+16m40s678ms (3) 098 current=-147 ap_temp=27 pa_temp=30 skin_temp=30
+16m50s919ms (1) 098 -mobile_radio
+16m50s933ms (2) 098 stats=0:"modem-data"
+17m10s682ms (3) 098 current=-153 ap_temp=27 pa_temp=30 skin_temp=30
+17m10s718ms (2) 098 wakeupap=u0a341:""
+17m10s718ms (1) 098 +mobile_radio
+17m25s277ms (1) 098 +wifi_scan
+17m27s967ms (1) 098 -wifi_scan
+17m36s332ms (1) 098 charge=3693
+17m39s297ms (1) 098 -mobile_radio
+17m39s308ms (2) 098 stats=0:"modem-data"
+17m40s690ms (3) 098 current=-191 ap_temp=28 pa_temp=30 skin_temp=30
+17m42s119ms (2) 098 wakeupap=u0a341:""
+17m42s119ms (1) 098 +mobile_radio
+17m52s534ms (2) 098 stats=0:"procstate-change"
+17m52s534ms (1) 098
+17m52s612ms (1) 098 -mobile_radio
+17m52s628ms (2) 098 stats=0:"modem-data"
+17m55s596ms (2) 098 wakeupap=u0a295:""
+17m55s596ms (1) 098 +mobile_radio
+18m10s685ms (3) 098 current=-160 ap_temp=28 pa_temp=30 skin_temp=30
+18m13s093ms (1) 098 -mobile_radio
+18m13s105ms (2) 098 stats=0:"modem-data"
```

```
+18m15s655ms (2) 098 wakeupap=u0a341:""
+18m15s655ms (1) 098 +mobile_radio
+18m25s893ms (1) 098 -mobile_radio
+18m25s906ms (2) 098 stats=0:"modem-data"
+18m29s337ms (2) 098 wakeupap=1073:""
+18m29s337ms (1) 098 +mobile_radio
+18m36s667ms (1) 098 charge=3689
+18m40s687ms (3) 098 current=-164 ap_temp=28 pa_temp=30 skin_temp=30
+18m54s052ms (1) 098 -mobile_radio
+18m54s068ms (2) 098 stats=0:"modem-data"
+19m05s110ms (2) 098 stats=0:"battery-level"
+19m05s110ms (1) 098
+19m10s709ms (3) 098 current=-153 ap_temp=27 pa_temp=30 skin_temp=30
+19m17s634ms (2) 098 wakeupap=u0a295:""
+19m17s634ms (1) 098 +mobile_radio
+19m40s695ms (3) 098 current=-171 ap_temp=28 pa_temp=30 skin_temp=30
+19m43s201ms (1) 098 -mobile_radio
+19m43s213ms (2) 098 stats=0:"modem-data"
+19m49s103ms (2) 098 wakeupap=u0a295:""
+19m49s103ms (1) 098 +mobile_radio
+20m05s319ms (1) 098 +wifi_scan
+20m07s203ms (1) 098 charge=3685
+20m08s017ms (1) 098 -wifi_scan
+20m09s581ms (1) 098 -mobile_radio
+20m09s596ms (2) 098 stats=0:"modem-data"
+20m10s714ms (3) 098 current=-161 ap_temp=28 pa_temp=30 skin_temp=30
+20m22s630ms (2) 098 wakeupap=u0a295:""
+20m22s630ms (1) 098 +mobile_radio
+20m22s672ms (2) 098 stats=0:"procstate-change"
+20m22s672ms (1) 098
+20m40s716ms (3) 098 current=-170 ap_temp=28 pa_temp=30 skin_temp=30
+20m45s148ms (2) 098 +audio
+20m47s331ms (2) 098 -audio
+20m58s985ms (1) 098 -mobile_radio
+20m58s995ms (2) 098 stats=0:"modem-data"
+21m04s615ms (2) 098 wakeupap=u0a341:""
+21m04s615ms (1) 098 +mobile_radio
+21m10s724ms (3) 098 current=-172 ap_temp=28 pa_temp=30 skin_temp=30
+21m15s108ms (1) 098 -mobile_radio
+21m15s128ms (2) 098 stats=0:"modem-data"
+21m30s926ms (2) 098 stats=0:"procstate-change"
+21m30s926ms (1) 098
+21m37s743ms (1) 098 charge=3682
+21m38s405ms (2) 098 wakeupap=u0a341:""
+21m38s405ms (1) 098 +mobile_radio
+21m40s747ms (3) 098 current=-152 ap_temp=27 pa_temp=30 skin_temp=30
+21m48s647ms (1) 098 -mobile_radio
+21m48s661ms (2) 098 stats=0:"modem-data"
+21m59s189ms (2) 098 wakeupap=u0a295:""
+21m59s189ms (1) 098 +mobile_radio
+22m10s740ms (3) 098 current=-151 ap_temp=27 pa_temp=30 skin_temp=30
+22m16s554ms (1) 098 -mobile_radio
+22m16s566ms (2) 098 stats=0:"modem-data"
+22m38s092ms (1) 098 charge=3678
+22m40s208ms (2) 098 wakeupap=u0a295:""
+22m40s208ms (1) 098 +mobile_radio
+22m40s739ms (3) 098 current=-148 ap_temp=27 pa_temp=30 skin_temp=30
+22m45s393ms (1) 098 +wifi_scan
+22m48s070ms (1) 098 -wifi_scan
+22m57s762ms (1) 098 -mobile_radio
+22m57s775ms (2) 098 stats=0:"modem-data"
+23m10s748ms (3) 098 current=-150 ap_temp=27 pa_temp=30 skin_temp=30
+23m14s966ms (2) 098 wakeupap=u0a341:""
+23m14s966ms (1) 098 +mobile_radio
+23m38s722ms (1) 098 -mobile_radio
+23m38s738ms (2) 098 stats=0:"modem-data"
+23m40s750ms (3) 098 current=-148 ap_temp=27 pa_temp=30 skin_temp=30
+23m55s987ms (2) 098 wakeupap=u0a341:""
+23m55s987ms (1) 098 +mobile_radio
```

```
    +24m08s674ms (1) 098 charge=3674
    +24m10s751ms (3) 098 current=-146 ap_temp=27 pa_temp=30 skin_temp=30
    +24m40s771ms (3) 098 current=-171 ap_temp=27 pa_temp=30 skin_temp=30
    +24m44s002ms (1) 098 -mobile_radio
    +24m44s014ms (2) 098 stats=0:"modem-data"
    +25m01s155ms (2) 098 wakeupap=u0a341:""
    +25m01s155ms (1) 098 +mobile_radio
    +25m10s773ms (3) 098 current=-147 ap_temp=27 pa_temp=30 skin_temp=30
    +25m11s728ms (2) 098 stats=0:"procstate-change"
    +25m11s728ms (1) 098
    +25m13s463ms (2) 098 phone_signal_strength=good
    +25m14s255ms (2) 098 conn=0:"CONNECTED"
    +25m22s754ms (2) 098 phone_signal_strength=moderate
    +25m22s919ms (1) 098 -mobile_radio
    +25m22s939ms (2) 098 stats=0:"modem-data"
    +25m25s386ms (1) 098 +wifi_scan
    +25m26s349ms (2) 098 conn=0:"CONNECTED"
    +25m28s066ms (1) 098 -wifi_scan
    +25m39s273ms (1) 098 charge=3670
    +25m40s797ms (3) 098 current=-162 ap_temp=28 pa_temp=30 skin_temp=30
    +26m10s801ms (3) 098 current=-147 ap_temp=27 pa_temp=30 skin_temp=30
    +26m12s477ms (2) 098 stats=0:"procstate-change"
    +26m12s477ms (1) 098
    +26m37s724ms (2) 098 wakeupap=u0a341:""
    +26m37s724ms (1) 098 +mobile_radio
    +26m40s789ms (3) 098 current=-148 ap_temp=27 pa_temp=30 skin_temp=30
    +27m09s414ms (1) 098 -mobile_radio
    +27m09s429ms (2) 098 stats=0:"modem-data"
    +27m09s789ms (2) 098 volt=4304 charge=3667
    +27m10s805ms (3) 098 current=-165 ap_temp=28 pa_temp=30 skin_temp=30
    +27m15s303ms (2) 098 wakeupap=u0a295:""
    +27m15s303ms (1) 098 +mobile_radio
    +27m30s343ms (2) 098
+job=5023:"com.samsung.android.networkdiagnostic/androidx.work.impl.background.systemjob.SystemJ
obService"
    +27m30s567ms (2) 098
-job=5023:"com.samsung.android.networkdiagnostic/androidx.work.impl.background.systemjob.SystemJo
bService"
    +27m30s795ms (2) 098 +job=1000:"android/com.android.server.NandswapManager"
    +27m30s803ms (2) 098 -job=1000:"android/com.android.server.NandswapManager"
    +27m40s806ms (3) 098 current=-154 ap_temp=27 pa_temp=30 skin_temp=30
    +27m44s486ms (1) 098 -mobile_radio
    +27m44s501ms (2) 098 stats=0:"modem-data"
    +27m49s095ms (2) 098 wakeupap=u0a295:""
    +27m49s095ms (1) 098 +mobile_radio
    +27m53s116ms (2) 098 stats=0:"procstate-change"
    +27m53s116ms (1) 098
    +28m03s937ms (1) 098 -mobile_radio
    +28m03s976ms (2) 098 stats=0:"modem-data"
    +28m05s395ms (1) 098 +wifi_scan
    +28m08s072ms (1) 098 -wifi_scan
    +28m10s156ms (2) 097
            Details: cpu=89280u+190490s
                /proc/stat=84050 usr, 105880 sys, 400 io, 29790 irq, 7570 sirq, 6921120 idle (3.2% of
19h 51m 28s 100ms), SubsystemPowerState Empty
    +28m10s157ms (1) 097 stats=0:"wakelock-change"
    +28m10s833ms (3) 097 current=-186 ap_temp=28 pa_temp=30 skin_temp=30
    +28m23s909ms (2) 097 wakeupap=u0a341:""
    +28m23s909ms (1) 097 +mobile_radio
    +28m34s150ms (1) 097 -mobile_radio
    +28m34s168ms (2) 097 stats=0:"modem-data"
    +28m40s321ms (1) 097 charge=3663
    +28m40s812ms (3) 097 current=-164 ap_temp=27 pa_temp=30 skin_temp=30
    +28m42s082ms (2) 097 stats=0:"write"
    +28m42s082ms (1) 097
    +29m10s819ms (3) 097 current=-154 ap_temp=27 pa_temp=30 skin_temp=30
    +29m25s662ms (2) 097 wakeupap=u0a295:""
    +29m25s662ms (1) 097 +mobile_radio
    +29m40s718ms (1) 097 charge=3659
```

```
+29m40s832ms (3) 097 current=-174 ap_temp=28 pa_temp=30 skin_temp=30
+29m49s152ms (1) 097 -mobile_radio
+29m49s164ms (2) 097 stats=0:"modem-data"
+29m58s206ms (2) 097 stats=0:"procstate-change"
+29m58s206ms (1) 097
+30m00s471ms (2) 097 wakeupap=u0a341:""
+30m00s471ms (1) 097 +mobile_radio
+30m10s836ms (3) 097 current=-158 ap_temp=28 pa_temp=30 skin_temp=30
+30m32s418ms (1) 097 -mobile_radio
+30m32s431ms (2) 097 stats=0:"modem-data"
+30m34s359ms (2) 097 wakeupap=1073:""
+30m34s359ms (1) 097 +mobile_radio
+30m35s903ms (2) 097 phone_signal_strength=good
+30m40s866ms (3) 097 current=-161 ap_temp=28 pa_temp=30 skin_temp=30
+30m41s958ms (2) 097 conn=0:"CONNECTED"
+30m45s224ms (2) 097 phone_signal_strength=moderate
+30m45s381ms (1) 097 +wifi_scan
+30m48s019ms (2) 097 conn=0:"CONNECTED"
+30m48s056ms (1) 097 -wifi_scan
+31m07s242ms (1) 097 -mobile_radio
+31m07s254ms (2) 097 stats=0:"modem-data"
+31m10s869ms (3) 097 current=-154 ap_temp=27 pa_temp=30 skin_temp=30
+31m11s258ms (1) 097 charge=3655
+31m11s851ms (2) 097 wakeupap=u0a295:""
+31m11s851ms (1) 097 +mobile_radio
+31m23s363ms (1) 097 -mobile_radio
+31m23s380ms (2) 097 stats=0:"modem-data"
+31m40s861ms (3) 097 current=-151 ap_temp=27 pa_temp=30 skin_temp=30
+31m46s666ms (2) 097 wakeupap=u0a341:""
+31m46s666ms (1) 097 +mobile_radio
+32m05s351ms (1) 097 -mobile_radio
+32m05s368ms (2) 097 stats=0:"modem-data"
+32m10s869ms (3) 097 current=-166 ap_temp=28 pa_temp=30 skin_temp=30
+32m40s875ms (3) 097 current=-146 ap_temp=27 pa_temp=30 skin_temp=30
+32m41s824ms (1) 097 charge=3652
+32m41s929ms (2) 097
+job=u0a224:"com.google.android.apps.turbo/com.google.android.libraries.smartbattery.appusage.library
.InferAppBucketsJob"
+32m41s969ms (2) 097 wakeupap=u0a64:""
+32m41s969ms (1) 097 +mobile_radio
+32m42s065ms (1) 097 +wifi_scan
+32m42s423ms (2) 097
-job=u0a224:"com.google.android.apps.turbo/com.google.android.libraries.smartbattery.appusage.library.
InferAppBucketsJob"
+32m43s109ms (1) 097 -wifi_scan
+33m06s026ms (1) 097 -mobile_radio
+33m06s036ms (2) 097 stats=0:"modem-data"
+33m10s888ms (3) 097 current=-165 ap_temp=28 pa_temp=30 skin_temp=30
+33m23s222ms (2) 097 wakeupap=u0a341:""
+33m23s222ms (1) 097 +mobile_radio
+33m25s401ms (1) 097 +wifi_scan
+33m28s084ms (1) 097 -wifi_scan
+33m40s891ms (3) 097 current=-174 ap_temp=28 pa_temp=30 skin_temp=30
+34m10s918ms (3) 097 current=-152 ap_temp=27 pa_temp=30 skin_temp=30
+34m11s297ms (1) 097 -mobile_radio
+34m11s314ms (2) 097 stats=0:"modem-data"
+34m12s343ms (1) 097 charge=3648
+34m28s459ms (2) 097 wakeupap=u0a341:""
+34m28s459ms (1) 097 +mobile_radio
+34m40s909ms (3) 097 current=-174 ap_temp=28 pa_temp=30 skin_temp=30
+34m46s631ms (1) 097 -mobile_radio
+34m46s639ms (2) 097 stats=0:"modem-data"
+35m10s941ms (3) 097 current=-152 ap_temp=27 pa_temp=30 skin_temp=30
+35m12s768ms (1) 097 charge=3644
+35m40s937ms (3) 097 current=-147 ap_temp=27 pa_temp=30 skin_temp=30
+36m05s024ms (2) 097 wakeupap=u0a341:""
+36m05s024ms (1) 097 +mobile_radio
+36m05s515ms (1) 097 +wifi_scan
+36m08s192ms (1) 097 -wifi_scan
```

```
+36m10s955ms (3) 097 current=-169 ap_temp=28 pa_temp=30 skin_temp=30
+36m28s514ms (1) 097 -mobile_radio
+36m28s527ms (2) 097 stats=0:"modem-data"
+36m40s969ms (3) 097 current=-160 ap_temp=28 pa_temp=30 skin_temp=30
+36m43s301ms (1) 097 charge=3640
+36m46s031ms (2) 097 wakeupap=u0a341:""
+36m46s031ms (1) 097 +mobile_radio
+37m10s963ms (3) 097 current=-147 ap_temp=27 pa_temp=30 skin_temp=30
+37m40s979ms (3) 097 current=-171 ap_temp=27 pa_temp=30 skin_temp=30
+37m44s551ms (1) 097 -mobile_radio
+37m44s571ms (2) 097 stats=0:"modem-data"
+37m57s350ms (2) 097 wakeupap=u0a295:""
+37m57s350ms (1) 097 +mobile_radio
+38m07s594ms (1) 097 -mobile_radio
+38m07s614ms (2) 097 stats=0:"modem-data"
+38m08s065ms (2) 097 wakeupap=u0a341:""
+38m08s065ms (1) 097 +mobile_radio
+38m10s982ms (3) 097 current=-151 ap_temp=27 pa_temp=30 skin_temp=30
+38m13s843ms (1) 097 charge=3637
+38m33s700ms (1) 097 -mobile_radio
+38m33s715ms (2) 097 stats=0:"modem-data"
+38m39s586ms (2) 097 wakeupap=u0a341:""
+38m39s586ms (1) 097 +mobile_radio
+38m40s990ms (3) 097 current=-168 ap_temp=27 pa_temp=30 skin_temp=30
+38m45s631ms (1) 097 +wifi_scan
+38m48s299ms (1) 097 -wifi_scan
+38m49s832ms (1) 097 -mobile_radio
+38m49s843ms (2) 097 stats=0:"modem-data"
+39m10s979ms (3) 097 current=-154 ap_temp=27 pa_temp=30 skin_temp=30
+39m13s129ms (2) 097 wakeupap=u0a341:""
+39m13s129ms (1) 097 +mobile_radio
+39m28s996ms (1) 097 -mobile_radio
+39m29s010ms (2) 097 stats=0:"modem-data"
+39m33s919ms (2) 097 wakeupap=u0a295:""
+39m33s919ms (1) 097 +mobile_radio
+39m38s459ms (2) 097 stats=0:"get-stats"
+39m38s459ms (1) 097
+39m40s982ms (3) 097 current=-166 ap_temp=28 pa_temp=30 skin_temp=30
+39m44s479ms (1) 097 charge=3633
+39m51s265ms (1) 097 -mobile_radio
+39m51s280ms (2) 097 stats=0:"modem-data"
+40m10s983ms (3) 097 current=-155 ap_temp=27 pa_temp=30 skin_temp=30
+40m14s925ms (2) 097 wakeupap=u0a295:""
+40m14s925ms (1) 097 +mobile_radio
+40m21s376ms (2) 097 phone_signal_strength=good
+40m24s498ms (1) 097 conn=0:"CONNECTED"
+40m30s483ms (2) 097 phone_signal_strength=moderate
+40m30s535ms (2) 097 conn=0:"CONNECTED"
+40m32s498ms (1) 097 -mobile_radio
+40m32s509ms (2) 097 stats=0:"modem-data"
+40m40s997ms (3) 097 current=-169 ap_temp=28 pa_temp=30 skin_temp=30
+40m49s521ms (2) 097 wakeupap=u0a295:""
+40m49s521ms (1) 097 +mobile_radio
+41m10s990ms (3) 097 current=-152 ap_temp=27 pa_temp=30 skin_temp=30
+41m15s018ms (1) 097 charge=3629
+41m19s203ms (2) 097 stats=0:"procstate-change"
+41m19s203ms (1) 097
+41m25s629ms (1) 097 +wifi_scan
+41m28s326ms (1) 097 -wifi_scan
+41m41s008ms (3) 097 current=-184 ap_temp=28 pa_temp=30 skin_temp=30
+41m45s203ms (2) 096
      Details: cpu=86980u+180500s
              /proc/stat=81030 usr, 105030 sys, 450 io, 29320 irq, 7480 sirq, 6926900 idle (3.1% of
19h 51m 42s 100ms), SubsystemPowerState Empty
+41m45s204ms (2) 096 stats=0:"wakelock-change"
+41m56s457ms (1) 096 -mobile_radio
+41m56s470ms (2) 096 stats=0:"modem-data"
+42m01s060ms (2) 096 wakeupap=u0a295:""
+42m01s060ms (1) 096 +mobile_radio
```

HW_00099372

+42m10s992ms (3) 096 current=-151 ap_temp=28 pa_temp=30 skin_temp=30
+42m12s579ms (1) 096 -mobile_radio
+42m12s594ms (2) 096 stats=0:"modem-data"
+42m15s409ms (1) 096 charge=3625
+42m19s749ms (2) 096 stats=0:"procstate-change"
+42m19s749ms (1) 096
+42m19s890ms (2) 096 wakeupap=1073:""
+42m19s890ms (1) 096 +mobile_radio
+42m30s506ms (1) 096 -mobile_radio
+42m30s518ms (2) 096 stats=0:"modem-data"
+42m35s879ms (2) 096 wakeupap=u0a341:""
+42m35s879ms (1) 096 +mobile_radio
+42m41s042ms (3) 096 current=-173 ap_temp=28 pa_temp=30 skin_temp=30
+42m46s122ms (1) 096 -mobile_radio
+42m46s140ms (2) 096 stats=0:"modem-data"
+42m48s889ms (2) 096
+job=u0a237:"com.google.android.googlequicksearchbox/androidx.work.impl.background.systemjob.Syst
emJobService"
+42m48s902ms (2) 096
-job=u0a237:"com.google.android.googlequicksearchbox/androidx.work.impl.background.systemjob.Syst
emJobService"
+42m49s023ms (2) 096 wakeupap=u0a237:""
+42m49s023ms (1) 096 +mobile_radio
+42m59s692ms (1) 096 -mobile_radio
+42m59s705ms (2) 096 stats=0:"modem-data"
+43m11s016ms (3) 096 current=-180 ap_temp=28 pa_temp=30 skin_temp=30
+43m20s165ms (2) 096 stats=0:"procstate-change"
+43m20s165ms (1) 096
+43m37s634ms (2) 096 wakeupap=u0a295:""
+43m37s634ms (1) 096 +mobile_radio
+43m41s028ms (3) 096 current=-152 ap_temp=27 pa_temp=30 skin_temp=30
+43m46s030ms (1) 096 charge=3622
+43m54s980ms (1) 096 -mobile_radio
+43m54s993ms (2) 096 stats=0:"modem-data"
+44m05s677ms (1) 096 +wifi_scan
+44m08s382ms (1) 096 -wifi_scan
+44m11s030ms (3) 096 current=-149 ap_temp=28 pa_temp=30 skin_temp=30
+44m12s443ms (2) 096 wakeupap=u0a341:""
+44m12s443ms (1) 096 +mobile_radio
+44m36s204ms (1) 096 -mobile_radio
+44m36s217ms (2) 096 stats=0:"modem-data"
+44m41s049ms (3) 096 current=-172 ap_temp=27 pa_temp=30 skin_temp=30
+44m53s459ms (2) 096 wakeupap=u0a341:""
+44m53s459ms (1) 096 +mobile_radio
+45m11s049ms (3) 096 current=-157 ap_temp=27 pa_temp=30 skin_temp=30
+45m16s558ms (1) 096 charge=3618
+45m17s154ms (1) 096 -mobile_radio
+45m17s167ms (2) 096 stats=0:"modem-data"
+45m20s630ms (2) 096 stats=0:"procstate-change"
+45m20s630ms (1) 096
+45m34s471ms (2) 096 wakeupap=u0a341:""
+45m34s471ms (1) 096 +mobile_radio
+45m41s064ms (3) 096 current=-147 ap_temp=27 pa_temp=30 skin_temp=30
+45m58s122ms (1) 096 -mobile_radio
+45m58s137ms (2) 096 stats=0:"modem-data"
+46m15s492ms (2) 096 wakeupap=u0a341:""
+46m15s492ms (1) 096 +mobile_radio
+46m23s280ms (2) 096 phone_signal_strength=good
+46m28s741ms (2) 096 conn=0:"CONNECTED"
+46m35s293ms (2) 096 phone_signal_strength=moderate
+46m40s851ms (2) 096 conn=0:"CONNECTED"
+46m41s072ms (3) 096 current=-177 ap_temp=27 pa_temp=30 skin_temp=30
+46m45s223ms (1) 096 -mobile_radio
+46m45s338ms (2) 096 stats=0:"battery-level"
+46m45s338ms (1) 096
+46m45s505ms (2) 096 stats=0:"modem-data"
+46m45s644ms (1) 096 +wifi_scan
+46m47s197ms (1) 096 charge=3614
+46m48s341ms (1) 096 -wifi_scan

HW_00099373

```
+46m50s817ms (2) 096 wakeupap=u0a341:""
+46m50s817ms (1) 096 +mobile_radio
+46m54s758ms (2) 096 phone_signal_strength=good
+46m59s033ms (2) 096 conn=0:"CONNECTED"
+47m11s052ms (3) 096 current=-174 ap_temp=28 pa_temp=30 skin_temp=30
+47m22s656ms (2) 096 phone_signal_strength=moderate
+47m23s383ms (2) 096 conn=0:"CONNECTED"
+47m30s020ms (1) 096 -mobile_radio
+47m30s036ms (2) 096 stats=0:"modem-data"
+47m37s531ms (2) 096 wakeupap=u0a341:""
+47m37s531ms (1) 096 +mobile_radio
+47m41s088ms (3) 096 current=-148 ap_temp=27 pa_temp=30 skin_temp=30
+47m47s567ms (1) 096 charge=3611
+47m47s899ms (2) 096 phone_signal_strength=good
+47m50s938ms (2) 096 stats=0:"procstate-change"
+47m50s938ms (1) 096
+47m53s807ms (2) 096 conn=0:"CONNECTED"
+48m01s257ms (1) 096 -mobile_radio
+48m01s269ms (2) 096 stats=0:"modem-data"
+48m03s617ms (2) 096 phone_signal_strength=moderate
+48m05s982ms (2) 096 conn=0:"CONNECTED"
+48m11s072ms (3) 096 current=-161 ap_temp=27 pa_temp=30 skin_temp=30
+48m18s546ms (2) 096 wakeupap=u0a341:""
+48m18s546ms (1) 096 +mobile_radio
+48m41s097ms (3) 096 current=-151 ap_temp=27 pa_temp=30 skin_temp=30
+48m42s217ms (1) 096 -mobile_radio
+48m42s231ms (2) 096 stats=0:"modem-data"
+48m42s871ms (2) 096 wakeupap=u0a235:""
+48m42s871ms (1) 096 +mobile_radio
+48m52s917ms (2) 096 stats=0:"procstate-change"
+48m52s917ms (1) 096
+48m53s474ms (1) 096 -mobile_radio
+48m53s497ms (2) 096 stats=0:"modem-data"
+48m59s548ms (2) 096 wakeupap=u0a341:""
+48m59s548ms (1) 096 +mobile_radio
+49m11s100ms (3) 096 current=-159 ap_temp=27 pa_temp=30 skin_temp=30
+49m18s126ms (1) 096 charge=3607
+49m23s179ms (1) 096 -mobile_radio
+49m23s191ms (2) 096 stats=0:"modem-data"
+49m25s719ms (1) 096 +wifi_scan
+49m28s391ms (1) 096 -wifi_scan
+49m40s576ms (2) 096 wakeupap=u0a341:""
+49m40s576ms (1) 096 +mobile_radio
+49m41s105ms (3) 096 current=-166 ap_temp=27 pa_temp=30 skin_temp=30
+49m53s739ms (2) 096 stats=0:"procstate-change"
+49m53s739ms (1) 096
+50m11s111ms (3) 096 current=-164 ap_temp=28 pa_temp=30 skin_temp=30
+50m11s663ms (2) 096 phone_signal_strength=good
+50m13s542ms (2) 096 conn=0:"CONNECTED"
+50m18s017ms (2) 096 phone_signal_strength=moderate
+50m19s626ms (2) 096 conn=0:"CONNECTED"
+50m22s517ms (1) 096 +wifi_scan
+50m25s216ms (1) 096 -wifi_scan
+50m29s536ms (2) 096 phone_signal_strength=good
+50m31s736ms (2) 096 conn=0:"CONNECTED"
+50m34s653ms (2) 096 phone_signal_strength=moderate
+50m37s783ms (2) 096 conn=0:"CONNECTED"
+50m38s953ms (1) 096 -mobile_radio
+50m38s968ms (2) 096 stats=0:"modem-data"
+50m41s144ms (3) 096 current=-181 ap_temp=28 pa_temp=30 skin_temp=30
+50m48s691ms (1) 096 charge=3603
+50m51s490ms (2) 096 wakeupap=u0a295:""
+50m51s490ms (1) 096 +mobile_radio
+51m01s735ms (1) 096 -mobile_radio
+51m01s748ms (2) 096 stats=0:"modem-data"
+51m02s615ms (2) 096 wakeupap=u0a341:""
+51m02s615ms (1) 096 +mobile_radio
+51m11s125ms (3) 096 current=-155 ap_temp=27 pa_temp=30 skin_temp=30
+51m33s732ms (1) 096 -mobile_radio
```

```
+51m33s744ms (2) 096 stats=0:"modem-data"
+51m33s987ms (2) 096 wakeupap=u0a341:""
+51m33s987ms (1) 096 +mobile_radio
+51m41s160ms (3) 096 current=-171 ap_temp=27 pa_temp=30 skin_temp=30
+51m44s487ms (1) 096 -mobile_radio
+51m44s505ms (2) 096 stats=0:"modem-data"
+52m05s775ms (1) 096 +wifi_scan
+52m07s275ms (2) 096 wakeupap=u0a341:""
+52m07s275ms (1) 096 +mobile_radio
+52m08s456ms (1) 096 -wifi_scan
+52m11s145ms (3) 096 current=-162 ap_temp=27 pa_temp=30 skin_temp=30
+52m17s512ms (1) 096 -mobile_radio
+52m17s525ms (2) 096 stats=0:"modem-data"
+52m19s234ms (1) 096 charge=3599
+52m23s768ms (2) 096 wakeupap=1073:""
+52m23s768ms (1) 096 +mobile_radio
+52m28s139ms (2) 096 phone_signal_strength=good
+52m32s864ms (2) 096 conn=0:"CONNECTED"
+52m41s156ms (3) 096 current=-179 ap_temp=28 pa_temp=30 skin_temp=30
+52m45s217ms (2) 096 phone_signal_strength=moderate
+52m45s412ms (1) 096 -mobile_radio
+52m45s425ms (2) 096 stats=0:"modem-data"
+52m51s075ms (2) 096 conn=0:"CONNECTED"
+53m09s083ms (2) 096 wakeupap=u0a295:""
+53m09s083ms (1) 096 +mobile_radio
+53m11s168ms (3) 096 current=-154 ap_temp=27 pa_temp=30 skin_temp=30
+53m19s600ms (2) 096 volt=4283 charge=3596
+53m25s910ms (2) 096 phone_signal_strength=good
+53m27s586ms (2) 096 conn=0:"CONNECTED"
+53m34s188ms (2) 096 phone_signal_strength=moderate
+53m34s818ms (1) 096 -mobile_radio
+53m34s832ms (2) 096 stats=0:"modem-data"
+53m39s696ms (2) 096 conn=0:"CONNECTED"
+53m40s458ms (2) 096 wakeupap=u0a295:""
+53m40s458ms (1) 096 +mobile_radio
+53m41s173ms (3) 096 current=-173 ap_temp=27 pa_temp=30 skin_temp=30
+54m09s381ms (1) 096 -mobile_radio
+54m09s394ms (2) 096 stats=0:"modem-data"
+54m11s183ms (3) 096 current=-152 ap_temp=27 pa_temp=30 skin_temp=30
+54m14s244ms (2) 096 wakeupap=u0a295:""
+54m14s244ms (1) 096 +mobile_radio
+54m35s133ms (2) 096 phone_signal_strength=good
+54m35s491ms (1) 096 -mobile_radio
+54m35s503ms (2) 096 stats=0:"modem-data"
+54m40s312ms (2) 096 conn=0:"CONNECTED"
+54m41s178ms (3) 096 current=-172 ap_temp=28 pa_temp=30 skin_temp=30
+54m45s535ms (2) 096 phone_signal_strength=moderate
+54m45s761ms (1) 096 +wifi_scan
+54m46s359ms (2) 096 conn=0:"CONNECTED"
+54m48s458ms (1) 096 -wifi_scan
+54m49s064ms (2) 096 wakeupap=u0a341:""
+54m49s064ms (1) 096 +mobile_radio
+54m50s156ms (1) 096 charge=3592
+54m59s300ms (1) 096 -mobile_radio
+54m59s317ms (2) 096 stats=0:"modem-data"
+55m11s200ms (3) 096 current=-165 ap_temp=27 pa_temp=30 skin_temp=30
+55m22s374ms (2) 096 wakeupap=u0a253:""
+55m22s374ms (1) 096 +mobile_radio
+55m32s582ms (1) 096 -mobile_radio
+55m32s599ms (2) 096 stats=0:"modem-data"
+55m41s218ms (3) 096 current=-150 ap_temp=27 pa_temp=30 skin_temp=30
+55m50s549ms (2) 095
      Details: cpu=91290u+184660s
            /proc/stat=83800 usr, 104590 sys, 430 io, 29440 irq, 7490 sirq, 6923560 idle (3.2% of
19h 51m 33s 100ms), SubsystemPowerState Empty
+55m50s549ms (1) 095 stats=0:"wakelock-change"
+55m50s811ms (2) 095 wakeupap=u0a295:""
+55m50s811ms (1) 095 +mobile_radio
+56m08s165ms (1) 095 -mobile_radio
```

```
+56m08s180ms (2) 095 stats=0:"modem-data"
+56m11s211ms (3) 095 current=-148 ap_temp=27 pa_temp=30 skin_temp=30
+56m20s721ms (1) 095 charge=3588
+56m25s620ms (2) 095 wakeupap=u0a341:""
+56m25s620ms (1) 095 +mobile_radio
+56m41s209ms (3) 095 current=-150 ap_temp=27 pa_temp=30 skin_temp=29
+56m48s005ms (2) 095 phone_signal_strength=good
+56m53s918ms (2) 095 conn=0:"CONNECTED"
+56m57s582ms (1) 095 -mobile_radio
+56m57s596ms (2) 095 stats=0:"modem-data"
+57m03s210ms (2) 095 wakeupap=u0a295:""
+57m03s210ms (1) 095 +mobile_radio
+57m05s054ms (2) 095 phone_signal_strength=moderate
+57m06s068ms (2) 095 conn=0:"CONNECTED"
+57m11s212ms (3) 095 current=-161 ap_temp=27 pa_temp=30 skin_temp=30
+57m21s070ms (1) 095 charge=3584
+57m24s196ms (1) 095 -mobile_radio
+57m24s211ms (2) 095 stats=0:"modem-data"
+57m25s774ms (1) 095 +wifi_scan
+57m28s456ms (1) 095 -wifi_scan
+57m30s658ms (2) 095 phone_signal_strength=good
+57m36s501ms (2) 095 conn=0:"CONNECTED"
+57m36s999ms (2) 095 wakeupap=u0a295:""
+57m36s999ms (1) 095 +mobile_radio
+57m41s228ms (3) 095 current=-157 ap_temp=27 pa_temp=30 skin_temp=30
+57m52s029ms (2) 095 phone_signal_strength=moderate
+57m54s754ms (2) 095 conn=0:"CONNECTED"
+58m05s155ms (1) 095 -mobile_radio
+58m05s170ms (2) 095 stats=0:"modem-data"
+58m28s673ms (2) 095 wakeupap=u0a341:""
+58m28s673ms (1) 095 +mobile_radio
+58m41s240ms (3) 095 current=-162 ap_temp=27 pa_temp=30 skin_temp=29
+58m42s074ms (2) 095 stats=0:"write"
+58m42s074ms (1) 095
+58m50s761ms (2) 095 phone_signal_strength=good
+58m55s325ms (2) 095 conn=0:"CONNECTED"
+58m57s135ms (1) 095 -mobile_radio
+58m57s146ms (2) 095 stats=0:"modem-data"
+59m00s204ms (2) 095 wakeupap=u0a341:""
+59m00s204ms (1) 095 +mobile_radio
+59m02s816ms (2) 095 phone_signal_strength=moderate
+59m07s416ms (2) 095 conn=0:"CONNECTED"
+59m10s435ms (1) 095 -mobile_radio
+59m10s445ms (2) 095 stats=0:"modem-data"
+59m11s252ms (3) 095 current=-159 ap_temp=27 pa_temp=30 skin_temp=30
+59m13s562ms (2) 095 wakeupap=u0a295:""
+59m13s562ms (1) 095 +mobile_radio
+59m21s791ms (1) 095 charge=3581
+59m41s255ms (3) 095 current=-149 ap_temp=27 pa_temp=30 skin_temp=29
+59m43s973ms (1) 095 -mobile_radio
+59m43s995ms (2) 095 stats=0:"modem-data"
+59m45s002ms (2) 095 wakeupap=u0a295:""
+59m45s002ms (1) 095 +mobile_radio
+59m46s797ms (2) 095 stats=0:"procstate-change"
+59m46s797ms (1) 095
+59m58s053ms (1) 095 -mobile_radio
+59m58s071ms (2) 095 stats=0:"modem-data"
+1h00m05s813ms (1) 095 +wifi_scan
+1h00m08s501ms (1) 095 -wifi_scan
+1h00m11s279ms (3) 095 current=-168 ap_temp=28 pa_temp=30 skin_temp=30
+1h00m18s338ms (2) 095 phone_signal_strength=good
+1h00m18s787ms (2) 095 wakeupap=u0a295:""
+1h00m18s787ms (1) 095 +mobile_radio
+1h00m20s191ms (2) 095 conn=0:"CONNECTED"
+1h00m20s392ms (2) 095 stats=0:"battery-state"
+1h00m20s403ms (2) 095 +audio
+1h00m20s484ms (2) 095
+tmpwhitelist=u0a235:"broadcast:u0a235:com.google.android.gms.location.quake.ACTION_PASSIVE,re
ason:null"
```

```
      +1h00m20s493ms (1) 095 +gps
      +1h00m20s392ms (3) 095
      +1h00m20s513ms (6) 095 status=charging plug=usb temp=290 volt=4270 txshare_event=0x0
online=4 current_event=0x40000004 misc_event=0x10000 charge=3577 +plugged
      +1h00m20s562ms (2) 095 -audio
      +1h00m20s576ms (2) 095 phone_signal_strength=moderate
      +1h00m20s579ms (2) 095 +audio
      +1h00m20s584ms (1) 095 +wifi_scan
      +1h00m20s676ms (1) 095 +usb_data
      +1h00m21s068ms (2) 095 -top=u0a280:"com.sec.android.app.popupcalculator"
      +1h00m21s084ms (2) 095 +top=u0a54:"android.process.media"
      +1h00m21s630ms (1) 095 -wifi_scan
      +1h00m21s659ms (1) 095 -gps
      +1h00m21s659ms (2) 095 -audio
      +1h00m23s147ms (2) 095 -top=u0a54:"android.process.media"
      +1h00m23s147ms (2) 095 +top=u0a280:"com.sec.android.app.popupcalculator"
      +1h00m26s243ms (2) 095 conn=0:"CONNECTED"
      +1h00m27s188ms (2) 095 stats=0:"dump"
Per-PID Stats:
   PID 1447 wake time: +2s182ms
   PID 2670 wake time: +683ms
   PID 2752 wake time: +10s13ms
   PID 2670 wake time: +32s107ms
   PID 0 wake time: +9s505ms
   PID 1447 wake time: +1ms
   PID 1447 wake time: +273ms
   PID 0 wake time: +3s428ms
   PID 1447 wake time: +274ms
   PID 2689 wake time: +3s950ms
   PID 1447 wake time: +76ms
   PID 1447 wake time: +34ms
   PID 1447 wake time: +27ms
   PID 1447 wake time: +499ms
   PID 16772 wake time: +7ms
   PID 1447 wake time: +42ms
   PID 2670 wake time: +15ms
   PID 16772 wake time: +3s526ms
   PID 1447 wake time: +20ms
   PID 17453 wake time: +371ms
   PID 1447 wake time: +1s422ms
   PID 16772 wake time: +1s261ms
   PID 28020 wake time: +13ms
Discharge step durations:
   #0: +14m5s346ms to 95 (screen-on, power-save-on, device-idle-off)
   #1: +13m35s47ms to 96 (screen-on, power-save-on, device-idle-off)
   #2: +14m5s185ms to 97 (screen-on, power-save-on, device-idle-off)
   #3: +9m3s184ms to 98 (screen-on, power-save-on, device-idle-off)
   Estimated screen on power save time: 21h 10m 19s 0ms
Daily stats:
   Current start time: 2024-03-27-01-35-20
   Next min deadline: 2024-03-28-01-00-00
   Next max deadline: 2024-03-28-03-00-00
   Current daily discharge step durations:
   #0: +14m5s346ms to 95 (screen-on, power-save-on, device-idle-off)
   #1: +13m35s47ms to 96 (screen-on, power-save-on, device-idle-off)
   #2: +14m5s185ms to 97 (screen-on, power-save-on, device-idle-off)
   #3: +9m3s184ms to 98 (screen-on, power-save-on, device-idle-off)
     Discharge total time: 21h 10m 19s 0ms  (from 4 steps)
     Discharge screen on power save time: 21h 10m 19s 0ms  (from 4 steps)
   Current daily charge step durations:
   #0: +2m23s421ms to 100 (power-save-on, device-idle-off)
   #1: +1m52s395ms to 99 (power-save-on, device-idle-off)
   #2: +1m32s222ms to 98 (power-save-on, device-idle-off)
   #3: +1m21s824ms to 97 (power-save-on, device-idle-off)
   #4: +1m11s612ms to 96 (power-save-on, device-idle-off)
   #5: +1m11s684ms to 95 (power-save-on, device-idle-off)
   #6: +51s86ms to 94 (power-save-on, device-idle-off)
     Charge total time: 2h 28m 37s 700ms  (from 7 steps)
   Daily from 2024-03-26-22-15-18 to 2024-03-27-01-35-20:
```

Discharge step durations:
 #0: +9m33s274ms to 91 (screen-on, power-save-off, device-idle-off)
 #1: +8m32s992ms to 92 (screen-on, power-save-off, device-idle-off)
 #2: +9m3s255ms to 93 (screen-on, power-save-off, device-idle-off)
 #3: +6m32s347ms to 94 (screen-on, power-save-off, device-idle-off)
 #4: +6m2s110ms to 95 (screen-on, power-save-off, device-idle-off)
 #5: +5m31s893ms to 96 (screen-on, power-save-off, device-idle-off)
 #6: +5m31s869ms to 97 (screen-on, power-save-off, device-idle-off)
 #7: +7m2s460ms to 98 (screen-on, power-save-off, device-idle-off)
 #8: +5m31s712ms to 22 (screen-on, power-save-off, device-idle-off)
 #9: +5m31s698ms to 23 (screen-on, power-save-off, device-idle-off)
 #10: +4m31s402ms to 24 (screen-on, power-save-off, device-idle-off)
   Discharge total time: 11h 7m 25s 500ms  (from 11 steps)
   Discharge screen on time: 11h 7m 25s 500ms  (from 11 steps)
Charge step durations:
 #0: +1h9m38s473ms to 92 (screen-on, device-idle-off)
 #1: +1m42s153ms to 100 (power-save-off, device-idle-off)
 #2: +1m42s243ms to 99 (power-save-off, device-idle-off)
 #3: +1m31s939ms to 98 (power-save-off, device-idle-off)
 #4: +1m11s601ms to 97 (power-save-off, device-idle-off)
 #5: +1m21s877ms to 96 (power-save-off, device-idle-off)
 #6: +1m1s447ms to 95 (power-save-off, device-idle-off)
 #7: +1m1s283ms to 94 (power-save-off, device-idle-off)
 #8: +1m1s333ms to 93 (power-save-off, device-idle-off)
 #9: +51s127ms to 92 (power-save-off, device-idle-off)
 #10: +51s79ms to 91 (power-save-off, device-idle-off)
 #11: +50s981ms to 90 (power-save-off, device-idle-off)
 #12: +51s139ms to 89 (power-save-off, device-idle-off)
 #13: +41s32ms to 88 (power-save-off, device-idle-off)
 #14: +51s168ms to 87 (power-save-off, device-idle-off)
 #15: +51s143ms to 86 (power-save-off, device-idle-off)
 #16: +51s139ms to 85 (power-save-off, device-idle-off)
 #17: +40s827ms to 84 (power-save-off, device-idle-off)
 #18: +51s188ms to 83 (power-save-off, device-idle-off)
 #19: +51s74ms to 82 (power-save-off, device-idle-off)
 #20: +51s141ms to 81 (power-save-off, device-idle-off)
 #21: +40s865ms to 80 (power-save-off, device-idle-off)
 #22: +51s105ms to 79 (power-save-off, device-idle-off)
 #23: +40s926ms to 78 (power-save-off, device-idle-off)
 #24: +51s86ms to 77 (power-save-off, device-idle-off)
 #25: +30s640ms to 76 (power-save-off, device-idle-off)
 #26: +40s906ms to 75 (power-save-off, device-idle-off)
 #27: +40s880ms to 74 (power-save-off, device-idle-off)
 #28: +30s621ms to 73 (power-save-off, device-idle-off)
 #29: +40s850ms to 72 (power-save-off, device-idle-off)
 #30: +30s759ms to 71 (power-save-off, device-idle-off)
 #31: +40s945ms to 70 (power-save-off, device-idle-off)
 #32: +30s609ms to 69 (power-save-off, device-idle-off)
 #33: +40s846ms to 68 (power-save-off, device-idle-off)
 #34: +30s685ms to 67 (power-save-off, device-idle-off)
 #35: +40s879ms to 66 (power-save-off, device-idle-off)
 #36: +30s787ms to 65 (power-save-off, device-idle-off)
 #37: +30s735ms to 64 (power-save-off, device-idle-off)
 #38: +40s953ms to 63 (power-save-off, device-idle-off)
 #39: +30s744ms to 62 (power-save-off, device-idle-off)
 #40: +40s942ms to 61 (power-save-off, device-idle-off)
 #41: +30s698ms to 60 (power-save-off, device-idle-off)
 #42: +30s681ms to 59 (power-save-off, device-idle-off)
 #43: +40s945ms to 58 (power-save-off, device-idle-off)
 #44: +30s687ms to 57 (power-save-off, device-idle-off)
 #45: +40s979ms to 56 (power-save-off, device-idle-off)
 #46: +30s658ms to 55 (power-save-off, device-idle-off)
 #47: +30s735ms to 54 (power-save-off, device-idle-off)
 #48: +40s905ms to 53 (power-save-off, device-idle-off)
 #49: +30s669ms to 52 (power-save-off, device-idle-off)
 #50: +40s941ms to 51 (power-save-off, device-idle-off)
 #51: +30s603ms to 50 (power-save-off, device-idle-off)
 #52: +30s635ms to 49 (power-save-off, device-idle-off)
 #53: +30s663ms to 48 (power-save-off, device-idle-off)

```
#54: +30s744ms to 47 (power-save-off, device-idle-off)
#55: +30s679ms to 46 (power-save-off, device-idle-off)
#56: +30s725ms to 45 (power-save-off, device-idle-off)
#57: +40s930ms to 44 (power-save-off, device-idle-off)
#58: +30s649ms to 43 (power-save-off, device-idle-off)
#59: +30s692ms to 42 (power-save-off, device-idle-off)
#60: +30s624ms to 41 (power-save-off, device-idle-off)
#61: +30s720ms to 40 (power-save-off, device-idle-off)
#62: +40s876ms to 39 (power-save-off, device-idle-off)
#63: +30s728ms to 38 (power-save-off, device-idle-off)
#64: +30s667ms to 37 (power-save-off, device-idle-off)
#65: +40s928ms to 36 (power-save-off, device-idle-off)
#66: +40s868ms to 35 (power-save-off, device-idle-off)
#67: +30s680ms to 34 (power-save-off, device-idle-off)
#68: +40s917ms to 33 (power-save-off, device-idle-off)
#69: +40s859ms to 32 (power-save-off, device-idle-off)
#70: +40s848ms to 31 (power-save-off, device-idle-off)
#71: +40s863ms to 30 (power-save-off, device-idle-off)
#72: +40s807ms to 29 (power-save-off, device-idle-off)
#73: +40s845ms to 28 (power-save-off, device-idle-off)
#74: +40s818ms to 27 (power-save-off, device-idle-off)
#75: +40s798ms to 26 (power-save-off, device-idle-off)
#76: +30s589ms to 25 (power-save-off, device-idle-off)
#77: +42m10s563ms to 24 (screen-on, power-save-off, device-idle-off)
#78: +4m45s191ms to 24 (power-save-off, device-idle-off)
  Charge total time: 3h 36m 9s 0ms  (from 79 steps)
  Charge screen on time: 2d 22h 17m 36s 300ms  (from 1 steps)
Package changes:
  Update com.google.android.apps.restore vers=509024
  Update com.google.android.apps.restore vers=509024
  Update com.sec.android.easyMover vers=375407130
  Update com.sec.android.easyMover vers=375407130
  Update android.autoinstalls.config.samsung vers=1002
  Update android.autoinstalls.config.samsung vers=1002
  Update com.android.vending vers=84023230
  Update com.android.vending vers=84023230
  Update com.google.android.apps.youtube.music vers=64454240
  Update com.google.android.apps.youtube.music vers=64454240
  Update com.google.android.youtube vers=1545070016
  Update com.google.android.youtube vers=1545070016
  Update com.amazon.mShop.android.shopping vers=1241268011
  Update com.amazon.mShop.android.shopping vers=1241268011
  Update com.google.android.apps.tachyon vers=5078769
  Update com.google.android.apps.tachyon vers=5078769
  Update com.supercell.clashofclans vers=160137014
  Update com.supercell.clashofclans vers=160137014
  Update com.google.android.gms vers=240812039
  Update com.google.android.gms vers=240812039
  Update com.dropbox.android vers=36820200
  Update com.dropbox.android vers=36820200
  Update com.google.android.apps.docs vers=213528872
  Update com.google.android.apps.docs vers=213528872
  Update com.samsung.android.app.watchmanager vers=2124021661
  Update com.samsung.android.app.watchmanager vers=2124021661
  Update com.sec.android.app.shealth vers=6265017
  Update com.sec.android.app.shealth vers=6265017
  Update com.samsung.android.app.notes vers=441071000
  Update com.samsung.android.app.notes vers=441071000
  Update com.samsung.android.voc vers=480304000
  Update com.samsung.android.voc vers=480304000
  Update com.spotify.music vers=112202063
  Update com.spotify.music vers=112202063
  Update com.facebook.orca vers=320009330
  Update com.facebook.orca vers=320009330
  Update com.samsung.android.oneconnect vers=181322010
  Update com.samsung.android.oneconnect vers=181322010
  Update com.facebook.katana vers=450214597
  Update com.facebook.katana vers=450214597
  Update com.facebook.katana vers=450214597
```

```
        Update com.samsung.sree vers=320101000
        Update com.samsung.sree vers=320101000
        Update com.microsoft.office.officehubrow vers=43960443
        Update com.microsoft.office.officehubrow vers=43960443
        Update com.microsoft.office.outlook vers=42410810
        Update com.microsoft.office.outlook vers=42410810
        Update com.linkedin.android vers=182900
        Update com.linkedin.android vers=182900
        Update com.google.android.videos vers=439163715
        Update com.google.android.videos vers=439163715
        Update com.google.android.apps.photos vers=48860195
        Update com.google.android.apps.photos vers=48860195
        Update com.google.android.googlequicksearchbox vers=301246247
        Update com.google.android.googlequicksearchbox vers=301246247
        Update com.facebook.services vers=574095967
        Update com.facebook.services vers=574095967
        Update com.facebook.services vers=574095967
        Update com.facebook.system vers=574095901
        Update com.facebook.system vers=574095901
        Update com.facebook.system vers=574095901
        Update com.facebook.appmanager vers=574096167
        Update com.facebook.appmanager vers=574096167
        Update com.facebook.appmanager vers=574096167
        Update flipboard.app vers=5426
        Update flipboard.app vers=5426
        Update com.king.candycrushsaga vers=12741011
        Update com.king.candycrushsaga vers=12741011
        Update com.instagram.android vers=372406062
        Update com.instagram.android vers=372406062
        Update com.pandora.android vers=24011009
        Update com.pandora.android vers=24011009
        Update com.snapchat.android vers=123122
        Update com.snapchat.android vers=123122
        Update com.yahoo.mobile.client.android.finance vers=1330786280
        Update com.yahoo.mobile.client.android.finance vers=1330786280
        Update com.weather.Weather vers=1069010149
        Update com.weather.Weather vers=1069010149
        Update com.cnn.mobile.android.phone vers=11994920
        Update com.cnn.mobile.android.phone vers=11994920
Statistics since last charge:
  System starts: 0, currently on battery: false
  Estimated battery capacity: 3880 mAh
  Last learned battery capacity: 4000 mAh
  Min learned battery capacity: 4000 mAh
  Max learned battery capacity: 4000 mAh
  Time on battery: 1h 0m 20s 513ms (99.7%) realtime, 1h 0m 20s 512ms (100.0%) uptime
  Time on battery screen off: 0ms (0.0%) realtime, 0ms (0.0%) uptime
  Time on battery screen doze: 0ms (0.0%)
  Total run time: 1h 0m 32s 112ms realtime, 1h 0m 32s 111ms uptime
  Charge time remaining: 20m 26s 0ms
  Discharge: 165 mAh
  Screen off discharge: 0 mAh
  Screen doze discharge: 0 mAh
  Screen on discharge: 165 mAh
  Device light doze discharge: 0 mAh
  Device deep doze discharge: 0 mAh
  Start clock time: 2024-03-27-01-48-32
  Screen on: 1h 0m 20s 513ms (100.0%) 0x, Interactive: 1h 0m 20s 513ms (100.0%)
  Screen brightnesses:
    dim 1h 0m 20s 513ms (100.0%) -- auto 1h 0m 20s 513ms
  Screen refresh rate:
    NORMAL 1h 0m 20s 513ms
  Power save mode enabled: 1h 0m 20s 513ms (100.0%)
  Connectivity changes: 43
  Mobile active info
    Mobile active time: 37m 22s 276ms
    Mobile active 5G time: 0ms
CONNECTIVITY POWER SUMMARY START
Logging duration for connectivity statistics: 1h 0m 20s 513ms
```

HW_00099380

Cellular Statistics:
  Cellular kernel active time: 37m 18s 742ms (61.8%)
  Cellular Sleep time:  56m 25s 38ms (93.5%)
  Cellular Idle time:   17s 904ms (0.5%)
  Cellular Rx time:    3m 25s 94ms (5.7%)
  Cellular Tx time:
    less than 0dBm:  1s 465ms (0.0%)
    0dBm to 8dBm:  2s 883ms (0.1%)
    8dBm to 15dBm:  242ms (0.0%)
    15dBm to 20dBm:  1s 176ms (0.0%)
    above 20dBm:  437ms (0.0%)
  Active Cellular Radio Access Technology Breakdown:
    LTE:
      All frequencies:
        Signal Strength Time:
          moderate: 33m 42s 414ms (90.3%)
          good:    3m 39s 862ms (9.8%)
        Tx Time:
          moderate: 270ms (0.0%)
          good:    427ms (0.0%)
        Rx Time: 3m 28s 263ms (9.3%)
  Cellular data received: 242.94KB
  Cellular data sent: 206.71KB
  Cellular packets received: 1342
  Cellular packets sent: 1449
  Cellular Radio Access Technology:
    lte 1h 0m 20s 513ms (100.0%)
  Cellular Rx signal strength (RSRP):
    moderate (-118dBm to -108dBm):  55m 56s 654ms (92.7%)
    good (-108dBm to -98dBm):  4m 23s 859ms (7.3%)
Wifi Statistics:
  Wifi kernel active time: 0ms (0.0%)
  WiFi Scan time:  1m 9s 959ms (1.9%)
  WiFi Sleep time:  34m 56s 769ms (57.9%)
  WiFi Idle time:   25m 22s 467ms (42.1%)
  WiFi Rx time:    1s 2ms (0.0%)
  WiFi Tx time:    275ms (0.0%)
  WiFi Battery drain: 0.510mAh
  Wifi data received: 0B
  Wifi data sent: 0B
  Wifi packets received: 0
  Wifi packets sent: 0
  Wifi states:
    disconn 1h 0m 20s 513ms (100.0%)
  Wifi supplicant states:
    disconn 1h 0m 20s 513ms (100.0%)
  Wifi Rx signal strength (RSSI):
    great (greater than -55dBm): 1h 0m 20s 513ms (100.0%)
GPS Statistics:
  GPS signal quality (Top 4 Average CN0):
    poor (less than 20 dBHz): 0ms (0.0%)
    good (greater than 20 dBHz): 0ms (0.0%)
  GPS run time while screen on: 20ms
CONNECTIVITY POWER SUMMARY END
Bluetooth total received: 0B, sent: 0B
Bluetooth scan time: 1h 0m 20s 513ms
  Bluetooth Idle time:   5m 43s 690ms (9.5%)
  Bluetooth Rx time:    13m 11s 83ms (21.9%)
  Bluetooth Tx time:    7s 695ms (0.2%)
Speaker Statistics:
  level(media) 11: 1s 920ms
Device battery use since last full charge
  Amount discharged (lower bound): 4
  Amount discharged (upper bound): 5
  Amount discharged while screen on: 5
  Amount discharged permil while screen on: 44
  Amount discharged while screen off: 0
  Amount discharged permil while screen off: 0
  Amount discharged while screen doze: 0

Estimated power use (mAh):
  Capacity: 4000, Rated: 3880, Typical: 4000, Computed drain: 164, actual drain: 160-200
  Global
    screen: 183 apps: 183 duration: 1h 0m 20s 513ms
    cpu: 11.2 apps: 11.2
    audio: 0.0522 apps: 0.0522 duration: 2s 293ms
    system_services: 1.18 apps: 1.18
    mobile_radio: 118 apps: 32.7 duration: 37m 18s 742ms
    sensors: 0.982 apps: 0.982
    gnss: 0.000278 apps: 0.000278
    wifi: 0.510 apps: 0.0671 duration: 25m 22s 488ms
    idle: 33.5 apps: 0 duration: 1h 0m 20s 513ms
    UID u0a280: 185 fg: 1.04 ( screen=183 (1h 0m 20s 513ms) cpu=1.04 (1m 47s 162ms) cpu:fg=1.04 (1m 4s 229ms) system_services=0.0287 )
    UID 1073: 28.1 fg: 28.1 ( cpu=0.0586 (4s 768ms) cpu:fg=0.0586 (2s 835ms) mobile_radio=28.1 (9m 40s 213ms) mobile_radio:fg=28.1 )
    UID 1000: 4.23 ( cpu=4.43 (6m 9s 500ms) sensors=0.981 (6h 42m 21s 215ms) reattributed=-1.17907954 )
    UID 0: 3.34 ( cpu=3.34 (8m 38s 587ms) )
    UID u0a64: 2.54 bg: 2.54 ( cpu=0.00130 (99ms) cpu:bg=0.00130 (31ms) system_services=0.00311 mobile_radio=2.54 (52s 454ms) mobile_radio:bg=2.54 )
    UID u0a237: 1.98 fg: 1.92 ( cpu=0.0287 (1s 770ms) cpu:fg=0.0287 (731ms) system_services=0.0545 mobile_radio=1.90 (39s 198ms) mobile_radio:fg=1.90 )
    UID u0a249: 0.756 cached: 0.237 ( cpu=0.237 (21s 166ms) cpu:cached=0.237 (13s 238ms) system_services=0.518 )
    UID 1001: 0.627 fg: 0.627 ( cpu=0.627 (41s 405ms) cpu:fg=0.627 (24s 802ms) )
    UID u0a40: 0.517 fg: 0.310 ( cpu=0.304 (18s 274ms) cpu:fg=0.310 (8s 329ms) audio=0.0522 (2s 293ms) system_services=0.161 sensors=0.000503 (30m 10s 256ms) )
    UID u0a235: 0.495 fg: 0.391 ( cpu=0.144 (7s 77ms) cpu:fg=0.148 (4s 170ms) system_services=0.108 mobile_radio=0.243 (5s 23ms) mobile_radio:fg=0.243 sensors=0.00000675 (2s 25ms) gnss=0.000278 (20ms) )
    UID u0a340: 0.142 cached: 0.126 ( cpu=0.126 (10s 62ms) cpu:cached=0.126 (7s 712ms) system_services=0.0166 )
    UID u0a295: 0.116 cached: 0.0579 ( cpu=0.0580 (5s 10ms) cpu:cached=0.0579 (2s 376ms) system_services=0.0582 )
    UID u0a253: 0.111 cached: 0.0699 ( cpu=0.0699 (6s 71ms) cpu:cached=0.0699 (3s 631ms) system_services=0.0406 )
    UID u0a111: 0.104 fg: 0.103 ( cpu=0.103 (3s 97ms) cpu:fg=0.103 (2s 239ms) system_services=0.00112 )
    UID u0a341: 0.0974 cached: 0.0545 ( cpu=0.0545 (4s 672ms) cpu:cached=0.0545 (2s 299ms) system_services=0.0429 )
    UID 1010: 0.0817 fg: 0.0671 ( cpu=0.0146 (1s 391ms) wifi=0.0671 (1s 256ms) wifi:fg=0.0671 )
    UID 1036: 0.0794 ( cpu=0.0794 (9s 410ms) )
    UID u0a108: 0.0674 cached: 0.0601 ( cpu=0.0601 (4s 633ms) cpu:cached=0.0601 (3s 994ms) system_services=0.00724 )
    UID u0a349: 0.0670 bg: 0.0293 cached: 0.0143 ( cpu=0.0436 (2s 492ms) cpu:bg=0.0293 (2ms) cpu:cached=0.0143 (962ms) system_services=0.0233 )
    UID u0a347: 0.0591 cached: 0.0532 ( cpu=0.0535 (5s 581ms) cpu:cached=0.0532 system_services=0.00553 )
    UID u0a236: 0.0523 bg: 0.0000175 cached: 0.0359 ( cpu=0.0360 (3s 285ms) cpu:bg=0.0000175 cpu:cached=0.0359 (1s 814ms) system_services=0.0163 )
    UID u0a206: 0.0399 bg: 0.0288 ( cpu=0.0288 (2s 233ms) cpu:bg=0.0288 (2s 63ms) system_services=0.0111 )
    UID 1066: 0.0358 ( cpu=0.0358 (3s 89ms) )
    UID u0a45: 0.0300 cached: 0.0152 ( cpu=0.0152 (776ms) cpu:cached=0.0152 (487ms) system_services=0.0148 )
    UID 5009: 0.0256 cached: 0.0256 ( cpu=0.0256 (1s 915ms) cpu:cached=0.0256 (1s 930ms) )
    UID u0a218: 0.0242 cached: 0.0241 ( cpu=0.0241 (1s 952ms) cpu:cached=0.0241 (1s 836ms) system_services=0.0000865 )
    UID 1069: 0.0229 ( cpu=0.0229 (2s 812ms) )
    UID u0a224: 0.0203 bg: 0.00727 cached: 0.00304 ( cpu=0.0102 (469ms) cpu:bg=0.00727 cpu:cached=0.00304 (193ms) system_services=0.0100 )
    UID u0a265: 0.0181 fg: 0.00324 ( cpu=0.00324 (146ms) cpu:fg=0.00324 (37ms) system_services=0.0149 )
    UID u0a266: 0.0164 bg: 0.00380 cached: 0.00357 ( cpu=0.00737 (517ms) cpu:bg=0.00380 cpu:cached=0.00357 (127ms) system_services=0.00899 )
    UID u0a65: 0.0143 bg: 0.00371 cached: 0.00130 ( cpu=0.00501 (116ms) cpu:bg=0.00371 cpu:cached=0.00130 system_services=0.00925 )
    UID u0a68: 0.0139 bg: 0.00382 cached: 0.00324 ( cpu=0.00705 (171ms) cpu:bg=0.00382

cpu:cached=0.00324 (45ms) system_services=0.00683 )
UID 2903: 0.0121 ( cpu=0.0121 (1s 169ms) )
UID 1041: 0.0110 ( cpu=0.0110 (1s 163ms) )
UID 5023: 0.00944 bg: 0.00428 cached: 0.00516 ( cpu=0.00944 (432ms) cpu:bg=0.00428
cpu:cached=0.00516 (16ms) )
UID 1047: 0.00909 ( cpu=0.00909 (784ms) )
UID u0a132: 0.00871 fg: 0.00240 ( cpu=0.00240 (64ms) cpu:fg=0.00240 (12ms)
system_services=0.00631 )
UID u0a51: 0.00750 bg: 0.00246 ( cpu=0.00246 (91ms) cpu:bg=0.00246 (18ms)
system_services=0.00504 )
UID 1002: 0.00737 fg: 0.00735 ( cpu=0.00737 (748ms) cpu:fg=0.00735 (349ms) )
UID 1021: 0.00472 ( cpu=0.00472 (401ms) )
UID 9999: 0.00440 ( cpu=0.00440 (362ms) )
UID 5013: 0.00363 fg: 0.00371 ( cpu=0.00363 (211ms) cpu:fg=0.00371 (71ms) )
UID 1013: 0.00316 ( cpu=0.00316 (249ms) )
UID 2000: 0.00275 ( cpu=0.00275 (370ms) )
UID 1046: 0.00195 ( cpu=0.00195 (150ms) )
UID u0a183: 0.00191 bg: 0.000431 cached: 0.000353 ( cpu=0.000784 (42ms) cpu:bg=0.000431
cpu:cached=0.000353 (11ms) system_services=0.00112 )
UID u0a264: 0.00172 fg: 0.000319 bg: 0.0000132 ( cpu=0.000333 (14ms) cpu:fg=0.000319
cpu:bg=0.0000132 cpu:cached=0 (2ms) system_services=0.00138 )
UID u0a153: 0.00163 cached: 0.00155 ( cpu=0.00155 (121ms) cpu:cached=0.00155 (105ms)
system_services=0.0000865 )
UID u0a92: 0.00136 fg: 0.000852 cached: 0.0000805 ( cpu=0.000933 (60ms) cpu:fg=0.000852
cpu:cached=0.0000805 (23ms) system_services=0.000432 )
UID 5010: 0.00120 cached: 0.00120 ( cpu=0.00120 (16ms) cpu:cached=0.00120 (14ms) )
UID u0a60: 0.00120 cached: 0.00120 ( cpu=0.00120 (1ms) cpu:cached=0.00120 (1ms) )
UID u0a181: 0.00115 cached: 0.00115 ( cpu=0.00115 cpu:cached=0.00115 (32ms) )
UID u0a99: 0.00109 cached: 0.00109 ( cpu=0.00109 (1ms) cpu:cached=0.00109 (21ms) )
UID u0a75: 0.00103 cached: 0.00103 ( cpu=0.00103 (1ms) cpu:cached=0.00103 )
UID u0a116: 0.000982 cached: 0.000982 ( cpu=0.000982 cpu:cached=0.000982 (10ms) )
UID u0a244: 0.000982 cached: 0.000982 ( cpu=0.000982 cpu:cached=0.000982 )
UID u0a170: 0.000976 fg: 0.0000904 cached: 0.000108 ( cpu=0.000198 (4ms) cpu:fg=0.0000904
cpu:cached=0.000108 system_services=0.000778 )
UID u0a81: 0.000944 cached: 0.000944 ( cpu=0.000944 cpu:cached=0.000944 )
UID u0a130: 0.000852 cached: 0.000852 ( cpu=0.000852 cpu:cached=0.000852 )
UID u0a78: 0.000836 cached: 0.000836 ( cpu=0.000836 cpu:cached=0.000836 (8ms) )
UID u0a52: 0.000824 cached: 0.000824 ( cpu=0.000824 cpu:cached=0.000824 (8ms) )
UID u0a217: 0.000824 cached: 0.000824 ( cpu=0.000824 cpu:cached=0.000824 )
UID u0a82: 0.000789 cached: 0.000789 ( cpu=0.000789 cpu:cached=0.000789 (5ms) )
UID u0a43: 0.000754 cached: 0.000754 ( cpu=0.000754 cpu:cached=0.000754 (7ms) )
UID u0a137: 0.000741 bg: 0.000110 cached: 0.000173 ( cpu=0.000283 (18ms) cpu:bg=0.000110
cpu:cached=0.000173 system_services=0.000458 )
UID u0a54: 0.000728 bg: 0.0000903 cached: 0.0000330 ( cpu=0.000123 (4ms) cpu:bg=0.0000903
cpu:cached=0.0000330 system_services=0.000605 )
UID 1017: 0.000644 ( cpu=0.000644 (37ms) )
UID u0a233: 0.000526 fg: 0.000267 ( cpu=0.000267 (18ms) cpu:fg=0.000267 (13ms)
system_services=0.000259 )
UID u0a285: 0.000525 bg: 0.000266 ( cpu=0.000266 (15ms) cpu:bg=0.000266 (3ms)
system_services=0.000259 )
UID 5555: 0.000455 ( cpu=0.000455 (42ms) )
UID u0a84: 0.000418 fg: 0.000331 ( cpu=0.000331 (18ms) cpu:fg=0.000331 (5ms)
system_services=0.0000865 )
UID 5012: 0.000417 bg: 0.000263 cached: 0.000153 ( cpu=0.000417 (22ms) cpu:bg=0.000263
cpu:cached=0.000153 (2ms) )
UID 1040: 0.000294 ( cpu=0.000294 (17ms) )
UID 1027: 0.000286 fg: 0.000303 ( cpu=0.000286 (15ms) cpu:fg=0.000303 (4ms) )
UID u0a267: 0.000239 fg: 0.000215 ( cpu=0.000152 (13ms) cpu:fg=0.000215 (11ms)
system_services=0.0000865 )
UID u0a258: 0.000175 fg: 0.0000883 ( cpu=0.0000883 (1ms) cpu:fg=0.0000883
system_services=0.0000865 )
UID u0a221: 0.000159 fg: 0.0000728 ( cpu=0.0000728 cpu:fg=0.0000728 system_services=0.0000865
)
UID u0a103: 0.000122 cached: 0.0000351 ( cpu=0.0000351 (2ms) cpu:cached=0.0000351
system_services=0.0000865 )
UID u0a109: 0.000122 fg: 0.0000351 ( cpu=0.0000351 (1ms) cpu:fg=0.0000351 (1ms)
system_services=0.0000865 )
UID u0a110: 0.000122 cached: 0.0000351 ( cpu=0.0000351 (1ms) cpu:cached=0.0000351
system_services=0.0000865 )

HW_00099383

UID 5004: 0.0000877 cached: 0.0000877 ( cpu=0.0000877 (5ms) cpu:cached=0.0000877 (1ms) )
UID u0a104: 0.0000865 ( system_services=0.0000865 )
UID 1068: 0.0000728 fg: 0.0000728 ( cpu=0.0000728 cpu:fg=0.0000728 )
UID 5278: 0.0000351 bg: 0.0000351 ( cpu=0.0000351 (2ms) cpu:bg=0.0000351 (1ms) )
UID 1019: 0.0000175 ( cpu=0.0000175 )
Per-app mobile ms per packet:
  Uid u0a64: 1311 (40 packets over 52s 454ms) 5x
  Uid u0a237: 417 (94 packets over 39s 198ms) 2x
  Uid u0a235: 314 (16 packets over 5s 23ms) 4x
  Uid 1073: 222 (2616 packets over 9m 40s 213ms) 115x
  TOTAL TIME: 11m 16s 888ms (0.0%)
 All screen wake reasons:
  1000:android.policy:POWER: 0 times
  CPU freqs: 300000 403200 499200 595200 691200 806400 902400 998400 1094400 1209600
1305600 1401600 1497600 1612800 1708800 1804800 710400 844800 960000 1075200 1209600
1324800 1440000 1555200 1670400 1766400 1881600 1996800 2112000 2227200 2342400 2419200
844800 960000 1075200 1190400 1305600 1420800 1555200 1670400 1785600 1900800 2035200
2150400 2265600 2380800 2496000 2592000 2688000 2764800 2841600
 0:
  Total cpu time: u=6s 986ms s=8m 31s 601ms
  Total cpu time per freq: 0 0 0 0 297077 4970 2380 1298 1174 6740 782 772 702 739 433 6030 355 22
16 21 28 5 12 32 1 1 1 7 144 4 0 0 6 0 0 0 0 0 0 0 1 152 3 0 0 0 0 0 0 0
  Proc kworker/3:0-events:
   CPU: 0ms usr + 520ms krn ; 0ms fg
  Proc kworker/u17:5:
   CPU: 0ms usr + 430ms krn ; 0ms fg
  Proc kworker/6:2-mm_percpu_wq:
   CPU: 0ms usr + 450ms krn ; 0ms fg
  Proc kworker/u16:2-events_unbound:
   CPU: 0ms usr + 55s 600ms krn ; 0ms fg
  Proc kworker/3:1H-kblockd:
   CPU: 0ms usr + 20ms krn ; 0ms fg
  Proc kworker/4:2H-kblockd:
   CPU: 0ms usr + 10ms krn ; 0ms fg
  Proc kworker/0:2-events:
   CPU: 0ms usr + 1s 500ms krn ; 0ms fg
  Proc irq/22-9091000.:
   CPU: 0ms usr + 240ms krn ; 0ms fg
  Proc kworker/2:1H-kblockd:
   CPU: 0ms usr + 40ms krn ; 0ms fg
  Proc storaged:
   CPU: 590ms usr + 90ms krn ; 0ms fg
  Proc kworker/1:1H-kblockd:
   CPU: 0ms usr + 50ms krn ; 0ms fg
  Proc kworker/1:2-events:
   CPU: 0ms usr + 2s 250ms krn ; 0ms fg
  Proc kworker/u16:2-devfreq_wq:
   CPU: 0ms usr + 4s 440ms krn ; 0ms fg
  Proc irq/353-max7770:
   CPU: 0ms usr + 10ms krn ; 0ms fg
  Proc kworker/0:1H-kblockd:
   CPU: 0ms usr + 100ms krn ; 0ms fg
  Proc migration/7:
   CPU: 0ms usr + 60ms krn ; 0ms fg
  Proc migration/6:
   CPU: 0ms usr + 30ms krn ; 0ms fg
  Proc migration/5:
   CPU: 0ms usr + 20ms krn ; 0ms fg
  Proc migration/4:
   CPU: 0ms usr + 20ms krn ; 0ms fg
  Proc migration/0:
   CPU: 0ms usr + 10ms krn ; 0ms fg
  Proc ksoftirqd/6:
   CPU: 0ms usr + 50ms krn ; 0ms fg
  Proc ksoftirqd/5:
   CPU: 0ms usr + 20ms krn ; 0ms fg
  Proc ksoftirqd/4:
   CPU: 0ms usr + 30ms krn ; 0ms fg
  Proc ksoftirqd/3:

  CPU: 0ms usr + 2s 20ms krn ; 0ms fg
Proc ksoftirqd/2:
  CPU: 0ms usr + 2s 900ms krn ; 0ms fg
Proc ksoftirqd/1:
  CPU: 0ms usr + 3s 130ms krn ; 0ms fg
Proc ksoftirqd/0:
  CPU: 0ms usr + 9s 100ms krn ; 0ms fg
Proc kworker/u16:3-memlat_wq:
  CPU: 0ms usr + 17s 320ms krn ; 0ms fg
Proc kworker/u17:0-kgsl-events:
  CPU: 0ms usr + 720ms krn ; 0ms fg
Proc kworker/u16:0-devfreq_wq:
  CPU: 0ms usr + 11s 970ms krn ; 0ms fg
Proc android.hardware.usb@1.3-service.coral:
  CPU: 170ms usr + 100ms krn ; 0ms fg
Proc dhd_rpm_state_t:
  CPU: 0ms usr + 1s 160ms krn ; 0ms fg
Proc kworker/3:2-events:
  CPU: 0ms usr + 1s 550ms krn ; 0ms fg
Proc crtc_event:142:
  CPU: 0ms usr + 5s 40ms krn ; 0ms fg
Proc kworker/u16:0-qc_ufs_qos_swq:
  CPU: 0ms usr + 18s 950ms krn ; 0ms fg
Proc kworker/u16:3-rq_stats:
  CPU: 0ms usr + 5s 540ms krn ; 0ms fg
Proc rcuop/6:
  CPU: 0ms usr + 160ms krn ; 0ms fg
Proc rcuop/5:
  CPU: 0ms usr + 120ms krn ; 0ms fg
Proc rcuop/4:
  CPU: 0ms usr + 70ms krn ; 0ms fg
Proc rcuop/3:
  CPU: 0ms usr + 2s 830ms krn ; 0ms fg
Proc rcuop/2:
  CPU: 0ms usr + 6s 450ms krn ; 0ms fg
Proc rcuop/1:
  CPU: 0ms usr + 7s 200ms krn ; 0ms fg
Proc rcuop/0:
  CPU: 0ms usr + 7s 610ms krn ; 0ms fg
Proc rcuog/4:
  CPU: 0ms usr + 490ms krn ; 0ms fg
Proc rcuog/0:
  CPU: 0ms usr + 41s 90ms krn ; 0ms fg
Proc kworker/u16:4-rq_stats:
  CPU: 0ms usr + 20s 480ms krn ; 0ms fg
Proc zygote64:
  CPU: 10ms usr + 140ms krn ; 0ms fg
Proc kworker/u17:1-qmi_msg_handler:
  CPU: 0ms usr + 420ms krn ; 0ms fg
Proc kworker/u16:3-ufs_clkscaling_0:
  CPU: 0ms usr + 550ms krn ; 0ms fg
Proc kworker/2:2:
  CPU: 0ms usr + 10ms krn ; 0ms fg
Proc kworker/2:1:
  CPU: 0ms usr + 780ms krn ; 0ms fg
Proc kworker/1:3:
  CPU: 0ms usr + 1s 330ms krn ; 0ms fg
Proc qrtr_rx:
  CPU: 0ms usr + 140ms krn ; 0ms fg
Proc qrtr_ns:
  CPU: 0ms usr + 3s 0ms krn ; 0ms fg
Proc kthreadd:
  CPU: 0ms usr + 50ms krn ; 0ms fg
Proc qmp_aop:
  CPU: 0ms usr + 10ms krn ; 0ms fg
Proc qseecom-unreg-l:
  CPU: 0ms usr + 50ms krn ; 0ms fg
Proc qseecom-unload-:
  CPU: 0ms usr + 40ms krn ; 0ms fg

Proc irq/295-smp2p-d:
  CPU: 0ms usr + 10ms krn ; 0ms fg
Proc kworker/u17:4-kgsl-events:
  CPU: 0ms usr + 220ms krn ; 0ms fg
Proc kworker/1:2-mm_percpu_wq:
  CPU: 0ms usr + 1s 730ms krn ; 0ms fg
Proc kzerod_huge:
  CPU: 0ms usr + 250ms krn ; 0ms fg
Proc hwrng:
  CPU: 0ms usr + 40ms krn ; 0ms fg
Proc kworker/0:1-events:
  CPU: 0ms usr + 860ms krn ; 0ms fg
Proc rcu_preempt:
  CPU: 0ms usr + 18s 900ms krn ; 0ms fg
Proc vold:
  CPU: 40ms usr + 100ms krn ; 0ms fg
Proc netd:
  CPU: 1s 30ms usr + 3s 160ms krn ; 0ms fg
Proc init:
  CPU: 1s 210ms usr + 930ms krn ; 0ms fg
Proc iod:
  CPU: 500ms usr + 1s 950ms krn ; 0ms fg
Proc kgsl_worker_thr:
  CPU: 0ms usr + 4s 400ms krn ; 0ms fg
Proc kworker/1:1-events:
  CPU: 0ms usr + 7s 820ms krn ; 0ms fg
Proc kworker/u16:6-events_unbound:
  CPU: 0ms usr + 39s 960ms krn ; 0ms fg
Proc kworker/2:1-events:
  CPU: 0ms usr + 20ms krn ; 0ms fg
Proc hh-watchdog:
  CPU: 0ms usr + 60ms krn ; 0ms fg
Proc kworker/u17:0-qmi_msg_handler:
  CPU: 0ms usr + 120ms krn ; 0ms fg
Proc kswapd0:0:
  CPU: 0ms usr + 80ms krn ; 0ms fg
Proc kworker/3:1-events:
  CPU: 0ms usr + 810ms krn ; 0ms fg
Proc ueventd:
  CPU: 2s 790ms usr + 330ms krn ; 0ms fg
Proc jbd2/sda9-8:
  CPU: 0ms usr + 20ms krn ; 0ms fg
Proc crtc_commit:142:
  CPU: 0ms usr + 38s 480ms krn ; 0ms fg
Proc kworker/u16:1+kgsl-workqueue:
  CPU: 0ms usr + 59s 720ms krn ; 0ms fg
Proc irq/387-slsi_ts:
  CPU: 0ms usr + 120ms krn ; 0ms fg
Proc kworker/u16:13-ufs_clkscaling_0:
  CPU: 0ms usr + 820ms krn ; 0ms fg
Proc kworker/1:4-pm:
  CPU: 0ms usr + 1s 520ms krn ; 0ms fg
Proc iptables-restore:
  CPU: 60ms usr + 110ms krn ; 0ms fg
Proc system:
  CPU: 0ms usr + 420ms krn ; 0ms fg
Proc kworker/5:1-events:
  CPU: 0ms usr + 330ms krn ; 0ms fg
Proc kworker/3:1-events_power_efficient:
  CPU: 0ms usr + 40ms krn ; 0ms fg
Proc kauditd:
  CPU: 0ms usr + 30ms krn ; 0ms fg
Proc ion-pool-cached:
  CPU: 0ms usr + 50ms krn ; 0ms fg
Proc psimon:
  CPU: 0ms usr + 2s 210ms krn ; 0ms fg
Proc irq/381-pn547_c:
  CPU: 0ms usr + 1s 740ms krn ; 0ms fg
Proc loop44:

HW_00099386

  CPU: 0ms usr + 20ms krn ; 0ms fg
Proc irq/21-90b6400.:
  CPU: 0ms usr + 7s 810ms krn ; 0ms fg
Proc kworker/2:3-events:
  CPU: 0ms usr + 570ms krn ; 0ms fg
Proc kzerod:
  CPU: 0ms usr + 1s 280ms krn ; 0ms fg
Proc ip6tables-restore:
  CPU: 60ms usr + 80ms krn ; 0ms fg
Proc kworker/4:2-mm_percpu_wq:
  CPU: 0ms usr + 250ms krn ; 0ms fg
Proc f2fs_discard-25:
  CPU: 20ms usr + 190ms krn ; 0ms fg
Proc f2fs_gc-253:49:
  CPU: 0ms usr + 80ms krn ; 0ms fg
Proc vendor.qti.hardware.perf@2.2-service:
  CPU: 20ms usr + 70ms krn ; 0ms fg
Proc kworker/0:0-events:
  CPU: 0ms usr + 460ms krn ; 0ms fg
Proc thermal-engine:
  CPU: 30ms usr + 50ms krn ; 0ms fg
Proc kworker/u16:0-memlat_wq:
  CPU: 0ms usr + 12s 630ms krn ; 0ms fg
Proc kworker/1:0-events:
  CPU: 0ms usr + 13s 800ms krn ; 0ms fg
Proc kworker/u16:11-events_unbound:
  CPU: 0ms usr + 7s 180ms krn ; 0ms fg
Proc core_ctl/7:
  CPU: 0ms usr + 40ms krn ; 0ms fg
Proc core_ctl/4:
  CPU: 0ms usr + 30ms krn ; 0ms fg
Proc kworker/u17:2-qmi_msg_handler:
  CPU: 0ms usr + 780ms krn ; 0ms fg
Proc irq/299-ISG5320:
  CPU: 0ms usr + 10ms krn ; 0ms fg
Proc kworker/2:0-events:
  CPU: 0ms usr + 710ms krn ; 0ms fg
1000:
  Mobile network: 1.42KB received, 2.39KB sent (packets 2 received, 2 sent)
  Mobile radio active: 0ms (0.0%) 1x @ 0 mspp
  User activity: 1 other, 53 touch
  Wake lock *alarm* realtime
  Wake lock prevent full-screen wakelock in EnqueueNotificationRunnable realtime
  Wake lock ImsService realtime
  Wake lock *job*/com.samsung.euicc/.lpaService.NotificationJobService realtime
  Wake lock NetworkStats realtime
  Wake lock *telephony-radio* realtime
  Wake lock *job*/android/com.android.server.NandswapManager realtime
  Wake lock SCREEN_FROZEN realtime
  Job android/com.android.server.NandswapManager: 8ms realtime (1 times), 8ms background (1 times)
  Job com.samsung.euicc/.lpaService.NotificationJobService: 7ms realtime (1 times), 7ms background (1 times)
  Job Completions android/com.android.server.NandswapManager: canceled(1x)
  Job Completions com.samsung.euicc/.lpaService.NotificationJobService: unknown:-1(1x)
  Sensor 172: 1h 0m 20s 513ms realtime (0 times), 1h 0m 20s 513ms background (0 times)
  Sensor 271: 30m 10s 257ms blamed realtime, 1h 0m 20s 513ms realtime (0 times), 1h 0m 20s 513ms background (0 times)
  Sensor 1501: 1h 0m 20s 513ms realtime (0 times), 1h 0m 20s 513ms background (0 times)
  Sensor 1511: 24s 485ms realtime (359 times), 24s 485ms background (359 times)
  Sensor 1651: 1h 0m 20s 513ms realtime (0 times), 1h 0m 20s 513ms background (0 times)
  Sensor 1692: 1h 0m 20s 513ms realtime (0 times), 1h 0m 20s 513ms background (0 times)
  Sensor 2072: 1h 0m 20s 513ms realtime (0 times), 1h 0m 20s 513ms background (0 times)
  Sensor 16777227: 9m 40s 584ms realtime (53 times), 9m 40s 584ms background (53 times)
  Sensor 16777238: 1h 0m 20s 513ms realtime (0 times), 1h 0m 20s 513ms background (0 times)
  Sensor 1601008243: 2s 812ms realtime (1 times), 2s 812ms background (1 times)
  Total cpu time: u=3m 15s 863ms s=2m 53s 637ms
  Total cpu time per freq: 0 0 0 275909 9978 4834 2822 2087 12166 1571 1458 1479 2475 917 17947 1785 159 144 396 2121 230 201 1003 257 177 151 437 10102 364 0 0 1 1 0 1 0 0 0 0 0 486 12 0 0 0 0 0 0 0

Proc pd-mapper:
  CPU: 50ms usr + 170ms krn ; 0ms fg
Proc android.hardware.health@2.1-service-samsung:
  CPU: 170ms usr + 810ms krn ; 0ms fg
Proc android.hardware.memtrack@1.0-service:
  CPU: 30ms usr + 70ms krn ; 0ms fg
Proc ss_conn_daemon2:
  CPU: 0ms usr + 10ms krn ; 0ms fg
Proc diag-router:
  CPU: 370ms usr + 2s 210ms krn ; 0ms fg
Proc com.samsung.sait.sohservice:
  CPU: 0ms usr + 0ms krn ; 0ms fg
  1 starts
Proc pageboostd:
  CPU: 0ms usr + 20ms krn ; 0ms fg
Proc com.sec.epdg:
  CPU: 570ms usr + 520ms krn ; 0ms fg
Proc vendor.qti.hardware.display.composer-service:
  CPU: 23s 310ms usr + 13s 140ms krn ; 0ms fg
Proc com.samsung.InputEventApp:
  CPU: 0ms usr + 0ms krn ; 0ms fg
  1 starts
Proc servicemanager:
  CPU: 1s 450ms usr + 220ms krn ; 0ms fg
Proc android.hardware.gnss@2.1-service-qti:
  CPU: 240ms usr + 300ms krn ; 0ms fg
Proc com.sec.android.sdhms:
  CPU: 7s 430ms usr + 4s 460ms krn ; 0ms fg
Proc com.android.settings:
  CPU: 170ms usr + 40ms krn ; 0ms fg
Proc vendor.samsung.hardware.sysinput@1.3-service:
  CPU: 0ms usr + 10ms krn ; 0ms fg
Proc android.system.suspend@1.0-service:
  CPU: 300ms usr + 1s 160ms krn ; 0ms fg
Proc com.samsung.android.dqagent:
  CPU: 10ms usr + 10ms krn ; 0ms fg
Proc vendor.samsung.hardware.thermal@1.0-service:
  CPU: 750ms usr + 4s 340ms krn ; 0ms fg
Proc com.sec.android.app.dexonpc:
  CPU: 140ms usr + 130ms krn ; 0ms fg
Proc vendor.samsung.hardware.security.proca@2.0-service:
  CPU: 0ms usr + 590ms krn ; 0ms fg
Proc perfsdkserver:
  CPU: 60ms usr + 190ms krn ; 0ms fg
Proc perfmond:
  CPU: 60ms usr + 260ms krn ; 0ms fg
Proc com.sec.android.diagmonagent:
  CPU: 50ms usr + 40ms krn ; 0ms fg
Proc com.samsung.euicc:
  CPU: 720ms usr + 1s 70ms krn ; 0ms fg
Proc vendor.samsung.hardware.biometrics.fingerprint@3.0-service:
  CPU: 310ms usr + 700ms krn ; 0ms fg
Proc factory.ssc:
  CPU: 20ms usr + 20ms krn ; 0ms fg
Proc android.hardware.sensors@2.0-service.multihal:
  CPU: 4s 210ms usr + 7s 310ms krn ; 0ms fg
Proc eris:
  CPU: 280ms usr + 640ms krn ; 0ms fg
Proc cass:
  CPU: 80ms usr + 230ms krn ; 0ms fg
Proc com.sec.imsservice:
  CPU: 4s 670ms usr + 2s 960ms krn ; 0ms fg
Proc surfaceflinger:
  CPU: 1m 0s 690ms usr + 35s 280ms krn ; 0ms fg
Proc android.hardware.keymaster@4.0-service:
  CPU: 10ms usr + 70ms krn ; 0ms fg
Proc vendor.samsung.hardware.vibrator-service:
  CPU: 10ms usr + 60ms krn ; 0ms fg
Proc system:

    CPU: 1m 18s 390ms usr + 1m 16s 120ms krn ; 0ms fg
  Proc ssgtzd:
    CPU: 130ms usr + 390ms krn ; 0ms fg
  Proc smdexe:
    CPU: 90ms usr + 1s 140ms krn ; 0ms fg
  Proc com.sec.sve:
    CPU: 50ms usr + 40ms krn ; 0ms fg
  Proc hwservicemanager:
    CPU: 480ms usr + 50ms krn ; 0ms fg
  Proc pm-service:
    CPU: 50ms usr + 190ms krn ; 0ms fg
  Proc vendor.samsung.hardware.hyper-service:
    CPU: 60ms usr + 230ms krn ; 0ms fg
  Proc ewlogd:
    CPU: 0ms usr + 30ms krn ; 0ms fg
  Proc android.hardware.power.samsung-service:
    CPU: 0ms usr + 510ms krn ; 0ms fg
  Proc argosd:
    CPU: 11s 830ms usr + 14s 450ms krn ; 0ms fg
  Proc heimdalld:
    CPU: 10ms usr + 10ms krn ; 0ms fg
  Proc vendor.qti.hardware.display.allocator-service:
    CPU: 20ms usr + 50ms krn ; 0ms fg
  Proc vndservicemanager:
    CPU: 60ms usr + 100ms krn ; 0ms fg
  Apk com.samsung.android.dqagent:
    Service com.samsung.android.dqagent.receiver.DQADataService:
      Created for: 0ms uptime
      Starts: 1, launches: 1
  Apk com.sec.android.app.dexonpc:
    Service com.sec.android.app.dexonpc.discovery.DOPDiscoveryService:
      Created for: 0ms uptime
      Starts: 0, launches: 1
    Service com.sec.android.app.dexonpc.service.DOPNotificationListenerService:
      Created for: 0ms uptime
      Starts: 0, launches: 1
    Service com.sec.android.app.dexonpc.service.DOPService:
      Created for: 1h 0m 16s 891ms uptime
      Starts: 1, launches: 1
  Apk com.samsung.euicc:
    Service com.samsung.euicc.service.EuiccServiceImpl:
      Created for: 0ms uptime
      Starts: 0, launches: 1
    Service com.samsung.euicc.lpaService.LpaService:
      Created for: 0ms uptime
      Starts: 0, launches: 1
    Service com.samsung.euicc.lpaService.NotificationJobService:
      Created for: 0ms uptime
      Starts: 0, launches: 1
    Service com.samsung.euicc.lpaService.NotificationService:
      Created for: 0ms uptime
      Starts: 1, launches: 1
  Apk com.sec.imsservice:
    Wakeup alarm *walarm*:com.sec.internal.ims.imsservice.alarmmanager: 0 times
  Apk android:
    Wakeup alarm *walarm*:WifiConnectivityManager Schedule Watchdog Timer: 0 times
    Service com.android.server.NandswapManager:
      Created for: 0ms uptime
      Starts: 0, launches: 1
 1001:
  Wake lock RILJ_ACK_WL realtime
  Wake lock *telephony-radio* realtime
  Wake lock *telephony-sem-radio* realtime
  Foreground for: 1h 0m 20s 513ms
  Total running: 1h 0m 20s 513ms
  Total cpu time: u=22s 227ms s=19s 178ms
  Total cpu time per freq: 0 0 0 0 21729 2210 1367 1037 664 1801 522 408 452 595 402 5561 640 289 218 181 336 333 263 698 267 178 215 169 1350 41 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
    Cpu times per freq at state Foreground: 0 0 0 0 21729 2210 1367 1037 664 1799 522 408 452 595 402

5563 640 289 218 181 336 333 263 697 267 178 215 169 1353 41 0 0 0 0 0 0 0 0 1 0 0 0 0 0 0 0 0 0 0 0 0
  Proc shsusrd:
    CPU: 180ms usr + 910ms krn ; 0ms fg
  Proc multiclientd:
    CPU: 0ms usr + 10ms krn ; 0ms fg
  Proc com.android.phone:
    CPU: 20s 740ms usr + 14s 480ms krn ; 0ms fg
  Proc ipacm:
    CPU: 90ms usr + 1s 180ms krn ; 0ms fg
  Proc rild:
    CPU: 1s 180ms usr + 2s 750ms krn ; 0ms fg
  Proc ipacm-diag:
    CPU: 10ms usr + 240ms krn ; 0ms fg
 1002:
  Foreground for: 1h 0m 20s 513ms
  Total running: 1h 0m 20s 513ms
  Total cpu time: u=250ms s=497ms
  Total cpu time per freq: 0 0 0 0 507 35 27 0 0 25 4 5 2 12 21 19 4 0 0 1 0 0 0 0 1 0 0 1 2 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
   Cpu times per freq at state Foreground: 0 0 0 0 507 35 27 0 0 25 4 5 2 12 21 18 4 0 0 1 0 0 0 0 1 0 0 1 2 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Proc com.android.bluetooth:
    CPU: 230ms usr + 240ms krn ; 0ms fg
  Proc android.hardware.bluetooth@1.0-service:
    CPU: 10ms usr + 280ms krn ; 0ms fg
 1003:
  (nothing executed)
 1010:
  Wifi Running: 0ms (0.0%)
  Full Wifi Lock: 0ms (0.0%)
  Wifi Scan (blamed): 1m 9s 786ms (1.9%) 26x
  Wifi Scan (actual): 1m 9s 786ms (1.9%) 26x
  Background Wifi Scan: 0ms (0.0%) 0x
   WiFi Scan time:  0ms (0.0%)
   WiFi Sleep time:  1h 0m 19s 257ms (100.0%)
   WiFi Idle time:  0ms (0.0%)
   WiFi Rx time:    986ms (0.0%)
   WiFi Tx time:    270ms (0.0%)
  Total cpu time: u=527ms s=864ms
  Total cpu time per freq: 0 0 0 0 937 52 16 23 25 29 39 11 26 29 27 84 0 3 0 0 3 0 2 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Proc android.hardware.wifi@1.0-service:
    CPU: 60ms usr + 440ms krn ; 0ms fg
  Proc wpa_supplicant:
    CPU: 150ms usr + 300ms krn ; 0ms fg
  Proc wificond:
    CPU: 300ms usr + 150ms krn ; 0ms fg
 1013:
  Total cpu time: u=108ms s=141ms
  Total cpu time per freq: 0 0 0 0 106 18 16 7 2 14 5 2 1 2 1 71 1 0 0 1 1 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Proc mediaserver:
    CPU: 110ms usr + 130ms krn ; 0ms fg
  Proc media.metrics:
    CPU: 10ms usr + 0ms krn ; 0ms fg
 1017:
  Total cpu time: u=17ms s=19ms
  Total cpu time per freq: 0 0 0 3 0 0 0 0 0 0 0 0 0 0 0 35 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Proc keystore2:
    CPU: 10ms usr + 20ms krn ; 0ms fg
 1019:
  Total cpu time: u=0ms s=0ms
  Total cpu time per freq: 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 1 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  (nothing executed)
 1021:
  Total cpu time: u=191ms s=209ms
  Total cpu time per freq: 0 0 0 0 195 39 9 0 6 96 2 12 25 5 4 18 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0

HW_00099390

0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Proc lowi-server:
    CPU: 190ms usr + 210ms krn ; 0ms fg
  1027:
  Foreground for: 1h 0m 20s 513ms
  Total running: 1h 0m 20s 513ms
  Total cpu time: u=5ms s=9ms
  Total cpu time per freq: 0 0 0 0 1 1 0 2 0 1 0 0 0 0 8 1 0 0 0 0 0 0 0 0 0 0 0 1 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0
  Cpu times per freq at state Foreground: 0 0 0 0 0 1 1 0 2 0 1 0 0 0 0 9 1 0 0 0 0 0 0 0 0 0 0 0 1 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Proc com.android.nfc:
    CPU: 10ms usr + 10ms krn ; 0ms fg
  1036:
  Total cpu time: u=3s 754ms s=5s 656ms
  Total cpu time per freq: 0 0 0 0 4558 229 126 73 66 429 49 71 61 60 33 1103 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Proc logd:
    CPU: 3s 710ms usr + 5s 690ms krn ; 0ms fg
  1040:
  Total cpu time: u=16ms s=1ms
  Total cpu time per freq: 0 0 0 0 0 0 0 0 1 0 0 0 0 16 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0
  Proc media.extractor:
    CPU: 20ms usr + 0ms krn ; 0ms fg
  1041:
  Wake lock AudioMix realtime
  Total cpu time: u=442ms s=720ms
  Total cpu time per freq: 0 0 0 768 42 20 11 20 32 1 3 2 2 0 83 1 0 0 0 2 1 0 1 0 0 0 0 2 1 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0
  Proc android.hardware.audio.service:
    CPU: 0ms usr + 250ms krn ; 0ms fg
  Proc audioserver:
    CPU: 600ms usr + 310ms krn ; 0ms fg
  1046:
  Total cpu time: u=89ms s=61ms
  Total cpu time per freq: 0 0 0 47 17 17 6 0 21 8 1 0 2 0 35 0 0 0 1 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0
  Proc media.swcodec:
    CPU: 80ms usr + 60ms krn ; 0ms fg
  1047:
  Total cpu time: u=144ms s=640ms
  Total cpu time per freq: 0 0 0 0 739 4 3 3 2 12 2 0 3 1 1 65 2 0 0 0 1 0 0 0 0 0 1 0 0 0 1 0 0 0 0 0
0 0 0 1 0 0 0 0 0 0 0 0
  Proc vendor.samsung.hardware.camera.provider@4.0-service_64:
    CPU: 60ms usr + 590ms krn ; 0ms fg
  Proc cameraserver:
    CPU: 30ms usr + 110ms krn ; 0ms fg
  1053:
  Total cpu time: u=0ms s=0ms
  (nothing executed)
  1058:
  (nothing executed)
  1066:
  Total cpu time: u=1s 644ms s=1s 445ms
  Total cpu time per freq: 0 0 0 0 1411 188 134 73 62 186 48 36 38 44 37 655 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Proc statsd:
    CPU: 1s 600ms usr + 1s 530ms krn ; 0ms fg
  1067:
  (nothing executed)
  1068:
  Foreground for: 1h 0m 20s 513ms
  Total running: 1h 0m 20s 513ms
  Total cpu time: u=0ms s=0ms
  Total cpu time per freq: 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 1 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0
  Cpu times per freq at state Foreground: 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 1 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0 0

HW_00099391

```
1069:
  Total cpu time: u=422ms s=2s 390ms
  Total cpu time per freq: 0 0 0 0 1608 146 67 25 20 42 10 13 7 4 5 175 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Proc lmkd:
    CPU: 430ms usr + 2s 370ms krn ; 0ms fg
1072:
  (nothing executed)
1073:
  Mobile network: 191.81KB received, 193.01KB sent (packets 1254 received, 1362 sent)
  Mobile radio active: 9m 40s 213ms (25.9%) 115x @ 222 mspp
  Mobile radio AP wakeups: 5
    Cellular Sleep time:  0ms (0.0%)
    Cellular Idle time:  0ms (0.0%)
    Cellular Rx time:    1m 14s 80ms (2.0%)
    Cellular Tx time:
      less than 0dBm:  628ms (0.0%)
      0dBm to 8dBm:  1s 207ms (0.0%)
      8dBm to 15dBm:  93ms (0.0%)
      15dBm to 20dBm:  499ms (0.0%)
      above 20dBm:  175ms (0.0%)
  Foreground for: 1h 0m 20s 513ms
  Total running: 1h 0m 20s 513ms
  Total cpu time: u=2s 450ms s=2s 318ms
  Total cpu time per freq: 0 0 0 0 2817 285 196 82 112 294 43 84 104 117 56 668 28 4 1 1 6 2 2 3 0 0 1
3 6 4 0 0 0 0 0 0 0 0 0 0 0 1 0 0 0 0 0 0 0
  Cpu times per freq at state Foreground: 0 0 0 0 2817 285 196 82 112 294 43 84 104 117 56 668 28 4 1
1 6 2 2 3 0 0 1 3 6 4 0 0 0 0 0 0 0 0 0 0 0 1 0 0 0 0 0 0 0
  Proc com.android.networkstack.process:
    CPU: 2s 350ms usr + 2s 340ms krn ; 0ms fg
2000:
  Total cpu time: u=106ms s=263ms
  Total cpu time per freq: 0 0 0 0 164 1 1 2 2 8 3 2 3 3 2 43 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0
  Proc adbd:
    CPU: 130ms usr + 270ms krn ; 0ms fg
2903:
  Total cpu time: u=165ms s=1s 4ms
  Total cpu time per freq: 0 0 0 0 871 112 48 21 15 36 13 5 8 5 3 25 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Proc tftp_server:
    CPU: 160ms usr + 1s 10ms krn ; 0ms fg
5003:
  (nothing executed)
5004:
  Wake lock *alarm* realtime
  Cached for: 1h 0m 20s 513ms
  Total running: 1h 0m 20s 513ms
  Total cpu time: u=1ms s=3ms
  Total cpu time per freq: 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 5 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0
  Cpu times per freq at state Cached: 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 5 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Proc com.samsung.cmh:CMH:
    CPU: 30ms usr + 20ms krn ; 0ms fg
  Apk com.samsung.cmh:
    Wakeup alarm *walarm*:*job.deadline*: 0 times
5006:
  (nothing executed)
5009:
  Cached for: 1h 0m 20s 513ms
  Total running: 1h 0m 20s 513ms
  Total cpu time: u=1s 375ms s=540ms
  Total cpu time per freq: 0 0 0 0 2184 8 5 1 1 9 2 2 2 2 3 196 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0
  Cpu times per freq at state Cached: 0 0 0 0 2184 8 5 1 1 8 2 2 2 2 3 196 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Proc com.samsung.android.scpm:
    CPU: 0ms usr + 10ms krn ; 0ms fg
```

      Proc com.samsung.android.scloud:
        CPU: 1s 350ms usr + 540ms krn ; 0ms fg
    5010:
      Cached for: 29m 2s 5ms
      Total running: 29m 2s 5ms
      Total cpu time: u=10ms s=6ms
      Total cpu time per freq: 0 0 0 0 18 1 0 0 1 0 0 0 0 0 57 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
    0 0 0 0 0 0 0 0 0 0
      Cpu times per freq at state Cached: 0 0 0 0 18 1 0 0 1 0 0 0 0 0 57 0 0 0 0 0 0 0 0 0 0 0 0 0 0
    0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
      Proc com.samsung.android.rubin.app:
        CPU: 10ms usr + 10ms krn ; 0ms fg
    5012:
      Background for: 63ms
      Cached for: 1h 0m 20s 450ms
      Total running: 1h 0m 20s 513ms
      Total cpu time: u=10ms s=11ms
      Total cpu time per freq: 0 0 0 0 0 0 0 0 0 1 0 0 0 0 23 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
    0 0 0 0 0 0 0 0 0 0
      Cpu times per freq at state Background: 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 15 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
    0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
      Cpu times per freq at state Cached: 0 0 0 0 0 0 0 0 0 0 1 0 0 0 0 8 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
    0 0 0 0 0 0 0 0 0 0 0 0 0
      Proc com.samsung.android.sm.devicesecurity:
        CPU: 0ms usr + 10ms krn ; 0ms fg
    5013:
      Foreground for: 1h 0m 20s 513ms
      Total running: 1h 0m 20s 513ms
      Total cpu time: u=142ms s=68ms
      Total cpu time per freq: 0 0 0 0 34 1 3 3 1 7 1 5 3 9 8 127 2 0 1 0 1 1 0 1 1 0 0 1 3 1 0 0 0 0 0 0 0 0 0
    0 0 0 0 0 0 0 0 0 0
      Cpu times per freq at state Foreground: 0 0 0 0 34 1 3 3 1 7 1 5 3 9 8 128 2 0 1 0 1 1 0 1 1 0 0 1 4 1 0
    0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
      Proc com.sec.location.nsflp2:
        CPU: 140ms usr + 70ms krn ; 0ms fg
    5022:
      (nothing executed)
    5023:
      Wake lock *alarm* realtime
      Wake lock
    *job*/com.samsung.android.networkdiagnostic/androidx.work.impl.background.systemjob.SystemJobServ
    ice realtime
      Job
    com.samsung.android.networkdiagnostic/androidx.work.impl.background.systemjob.SystemJobService:
    248ms realtime (1 times), 248ms background (1 times)
      Job Completions
    com.samsung.android.networkdiagnostic/androidx.work.impl.background.systemjob.SystemJobService:
    canceled(1x) successful_finish(1x)
      Background for: 179ms
      Cached for: 32m 49s 994ms
      Total running: 32m 50s 173ms
      Total cpu time: u=298ms s=133ms
      Total cpu time per freq: 0 0 0 0 23 14 4 9 0 7 0 0 24 0 0 281 0 0 0 0 15 0 0 7 1 0 8 0 40 0 0 0 0 0 0 0
    0 0 0 0 0 0 0 0 0 0
      Cpu times per freq at state Background: 0 0 0 0 2 0 4 9 0 7 0 0 24 0 0 42 0 0 0 0 0 0 0 1 0 0 8 0 40 0 0
    0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
      Cpu times per freq at state Cached: 0 0 0 0 21 14 0 0 0 0 0 0 0 0 0 239 0 0 0 0 15 0 0 6 1 0 0 0 0 0 0 0
    0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
      Proc com.samsung.android.networkdiagnostic:
        CPU: 0ms usr + 0ms krn ; 0ms fg
        1 starts
      Apk com.samsung.android.networkdiagnostic:
        Service androidx.work.impl.background.systemjob.SystemJobService:
          Created for: 0ms uptime
          Starts: 0, launches: 1
    5025:
      (nothing executed)
    5026:
      (nothing executed)

5278:
  Background for: 1h 0m 20s 513ms
  Total running: 1h 0m 20s 513ms
  Total cpu time: u=1ms s=1ms
  Total cpu time per freq: 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 2 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Cpu times per freq at state Background: 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 2 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
5555:
  Total cpu time: u=7ms s=35ms
  Total cpu time per freq: 0 0 0 0 39 2 1 0 0 0 0 0 0 0 2 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Proc auditd:
    CPU: 10ms usr + 40ms krn ; 0ms fg
9999:
  Total cpu time: u=101ms s=261ms
  Total cpu time per freq: 0 0 0 0 268 17 8 6 2 9 3 2 1 1 1 58 0 0 0 0 4 0 0 1 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Proc traced_probes:
    CPU: 10ms usr + 40ms krn ; 0ms fg
  Proc traced:
    CPU: 20ms usr + 30ms krn ; 0ms fg
  Proc rmt_storage:
    CPU: 70ms usr + 190ms krn ; 0ms fg
u0a36:
  (nothing executed)
u0a37:
  (nothing executed)
u0a38:
  (nothing executed)
u0a40:
  Wake lock RingtonePlayer realtime
  Wake lock AudioMix realtime
  Wake lock *vibrator* realtime
  Wake lock android.media.MediaPlayer realtime
  Audio: 2s 293ms realtime (2 times)
  Sensor 271: 30m 10s 257ms blamed realtime, 1h 0m 20s 513ms realtime (0 times)
  Total speaker time per level: 11:1
  Foreground for: 1h 0m 20s 513ms
  Total running: 1h 0m 20s 513ms
  Total cpu time: u=13s 461ms s=4s 813ms
  Total cpu time per freq: 0 0 0 0 7984 869 425 345 259 2007 278 207 229 425 130 1856 22 15 9 382 2094 170 117 198 37 23 57 71 162 375 0 0 0 0 0 0 0 0 0 0 0 64 0 0 0 0 0 0
  Cpu times per freq at state Foreground: 0 0 0 0 7984 869 425 345 259 2004 278 207 229 425 130 1887 22 15 9 382 2094 170 117 198 37 23 57 71 239 375 0 0 0 0 0 0 0 0 0 0 0 4 12 64 0 0 0 0 0 0
  Proc com.android.systemui:
    CPU: 12s 240ms usr + 4s 250ms krn ; 0ms fg
  Proc com.samsung.android.app.routines:
    CPU: 1s 310ms usr + 520ms krn ; 0ms fg
  Apk com.samsung.android.app.routines:
    Service com.samsung.android.app.routines.domainmodel.service.RoutineService:
      Created for: 0ms uptime
      Starts: 1, launches: 1
u0a41:
  (nothing executed)
u0a43:
  Cached for: 16m 57s 431ms
  Total running: 16m 57s 431ms
  Total cpu time: u=0ms s=0ms
  Total cpu time per freq: 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 43 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Cpu times per freq at state Cached: 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 43 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
u0a45:
  Cached for: 1h 0m 20s 431ms
  Total running: 1h 0m 20s 431ms
  Total cpu time: u=604ms s=172ms
  Total cpu time per freq: 0 0 0 0 20 4 0 1 0 32 0 0 0 38 16 707 1 0 0 0 0 0 0 0 0 0 0 20 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0

Cpu times per freq at state Cached: 0 0 0 0 20 4 0 1 0 32 0 0 0 38 16 706 1 0 0 0 0 0 0 0 0 0 0 0 20 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
   Proc android.process.acore:
    CPU: 0ms usr + 0ms krn ; 0ms fg
   1 starts
u0a46:
  (nothing executed)
u0a48:
  (nothing executed)
u0a51:
  Background for: 1h 0m 20s 513ms
  Total running: 1h 0m 20s 513ms
  Total cpu time: u=70ms s=21ms
  Total cpu time per freq: 0 0 0 0 9 2 1 0 0 20 0 1 2 1 0 31 0 0 0 0 9 0 0 0 0 0 0 0 4 14 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Cpu times per freq at state Background: 0 0 0 0 9 2 1 0 0 20 0 1 2 1 0 31 0 0 0 0 9 0 0 0 0 0 0 0 4 14 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
   Proc com.samsung.android.app.cocktailbarservice:
    CPU: 70ms usr + 20ms krn ; 0ms fg
u0a52:
  Cached for: 16m 57s 422ms
  Total running: 16m 57s 422ms
  Total cpu time: u=0ms s=0ms
  Total cpu time per freq: 0 0 0 0 0 0 0 0 0 0 0 0 0 0 47 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Cpu times per freq at state Cached: 0 0 0 0 0 0 0 0 0 0 0 0 0 0 47 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
u0a53:
  (nothing executed)
u0a54:
  Wake lock *launch* realtime
  Background for: 2s 822ms
  Cached for: 1h 0m 17s 691ms
  Total running: 1h 0m 20s 513ms
  Total cpu time: u=2ms s=2ms
  Total cpu time per freq: 0 0 0 0 1 0 0 0 0 0 0 0 1 0 1 0 0 0 0 0 0 0 1 1 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Cpu times per freq at state Background: 0 0 0 0 1 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 1 1 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Cpu times per freq at state Cached: 0 0 0 0 0 0 0 0 0 0 0 1 0 1 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
   Proc android.process.media:
    CPU: 0ms usr + 40ms krn ; 0ms fg
   Apk com.samsung.android.mtp:
    Service com.samsung.android.mtp.MtpService:
     Created for: 1h 0m 16s 891ms uptime
     Starts: 1, launches: 1
u0a56:
  (nothing executed)
u0a59:
  (nothing executed)
u0a60:
  Cached for: 28m 58s 101ms
  Total running: 28m 58s 101ms
  Total cpu time: u=1ms s=0ms
  Total cpu time per freq: 0 0 0 0 0 0 0 0 0 0 0 16 7 0 49 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Cpu times per freq at state Cached: 0 0 0 0 0 0 0 0 0 0 0 16 7 0 49 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
   Proc com.samsung.android.dynamiclock:
    CPU: 20ms usr + 10ms krn ; 0ms fg
u0a62:
  (nothing executed)
u0a63:
  (nothing executed)
u0a64:
  Mobile network: 2.92KB received, 3.13KB sent (packets 19 received, 21 sent)
  Mobile radio active: 52s 454ms (2.3%) 5x @ 1311 mspp
  Mobile radio AP wakeups: 1

Cellular Sleep time:  0ms (0.0%)
Cellular Idle time:   0ms (0.0%)
Cellular Rx time:    6s 720ms (0.2%)
Cellular Tx time:
  less than 0dBm:  35ms (0.0%)
  0dBm to 8dBm:  103ms (0.0%)
  8dBm to 15dBm:  17ms (0.0%)
  15dBm to 20dBm:  37ms (0.0%)
  above 20dBm:  8ms (0.0%)
Wake lock *alarm* realtime
Background for: 1h 0m 20s 513ms
Total running: 1h 0m 20s 513ms
Total cpu time: u=65ms s=33ms
Total cpu time per freq: 0 0 0 46 8 0 2 0 8 5 0 1 3 1 28 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
Cpu times per freq at state Background: 0 0 0 46 8 0 2 0 8 5 0 1 3 1 28 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
Proc com.facebook.services:
  CPU: 60ms usr + 40ms krn ; 0ms fg
u0a65:
  Background for: 190ms
  Cached for: 49ms
  Total running: 239ms
  Total cpu time: u=61ms s=54ms
  Total cpu time per freq: 0 0 0 0 0 0 0 0 0 0 0 0 0 120 0 0 0 0 0 0 0 0 0 0 0 26 0 0 0 0 0 0 0 0 0 0 0 19 0 0 0 0 0 0 0 0
  Cpu times per freq at state Background: 0 0 0 0 0 0 0 0 0 0 0 0 0 120 0 0 0 0 0 0 0 0 0 16 0 0 0 0 0 0 0 0 0 0 0 9 0 0 0 0 0 0 0 0
  Cpu times per freq at state Cached: 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 10 0 0 0 0 0 0 0 0 0 0 0 10 0 0 0 0 0 0 0 0
  Proc com.samsung.android.app.galaxyfinder:appservice:
    CPU: 0ms usr + 0ms krn ; 0ms fg
    1 starts
  Apk com.samsung.android.app.galaxyfinder:
    Service com.samsung.android.app.galaxyfinder.acceleration.AppCoreService:
      Created for: 0ms uptime
      Starts: 1, launches: 1
u0a68:
  Background for: 158ms
  Cached for: 44m 40s 298ms
  Total running: 44m 40s 456ms
  Total cpu time: u=101ms s=69ms
  Total cpu time per freq: 0 0 0 3 0 0 0 6 0 24 2 1 2 119 0 0 0 0 0 0 0 0 0 0 0 71 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Cpu times per freq at state Background: 0 0 0 0 0 0 0 0 0 0 0 2 0 2 46 0 0 0 0 0 0 0 0 0 0 47 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Cpu times per freq at state Cached: 0 0 0 3 0 0 0 6 0 24 0 1 0 73 0 0 0 0 0 0 0 0 0 0 0 24 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Proc com.samsung.android.game.gos:
    CPU: 0ms usr + 0ms krn ; 0ms fg
    1 starts
  Apk com.samsung.android.game.gos:
    Service com.samsung.android.game.gos.service.MainIntentService:
      Created for: 0ms uptime
      Starts: 1, launches: 1
u0a69:
  (nothing executed)
u0a70:
  (nothing executed)
u0a71:
  (nothing executed)
u0a72:
  (nothing executed)
u0a73:
  (nothing executed)
u0a74:
  (nothing executed)
u0a75:
  Cached for: 19m 22s 570ms

Total running: 19m 22s 570ms
Total cpu time: u=1ms s=0ms
Total cpu time per freq: 0 0 0 0 2 0 0 0 1 0 0 0 0 57 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
Cpu times per freq at state Cached: 0 0 0 0 2 0 0 0 1 0 0 0 0 57 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
u0a76:
(nothing executed)
u0a78:
Cached for: 16m 57s 425ms
Total running: 16m 57s 425ms
Total cpu time: u=0ms s=0ms
Total cpu time per freq: 0 0 0 0 0 0 1 0 0 0 0 0 0 47 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
Cpu times per freq at state Cached: 0 0 0 0 0 0 1 0 0 0 0 0 0 47 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
u0a79:
(nothing executed)
u0a81:
Cached for: 29m 1s 999ms
Total running: 29m 1s 999ms
Total cpu time: u=0ms s=0ms
Total cpu time per freq: 0 0 0 5 0 0 0 0 0 0 0 0 0 51 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
Cpu times per freq at state Cached: 0 0 0 5 0 0 0 0 0 0 0 0 0 51 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
u0a82:
Cached for: 32m 42s 208ms
Total running: 32m 42s 208ms
Total cpu time: u=0ms s=0ms
Total cpu time per freq: 0 0 0 0 0 0 0 0 0 0 0 0 0 45 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
Cpu times per freq at state Cached: 0 0 0 0 0 0 0 0 0 0 0 0 0 45 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
u0a83:
(nothing executed)
u0a84:
Foreground for: 1h 0m 20s 513ms
Total running: 1h 0m 20s 513ms
Total cpu time: u=13ms s=4ms
Total cpu time per freq: 0 0 0 0 0 0 0 1 1 0 1 3 3 7 0 0 0 0 0 0 0 0 0 0 0 0 1 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
Cpu times per freq at state Foreground: 0 0 0 0 0 0 0 1 1 0 1 3 3 7 0 0 0 0 0 0 0 0 0 0 0 0 1 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
Proc com.samsung.android.server.wifi.mobilewips:
CPU: 10ms usr + 10ms krn ; 0ms fg
u0a86:
(nothing executed)
u0a88:
(nothing executed)
u0a89:
(nothing executed)
u0a90:
(nothing executed)
u0a92:
Foreground for: 12s 102ms
Cached for: 1h 0m 8s 411ms
Total running: 1h 0m 20s 513ms
Total cpu time: u=48ms s=11ms
Total cpu time per freq: 0 0 0 4 0 2 0 0 9 0 2 0 20 0 24 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
Cpu times per freq at state Foreground: 0 0 0 0 1 0 2 0 0 9 0 2 0 19 0 22 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
Cpu times per freq at state Cached: 0 0 0 3 0 0 0 0 0 0 0 1 0 2 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
Proc com.samsung.android.privacydashboard:
CPU: 20ms usr + 10ms krn ; 0ms fg
u0a95:
(nothing executed)

HW_00099397

u0a96:
  (nothing executed)
u0a97:
  (nothing executed)
u0a99:
  Cached for: 16m 52s 405ms
  Total running: 16m 52s 405ms
  Total cpu time: u=0ms s=0ms
  Total cpu time per freq: 0 0 0 3 4 0 0 0 11 0 0 0 0 50 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Cpu times per freq at state Cached: 0 0 0 3 4 0 0 0 11 0 0 0 0 50 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
u0a100:
  (nothing executed)
u0a101:
  (nothing executed)
u0a102:
  (nothing executed)
u0a103:
  Cached for: 1h 0m 20s 513ms
  Total running: 1h 0m 20s 513ms
  Total cpu time: u=1ms s=0ms
  Total cpu time per freq: 0 0 0 0 0 0 0 0 0 0 0 0 0 0 2 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Cpu times per freq at state Cached: 0 0 0 0 0 0 0 0 0 0 0 0 0 0 2 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
u0a104:
  (nothing executed)
u0a105:
  (nothing executed)
u0a106:
  (nothing executed)
u0a108:
  Cached for: 1h 0m 20s 513ms
  Total running: 1h 0m 20s 513ms
  Total cpu time: u=3s 376ms s=1s 257ms
  Total cpu time per freq: 0 0 0 0 4842 24 7 3 4 107 3 3 22 5 3 548 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Cpu times per freq at state Cached: 0 0 0 0 4842 24 7 3 4 107 3 3 22 5 3 548 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Proc com.samsung.android.dialer:
    CPU: 3s 480ms usr + 1s 110ms krn ; 0ms fg
u0a109:
  Foreground for: 1h 0m 20s 513ms
  Total running: 1h 0m 20s 513ms
  Total cpu time: u=1ms s=0ms
  Total cpu time per freq: 0 0 0 0 0 0 0 0 0 0 0 0 0 0 2 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Cpu times per freq at state Foreground: 0 0 0 0 0 0 0 0 0 0 0 0 0 0 2 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
u0a110:
  Cached for: 1h 0m 20s 513ms
  Total running: 1h 0m 20s 513ms
  Total cpu time: u=0ms s=1ms
  Total cpu time per freq: 0 0 0 0 0 0 0 0 0 0 0 0 0 0 2 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Cpu times per freq at state Cached: 0 0 0 0 0 0 0 0 0 0 0 0 0 0 2 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
u0a111:
  Foreground for: 1h 0m 20s 513ms
  Total running: 1h 0m 20s 513ms
  Total cpu time: u=1s 240ms s=1s 856ms
  Total cpu time per freq: 0 0 0 71 38 19 0 26 169 0 3 0 183 0 1014 5 0 0 0 49 96 115 112 177 0 130 67 802 3 0 0 0 0 0 0 0 0 0 0 0 0 0
  Cpu times per freq at state Foreground: 0 0 0 71 38 19 0 26 169 0 3 0 183 0 1014 5 0 0 0 49 96 115 112 177 0 130 67 802 3 0 0 0 0 0 0 0 0 0 0 0 0 0
  Proc com.samsung.android.smartsuggestions:
    CPU: 1s 270ms usr + 1s 860ms krn ; 0ms fg
  Apk com.samsung.android.smartsuggestions:

Service com.samsung.android.smartsuggestions.extservice.services.AugmentedAutofillService:
  Created for: 0ms uptime
  Starts: 0, launches: 1
u0a112:
 Cached for: 1h 0m 20s 513ms
 Total running: 1h 0m 20s 513ms
u0a113:
 (nothing executed)
u0a115:
 (nothing executed)
u0a116:
 Cached for: 32m 42s 488ms
 Total running: 32m 42s 488ms
 Total cpu time: u=0ms s=0ms
 Total cpu time per freq: 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 56 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
 Cpu times per freq at state Cached: 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 56 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
u0a117:
 (nothing executed)
u0a118:
 (nothing executed)
u0a121:
 (nothing executed)
u0a123:
 (nothing executed)
u0a124:
 (nothing executed)
u0a127:
 (nothing executed)
u0a129:
 (nothing executed)
u0a130:
 Cached for: 2s 887ms
 Total running: 2s 887ms
 Total cpu time: u=0ms s=0ms
 Total cpu time per freq: 0 0 0 0 0 0 0 0 0 0 2 0 0 0 47 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
 Cpu times per freq at state Cached: 0 0 0 0 0 0 0 0 0 0 2 0 0 0 47 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
u0a132:
 Foreground for: 1h 0m 20s 513ms
 Total running: 1h 0m 20s 513ms
 Total cpu time: u=27ms s=37ms
 Total cpu time per freq: 0 0 0 0 1 3 0 0 11 0 1 1 0 0 6 6 0 0 0 0 0 0 0 0 0 0 26 5 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
 Cpu times per freq at state Foreground: 0 0 0 0 1 3 0 0 11 0 1 1 0 0 6 6 0 0 0 0 0 0 0 0 0 0 26 5 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
 Proc com.sec.android.app.launcher:
   CPU: 530ms usr + 180ms krn ; 0ms fg
u0a133:
 (nothing executed)
u0a134:
 Background for: 1h 0m 20s 513ms
 Total running: 1h 0m 20s 513ms
u0a137:
 Mobile network: 540B received, 416B sent (packets 8 received, 8 sent)
 Mobile radio active: 0ms (0.0%) 2x @ 0 mspp
 Background for: 11ms
 Cached for: 1h 0m 20s 502ms
 Total running: 1h 0m 20s 513ms
 Total cpu time: u=11ms s=6ms
 Total cpu time per freq: 0 0 0 2 0 0 0 0 3 0 0 0 0 8 0 0 2 2 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
 Cpu times per freq at state Background: 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 4 0 0 2 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
 Cpu times per freq at state Cached: 0 0 0 2 0 0 0 0 3 0 0 0 0 4 0 0 0 2 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
 Proc com.microsoft.appmanager:

```
  CPU: 10ms usr + 20ms krn ; 0ms fg
 Apk com.microsoft.appmanager:
  Service com.microsoft.mmx.agents.lapsedusers.LapsedUserBackgroundService:
   Created for: 0ms uptime
   Starts: 1, launches: 1
u0a140:
  (nothing executed)
u0a141:
  (nothing executed)
u0a143:
  (nothing executed)
u0a144:
  (nothing executed)
u0a145:
  (nothing executed)
u0a146:
  (nothing executed)
u0a151:
  (nothing executed)
u0a153:
  Cached for: 1h 0m 20s 513ms
  Total running: 1h 0m 20s 513ms
  Total cpu time: u=68ms s=52ms
  Total cpu time per freq: 0 0 0 143 1 1 0 1 0 0 0 0 0 5 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Cpu times per freq at state Cached: 0 0 0 0 143 1 1 0 1 0 0 0 0 0 5 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Proc com.sec.android.daemonapp:
   CPU: 180ms usr + 120ms krn ; 0ms fg
u0a155:
  (nothing executed)
u0a156:
  (nothing executed)
u0a159:
  (nothing executed)
u0a164:
  (nothing executed)
u0a169:
  (nothing executed)
u0a170:
  Foreground for: 4s 17ms
  Cached for: 1h 0m 16s 496ms
  Total running: 1h 0m 20s 513ms
  Total cpu time: u=1ms s=2ms
  Total cpu time per freq: 0 0 0 0 0 0 0 0 0 0 0 0 0 3 0 0 0 0 0 0 0 0 0 0 0 0 2 0 0 0 0 0 0 0 0 0 0 0 0 0
  Cpu times per freq at state Foreground: 0 0 0 0 0 0 0 0 0 0 0 0 0 0 1 0 0 0 0 0 0 0 0 0 0 0 1 0 0 0 0 0 0 0 0 0 0 0 0 0
  Cpu times per freq at state Cached: 0 0 0 0 0 0 0 0 0 0 0 0 0 0 2 0 0 0 0 0 0 0 0 0 0 0 1 0 0 0 0 0 0 0 0 0 0 0 0 0
 Apk com.samsung.android.samsungpassautofill:
  Service com.samsung.android.samsungpassautofill.AutofillServiceMain:
   Created for: 0ms uptime
   Starts: 0, launches: 2
u0a172:
  (nothing executed)
u0a176:
  (nothing executed)
u0a177:
  (nothing executed)
u0a181:
  Cached for: 17m 12s 397ms
  Total running: 17m 12s 397ms
  Total cpu time: u=0ms s=0ms
  Total cpu time per freq: 0 0 0 0 0 14 0 0 0 0 0 0 0 57 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Cpu times per freq at state Cached: 0 0 0 0 0 14 0 0 0 0 0 0 0 57 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
u0a183:
```

Wake lock *job*/com.sec.unifiedwfc/androidx.work.impl.background.systemjob.SystemJobService realtime
Job com.sec.unifiedwfc/androidx.work.impl.background.systemjob.SystemJobService: 23ms realtime (1 times), 23ms background (1 times)
Job Completions com.sec.unifiedwfc/androidx.work.impl.background.systemjob.SystemJobService: successful_finish(1x)
Background for: 44ms
Cached for: 1h 0m 20s 469ms
Total running: 1h 0m 20s 513ms
Total cpu time: u=26ms s=15ms
Total cpu time per freq: 0 0 0 0 0 1 0 0 0 0 0 4 0 37 0 0 0 0 0 0 0 0 0 0 0 0 1 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
Cpu times per freq at state Background: 0 0 0 0 0 0 0 0 0 0 0 0 0 0 21 0 0 0 0 0 0 0 0 0 0 0 1 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
Cpu times per freq at state Cached: 0 0 0 0 0 1 0 0 0 0 0 4 0 16 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
Proc com.sec.unifiedwfc:
  CPU: 30ms usr + 10ms krn ; 0ms fg
Apk com.sec.unifiedwfc:
  Service androidx.work.impl.background.systemjob.SystemJobService:
    Created for: 0ms uptime
    Starts: 0, launches: 1
u0a185:
  (nothing executed)
u0a192:
  (nothing executed)
u0a193:
  (nothing executed)
u0a195:
  (nothing executed)
u0a196:
  (nothing executed)
u0a197:
  (nothing executed)
u0a202:
  (nothing executed)
u0a206:
  Background for: 1h 0m 20s 513ms
  Total running: 1h 0m 20s 513ms
  Total cpu time: u=1s 118ms s=1s 114ms
  Total cpu time per freq: 0 0 0 0 2302 20 15 9 16 128 3 13 6 12 13 165 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Cpu times per freq at state Background: 0 0 0 0 2302 20 15 9 16 128 3 13 6 12 13 165 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Proc com.samsung.android.honeyboard:
    CPU: 800ms usr + 1s 370ms krn ; 0ms fg
  Apk com.samsung.android.honeyboard:
    (nothing executed)
u0a208:
  (nothing executed)
u0a211:
  (nothing executed)
u0a212:
  (nothing executed)
u0a217:
  Cached for: 2s 917ms
  Total running: 2s 917ms
  Total cpu time: u=0ms s=0ms
  Total cpu time per freq: 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 47 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Cpu times per freq at state Cached: 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 47 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
u0a218:
  Cached for: 1h 0m 20s 513ms
  Total running: 1h 0m 20s 513ms
  Total cpu time: u=1s 170ms s=782ms
  Total cpu time per freq: 0 0 0 0 2019 12 4 2 2 13 4 2 1 2 2 197 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Cpu times per freq at state Cached: 0 0 0 0 2019 12 4 2 2 13 4 2 1 2 2 197 0 0 0 0 0 0 0 0 0 0 0 0 0

0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Proc com.samsung.android.calendar:
    CPU: 1s 180ms usr + 730ms krn ; 0ms fg
  u0a219:
    (nothing executed)
  u0a221:
    Foreground for: 1h 0m 20s 513ms
    Total running: 1h 0m 20s 513ms
    Total cpu time: u=0ms s=0ms
    Total cpu time per freq: 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 1 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0
    Cpu times per freq at state Foreground: 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 1 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  u0a223:
    (nothing executed)
  u0a224:
    Wake lock
*job*/com.google.android.apps.turbo/com.google.android.libraries.smartbattery.appusage.library.InferApp
BucketsJob realtime
    Job
com.google.android.apps.turbo/com.google.android.libraries.smartbattery.appusage.library.InferAppBuck
etsJob: 494ms realtime (1 times), 494ms background (1 times)
    Job Completions
com.google.android.apps.turbo/com.google.android.libraries.smartbattery.appusage.library.InferAppBuck
etsJob: successful_finish(1x)
    Background for: 482ms
    Cached for: 1h 0m 20s 31ms
    Total running: 1h 0m 20s 513ms
    Total cpu time: u=351ms s=118ms
    Total cpu time per freq: 0 0 0 0 37 1 0 3 0 23 0 10 2 4 3 338 0 0 0 0 0 0 0 0 0 0 0 53 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0
    Cpu times per freq at state Background: 0 0 0 0 0 0 0 0 2 0 0 0 4 0 299 0 0 0 0 0 0 0 0 0 0 0 0 31 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
    Cpu times per freq at state Cached: 0 0 0 0 37 1 0 3 0 21 0 10 2 0 3 44 0 0 0 0 0 0 0 0 0 0 0 22 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
    Proc com.google.android.apps.turbo:
      CPU: 10ms usr + 20ms krn ; 0ms fg
    Proc com.google.android.apps.turbo:aab:
      CPU: 0ms usr + 0ms krn ; 0ms fg
      1 starts
    Apk com.google.android.apps.turbo:
      Service com.google.android.libraries.smartbattery.appusage.library.InferAppBucketsJob:
        Created for: 0ms uptime
        Starts: 0, launches: 1
  u0a225:
    (nothing executed)
  u0a226:
    (nothing executed)
  u0a227:
    (nothing executed)
  u0a229:
    (nothing executed)
  u0a230:
    (nothing executed)
  u0a231:
    (nothing executed)
  u0a232:
    (nothing executed)
  u0a233:
    Wake lock NlpWakeLock realtime
    Foreground for: 1h 0m 20s 513ms
    Total running: 1h 0m 20s 513ms
    Total cpu time: u=13ms s=5ms
    Total cpu time per freq: 0 0 0 0 18 0 1 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 1 0 0 0 0 0 0
    Cpu times per freq at state Foreground: 0 0 0 0 18 0 1 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 1 0 0 0 0 0 0 0
    Proc com.google.android.as:
      CPU: 40ms usr + 10ms krn ; 0ms fg

u0a234:
  (nothing executed)
u0a235:
  Mobile network: 2.81KB received, 688B sent (packets 8 received, 8 sent)
  Mobile radio active: 5s 23ms (0.2%) 4x @ 314 mspp
  Mobile radio AP wakeups: 1
    Cellular Sleep time:  0ms (0.0%)
    Cellular Idle time:   0ms (0.0%)
    Cellular Rx time:     1s 195ms (0.0%)
    Cellular Tx time:
      less than 0dBm:  9ms (0.0%)
      0dBm to 8dBm:  26ms (0.0%)
      8dBm to 15dBm:  0ms (0.0%)
      15dBm to 20dBm:  7ms (0.0%)
      above 20dBm:  2ms (0.0%)
  Wifi Running: 0ms (0.0%)
  Full Wifi Lock: 0ms (0.0%)
  Wifi Scan (blamed): 1s 44ms (0.0%) 1x
  Wifi Scan (actual): 1s 44ms (0.0%) 1x
  Background Wifi Scan: 0ms (0.0%) 0x
  Bluetooth Duty Scan (total actual realtime with duty): 11m 27s 897ms  (currently running)
  Bluetooth Scan (total actual realtime): 1h 0m 20s 513ms  (0 times) (currently running)
  Bluetooth Scan Results: 0 (0 in background)
  Wake lock GCoreFlp realtime
  Wake lock *gms_scheduler*/com.google.android.gms/.auth.account.be.accountstate.GcmTaskService realtime
  Wake lock GmsAlarm:NetworkLocationLocator realtime
  Wake lock NlpWakeLock realtime
  Wake lock FusedLocation realtime
  Wake lock *gms_scheduler*:internal realtime
  Wake lock *alarm* realtime
  Wake lock Wakeful StateMachine: GeofencerStateMachine realtime
  Wake lock IntentOp:.common.broadcast.BackgroundBroadcastReceiverSupport46ersistentReceiverIntentOperation realtime
  Wake lock GCM_WORK realtime
  Wake lock GCM_READ realtime
  Wake lock *gms_scheduler*/com.google.android.gms/.security.snet.SnetNormalTaskService realtime
  Wake lock cujl:SnetNormal realtime
  Wake lock GCM_HB_ALARM realtime
  Wake lock *telephony-radio* realtime
  Sensor actualGPS: (not used)
  Sensor GPS: 20ms realtime (1 times)
  Sensor 61: 2s 25ms realtime (2 times)
  Foreground for: 1h 0m 20s 513ms
  Total running: 1h 0m 20s 513ms
  Total cpu time: u=4s 562ms s=2s 514ms
  Total cpu time per freq: 0 0 0 0 1925 127 104 31 47 518 43 33 37 323 25 2786 100 4 6 6 10 3 6 18 6 7 3 191 702 5 0 0 1 0 0 0 0 0 0 0 0 0 10 1 0 0 0 0 0 0 0
  Cpu times per freq at state Foreground: 0 0 0 0 1925 127 104 31 47 518 43 33 37 323 25 2790 100 4 6 6 10 3 6 18 6 7 3 191 737 5 0 0 1 0 0 0 1 0 0 1 0 34 1 0 0 0 0 0 0 0
  Proc com.google.process.gapps:
    CPU: 0ms usr + 0ms krn ; 0ms fg
    1 starts
  Proc com.google.android.gms:
    CPU: 120ms usr + 100ms krn ; 0ms fg
    2 starts
  Proc com.google.process.gservices:
    CPU: 0ms usr + 20ms krn ; 0ms fg
  Proc com.google.android.gms.persistent:
    CPU: 3s 510ms usr + 1s 820ms krn ; 0ms fg
  Apk com.google.android.gms:
    Wakeup alarm *walarm*:null: 0 times
    Wakeup alarm *walarm*:com.google.android.gms.gcm.HEARTBEAT_ALARM: 0 times
    Service com.google.android.gms.ads.identifier.service.AdvertisingIdService:
      Created for: 0ms uptime
      Starts: 0, launches: 3
    Service com.google.android.gms.checkin.CheckinApiService:
      Created for: 0ms uptime

    Starts: 0, launches: 1
  Service com.google.android.gms.gcm.PushMessagingRegistrarProxy:
    Created for: 0ms uptime
    Starts: 0, launches: 1
  Service com.google.android.gms.auth.account.be.accountstate.GcmTaskService:
    Created for: 0ms uptime
    Starts: 0, launches: 1
  Service com.google.android.gms.security.snet.SnetService:
    Created for: 0ms uptime
    Starts: 1, launches: 1
  Service com.google.android.gms.auth.account.authenticator.GoogleAccountAuthenticatorService:
    Created for: 0ms uptime
    Starts: 0, launches: 2
  Service com.google.android.gms.lockbox.service.LockboxBrokerService:
    Created for: 0ms uptime
    Starts: 0, launches: 1
  Service com.google.android.location.network.NetworkLocationService:
    Created for: 0ms uptime
    Starts: 1, launches: 0
  Service com.google.android.location.internal.server.GoogleLocationService:
    Created for: 1h 0m 16s 891ms uptime
    Starts: 1, launches: 0
  Service com.google.android.gms.auth.GetToken:
    Created for: 0ms uptime
    Starts: 0, launches: 2
  Service com.google.android.location.internal.PendingIntentCallbackService:
    Created for: 1h 0m 18s 548ms uptime
    Starts: 1, launches: 0
  Service com.google.android.gms.chimera.PersistentIntentOperationService:
    Created for: 1h 0m 16s 905ms uptime
    Starts: 3, launches: 3
  Service com.google.android.gms.chimera.GmsIntentOperationService:
    Created for: 1h 0m 16s 899ms uptime
    Starts: 2, launches: 3
  Service com.google.android.gms.security.snet.SnetNormalTaskService:
    Created for: 0ms uptime
    Starts: 0, launches: 2
  Service com.google.android.gms.chimera.GmsBoundBrokerService:
    Created for: 0ms uptime
    Starts: 11, launches: 3
  Service com.google.android.gms.chimera.GmsInternalApiService:
    Created for: 0ms uptime
    Starts: 0, launches: 1
u0a236:
  Background for: 12ms
  Cached for: 1h 0m 20s 501ms
  Total running: 1h 0m 20s 513ms
  Total cpu time: u=2s 331ms s=953ms
  Total cpu time per freq: 0 0 0 1626 19 15 8 4 17 6 7 5 13 8 1053 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Cpu times per freq at state Background: 0 0 0 0 0 0 0 0 0 0 0 0 0 0 1 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Cpu times per freq at state Cached: 0 0 0 1626 19 15 8 4 17 6 7 5 13 8 1052 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Proc com.android.vending:
    CPU: 2s 360ms usr + 910ms krn ; 0ms fg
  Apk com.android.vending:
    (nothing executed)
u0a237:
  Mobile network: 43.45KB received, 6.78KB sent (packets 51 received, 43 sent)
  Mobile radio active: 39s 198ms (1.8%) 2x @ 417 mspp
  Mobile radio AP wakeups: 1
    Cellular Sleep time:  0ms (0.0%)
    Cellular Idle time:   0ms (0.0%)
    Cellular Rx time:     4s 15ms (0.1%)
    Cellular Tx time:
      less than 0dBm:  1ms (0.0%)
      0dBm to 8dBm:  91ms (0.0%)
      8dBm to 15dBm:  1ms (0.0%)

15dBm to 20dBm:  13ms (0.0%)
above 20dBm:  9ms (0.0%)
Wake lock
*job*/com.google.android.googlequicksearchbox/androidx.work.impl.background.systemjob.SystemJobService realtime
Wake lock WorkManager:TikTokListenableWorker startWork ->
com.google.apps.tiktok.sync.impl.workmanager.SyncWorker startWork() ->
com.google.apps.tiktok.sync.impl.workmanager.SyncWorker startWork() -> NoAccountWorkerFactory
startWork() realtime
Job
com.google.android.googlequicksearchbox/androidx.work.impl.background.systemjob.SystemJobService:
13ms realtime (1 times)
Job Completions
com.google.android.googlequicksearchbox/androidx.work.impl.background.systemjob.SystemJobService:
successful_finish(1x)
Foreground for: 1h 0m 20s 513ms
Total running: 1h 0m 20s 513ms
Total cpu time: u=1s 242ms s=528ms
Total cpu time per freq: 0 0 0 0 426 17 16 7 4 97 12 9 10 12 17 1135 3 0 1 0 1 0 0 11 2 1 1 2 18 1 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
Cpu times per freq at state Foreground: 0 0 0 0 426 17 16 7 4 97 12 9 10 12 17 1135 3 0 1 0 1 0 0 11 2 1 1 2 19 1 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
Proc com.google.android.googlequicksearchbox:interactor:
CPU: 310ms usr + 150ms krn ; 0ms fg
Proc com.google.android.googlequicksearchbox:search:
CPU: 930ms usr + 380ms krn ; 0ms fg
Apk com.google.android.googlequicksearchbox:
Service androidx.work.impl.background.systemjob.SystemJobService:
Created for: 0ms uptime
Starts: 0, launches: 1
Service com.google.android.apps.gsa.publicsearch.PublicSearchService:
Created for: 0ms uptime
Starts: 0, launches: 1
Service com.google.android.apps.gsa.search.core.service.SearchService:
Created for: 0ms uptime
Starts: 0, launches: 1
u0a241:
(nothing executed)
u0a242:
(nothing executed)
u0a243:
(nothing executed)
u0a244:
Cached for: 2s 906ms
Total running: 2s 906ms
Total cpu time: u=0ms s=0ms
Total cpu time per freq: 0 0 0 0 0 0 0 0 0 0 0 0 0 0 56 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
Cpu times per freq at state Cached: 0 0 0 0 0 0 0 0 0 0 0 0 0 0 56 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
u0a249:
Cached for: 1h 0m 20s 513ms
Total running: 1h 0m 20s 513ms
Total cpu time: u=12s 571ms s=8s 594ms
Total cpu time per freq: 0 0 0 0 14529 1236 611 322 237 722 114 145 90 214 43 2787 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
Cpu times per freq at state Cached: 0 0 0 0 14529 1236 611 322 237 720 114 145 90 214 43 2787 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
Proc com.android.chrome:
CPU: 11s 90ms usr + 7s 550ms krn ; 0ms fg
Proc
com.android.chrome:sandboxed_process0:org.chromium.content.app.SandboxedProcessService0:4:
CPU: 240ms usr + 180ms krn ; 0ms fg
Proc
com.android.chrome:sandboxed_process0:org.chromium.content.app.SandboxedProcessService0:3:
CPU: 280ms usr + 160ms krn ; 0ms fg
Proc
com.android.chrome:sandboxed_process0:org.chromium.content.app.SandboxedProcessService0:0:
CPU: 310ms usr + 120ms krn ; 0ms fg

```
    Proc com.android.chrome:privileged_process0:
      CPU: 540ms usr + 260ms krn ; 0ms fg
  u0a251:
    (nothing executed)
  u0a252:
    (nothing executed)
  u0a253:
    Mobile radio AP wakeups: 1
    Cached for: 1h 0m 20s 513ms
    Total running: 1h 0m 20s 513ms
    Total cpu time: u=4s 202ms s=1s 869ms
    Total cpu time per freq: 0 0 0 0 4601 164 39 39 41 320 16 39 46 54 24 820 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
    Cpu times per freq at state Cached: 0 0 0 0 4601 164 39 39 41 320 16 39 46 54 24 820 0 0 0 0 0 0 0 0
  0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
      Proc com.google.android.gm:
        CPU: 4s 170ms usr + 1s 940ms krn ; 0ms fg
  u0a254:
    (nothing executed)
  u0a258:
    Foreground for: 1h 0m 20s 513ms
    Total running: 1h 0m 20s 513ms
    Total cpu time: u=1ms s=0ms
    Total cpu time per freq: 0 0 0 0 0 0 0 0 0 0 0 0 1 0 0 0 0 0 0 0 0 0 0 0 0 0 0 1 0 0 0 0 0 0 0 0 0 0 0
  0 0 0 0 0 0 0 0 0
    Cpu times per freq at state Foreground: 0 0 0 0 0 0 0 0 0 0 0 0 1 0 0 0 0 0 0 0 0 0 0 0 0 0 0 1 0 0 0
  0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  u0a259:
    (nothing executed)
  u0a260:
    (nothing executed)
  u0a264:
    Foreground for: 10s 45ms
    Background for: 3ms
    Cached for: 1h 0m 10s 465ms
    Total running: 1h 0m 20s 513ms
    Total cpu time: u=4ms s=9ms
    Total cpu time per freq: 0 0 0 0 1 1 0 0 0 0 1 0 0 0 0 7 0 0 1 0 0 0 1 0 0 0 0 0 2 0 0 0 0 0 0 0 0 0 0 0
  0 0 0 0 0 0 0 0
    Cpu times per freq at state Foreground: 0 0 0 0 1 1 0 0 0 0 0 0 0 0 7 0 0 1 0 0 0 1 0 0 0 0 0 2 0 0 0 0
  0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
    Cpu times per freq at state Background: 0 0 0 0 0 0 0 0 0 0 1 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
      Proc com.google.android.permissioncontroller:
        CPU: 0ms usr + 10ms krn ; 0ms fg
      Apk com.google.android.permissioncontroller:
        Service com.android.permissioncontroller.permission.service.PermissionControllerServiceImpl:
          Created for: 0ms uptime
          Starts: 0, launches: 1
  u0a265:
    Foreground for: 1h 0m 20s 513ms
    Total running: 1h 0m 20s 513ms
    Total cpu time: u=99ms s=47ms
    Total cpu time per freq: 0 0 0 0 0 1 1 0 0 15 3 2 1 3 4 90 2 0 1 0 1 1 2 2 1 1 4 2 9 1 0 0 0 0 0 0 0 0 0 0
  0 0 0 0 0 0 0 0
    Cpu times per freq at state Foreground: 0 0 0 0 0 1 1 0 0 15 3 2 1 3 4 90 2 0 1 0 1 1 2 2 1 1 4 2 9 1 0 0
  0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
      Proc com.google.android.ext.services:
        CPU: 90ms usr + 60ms krn ; 0ms fg
  u0a266:
    Background for: 587ms
    Cached for: 1h 0m 19s 926ms
    Total running: 1h 0m 20s 513ms
    Total cpu time: u=135ms s=381ms
    Total cpu time per freq: 0 0 0 0 125 12 10 1 2 5 0 0 2 1 2 326 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  0 0 0 0 0 0 0 0 0
    Cpu times per freq at state Background: 0 0 0 0 0 0 0 0 0 0 0 0 0 0 1 0 216 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
    Cpu times per freq at state Cached: 0 0 0 0 125 12 10 1 2 5 0 0 2 0 2 110 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
```

HW_00099406

0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Proc com.google.android.cellbroadcastreceiver:
    CPU: 140ms usr + 390ms krn ; 0ms fg
  u0a267:
   Foreground for: 1h 0m 20s 513ms
   Total running: 1h 0m 20s 513ms
   Total cpu time: u=8ms s=5ms
   Total cpu time per freq: 0 0 0 0 10 0 0 0 0 0 0 0 0 0 3 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0
   Cpu times per freq at state Foreground: 0 0 0 0 10 0 0 0 0 0 0 0 0 0 3 0 0 0 0 0 0 0 0 0 0 0 1 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Proc com.google.android.providers.media.module:
    CPU: 10ms usr + 10ms krn ; 0ms fg
  u0a278:
   (nothing executed)
  u0a280:
   Wake lock *vibrator* realtime
   Wake lock *launch* realtime
   Vibrator: 55s 77ms realtime (22 times)
   Foreground activities: 1h 0m 20s 513ms realtime (0 times) (running)
   Top for: 1h 0m 20s 513ms
   Total running: 1h 0m 20s 513ms
   Total cpu time: u=1m 5s 694ms s=41s 467ms
   Total cpu time per freq: 0 0 0 0 94888 1422 470 230 171 3058 118 106 106 89 32 408 27 0 1 265 376
0 0 0 0 1 0 0 0 49 0 0 0 0 0 0 0 0 0 0 0 0 15 0 0 0 0 0 0 0
   Cpu times per freq at state Top: 0 0 0 0 94888 1422 470 230 171 3058 118 106 106 89 32 409 27 0 1
265 376 0 0 0 0 1 0 0 1 49 0 0 0 0 0 0 0 0 0 0 0 0 15 0 0 0 0 0 0 0
    Proc com.sec.android.app.popupcalculator:
     CPU: 1m 5s 760ms usr + 40s 290ms krn ; 0ms fg
  u0a282:
   (nothing executed)
  u0a283:
   (nothing executed)
  u0a284:
   (nothing executed)
  u0a285:
   Background for: 1h 0m 20s 513ms
   Total running: 1h 0m 20s 513ms
   Total cpu time: u=8ms s=7ms
   Total cpu time per freq: 0 0 0 0 0 0 0 6 0 0 0 1 0 10 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0
   Cpu times per freq at state Background: 0 0 0 0 0 0 0 6 0 0 0 1 0 10 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Proc com.samsung.android.spay:
    CPU: 10ms usr + 10ms krn ; 0ms fg
  u0a287:
   (nothing executed)
  u0a289:
   (nothing executed)
  u0a290:
   (nothing executed)
  u0a292:
   (nothing executed)
  u0a293:
   (nothing executed)
  u0a294:
   (nothing executed)
  u0a295:
   Mobile network: 0B received, 144B sent (packets 0 received, 2 sent)
   Mobile radio active: 0ms (0.0%) 1x @ 0 mspp
   Mobile radio AP wakeups: 39
   Cached for: 1h 0m 20s 513ms
   Total running: 1h 0m 20s 513ms
   Total cpu time: u=3s 301ms s=1s 708ms
   Total cpu time per freq: 0 0 0 0 3463 348 107 93 28 164 59 20 23 46 15 738 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
   Cpu times per freq at state Cached: 0 0 0 0 3463 348 107 93 28 163 59 20 23 46 15 736 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Proc com.facebook.katana:

    CPU: 3s 420ms usr + 1s 830ms krn ; 0ms fg
  u0a298:
    (nothing executed)
  u0a337:
    (nothing executed)
  u0a338:
    (nothing executed)
  u0a339:
    (nothing executed)
  u0a340:
    Cached for: 1h 0m 20s 513ms
    Total running: 1h 0m 20s 513ms
    Total cpu time: u=6s 156ms s=3s 906ms
    Total cpu time per freq: 0 0 0 0 10502 212 41 61 48 252 14 27 8 10 9 742 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
    Cpu times per freq at state Cached: 0 0 0 0 10502 212 41 61 48 252 14 27 8 10 9 744 0 0 0 0 0 0 0 0
  0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
    Proc
  com.google.android.webview:sandboxed_process0:org.chromium.content.app.SandboxedProcessService
  0:0:
      CPU: 310ms usr + 180ms krn ; 0ms fg
    Proc com.dropbox.android:
      CPU: 6s 200ms usr + 3s 230ms krn ; 0ms fg
  u0a341:
    Mobile network: 0B received, 144B sent (packets 0 received, 2 sent)
    Mobile radio active: 0ms (0.0%) 1x @ 0 mspp
    Mobile radio AP wakeups: 48
    Cached for: 1h 0m 20s 513ms
    Total running: 1h 0m 20s 513ms
    Total cpu time: u=3s 9ms s=1s 663ms
    Total cpu time per freq: 0 0 0 0 2943 344 162 88 28 131 26 24 15 27 19 872 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
    Cpu times per freq at state Cached: 0 0 0 0 2943 344 162 88 28 130 26 24 15 27 19 871 0 0 0 0 0 0 0
  0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
    Proc com.facebook.orca:
      CPU: 3s 200ms usr + 1s 840ms krn ; 0ms fg
  u0a342:
    (nothing executed)
  u0a343:
    (nothing executed)
  u0a344:
    (nothing executed)
  u0a345:
    (nothing executed)
  u0a346:
    (nothing executed)
  u0a347:
    Mobile network: 0B received, 52B sent (packets 0 received, 1 sent)
    Mobile radio active: 0ms (0.0%) 1x @ 0 mspp
    Mobile radio AP wakeups: 2
    Cached for: 4m 6s 550ms
    Total running: 4m 6s 550ms
    Total cpu time: u=3s 456ms s=2s 124ms
    Total cpu time per freq: 0 0 0 0 3742 47 15 9 5 144 4 9 15 7 3 745 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  0 0 0 0 0 0 0 0 0 0 0 0 0 0
    Cpu times per freq at state Cached: 0 0 0 0 3742 47 15 9 5 144 4 9 15 7 3 728 0 0 0 0 0 0 0 0 0 0 0 0
  0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
    Proc
  com.google.android.webview:sandboxed_process0:org.chromium.content.app.SandboxedProcessService
  0:0:
      CPU: 30ms usr + 10ms krn ; 0ms fg
    Proc com.yahoo.mobile.client.android.finance:
      CPU: 4s 100ms usr + 2s 330ms krn ; 0ms fg
      * Killed for cpu use: +6s430ms over +5m0s105ms (2%)
    Apk com.yahoo.mobile.client.android.finance:
      (nothing executed)
  u0a348:
    (nothing executed)
  u0a349:

Wake lock GOOGLE_C2DM realtime
Wake lock wake:com.google.firebase.iid.WakeLockHolder realtime
Background for: 1s 181ms
Cached for: 39m 36s 479ms
Total running: 39m 37s 660ms
Total cpu time: u=1s 925ms s=567ms
Total cpu time per freq: 0 0 0 0 293 5 2 3 2 3 3 5 10 2 3 2238 0 0 0 0 0 0 0 0 0 0 0 0 15 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
Cpu times per freq at state Background: 0 0 0 0 2 1 0 0 0 0 0 0 0 0 0 1669 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
Cpu times per freq at state Cached: 0 0 0 0 291 4 2 3 2 3 3 5 10 2 3 569 0 0 0 0 0 0 0 0 0 0 0 0 15 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
  Proc com.cnn.mobile.android.phone:
    CPU: 90ms usr + 50ms krn ; 0ms fg
    1 starts
  Apk com.cnn.mobile.android.phone:
    Service com.cnn.mobile.android.phone.util.GcmBroadcastReceiver:
      Created for: 0ms uptime
      Starts: 0, launches: 1
    Service com.urbanairship.push.fcm.AirshipFirebaseMessagingService:
      Created for: 0ms uptime
      Starts: 0, launches: 1
u0a40063:
  (nothing executed)
u0a40064:
  (nothing executed)
u0a40185:
  (nothing executed)
u0a40226:
  (nothing executed)
u0a40235:
  (nothing executed)
u0a40236:
  (nothing executed)
u0a40237:
  (nothing executed)
u0a40243:
  (nothing executed)
u0a40251:
  (nothing executed)
u0a40278:
  (nothing executed)
u0a40279:
  (nothing executed)
u0a40281:
  (nothing executed)
u0a40282:
  (nothing executed)
u0a40284:
  (nothing executed)
u0a40286:
  (nothing executed)
u0a40287:
  (nothing executed)
u0a40288:
  (nothing executed)
u0a40289:
  (nothing executed)
u0a40290:
  (nothing executed)
u0a40291:
  (nothing executed)
u0a40292:
  (nothing executed)
u0a40293:
  (nothing executed)
u0a40294:
  (nothing executed)
u0a40295:

HW_00099409

(nothing executed)
u0a40297:
  (nothing executed)
u0a40338:
  (nothing executed)
u0a40339:
  (nothing executed)
u0a40340:
  (nothing executed)
u0a40341:
  (nothing executed)
u0a40342:
  (nothing executed)
u0a40343:
  (nothing executed)
u0a40344:
  (nothing executed)
u0a40345:
  (nothing executed)
u0a40346:
  (nothing executed)
u0a40347:
  (nothing executed)
u0a40348:
  (nothing executed)
u0a40349:
  (nothing executed)
Per process state tracking available: true
Total cpu time reads: 10662
Batching Duration (min): 271
All UID cpu time reads since the later of device start or stats reset: 68
UIDs removed since the later of device start or stats reset: 1
Currently mapped isolated uids:
  1037->1000 (ref count = 1)
  90000->10249 (ref count = 1)
  90003->10249 (ref count = 1)
  90004->10249 (ref count = 1)
  99020->10253 (ref count = 1)
  99023->10340 (ref count = 1)
BatteryStats constants:
    track_cpu_active_cluster_time=true
    kernel_uid_readers_throttle_time=1000
    external_stats_collection_rate_limit_ms=600000
    battery_level_collection_delay_ms=300000
    procstate_change_collection_delay_ms=60000
    max_history_files=32
    max_history_buffer_kb=128
    battery_charged_delay_ms=900000
On battery measured charge stats (microcoulombs)
    Not supported on this device.
Companion Device Baterry Infos:
    [ 000000_0, 2, 95, -1, -1, -1, 2 ]

HW_00099410