# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC | § § | |
| v. | § § | Case No. 2:22-CV-0422-JRG-RSP |
| SAMSUNG ELECTRONICS AMERICA, INC., ET AL. | § § § | |

## Motions Hearing
## MAG. JUDGE ROY PAYNE PRESIDING
### June 27, 2024

**OPEN:  11:02 am**                                                   **ADJOURN:   3:44 pm**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Kris Davis |
| | Reza Mirzaie |
| | James Tsuei |
| | Charles Ainsworth |
| ATTORNEY FOR DEFENDANTS: | Ruffin Cordell |
| | Thad Kodish |
| | Leonard Davis |
| | Jared Hartzman |
| | John Thornburgh |
| | Melissa Smith |
| LAW CLERK: | Joshua Scheufler |
| COURT REPORTER: | Ed Reed |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened.  Case called.  Charles Ainsworth introduced co-counsel and announced ready. Melissa Smith introduced co-counsel and announced ready.

Reza Mirzaie argued Defendants' Motion for Sanctions Under Fed, R. Civ. P. 37(E)(1) (Dkt. No. 172).  Thad Kodish responded.

The Court then heard arguments on Defendants' Motion to Dismiss for Lack of Standing (Dkt. No. 236) and Plaintiff's Motion for Partial Summary Judgment as to Defendant Samsung's Standing Defense (Dkt. No. 241).  John Thornburgh argued for the defendants.  Kris Davis argued for plaintiff.

The Court took the motions under submission.