IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.<br><br>*Defendants*. | Case No. 2:22-CV-00422-JRG-RSP |

## **ORDER**

Counsel are directed to be prepared at the pre-trial conference in this case, set for tomorrow morning, to discuss the availability of counsel and any necessary witnesses for an evidentiary hearing on the standing issue on July 25, 2024, at 1:00 p.m.

**SIGNED this 1st day of July, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE