# ATTORNEY SIGN-IN SHEET

Judge Roy S. Payne
2:22-CV-0422-JRG-RSP
Headwater Research LLC v. Samsung Electronics America, Inc., et al.
July 2, 2024   9:00 a.m.

## PLEASE PRINT CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| MARK FENSTER | HEADWATER |
| REZA MIRZAIE | " |
| ADAM HOFFMAN | " |
| JASON WIETHOLTER | " |
| JAMES PICKENS | " |
| KRIS DAVIS | " |
| CHRIS BUNT | " |
| Mike McKeon | Samsung |
| Melissa Smith | |
| Thad Kodish | |
| Ben Thompson | |
| Jared Hartzman | |
| Sara Fish | |
| Kate Reardon | |
| John Thornburgh | |
| Nick Gallo | |
| | |