| Group | Group Name | Representative Exhibit(s) | Exhibits | Basis for Objection |
|---|---|---|---|---|
| Samsung's Objections to Headwater's Exhibits | | | | |
| 1 | Improper compilations | PX 133 | PX 23, 39, 115, 133, 180, 266, 414 | 1006 |
| 2 | Expert underlying analysis materials | PX 362 | PX 266, 362, 411, 414, 417 | 402, 403, 802, 1002, Daubert |
| 3 | Prejudicial, misleading, pending MSJ, Not Relevant to Jury Issues | PX 114 | PX 79, 112, 114 | 402, 403, MSJ |
| 4 | Irrelevant | PX 43 | PX 43, 365, 367 | 402, 403, Sanctions Motion |
| 5 | Hearsay | PX 328 | PX 328 | 106, 402, 403, 602, 802, 901, CMIL |
| Headwater's Objections to Samsung's Exhibits | | | | |
| 6 | IPR | DX 389 | DX 389 | 402, 403, CMIL, Daubert, MIL |
| 7 | Embezzlement | DX 136 | DX 136 | 402, 403, 404, CMIL |
| 8 | T-Mobile G1 | DX 20 / 472 | DX 20 / 472 | 402, 403, MIL, Daubert, 802, 701, 702, 703 |
| | | | DX 297 | 402, 403, 802 |
| | | | DX 465 | 402, 403, MSJ, Daubert, 802, MIL, CMIL |
| 9 | Schonfeld Reliance on Sharkey | DX 495 | DX 495 | 402, 403, MIL, Daubert, 802, 701, 702, 703, CMIL |
| | | | DX 216 | 402, 403, MIL, Daubert, 802, 701, 702, 703, CMIL |
| 10 | JuiceDefender | DX 446 | DX 446 | 402, 403, MSJ, Daubert, 802, MIL, CMIL |
| | | | DX 254 | 402, 403, MIL, Daubert, 802, 701, 702, 703, CMIL |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | DX 443 | 402, 403, MSJ, Daubert, 802, MIL, CMIL |
| 11 | Qualcomm Offer | DX 224 | DX 224 | 402, 403 |
| 12 | Interdigital | DX 860 | DX 860 | 402, 403, Daubert, CMIL |
|  |  |  | DX 213 / 1180 | 402, 403 |
|  |  |  | DX 215 | 402, 403 |
|  |  |  | DX 803 | 402, 403 |
|  |  |  | DX 859 | 402, 403, Daubert, CMIL |
| 13 | Samsung Licenses | DX 545 | DX 545 | Daubert, 402, 403, 701, 702, 703, CMIL |
|  |  |  | DX 552 | Daubert, 402, 403, 701, 702, 703 |
| 14 | Non-Infringing Alternatives | DX 563 | DX 563 | 402, 403, 802, FL |
| 15 | Past Due Royalties | DX 130 | DX 130 | 402, 403, 802 |
| 16 | ItsOn Bugs | DX 282 | DX 282 | 402, 403, 802 |
|  |  |  | DX 205 | 402, 403 |
|  |  |  | DX 208 | 402, 403 |
|  |  |  | DX 286 | 402, 403, 802 |
| 17 | Arctic Cat Letter | DX 1722 | DX 1722 | 402, 403 |

Headwater incorporates all objection grounds stated in its motions *in limine*, motions to strike, *Daubert* motions, summary judgment motions, and objections to Samsung's full exhibit list. Headwater further objects to each Samsung bucket and/or exhibit objection to the extent not preserved and/or to the extent Samsung is using the Court's "bucketing" order to add new objections or to categorize one or more exhibits into a "bucket" where the exhibit(s) is not properly grouped as such based on Samsung's preserved objections.