**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC | |
| *Plaintiff*, | |
| v. | Case No. 2:22-CV-00422-JRG-RSP |
| SAMSUNG ELECTRONICS CO., LTD and SAMSUNG ELECTRONICS AMERICA, INC., | <u>**JURY TRIAL DEMANDED**</u> |
| *Defendants*. | |

<u>**SAMSUNG'S NOTICE PURSUANT TO 35 U.S.C. § 282**</u>

Pursuant to 35 U.S.C. § 282, Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung"), provide notice that in the trial of the above-captioned matters, Samsung may rely on one or more of the prior art references identified in this Notice, either alone or in combination.

Samsung has already provided notice to Plaintiff Headwater Research LLC ("Headwater") of the identity of certain publications, patents, and persons within the ambit of § 282 through the pleadings and correspondence in this case, including, but not limited to, invalidity contentions, expert witness reports, testimony, responses to interrogatories, disclosures under Rule 26, the Discovery Order, and the Local Patent Rules, and material disclosed in trial exhibit lists. Samsung expressly incorporates herein by reference all of the publications, patents, and specification of persons within the ambit of § 282 previously cited in these pleadings, testimony, expert reports, correspondence and other materials. To be clear, Samsung expressly discloses its intent to rely on any and all prior art patents, publications, and/or systems disclosed in Samsung's Opening Expert

Report on Invalidity.  Samsung also reserves the right to rely on any description of the prior art within the specifications of the asserted patents or items of prior art cited on their face.  Samsung reserves the right to amend and/or supplement this Notice to add items to this statement that were inadvertently omitted.  In addition to each of the following identified prior art references, Samsung may rely on the applicant's admitted prior art for each of the Asserted Patents.

## I.    Prior Art to Asserted 9,137,701

### A.    U.S. Patents

| Number | Filing Date | Issue Date | Named Inventors | Original Assignees |
|---|---|---|---|---|
| n/a | | | | |

### B.    U.S. Patent Application Publications

| Number | Filing Date | Publication Date | Named Inventors |
|---|---|---|---|
| 2006/0136882, SAM-HW01006275-SAM-HW01006282 | Dec. 17, 2004 | Jun. 22, 2006 | Lee Noonan; Michael Rhodes |
| 2008/0034418, SAM-HW01006283-SAM-HW01006312 | Aug. 3, 2006 | Feb. 7, 2008 | Charu Venkatraman; Junxiao He |
| 2008/0080458, SAMSUNG_PRIORART0001258-SAMSUNG_PRIORART0001285 | Sep. 29, 2006 | Apr. 3, 2008 | Terry L. Cole |
| 2009/0217065A1, SAMSUNG_PRIORART0001417-SAMSUNG_PRIORART0001430 | Feb. 26, 2008 | Aug. 27, 2009 | Nelson S. Araujo, Jr. |

### C.    Non-Patent Publications

| Title | Publication Date | Page Nos. |
|---|---|---|
| 8 Great Apps Every Rooted Android User Should Know About (waybackmachine.com), SAMSUNG_PRIORART0000335 | July 18, 2010 | All |
| Affidavit of Frank-White (Internet Archive) and Exhibit A, SAM-HW00980404-SAM-HW00980467 | 02/22/2024 | All |
| Android Compatibility Definition: Android 1.6, HW_00092334-HW_00092364 | - | All |
| android-1.0-base.zip, SAMSUNG_PRIORART0005487 | - | All |

| Title | Publication Date | Page Nos. |
|---|---|---|
| android-sdk-sources-for-api-level-4-master.zip, SAMSUNG_PRIORART0005056 | - | All |
| android-sdk-windows-1.6_r1.zip, SAMSUNG_PRIORART0006720 | - | All |
| APK Files, HDWTR-GOOG00008; HDWTR-GOOG00009; HDWTR-GOOG00010; HDWTR-GOOG00011; HDWTR-GOOG00012; HDWTR-GOOG00013 | - | All |
| FAQ - Latedroid _ awesome apps, SAMSUNG_PRIORART0006687 | August 2010 | All |
| First Android phone_ Remembering the T-Mobile G1 (HTC Dream), SAMSUNG_PRIORART0005399-SAMSUNG_PRIORART0005415 | September 24, 2021 | All |
| Google IO 2009 - Coding for Life -- Battery Life- That Is.mp4, SAM-HW00678150 | May 27, 2009 | All |
| Google powerpoint: Coding for Life -Battery Life, That Is, HW_00092365-HW_00092396 | May 27, 2009 | All |
| Google Slides, "Coding for Life Battery Life, That Is," GOOG-HEADWATER-00000092-GOOG-HEADWATER-00000123 | May 27, 2009 | All |
| HTC Dream DREA100 _ Google G1 - White (T-Mobile) Very Rare Android Smartphone _ eBay, SAMSUNG_PRIORART0005174-SAMSUNG_PRIORART0005176 | - | All |
| HTC Dream JD Photos, SAMSUNG_PRIORART0006697-SAMSUNG_PRIORART0006701 | - | All |
| https://lifehacker.com/5482663/juicedefender-saves-batteries-by-automating-android-data from (waybackmachine.com), SAMSUNG_PRIORART0000361 | March 4, 2010 | All |
| https://lifehacker.com/5482663/juicedefender-saves-batteries-by-automating-android-data (waybackmachine.com), SAMSUNG_PRIORART0000362 | March 4, 2010 | All |
| HVGA-P-HTC-Dream-W.zip, SAMSUNG_PRIORART0006721 | - | All |
| JuiceDefender FAQ (waybackmachine.com), SAMSUNG_PRIORART0000363 | March 4, 2010 | All |
| JuiceDefender FAQ (waybackmachine.com), SAMSUNG_PRIORART0000379-SAMSUNG_PRIORART0000383 | February 21, 2010 | All |
| Latedroid, SAMSUNG_PRIORART0006704 | Feb 8 2010 | All |
| Latedroid_ JuiceDefender Changelog, SAMSUNG_PRIORART0006708 | Apr 2010 | All |
| Latedroid_ JuiceDefender Changelog, SAMSUNG_PRIORART0006710 | Feb 8 2010 | All |
| Latedroid_UltimateJuice, SAMSUNG_PRIORART0006712 | Feb 2010 | All |

| Title | Publication Date | Page Nos. |
|---|---|---|
| Photos, SAMSUNG_PRIORART0005582-SAMSUNG_PRIORART0005620 | - | All |
| platform_frameworks_base-android-1.6_r1.2.zip, SAMSUNG_PRIORART0005350 | - | All |
| The (updated) history of Android _ Ars Technica, SAMSUNG_PRIORART0005375 | October 31, 2016 | All |
| T-Mobile G1 (HTC Dream) Discontinued, SAMSUNG_PRIORART0005420-SAMSUNG_PRIORART0005423 | Jul 27, 2010 | All |
| T-Mobile G1 User Guide, SAMSUNG_PRIORART0005177-SAMSUNG_PRIORART0005317 | September 8, 2008 | All |

D.    Prior Art Systems and Inventions Known or Used by Others

| Title/Description | Date of Use/Knowledge | Page Numbers |
|---|---|---|
| T-Mobile G1 running Android v. 1.6 | 2009 | - |
| Android v. 1.6 | 2009 | - |
| JuiceDefender | Jan. 2010 | - |

**E.    Persons Who May Be Relied Upon**

| Prior Art System / Invention Known or Used by Others | Name |
|---|---|
| T-Mobile G1 operating Android v. 1.6 | Hannah Sifuentes |
| Android v. 1.6 | Jeff Sharkey |

**II.    Prior Art to Asserted 9,143,976**

**A.  U.S. Patents**

| Number | Filing Date | Issue Date | Named Inventors | Original Assignees |
|---|---|---|---|---|
| n/a | | | | |

**B.  U.S. Patent Application Publications**

| Number | Filing Date | Publication Date | Named Inventors |
|---|---|---|---|
| 2006/0136882, SAM-HW01006275-SAM-HW01006282 | Dec. 17, 2004 | Jun. 22, 2006 | Lee Noonan; Michael Rhodes |

| 2008/0034418, SAM-HW01006283-SAM-HW01006312 | Aug. 3, 2006 | Feb. 7, 2008 | Charu Venkatraman; Junxiao He |
| 2008/0080458, SAMSUNG_PRIORART0001258-SAMSUNG_PRIORART0001285 | Sep. 29, 2006 | Apr. 3, 2008 | Terry L. Cole |
| 2009/0217065A1, SAMSUNG_PRIORART0001417-SAMSUNG_PRIORART0001430 | Feb. 26, 2008 | Aug. 27, 2009 | Nelson S. Araujo, Jr. |

## C.   Non-Patent Publications

| Title | Publication Date | Page Nos. |
| --- | --- | --- |
| 8 Great Apps Every Rooted Android User Should Know About (waybackmachine.com), SAMSUNG_PRIORART0000335 | July 18, 2010 | All |
| Affidavit of Frank-White (Internet Archive) and Exhibit A, SAM-HW00980404-SAM-HW00980467 | 02/22/2024 | All |
| Android Compatibility Definition: Android 1.6, HW_00092334-HW_00092364 | - | All |
| android-1.0-base.zip, SAMSUNG_PRIORART0005487 | - | All |
| android-sdk-sources-for-api-level-4-master.zip, SAMSUNG_PRIORART0005056 | - | All |
| android-sdk-windows-1.6_r1.zip, SAMSUNG_PRIORART0006720 | - | All |
| APK Files, HDWTR-GOOG00008; HDWTR-GOOG00009; HDWTR-GOOG00010; HDWTR-GOOG00011; HDWTR-GOOG00012; HDWTR-GOOG00013 | - | All |
| FAQ - Latedroid _ awesome apps, SAMSUNG_PRIORART0006687 | August 2010 | All |
| First Android phone_ Remembering the T-Mobile G1 (HTC Dream), SAMSUNG_PRIORART0005399-SAMSUNG_PRIORART0005415 | September 24, 2021 | All |
| Google IO 2009 - Coding for Life -- Battery Life- That Is.mp4, SAM-HW00678150 | May 27, 2009 | All |
| Google powerpoint: Coding for Life -Battery Life, That Is, HW_00092365-HW_00092396 | May 27, 2009 | All |
| Google Slides, "Coding for Life Battery Life, That Is," GOOG-HEADWATER-00000092-GOOG-HEADWATER-00000123 | May 27, 2009 | All |
| HTC Dream DREA100 _ Google G1 - White (T-Mobile) Very Rare Android Smartphone _ eBay, SAMSUNG_PRIORART0005174-SAMSUNG_PRIORART0005176 | - | All |

5

| Title | Publication Date | Page Nos. |
|---|---|---|
| HTC Dream JD Photos, SAMSUNG_PRIORART0006697-SAMSUNG_PRIORART0006701 | - | All |
| https://lifehacker.com/5482663/juicedefender-saves-batteries-by-automating-android-data from (waybackmachine.com), SAMSUNG_PRIORART0000361 | March 4, 2010 | All |
| https://lifehacker.com/5482663/juicedefender-saves-batteries-by-automating-android-data (waybackmachine.com), SAMSUNG_PRIORART0000362 | March 4, 2010 | All |
| HVGA-P-HTC-Dream-W.zip, SAMSUNG_PRIORART0006721 | - | All |
| JuiceDefender FAQ (waybackmachine.com), SAMSUNG_PRIORART0000363 | March 4, 2010 | All |
| JuiceDefender FAQ (waybackmachine.com), SAMSUNG_PRIORART0000379-SAMSUNG_PRIORART0000383 | February 21, 2010 | All |
| JuiceDefender FAQ (waybackmachine.com), SAMSUNG_PRIORART0000379-SAMSUNG_PRIORART0000383 | February 21, 2010 | All |
| Latedroid, SAMSUNG_PRIORART0006704 | Feb 8 2010 | All |
| Latedroid_ JuiceDefender Changelog, SAMSUNG_PRIORART0006708 | Apr 2010 | All |
| Latedroid_ JuiceDefender Changelog, SAMSUNG_PRIORART0006710 | Feb 8 2010 | All |
| Latedroid_UltimateJuice, SAMSUNG_PRIORART0006712 | Feb 2010 | All |
| Photos, SAMSUNG_PRIORART0005582-SAMSUNG_PRIORART0005620 | - | All |
| platform_frameworks_base-android-1.6_r1.2.zip, SAMSUNG_PRIORART0005350 | - | All |
| The (updated) history of Android _ Ars Technica, SAMSUNG_PRIORART0005375 | October 31, 2016 | All |
| T-Mobile G1 (HTC Dream) Discontinued, SAMSUNG_PRIORART0005420-SAMSUNG_PRIORART0005423 | Jul 27, 2010 | All |
| T-Mobile G1 User Guide, SAMSUNG_PRIORART0005177-SAMSUNG_PRIORART0005317 | September 8, 2008 | All |

**D.  Prior Art Systems and Inventions Known or Used by Others**

| Title/Description | Date of Use/Knowledge | Page Numbers |
|---|---|---|
| T-Mobile G1 running Android v. 1.6 | 2009 | - |
| Android v. 1.6 | 2009 | - |

| Title/Description | Date of Use/Knowledge | Page Numbers |
|---|---|---|
| JuiceDefender | Jan. 2010 | - |

**E. Persons Who May Be Relied Upon**

| Prior Art System / Invention Known or Used by Others | Name |
|---|---|
| T-Mobile G1 operating Android v. 1.6 | Hannah Sifuentes |
| Android v. 1.6 | Jeff Sharkey |

## III.    Prior Art to Asserted 9,271,184

### A.  U.S. Patents

| Number | Filing Date | Issue Date | Named Inventors | Original Assignees |
|---|---|---|---|---|
| 5,987,611, SAMSUNG_ PRIORART0 001805- SAMSUNG_ PRIORART0 001861 | May 6, 1997 | Nov. 16, 1999 | Gregor Freund | Zone Labs, Inc. |

### B.  U.S. Patent Application Publications

| Number | Filing Date | Publication Date | Named Inventors |
|---|---|---|---|
| 2006/0136882, SAM-HW01006275-SAM-HW01006282 | Dec. 17, 2004 | Jun. 22, 2006 | Lee Noonan; Michael Rhodes |
| 2008/0034418, SAM-HW01006283-SAM-HW01006312 | Aug. 3, 2006 | Feb. 7, 2008 | Charu Venkatraman; Junxiao He |
| 2008/0080458, SAMSUNG_PRIORART0001258-SAMSUNG_PRIORART0001285 | Sep. 29, 2006 | Apr. 3, 2008 | Terry L. Cole |
| 2009/0217065A1, SAMSUNG_PRIORART0001417-SAMSUNG_PRIORART0001430 | Feb. 26, 2008 | Aug. 27, 2009 | Nelson S. Araujo, Jr. |

## C. Non-Patent Publications

| Title | Publication Date | Page Nos. |
|---|---|---|
| 8 Great Apps Every Rooted Android User Should Know About (waybackmachine.com), SAMSUNG_PRIORART0000335 | July 18, 2010 | All |
| Affidavit of Frank-White (Internet Archive) and Exhibit A, SAM-HW00980404-SAM-HW00980467 | 02/22/2024 | All |
| Android Compatibility Definition: Android 1.6, HW_00092334-HW_00092364 | - | All |
| android-1.0-base.zip, SAMSUNG_PRIORART0005487 | - | All |
| android-sdk-sources-for-api-level-4-master.zip, SAMSUNG_PRIORART0005056 | - | All |
| android-sdk-windows-1.6_r1.zip, SAMSUNG_PRIORART0006720 | - | All |
| APK Files, HDWTR-GOOG00008; HDWTR-GOOG00009; HDWTR-GOOG00010; HDWTR-GOOG00011; HDWTR-GOOG00012; HDWTR-GOOG00013 | - | All |
| FAQ - Latedroid _ awesome apps, SAMSUNG_PRIORART0006687 | August 2010 | All |
| First Android phone_ Remembering the T-Mobile G1 (HTC Dream), SAMSUNG_PRIORART0005399-SAMSUNG_PRIORART0005415 | September 24, 2021 | All |
| Google IO 2009 - Coding for Life -- Battery Life- That Is.mp4, SAM-HW00678150 | May 27, 2009 | All |
| Google powerpoint: Coding for Life -Battery Life, That Is, HW_00092365-HW_00092396 | May 27, 2009 | All |
| Google Slides, "Coding for Life Battery Life, That Is," GOOG-HEADWATER-00000092-GOOG-HEADWATER-00000123 | May 27, 2009 | All |
| HTC Dream DREA100 _ Google G1 - White (T-Mobile) Very Rare Android Smartphone _ eBay, SAMSUNG_PRIORART0005174-SAMSUNG_PRIORART0005176 | - | All |
| HTC Dream JD Photos, SAMSUNG_PRIORART0006697-SAMSUNG_PRIORART0006701 | - | All |
| https://lifehacker.com/5482663/juicedefender-saves-batteries-by-automating-android-data from (waybackmachine.com), SAMSUNG_PRIORART0000361 | March 4, 2010 | All |
| https://lifehacker.com/5482663/juicedefender-saves-batteries-by-automating-android-data (waybackmachine.com), SAMSUNG_PRIORART0000362 | March 4, 2010 | All |
| HVGA-P-HTC-Dream-W.zip, SAMSUNG_PRIORART0006721 | - | All |

| Title | Publication Date | Page Nos. |
|-------|------------------|-----------|
| JuiceDefender FAQ (waybackmachine.com), SAMSUNG_PRIORART0000363 | March 4, 2010 | All |
| JuiceDefender FAQ (waybackmachine.com), SAMSUNG_PRIORART0000379-SAMSUNG_PRIORART0000383 | February 21, 2010 | All |
| Latedroid, SAMSUNG_PRIORART0006704 | Feb 8 2010 | All |
| Latedroid_ JuiceDefender Changelog, SAMSUNG_PRIORART0006708 | Apr 2010 | All |
| Latedroid_ JuiceDefender Changelog, SAMSUNG_PRIORART0006710 | Feb 8 2010 | All |
| Latedroid_UltimateJuice, SAMSUNG_PRIORART0006712 | Feb 2010 | All |
| Photos, SAMSUNG_PRIORART0005582-SAMSUNG_PRIORART0005620 | - | All |
| platform_frameworks_base-android-1.6_r1.2.zip, SAMSUNG_PRIORART0005350 | - | All |
| The (updated) history of Android _ Ars Technica, SAMSUNG_PRIORART0005375 | October 31, 2016 | All |
| T-Mobile G1 (HTC Dream) Discontinued, SAMSUNG_PRIORART0005420-SAMSUNG_PRIORART0005423 | Jul 27, 2010 | All |
| T-Mobile G1 User Guide, SAMSUNG_PRIORART0005177-SAMSUNG_PRIORART0005317 | September 8, 2008 | All |

**D.  Prior Art Systems and Inventions Known or Used by Others**

| Title/Description | Date of Use/Knowledge | Page Numbers |
|------------------|----------------------|--------------|
| T-Mobile G1 running Android v. 1.6 | 2009 | - |
| Android v. 1.6 | 2009 | - |
| JuiceDefender | Jan. 2010 | - |

**E.  Persons Who May Be Relied Upon**

| Prior Art System / Invention Known or Used by Others | Name |
|-----------------------------------------------------|------|
| T-Mobile G1 operating Android v. 1.6 | Hannah Sifuentes |
| Android v. 1.6 | Jeff Sharkey |

## IV.   Prior Art to Asserted 9,277,433

### A.  U.S. Patents

| Number | Filing Date | Issue Date | Named Inventors | Original Assignees |
|--------|-------------|------------|-----------------|--------------------|
| n/a | | | | |

### B.  U.S. Patent Application Publications

| Number | Filing Date | Publication Date | Named Inventors |
|--------|-------------|------------------|-----------------|
| 2006/0136882, SAM-HW01006275-SAM-HW01006282 | Dec. 17, 2004 | Jun. 22, 2006 | Lee Noonan; Michael Rhodes |
| 2008/0034418, SAM-HW01006283-SAM-HW01006312 | Aug. 3, 2006 | Feb. 7, 2008 | Charu Venkatraman; Junxiao He |
| 2008/0080458, SAMSUNG_PRIORART0001258-SAMSUNG_PRIORART0001285 | Sep. 29, 2006 | Apr. 3, 2008 | Terry L. Cole |
| 2009/0217065A1, SAMSUNG_PRIORART0001417-SAMSUNG_PRIORART0001430 | Feb. 26, 2008 | Aug. 27, 2009 | Nelson S. Araujo, Jr. |

### C.     Non-Patent Publications

| Title | Publication Date | Page Nos. |
|-------|------------------|-----------|
| 8 Great Apps Every Rooted Android User Should Know About (waybackmachine.com), SAMSUNG_PRIORART0000335 | July 18, 2010 | All |
| Affidavit of Frank-White (Internet Archive) and Exhibit A, SAM-HW00980404-SAM-HW00980467 | 02/22/2024 | All |
| Android Compatibility Definition: Android 1.6, HW_00092334-HW_00092364 | - | All |
| android-1.0-base.zip, SAMSUNG_PRIORART0005487 | - | All |
| android-sdk-sources-for-api-level-4-master.zip, SAMSUNG_PRIORART0005056 | - | All |
| android-sdk-windows-1.6_r1.zip, SAMSUNG_PRIORART0006720 | - | All |
| APK Files, HDWTR-GOOG00008; HDWTR-GOOG00009; HDWTR-GOOG00010; HDWTR-GOOG00011; HDWTR-GOOG00012; HDWTR-GOOG00013 | - | All |
| FAQ - Latedroid _ awesome apps, SAMSUNG_PRIORART0006687 | August 2010 | All |

| Title | Publication Date | Page Nos. |
|---|---|---|
| First Android phone_ Remembering the T-Mobile G1 (HTC Dream), SAMSUNG_PRIORART0005399-SAMSUNG_PRIORART0005415 | September 24, 2021 | All |
| Google IO 2009 - Coding for Life -- Battery Life- That Is.mp4, SAM-HW00678150 | May 27, 2009 | All |
| Google powerpoint: Coding for Life -Battery Life, That Is, HW_00092365-HW_00092396 | May 27, 2009 | All |
| Google Slides, "Coding for Life Battery Life, That Is," GOOG-HEADWATER-00000092-GOOG-HEADWATER-00000123 | May 27, 2009 | All |
| HTC Dream DREA100 _ Google G1 - White (T-Mobile) Very Rare Android Smartphone _ eBay, SAMSUNG_PRIORART0005174-SAMSUNG_PRIORART0005176 | - | All |
| HTC Dream JD Photos, SAMSUNG_PRIORART0006697-SAMSUNG_PRIORART0006701 | - | All |
| https://lifehacker.com/5482663/juicedefender-saves-batteries-by-automating-android-data from (waybackmachine.com), SAMSUNG_PRIORART0000361 | March 4, 2010 | All |
| https://lifehacker.com/5482663/juicedefender-saves-batteries-by-automating-android-data (waybackmachine.com), SAMSUNG_PRIORART0000362 | March 4, 2010 | All |
| HVGA-P-HTC-Dream-W.zip, SAMSUNG_PRIORART0006721 | - | All |
| JuiceDefender FAQ (waybackmachine.com), SAMSUNG_PRIORART0000363 | March 4, 2010 | All |
| JuiceDefender FAQ (waybackmachine.com), SAMSUNG_PRIORART0000379-SAMSUNG_PRIORART0000383 | February 21, 2010 | All |
| Latedroid, SAMSUNG_PRIORART0006704 | Feb 8 2010 | All |
| Latedroid_ JuiceDefender Changelog, SAMSUNG_PRIORART0006708 | Apr 2010 | All |
| Latedroid_ JuiceDefender Changelog, SAMSUNG_PRIORART0006710 | Feb 8 2010 | All |
| Latedroid_UltimateJuice, SAMSUNG_PRIORART0006712 | Feb 2010 | All |
| Photos, SAMSUNG_PRIORART0005582-SAMSUNG_PRIORART0005620 | - | All |
| platform_frameworks_base-android-1.6_r1.2.zip, SAMSUNG_PRIORART0005350 | - | All |
| The (updated) history of Android _ Ars Technica, SAMSUNG_PRIORART0005375 | October 31, 2016 | All |

| Title | Publication Date | Page Nos. |
|---|---|---|
| T-Mobile G1 (HTC Dream) Discontinued, SAMSUNG_PRIORART0005420-SAMSUNG_PRIORART0005423 | Jul 27, 2010 | All |
| T-Mobile G1 User Guide, SAMSUNG_PRIORART0005177-SAMSUNG_PRIORART0005317 | September 8, 2008 | All |
| T-Mobile G1_ CNET reviews the first-ever Android phone – CNET, SAMSUNG_PRIORART0005458-SAMSUNG_PRIORART0005471 | | |

**D. Prior Art Systems and Inventions Known or Used by Others**

| Title/Description | Date of Use/Knowledge | Page Numbers |
|---|---|---|
| T-Mobile G1 running Android v. 1.6 | 2009 | - |
| Android v. 1.6 | 2009 | - |
| JuiceDefender | Jan. 2010 | - |

**E. Persons Who May Be Relied Upon**

| Prior Art System / Invention Known or Used by Others | Name |
|---|---|
| T-Mobile G1 operating Android v. 1.6 | Hannah Sifuentes |
| Android v. 1.6 | Jeff Sharkey |

**V. Prior Art to Asserted 9,277,445**

**A. U.S. Patents**

| Number | Filing Date | Issue Date | Named Inventors | Original Assignees |
|---|---|---|---|---|
| n/a | | | | |

**B. U.S. Patent Application Publications**

| Number | Filing Date | Publication Date | Named Inventors |
|---|---|---|---|
| 2006/0136882, SAM-HW01006275-SAM-HW01006282 | Dec. 17, 2004 | Jun. 22, 2006 | Lee Noonan; Michael Rhodes |
| 2008/0034418, SAM-HW01006283-SAM-HW01006312 | Aug. 3, 2006 | Feb. 7, 2008 | Charu Venkatraman; Junxiao He |

| 2008/0080458, SAMSUNG_PRIORART0001258-SAMSUNG_PRIORART0001285 | Sep. 29, 2006 | Apr. 3, 2008 | Terry L. Cole |
| 2009/0217065A1, SAMSUNG_PRIORART0001417-SAMSUNG_PRIORART0001430 | Feb. 26, 2008 | Aug. 27, 2009 | Nelson S. Araujo, Jr. |

## C. Non-Patent Publications

| Title | Publication Date | Page Nos. |
|---|---|---|
| 8 Great Apps Every Rooted Android User Should Know About (waybackmachine.com), SAMSUNG_PRIORART0000335 | July 18, 2010 | All |
| Affidavit of Frank-White (Internet Archive) and Exhibit A, SAM-HW00980404-SAM-HW00980467 | 02/22/2024 | All |
| Android Compatibility Definition: Android 1.6, HW_00092334-HW_00092364 | - | All |
| android-1.0-base.zip, SAMSUNG_PRIORART0005487 | - | All |
| android-sdk-sources-for-api-level-4-master.zip, SAMSUNG_PRIORART0005056 | - | All |
| android-sdk-windows-1.6_r1.zip, SAMSUNG_PRIORART0006720 | - | All |
| APK Files, HDWTR-GOOG00008; HDWTR-GOOG00009; HDWTR-GOOG00010; HDWTR-GOOG00011; HDWTR-GOOG00012; HDWTR-GOOG00013 | - | All |
| FAQ - Latedroid _ awesome apps, SAMSUNG_PRIORART0006687 | August 2010 | All |
| First Android phone_ Remembering the T-Mobile G1 (HTC Dream), SAMSUNG_PRIORART0005399-SAMSUNG_PRIORART0005415 | September 24, 2021 | All |
| Google IO 2009 - Coding for Life -- Battery Life- That Is.mp4, SAM-HW00678150 | May 27, 2009 | All |
| Google powerpoint: Coding for Life -Battery Life, That Is, HW_00092365-HW_00092396 | May 27, 2009 | All |
| Google Slides, "Coding for Life Battery Life, That Is," GOOG-HEADWATER-00000092-GOOG-HEADWATER-00000123 | May 27, 2009 | All |
| HTC Dream DREA100 _ Google G1 - White (T-Mobile) Very Rare Android Smartphone _ eBay, SAMSUNG_PRIORART0005174-SAMSUNG_PRIORART0005176 | - | All |
| HTC Dream JD Photos, SAMSUNG_PRIORART0006697-SAMSUNG_PRIORART0006701 | - | All |

| Title | Publication Date | Page Nos. |
|---|---|---|
| https://lifehacker.com/5482663/juicedefender-saves-batteries-by-automating-android-data from (waybackmachine.com), SAMSUNG_PRIORART0000361 | March 4, 2010 | All |
| https://lifehacker.com/5482663/juicedefender-saves-batteries-by-automating-android-data (waybackmachine.com), SAMSUNG_PRIORART0000362 | March 4, 2010 | All |
| HVGA-P-HTC-Dream-W.zip, SAMSUNG_PRIORART0006721 | - | All |
| JuiceDefender FAQ (waybackmachine.com), SAMSUNG_PRIORART0000363 | March 4, 2010 | All |
| JuiceDefender FAQ (waybackmachine.com), SAMSUNG_PRIORART0000379-SAMSUNG_PRIORART0000383 | February 21, 2010 | All |
| Latedroid, SAMSUNG_PRIORART0006704 | Feb 8 2010 | All |
| Latedroid_ JuiceDefender Changelog, SAMSUNG_PRIORART0006708 | Apr 2010 | All |
| Latedroid_ JuiceDefender Changelog, SAMSUNG_PRIORART0006710 | Feb 8 2010 | All |
| Latedroid_UltimateJuice, SAMSUNG_PRIORART0006712 | Feb 2010 | All |
| Photos, SAMSUNG_PRIORART0005582-SAMSUNG_PRIORART0005620 | - | All |
| platform_frameworks_base-android-1.6_r1.2.zip, SAMSUNG_PRIORART0005350 | - | All |
| The (updated) history of Android _ Ars Technica, SAMSUNG_PRIORART0005375 | October 31, 2016 | All |
| T-Mobile G1 (HTC Dream) Discontinued, SAMSUNG_PRIORART0005420-SAMSUNG_PRIORART0005423 | Jul 27, 2010 | All |
| T-Mobile G1 User Guide, SAMSUNG_PRIORART0005177-SAMSUNG_PRIORART0005317 | September 8, 2008 | All |

**D. Prior Art Systems and Inventions Known or Used by Others**

| Title/Description | Date of Use/Knowledge | Page Numbers |
|---|---|---|
| T-Mobile G1 running Android v. 1.6 | 2009 | - |
| Android v. 1.6 | 2009 | - |
| JuiceDefender | Jan. 2010 | - |

### E.  Persons Who May Be Relied Upon

| Prior Art System / Invention Known or Used by Others | Name |
|---|---|
| T-Mobile G1 operating Android v. 1.6 | Hannah Sifuentes |
| Android v. 1.6 | Jeff Sharkey |

## VI.     Prior Art to Asserted 9,521,578

### A.  U.S. Patents

| Number | Filing Date | Issue Date | Named Inventors | Original Assignees |
|---|---|---|---|---|
| n/a | | | | |

### B.  U.S. Patent Application Publications

| Number | Filing Date | Publication Date | Named Inventors |
|---|---|---|---|
| 2006/0136882, SAM-HW01006275-SAM-HW01006282 | Dec. 17, 2004 | Jun. 22, 2006 | Lee Noonan; Michael Rhodes |
| 2008/0034418, SAM-HW01006283-SAM-HW01006312 | Aug. 3, 2006 | Feb. 7, 2008 | Charu Venkatraman; Junxiao He |
| 2008/0080458, SAMSUNG_PRIORART0001258-SAMSUNG_PRIORART0001285 | Sep. 29, 2006 | Apr. 3, 2008 | Terry L. Cole |
| 2009/0217065A1, SAMSUNG_PRIORART0001417-SAMSUNG_PRIORART0001430 | Feb. 26, 2008 | Aug. 27, 2009 | Nelson S. Araujo, Jr. |

### C.      Non-Patent Publications

| Title | Publication Date | Page Nos. |
|---|---|---|
| 8 Great Apps Every Rooted Android User Should Know About (waybackmachine.com), SAMSUNG_PRIORART0000335 | July 18, 2010 | All |
| Affidavit of Frank-White (Internet Archive) and Exhibit A, SAM-HW00980404-SAM-HW00980467 | 02/22/2024 | All |
| Android Compatibility Definition: Android 1.6, HW_00092334-HW_00092364 | - | All |
| android-1.0-base.zip, SAMSUNG_PRIORART0005487 | - | All |

| Title | Publication Date | Page Nos. |
|---|---|---|
| android-sdk-sources-for-api-level-4-master.zip, SAMSUNG_PRIORART0005056 | - | All |
| android-sdk-windows-1.6_r1.zip, SAMSUNG_PRIORART0006720 | - | All |
| APK Files, HDWTR-GOOG00008; HDWTR-GOOG00009; HDWTR-GOOG00010; HDWTR-GOOG00011; HDWTR-GOOG00012; HDWTR-GOOG00013 | - | All |
| FAQ - Latedroid _ awesome apps, SAMSUNG_PRIORART0006687 | August 2010 | All |
| First Android phone_ Remembering the T-Mobile G1 (HTC Dream), SAMSUNG_PRIORART0005399-SAMSUNG_PRIORART0005415 | September 24, 2021 | All |
| Google IO 2009 - Coding for Life -- Battery Life- That Is.mp4, SAM-HW00678150 | May 27, 2009 | All |
| Google powerpoint: Coding for Life -Battery Life, That Is, HW_00092365-HW_00092396 | May 27, 2009 | All |
| Google Slides, "Coding for Life Battery Life, That Is," GOOG-HEADWATER-00000092-GOOG-HEADWATER-00000123 | May 27, 2009 | All |
| HTC Dream DREA100 _ Google G1 - White (T-Mobile) Very Rare Android Smartphone _ eBay, SAMSUNG_PRIORART0005174-SAMSUNG_PRIORART0005176 | - | All |
| HTC Dream JD Photos, SAMSUNG_PRIORART0006697-SAMSUNG_PRIORART0006701 | - | All |
| https://lifehacker.com/5482663/juicedefender-saves-batteries-by-automating-android-data from (waybackmachine.com), SAMSUNG_PRIORART0000361 | March 4, 2010 | All |
| https://lifehacker.com/5482663/juicedefender-saves-batteries-by-automating-android-data (waybackmachine.com), SAMSUNG_PRIORART0000362 | March 4, 2010 | All |
| HVGA-P-HTC-Dream-W.zip, SAMSUNG_PRIORART0006721 | - | All |
| JuiceDefender FAQ (waybackmachine.com), SAMSUNG_PRIORART0000363 | March 4, 2010 | All |
| JuiceDefender FAQ (waybackmachine.com), SAMSUNG_PRIORART0000379-SAMSUNG_PRIORART0000383 | February 21, 2010 | All |
| Latedroid, SAMSUNG_PRIORART0006704 | Feb 8 2010 | All |
| Latedroid_ JuiceDefender Changelog, SAMSUNG_PRIORART0006708 | Apr 2010 | All |
| Latedroid_ JuiceDefender Changelog, SAMSUNG_PRIORART0006710 | Feb 8 2010 | All |

16

| Title | Publication Date | Page Nos. |
|---|---|---|
| Latedroid_UltimateJuice, SAMSUNG_PRIORART0006712 | Feb 2010 | All |
| Photos, SAMSUNG_PRIORART0005582-SAMSUNG_PRIORART0005620 | - | All |
| platform_frameworks_base-android-1.6_r1.2.zip, SAMSUNG_PRIORART0005350 | - | All |
| The (updated) history of Android _ Ars Technica, SAMSUNG_PRIORART0005375 | October 31, 2016 | All |
| T-Mobile G1 (HTC Dream) Discontinued, SAMSUNG_PRIORART0005420-SAMSUNG_PRIORART0005423 | Jul 27, 2010 | All |
| T-Mobile G1 User Guide, SAMSUNG_PRIORART0005177-SAMSUNG_PRIORART0005317 | September 8, 2008 | All |
| T-Mobile G1_ CNET reviews the first-ever Android phone – CNET, SAMSUNG_PRIORART0005458-SAMSUNG_PRIORART0005471 | | |

**D. Prior Art Systems and Inventions Known or Used by Others**

| Title/Description | Date of Use/Knowledge | Page Numbers |
|---|---|---|
| T-Mobile G1 running Android v. 1.6 | 2009 | - |
| Android v. 1.6 | 2009 | - |
| JuiceDefender | Jan. 2010 | - |

**E. Persons Who May Be Relied Upon**

| Prior Art System / Invention Known or Used by Others | Name |
|---|---|
| T-Mobile G1 operating Android v. 1.6 | Hannah Sifuentes |
| Android v. 1.6 | Jeff Sharkey |

## VII.    Prior Art to Asserted 9,609,544

### A.  U.S. Patents

| Number | Filing Date | Issue Date | Named Inventors | Original Assignees |
|---|---|---|---|---|
| 5,987,611, SAMSUNG_PRIORART0001805-SAMSUNG_PRIORART0001861 | May 6, 1997 | Nov. 16, 1999 | Gregor Freund | Zone Labs, Inc. |

### B.  U.S. Patent Application Publications

| Number | Filing Date | Publication Date | Named Inventors |
|---|---|---|---|
| 2006/0136882, SAM-HW01006275-SAM-HW01006282 | Dec. 17, 2004 | Jun. 22, 2006 | Lee Noonan; Michael Rhodes |
| 2008/0034418, SAM-HW01006283-SAM-HW01006312 | Aug. 3, 2006 | Feb. 7, 2008 | Charu Venkatraman; Junxiao He |
| 2008/0080458, SAMSUNG_PRIORART0001258-SAMSUNG_PRIORART0001285 | Sep. 29, 2006 | Apr. 3, 2008 | Terry L. Cole |
| 2009/0217065A1, SAMSUNG_PRIORART0001417-SAMSUNG_PRIORART0001430 | Feb. 26, 2008 | Aug. 27, 2009 | Nelson S. Araujo, Jr. |

### C.  Non-Patent Publications

| Title | Publication Date | Page Nos. |
|---|---|---|
| 8 Great Apps Every Rooted Android User Should Know About (waybackmachine.com), SAMSUNG_PRIORART0000335 | July 18, 2010 | All |
| Affidavit of Frank-White (Internet Archive) and Exhibit A, SAM-HW00980404-SAM-HW00980467 | 02/22/2024 | All |
| Android Compatibility Definition: Android 1.6, HW_00092334-HW_00092364 | - | All |
| android-1.0-base.zip, SAMSUNG_PRIORART0005487 | - | All |
| android-sdk-sources-for-api-level-4-master.zip, SAMSUNG_PRIORART0005056 | - | All |
| android-sdk-windows-1.6_r1.zip, SAMSUNG_PRIORART0006720 | - | All |

| Title | Publication Date | Page Nos. |
|---|---|---|
| APK Files, HDWTR-GOOG00008; HDWTR-GOOG00009; HDWTR-GOOG00010; HDWTR-GOOG00011; HDWTR-GOOG00012; HDWTR-GOOG00013 | - | All |
| FAQ - Latedroid _ awesome apps, SAMSUNG_PRIORART0006687 | August 2010 | All |
| First Android phone_ Remembering the T-Mobile G1 (HTC Dream), SAMSUNG_PRIORART0005399-SAMSUNG_PRIORART0005415 | September 24, 2021 | All |
| Google IO 2009 - Coding for Life -- Battery Life- That Is.mp4, SAM-HW00678150 | May 27, 2009 | All |
| Google powerpoint: Coding for Life -Battery Life, That Is, HW_00092365-HW_00092396 | May 27, 2009 | All |
| Google Slides, "Coding for Life Battery Life, That Is," GOOG-HEADWATER-00000092-GOOG-HEADWATER-00000123 | May 27, 2009 | All |
| HTC Dream DREA100 _ Google G1 - White (T-Mobile) Very Rare Android Smartphone _ eBay, SAMSUNG_PRIORART0005174-SAMSUNG_PRIORART0005176 | - | All |
| HTC Dream JD Photos, SAMSUNG_PRIORART0006697-SAMSUNG_PRIORART0006701 | - | All |
| https://lifehacker.com/5482663/juicedefender-saves-batteries-by-automating-android-data from (waybackmachine.com), SAMSUNG_PRIORART0000361 | March 4, 2010 | All |
| https://lifehacker.com/5482663/juicedefender-saves-batteries-by-automating-android-data (waybackmachine.com), SAMSUNG_PRIORART0000362 | March 4, 2010 | All |
| HVGA-P-HTC-Dream-W.zip, SAMSUNG_PRIORART0006721 | - | All |
| JuiceDefender FAQ (waybackmachine.com), SAMSUNG_PRIORART0000363 | March 4, 2010 | All |
| JuiceDefender FAQ (waybackmachine.com), SAMSUNG_PRIORART0000379-SAMSUNG_PRIORART0000383 | February 21, 2010 | All |
| Latedroid, SAMSUNG_PRIORART0006704 | Feb 8 2010 | All |
| Latedroid_ JuiceDefender Changelog, SAMSUNG_PRIORART0006708 | Apr 2010 | All |
| Latedroid_ JuiceDefender Changelog, SAMSUNG_PRIORART0006710 | Feb 8 2010 | All |
| Latedroid_UltimateJuice, SAMSUNG_PRIORART0006712 | Feb 2010 | All |
| Photos, SAMSUNG_PRIORART0005582-SAMSUNG_PRIORART0005620 | - | All |

| Title | Publication Date | Page Nos. |
|---|---|---|
| platform_frameworks_base-android-1.6_r1.2.zip, SAMSUNG_PRIORART0005350 | - | All |
| The (updated) history of Android _ Ars Technica, SAMSUNG_PRIORART0005375 | October 31, 2016 | All |
| T-Mobile G1 (HTC Dream) Discontinued, SAMSUNG_PRIORART0005420-SAMSUNG_PRIORART0005423 | Jul 27, 2010 | All |
| T-Mobile G1 User Guide, SAMSUNG_PRIORART0005177-SAMSUNG_PRIORART0005317 | September 8, 2008 | All |
| T-Mobile G1_ CNET reviews the first-ever Android phone – CNET, SAMSUNG_PRIORART0005458-SAMSUNG_PRIORART0005471 | | |

### D.  Prior Art Systems and Inventions Known or Used by Others

| Title/Description | Date of Use/Knowledge | Page Numbers |
|---|---|---|
| T-Mobile G1 running Android v. 1.6 | 2009 | - |
| Android v. 1.6 | 2009 | - |
| JuiceDefender | Jan. 2010 | - |

### E.  Persons Who May Be Relied Upon

| Prior Art System / Invention Known or Used by Others | Name |
|---|---|
| T-Mobile G1 operating Android v. 1.6 | Hannah Sifuentes |
| Android v. 1.6 | Jeff Sharkey |

## VIII.   Prior Art to Asserted 11,405,224

### A.  U.S. Patents

| Number | Filing Date | Issue Date | Named Inventors | Original Assignees |
|---|---|---|---|---|
| n/a | | | | |

### B.  U.S. Patent Application Publications

| Number | Filing Date | Publication Date | Named Inventors |
|---|---|---|---|
| 2006/0136882, SAM-HW01006275-SAM-HW01006282 | Dec. 17, 2004 | Jun. 22, 2006 | Lee Noonan; Michael Rhodes |
| 2008/0034418, SAM-HW01006283-SAM-HW01006312 | Aug. 3, 2006 | Feb. 7, 2008 | Charu Venkatraman; Junxiao He |
| 2008/0080458, SAMSUNG_PRIORART0001258-SAMSUNG_PRIORART0001285 | Sep. 29, 2006 | Apr. 3, 2008 | Terry L. Cole |
| 2009/0217065A1, SAMSUNG_PRIORART0001417-SAMSUNG_PRIORART0001430 | Feb. 26, 2008 | Aug. 27, 2009 | Nelson S. Araujo, Jr. |

### C.  Non-Patent Publications

| Title | Publication Date | Page Nos. |
|---|---|---|
| 8 Great Apps Every Rooted Android User Should Know About (waybackmachine.com), SAMSUNG_PRIORART0000335 | July 18, 2010 | All |
| Affidavit of Frank-White (Internet Archive) and Exhibit A, SAM-HW00980404-SAM-HW00980467 | 02/22/2024 | All |
| Android Compatibility Definition: Android 1.6, HW_00092334-HW_00092364 | - | All |
| android-1.0-base.zip, SAMSUNG_PRIORART0005487 | - | All |
| android-sdk-sources-for-api-level-4-master.zip, SAMSUNG_PRIORART0005056 | - | All |
| android-sdk-windows-1.6_r1.zip, SAMSUNG_PRIORART0006720 | - | All |
| APK Files, HDWTR-GOOG00008; HDWTR-GOOG00009; HDWTR-GOOG00010; HDWTR-GOOG00011; HDWTR-GOOG00012; HDWTR-GOOG00013 | - | All |
| FAQ - Latedroid _ awesome apps, SAMSUNG_PRIORART0006687 | August 2010 | All |
| First Android phone_ Remembering the T-Mobile G1 (HTC Dream), SAMSUNG_PRIORART0005399-SAMSUNG_PRIORART0005415 | September 24, 2021 | All |
| Google IO 2009 - Coding for Life -- Battery Life- That Is.mp4, SAM-HW00678150 | May 27, 2009 | All |
| Google powerpoint: Coding for Life -Battery Life, That Is, HW_00092365-HW_00092396 | May 27, 2009 | All |

| Title | Publication Date | Page Nos. |
|---|---|---|
| Google Slides, "Coding for Life Battery Life, That Is," GOOG-HEADWATER-00000092-GOOG-HEADWATER-00000123 | May 27, 2009 | All |
| HTC Dream DREA100 _ Google G1 - White (T-Mobile) Very Rare Android Smartphone _ eBay, SAMSUNG_PRIORART0005174-SAMSUNG_PRIORART0005176 | - | All |
| HTC Dream JD Photos, SAMSUNG_PRIORART0006697-SAMSUNG_PRIORART0006701 | - | All |
| https://lifehacker.com/5482663/juicedefender-saves-batteries-by-automating-android-data from (waybackmachine.com), SAMSUNG_PRIORART0000361 | March 4, 2010 | All |
| https://lifehacker.com/5482663/juicedefender-saves-batteries-by-automating-android-data (waybackmachine.com), SAMSUNG_PRIORART0000362 | March 4, 2010 | All |
| HVGA-P-HTC-Dream-W.zip, SAMSUNG_PRIORART0006721 | - | All |
| JuiceDefender FAQ (waybackmachine.com), SAMSUNG_PRIORART0000363 | March 4, 2010 | All |
| JuiceDefender FAQ (waybackmachine.com), SAMSUNG_PRIORART0000379-SAMSUNG_PRIORART0000383 | February 21, 2010 | All |
| Latedroid, SAMSUNG_PRIORART0006704 | Feb 8 2010 | All |
| Latedroid_ JuiceDefender Changelog, SAMSUNG_PRIORART0006708 | Apr 2010 | All |
| Latedroid_ JuiceDefender Changelog, SAMSUNG_PRIORART0006710 | Feb 8 2010 | All |
| Latedroid_UltimateJuice, SAMSUNG_PRIORART0006712 | Feb 2010 | All |
| Photos, SAMSUNG_PRIORART0005582-SAMSUNG_PRIORART0005620 | - | All |
| platform_frameworks_base-android-1.6_r1.2.zip, SAMSUNG_PRIORART0005350 | - | All |
| The (updated) history of Android _ Ars Technica, SAMSUNG_PRIORART0005375 | October 31, 2016 | All |
| T-Mobile G1 (HTC Dream) Discontinued, SAMSUNG_PRIORART0005420-SAMSUNG_PRIORART0005423 | Jul 27, 2010 | All |
| T-Mobile G1 User Guide, SAMSUNG_PRIORART0005177-SAMSUNG_PRIORART0005317 | September 8, 2008 | All |
| T-Mobile G1_ CNET reviews the first-ever Android phone – CNET, SAMSUNG_PRIORART0005458-SAMSUNG_PRIORART0005471 | | |

**D.  Prior Art Systems and Inventions Known or Used by Others**

| Title/Description | Date of Use/Knowledge | Page Numbers |
|---|---|---|
| T-Mobile G1 running Android v. 1.6 | 2009 | - |
| Android v. 1.6 | 2009 | - |
| JuiceDefender | Jan. 2010 | - |

**E.  Persons Who May Be Relied Upon**

| Prior Art System / Invention Known or Used by Others | Name |
|---|---|
| T-Mobile G1 operating Android v. 1.6 | Hannah Sifuentes |
| Android v. 1.6 | Jeff Sharkey |

Dated: July 5, 2024        Respectfully submitted, -

By:    */s/ Benjamin K. Thompson* _____
Ruffin B. Cordell
TX Bar No. 04820550
Michael J. McKeon
DC Bar No. 459780
mckeon@fr.com
Jared Hartzman (*pro hac vice*)
DC Bar No. 1034255
hartzman@fr.com
**FISH & RICHARDSON P.C.**
1000 Maine Avenue, SW, Ste 1000
Washington, D.C. 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Thad C. Kodish
GA Bar No. 427603
tkodish@fr.com
Benjamin K. Thompson
GA Bar No. 633211
bthompson@fr.com
Nicholas A. Gallo (*pro hac vice*)
GA Bar No. 546590
gallo@fr.com
Steffen C. Lake (*pro hac vice*)
GA Bar No. 512272
lake@fr.com
Sara C. Fish
sfish@fr.com
GA Bar No. 873853
Noah C. Graubart
GA Bar No. 141862
graubart@fr.com
Katherine H. Reardon
NY Bar No. 5196910
reardon@fr.com
**FISH & RICHARDSON P.C.**
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

Leonard E. Davis
TX Bar No. 05521600

ldavid@fr.com
Andria Rae Crisler
TX Bar No. 24093792
crisler@fr.com
Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214)747-5070
Facsimile: (214) 747-2091

John-Paul R. Fryckman (*pro hac vice*)
CA Bar No. 317591
John W. Thornburgh
CA Bar No. 154627
thornburgh@fr.com
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Melissa R. Smith
State Bar No. 24001351
Melissa@gillamsmithlaw.com
Harry L. Gillam, Jr.
State Bar No. 07921800
gil@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Andrew Thompson ("Tom") Gorham
State Bar No. 24012715
tom@gillamsmithlaw.com
James Travis Underwood
State Bar No. 24102587
travis@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
102 N. College, Ste. 800
Tyler, Texas 75702
Telephone: (903) 934-8450

25

Facsimile: (903) 934-9257

Grant Schmidt
Texas Bar No. 24084579
gschmidt@hilgersgraben.com
Jon Hyland
jhyland@hilgersgraben.com
Texas Bar No. 24046131
Theodore Kwong
tkwong@hilgersgraben.com
Texas Bar No. 4087871
**HILGERS GRABEN PLLC**
7859 Walnut Hill Lane, Suite 335
Dallas, Texas 75230
Telephone: 469-751-2819

**ATTORNEYS FOR DEFENDANTS**
**SAMSUNG ELECTRONICS CO., LTD. AND**
**SAMSUNG ELECTRONICS AMERICA, INC.**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on July 5, 2024.  As of this date, all counsel of record had consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

*/s/ Benjamin K. Thompson*
Benjamin K. Thompson