AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:22-cv-00422-JRG-RSP |
| SAMSUNG ELECTRONICS AMERICA, INC. et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Samsung Electronics America, Inc., and Samsung Electronics Company, Ltd.

Date:  07/10/2024

/s/ Sean S. Pak
*Attorney's signature*

Sean S. Pak  219032 CA
*Printed name and bar number*

Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
*Address*

seanpak@quinnemanuel.com
*E-mail address*

(415) 875-6600
*Telephone number*

(415) 875-6700
*FAX number*