AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| HEADWATER RESEARCH LLC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:22-cv-00422-JRG-RSP |
| SAMSUNG ELECTRONICS AMERICA, INC. et al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Samsung Electronics America, Inc., and Samsung Electronics Company, Ltd.

Date: 07/10/2024

/s/ Lance Yang
*Attorney's signature*

Lance Yang, SBN 260705
*Printed name and bar number*

Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
*Address*

lanceyang@quinnemanuel.com
*E-mail address*

(415) 875-6600
*Telephone number*

(415) 875-6700
*FAX number*