IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| Headwater Research LLC | § § § | |
| v. | § § | CASE NO. EDTX 2:23:00103-JRG-RSP<br>EDTX 2:22-00422-JRG-RSP |
| | § § § | |
| Samsung Electronics America | § | |

## REPORT OF MEDIATION

The above-captioned case was mediated in person by David Folsom on Wednesday, July 10, 2024, between Headwater Research LLC and Samsung Electronics America.  The mediation session was suspended. The undersigned mediator will continue to work with the parties in an effort to settle.

Signed this Thursday, July 11, 2024.

*/s/ David Folsom*
David Folsom
David@FolsomADR.com
TELPHONE: 903 277 7303
6002-B Summerfield Drive
Texarkana, Texas  75503
FORM - Mediation Report-28051497 2

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this Thursday, July 11, 2024. As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

*/s/ David Folsom*
David Folsom