AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| Headwater Research LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:22cv422-JRG-RSP |
| Samsung Electronics America, Inc., et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Headwater Research LLC.

Date: 07/17/2024

/s/ Andrea L. Fair
*Attorney's signature*

Andrea L. Fair; Texas Bar No. 24078488
*Printed name and bar number*

1507 Bill Owens Parkway
Longview, Texas 75604

*Address*

andrea@wsfirm.com
*E-mail address*

(903) 757-6400
*Telephone number*

(903) 757-2323
*FAX number*