# EXHIBIT 1

UNITED STATES INTERNATIONAL TRADE COMMISSION

Washington, D.C.

| | |
|---|---|
| In the Matter of<br><br>**CERTAIN ELECTRONIC DEVICES, INCLUDING SMARTPHONES, COMPUTERS, TABLET COMPUTERS, AND COMPONENTS THEREOF** | Inv. No. 337-TA-1373 |

**ORDER NO. 37:**   **GRANTING RESPONDENTS' UNOPPOSED MOTION TO MODIFY THE PROCEDURAL SCHEDULE [MOTION DOCKET NO. 1373-036]**

(May 17, 2024)

On May 16, 2024, Respondents Lenovo (United States) Inc., Lenovo PC HK Limited, and Motorola Mobility LLC (collectively, "Respondents") filed an unopposed motion ("Motion") to modify the procedural schedule. (Motion Docket No. 1373-036). The Motion contains a Ground Rule 2.2 certification representing that Complainants InterDigital, Inc., InterDigital VC Holdings, Inc., InterDigital Patent Holdings, Inc., and InterDigital Madison Patent Holdings SAS (collectively, "InterDigital" or "Complainants," and, with Respondents, "the Private Parties") and counsel for the Office of Unfair Import Investigations ("Staff" and, with the Private Parties, "the Parties") do not oppose the Motion. (Mot. at 1, n.1).

The Motion contains three requests: 1) an order amending the procedural schedule to start the evidentiary hearing on August 13, 2024 instead of August 14, 2024; 2) an order allowing Respondents' expert Dr. Schonfeld to testify out of order to accommodate his testimony in a previously scheduled matter; and 3) an order amending the procedural schedule to alter certain expert discovery deadlines. (Mot. at 1). Respondents asserted that Dr. Schonfeld is their sole available expert witness for U.S. Patent Nos. 8,674,859 ("the '859 patent"), 9,674,556 ("the '556 patent"), and 10,250,877 ("the '877 patent") (together, "the Video Coding Patents" or "the CODEC Patents). (Mot. at 2-3). Also, Dr. Schonfeld is scheduled to testify in a jury trial set to begin the week of August 20, 2024. (Mot. at 2). I

find the Parties' requested modification to the evidentiary hearing dates and procedures reasonable under the circumstances described in the Motion and that good cause supports those modifications.

The Private Parties' requested modification to the expert discovery deadlines is also reasonable and supported by good cause. (Mot. at 4-5).

For good cause shown, and because there is no opposition, the Motion (Motion Docket No. 1373-036) is GRANTED. The Amended Procedural Schedule, (Order No. 34), is hereby amended as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Exchange of Initial Expert Reports | Friday, May 17, 2024 | No Change |
| Exchange of Rebuttal Expert Reports | Wednesday, May 29, 2024 | Friday, May 31, 2024 |
| Expert Discovery Cutoff and Completion | Friday, June 7, 2024 | Friday, June 14, 2024 |
| Evidentiary Hearing | August 14-16, 19, 20, 2024 | August 13-16, 19, 2024 |

Within fourteen (14) days of the date of this document, each party shall submit to the Office of the Administrative Law Judges through McNamara337@usitc.gov a statement whether it seeks to have any confidential portion of this document redacted. That is the courtesy copy pursuant to Ground Rule 1.3.2. Any party seeking redactions to the public version must submit to this office through McNamara337@usitc.gov a copy of a proposed public version of this document pursuant to Ground Rule 1.10 with yellow highlighting clearly indicating any portion asserted to contain confidential business information.

**SO ORDERED.**

MaryJoan McNamara
Administrative Law Judge

| | |
|---|---|
| **CERTAIN ELECTRONIC DEVICES, INCLUDING SMARTPHONES, COMPUTERS, TABLET COMPUTERS, AND COMPONENTS THEREOF** | Inv. No. 337-TA-1373 |

# CONFIDENTIAL CERTIFICATE OF SERVICE

I, Lisa R. Barton, hereby certify that the attached **ORDER** has been served via EDIS upon the Commission Investigative Attorney, **Jennifer Dienes**, **Esq.,** and the following parties as indicated, on **May 17, 2024**.

*[signature]*

Lisa R. Barton, Secretary
U.S. International Trade Commission
500 E Street, SW, Room 112
Washington, DC  20436

**On Behalf of Complainants InterDigital, Inc., InterDigital VC Holdings, Inc., InterDigital Patent Holdings, Inc., and InterDigital Madison Patent Holdings SAS:**

| | |
|---|---|
| M. Scott Stevens, Esq.<br>**ALSTON & BIRD LLP**<br>1120 South Tryon Street<br>Suite 300<br>Charlotte, NC 28203<br>Email: Scott.stevens@alston.com | ☐ Via Hand Delivery<br>☐ Via Express Delivery<br>☐ Via First Class Mail<br>☒ Other: Email Notification of Availability for Download |

**On Behalf of Respondents Lenovo PC HK Limited, Lenovo (United States) Inc., and Motorola Mobility LLC:**

| | |
|---|---|
| Adam R. Shartzer, Esq.<br>**FISH & RICHARDSON P.C.**<br>1000 Maine Avenue SW, Suite 1000<br>Washington DC, 20224<br>Email: shartzer@fr.com | ☐ Via Hand Delivery<br>☐ Via Express Delivery<br>☐ Via First Class Mail<br>☒ Other: Email Notification of Availability for Download |