# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:22-CV-00422-JRG-RSP |

## ORDER GRANTING DEFENDANTS' OPPOSED MOTION FOR CONTINUANCE

Before this Court is Samsung's Opposed Motion for Continuance. Having considered the same, the Court is of the opinion the motion should be **GRANTED**.

IT IS SO ORDERED.