# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants. | Case No. 2:22-cv-00422-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF HEADWATER RESEARCH LLC'S OPPOSITION TO DEFENDANTS' MOTION FOR CONTINUANCE

Samsung's motion for continuance (D.I. 372) seeks to postpone trial by at least ten weeks but offers no sufficient basis for such a prejudicial extension. The motion should be denied.

While the motion discusses specific conflicts Samsung has with beginning trial on August 16, 2024, the motion provides no such information to support Samsung's proposed continuance to October 28, 2024. Nor did Samsung provide such information in the meet-and-confer process. Samsung identifies an ITC trial that concludes on August 19 but no other specific conflicts during this ten-week period. Instead, Samsung merely states that its counsel and witnesses are available the week of October 28—ten weeks after the current trial date and nearly three months after the parties' original trial date. This provides no information about what conflicts, if any, warrant such a long continuance.

With numerous available trial weeks between August 16 and October 28, there is no reason for the proposed ten-week continuance. Accordingly, Headwater respectfully opposes Samsung's request to postpone trial to the week of October 28.

1

Dated: July 19, 2024

Respectfully submitted,

*/s/ Marc Fenster*
Marc Fenster
CA State Bar No. 181067
Reza Mirzaie
CA State Bar No. 246953
Brian Ledahl
CA State Bar No. 186579
Ben Wang
CA State Bar No. 228712
Paul Kroeger
CA State Bar No. 229074
Neil A. Rubin
CA State Bar No. 250761
Kristopher Davis
CA State Bar No. 329627
James S. Tsuei
CA State Bar No. 285530
Philip Wang
CA State Bar No. 262239
Amy Hayden
CA State Bar No. 287026
James Milkey
CA State Bar No. 281283
Jason M. Wietholter
CA State Bar No. 337139
James N. Pickens
CA State Bar No. 307474
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
headwater@raklaw.com

Andrea L. Fair
WARD, SMITH & HILL, PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@wsfirm.com

**ATTORNEYS FOR PLAINTIFF,
Headwater Research LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF System per Local Rule CV-5(a).

/s/ *Marc Fenster*
Marc Fenster