# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | Case No. 2:22-cv-00422-JRG-RSP |

## ORDER DENYING DEFENDANTS' OPPOSED MOTION FOR CONTINUANCE

Before this Court is Defendants' Opposed Motion for Continuance. Having considered the Motion and Opposition, the Court is of the opinion that the Motion should be **DENIED**.

IT IS SO ORDERED.