AO 435 (Rev. 10/23)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

# TRANSCRIPT ORDER

*Please Read Instructions:*

FOR COURT USE ONLY
DUE DATE:

| | | |
|---|---|---|
| 1. NAME: Jennifer Truelove | 2. PHONE NUMBER: (903) 923-9002 | 3. DATE: 7/26/2024 |
| 4. DELIVERY ADDRESS OR EMAIL: jtruelove@mckoolsmith.com | 5. CITY: Marshall | 6. STATE: Texas  7. ZIP CODE: 75670 |
| 8. CASE NUMBER: 2:22 cv 422 | 9. JUDGE: Roy Payne | DATES OF PROCEEDINGS  10. FROM 7/25/2024  11. TO 7/25/2024 |
| 12. CASE NAME: Headwater v Samsung | | LOCATION OF PROCEEDINGS  13. CITY Marshall  14. STATE Texas |

**15. ORDER FOR**

- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [X] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [X] OTHER (Specify) Evidentiary Hearing | 7/25/2024 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| 30-Day | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| 7-Day | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [X] | NO. OF COPIES 1 | | |
| Next-Day | [ ] | [ ] | NO. OF COPIES | | |
| 2-Hour | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

**CERTIFICATION (18. & 19.)** By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

18. SIGNATURE: /s/Jennifer Truelove

19. DATE: 7/26/2024

PROCESSED BY:

PHONE NUMBER:

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|
| | |

| ORDER RECEIVED | DATE | BY | | |
|---|---|---|---|---|
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY