# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC | § § | |
| v. | § § | Case No. 2:22-CV-0422-JRG-RSP |
| SAMSUNG ELECTRONICS AMERICA, INC., ET AL. | § § § | |

## Evidentiary Hearing
## MAG. JUDGE ROY PAYNE PRESIDING
### July 25, 2024

**OPEN:** 1:02 pm                                                                 **ADJOURN:** 5:19 pm

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Kris Davis |
| | Reza Mirzaie |
| | Ben Wang |
| | Jason Wietholter |
| ATTORNEY FOR DEFENDANTS: | Thad Kodish |
| | Leonard Davis |
| | Ben Thompson |
| | John Thornburgh |
| | Gil Gillam |
| LAW CLERK: | Joshua Scheufler |
| COURT REPORTER: | Shelly Holmes |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened.  Case called.  Kris Davis introduced co-counsel and announced ready. Gil Gillam introduced co-counsel and announced ready.

Kris Davis informed the Court of the witnesses that will appear live and by deposition today. John Thornburgh responded.

Mr. Davis called Dr. Greg Raleigh.  The witness was sworn.  Direct examination by Mr. Davis.

Cross-examination by Thad Kodish.  Mr. Kodish moved to admit Tab 10.  The exhibit was admitted.  Mr. Kodish moved to admit Tab 8.  Admitted.  Moved to admit Tab 11.  Admitted.  Moved to admit Tab 45.  Admitted.  Moved to admit Tab 12.  Admitted.  Moved to admit Tab 23.  Admitted.  Moved to admit Tab 31.  Admitted.  Moved to admit Tab 33.  Admitted.  Moved to admit Tab 35.  Admitted.  Moved to admit Tab. 38.  Admitted.

The Court questioned the witness.   Redirect by Mr. Davis.

John Thornburgh gave closing remarks for Samsung.   The Court instructed the parties to file their exhibits electronically.