# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br>　　　　*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.; and<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.,<br>　　　　*Defendants*. | Civil Action No. 2:22-cv-00422-JRG-RSP |

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Withdraw Robert Christopher Bunt, Charles Ainsworth, and Parker Bunt & Ainsworth as counsel for Plaintiff. (**Dkt. No. 365**.) The Court, having considered same, is of the opinion the motion should be GRANTED.

It is further **ORDERED** that the Clerk shall terminate all CM/ECF notifications as to Robert Christopher Bunt and Charles Ainsworth for this action.

**SIGNED this 29th day of July, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE