# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, | |
| Plaintiff, | Case No. 2:22-cv-00422-JRG-RSP |
| v. | **JURY TRIAL DEMANDED** |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | |
| Defendants. | |

**PLAINTIFF HEADWATER RESEARCH LLC'S SUR-REPLY
TO DEFENDANTS' MOTION FOR CONTINUANCE**

Samsung requests that the Court postpone trial in this case for 10+ weeks without identifying any sufficient basis for such a lengthy delay here. D.I. 372 and 377.

Samsung argues that its requested 10+ week postponement does not prejudice Headwater. D.I. 377. But Samsung does not explain why its request is appropriate or necessary, having identified no specific conflicts—to the Court or to Headwater—during the 10-week period between the end of its counsel's ITC trial and Samsung's proposed new trial date here. Additionally, Samsung does not address the prejudicial effect of a delay in ***this case*** as opposed to any other litigation between the parties.

Moreover, "this Court has recognized [that] a plaintiff has a right to timely enforcement of its patent rights." *See, e.g.*, *MyPort, Inc. v. Samsung Elecs. Co., Ltd.*, No. 2:22-cv-00114-JRG, Dkt. No. 73 (E.D. Tex. June 13, 2023) (denying Samsung's motion to stay, and finding "no unreasonable delay in filing suit" even though plaintiff filed suit in 2017 and then again in 2022). This is true "even if the plaintiff does not practice the asserted patents," and remains true even if the patentee "could be made whole by money damages." *Team Worldwide Corp. v. Wal-Mart Stores, Inc.*, No. 2:17- cv-00235-JRG, 2018 WL 2722051, at *4 (E.D. Tex. June 6, 2018) (quotation omitted).

For these reasons, Headwater respectfully requests that the Court deny Defendants' motion to postpone trial to the week of October 28, 2024.

Dated:  July 31, 2024

Respectfully submitted,

*/s/ Marc Fenster*
Marc Fenster
CA State Bar No. 181067
Reza Mirzaie
CA State Bar No. 246953
Brian Ledahl
CA State Bar No. 186579
Ben Wang
CA State Bar No. 228712
Paul Kroeger
CA State Bar No. 229074
Neil A. Rubin
CA State Bar No. 250761
Kristopher Davis
CA State Bar No. 329627
James S. Tsuei
CA State Bar No. 285530
Philip Wang
CA State Bar No. 262239
Amy Hayden
CA State Bar No. 287026
James Milkey
CA State Bar No. 281283
Jason M. Wietholter
CA State Bar No. 337139
James N. Pickens
CA State Bar No. 307474
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
headwater@raklaw.com

Andrea L. Fair
WARD, SMITH & HILL, PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@wsfirm.com

**ATTORNEYS FOR PLAINTIFF,
Headwater Research LLC**

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF System per Local Rule CV-5(a).

/s/ *Marc Fenster*
Marc Fenster