**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONIC CO., LTD and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:22-CV-00422-JRG-RSP |

**NOTICE REGARDING CLAIM NARROWING RELATING TO PENDING MOTIONS**

Defendants Samsung Electronics Co. Ltd., and Samsung Electronics America, Inc., (Collectively "Samsung" or "Defendants") file this Notice to inform the Court of the following:

(1) Headwater Research LLC ("Headwater") informed Samsung of its final election of asserted claims. Headwater will only go to trial on claims 1, 8, 9, and 12 of the '976 Patent.

(2) Certain outstanding motions have arguments directed to multiple patents that have now been dropped by Headwater, whereas the relief being sought in those motions can now be focused on the remaining asserted '976 patent. Such motions include at least:

a. Samsung's motion to strike certain opinions of Headwater's expert Dr. Wesel (D.I. 165). Specifically, with respect to Section B of Samsung's Opening Brief, the Court can focus on Paragraph B(7) ("U.S. Patent No. 9,143,976") at pp. 13-14, and disregard Paragraph Nos. B(1)-B(6) and B(8), which pertain to dropped patents. Samsung's arguments in Sections A and C remain live. Samsung notes that the parties' Responsive, Reply, and Sur-reply briefing on this issue focuses heavily on the '976 patent issues

b. Samsung's objections to the Court's Report and Recommendations Regarding Samsung's Motion for Summary Judgment on Notice, Marking, and Pre-suit Damages (D.I. 389)

Dated: August 8, 2024

Respectfully submitted,

By: */s/ Melissa R. Smith*

Ruffin B. Cordell
TX Bar No. 04820550
Michael J. McKeon
DC Bar No. 459780
mckeon@fr.com
Jared Hartzman
DC Bar No. 1034255
hartzman@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, SW, Ste 1000
Washington, D.C. 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Thad C. Kodish
GA Bar No. 427603
tkodish@fr.com
Benjamin K. Thompson
GA Bar No. 633211
bthompson@fr.com
Nicholas A. Gallo (pro hac vice)
GA Bar No. 546590
gallo@fr.com
Steffen C. Lake (pro hac vice)
GA Bar No. 512272
lake@fr.com
Sara C. Fish
sfish@fr.com
GA Bar No. 873853
Noah C. Graubart
GA Bar No. 141862
graubart@fr.com

Katherine H. Reardon
NY Bar No. 5196910
reardon@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

Leonard E. Davis
TX Bar No. 05521600
ldavid@fr.com
Andria Rae Crisler
TX Bar No. 24093792
crisler@fr.com
Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214)747-5070
Facsimile: (214) 747-2091

John-Paul R. Fryckman (pro hac vice)
CA Bar No. 317591
John W. Thornburgh
CA Bar No. 154627
thornburgh@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Melissa R. Smith
State Bar No. 24001351
Melissa@gillamsmithlaw.com
Harry L. Gillam, Jr.
State Bar No. 07921800
gil@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Andrew Thompson ("Tom") Gorham
State Bar No. 24012715
tom@gillamsmithlaw.com
James Travis Underwood
State Bar No. 24102587
travis@gillamsmithlaw.com
GILLAM & SMITH, LLP
102 N. College, Ste. 800
Tyler, Texas 75702
Telephone: (903) 934-845
Facsimile: (903) 934-9257

Grant Schmidt
Texas Bar No. 24084579
gschmidt@hilgersgraben.com
Jon Hyland
jhyland@hilgersgraben.com
Texas Bar No. 24046131
Theodore Kwong
tkwong@hilgersgraben.com
Texas Bar No. 4087871
HILGERS GRABEN PLLC
7859 Walnut Hill Lane, Suite 335
Dallas, Texas 75230
Telephone: 469-751-2819

***Attorney for Defendants***
***Samsung Electronics Co., Ltd.***
***and Samsung Electronics America, Inc***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 8, 2024 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Melissa R. Smith*