IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.<br><br>*Defendants*. | Case No. 2:22-CV-00422-JRG-RSP |

## ORDER

Before the Court is Samsung's Opposed Motion For Continuance of the August 16, 2024 jury trial setting (Dkt. No. 372). Considering the prior setting in the ITC trial, which the Court understands is still proceeding as scheduled, the motion is **GRANTED**. The trial will be reset promptly on a future docket.

**SIGNED this 8th day of August, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE