# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    Defendants. | Case No. 2:22-cv-00422-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING PLAINTIFF HEADWATER RESEARCH LLC'S UNOPPOSED MOTION TO WITHDRAW NOTICES OF INTENT TO REQUEST REDACTION (DKT. 403, 404)**

Before the Court is Plaintiff Headwater Research LLC's Unopposed Motion to Withdraw Notices of Intent to Request Redaction ("Motion"). The Court has considered the Motion and is of the opinion that the Motion should be GRANTED. Accordingly, the Motion is hereby GRANTED.