UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>                Defendants. | Case No. 2:22-cv-00422-JRG-RSP |

**ORDER**

    Before the Court is Plaintiff Headwater Research LLC's Unopposed Motion to Withdraw Notices of Intent to Request Redaction. (**Dkt. No. 413**.) Having considered the Motion, the Court finds that the motion should be and hereby is **GRANTED**. It is hereby **ORDERED** Headwater's Notices of Intent to Request Redaction (Dkt. Nos. 403, 404) are withdrawn.

    **SIGNED this 22nd day of August, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE