# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> *Defendants*. | Case No. 2:23-CV-00103-JRG-RSP |

## ORDER GRANTING DEFENDANTS' RENEWED MOTION TO STAY PENDING *INTER PARTES* REVIEW

Before the Court is Defendants' Renewed Motion to Stay Pending *Inter Partes* Review.

Having considered the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS SO ORDERED.