# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    Defendants. | Case No. 2:22-cv-00422-JRG-RSP<br><br>JURY TRIAL DEMANDED |

## HEADWATER'S UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINE ON DEFENDANTS' MOTION TO COMPEL COMPLIANCE (DKT. 419)

Plaintiff Headwater Research, LLC submits this unopposed motion to extend its deadline to respond to Defendants' Motion to Compel Headwater's Compliance with Sanctions Order Striking Copying Allegations (Dkt. 419, the "Motion") by four days. Defendants filed the Motion on September 30, 2024. Headwater's response is due on October 14, 2024. *See* Local CV-7(e). Headwater seeks a modest four-day extension to its deadline to respond to the Motion, which would move the response deadline from October 14, 2024 to October 18, 2024.

Good cause exists to modify Headwater's response deadline because counsel for Headwater have various conflicts, including an ongoing trial in the Central District of California. Defendants do not oppose this request. The requested extension is not sought for the purpose of delay and will not require extension of any other deadlines.

Dated: October 10, 2024         Respectfully submitted,

                     */s/ Reza Mirzaie*

1

Marc Fenster
CA State Bar No. 181067
Reza Mirzaie
CA State Bar No. 246953
Brian Ledahl
CA State Bar No. 186579
Ben Wang
CA State Bar No. 228712
Paul Kroeger
CA State Bar No. 229074
Neil A. Rubin
CA State Bar No. 250761
Kristopher Davis
CA State Bar No. 329627
James S. Tsuei
CA State Bar No. 285530
Philip Wang
CA State Bar No. 262239
Amy Hayden
CA State Bar No. 287026
James Milkey
CA State Bar No. 281283
Jason M. Wietholter
CA State Bar No. 337139
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
rak_headwater@raklaw.com

Andrea L. Fair
MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com

*Attorneys for Plaintiff*
*Headwater Research LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 10th day of October 2024, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Jason Wietholter*
Jason Wietholter

## **CERTIFICATE OF CONFERENCE OF COUNSEL**

I hereby certify that counsel of record for Headwater and Samsung have met and conferred in compliance with Local CV-7(h). Samsung does not oppose this motion.

*/s/ Jason Wietholter*
Jason Wietholter
