# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    Defendants. | Case No. 2:22-cv-00422-JRG-RSP<br><br>JURY TRIAL DEMANDED |

### ORDER GRANTING HEADWATER'S UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINE ON DEFENDANTS' MOTION TO COMPEL COMPLIANCE (DKT. 419)

Pending before the Court is Plaintiff Headwater Research, LLC's unopposed motion to extend its deadline to respond to Defendants' Motion to Compel Headwater's Compliance with Sanctions Order Striking Copying Allegations (Dkt. 419, the "Motion") by four days.

The Court, having considered the motion, and for good cause shown, finds that the motion should be **GRANTED**.

IT IS HEREBY ORDERED that the Headwater's deadline to respond to the Motion is extended from October 14, 2024 to October 18, 2024. All other deadlines shall remain in place absent further leave of Court.