**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:22-CV-00422-JRG-RSP |

**SAMSUNG DEFENDANTS' MOTION TO EXPEDITE BRIEFING ON SAMSUNG'S
RENEWED MOTION TO STAY PENDING *EX PARTE* REEXAMINATION**

Defendants Samsung Electronics Co., LTD ("SEC") and Samsung Electronics America, Inc. ("SEA") (collectively "Samsung") respectfully file this opposed motion to expedite briefing on Samsung's Renewed Motion to Stay Pending *Ex Parte* Reexamination.

On October 23, 2024, the PTO granted Samsung's request for *ex parte* reexamination ("EPR") of all claims of the sole remaining asserted patent in this case.  As of the latest correspondence from the Court on September 17, 2024, the parties do not have a set trial date.  Based on this correspondence, Samsung understands that while the parties do not have a set trial date, the Court anticipates but does not guarantee that the parties trial date will be reset in the month of December 2024.

In light of the PTO's grant of EPR, Samsung is filing, concurrently herewith, a renewed motion to stay the case pending resolution of EPR proceedings against the '976 patent.  As explained in the concurrently filed motion to stay, given that all claims of the sole asserted patent are subject to EPR, a stay could simplify the case and allow the parties and Court to save substantial resources.

1

Samsung submits that expedited briefing is appropriate in view of the close proximity of

the approaching month of December, in which the Court has indicated this case may go to trial.

Given the potential for trial a mere month away and number of pending motions to strike remaining

before the Court, Samsung submits that informing the Court of the parties' position regarding the

motion to stay as rapidly as possible can allow the Court to efficiently rule on Samsung's motion

and allow the parties and Court to potentially avoid incurring the substantial cost of trial

preparation and trial itself.  Under a non-expedited schedule, briefing for Samsung's motion to

stay would not conclude until the end of November, leaving little time for the Court to consider

the parties' positions if trial is indeed set for December.

Counsel for Samsung and Headwater have conferred and Headwater opposes the expedited

briefing requested by Samsung.

Samsung thus respectfully requests that the Court grant this Motion and enter an order

shortening the briefing schedule as follows: (1) Headwater's response in opposition to Samsung's

Renewed Motion to Stay Pending *Ex Parte* Reexamination is due on or before November 8, 2024,

and (2) no further briefing is allowed.

Dated: November 1, 2024                        Respectfully submitted,

By:   */s/ Thad C. Kodish*
        Ruffin B. Cordell
        TX Bar No. 04820550
        Michael J. McKeon
        DC Bar No. 459780
        mckeon@fr.com
        Jared Hartzman (*pro hac vice*)
        DC Bar No. 1034255
        hartzman@fr.com
        **FISH & RICHARDSON P.C.**

2

1000 Maine Avenue, SW, Ste 1000
Washington, D.C. 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Thad C. Kodish
GA Bar No. 427603
tkodish@fr.com
Benjamin K. Thompson
GA Bar No. 633211
bthompson@fr.com
Nicholas A. Gallo (*pro hac vice*)
GA Bar No. 546590
gallo@fr.com
Steffen C. Lake (*pro hac vice*)
GA Bar No. 512272
lake@fr.com
Sara C. Fish
sfish@fr.com
GA Bar No. 873853
Noah C. Graubart
GA Bar No. 141862
graubart@fr.com
Katherine H. Reardon
NY Bar No. 5196910
reardon@fr.com
**FISH & RICHARDSON P.C.**
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

Leonard E. Davis
TX Bar No. 05521600
ldavid@fr.com
Andria Rae Crisler
TX Bar No. 24093792
crisler@fr.com
Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214)747-5070
Facsimile: (214) 747-2091

3

John-Paul R. Fryckman (*pro hac vice*)
CA Bar No. 317591
John W. Thornburgh
CA Bar No. 154627
thornburgh@fr.com
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Melissa R. Smith
State Bar No. 24001351
Melissa@gillamsmithlaw.com
Harry L. Gillam, Jr.
State Bar No. 07921800
gil@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Andrew Thompson ("Tom") Gorham
State Bar No. 24012715
tom@gillamsmithlaw.com
James Travis Underwood
State Bar No. 24102587
travis@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
102 N. College, Ste. 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Grant Schmidt
Texas Bar No. 24084579
gschmidt@hilgersgraben.com
Jon Hyland
jhyland@hilgersgraben.com
Texas Bar No. 24046131
Theodore Kwong
tkwong@hilgersgraben.com
Texas Bar No. 4087871
**HILGERS GRABEN PLLC**

4

7859 Walnut Hill Lane, Suite 335
Dallas, Texas 75230
Telephone: 469-751-2819

Lance Lin Yang
CA. Bar No. 260705
Lanceyang@quinnemanuel.com
Sean S. Pak
CA Bar No. 219032
seanpak@quinnemanuel.com
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600


**ATTORNEYS FOR DEFENDANTS
SAMSUNG ELECTRONICS CO., LTD. AND
SAMSUNG ELECTRONICS AMERICA, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document

was served on Plaintiff through its counsel of record via email on November 1, 2024.

*/s/ Thad C. Kodish*
Thad C. Kodish

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff and counsel for Defendants have met and conferred in compliance

with Local Rule CV-7(h). Plaintiff opposes this motion..

*/s/ Thad C. Kodish*
Thad C. Kodish