**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC | |
| *Plaintiff*, | |
| v. | Case No. 2:22-CV-00422-JRG-RSP |
| SAMSUNG ELECTRONICS CO., LTD and SAMSUNG ELECTRONICS AMERICA, INC., | |
| *Defendants*. | |

**ORDER GRANTING SAMSUNG DEFENDANTS' MOTION EXPEDITE BRIEFING ON
ITS RENEWED MOTION TO STAY PENDING *EX PARTE* REEXAMINATION**

Before the Court is the motion of Defendants Samsung Electronics Co., Ltd ("SEC") and Samsung Electronics America, Inc. ("SEA") (collectively "Samsung") to Expedite Briefing on Samsung's Renewed Motion to Stay Pending *Ex Parte* Reexamination. Having considered the matter, and for good cause shown, the Court GRANTS the motion.

IT IS THEREFORE ORDERED that briefing on Samsung's Renewed Motion to Stay Pending *Ex Parte* Reexamination is shortened as follows: (1) Headwater's response in opposition to Samsung's Renewed Motion to Stay Pending *Ex Parte* Reexamination is due on or before November 8, 2024, and (2) no further briefing is allowed.

1