IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, | § |
| | § |
| *Plaintiff*, | § |
| | § |
| v. | § CIVIL ACTION NO. 2:22-cv-0422-JRG-RSP |
| | § |
| SAMSUNG ELECTRONICS CO., LTD and SAMSUNG ELECTRONICS AMERICA, INC., | § |
| | § |
| *Defendant*. | § |

## ORDER

Before the Court is the Joint Stipulation of Dismissal filed by HEADWATER RESEARCH LLC, and SAMSUNG ELECTRONICS CO., LTD and SAMSUNG ELECTRONICS AMERICA, INC., (**Dkt. No. 418**). In the Stipulation, the parties represent that in the above-captioned case, all claims regarding U.S. Patent No. 9,609,544 have been resolved and request dismissal of these claims WITH PREJUDICE. *Id*. at 1.

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims regarding the '544 Patent asserted between Plaintiff and Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**.

The Clerk of Court is directed to **MAINTAIN AS OPEN** the above-captioned case.

**SIGNED this 4th day of November, 2024.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE