IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:22-cv-00422-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF HEADWATER RESEARCH LLC'S
OPPOSITION TO SAMSUNG'S MOTION TO EXPEDITE BRIEFING ON SAMSUNG'S
RENEWED MOTION TO STAY PENDING EX PARTE REEXAMINATION**

Plaintiff Headwater Research LLC ("Headwater") respectfully opposes Samsung's Motion to Expedite Briefing on Samsung's Renewed Motion to Stay Pending Reexamination ("Motion"). Headwater already offered to forego replies and sur-replies to give the Court ample time to address the merits of the parties' briefing in advance of a December trial. Samsung refused this compromise, moving instead to shorten Headwater's opposition deadline by one week, which only serves to prejudice Headwater's ability to address Samsung's arguments.

Samsung's Renewed Motion to Stay Pending ***Ex Parte*** **Reexamination** ("Renewed Motion") is not simply a "Renewed Motion to Stay." While this Court previously denied a motion to stay filed by Samsung, that motion was based on ***inter partes*** **review** of Headwater's patents. *See* D.I. 67 and 272. Notably, the Court denied Samsung's previous motion, in part, because the PTAB ***denied institution on the merits*** as to Headwater's '976 Patent. Samsung's Renewed Motion here is based on Samsung's newly and strategically filed ***ex parte*** **reexamination** ("EPR") against the same '976 Patent—the sole remaining Asserted Patent in this case.

This is not merely a "renewed motion," but is instead a motion based on a completely different post-grant proceeding with significantly different facts than at issue in Samsung's prior motion to stay. Notably, six of the seven prior art references raised in Samsung's request for *ex parte* reexamination were previously raised in Samsung's failed IPR petition (and some of those were also considered during original prosecution), making it all the more likely that Samsung's reexamination similarly fails. Nor should the Court read anything into the reexamination request being granted, as the grant rate for such requests in recent years is approximately 98%. *See, e.g.*, https://www.uspto.gov/sites/default/files/documents/reexamination-op-stats.pdf.

Samsung has already gained a tactical advantage through its delays in this case, including by filing this EPR. Indeed, Headwater originally asserted nine patents in the case. During the course of this case, Headwater streamlined out six of the nine Asserted Patents. *See* D.I. 385 and 418. Samsung then filed EPRs against the three remaining patents including the '976 Patent—all in August 2024 when this case was originally scheduled for trial.

Samsung's conduct has already prejudiced Headwater's ability to prepare its case for trial, and now Samsung seeks to prejudice Headwater's ability to respond to Samsung's "Renewed" Motion to Stay as well. Headwater respectfully requests that the Court deny Samsung's Motion to Expedite Headwater's opposition deadline to seven days only. Nonetheless, as it told Samsung before, Headwater agrees to forego reply and sur-reply briefing in the interest of providing the Court with ample time to rule on Samsung's Motion in advance of an expected December trial date.

Dated:  November 4, 2024

Respectfully submitted,

*/s/ Marc Fenster*
Marc Fenster
CA State Bar No. 181067
Reza Mirzaie
CA State Bar No. 246953
Brian Ledahl
CA State Bar No. 186579
Ben Wang
CA State Bar No. 228712
Paul Kroeger
CA State Bar No. 229074
Neil A. Rubin
CA State Bar No. 250761
Kristopher Davis
CA State Bar No. 329627
James S. Tsuei
CA State Bar No. 285530
Philip Wang
CA State Bar No. 262239
Amy Hayden
CA State Bar No. 287026
Adam Hoffman
CA State Bar No. 218740
James Milkey
CA State Bar No. 281283
Jason M. Wietholter
CA State Bar No. 337139
James N. Pickens
CA State Bar No. 307474
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
headwater@raklaw.com

Andrea L. Fair
TX State Bar No. 24078488
MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com

**ATTORNEYS FOR PLAINTIFF,**
**Headwater Research LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2024, I electronically filed the foregoing document with the Clerk of the Court for the Eastern District of Texas using the ECF System and served defendants via CM/ECF.

/s/ *Marc Fenster*
Marc Fenster