# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, *Plaintiff*, v. SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., *Defendants*. | Case No. 2:22-cv-00422-JRG-RSP **JURY TRIAL DEMANDED** |

### ORDER DENYING SAMSUNG DEFENDANTS' MOTION TO EXPEDITE BRIEFING ON ITS RENEWED MOTION TO STAY PENDING *EX PARTE* REEXAMINATION

Before the Court is Samsung's Motion to Expedite Briefing on Samsung's Renewed Motion to Stay Pending *Ex Parte* Reexamination. Having considered the matter, and for good cause shown, the Court **DENIES** the Motion.