# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, | |
| *Plaintiff*, | Case No. 2:22-cv-00422-JRG-RSP |
| v. | **JURY TRIAL DEMANDED** |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | |
| *Defendants*. | |

**DECLARATION OF KRISTOPHER DAVIS IN SUPPORT OF PLAINTIFF HEADWATER RESEARCH LLC'S OPPOSITION TO SAMSUNG'S MOTION TO STAY PENDING *EX PARTE* REEXAMINATION (DKT. 424)**

1. I, Kristopher Davis, declare as follows.

2. I am counsel for Headwater Research LLC ("Headwater") in the above-captioned action. I provide this declaration in support of Headwater's Opposition to Samsung's Motion to Stay Pending *Ex Parte* Reexamination. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

3. Attached as Exhibit A is a true and correct copy of USPTO reexamination statistics for the period from 2007 through June 30, 2024, downloaded from https://www.uspto.gov/sites/default/files/documents/reexamination-op-stats.pdf on November 15, 2024.

4. Attached as Exhibit B is a true and correct copy of USPTO reexamination data, including average pendency, downloaded from https://www.uspto.gov/dashboard/data/patents/ex-parte-filing-data.pdf on November 15, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 15, 2024 at Los Angeles, California

By: */s/ Kristopher Davis*
Kristopher Davis

## **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who to have consented to electronic service are being served on November 15, 2024, with a copy of this document via the Court's CM/ECF system.

*/s/ Kristopher Davis*
Kristopher Davis
