# Exhibit B



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

### *Ex Parte* Reexamination Filing Data - September 30, 2023

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81 [1] ……………..………………………………………..  15115
     a. By patent owner    4027    26.6%
     b. by other member of the public    10913    72.2%
     c. By order of Commissioner    175    1.2%

2. Number of Filings by discipline
     a. Chemical Operation    3978    26.3%
     b. Electrical Operation    5797    38.4%
     c. Mechanical Operation    4990    33.0%
     d. Design Patents    350    2.3%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1991 | 309 | 2001 | 295 | 2011 | 734 | 2021 | 304 |
| 1982 | 187 | 1992 | 390 | 2002 | 272 | 2012 | 780 | 2022 | 338 |
| 1983 | 186 | 1993 | 359 | 2003 | 394 | 2013 | 305 | 2023 | 288 |
| 1984 | 189 | 1994 | 379 | 2004 | 436 | 2014 | 355 | | |
| 1985 | 230 | 1995 | 395 | 2005 | 520 | 2015 | 244 | | |
| 1986 | 232 | 1996 | 413 | 2006 | 473 | 2016 | 222 | | |
| 1987 | 240 | 1997 | 380 | 2007 | 600 | 2017 | 191 | | |
| 1988 | 269 | 1998 | 348 | 2008 | 690 | 2018 | 187 | | |
| 1989 | 242 | 1999 | 391 | 2009 | 603 | 2019 | 163 | | |
| 1990 | 297 | 2000 | 312 | 2010 | 697 | 2020 | 198 | | |

4. Number known to be in litigation……………………………………………………………………………………..  5591    37.0%

5. Decisions on requests [2] ……………………………………………………………………………………..  14490
     a. No. granted    13385    92.4%
         (1) By examiner    13196
         (2) By Director (on petition)    189
     b. No. denied    1185    8.2%
         (1) By examiner    1105
         (2) Reexam vacated    80

6. Total examiner denials (includes denials reversed by Director)………………………….  1105
     a. Patent owner requester    526    47.6%
     b. Third party requester    579    52.4%

---

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

7. Overall reexamination pendency (Filing date to certificate issue date)........................
    a. Average pendency                                                                               25.2 (mos.)
    b. Median pendency                                                                                18.9 (mos.)

| 8. Reexam certificate claim analysis: | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall | Numbers |
|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 7% | 15% | 0% | 21.6% | 2675 |
| b. Certificates with all claims canceled | 3% | 10% | 0% | 13.7% | 1696 |
| c. Certificates with claims changes | 22% | 42% | 1% | 64.7% | 8012 |

9. Total ex parte reexamination certificates issued (1981 – present) …………………………………  12383

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.
    a. Certificates – PATENT OWNER REQUESTER                         3983
        a. All claims confirmed                             854    21.4%
        b. All claims canceled                               400    10.0%
        c. Claims changed                                     2729   68.5%
    b. Certificates – 3rd PARTY REQUESTER                                 8226
        a. All claims confirmed                             1804   21.9%
        b. All claims canceled                              1250   15.2%
        c. Claims changed                                     5172   62.9%
    c. Certificates – COMMISSIONER INITIATED REEXAM               174
        a. All claims confirmed                               17     9.8%
        b. All claims canceled                               46    26.4%
        c. Claims changed                                     111   63.8%

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.