# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC | § § | |
| v. | § § | Case No. 2:22-CV-0422-JRG-RSP |
| SAMSUNG ELECTRONICS AMERICA, INC., ET AL. | § § § | |

**Final Pretrial Conference**
**MAG. JUDGE ROY PAYNE PRESIDING**
November 18, 2024

**OPEN: 9:00 am**                                           **ADJOURN: 11:51 am**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEY FOR DEFENDANTS: | See attached |
| LAW CLERK: | Greg Saltz |
| COURT REPORTER: | Shelly Holmes |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened. Case called. Chris Bunt introduced co-counsel and announced ready. Travis Underwood introduced co-counsel and announced ready.

Jury Selection will be December 6, 2024, at 9:00 a.m. before Judge Gilstrap. There are several cases still on the docket and Judge Gilstrap will announce the order of the trials soon.

There were several Motions in Limine that were carried from the pretrial conference held this summer. Sara Fish argued Samsung's Motion in Limine #3. Reza Mirzaie responded. Jared Hartzman then argued the remaining issues with Samsung's Motion in Limine #4. The Court made rulings.

The Court then heard arguments on issues remaining with certain exhibits. Jason Wietholter argued for Headwater. Thad Kodish argued for Samsung. The Court made rulings.

Ben Thompson argued regarding the testimony of Dr. Raleigh. Andrea Fair responded.

The Court then heard argument on Plaintiff's issue regarding conversion of the witness lists. Mr. Mirzaie responded. Mr. Thompson responded.

Mr. Mirzaie updated the Court of the compromise that the parties are discussing regarding pretrial

identifications of invalidity theories and accused features. Mr. Thompson responded.

Mr. Thompson relayed the disputes on stipulations regarding roaming reduction. Kris Davis responded. The Court made rulings.

The Court then heard argument regarding certain issues in Samsung's Motion to Stay (Dkt. No. 424). Mr. Kodish argued for Samsung. The Court made rulings.

The parties then revisited the issues in PTX 114. The Court adopted the exhibit as redacted.

The Court heard the agreements regarding the deposition designations to be used on the first day of trial.