# ATTORNEY SIGN-IN SHEET

Judge Roy S. Payne
2:22-CV-0422-JRG-RSP
Headwater Research LLC v. Samsung Electronics America, Inc., et al.
November 18, 2024   9:00 a.m.

## PLEASE PRINT CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| THAD KODISH | Samsung |
| Ben Thompson | Samsung |
| Sara Fish | Samsung |
| Jared Hartzman | Samsung |
| Marc Fenster | Headwater |
| James Tsuei | " |
| Reza Mirzaie | " |
| Philip Wang | " |
| Kris Davis | " |
| Jason Wietholter | " |
| Andrea Fair | " |
| Leonard Davis | Samsung |
| Travis Underwood | Samsung |
| | |
| | |
| | |