# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> SAMSUNG ELECTRONICS CO. LTD § <br> and SAMSUNG ELECTRONICS § <br> AMERICA, INC., § <br> § <br> *Defendant*. § | Case No. 2:22-cv-00422-JRG-RSP |

## ORDER

Samsung Electronics Co. Ltd and Samsung Electronics America, Inc. previously filed a Motion for Summary Judgment. (Dkt. No. 232). Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 361), recommending denial of Samsung's Motion for Summary Judgment. Samsung has now filed Objections (Dkt. No. 389), with Headwater filing a Response (Dkt. No. 407).

After conducting a *de novo* review of the briefing on the Motion for Summary Judgment, the Report and Recommendation, and the briefing on Samsung's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Samsung's Objections and **ADOPTS** the Report and Recommendation and orders that the Motion for Summary Judgment (Dkt. No. 232) is **DENIED**.

**So ORDERED and SIGNED this 2nd day of December, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE