# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § § *Plaintiff*, § § v. § § SAMSUNG ELECTRONICS CO. LTD § and SAMSUNG ELECTRONICS § AMERICA, INC., § § *Defendant*. § | Case No. 2:22-cv-00422-JRG-RSP |

## ORDER

Headwater Research LLC previously filed a Motion for Partial Summary Judgment (Dkt. No. 242). Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 387), recommending denial of Headwater's Motion for Partial Summary Judgment. Headwater has now filed Objections (Dkt. No. 408), with Samsung filing a Response (Dkt. No. 416).

After conducting a *de novo* review of the briefing on the Motion for Partial Summary Judgment, the Report and Recommendation, and the briefing on Headwater's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Headwater's Objections and **ADOPTS** the Report and Recommendation and orders that the Motion for Partial Summary Judgment (Dkt. No. 242) is **DENIED**.

So ORDERED and SIGNED this 2nd day of December, 2024.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE