# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | |
| § | Case No. 2:22-cv-00422-JRG-RSP |
| SAMSUNG ELECTRONICS CO. LTD § | |
| and SAMSUNG ELECTRONICS § | |
| AMERICA, INC., § | |
| § | |
| *Defendant*. § | |

## ORDER

Samsung Electronics Co. Ltd and Samsung Electronics America, Inc. previously filed a Motion for Summary Judgment of Non-Infringement (Dkt. No. 235). Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 392), recommending the granting of Samsung's Motion for Summary Judgment of Non-Infringement as to the Sleeping and Deep Sleeping Features. After conducting a *de novo* review of the briefing on the Motion for Summary Judgment of Non-Infringement and the Report and Recommendation, the Court agrees with the reasoning provided within the Report and Recommendation. Accordingly, the Recommendation is **ADOPTED**.

It is therefore **ORDERED** that the Motion for Summary Judgment of Non-Infringement (Dkt. No. 235) is **GRANTED** as to the Sleeping and Deep Sleeping Features.

So ORDERED and SIGNED this 2nd day of December, 2024.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE