IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | Case No. 2:22-cv-00422-JRG-RSP |
| SAMSUNG ELECTRONICS CO. LTD | § | |
| and SAMSUNG ELECTRONICS | § | |
| AMERICA, INC., | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Defendants Samsung Electronics Co. Ltd and Samsung Electronics America, Inc. filed a Motion to Dismiss for Lack of Standing (Dkt. No. 236) with Plaintiff Headwater Research LLC responding by filing its own Motion for Partial Summary Judgment (Dkt. No. 241). Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 399), recommending denial of Samsung's Motion to Dismiss for Lack of Standing and grant of Headwater's Motion for Partial Summary Judgment. Samsung has now filed Objections (Dkt. No. 411), with Headwater filing a Response (Dkt. No. 417).

After conducting a *de novo* review of the briefing on the above Motions, the Report and Recommendation, and the briefing on Samsung's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Samsung's Objections and **ADOPTS** the Report and Recommendation and orders that the Motion to Dismiss for Lack of Standing (Dkt. No. 236) is **DENIED** and the Motion for Partial Summary

1

Judgment (Dkt. No. 241) is **GRANTED,** with the Court hereby finding that Headwater has standing to bring this action.

**So ORDERED and SIGNED this 2nd day of December, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE