# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § § *Plaintiff*, § § v. § § SAMSUNG ELECTRONICS CO. LTD § and SAMSUNG ELECTRONICS § AMERICA, INC., § § *Defendant*. § | Case No. 2:22-cv-00422-JRG-RSP |

## ORDER

Headwater Research LLC previously filed a Motion for Partial Summary Judgment (Dkt. No. 243). Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 402), recommending denial of Headwater's Motion for Partial Summary Judgment. Because no objections have been filed and for the reasons set forth in the Report and Recommendation, which have not been shown to be erroneous, the Recommendation is **ADOPTED**.

It is therefore **ORDERED** that the Motion for Partial Summary Judgment (Dkt. No. 243) is **DENIED**.

**So ORDERED and SIGNED this 2nd day of December, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE