# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § § *Plaintiff*, § § v. § § SAMSUNG ELECTRONICS CO. LTD § and SAMSUNG ELECTRONICS § AMERICA, INC., § § *Defendant*. § | Case No. 2:22-cv-00422-JRG-RSP |

## ORDER

Headwater Research LLC previously filed a Motion for Partial Summary Judgment (Dkt. No. 230). Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 394), recommending denial of Headwater's Motion for Partial Summary Judgment. After conducting a *de novo* review of the briefing on the Motion for Partial Summary Judgment and the Report and Recommendation, the Court agrees with the reasoning provided within the Report and Recommendation. Accordingly, the Recommendation is **ADOPTED**.

It is therefore **ORDERED** that the Motion for Partial Summary Judgment (Dkt. No. 230) is **DENIED**.

So ORDERED and SIGNED this 2nd day of December, 2024.

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE