# Exhibit 1

**UNITED STATES INTERNATIONAL TRADE COMMISSION**

**Washington, D.C.**

| | |
|---|---|
| **In the Matter of**<br><br>**CERTAIN CAMERAS, CAMERA SYSTEMS, AND ACCESSORIES USED THEREWITH** | **Inv. No. 337-TA-1400** |

**ORDER NO. 5:    SETTING PROCEDURAL SCHEDULE**

(June 3, 2024)

In accordance with the parties' proposed procedural schedule, submitted in response to Order No. 4, the procedural schedule set forth in Appendix A is now the Procedural Schedule in this Investigation.

**SO ORDERED.**

_____
Cameron Elliot
Administrative Law Judge

APPENDIX A

| Event | Deadline |
|---|---|
| File identification of expert witnesses, including their expertise and curriculum vitae | Monday, July 1, 2024 |
| Initial deadline for responses to contention interrogatories on issues for which the responding party bears the burden of proof | Friday, July 12, 2024 |
| G.R. 5.2 Disclosure of Domestic Industry Contentions | Friday, July 12, 2024 |
| Initial deadline for responses to contention interrogatories on issues for which the responding party does not bear the burden of proof | Friday, July 26, 2024 |
| G.R. 5.1 File notice of prior art | Friday, August 9, 2024 |
| File tentative lists of witnesses a party will call to testify at the hearing, with an identification of each witness' relationship to the party | Friday, August 30, 2024 |
| G.R. 5.3 Maximum Scope of the Investigation Disclosure | Wednesday, September 4, 2024 |
| Cut-off date for supplements to contention interrogatories on issues for which the responding party bears the burden of proof, and on public interest issues (if applicable) | Thursday, September 5, 2024 |
| Cut-off date for supplements to contention interrogatories on issues for which the responding party does not bear the burden of proof | Thursday, September 19, 2024 |
| Fact discovery cut-off and completion | Friday, October 4, 2024 |
| G.R. 5.3 Initial Case-Narrowing Disclosure | Tuesday, October 8, 2024 |
| Deadlines for motions to compel fact discovery | Tuesday, October 8, 2024 |
| Exchange of initial expert reports (identify tests/surveys/data) | Tuesday, October 15, 2024 |
| Exchange of rebuttal expert reports | Friday, November 1, 2024 |
| Deadline for filing motions for summary determination | Thursday, November 14, 2024 |
| Expert discovery cut-off and completion | Friday, November 15, 2024 |
| Deadline for motions to compel expert discovery | Friday, November 15, 2024 |
| Exchange of exhibit lists among the parties | Monday, November 18, 2024 |
| Submit and serve direct exhibits, with | Tuesday, December 3, 2024 |

| Event | Deadline |
|---|---|
| physical exhibits available - Complainant(s) and Respondent(s) | |
| G.R. 5.3 Final Case-Narrowing Disclosure | Friday, December 6, 2024 |
| Submit and serve rebuttal exhibits, with rebuttal physical exhibits available – all parties | Tuesday, December 10, 2024 |
| File pre-trial statements and briefs – Complainant(s) and Respondent(s) | Friday, December 13, 2024 |
| Deadline to file motions *in limine* | Friday, December 20, 2024 |
| File responses to motions *in limine* | Friday, January 3, 2024 |
| Pre-trial conference | Friday, January 10, 2025 |
| **Hearing** | **Monday, January 13, 2025, through Friday, January 17, 2025** |
| File initial post-trial briefs and final exhibit lists | Friday, January 31, 2025 |
| File reply post-trial briefs | Friday, February 14, 2025 |
| **Initial Determination** | **Thursday, May 8, 2025** |
| **Target date for completion of investigation** | **Monday, September 8, 2025** |