# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § | |
| § | |
| *Plaintiff*, § | |
| § | CASE NO. 2:22-CV-00422-JRG-RSP |
| v. § | |
| § | |
| SAMSUNG ELECTRONICS CO., LTD., and § | |
| SAMSUNG ELECTRONICS AMERICA, INC., § | |
| § | |
| *Defendants*. § | |

## ORDER

The Court held a telephonic hearing (the "Hearing") in the above-captioned case on Monday, December 23, 2024, at 10:00 a.m. regarding the Joint Motion for Continuance (the "Motion") filed by Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") and Plaintiff Headwater Research LLC ("Plaintiff" and with Samsung, the "Parties"). (Dkt. No. 466.) During the Hearing, the Court heard from the Parties on Samsung's request to continue the current trial setting due to a conflict involving its technical expert, Dr. Daniel Schonfeld, and his participation in an evidentiary hearing before the International Trade Commission ("ITC"). The Court recognized that it had previously granted Samsung's Opposed Motion to Continue (Dkt. No. 372) due to a conflict involving Samsung's same technical expert, Dr. Schonfeld, and his participation in an ITC evidentiary hearing earlier in August of 2024. (Dkt. No. 406.) Samsung stated that it had not requested accommodation from the ITC regarding the conflict involving Dr. Schonfeld. Furthermore, Plaintiff stated that it preferred the current trial setting on January 13, 2025 but would be amendable to continuing the current trial setting to January 27, 2025, if the Court would maintain its position as the first-priority

case, particularly given that trial was originally set for August 2024 and had already been rescheduled based on Samsung's availability. (*See also* Dkt. No. 466 at 2.)

This Order memorializes the Court's rulings on the Motion as announced on the record. While this Order summarizes the Court's rulings as announced on the record during the Hearing, this Order in no way limits or constrains such rulings.

It is **ORDERED** that Mr. Yang joined by Mr. Cordell promptly, but in no case later than 12:00 p.m. central-time on December 27, 2024, file a request with the ALJ presiding over the evidentiary hearing in Investigation No. 337-TA-1400 to continue the evidentiary hearing at the ITC such that Dr. Schonfeld may appear for the trial currently set in this Court. The filing must attach this Order thereto and indicate that this Court directed its filing and presentation. Upon receiving a decision from the ALJ, the Parties shall file a joint notice with the Court within 24 hours attaching the ALJ's decision, at which time the Court will take such ruling into account in regard to scheduling the trial now set in this Court for January 13, 2025.

**So ORDERED and SIGNED this 23rd day of December, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE