IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br>v.<br>SAMSUNG ELECTRONICS CO., LTD and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:22-CV-00422-JRG-RSP |

### NOTICE REGARDING THE COURT'S DECEMBER 23, 2024 ORDER AND STATUS REPORT

In furtherance to the parties' Joint Motion for Continuance (D.I. 466) and in accordance with the Court's order during the corresponding December 23, 2024 telephonic hearing on that motion, Samsung files this status update relating thereto.

During the December 23, 2024 telephonic hearing on the parties' Joint Motion for Continuance, the Court instructed Samsung to contact the Administrative Law Judge ("ALJ") presiding over ITC Investigation No. 337-TA-1400 in order to explore a postponement and/or scheduling accommodation of the trial in that Investigation as a means to address the conflict concerning Samsung's sole technical expert in this case, Dr. Dan Schonfeld, who is currently scheduled to testify as an expert in both the -1400 Investigation and this case during the same trial week.

In compliance with the Court's oral instructions, earlier this afternoon, Samsung wrote Administrative Law Judge Doris J. Hines—the ALJ presiding over the -1400 Investigation—along with two associated ITC Attorney Advisors to explore a scheduling accommodation for the -1400 Investigation. Ex. 1. Before doing so, Samsung also contacted counsel for both the Complainant

1

and Respondent in that investigation, such that Samsung could obtain their positions on Samsung's request and inform the ALJ of the same. Ex. 1 at Exs. A and B. In conjunction with sending the letter to the ALJ, and in an attempt to expedite its consideration, Samsung counsel also called the ITC Attorney Advisor to alert him to the emailed letter.

Shortly thereafter, ALJ Hines issued the attached order, instructing Complainant and Respondent to "confer as best as possible and file their respective positions on possible solutions no later than COB Thursday December 26, 2024." Ex. 2.

Just after receiving ALJ Hines' Order, and while in the process of drafting this notice, Samsung received Order No. 468 from the Court, providing additional instructions regarding Samsung's ordered communications with the ITC. Samsung asks that its communication of earlier this afternoon to the ITC suffice to satisfy Order No. 468. ALJ Hines has ordered the parties to state their positions on December 26, and Samsung will immediately report each filing.

Samsung appreciates the Court's further consideration of the parties' Joint Motion. Samsung will continue to update the Court with any further information from the ITC.

Dated: December 23, 2024                    Respectfully submitted,

By: */s/ Ruffin B. Cordell*
Ruffin B. Cordell
TX Bar No. 04820550
Michael J. McKeon
DC Bar No. 459780
mckeon@fr.com
Jared Hartzman
DC Bar No. 1034255
hartzman@fr.com
**FISH & RICHARDSON P.C.**
1000 Maine Avenue, SW, Ste 1000
Washington, D.C. 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Thad C. Kodish
GA Bar No. 427603
tkodish@fr.com
Benjamin K. Thompson
GA Bar No. 633211
bthompson@fr.com
Nicholas A. Gallo (*pro hac vice*)
GA Bar No. 546590
gallo@fr.com
Steffen C. Lake (*pro hac vice*)
GA Bar No. 512272
lake@fr.com
Sara C. Fish
sfish@fr.com
GA Bar No. 873853
Noah C. Graubart
GA Bar No. 141862
graubart@fr.com
Katherine H. Reardon
NY Bar No. 5196910
reardon@fr.com
**FISH & RICHARDSON P.C.**
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

Leonard E. Davis
TX Bar No. 05521600
ldavid@fr.com
Andria Rae Crisler
TX Bar No. 24093792
crisler@fr.com
Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214)747-5070
Facsimile: (214) 747-2091

John-Paul R. Fryckman (*pro hac vice*)
CA Bar No. 317591
John W. Thornburgh

3

CA Bar No. 154627
thornburgh@fr.com
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Melissa R. Smith
State Bar No. 24001351
Melissa@gillamsmithlaw.com
Harry L. Gillam, Jr.
State Bar No. 07921800
gil@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Andrew Thompson ("Tom") Gorham
State Bar No. 24012715
tom@gillamsmithlaw.com
James Travis Underwood
State Bar No. 24102587
travis@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
102 N. College, Ste. 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Grant Schmidt
Texas Bar No. 24084579
gschmidt@hilgersgraben.com
Jon Hyland
jhyland@hilgersgraben.com
Texas Bar No. 24046131
Theodore Kwong
tkwong@hilgersgraben.com
Texas Bar No. 4087871
**HILGERS GRABEN PLLC**
7859 Walnut Hill Lane, Suite 335
Dallas, Texas 75230
Telephone: 469-751-2819

Lance Lin Yang
CA. Bar No. 260705
Lanceyang@quinnemanuel.com
Sean S. Pak
CA Bar No. 219032
seanpak@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600

*Attorneys for Defendants*
*Samsung Electronics Co., LTD and*
*Samsung Electronics America, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on December 23, 2024. As of this date, all counsel of record had consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

                                      */s/ Ruffin B. Cordell*
                                      Ruffin B. Cordell