# Exhibit 2

UNITED STATES INTERNATIONAL TRADE COMMISSION

Washington, D.C.

| | |
|---|---|
| In the Matter of<br><br>**CERTAIN CAMERAS, CAMERA SYSTEMS, AND ACCESSORIES USED THEREWITH** | Inv. No.  337-TA-1400 |

**ORDER NO. 20:**     **ADJUSTING EVIDENTIARY HEARING SCHEDULE**

(December 30, 2024)

In response to Order No. 19, complainant GoPro, Inc. and respondents Arashi Vision Inc. d/b/a Insta360 and Arashi Vision (U.S.) LLC d/b/a Insta360 (Insta360) filed a proposal addressing a potential scheduling conflict involving GoPro's technical expert, Dr. Dan Schonfeld, in the present investigation and litigation in the Eastern District of Texas. EDIS Doc. ID 840062. Among other things, the proposal rearranges the order of witnesses previously presented in the parties' pre-hearing statements, and moves the pre-hearing conference to Friday, January 10, 2025. *Id.* at 1-2. The proposal further requests that Dr. Schonfeld be permitted to offer remote testimony if necessary.

The parties' diligence and cooperation in responding to Order No. 19 is appreciated. The proposal is supported by good cause and is adopted for the upcoming evidentiary hearing. Thus, the technology tutorial and pre-hearing conference will begin at 9:30 a.m. on January 10, 2025. The ancillary issues identified in the parties' proposal will be taken up on a case by case basis at the pre-hearing conference or during the evidentiary hearing.

**SO ORDERED.**

Doris Johnson Hines
Administrative Law Judge