# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,  §<br>§<br>*Plaintiff*,  §<br>§<br>v.  §<br>§<br>SAMSUNG ELECTRONICS CO., LTD., and §<br>SAMSUNG ELECTRONICS AMERICA, INC., §<br>§<br>*Defendants*.  § | CASE NO. 2:22-CV-00422-JRG-RSP |

## ORDER

Before the Court is the Joint Motion for Continuance (the "Motion") filed by Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") and Plaintiff Headwater Research LLC ("Plaintiff" and with Samsung, the "Parties"). (Dkt. No. 466.) In the Motion, the Parties sought a continuance of the January 13, 2025 trial setting due to a conflict involving Samsung's technical expert, Dr. Daniel Schonfeld, and his participation in an evidentiary hearing before the International Trade Commission (the "ITC"). (*Id.* at 1-2.) Headwater did not oppose the Motion as long as the Court "maintain[ed] the -422 case's position as the first-priority case for the January 27, 2025 trial setting." (*Id.* at 2.) On December 31, 2024, the Parties filed a Joint Notice representing that the ALJ proceeding over the ITC evidentiary hearing issued an order modifying the ITC hearing, which made "Dr. Schonfeld . . . available to testify in this case." (Dkt. No. 470 at 2; Dkt. No. 470-2 at 1.) Based on the ITC's accommodation, Headwater withdrew its joinder of the Motion. (*Id.*) To the extent that the Court denies the Motion, Samsung further requests that Dr. Schonfeld be permitted to start his direct testimony in this case on Thursday, January 16, 2025. (*Id.* at 2-3.) Plaintiff does not object to Samsung reordering its witnesses to ensure that Dr. Schonfeld does not testify until Thursday, January 16, 2025. (*Id.* at 3.)

Having considered the Motion, the Joint Notices, and the Parties' representation that Dr. Schonfeld is available to testify in this case during the January 13, 2025 trial setting, the Court finds that the Motion should be and hereby is **DENIED**. Accordingly, it is **ORDERED** that the trial in this case proceed as currently scheduled with jury selection to begin on January 13, 2025. Moreover, having considered Samsung's request that Dr. Schonfeld be permitted to start his direct testimony in this case on January 16, 2025, and no objection from Plaintiff as to Samsung reordering its witnesses, the Court finds that Samsung's request should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Samsung is permitted to start the direct testimony of Dr. Schonfeld on January 16, 2025.

**So Ordered this**

**Jan 1, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE