# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, | § |
| *Plaintiff*, | § § § |
| v. | §  CASE NO. 2:22-CV-00422-JRG-RSP § § |
| SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC., | § § § |
| *Defendants*. | § § |

## ORDER

Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Defendants" or "Samsung") previously filed a Motion to Strike Certain Opinions Offered by Dr. Richard D. Wesel (Dkt. No. 165). Magistrate Judge Payne entered a Memorandum Order denying this motion. (Dkt. No. 431.) Defendants have filed Objections to this Memorandum Order (Dkt. No. 443), with Plaintiff having filed a Response to Defendants' Objections. (Dkt. No. 464.)

After conducting a *de novo* review of the briefing on this motion, the Memorandum Order, and the briefing on Defendants' Objections, the Court agrees with the reasoning provided within the Memorandum Order and concludes that the Objections fail to show that the Memorandum Order was erroneous. Consequently, the Court **OVERRULES** the Objections, **ADOPTS** the Memorandum Order, and **ORDERS** that Defendants' Motion to Strike Certain Opinions Offered by Dr. Richard D. Wesel (Dkt. No. 165) is **DENIED**.

**So ORDERED and SIGNED this 3rd day of January, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE