# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, | § |
| *Plaintiff*, | § |
| v. | § CASE NO. 2:22-CV-00422-JRG-RSP |
| SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC., | § |
| *Defendants*. | § |

## ORDER

Plaintiff Headwater Research LLC ("Plaintiff" or "Headwater") previously filed its Motion to Strike Portions of the Expert Opinions of Dr. Dan Schonfeld (Dkt. No. 240). Magistrate Judge Payne entered a Memorandum Order granting this motion in part but otherwise denying it. (Dkt. No. 436.) Defendants filed Objections to this Memorandum Order (Dkt. No. 444), with Plaintiff having filed a Response to Defendants' Objections (Dkt. No. 463.) Plaintiff also filed Objections to this Memorandum Order (Dkt. No. 448), with Defendants having filed a Response to Plaintiff's Objections (Dkt. No. 454.)

After conducting a *de novo* review of the briefing on this motion, the Memorandum Order, and the briefing on the Parties' Objections, the Court agrees with the reasoning provided within the Memorandum Order and concludes that the Objections fail to show that the Memorandum Order was erroneous. Consequently, the Court **OVERRULES** the Objections, **ADOPTS** the Memorandum Order, and **ORDERS** that Plaintiff's Motion to Strike Portions of the Expert Opinions of Dr. Dan Schonfeld (Dkt. No. 240) is **GRANTED** only as provided in the Memorandum Order as to the claim construction of limitation 1[f] and is otherwise **DENIED**.

**So ORDERED and SIGNED this 3rd day of January, 2025.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE