# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, | § |
| *Plaintiff*, | § § § |
| v. | §  CASE NO. 2:22-CV-00422-JRG-RSP |
| SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC., | § § § |
| *Defendants*. | § § |

## ORDER

Plaintiff Headwater Research LLC ("Plaintiff" or "Headwater") previously filed its Motion to Strike Certain Opinions of Samsung's Damages Expert Dr. Keith R. Ugone (Dkt. No. 255). Magistrate Judge Payne entered a Memorandum Order granting this motion in part but otherwise denying it. (Dkt. No. 435.) Plaintiff has filed Objections to this Memorandum Order, (Dkt. No. 449), with Defendants having filed a Response to Plaintiff's Objections. (Dkt. No. 461.)

After conducting a *de novo* review of the briefing on this motion, the Memorandum Order, and the briefing on Plaintiff's Objections, the Court agrees with the reasoning provided within the Memorandum Order and concludes that the Objections fail to show that the Memorandum Order was erroneous. Consequently, the Court **OVERRULES** the Objections, **ADOPTS** the Memorandum Order, and **ORDERS** that Plaintiff's Motion to Strike Certain Opinions of Samsung's Damages Expert Dr. Keith R. Ugone (Dkt. No. 255) is **GRANTED** as to (1) the speculation as to why the InterDigital Letter of Intent was not consummated, and (2) reference to the amount of the offers from Qualcomm and Fortress, but the motion is otherwise **DENIED**.

**So ORDERED and SIGNED this 3rd day of January, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE