# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § | |
| § | |
| *Plaintiff*, § | |
| § | CASE NO. 2:22-CV-00422-JRG-RSP |
| v. § | |
| § | |
| SAMSUNG ELECTRONICS CO., LTD., and § | |
| SAMSUNG ELECTRONICS AMERICA, INC., § | |
| § | |
| *Defendants*. § | |

## ORDER

Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Defendants" or "Samsung") previously filed a Motion for Leave to Serve a Supplemental Rebuttal Report Addressing Headwater Damages Opinion (Dkt. No. 471). Magistrate Judge Payne entered a Memorandum Order denying this motion. (Dkt. No. 482.) Defendants have filed Objections to this Memorandum Order. (Dkt. No. 483.)

After conducting a *de novo* review of the briefing on this motion, the Memorandum Order, and the briefing on Defendants' Objections, the Court agrees with the reasoning provided within the Memorandum Order and concludes that the Objections fail to show that the Memorandum Order was erroneous. Consequently, the Court **OVERRULES** the Objections, **ADOPTS** the Memorandum Order, and **ORDERS** that Defendants' Motion for Leave to Serve a Supplemental Rebuttal Report Addressing Headwater Damages Opinion (Dkt. No. 471) is **DENIED**.

**So ORDERED and SIGNED this 10th day of January, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE