IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:22-CV-00422-JRG-RSP |

### JOINT MOTION TO APPOINT JAMIE WRIGHT AS INTERPRETER

Plaintiff Headwater Research LLC and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. file this Joint Motion to Appoint Jamie Wright as Interpreter for Korean-language witnesses in the above case.

Ms. Wright is an experienced Korean interpreter. Her qualifications are set forth in her CV, attached hereto as Exhibit 1. The parties agree that Ms. Wright will not be utilized by either side for trial witness preparation. The parties further agree that Ms. Wright shall review the video recordings of the depositions of the witnesses for whom she is anticipated to interpret at trial in order to familiarize herself with the relevant technical terminology.

By: */s/ Marc Fenster*
    Marc Fenster
    CA State Bar No. 181067
    Reza Mirzaie
    CA State Bar No. 246953
    Brian Ledahl
    CA State Bar No. 186579
    Ben Wang
    CA State Bar No. 228712
    Paul Kroeger
    CA State Bar No. 229074
    Neil A. Rubin
    CA State Bar No. 250761
    Kristopher Davis
    CA State Bar No. 329627
    James S. Tsuei
    CA State Bar No. 285530
    Philip Wang
    CA State Bar No. 262239
    Amy Hayden
    CA State Bar No. 287026
    James Milkey
    CA State Bar No. 281283
    Jason M. Wietholter
    CA State Bar No. 337139
    James N. Pickens
    CA State Bar No. 307474
    RUSS AUGUST & KABAT
    12424 Wilshire Blvd. 12th Floor
    Los Angeles, CA 90025
    Telephone: 310-826-7474
    headwater@raklaw.com

    **ATTORNEYS FOR PLAINTIFF,**
    **HEADWATER RESEARCH LLC**

By: */s/ Noah C. Graubart*
    Ruffin B. Cordell
    TX Bar No. 04820550
    Michael J. McKeon
    DC Bar No. 459780
    mckeon@fr.com
    Jared Hartzman (*pro hac vice*)
    DC Bar No. 1034255
    hartzman@fr.com
    **FISH & RICHARDSON P.C.**
    1000 Maine Avenue, SW, Ste 1000
    Washington, D.C. 20024
    Telephone: (202) 783-5070
    Facsimile: (202) 783-2331

    Thad C. Kodish
    GA Bar No. 427603
    tkodish@fr.com
    Benjamin K. Thompson
    GA Bar No. 633211
    bthompson@fr.com
    Nicholas A. Gallo (*pro hac vice*)
    GA Bar No. 546590
    gallo@fr.com
    Steffen Lake (*pro hac vice*)
    GA Bar No. 512272
    lake@fr.com
    Sara Fish
    sfish@fr.com
    GA Bar No. 873853
    Noah C. Graubart
    GA Bar No. 141862
    graubart@fr.com
    Katherine H. Reardon
    NY Bar No. 5196910
    reardon@fr.com
    **FISH & RICHARDSON P.C.**
    1180 Peachtree St. NE, Fl. 21
    Atlanta, GA 30309
    Telephone: (404) 892-5005
    Facsimile: (404) 892-5002

    Leonard E. Davis
    TX Bar No. 05521600
    ldavid@fr.com
    Andria Rae Crisler

TX Bar No. 24093792
crisler@fr.com
Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214)747-5070
Facsimile: (214) 747-2091

John-Paul R. Fryckman (*pro hac vice*)
CA Bar No. 317591
John W. Thornburgh
CA Bar No. 154627
thornburgh@fr.com
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Melissa R. Smith
State Bar No. 24001351
Melissa@gillamsmithlaw.com
Harry L. Gillam, Jr.
State Bar No. 07921800
gil@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Andrew Thompson ("Tom") Gorham
State Bar No. 24012715
tom@gillamsmithlaw.com
James Travis Underwood
State Bar No. 24102587
travis@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
102 N. College, Ste. 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Grant Schmidt
Texas Bar No. 24084579
gschmidt@hilgersgraben.com
Jon Hyland
jhyland@hilgersgraben.com
Texas Bar No. 24046131
Theodore Kwong
tkwong@hilgersgraben.com
Texas Bar No. 4087871
**HILGERS GRABEN PLLC**
7859 Walnut Hill Lane, Suite 335
Dallas, Texas 75230
Telephone: 469-751-2819

*Attorneys for Defendants*
*Samsung Electronics Co., Ltd. and*
*Samsung Electronics America, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on January 10, 2025. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

*/s/ Noah C. Graubart*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Defendants met and conferred with counsel for Plaintiff concerning this motion, and neither party opposes this motion.

*/s/ Noah C. Graubart*