# EXHIBIT 1

# Jamie Wright (formerly Jung-youn Kim)

Mobile: 209-996-0683
Mailing Address: 4210 Middlebrook Street,
Fairfax, VA 22032
E-Mail: chongyon.kim@gmail.com

## [Languages]

**Korean – Native**          **English – Near Native**

## [Educational Backgrounds]

■ **MACI (Master of Arts in Conference Interpretation, Korean-English)**
Monterey Institute of International Studies, Monterey, CA, 2000–2002

■ **Exchange Student**
UC Santa Barbara, Santa Barbara, CA, 1996 – 1997

■ **BS, Business Administration**
Yonsei University, Seoul, Korea, 1994 –1998

## [Professional Affiliation / Membership]

■ **AIIC (The International Association of Conference Interpreters)**
Active member since October 2022 (https://aiic.org/)

■ **TAALS (The American Association of Language Specialists)**
Active member since March 2022 (https://www.taals.net/)

# [Professional Backgrounds]

**I. Interpretation:**

■ **Private Market Freelance Interpretation :** May 2006 – Present

[Y2024]
- Amazon Web Services re:Invent Conference (Innovation Talks sessions; Las Vegas, NV; November): simultaneous
- Apple product launch event (keynote and briefings; Cupertino, CA; September): simultaneous and consecutive
- US-Korea Export Control Enforcement Exchange (Arlington, VA; August): simultaneous
- Apple TV+ "Pachinko" Season 2 press junket (New York; August): consecutive
- Figma Config 2024 conference (Remote; June): simultaneous
- US-Korea-Japan Business Dialogue hosted by US Chamber of Commerce (Washington, DC; June): simultaneous
- CSIS-DAPA Conference on defense industry cooperation (Washington, DC; June): simultaneous
- CSIS-UniKorea webinar on North Korea (Remote; June): simultaneous
- Apple WWDC 2024 (keynote and briefings; Cupertino, CA; June): simultaneous and consecutive
- Microsoft CEO Summit (Seattle, WA; May): simultaneous
- MDRT Global Council meeting (Boston, WA; May): simultaneous
- Korea Hydro and Nuclear Power (KHNP) CEO Hwang Joo-ho's meetings in Washington, DC; Ottawa, Canada; New York with various think tanks, businesses, and government agencies (Feb): consecutive
- Korean newspaper's interview with NASA Administrator Bill Nelson (Washington, DC; Feb): consecutive

[Y2023]
- Korean Ministry of Food and Drug Safety's inspection on Regeneron on Eylea product (Rensselaer, NY; Nov): consecutive
- Gyeongsangnam-do Province Governor's visit with Governor of Maryland, NASA Headquarters, and NASA Goddard Space Flight Center (Washington DC Metro area; Oct): consecutive
- Spousal program during the Korean Air Force Chief of Staff's visit to Canada

(Ottawa, Canada; Sep): consecutive
- Nuclear Assurance TTX hosted by Carnegie Endowment for International Peace (Washington, DC; Sep): consecutive
- Deposition for a witness in the case between Hugel and Medytox (Chicago, IL; Aug): consecutive
- The Million Dollar Roundtable (MDRT) Program Development Division meeting (Chicago, IL; Aug): simultaneous, consecutive
- Adaptive Shield (US-ROK CBRNE military exercise) 2023 (Seoul, Korea; July): simultaneous + consecutive
- Pepsico Ring of Honor Award Ceremony (Greenwich, CT; June): simultaneous
- Deposition prep session for a witness in the case regarding explosion of battery by LG Energy Solution (Fulton, MD, May): consecutive
- Former Prime Minister Lee Nakyon's book launch event at George Washington Institute of Korean Studies (Washington, DC; May): consecutive
- Korea Digital Days at the World Bank (Washington, DC; Mar): simultaneous + consecutive
- 2023 CSIS-DAPA Conference on defense industry cooperation (Washington, DC; Mar): simultaneous
- VMWare WWKO2023 (Remote; Mar): simultaneous
- Dell FRS 2023 (Remote; Mar): simultaneous
- Former Prime Minister Lee Nakyon's post-lecture Q&A session at George Washington Institute of Korean Studies (Washington, DC; Feb): consecutive

[Y2022]
- Conference on US-China Relations by CSIS (Washington, DC; Dec): simultaneous
- The Million Dollar Roundtable (MDRT) leadership and volunteer development committee meeting (Chicago, IL; Dec): simultaneous, consecutive
- K-water's office call with World Bank and IADB (Washington, DC; Sep): consecutive
- The Million Dollar Roundtable (MDRT) planning committee meeting (Chicago, IL; Aug): simultaneous, consecutive
- Korea Pharmaceutical and Bio-Pharma Manufacturers Association's meeting with Healthcare Distribution Alliance (Arlington, VA; June): consecutive
- Adaptive Shield (US-ROK CBRNE military exercise) 2022 (Seoul, Korea; May): simultaneous/consecutive

- Stimson Center's conference on North Korean threats (remote; Mar): simultaneous
- US Chamber of Commerce's conference marking 10th anniversary of KORUS FTA (in-person; Washington, DC; Mar): simultaneous
- Korea Economic Institute's virtual seminar on Korean Presidential Election (remote; Mar): simultaneous
- DELL FRS Conference (remote; Mar): simultaneous
- CSIS-DAPA on ROK-US defense cooperation (in-person; Washington, DC; Feb): simultaneous
- Korea Ministry of Food and Drug Safety's inspection on Regeneron, a pharmaceutical company (remote; Feb): consecutive

[Y2021]
- CSIS-hosted event with Yang Jeong-cheol, a Korean politician (in-person and remote; Washington, DC; February): simultaneous/consecutive (for working lunch)
- Dell FRS event 2021 (remote; February): simultaneous
- Trial regarding patent litigation of Samsung Display vs. Solas OLED (in-person; Marshall, TX; Feb-Mar): consecutive
- 38 North-hosted seminar on North Korea (remote; April): consecutive
- Dell Tech Summit (remote; September): simultaneous
- Dell SPARK 2021 Conference (remote; October): simultaneous
- Q&A session at the roundtable with former Minister Park Yeong-seon at CSIS on the US-ROK alliance (in-person; Washington, DC; October): consecutive
- KEI's seminar with MR. Park Seong-min at MIN Consulting on the upcoming Korean presidential election (remote; November): consecutive
- Korean Peninsula Peace Process Roundtable hosted by Wilson Center (in-person; Washington, DC; November): simultaneous
- US-Korea Nuclear Atomic Industrial Forum (in-person; Washington, DC; December): simultaneous
- Professor Han Myung-gi's seminar on Byungja War (병자호란) hosted by George Washington University's Institute for Korean Studies (in-person; Washington, DC; December): simultaneous

[Y2020]
- CSIS-DAPA Seminar on Korea's security and defense posture (in-person; December): simultaneous
- Webinar on green technology hosted by World Bank (remote interpreting;

November): simultaneous/consecutive (for Q&A session)
- Deposition in the litigation of LG Electronics vs. Ancora (remote interpreting; September, October): consecutive, served as a check interpreter
- Seminar on North Korean real estate market by 38 North under The Stimson Center (remote consecutive: October): consecutive
- Virtual seminar on Korea's response to Covid-19 hosted by World Bank (remote interpreting; June): simultaneous
- Korea Innovation Week by World Bank (Washington, DC; February): simultaneous, consecutive

[Y2019]
- Inter-American Development Bank's seminar on financial management information system and Korean experience (Washington, DC; November): Simultaneous
- Wilson Center-Sejong Institute joint seminar on North Korea (Washington, DC; Oct): Simultaneous
- Simultaneous interpreting at Korea-US Business Council Meeting and consecutive interpreting for Chairman of Federation of Korean Industries' meetings with Washington thinktanks on the margin of the Business Council meeting (Washington, DC; Oct)
- CSIS-Joongang Ilbo Forum on Korean affairs (Washington, DC; Sep): Simultaneous
- Apple's iPhone 11/11 Pro release event (Cupertino, CA; Sep): Simultaneous
- Meeting between President Jung Jae-hun of Korea Hydro and Nuclear Power and Commissioners Annie Caputo and David Wright at Nuclear Regulatory Commission (Rockville, MD; Aug): Consecutive
- Korea Economic Institute's Opinion Leaders Seminar 2019 (Washington, DC; July): Simultaneous
- Apple WWDC 2019 (San Jose, California; June): Simultaneous, Consecutive
- Apple Watch's fall detection feature briefing (Seoul, Korea; Jan): Consecutive, video conference

[Y2018]
- Interpreting support for Apple Garosugil Store opening and media preview event in presence of Senior VP Angela Ahrendts of Retail (Seoul, Korea; Jan): consecutive
- Apple's education-themed event in Chicago (Chicago, IL; Mar): Simultaneous
- Apple's 2018 WWDC (Worldwide Developers' Conference, San Jose, CA;

June): Simultaneous, consecutive
- Wharton School-Citigroup seminar for wealth managers (Beijing, China; July): Simultaneous
- Apple's media briefing on MacOS Mojave (Seoul, Korea; Aug): Consecutive
- Apple's media briefing on payment by won currency (Seoul, Korea; Sep): Consecutive
- Deposition of Dongwon Industries' witnesses in the case of packaged seafood antitrust litigation (Seoul, Korea; Oct): Consecutive
- Apple's product launch (New York, USA; Oct): Simultaneous
- Scenarios-based tabletop exercise on nuclear and CBRNE proliferation contingency in Korea (Seoul, Korea; Nov): Simultaneous

[Y2017]
- Apple's media preview on the Michigan Ave. flagship store in Chicago (Chicago, IL; Oct): consecutive
- Apple's web briefing on its products for media (Seoul, Korea; Sep): consecutive
- Apple's new iPhone launch at Steve Jobs Theater (Cupertino, CA; Sep): simultaneous
- Korea Ministry of Food and Drug Safety's inspection on Regeneron, a pharmaceutical company (Albany, NY, Aug 2017): consecutive
- Wharton School-Citigroup seminar for wealth managers (Beijing, China; June): simultaneous
- Apple's 2017 WWDC (San Jose, CA; June): simultaneous/consecutive
- Tesla's VP John McNeill's meeting with media (Seoul, Korea; Apr)
- Tesla Northeast and SEA VP Nicolas Villeger's meeting with media and presentation at Korea's pre-launch event (Seoul, Korea; Mar): consecutive
- Pfizer's sales meeting with general hospitals and doctor's offices (Seoul, Korea; Apr): consecutive

[Y2016]
- Apple's iPhone 7 Launch Event (San Francisco, Sep 2016): simultaneous
- SelectUSA Conference (Washington, DC, June 2016): simultaneous
- Apple Worldwide Developers Conference (WWDC) keynote speech and media briefing (San Francisco, CA, June 2016): simultaneous/consecutive
- Brookings-KIDA Seminar on North Korea (Washington, DC, May 2016): simultaneous
- Korea Ministry of Food and Drug Safety's inspection on Regeneron, a

pharmaceutical company (Albany, NY, Apr 2016): consecutive
- Federation of Korean Industries' delegation office calls in DC area institutions (Washington, DC, Arlington, VA, Jan 2016): consecutive

[Y2015]
- Nuclear Energy Workshop hosted by John Hopkins University's SAIS (Washington, DC, Oct 2015): consecutive
- Chairman of KEPCO's press conference regarding the signing ceremony for energy cooperation with the state of Maryland (Annapolis, MD, Oct 2015): consecutive
- Vice President of Federation of Korean Industries (FKI)'s office calls in Washington-based organizations including US Chamber of Commerce (Arlington, VA, and Washington, DC, Oct 2015): consecutive
- Joint Standing Committee on Nuclear Cooperation (Washington, DC, Oct 2015): consecutive
- 2nd Ministerial Forum for Broadband Development in LAC (Punta Cana, Dominican Republic, Sep 2015): simultaneous
- AWEB (Association of World Electoral Bodies) 2nd General Assembly (Santo Domingo and Punta Cana, Dominican Republic, Aug 2015): simultaneous
- ICSID arbitration of investment disputes between the government of the Republic of Korea and Lone Star Fund (Washington, DC, July 2015): simultaneous
- Brookings-Korean Institute for Defense Analysis (KIDA) seminar on cyber issues (Washington, DC, June 2015): simultaneous
- Deposition regarding a tire manufacturing company's product liability case (New York, NY, May 2015): consecutive
- Annual Meeting of Inter-American Development Bank-International Investment Corporation (IDB-IIC) in Korea (press availability/conference by President Moreno, Busan, Mar 2015): simultaneous
- Breakout session during VMware Worldwide kick-off meeting (New Orleans, LA, Jan 2015): simultaneous

[Y2014]
- National Unification Advisory Council's Seminar on Reunification (Washington, DC, Nov 2014): simultaneous
- Canadian Prime Minister Stephen Harper's interpreter during President Park Geun-hye's state visit to Canada (Ottawa, Canada, Sep 2014): simultaneous and consecutive

- Depositions in the litigation between Nippon Steel Sumitomo Corporation and POSCO (working for Nippon Steel, Washington, DC, Jan, Jul, and Aug 2014): consecutive
- Blue Coat System's Sales Conference (Orlando, FL, Apr 2014): simultaneous
- Conference on Northeast Asian affairs at Johns Hopkins University (Washington, DC, May 2014): simultaneous
- Seminar between Brookings Institute and Korean Institute of Defense Analysis (KIDA) on North Korean/inter-Korean affairs (Washington DC, May 2014): simultaneous
- Inter-American Development Bank's Korea Week seminar (Washington DC, May 2014): simultaneous
- International series seminar on patents hosted by Federal Circuit Bar Association (Washington, DC, May 2014): simultaneous
- World Bank's workshop on education (Washington, DC, Jul 2014): simultaneous

[Y2013]
- US Institute of Peace's roundtable seminar on North Korea (Washington, DC, Nov 2013): consecutive
- UN Council of Investigation's Public Hearing on North Korean Human Rights Violation hosted by Johns Hopkins University's SAIS (Washington, DC, Oct 2013): consecutive
- Depositions in the litigation between Nippon Steel Sumitomo Corporation and POSCO (Washington, DC, Oct – Nov 2013): consecutive
- Deposition in the patent litigation between GNPE and Pantech (Reston, VA, Oct 2013): consecutive
- Department of Justice's interview regarding an antitrust matter involving an auto part manufacturer (Chicago, IL, Sep 2013): consecutive
- Brookings Institute's seminar with KIDA on North Korean nuclear issue (Washington, DC, Sep 2013): simultaneous
- Department of Justice's interview regarding an antitrust matter involving an auto part manufacturer (Chicago, IL, June-July 2013): consecutive
- Depositions for patent litigations between Apple vs. Samsung (Seoul/Suwon, Korea, June 2013): consecutive
- Depositions for patent litigations between Ericsson vs. Samsung/LG (Washington, DC and Seoul, Korea, sporadically between April and June 2013): consecutive
- Meeting between Lockheed Martin and Korean delegation as to a weapon

system (Silicon Valley, CA/El Paso, TX, April 2013): consecutive
- Phone interpreting for USA Swimming in the investigation into a coach's misconduct (April 2013): consecutive
- IPU Conference on the margin of the 57th UN Commission on the Status of Women meeting (New York, NY, Mar 2013): simultaneous
- Deposition for a patent litigation between TPL and LG (interpreting for the LG side, Washington, DC, Feb 2013): consecutive

[Y2012]
- Deposition for a patent litigation between Rovi and LG (interpreting for the Rovi side, Washington, DC, Dec 2012): consecutive
- Ministry of Food, Agriculture, Forestry, and Fishery and FDA meeting (Silver Spring, MD, Oct 2012): consecutive
- Energy Workshop hosted by U.S. - Korea Institute (USKI) at Johns Hopkins School of Advanced International Studies (SAIS) (Washington, DC, Oct 2012): consecutive
- Meeting at EPA on carbon emission trading (Washington, DC, Oct 2012): consecutive
- Interview at Department of Justice regarding a price collusion case involving a Korean auto part manufacturer (Washington, DC, Aug 2012): consecutive
- Deposition re: Apple vs. Samsung case (Seoul, May 2012): consecutive
- Depositions re: Osram vs. Samsung ITC case (Seoul, May 2012): consecutive
- Anti-trust investigation on Denso (Seoul, April, May 2012): consecutive
- Seminar on impacts of Korean general election outcome hosted by Johns Hopkins University's US-Korea Institute (Washington, Apr): consecutive
- Arbitration between US Speedskating and Coach Dong Sung Kim (Washington, Apr): consecutive
- Patent litigation between Osram and LG/Osram and Samsung (served as main interpreter for Osram held in Washington, DC, Apr 2012): consecutive
- Patent litigation between SK PI and Kaneka (served as check interpreter for SK PI, Mar 2012): consecutive
- Patent litigation between Apple and Samsung (served as main interpreter at a number of depositions for Apple held in Seoul, Jan-Feb 2012): consecutive

[Y2011]
- Conference on sustainable cities hosted by Inter-American Development Bank (Washington, DC, December): simultaneous
- KOFIA (Korea Financial Investment Association)'s meeting with FINRA

(Financial Industry Regulatory Authority) (Washington, DC, November): consecutive

- Business meeting and dinner hosted by Mayor Ram Emanuel of Chicago in honor of President Lee Myung-bak (Chicago, IL, in October): consecutive
- Global Executive Workshop on Energy Security and Policy organized by the U.S. - Korea Institute (USKI) at Johns Hopkins School of Advanced International Studies (SAIS) (Washington, DC, in September): consecutive
- Chairman Lee Palseong of Woori Financial Group's bilateral meetings with HSBC and Nomura Securities (Washington, DC, in September): consecutive
- Ministry of Maritime, Food, Agriculture, and Fishery's presentation to Department of State regarding hosting of an international maritime organization's secretariat in Korea (Washington, DC, in July): consecutive
- Meeting between FDA and Ministry of Food, Fishery, Agriculture, and Forestry on fishery sanitation (College Park, MD, in June): consecutive
- International Parliamentary Union's ASGP meeting (Panama City, Panama in May): simultaneous
- Special Minister Lee, Jae-oh's lecture in National Press Club hosted by Johns Hopkins University's SAIS (Washington, DC, in May): simultaneous

[Y2010]
- North Korea Conference at National Endowment for Democracy (Washington, DC, Oct): simultaneous
- Conference organized by Economic Crime Institute (Potomac, MD, Oct): simultaneous
- ROK-US alliance-related seminar for Korean National Assembly Members at Korea Economic Institute (Washington DC, Jan): simultaneous

[Y2009]
- Patent litigation between LG Electronics and Hitachi in the matter of MP3 player technology in Wilmington, DE (court trial. Jun)
- G20 Summit in London (Mar): simultaneous
- Korean national assembly's delegation meetings with US side on climate change issues (Feb): consecutive
- National Prayer Breakfast (Feb) (Pres. Obama, former UK Prime Minister Tony Blair, etc.): simultaneous
- Patent litigation between LG Electronics and Hitachi in the matter of MP3 player technology in Washington, DC (witness testimony. Feb): consecutive

10

[Y2008]

- Institute of International Finance (IIF)'s 5-day Risk Management/Investment Banking Seminar in DC (Nov): simultaneous, consecutive
- LG Electronics' deposition preparation on MP3 player-related patent litigation in Washington, DC (Oct): consecutive
- Daewoo Electronics' technical meeting with law firm Howrey on a front-loading washing machine patent litigation with LG Electronics in Washington, DC (Sep): consecutive
- Cisco Global Sales Meeting in San Francisco, CA (Aug): simultaneous
- National Assembly members' meeting with US think tanks in Washington, DC (Aug): consecutive
- Accenture's Global Convergence Forum in Miami, FL (Apr): simultaneous
- Rotary International's Regional Rotary Foundation Coordinators' Meeting in Skokie, IL (Feb): simultaneous, whispering
- Working-level meeting between Ministry of Maritime Affairs and Fisheries and US FDA in College Park, MD (Feb): consecutive
- Samsung Electronics' mobile phone patent-related deposition in DC (Check interpreter. Feb and Jan): consecutive.
- Conference on ROK-US alliance and US-North Korea relations by Mansfield Foundation and Korea Institute of National Unification in DC (Jan): simultaneous
- Samsung SDI's PDP TV patent-related deposition prep meeting in DC (Jan): consecutive
- LG Electronics' mobile phone patent-related deposition prep meeting (Jan): consecutive

[Y2007]

- HP Sales Kickoff Meeting 2008 in Las Vegas, NV (Nov): simultaneous
- Interpretation for Justice Kim Hwang-shik of ROK Supreme Court on his meeting with Chief Justice Roberts and Deputy Director of Federal Judicial Center (Oct): consecutive
- Rotary Centers Committee meeting on Peace Programs for Rotary International in Evanston, IL (Oct): simultaneous
- Cisco Global Sales Meeting in Las Vegas, NV (Aug): simultaneous
- Seminar on Korean NGOs' roles held in George Washington University (Apr): simultaneous
- Forum on e-voting and election campaign hosted by Korea Economic Institute for Korean National Assembly members (Mar): simultaneous

- Ms. Park Geun-hye's visit to DC (National Press Club, Heritage Foundation, Luncheon with Korean experts in the US government, bilateral meeting with Mr. Jack Crouch, Deputy National Security Advisor, etc. [Feb]): consecutive
- Interpretation for patients at Georgetown University Hospital (Feb - Apr)

[Y2006]
- Press conference with 2006 Super Bowl MVP Hines Ward (Seoul, Korea, July): consecutive
- IT conference on PLM (Seoul, Korea, June): simultaneous


■**State Department's Independent Contractor Interpreter**: Oct 2006 – Present[1]

[Y2025]
- The 7th Nuclear Consultative Group Principals' Meeting at Pentagon (Arlington, VA; Jan): consecutive

[Y2024]
- National Security Advisor Jake Sullivan's phone call with ROK Director of National Security Shin Won-shik (Washington, DC; Nov): consecutive
- Extended Nuclear Deterrence Immersion Course for ROK participants at the National Defense University (Washington, DC; Oct-Nov): consecutive
- US-Korea-Japan National Security Council Chief trilateral meeting (Washington, DC; Oct): simultaneous
- The 49th MCM (Military Committee Meeting) with ROK and US Chairmen of Joint Staff (Arlington, VA; Oct): consecutive
- Korea-US Integrated Defense Dialogue (KIDD) meeting (Seoul; Sep): consecutive
- Extended Deterrence Strategy and Consultation Group (EDSCG) meeting between Departments of State and Defense and Ministries of Foreign Affairs and National Defense (Washington, DC; Sep): simultaneous
- US-Korea nuclear reactor export port control arrangement negotiation (Washington, DC; Aug): simultaneous
- Bilateral maritime meeting between the US Department of Transportation and the ROK Ministry of Oceans and Fisheries (Washington, DC; Aug):

---

[1] Secret-level clearance holder (clearance issued by Department of State in Jan 2011)

consecutive
- US-Korean Japan Trilateral Defense Ministerial Meeting and US-ROK bilateral ministerial meeting in Japan (Tokyo, Japan; July): simultaneous and consecutive
- US-Korea-Japan Tri-CHOD (Chairman of Joint Staff) in Japan (Tokyo, Japan; July): simultaneous and consecutive
- Program Review and Management program meeting between US Army and Korea on a weapon system (Huntsville, AL; April): consecutive
- US Treasury Secretary Janet Yellen's trilateral meeting with Korean and Japanese Finance Ministers (Washington, DC; April): simultaneous
- US Trade Representative Katherine Tai's bilateral meeting and working luncheon with ROK Trade Minister Cheon Inkyo (Washington, DC; March): consecutive
- Trilateral VTC meeting of the Chairman of Joint Staff Brown with Korean and Japanese chairmen (Arlington, VA; March): consecutive
- US Trade Representatives' meetings with the Korean MFDS on meat product export (Washington, DC; March and April): consecutive

[Y2023]
- US Trade Representatives' meeting with the Korean MFDS on meat product export (Washington, DC; Dec): consecutive
- National Defense University's Extended Deterrence Immersion Course for Korean delegates (Washington, DC; Nov): simultaneous, consecutive
- US-Korea ICT Policy meeting hosted by the State Department (Washington, DC; Sep): simultaneous, consecutive
- Camp David Trilateral Summit for Presidents/Prime Minister of the US, Korea, and Japan (trilateral meeting, working luncheon, press conference): simultaneous
- Indo-Pacific Colloquium on Intellectual Property, Innovation, and Technology hosted by USPTO (Alexandria, VA; Jul) : simultaneous
- F-35 II negotiation (Arlington, VA; Jul): consecutive
- IP5 Trials and Appeals Board meeting (Remote; June): simultaneous
- President Yoon Suk-yeol's state visit to the U.S. (Washington, DC; Apr; expanded bilat, press conference, State Department-hosted luncheon): simultaneous
- Deputy Secretary of State Sherman's press availability with ROK and Japanese counterparts after the trilat (Washington, DC; Feb): simultaneous
- IRS Tax Webinar for Korean audience (Remote; Feb): consecutive

13

- Secretary of State Blinken's press availability with ROK Foreign Minister Park Jin after the bilat (Washington, DC; Feb): simultaneous
- Secretary of Transportation Buttigieg's bilateral meeting with ROK Minister Won Hee-ryong (Washington, DC; Jan): consecutive

[Y2022]
- US-ROK Cyber Dialogue at State Department (Washington, DC; Dec): consecutive
- The 54th Security Consultative Meeting between Secretary Lloyd Austin of US Department of Defense and Minister Lee Jong-seop of ROK National Defense (Arlington, VA; Nov): simultaneous
- The 47th Military Committee Meeting between Chairman Milley of US Joint Chiefs of Staff and Chairman Kim Seung-gyeom of ROK Joint Chiefs of Staff (Arlington, VA; Oct): simultaneous
- The 2nd Annual US-ROK Democratic Governance Consultation (DGC) hosted by Department of State (Washington, DC; Oct): simultaneous
- Vice President Harris's visit to Korea (bilat with President Yoon; Seoul, Korea; Sep): consecutive
- Extended Deterrence Strategy and Consultation Group (EDSCG) meeting with ROK and US Under Secretaries/Vice Ministers of Foreign Affairs (Washington, DC; Sep): simultaneous
- Chairman Milley of Joint Chiefs of Staff's phone call with the ROK outgoing Chairman of JCS (Arlington, VA; June): consecutive
- Secretary of State Blinken's luncheon meeting with ROK Foreign Minister Park Jin and the press availability (Washington, DC; June): simultaneous
- President Biden's visit to Korea (speech at Samsung Pyeongtaek factory, press conference after the bilateral meeting, visit to Air Operations Center; Seoul, Korea): simultaneous/consecutive
- US-ROK Space Cooperation Working Group (in-person, Arlington, VA; April): simultaneous
- Secretary of State Blinken's trilateral meeting with Korean and Japanese foreign ministers (in-person; Honolulu, HI; Feb): simultaneous

[Y2021]
- Special Envoy on Environment John Kerry's phone call with ROK Minister of Environment Han Jeong-ae (remote interpreting; January): consecutive, phone conversation
- Secretary of Defense Austin's phone call with ROK Minister of Defense Suh

14

Wook (Arlington, VA; January): consecutive, phone conversation

- Army Chief of Staff Gen James McConville's phone call with ROK Army Chief of Staff Gen Nam Yeong-sin (Arlington, VA; February): consecutive, phone conversation
- Secretary of State Blinken's various meetings on his trip to Seoul (Seoul, Korea; March): consecutive and simultaneous
- Ambassador Tai of USTR's meetings with SK Innovation and LG Energy Solution on electric car battery (remote; April): consecutive
- Vice President Harris's bilateral meeting with President Moon Jae-in/ Expanded bilateral meeting / Press conference (Washington, DC; May): consecutive and simultaneous
- Under Secretary of State for Political Affairs Victoria Nuland's meeting ROK Deputy National Security Advisor Suh Choo Suk (Washington, DC; July): consecutive
- Meeting between CFIUS under Department of Treasury and the ROK Ministry of Trade, Industry, and Energy (Washington, DC; September): consecutive
- NSC-hosted cybersecurity working group meeting with the ROK (remote; September): simultaneous
- International Seapowers Symposium hosted by the US Navy (Newport, RI; September); simultaneous
- US-ROK-Japan pull-aside trilateral meeting on the margin of the United Nations General Assembly (New York, NY; September): simultaneous
- Deputy Secretary of State Wendy Sherman's meeting with ROK National Security Advisor Suh Hoon (Washington, DC; October): consecutive
- Deputy Secretary of State Wendy Sherman's press availability after US-ROK-Japan Foreign Deputy Ministers' trilateral meeting (Washington, DC; November): simultaneous
- Deputy Trade Representative Sarah Bianchi's bilateral meeting with ROK Deputy Trade Minister Jeong Dae-jin (Washington, DC; December): consecutive

[Y2020]
- Virtual roundtable with North Korean defector/Korean National Assemblyman Ji Seong-ho at State Department (Washington, DC; December): consecutive
- Acting Secretary of Defense Miller's phone call with ROK Minister of National Defense Suh Wook (Arlington, VA; November): consecutive, phone

conversation
- Meeting between Deputy Secretary Biegun and Korean National Assembly Members on North Korea issues (Washington, DC; November): consecutive
- Phone call between Acting Secretary of Defense Miller and Minister Seo Wook of National Defense of ROK (Arlington, VA; November): consecutive
- US Patent and Trademark Office's ID5 Annual Meeting on design (virtual; October): simultaneous
- The 52nd Security Consultative Meeting (SCM) with Minister Seo Wook of National Defense of ROK (Arlington, VA; Oct): simultaneous
- Video conference between Mark Chairman Milley of the Joint Chiefs of Staff and Chairman Park Han-ki of the ROK JCS (Arlington, VA; May): consecutive
- FDA inspection of a Korean cheese factory (Gangjin, Korea; February): consecutive
- VOA's live streaming of the State of the Union Address (Washington, DC; February): simultaneous
- Phone call between Secretary of Defense Esper and ROK Minister of National Defense Jeong Kyeong-doo (Arlington, VA; April): consecutive
- Video conference between Chairman of Joint Staff Milley and ROK Chairman of JCS (Arlington, VA; April)
- US Patent and Trademark Office's ID5 Midterm Meeting on design (virtual; August): simultaneous
- Deputy Secretary Menezes of Department of Energy's meeting with ROK second deputy director of the National Security Office Kim Hyun-jong (Washington, DC; September): consecutive

[Y2019]
- Working-level discussion on Korean F-35 program (Fort Worth, TX: scheduled for end of Nov): consecutive
- Phone call between Secretary of Defense Esper and ROK Minister Jeong Kyeong-du of National Defense (Arlington, VA; November): consecutive
- Meeting between Principal Deputy Assistant Secretary Atul Keshap of State Department/Special Representative Biegun and 3 floor leaders of the Korean National Assembly on North Korean and ROK-US alliance matters (Washington, DC; November): consecutive
- Meeting between Special Representative Biegun and ROK Minister Kim Yeon-cheol of Unification on North Korean matters (Washington, DC; November): consecutive
- Present Trump's bilateral meeting with ROK President Moon Jae-in on the

16

margin of the UN General Assembly (New York, NY; Sep): consecutive
- Meeting between Department of Defense's DPAA and its Korean counterpart on recovery of remains (Arlington, VA; July): Consecutive
- Interpretation support for Ivanka Trump at dinner and President Trump at expanded working lunch and press conference during their visit to Korea (Seoul, Korea; June): Consecutive (dinner), simultaneous (working lunch and press conference)
- Supporting working-level negotiations and President Trump's press conference at Hanoi Summit (Hanoi, Vietnam, Feb-Mar): Consecutive, simultaneous
-

[Y2018]
- Supporting Secretary of State Pompeo during the US-DPRK Singapore Summit and Secretary's press availability in Seoul after the summit (Singapore and Seoul, Korea; June): simultaneous and consecutive
- FDA's inspection on SPC food-processing facilities (Gyeonggi-do, Korea; May): consecutive
- Interpreting support for Second Lady Karen Pence with Korean First Lady Kim Jung-sook (Seoul, Korea; Feb): consecutive

[Y2017]
- President Trump's state visit to Korea (expanded bilat at the Blue House with President Moon and his cabinet, the ensuing press conference on the meeting, the address at the National Assembly): simultaneous (Seoul, Korea, Nov 2017)
- Secretary of Defense Mattis's visit to Seoul on the occasion of the 49th Security Consultative Meeting (press briefing at DMZ, meeting with President Moon, SCM meeting, and the ensuing press conference on the SCM meeting): consecutive (Seoul, Korea, Oct 2017)
- KIDD (Korea-US Integrated Defense Dialogue) meeting: consecutive (Seoul, Korea, Sep 2017)
- Vice President Pence's visit to Korea (Seoul, Korea, Apr 2017)

[Y2016]
- US-Korea MCM (Military Committee Meeting) and Tri-CHOD (Chief of Defense) meeting with Japan (Arlington, VA, Oct 2016): consecutive and simultaneous
- FDA on-site inspection on a facial mask firm (Hwaseong, Gyeonggi province, August 2016): consecutive

17

- USAID's briefing on emergency response system to Ministry of Unification (Washington, DC, May 2016): consecutive
- Korea-US Integrated Defense Dialogue (KIDD) (Arlington, VA, May 2016): consecutive
- DoD-MND Cyber Cooperation Working Group meeting (Arlington, VA, May 2016): consecutive
- The 4th Nuclear Security Summit (dinner and plenary, Washington, DC, Mar-Apr 2015): simultaneous
- Nuclear Regulatory Commission's site inspection on Korea Hydro and Nuclear Power (KHNP) (Rockville, MD, Feb 2016): consecutive
- Military tabletop exercise at Vandenberg AFB with Korean delegation (Vandenberg AFB, CA, Feb 2016): simultaneous
- Nuclear Regulatory Commission's Steering Committee Meeting with Korean delegation (Rockville, MD, Feb 2016): consecutive
- Trilateral Conference between Chairmen of Joint Chief of Staff of the United States, Korea, and Japan (Honolulu, HI, Feb 2016): consecutive
- Securities Exchange Commission's hearing on misconduct involving a Korean firm (Washington, DC, Jan 2016): consecutive

[Y2015]
- Securities Exchange Commission's hearing on misconduct involving a Korean firm (San Francisco, CA, Dec 2015)
- US Patent and Trademark Office's meeting on trademark issues (Alexandria, VA, Nov 2015): simultaneous
- Defense POW/MIA Accounting Agency's signing ceremony with the Korean counterpart and ensuing luncheon (Arlington, VA, Nov 2015): consecutive
- Department of Labor's seminar with the Ministry of Employment and Labor (Washington, DC, Nov 2015): simultaneous
- US Patent and Trademark Office's meeting on classification (Alexandria, VA, Oct 2015): simultaneous
- The 7th Korea-US Integrated Defense Dialogue (KIDD) (Arlington, VA, Apr 2015): consecutive

[Y2014]
- Army Staff Talks (Fort Myer, VA, Dec 2014): consecutive
- Meeting between Korean Defense Acquisition Program Agency and Office of Under Secretary of Defense AT&L (Arlington, VA, Dec 2014): consecutive
- F-35 Site Specific Activation Plan (SSAP) Kick-off meeting (Cheongju,

Republic of Korea, Nov-Dec 2014): consecutive
- Office Call between Korean National Intelligence Service Director Lee Byungki and Under Secretary of Defense of Intelligence Dr. Vickers (Arlington, VA, Nov 2014): consecutive
- The 46th Security Consultative Meeting and the follow-on press availability (Arlington, VA, Oct 2014): consecutive/simultaneous
- The 4th Executive Session on OPCON Transition (Arlington, VA, Oct 2014): consecutive
- Patriot Missile Negotiation and Site Tour (Woburn, MA and Chambersburg, PA, Sep 2014): consecutive
- Department of Defense's Cyber Cooperation Working Group meeting (Arlington, VA, Sep 2014): consecutive
- Phone call between National Security Director Kim Kwan-jin and National Security Advisor Susan Rice (Washington, DC, Aug 2014): consecutive
- TTX on scenarios on inter-Korean relations between the US and Korea (Fort Worth, TX, Jul 2014): consecutive
- Bilateral discussions on space policy at the Department of State (Washington, DC, Jul 2014): simultaneous
- National Transportation Safety Board's board meeting on the Asiana crash (Washington, DC, Jun 2014): simultaneous
- Bilateral negotiation/discussion on F-35 between Department of Defense and Korean counterparts (Fort Worth, TX, May 2014): consecutive
- Korea-US Integrated Defense Dialogue (Arlington, VA, Apr 2014): consecutive
- OPCON Transition Working Group Meeting between Department of Defense and Ministry of National Defense in Washington DC (Mar 2014): consecutive
- Chairman of Joint Chiefs of Staff Choi's counterpart visit with Chairman Dempsey in Washington DC (Mar 2014): consecutive
- Secretary of State Kerry's meeting with President Park and press availability after his meeting with Minister Yun (Seoul, Korea, Feb 2014): consecutive/simultaneous
- Secretary of Defense Hagel's phone call with Minister Kim (Arlington, VA, Feb 2014): consecutive
- Secretary of State Kerry's press briefing after bilat with Minister Yun (Washington, DC, Jan 2014): simultaneous
- Department of Defense's tabletop exercise with Korean counterparts at PACOM (Honolulu, HI, Jan 2014): simultaneous and consecutive

[Y2013]
- National Transportation Safety Board's Public Hearing on Asiana crash (Washington, DC, Dec 2013): simultaneous
- Vice President Biden's speech at Yonsei University during his visit to Korea (Seoul, Korea, Dec 2013): simultaneous
- Department of State's Special Measures Agreement negotiation (Washington, DC, Sep 2013): consecutive
- DoD's JIEDDO briefing to a Korean delegation (Arlington, VA, Sep 2013): consecutive
- Secretary of Defense Hagel's telephone call with Minister Kim and National Security Adviser Kim (Arlington, VA, Sep 2013): consecutive
- Secretary of Defense Hagel's bilateral meeting with Defense Minister Kim on the sideline of ADMM (Brunei, Aug 2013): consecutive
- Department of State's cyber security bilateral meeting with Korean delegation (Washington, DC, July 2013): simultaneous
- Department of Defense's Military Committee Meeting (VTC, Arlington, VA, April 2013): consecutive
- Patent office's working-level meeting on patent classification (IP5 WG1 meeting) at USPTO (Alexandria, VA, March 2013): simultaneous
- Deputy Heads meeting between five patent offices (IP5) at USPTO (Alexandria, VA, Mar 2013): simultaneous
- Department of Defense and Ministry of National Defense's Korea-US Integrated Defense Dialogue (KIDD, Arlington, VA, Feb 2013): consecutive
- US Department of Labor and Korea's Ministry of Employment and Labor's bilateral meeting regarding the labor chapter of KORUS FTA (Washington, DC, Feb 2013): consecutive

[Y2012]
- US Attorney's Office Interview with a Korean witness involved in a bribery case (Washington, DC, November 2012): consecutive
- Korean delegation's visit to and office call at National Geo-Intelligence Agency (NGA) (Springfield, Oct 2012): consecutive
- US Patent and Trademark Office's IP5 meeting on IT issues (Alexandria, July-Aug): simultaneous
- Department of State's meeting on Human Trafficking (Washington, DC, June): consecutive
- 2+2 meeting with Secretaries Clinton and Paneta (Washington, DC, June): simultaneous

20

- USTR's bilateral trade consultation with Korea (Washington, DC, June): consecutive
- President Obama's speech at HUFS on the sidelines of the Nuclear Security Summit (Seoul, Mar): simultaneous
- President Obama's call with President Lee (Mar): consecutive
- CMCC (Counter-Missile Capabilities Committee) office call in Washington, DC (Mar): consecutive
- Secretary Clinton's press availability with Minister Kim Sung-hwan of Foreign Affairs and Trade (Washington, Mar): consecutive

[Y2011]
- APEC 2011 in Hawaii (Honolulu, HI, November): simultaneous
- Ambassador Sung Kim's meet and greet session with Korean press (Washington, DC, November): consecutive
- Deputy Secretary Burns' office call with Minister of Unification Ryu Woo-ik (Washington, DC, November): consecutive
- US-DPRK talks (Geneva, Switzerland, October): consecutive
- Interpreting for Mrs. Michelle Obama for ROK President and First Wife's state visit (Washington, DC, October): consecutive
- Head of National Geo-Spatial Intelligence Agency (NGA)'s office call with Lieutenant General Yoon of Korean Defense Intelligence Agency (Springfield, VA, September): consecutive
- Secretary of Defense Leon Panetta's telephonic conversation with Minister of National Defense Kim, Kwan-jin (Arlington, VA, September): consecutive
- FDA inspection on low-acid canned food/acidified food/aseptic process in Korea (throughout Korea, July): consecutive
- Bilateral trade consultation between US Trade Representatives and Korean trade delegation (Washington, DC, in May): consecutive
- Meetings between Korean Chief of Naval Operations (CNO) with various counterparts (Washington, DC, and San Diego, CA, Feb): consecutive

[Y2010]
- FDA inspection on low-acid canned food in Korea (throughout Korea, Dec): consecutive
- US Patent and Trademark Office's multilateral meeting on training issues in Alexandria, VA (Nov): simultaneous
- Series of Grand Jury sessions/witness interviews at Alexandria Court on a case involving employment of illegal aliens in Alexandria, VA (Nov):

<mark>consecutive</mark>
- Meeting between Chief of Staff Cheryl Mills for Secretary of State and Sae-a Trading at State Dept. Headquarters in DC: consecutive (Aug)
- US Patent and Trademark Office's multilateral meeting on statistical issues in Alexandria, VA (Jul): simultaneous
- G20 Labor Ministerial Meeting in Washington, DC (Apr): simultaneous
- Nuclear Security Summit in Washington, DC (Apr): simultaneous
- US Patent and Trademark Office's multilateral meeting on patent classification in Alexandria, VA (Mar): simultaneous
- US Patent and Trademark Office's multilateral meeting on patent standards in Alexandria, VA (Mar): simultaneous
- US Trade Representative's bilateral consultation with Korean counterpart on automobile issues in Washington, DC (Mar): consecutive
- International tax conference hosted by Internal Revenue Service in Washington, DC (Jan): simultaneous

[Y2009]
- International Seapowers Symposium in Newport, RI (Oct): simultaneous
- G20 Summit in Pittsburgh (Sep): simultaneous
- ROK-US trade bilateral in DC (Jul): consecutive
- FDA's seafood safety inspection in Korea (Jun – Jul): consecutive
- Mrs. Obama's meeting with Korean First Lady (Jun): consecutive
- ROK-US Presidential telephone call (May): consecutive
- SPI meeting at Pentagon (May. US side interpreter): consecutive
- Bilateral between Deputy Minister Kim Sang-ki and US DoD Head of SPI (Security Policy Initiative. May): consecutive
- ROK-US Army Staff Meeting (Mar): consecutive
- Phone call between Ambassador Bosworth and Former President Kim Dae-jung (Mar)
- Heads of Patent Office meeting among US, EU, Korea, Japan, and China in Alexandria USPTO Headquarter (Jan): simultaneous
- Last telephone conversation between former US President Bush and ROK President Lee (Jan): consecutive
- Telephone conversation between President Obama and ROK President Lee (Feb): consecutive
- National Prayer Breakfast (list of speakers includes former British Prime Minister Tony Blair and President Barack Obama. Feb): simultaneous

[Y2008]

- Field visit to Pyongyang, DPRK, regarding humanitarian aid program (Dec): consecutive
- Bilateral meeting between Korean and US side, and trilateral meeting among Korean Japanese, and US side at APEC in Peru (Nov): simultaneous
- G20 Leaders' Summit on Financial Crisis in DC (Nov): simultaneous
- US Federal Trade Commission-Dept. of Justice bilateral consultation with ROK FTC in DC (Oct): simultaneous
- USTR (US Trade Representative)'s bilateral consultation with Korean side on FTA (Free Trade Agreement) issues in DC (Oct): consecutive
- Spouse program for Chairman of Joint Chiefs of Staff's visit to Washington (Oct): consecutive
- President Bush's luncheon with dissidents from repressive regimes in New York, NY (Sep): consecutive
- First Lady Laura Bush's interpreter during her visit to Korea for the ROK-US summit (Aug): consecutive
- President Bush's private dialogue with a North Korean dissident in Washington, DC (July): consecutive
- Experts Meeting on US food aid to North Korea in Pyongyang, North Korea (May-June): consecutive
- Heads of Patent/Trademark Office Meeting among US, EU, China, Japan, and ROK in Alexandria, VA (May): simultaneous
- Negotiation between US and North Korea on food aid in Pyongyang, North Korea (3rd Round, May): consecutive
- Mrs. Laura Bush's interpreter during ROK President Lee Myung-bak's visit to Camp David (Apr): consecutive
- Press availability for ROK Minister Yu Myung-hwan of Foreign Affairs and Secretary Rice in Washington, DC (Mar): consecutive
- Counter-proliferation meeting between US Department of Defense and ROK Ministry of National Defense at Pentagon (Feb): consecutive

[Y2007]
- Negotiation between US and North Korea on food aid in Pyongyang, North Korea (2nd Round, Dec): consecutive
- Meeting between ROK National Security Advisor Paek Jong-cheon, and Secretary of State Rice and National Security Advisor Hadley in Washington, DC (Dec): consecutive
- Financial Working Group meeting between US and North Korean delegations in New York, NY (Nov): consecutive

23

- International Seapowers Symposium for Navies in Newport, RI (Oct): simultaneous
- Major Economies Meeting on climate change and energy security in DC; President Bush, Secretary Rice, Secretary Paulson of Treasury, etc. gave a speech (Sep): simultaneous
- Statistical Working Group meeting for Patent Offices of the United States, Japan, China, Korea, and EU (Aug): simultaneous
- Meeting between Undersecretary Nick Burns of State Department and Korean National Assembly members on the hostage situation in Afghanistan (Aug): consecutive
- Postmaster Generals meeting in San Francisco, CA (Jul): simultaneous
- Presidential calls between President Bush and President Roh (Mar and Jul): consecutive
- International Visitors' program for Interactive Media and Grassroots Journalism projects (DC, NY, OH, TX, CA, June): consecutive and simultaneous/whispering
- Conference call between US National Security Advisor, Mr. Stephen Hadley, and his Korean counterpart, Mr. Paek Jong-cheon (June): consecutive
- Bilateral meeting between Deputy Secretary Negroponte of State Department and former Korean Prime Minister Lee Hae-chan (DC, May): consecutive
- Meeting of 5 patent offices of US, Europe, China, Japan, and Korea (Hawaii, May): simultaneous
- High-level meeting on beef inspection in relation to the FTA (DC, Mar): consecutive
- Secretary of State Rice's bilateral meeting with Ms. Park Geun-hye (Feb): consecutive

[Y2006]
- KORUS FTA 5th Round (Big Sky, MT, Dec): consecutive

■**United Nations Command Military Armistice Commission (UNCMAC In-house Interpreter/Translator):** Oct 2004 – Apr 2006 (Seoul, Korea)
- Interpretation at meetings with North Koreans at Panmunjom for Armistice-related issues (consecutive)
- Interpretation at briefings related to UNCMAC's mission and functions (consecutive)
- Interpretation at various staff meetings, both regular and irregular, for the Secretary of the Commission on a wide range of issues regarding Armistice Agreement (consecutive, over-the-phone)
- Escort interpretation for distinguished visitors' JSA visits (whispering + consecutive)

■**Kookmin Bank (Foreign Executive Vice President's In-house Interpreter/Translator):** May 03~May 04 (Seoul, Korea)

- Team head-level meetings (consecutive, frequent)
- Loan Committee (whispering + consecutive, weekly)
- Sporadic workshops for EVPs (whispering + consecutive),
- Risk Management Committee (whispering + simultaneous, quarterly),
- Business presentations, meetings with consulting firms, etc. (consecutive, frequent)

■**Bank of Korea (Governor's In-house Interpreter):** June 2002 – May 2003 (Seoul, Korea)

- Office calls with foreign ambassadors to ROK (consecutive)
- Meeting with Standard & Poors on sovereign credit standing (consecutive, transcription)
- Trilateral meeting with governors of Bank of Japan and People's Bank of China during the IMF annual meeting (consecutive)
- Lecture for Seoul Financial Forum (consecutive for Q&A)
- Luncheon meeting with 15 EU ambassadors (whispering + consecutive)

## II. Translation:

■ **Freelance Translation/Editing**: 2000 – Present.
List including but not limited to:
- Papers on the classical Korean literature from Joseon period (total of 80 pages, Korean into English)
- Paper on anger depicted in "The Memoirs of Lady Hyegyeong" (6 pages, Korean into English)
- Paper on women in Joseon period (45 pages, Korean into English, April 2022)
- Paper on AI-power composition (17 pages, Korean into English, April 2022)
- Subtitle translation for Samsung's YouTube aminations on Samsung's products (9 episodes so far with each episode 10-15 minutes long, Korean into English, April 2022)
- Paper on M&As in the high-tech industries (15 pages, Korean into English, Nov 2021)
- Paper on ESG effect on cross-border M&As (20 pages, Korean into English, Feb 2021)
- Catalog for Solsongju, a craft Korean liquor (Korean into English, Sep 2020)
- Arirang TV's "See What I See – Season 2," a travel show (June-Oct 2020, 19 30-min-long episodes, Korean into English)
- Arirang TV's documentary on 5G (Feb 2020, 60 minutes long, Korean into English)
- Arirang TV's documentary on Korean National Debt Redemption Movement (Dec 2019, 60 minutes long, Korean into English)
- Arirang TV's "Travel Agency Season 2" (Aug 2019 to present, 30 minutes per episode, Korean into English)
- Arirang Prime's documentary on DMZ (50-minute long, Korean into English)
- Table of content of a North Korean economic journal, *Kyeongjeyeongu*, for Stimson Center (2019: 60 pages long, Korean [North Korean dialect] into English)
- Weekly article translation for 38 North (Jan-Apr 2018, total of 7 English articles into Korean)
- SBS Documentary on Korea Artist Prize (2017, 2018, 2019; roughly 60 minutes long each, Korean into English)
- KINAC's English website proofreading/editing (Oct 2018, roughly 18 pages in MS Word format, English into Korean)
- Translations of materials for Conference by Patent Court of Korea (Oct 2018, roughly 45 pages, English into Korean)
- Arirang TV's "Travel Agency" (Aug 2018 to present, 30 minutes per episode, Korean into English)

- Weekly articles published by 38 North (7 articles roughly amounting to 25 pages, English into Korean)
- Documentaries on PyeongChang Winter Olympic Games on Arirang (50 minutes each, Korean into English)
- Arirang TV's "Tour Vs. Tour" (Aug 2017 – Jan 2018, 60 minutes per episode, Korean into English)
- Arirang TV's "Prosumer Lab 101" (Apr – Sep 2017, 30 minutes per episode, Korean into English)
- Project proposal by marketing agency, The Sheppard (10 pages, English into Korean)
- Travel-related article for Korean Air (5-6 pages, Korean into English)
- Apple Korea's press releases and synopses (roughly 20 pages, English into Korean)
- KINAC's annual report editing (73 pages)
- *Baekdu Daegan* travelogue translation project by Eunoia (32 pages, Korean into English)
- Policy paper prepared by SAIS at Johns Hopkins University (roughly 35 pages)
- SsangYong Construction's promotional video clip subtitle translation (6 pages, Korean into English)
- Equipment brochures and test results published by KIST (Abba Communications, over 20,000 words)
- World Bank's brochure on International Development Association (IDA) (translation, roughly 3000 words, English into Korean)
- Arirang TV's documentary on the conflicts in the Middle East and its olives (subtitling, roughly 30 minutes long, Korean into English)
- Arirang TV's documentary on blind soccer players (subtitling, roughly 30 minutes long, Korean into English)
- Arirang TV's documentary on houses (subtitling, roughly 30 minutes long, Korean into English)
- Coca-Cola's Everyone's Olympic storyboard and video script (total of 10 pages, Korean into English)
- Arirang TV's documentary on an Eastern European national park (subtitling, roughly 30 minutes long, Korean into English)
- Samsung's presentation on recent IT expo (Editing, approximately 20,000 words)
- Samsung's presentation prepared for its executive member training by Samsung Global Management Institute (Kor. Into Eng. Approximately 30,000 words)
- Editing on translations of exhibits produced in connection with the ICSID arbitration case for the investment dispute between the government of the Republic of Korea and Lone Star Funds (Kor into Eng. Approximately 25,000

words)
- Paper on regulation fair disclosures (Kor into Eng. Approximately 25 pages)
- A series of papers on North Korean refugees' resettlement issues (Kor into Eng. Approx. 50 pages per paper. So far 2 papers delivered)
- Documents related to patent litigation (Kor into Eng. Approx. 10 pages)
- SOP for master's degree course (Kor into Eng. Approx. 10 pages)
- Theses on business management (Kor into Eng. Approx. 40 pages)
- Transcription/Translation on North Korean refugees (Kor. Into Eng. Approx. 20 pages)
- Homeplus' CEO speeches (Kor. Into Eng. Apprx 100 pages)
- Ministry of Environment's brochure on wetlands (Kor. Into Eng. Apprx 30 pages)
- KOICA's presentation on overseas project (Kor. Into Eng. Appx 6 pages)
- Doctoral thesis on public administration (Kor. Into Eng. Apprx 40 pages)
- Doctoral Theses on business management (Kor. into Eng. Apprx. 40,000 words)
- A North Korean refugee's letter (Kor. Into Eng. Apprx 1300 words)
- Neung-ryul Education's TOEFL prep book (Eng into Kor. Apprx. 34,000 words)
- LG CNS PR presentation (Kor into Eng. Apprx. 60 PPT slides)
- Localization of HotChalk, education-related site (Eng into Kor. Apprx. 5000 words)
- Editing of Cisco product-related presentation (Eng into Kor. Apprx. 3300 words)
- Samsung mobile phone patent-related translations and document reviews (Kor into Eng. Jul-Sep 2007)
- Editing of Microsoft security-related product brochure (Eng into Kor. Apprx. 14,000 words) (June 2007)
- Press Releases, software/IT manuals, business letters, business presentations, resumes, news articles, video clip translation, marketing materials, etc. (2000 – 2006. Client: Travis [interpretation/translation agency based in Seoul, Korea]. Handled both K into E and E into K translations)
- MBA essays (K into E)
- Graduate Dissertations on social works and religion (K into E translation)
- Articles on arts, Q&A transcript for Hyundai Mobis's press briefing (2006. Client: CITI AP [interpretation/translation agency based in Seoul, Korea]. Handled both K into E and E into K translations), etc.

■**Open Source Center (former FBIS) Independent Contractor** : June 2006 – May 2008
- Mainly covers Inter-Korean relations, and North Korean affairs. Covered appx. $10,000 worth of contract for the period

28

**III. Teaching**

■ **Instructor for Consecutive Interpreting at University of Maryland in College Park, MD** : 2014 – 2016

**IV. Other Professional Backgrounds**

■**LG Telecom:** 2000 (Seoul, Korea), part-time employee
- Assisting WAP website planning

■**Samsung Corporation:** 1999-2000 (Seoul, Korea), full-time employee
- Internet Auction TFT
- New business development

■**LG Internet**: 1998-1999 (Seoul, Korea), full-time employee
- Online advertisement and promotion

# [Honors & Awards]

■**UNCMAC On-the-Spot Cash Award for High Performance**: Apr 2006
■**Monterey Institute Merit Scholarship:** 2000 – 2002
■**Yonsei University Merit Scholarship:** 1994 – 1998