# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:22-CV-00422-JRG-RSP |

**ORDER ON JOINT MOTION TO APPOINT JAMIE WRIGHT AS INTERPRETER**

Before the Court is the Parties' Joint Motion to Appoint Jamie Wright as Interpreter.

Having considered the motion, the motion is hereby GRANTED.

IT IS SO ORDERED.