# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § § *Plaintiff*, § § v. § § SAMSUNG ELECTRONICS CO., LTD., and § SAMSUNG ELECTRONICS AMERICA, INC., § § *Defendants*. § § | CASE NO. 2:22-CV-00422-JRG-RSP |

## ORDER

Before the Court is the Joint Motion to Appoint Jamie Wright as Interpreter (the "Motion") filed by Plaintiff Headwater Research LLC ("Plaintiff") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Defendants") (collectively, the "Parties"). (Dkt. No. 486.) In the Motion, the Parties request an Order appointing Jamie Wright as an interpreter who will provide translation services at trial in the above-captioned case. (*Id*. at 1.)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. The Court **ORDERS** that Jamie Wright shall be appointed to provide translation services at trial in the above-captioned case.

**So Ordered this**

**Jan 11, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE