## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| **HEADWATER RESEARCH LLC** | § | |
| | § | |
| v. | § | CASE NO. 2:22-CV-00422-JRG-RSP |
| | § | |
| **SAMSUNG ELECTRONICS CO., LTD,** | § | |
| *et al* | | |

### MINUTES FOR JURY SELECTION/JURY TRIAL DAY NO. 1
### HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### January 13, 2025

**OPEN:** 09:15 AM                                                            **ADJOURN:** 05:46 PM

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached |
| LAW CLERKS: | Riley Zoch<br>Brendan McLaughlin<br>Danielle Zapata |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 09:15 AM | Court opened. |
| 09:15 AM | Court's greeting, introduction and preliminary remarks to Jury Pool. |
| 09:28 AM | Court called for announcements from the parties. |
| 09:29 AM | Court continued by providing case information and gave preliminary instructions to Jury Pool. |
| 09:39 AM | Prospective Jurors began introduction of themselves. |
| 10:02 AM | Court provided additional instructions to Jury Pool. |
| 10:06 AM | *Voir dire* on behalf of Plaintiff by Ms. Fair. |
| 10:36 AM | *Voir dire* on behalf of Defendants by Ms. Smith. |
| 11:05 AM | Bench conference with counsel re: challenges for cause. |
| 11:08 AM | Bench conference concluded. |
| 11:08 AM | Court instructions provided to Jury Pool. Court requested specific juror(s) to remain in courtroom while remainder of Jury Pool recessed. |
| 11:10 AM | Remainder of Jury Pool recessed. |
| 11:12 AM | Counsel approached bench. |
| 11:12 AM | Strike conference began with specifically named juror(s). |

| TIME | MINUTE ENTRY |
|---|---|
| 11:22 AM | Strike conference concluded.  Attorneys excused to exercise strikes. |
| 11:22 AM | Recess. |
| 11:48 AM | Court reconvened. |
| 11:49 AM | Instructions given by the Court.  Jurors selected. |
| 11:52 AM | Jurors sworn. |
| 11:54 AM | Remainder of Jury Pool excused. |
| 11:54 AM | Additional instructions given by the Court. |
| 12:14 PM | Jury recessed for lunch. |
| 12:15 PM | Recess. |
| 01:17 PM | Court reconvened. |
| 01:17 PM | Jury returned to courtroom. |
| 01:18 PM | Court gave preliminary instructions to Jury. |
| 01:51 PM | Notebooks provided to Jury. |
| 01:52 PM | Continuation of Court's preliminary instructions to Jury. |
| 01:58 PM | Plaintiff's opening statement by Mr. Fenster. |
| 02:29 PM | Defendants' opening statement by Mr. McKeon. |
| 03:00 PM | Opening statements concluded. |
| 03:00 PM | Rule invoked. |
| 03:01 PM | Plaintiff's case-in-chief: |
| 03:01 PM | Witness sworn. |
| 03:02 PM | Jury recessed for break. |
| 03:02 PM | Recess. |
| 03:16 PM | Court reconvened. |
| 03:16 PM | Jury returned to courtroom. |
| 03:17 PM | Direct examination of Dr. Greg Raleigh by Ms. Fair. |
| 04:19 PM | **Courtroom sealed**. |
| 04:21 PM | Continuation direct examination of Dr. Greg Raleigh by Ms. Fair. |
| 04:27 PM | **Courtroom unsealed**. |
| 04:27 PM | Continuation direct examination of Dr. Greg Raleigh by Ms. Fair. |
| 04:29 PM | Cross examination of Dr. Greg Raleigh by Ms. Smith. |
| 04:37 PM | Bench conference. |
| 04:40 PM | Bench conference concluded. |
| 04:40 PM | Continuation cross examination of Dr. Greg Raleigh by Ms. Smith. |
| 04:41 PM | Bench conference. |
| 04:42 PM | Bench conference concluded. |
| 04:43 PM | Continuation cross examination of Dr. Greg Raleigh by Ms. Smith. |
| 04:43 PM | Bench conference. |
| 04:44 PM | Bench conference concluded. |
| 04:44 PM | Continuation cross examination of Dr. Greg Raleigh by Ms. Smith. |
| 05:26 PM | Bench conference. |
| 05:30 PM | Bench conference concluded. |
| 05:30 PM | Continuation cross examination of Dr. Greg Raleigh by Ms. Smith. |
| 05:33 PM | Bench conference. |
| 05:33 PM | Redirect examination of Dr. Greg Raleigh by Ms. Fair. |

| TIME | MINUTE ENTRY |
|---|---|
| 05:43 PM | Completion of testimony of Dr. Greg Raleigh. |
| 05:43 PM | Court provided instructions to the Jury. |
| 05:44 PM | Jury recessed for the day until 8:30 tomorrow morning. |
| 05:46 PM | Court reminded the parties of their ongoing meet and confer obligations. |
| 05:46 PM | Court adjourned. |