# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. et al<br><br>Defendants. | Civil Action No. 2:22-cv-00422-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Robert Vincent of Gibson, Dunn & Crutcher LLP enters his appearance in this matter as counsel on behalf of T-Mobile USA, Inc. and Sprint LLC as Interested Parties.

Robert Vincent may receive all communications from the Court and from other parties at Gibson, Dunn & Crutcher LLP, 2001 Ross Avenue Suite 2100, Dallas, TX 75201; Telephone: (214) 698-3281; Email: RVincent@gibsondunn.com.

Dated: January 15, 2025

Respectfully submitted,

*/s/ Robert Vincent*
Robert Vincent
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue Suite 2100,
Dallas, TX 75201-2923
Tel: 214-698-3281
Email: RVincent@gibsondunn.com

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 15th day of January 2025, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                               */s/ Robert Vincent*
                                               Robert Vincent