# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

**HEADWATER RESEARCH LLC** §
§
v. § CASE NO. 2:22-CV-00422-JRG-RSP
§
**SAMSUNG ELECTRONICS CO., LTD,** §
*et al*

### MINUTES FOR JURY TRIAL DAY NO. 2
### HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### January 14, 2025

**OPEN: 08:24 AM**                                             **ADJOURN: 05:43 PM**

ATTORNEYS FOR PLAINTIFF:        See attached

ATTORNEYS FOR DEFENDANTS:    See attached

LAW CLERKS:                                  Riley Zoch
                                                         Brendan McLaughlin
                                                         Danielle Zapata

COURT REPORTER:                       Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:              Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 08:24 AM | Court opened. |
| 08:24 AM | Exhibits used prior day read into the record. |
| 08:26 AM | Jury entered the courtroom. |
| 08:26 AM | Continuation Plaintiff's case-in-chief: |
| 08:26 AM | Ms. Fair introduced the video designation of Dr. Alireza Raissinia. |
| 08:34 AM | Video designation of Dr. Alireza Raissinia concluded. |
| 08:34 AM | Witness sworn. |
| 08:35 AM | Direct examination of Dr. Richard Wesel by Mr. Pickens. |
| 09:40 AM | **Courtroom sealed**. |
| 09:41 AM | Continuation direct examination of Dr. Richard Wesel by Mr. Pickens. |
| 09:46 AM | **Courtroom unsealed**. |
| 09:47 AM | Continuation direct examination of Dr. Richard Wesel by Mr. Pickens. |
| 09:53 AM | **Courtroom sealed**. |
| 09:54 AM | Continuation direct examination of Dr. Richard Wesel by Mr. Pickens. |
| 09:55 AM | **Courtroom unsealed**. |
| 09:55 AM | Bench conference. |

| TIME | MINUTE ENTRY |
|---|---|
| 09:56 AM | Bench conference concluded |
| 09:56 AM | Continuation direct examination of Dr. Richard Wesel by Mr. Pickens. |
| 10:19 AM | Jury recessed for break. |
| 10:19 AM | Recess. |
| 10:32 AM | Court reconvened. |
| 10:32 AM | Jury returned to courtroom. |
| 10:32 AM | Cross examination of Dr. Richard Wesel by Mr. McKeon. |
| 10:48 AM | Bench conference. |
| 10:48 AM | Bench conference concluded. |
| 10:49 AM | Continuation cross examination of Dr. Richard Wesel by Mr. McKeon. |
| 11:48 AM | Bench conference. |
| 11:54 AM | Bench conference concluded. |
| 11:54 AM | Jury recessed for break. |
| 11:55 AM | Court directed counsel to meet and confer and ordered the submission of a jointly prepared updated final jury instructions and verdict form by 5:00 tomorrow afternoon in Word format and electronically transmitted to Court staff. |
| 11:56 AM | Recess. |
| 12:03 PM | Court reconvened. |
| 12:04 PM | Jury returned to courtroom. |
| 12:04 PM | Continuation cross examination of Dr. Richard Wesel by Mr. McKeon. |
| 12:14 PM | Bench conference. |
| 12:15 PM | Bench conference concluded. |
| 12:15 PM | Continuation cross examination of Dr. Richard Wesel by Mr. McKeon. |
| 12:21 PM | Redirect examination of Dr. Richard Wesel by Mr. Pickens. |
| 12:41 PM | Jury recessed for lunch break. |
| 12:42 PM | Recess. |
| 01:32 PM | Court reconvened. |
| 01:33 PM | Jury returned to courtroom. |
| 01:33 PM | Continuation redirect examination of Dr. Richard Wesel by Mr. Pickens. |
| 01:47 PM | Completion of testimony of Dr. Richard Wesel. |
| 01:48 PM | Witness sworn. |
| 01:49 PM | Court provided explanation to Jury re: use of an adverse witness. |
| 01:50 PM | Direct examination of Mr. Jeffrey Sharkey (adverse witness) by Mr. Fenster. |
| 02:32 PM | Cross examination of Mr. Jeffrey Sharkey (adverse witness) by Mr. McKeon. |
| 02:41 PM | Bench conference. |
| 02:44 PM | Bench conference concluded. |
| 02:44 PM | Continuation cross examination of Mr. Jeffrey Sharkey (adverse witness) by Mr. McKeon. |
| 02:59 PM | Bench conference. |
| 03:01 PM | Bench conference concluded. |
| 03:01 PM | Continuation cross examination of Mr. Jeffrey Sharkey (adverse witness) by Mr. McKeon. |
| 03:05 PM | Redirect examination of Mr. Jeffrey Sharkey (adverse witness) by Mr. Fenster. |
| 03:15 PM | Recross examination of Mr. Jeffrey Sharkey (adverse witness) by Mr. McKeon. |
| 03:17 PM | Bench conference. |

| TIME | MINUTE ENTRY |
|---|---|
| 03:22 PM | Bench conference concluded. |
| 03:22 PM | Continuation recross examination of Mr. Jeffrey Sharkey (adverse witness) by Mr. McKeon. |
| 03:23 PM | Completion of testimony of Mr. Jeffrey Sharkey (adverse witness). |
| 03:23 PM | Ms. Fair introduced the video designation of Mr. James Lavine. |
| 03:36 PM | Video designation of Mr. James Levine concluded. |
| 03:37 PM | Jury recessed for break. |
| 03:37 PM | Recess. |
| 03:58 PM | Court reconvened. |
| 03:58 PM | Jury returned to courtroom. |
| 03:58 PM | Ms. Fair introduced the video designation of Mr. Kantha Kanchiraju. |
| 04:03 PM | Video designation of Mr. Kantha Kanchiraju concluded. |
| 04:03 PM | Ms. Fair introduced the video designation of Mr. Sougata Saha. |
| 04:03 PM | **Courtroom sealed**. |
| 04:04 PM | Continuation of video designation of Mr. Sougata Saha. |
| 04:11 PM | Video designation of Mr. Sougata Saha concluded. |
| 04:11 PM | **Courtroom unsealed**. |
| 04:12 PM | Witness sworn. |
| 04:13 PM | Direct examination of Dr. Andreas Groehn by Mr. Ledahl. |
| 04:30 PM | Cross examination of Dr. Andreas Groehn by Ms. Smith. |
| 04:55 PM | Redirect examination of Dr. Andreas Groehn by Mr. Ledahl. |
| 04:57 PM | Completion of testimony of Dr. Andreas Groehn. |
| 04:58 PM | Witness sworn. |
| 04:58 PM | Direct examination of Mr. David Kennedy by Ms. Fair. |
| 05:40 PM | Bench conference. |
| 05:40 PM | Bench conference concluded. |
| 05:40 PM | Court provided instructions to the Jury. |
| 05:41 PM | Jury recessed until 8:30 tomorrow morning. |
| 05:42 PM | Court directed counsel to continue with meet and confer efforts and reminded the parties of the deadline for the submission of an updated proposed final jury instructions and verdict form. |
| 05:43 PM | Court adjourned. |