IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **HEADWATER RESEARCH LLC** § | |
| § | |
| v. § | CASE NO. 2:22-CV-00422-JRG-RSP |
| § | |
| **SAMSUNG ELECTRONICS CO., LTD,** § | |
| *et al* | |

MINUTES FOR JURY TRIAL DAY NO. 3
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
January 15, 2025

**OPEN:** 08:41 AM                                              **ADJOURN:** 5:56 PM

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached |
| LAW CLERKS: | Riley Zoch<br>Brendan McLaughlin<br>Danielle Zapata |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 08:41 AM | Court opened. |
| 08:42 AM | Exhibits used prior day read into the record. |
| 08:44 AM | Jury entered the courtroom. |
| 08:45 AM | Continuation Plaintiff's case-in-chief: |
| 08:45 AM | Continuation direct examination of Mr. David Kennedy by Ms. Fair. |
| 08:46 AM | **Courtroom sealed**. |
| 08:46 AM | Continuation direct examination of Mr. David Kennedy by Ms. Fair. |
| 08:57 AM | **Courtroom unsealed**. |
| 08:57 AM | Continuation direct examination of Mr. David Kennedy by Ms. Fair. |
| 08:58 AM | Cross examination of Mr. David Kennedy by Mr. McKeon. |
| 09:11 AM | **Courtroom sealed**. |
| 09:11 AM | Continuation cross examination of Mr. David Kennedy by Mr. McKeon. |
| 09:17 AM | Bench conference. |
| 09:18 AM | Bench conference concluded. |
| 09:18 AM | Continuation cross examination of Mr. David Kennedy by Mr. McKeon. |
| 09:23 AM | **Courtroom unsealed**. |

| TIME | MINUTE ENTRY |
|---|---|
| 09:23 AM | Continuation cross examination of Mr. David Kennedy by Mr. McKeon. |
| 10:00 AM | Bench conference. |
| 10:03 AM | Bench conference concluded. |
| 10:03 AM | Continuation cross examination of Mr. David Kennedy by Mr. McKeon. |
| 10:15 AM | Redirect examination of Mr. David Kennedy by Ms. Fair. |
| 10:27 AM | **Courtroom sealed**. |
| 10:27 AM | Continuation redirect examination of Mr. David Kennedy by Ms. Fair. |
| 10:30 AM | **Courtroom unsealed**. |
| 10:30 AM | Continuation redirect examination of Mr. David Kennedy by Ms. Fair. |
| 10:36 AM | Bench conference. |
| 10:37 AM | Bench conference concluded. |
| 10:37 AM | Continuation redirect examination of Mr. David Kennedy by Ms. Fair. |
| 10:41 AM | Recross examination of Mr. David Kennedy by Mr. McKeon. |
| 10:49 AM | Additional redirect examination of Mr. David Kennedy by Ms. Fair. |
| 10:49 AM | Completion of testimony of Mr. David Kennedy. |
| 10:50 AM | Jury recessed for break. |
| 10:50 AM | Bench conference. |
| 10:51 AM | Bench conference concluded. |
| 10:51 AM | Recess. |
| 11:09 AM | Court reconvened. |
| 11:09 AM | Jury returned to courtroom. |
| 11:09 AM | Plaintiff rested its case-in-chief. |
| 11:09 AM | Defendants' case-in-chief: |
| 11:10 AM | Witness sworn. |
| 11:10 AM | Direct examination of Ms. Rachel Roberts by Ms. Smith. |
| 11:42 AM | Cross examination of Ms. Rachel Roberts by Mr. Mirzaie. |
| 11:44 AM | Bench conference. |
| 11:47 AM | Bench conference concluded. |
| 11:47 AM | Continuation cross examination of Ms. Rachel Roberts by Mr. Mirzaie. |
| 11:52 AM | Bench conference. |
| 11:53 AM | Bench conference concluded. |
| 11:53 AM | Continuation cross examination of Ms. Rachel Roberts by Mr. Mirzaie. |
| 12:23 PM | Bench conference. |
| 12:24 PM | Bench conference concluded. |
| 12:24 PM | Continuation cross examination of Ms. Rachel Roberts by Mr. Mirzaie. |
| 12:26 PM | Jury recessed for lunch break. |
| 12:27 PM | Recess. |
| 01:48 PM | Court reconvened. |
| 01:49 PM | Jury returned to courtroom. |
| 01:49 PM | Redirect examination of Ms. Rachel Roberts by Ms. Smith. |
| 02:05 PM | Completion of testimony Ms. Rachel Roberts. |
| 02:05 PM | Witness sworn. |
| 02:06 PM | Direct examination of Ms. Hannah Sifuentes by Ms. Smith. |
| 02:40 PM | Cross examination of Ms. Hannah Sifuentes by Mr. Davis. |

| TIME | MINUTE ENTRY |
|---|---|
| 02:50 PM | Redirect examination of Ms. Hannah Sifuentes by Ms. Smith. |
| 02:52 PM | Bench conference. |
| 02:53 PM | Bench conference concluded. |
| 02:53 PM | Continuation redirect examination of Ms. Hannah Sifuentes by Ms. Smith. |
| 02:55 PM | Recross examination of Ms. Hannah Sifuentes by Mr. Davis. |
| 02:56 PM | Completion of testimony of Ms. Hannah Sifuentes. |
| 02:57 PM | Jury recessed for break. |
| 02:57 PM | Recess. |
| 03:16 PM | Court reconvened. |
| 03:17 PM | Jury returned to courtroom. |
| 03:17 PM | Ms. Smith introduced the video designation of Dr. Douglas Chrissan. |
| 03:23 PM | Video designation of Dr. Douglas Chrissan concluded. |
| 03:23 PM | Ms. Smith introduced the video designation of Mr. James Fitzgerald. |
| 03:26 PM | Video designation of Mr. James Fitzgerald concluded. |
| 03:26 PM | Ms. Smith introduced the video designation of Mr. Jeff Green. |
| 03:31 PM | Video designation of Mr. Jeff Green concluded. |
| 03:31 PM | Ms. Smith introduced the video designation of Ms. Krista Jacobsen. |
| 03:34 PM | Video designation of Ms. Krista Jacobsen concluded. |
| 03:34 PM | Ms. Smith introduced the video designation of Mr. David Johnson. |
| 03:37 PM | Video designation of Mr. David Johnson concluded. |
| 03:37 PM | Ms. Smith introduced the video designation of Dr. Greg Raleigh. |
| 03:38 PM | Court provided explanation to the Jury re: Dr. Greg Raleigh testifying by video designation who earlier testified live during the trial. |
| 03:38 PM | Continuation of video designation of Dr. Greg Raleigh. |
| 03:50 PM | Video designation of Dr. Greg Raleigh concluded. |
| 03:51 PM | Witness sworn. (Interpreter, Ms. Jamie Wright, previously sworn.) |
| 03:54 PM | Direct examination of Mr. Hongjung Son (with aid of interpreter) by Mr. Kodish. |
| 03:58 PM | Due to technical difficulties, Jury recessed for break. |
| 03:59 PM | Off the record. |
| 04:03 PM | On the record. |
| 04:03 PM | Jury returned to courtroom. |
| 04:04 PM | Continuation direct examination of Mr. Hongjung Son (with aid of interpreter) by Mr. Kodish. |
| 04:16 PM | Bench conference. |
| 04:18 PM | Bench conference concluded. |
| 04:19 PM | Continuation direct examination of Mr. Hongjung Son (with aid of interpreter) by Mr. Kodish. |
| 04:28 PM | Cross examination of Mr. Hongjung Son (with aid of interpreter) by Mr. Mirzaie. |
| 04:41 PM | Bench conference. |
| 04:41 PM | Bench conference concluded. |
| 04:42 PM | Continuation cross examination of Mr. Hongjung Son (with aid of interpreter) by Mr. Mirzaie. |
| 04:46 PM | Completion of testimony of Mr. Hongjung Son. |
| 04:47 PM | Mr. McKeon introduced the video designation of Mr. Dan Durig. |
| 04:49 PM | Video designation of Mr. Dan Durig concluded. |

| TIME | MINUTE ENTRY |
|---|---|
| 04:50 PM | Witness sworn. |
| 04:50 PM | Direct examination of Dr. Keith Ugone by Mr. Reger. |
| 05:14 PM | **Courtroom sealed**. |
| 05:14 PM | Continuation direct examination of Dr. Keith Ugone by Mr. Reger. |
| 05:26 PM | **Courtroom unsealed**. |
| 05:27 PM | Continuation direct examination of Dr. Keith Ugone by Mr. Reger. |
| 05:45 PM | Bench conference. |
| 05:45 PM | Bench conference concluded. |
| 05:45 PM | Continuation direct examination of Dr. Keith Ugone by Mr. Reger. |
| 05:54 PM | Court instructions to Jury. |
| 05:55 PM | Jury recessed until 8:30 tomorrow morning. |
| 05:56 PM | Court adjourned. |