Case 2:22-cv-00422-JRG-RSP   Document 491-1   Filed 01/15/25   Page 1 of 1 PageID #: 42998



**2:22-cv-00422-JRG-RSP**
**Headwater Research LLC v Samsung Electronics Co Ltd *et al***
**January 15, 2025 at 8:30 AM**
**Trial -- Day 3**

**PLEASE PRINT CLEARLY:**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| ANDREA FAIR | Headwater |
| MARC FENSTER | |
| REZA MIRZAIE | |
| BRIAN LEDAHL | |
| JASON WIETHOLTER | |
| JAMES PICKENS | |
| Melissa Smith | Samsung |
| Mike McKeon | |
| ~~Rachel Roberts~~ | |
| Thad Kodish | |
| Ben Thompson | |
| Jared Berman | |
| Noah Graubart | |
| Kristopher Davis | Plaintiff |
| Thomas Reger | Samsung |

**IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:**

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| Dr. Greg Raleigh | Headwater |
| Rachel Roberts | Samsung |