# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, | § |
| *Plaintiff*, | § § § |
| v. | § § §   CASE NO. 2:22-CV-00422-JRG-RSP |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | § § § § |
| *Defendants*. | § § |

## VERDICT FORM

In answering the following questions and completing this Verdict Form, you are to follow all of the instructions I have given you in the Court's Final Instructions to the Jury. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used in this Verdict Form, the following terms have the following meanings:

- "**Headwater**" refers to Plaintiff Headwater Research LLC

- "**Samsung**" refers to Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc., collectively

- The "**'976 Patent**" refers to U.S. Patent No. 9,143,976

- The "**Asserted Claims**" refer collectively to claims 1, 8, 9, and 12 of the '976 Patent

**IT IS VERY IMPORTANT THAT YOU FOLLOW THE**

**INSTRUCTIONS PROVIDED IN THIS VERDICT FORM**

**READ THEM CAREFULLY AND ENSURE THAT YOUR**

**VERDICT COMPLIES WITH THEM**

## QUESTION 1:

Has Headwater proved by a preponderance of the evidence that Samsung infringed **ANY** of the Asserted Claims?

Yes: _____   No: ✓

**If you answered "No," DO NOT ANSWER ANY OTHER QUESTIONS and proceed to the final page of the Verdict Form. Only proceed to Question 2 if you answered "Yes" to Question 1.**

## QUESTION 2:

Did Samsung prove by clear and convincing evidence that any of the Asserted Claims are invalid?

        Claim 1:    Yes: \_\_\_\_\_        No: \_\_\_\_\_

        Claim 8:    Yes: \_\_\_\_\_        No: \_\_\_\_\_

        Claim 9:    Yes: \_\_\_\_\_        No: \_\_\_\_\_

        Claim 12:    Yes: \_\_\_\_\_        No: \_\_\_\_\_

**If you answered "Yes" for ALL of the Asserted Claims, DO NOT ANSWER ANY OTHER QUESTIONS and proceed to the final page of the Verdict Form. Only proceed to Questions 3A and 3B if you answered "No" for at least one of the above Asserted Claims in Question 2.**

## QUESTION 3A:

What sum of money, if paid now in cash, has Headwater proven by a preponderance of the evidence would compensate Headwater for Samsung's infringement of the Asserted Claims?

    Answer in United States Dollars and Cents, if any:

$ _____

## QUESTION 3B:

Are the damages for infringement you awarded in Question No. 3A a lump sum or running royalty?

    Lump Sum: _____        Running Royalty: _____

## FINAL PAGE OF VERDICT FORM

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your unanimous determinations. The jury foreperson should then sign and date the Verdict Form in the spaces below and notify the Court Security Officer that you have reached a verdict. The jury foreperson should retain possession of the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this 17 day of January, 2025.

_____
    **Jury Foreperson**