IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **HEADWATER RESEARCH LLC** | § |
| | § |
| v. | § CASE NO. 2:22-CV-00422-JRG-RSP |
| | § |
| **SAMSUNG ELECTRONICS CO., LTD,** | § |
| *et al* | § |

**MINUTES FOR JURY TRIAL DAY NO. 4**
**HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP**
January 16, 2025

**OPEN: 08:28 AM**                                                                 **ADJOURN: 08:41 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached |
| LAW CLERKS: | Riley Zoch<br>Brendan McLaughlin<br>Danielle Zapata |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 08:28 AM | Court opened. |
| 08:28 AM | Exhibits used prior day read into the record. |
| 08:30 AM | Jury entered the courtroom. |
| 08:31 AM | Continuation Defendants' case-in-chief: |
| 08:31 AM | Cross examination of Dr. Keith Ugone by Mr. Mirzaie. |
| 08:49 AM | Bench conference. |
| 08:51 AM | Bench conference concluded. |
| 08:51 AM | Continuation cross examination of Dr. Keith Ugone by Mr. Mirzaie. |
| 09:31 AM | Redirect examination of Dr. Keith Ugone by Mr. Reger. |
| 09:38 AM | Recross examination of Dr. Keith Ugone by Mr. Mirzaie. |
| 09:39 AM | Completion of testimony of Dr. Keith Ugone. |
| 09:39 AM | Witness sworn. |
| 09:40 AM | Direct examination of Dr. Daniel Schonfeld by Mr. Thompson. |
| 10:13 AM | Jury recessed for break. |
| 10:14 AM | Recess. |
| 10:29 AM | Court reconvened. |

| TIME | MINUTE ENTRY |
|---|---|
| 10:29 AM | Jury returned to courtroom. |
| 10:30 AM | Continuation direct examination of Dr. Daniel Schonfeld by Mr. Thompson. |
| 11:26 AM | Bench conference. |
| 11:28 AM | Bench conference concluded. |
| 11:28 AM | Continuation direct examination of Dr. Daniel Schonfeld by Mr. Thompson. |
| 11:53 AM | Jury recessed for lunch break. |
| 11:57 AM | Recess. |
| 12:50 PM | Court reconvened. |
| 12:51 PM | Court made rulings as set forth in the record re: an issue brought by Plaintiff. |
| 12:52 PM | Jury returned to courtroom. |
| 12:52 PM | Continuation direct examination of Dr. Daniel Schonfeld by Mr. Thompson. |
| 01:18 PM | Cross examination of Dr. Daniel Schonfeld by Mr. Fenster. |
| 02:18 PM | Bench conference. |
| 02:18 PM | Bench conference concluded. |
| 02:18 PM | Continuation cross examination of Dr. Daniel Schonfeld by Mr. Fenster. |
| 02:32 PM | Redirect examination of Dr. Daniel Schonfeld by Mr. Thompson. |
| 02:39 PM | Bench conference. |
| 02:40 PM | Bench conference concluded. |
| 02:40 PM | Continuation redirect examination of Dr. Daniel Schonfeld by Mr. Thompson. |
| 02:43 PM | Recross examination of Dr. Daniel Schonfeld by Mr. Fenster. |
| 02:46 PM | Completion of testimony of Dr. Daniel Schonfeld. |
| 02:46 PM | Defendants rested its case-in-chief. |
| 02:47 PM | Jury recessed for break. |
| 02:47 PM | Recess. |
| 03:03 PM | Court reconvened. |
| 03:03 PM | Jury returned to courtroom. |
| 03:03 PM | Plaintiff's rebuttal case: |
| 03:04 PM | Witness sworn. |
| 03:05 PM | Direct examination of rebuttal witness Mr. Erik de la Iglesia by Mr. Wietholter. |
| 03:28 PM | Cross examination of rebuttal witness Mr. Erik de la Iglesia by Mr. McKeon |
| 03:33 PM | Redirect examination of rebuttal witness Mr. Erik de la Iglesia by Mr. Wietholter. |
| 03:34 PM | Completion of rebuttal testimony of Mr. Erik de la Iglesia. |
| 03:35 PM | Direct examination of rebuttal witness Dr. Richard Wesel by Mr. Pickens. |
| 03:53 PM | Bench conference. |
| 03:54 PM | Bench conference concluded. |
| 03:54 PM | Continuation direct examination of rebuttal witness Dr. Richard Wesel by Mr. Pickens. |
| 03:55 PM | Cross examination of rebuttal witness Dr. Richard Wesel by Mr. McKeon. |
| 04:02 PM | Redirect examination of rebuttal witness Dr. Richard Wesel by Mr. Pickens. |
| 04:03 PM | Completion of testimony of Dr. Richard Wesel. |
| 04:04 PM | Plaintiff rested its rebuttal case. |
| 04:04 PM | Both sides rested. |
| 04:04 PM | Court provided instructions to Jury. |
| 04:07 PM | Jury excused for the reminder of the day to return tomorrow at 8:30 AM. |
| 04:08 PM | Court will take up Rule 50(a) motions following recess. |

| TIME | MINUTE ENTRY |
|---|---|
| 04:10 PM | Recess. |
| 04:27 PM | Court reconvened. |
| 04:27 PM | Court took up Rule 50(a) motions. |
| 04:27 PM | Court provided instruction to the parties re: hearing of Rule 50(a) motions. |
| 04:35 PM | Court began hearing argument on Rule 50(a) motions. |
| 04:57 PM | Argument concluded. |
| 04:57 PM | Court made rulings as set forth in the record. |
| 04:57 PM | Completion of hearing re: Rule 50(a) motions. |
| 04:58 PM | Court to recess and reconvene to conduct informal charge conference (off the record) in chambers. |
| 04:59 PM | Recess. |
| 08:20 PM | Court reconvened. |
| 08:22 PM | Court provided instructions. |
| 08:23 PM | Formal charge conference started. |
| 08:23 PM | Ms. Hayden argued for the Plaintiff. Mr. Graubart for the Defendants. |
| 08:41 PM | Formal charge conference completed. |
| 08:41 PM | Court adjourned. |