

2:22-cv-00422-JRG-RSP
Headwater Research LLC v Samsung Electronics Co Ltd *et al*
January 16, 2025 at 8:30 AM
Trial -- Day 4

**PLEASE PRINT CLEARLY:**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| ANDREA FAIR | ∏ HEADWATER |
| MARC FENSTER | |
| REZA MIRZAIE | |
| BRIAN LEDAHL | |
| JASON WIETHOLTER | |
| JAMES PICKENS | |
| Melissa Smith | Samsung |
| Mike McKeon | |
| Rachel Roberts | |
| Thad Kodish | |
| Ben Thompson | |
| Jared Hartzman | |
| Noah Graubart | |
| Kristopher Davis | Plaintiff |
| Thomas Reger | Samsung |

**IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:**

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| Dr. GREG RALEIGH | HEADWATER |
| Rachel Roberts | Samsung |