# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

**HEADWATER RESEARCH LLC** §
§
v. § CASE NO. 2:22-CV-00422-JRG-RSP
§
**SAMSUNG ELECTRONICS CO., LTD,** §
*et al*

## MINUTES FOR JURY TRIAL DAY NO. 5
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### January 17, 2025

**OPEN:** 08:21 AM                                                                              **ADJOURN:** 03:52 PM

ATTORNEYS FOR PLAINTIFF:         See attached

ATTORNEYS FOR DEFENDANTS:    See attached

LAW CLERKS:                                    Riley Zoch
                                                           Brendan McLaughlin
                                                           Danielle Zapata

COURT REPORTER:                        Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 08:21 AM | Court opened. |
| 08:22 AM | Off the record. |
| 08:23 AM | On the record. |
| 08:23 AM | Exhibits used prior day read into the record. |
| 08:25 AM | Off the record. |
| 08:26 AM | On the record. |
| 08:27 AM | Jury entered the courtroom. |
| 08:27 AM | Court proceeded to charge the Jury with final instructions. |
| 09:21 AM | Closing argument by Plaintiff's counsel, Mr. Fenster. |
| 09:50 AM | Closing argument by Defendants' counsel, Mr. McKeon. |
| 10:31 AM | Final closing argument by Plaintiff's counsel, Mr. Fenster. |
| 10:47 AM | Closing arguments concluded. |
| 10:48 AM | Court gave final instructions to the Jury. |
| 10:53 AM | Jury retired to jury room to deliberate. |
| 10:55 AM | Court recessed. |
| 01:40 PM | Court reconvened. |

| TIME | MINUTE ENTRY |
|---|---|
| 01:40 PM | Court informed counsel of a Jury note received by the Court. |
| 01:42 PM | Discussion with counsel. |
| 01:45 PM | Off the record |
| 01:49 PM | On the record. |
| 01:49 PM | Discussion with counsel. |
| 02:03 PM | Off the record. |
| 02:14 PM | On the record. |
| 02:14 PM | Court instructed CSO to hand-deliver response to Jury. |
| 02:15 PM | Recess. |
| 02:34 PM | Court reconvened. |
| 02:35 PM | Court informed counsel of a follow-up Jury note received by the Court. |
| 02:35 PM | Discussion with counsel. |
| 02:36 PM | Off the record. |
| 02:41 PM | On the record. |
| 02:41 PM | Discussion with counsel. |
| 02:52 PM | Court instructed CSO to hand-deliver response to Jury. |
| 02:52 PM | Recess. |
| 03:44 PM | Court reconvened. |
| 03:44 PM | Court informed counsel of a Jury note received by the Court. |
| 03:45 PM | Jury entered the courtroom. |
| 03:47 PM | Court announced the verdict into the record. |
| 03:48 PM | Jurors polled representing a unanimous verdict. |
| 03:48 PM | Court accepted the Jury's verdict. |
| 03:52 PM | Jurors released and excused by the Court. |
| 03:52 PM | Court adjourned. |