IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § § *Plaintiff*, § § v. § § SAMSUNG ELECTRONICS CO., LTD., and § SAMSUNG ELECTRONICS AMERICA, INC., § § *Defendants*. § § | CASE NO. 2:22-CV-00422-JRG-RSP |

## FINAL JUDGMENT

A jury trial commenced on January 13, 2025, in the above-captioned case between Plaintiff Headwater Research LLC ("Headwater") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (together, "Samsung") (collectively, the "Parties").

After the close of evidence with the jury absent from the courtroom and before the case was submitted to the jury, the Court clarified on the record the status of various matters that had been dropped from the case. (*See* Dkt. No. 507 at 1188:4-1192:18.) This Final Judgment memorializes those rulings as made from the bench on the record. In the above-captioned action, Headwater previously asserted U.S. Patent Nos. 9,137,701 (the "'701 patent"), 9,143,976 (the "'976 Patent"), 9,271,184 (the "'184 Patent"), 9,277,433 (the "'433 Patent"), 9,277,445 (the "'445 Patent"), 9,521,578 (the "'578 Patent"), 9,609,544 (the "'544 Patent"), 10,237,773 (the "'773 Patent"), and 11,405,224 (the "'224 Patent"). (*See* Dkt. No. 42 at ¶ 1.) On July 26, 2024, the Parties jointly stipulated to the dismissal with prejudice of all of Headwater's claims regarding the '433 Patent, the '578 Patent, the '224 Patent, the '773 Patent, and the '701 Patent. (Dkt. No. 385.) On September 13, 2024, the Parties also jointly stipulated to the dismissal with prejudice of all of Headwater's claims regarding the '544 Patent. (Dkt. No. 418.) The Court then ruled on the

record and in open court that, to the extent the Court had not previously dismissed any of the prior asserted patents at issue in this case other than '976 Patent, all claims relating to those other patents not previously dismissed were dismissed without prejudice. (*See* Dkt. No. 507 at 1188:4-1192:18.)

Thereafter, the case was submitted to the jury, which returned its unanimous verdict on January 17, 2025, finding that Samsung does not infringe the asserted claims of the '976 Patent. (Dkt. Nos. 492; 493.) Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the jury's unanimous verdict and the entirety of the record, the Court hereby **ORDERS** and **ENTERS FINAL JUDGMENT** as follows:

1. Samsung has not infringed claims 1, 8, 9, or 12 of the '976 Patent;
2. Headwater takes nothing from and against Samsung; and
3. Pursuant to Federal Rule of Civil Procedure 54(d), Local Rule CV-54, and 28 U.S.C. § 1920, Samsung is the prevailing party in this case and shall recover its costs from Headwater. Accordingly, Samsung is directed to file its Bill of Costs.

All other requests for relief now pending and requested by either Party but not specifically addressed herein are **DENIED**.

**So ORDERED and SIGNED this 24th day of March, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE