# EXHIBIT A

| Date | | | Narrative | | Cost | |
|---|---|---|---|---|---|---|
| **"Subpoena Fees"** | | | | | | |
| 4/15/2023 | Costs | Costs | Subpoena fees HMD America, Inc. for Doc Production - First Legal Network Insurance Services | 3601467 | $ 263.50 | $ 263.50 |
| 4/15/2023 | Costs | Costs | Subpoena fees Citrix Systems, Inc. - First Legal Network Insurance Services | 3601467 | $ 304.50 | $ 304.50 |
| 4/15/2023 | Costs | Costs | Subpoena fees Citrix Systems - Doc Production - First Legal Network Insurance Services | 3601467 | $ 260.50 | $ 260.50 |
| 4/15/2023 | Costs | Costs | Subpoena fees HMD America, Inc. - First Legal Network Insurance Services | 3601467 | $ 307.50 | $ 307.50 |
| 4/30/2023 | Costs | Costs | Process Service Fees of subpoena to Nokia of America Corporation - First Legal Network Insurance Services | 3609234 | $ 263.50 | $ 263.50 |
| 4/30/2023 | Costs | Costs | Process Service Fees of subpoena to Nokia of America Corporation - First Legal Network Insurance Services | 3609234 | $ 307.50 | $ 307.50 |
| 4/30/2023 | Costs | Costs | Process Service Fees of subpoena to Nokia of America Corporation - First Legal Network Insurance Services | 3609234 | $ 263.50 | $ 263.50 |
| 6/15/2023 | Costs | Costs | Process service fees for Subpoena to Testify to Farjami & Farjami LLP - First Legal Network Insurance Services | 3620170 | $ 306.50 | $ 306.50 |
| 6/15/2023 | Costs | Costs | Process service fees for Subpoena to Produce to Farjami & Farjami LLP - First Legal Network Insurance Services | 3620170 | $ 250.00 | $ 250.00 |
| 6/15/2023 | Costs | Costs | Process service fees for Subpoena to Testify to Krista Jacobsen - First Legal Network Insurance Services | 3620170 | $ 306.50 | $ 306.50 |
| 6/15/2023 | Costs | Costs | Process service fees for Subpoena to Produce to Krista Jacobsen - First Legal Network Insurance Services | 3620170 | $ 250.00 | $ 250.00 |
| 6/15/2023 | Costs | Costs | Process service fees for Subpoena to Testify to James Harris - First Legal Network Insurance Services | 3620170 | $ 262.50 | $ 262.50 |

| Date | Type | Category | Description | Ref # | Amount | Total |
|---|---|---|---|---|---|---|
| 6/15/2023 | Costs | Costs | Process service fees for Subpoena to Produce to James Harris - First Legal Network Insurance Services | 3620170 | $ 250.00 | $ 250.00 |
| 7/31/2023 | Costs | Costs | Process service fees for Subpoena to Produce to Alireza Raissinia - First Legal Network Insurance Services | 3649797 | $ 261.50 | $ 261.50 |
| 4/30/2023 | Costs | Costs | Process Service Fees of subpoena to Nokia of America Corporation - First Legal Network Insurance Services | 3609234 | $ 263.50 | $ 263.50 |
| 8/15/2023 | Costs | Costs | Process service fees for Subpoena to Produce to Michael Schallop - First Legal Network Insurance Services | 3649797 | $ 261.50 | $ 261.50 |
| 2/15/2024 | Costs | Costs | Subpoena fees InterDigital Inc. - First Legal Network Insurance Services | 3741163 | 294.00 | 294.00 |
| 12/31/2023 | Costs | Costs | Litigation support vendor for Subpoena to Produce to Qualcomm Inc. - First Legal Network Insurance Services | 3727047 | 250.00 | 250.00 |
| | | | | | Subtotal: | $ 4,926.50 |
| "Depo Transcrips/Videos" | | | | | | |
| 5/28/2024 | Costs | Costs | Deposition transcripts - Gregory Edwards LLC | 3795080 | $ 3,369.34 | $ 3,369.34 |
| 5/28/2024 | Costs | Costs | Deposition transcripts - Gregory Edwards LLC | 3795080 | $ 2,837.54 | $ 2,837.54 |
| 5/28/2024 | Costs | Costs | Deposition transcripts - Gregory Edwards LLC | 3795080 | $ 2,225.00 | $ 2,225.00 |
| 5/28/2024 | Costs | Costs | Deposition transcripts - Gregory Edwards LLC | 3795080 | $ 1,690.00 | $ 1,690.00 |
| 5/28/2024 | Costs | Costs | Deposition transcripts - Gregory Edwards LLC | 3795080 | $ 2,673.54 | $ 2,673.54 |
| 4/8/2024 | Costs | Costs | Deposition transcripts - Gregory Edwards LLC | 3769439 | $ 4,921.72 | $ 4,921.72 |
| 5/10/2024 | Costs | Costs | Deposition transcripts - Gregory Edwards LLC | 3795080 | $ 4,137.73 | $ 4,137.73 |
| 5/28/2024 | Costs | Costs | Deposition transcripts - Gregory Edwards LLC - | 3797990 | $ 2,257.50 | $ 2,257.50 |
| 5/28/2024 | Costs | Costs | Deposition transcripts - Gregory Edwards LLC - Depo Tanscript Krista Jacobsen | 3797990 | $ 1,883.34 | $ 1,883.34 |
| 5/28/2024 | Costs | Costs | Deposition transcripts - Gregory Edwards LLC - Depo Transcript Erik de la Iglesia | 3797990 | $ 7,136.20 | $ 7,136.20 |
| 5/28/2024 | Costs | Costs | Deposition transcripts - Gregory Edwards LLC - Depo Transcript Richard Wesel | 3797990 | $ 3,588.73 | $ 3,588.73 |

| Date | Category | Subcategory | Description | Invoice | Amount | Total |
|---|---|---|---|---|---|---|
| 5/28/2024 | Costs | Costs | Deposition transcripts - Gregory Edwards LLC - Video Erik de la Iglesia | 3795080 | $ 2,830.00 | $ 2,830.00 |
| 5/28/2024 | Costs | Costs | Deposition transcripts - Gregory Edwards LLC - Video Krista Jacobsen | 3797990 | $ 1,090.00 | $ 1,090.00 |
| 5/28/2024 | Costs | Costs | Deposition transcripts - Gregory Edwards LLC - Video Richard Wesel | 3797990 | $ 2,090.00 | $ 2,090.00 |
| 5/15/2024 | Costs | Costs | Deposition transcripts Dan Schonfeld (5/7/24) - Planet Depos LLC | 3795080 | $ 4,581.50 | $ 4,581.50 |
| 5/16/2024 | Costs | Costs | Deposition transcripts Dan Schonfeld (5/8/24) - | 3795080 | $ 3,269.35 | $ 3,269.35 |
| 5/16/2024 | Costs | Costs | Deposition transcripts Dan Schonfeld (5/9/24) - Planet Depos LLC | 3795080 | $ 4,451.25 | $ 4,451.25 |
| 5/10/2024 | Costs | Costs | Deposition transcripts Deposition Video - Gregory Edwards LLC | 3795080 | $ 1,790.00 | $ 1,790.00 |
| 5/2/2024 | Costs | Costs | Deposition transcripts Deposition Video - Veritext LLC | 3795080 | $ 603.00 | $ 603.00 |
| 3/25/2024 | Costs | Costs | Deposition transcripts Dr. Gregory Raleigh - Day 1 - Gregory Edwards LLC | 3756091 | $ 6,244.84 | $ 6,244.84 |
| 3/25/2024 | Costs | Costs | Deposition transcripts Dr. Gregory Raleigh - Day 2 - Gregory Edwards LLC | 3756091 | $ 1,590.00 | $ 1,590.00 |
| 3/25/2024 | Costs | Costs | Deposition transcripts Dr. Gregory Raleigh - Day 2 - Gregory Edwards LLC | 3756091 | $ 2,963.46 | $ 2,963.46 |
| 3/27/2024 | Costs | Costs | Deposition transcripts Fared Adib - Veritext LLC | 3769439 | $ 1,763.15 | $ 1,763.15 |
| 5/31/2024 | Costs | Costs | Deposition transcripts for deposition of Han Kwak taken on 2/28/24. - Magna Legal Services | 3795080 | $ 1,552.70 | $ 1,552.70 |
| 2/5/2024 | Costs | Costs | Deposition transcripts James Fitzgerald - Gregory Edwards LLC | 3741163 | $ 1,471.10 | $ 1,471.10 |
| 2/5/2024 | Costs | Costs | Deposition transcripts James Fitzgerald (Videographer) - Gregory Edwards LLC | 3741163 | $ 965.00 | $ 965.00 |
| 2/5/2024 | Costs | Costs | Deposition transcripts James Lavine - Gregory Edwards LLC | 3741163 | $ 4,520.83 | $ 4,520.83 |
| 2/5/2024 | Costs | Costs | Deposition transcripts James Lavine (Videographer) - Gregory Edwards LLC | 3741163 | $ 1,845.00 | $ 1,845.00 |
| 5/24/2024 | Costs | Costs | Deposition transcripts Keith Ugone (5/14/24) - Planet Depos LLC | 3795080 | $ 3,727.75 | $ 3,727.75 |

| Date | Category | Subcategory | Description | Invoice | Amount | Total |
|---|---|---|---|---|---|---|
| 1/18/2024 | Costs | Costs | Deposition transcripts of Alireza Raissina - Gregory Edwards LLC | 3727047 | $ 3,712.54 | $ 3,712.54 |
| 3/18/2024 | Costs | Costs | Deposition transcripts of Dan Durig - Planet Depos LLC | 3756091 | $ 2,806.05 | $ 2,806.05 |
| 2/27/2024 | Costs | Costs | Deposition transcripts of David Johnson - Gregory Edwards LLC | 3741163 | $ 4,506.03 | $ 4,506.03 |
| 1/18/2024 | Costs | Costs | Deposition transcripts of Douglas Chrissan - Gregory Edwards LLC | 3727047 | $ 3,115.28 | $ 3,115.28 |
| 3/22/2024 | Costs | Costs | Deposition transcripts of Dr. Sougata Saha - Planet Depos LLC | 3756091 | $ 1,232.85 | $ 1,232.85 |
| 12/21/2023 | Costs | Costs | Deposition transcripts of Gregory Raleigh - Gregory Edwards LLC | 3727047 | $ 5,608.36 | $ 5,608.36 |
| 3/19/2024 | Costs | Costs | Deposition transcripts of Hong Seokhyeon - Planet Depos LLC | 3756091 | $ 915.20 | $ 915.20 |
| 3/12/2024 | Costs | Costs | Deposition transcripts of Hongjung Son - Planet Depos LLC | 3756091 | $ 3,232.00 | $ 3,232.00 |
| 3/12/2024 | Costs | Costs | Deposition transcripts of Hongjung Son - Planet Depos LLC | 3756091 | $ 2,450.10 | $ 2,450.10 |
| 3/14/2024 | Costs | Costs | Deposition transcripts of Hongshik Kim - Planet Depos LLC | 3756091 | $ 2,146.70 | $ 2,146.70 |
| 3/19/2024 | Costs | Costs | Deposition transcripts of Hongshik Kim (day 2) - Planet Depos LLC | 3756091 | $ 2,623.30 | $ 2,623.30 |
| 4/8/2024 | Costs | Costs | Deposition transcripts of Hugo Barra - Planet Depos LLC | 3769439 | $ 395.35 | $ 395.35 |
| 12/21/2023 | Costs | Costs | Deposition transcripts of James Harris - Gregory Edwards LLC | 3727047 | $ 3,028.11 | $ 3,028.11 |
| 3/15/2024 | Costs | Costs | Deposition transcripts of Jeffrey Green - Gregory Edwards LLC | 3756091 | $ 3,349.05 | $ 3,349.05 |
| 3/20/2024 | Costs | Costs | Deposition transcripts of Paul Brown - Veritext LLC | 3769439 | $ 1,491.15 | $ 1,491.15 |
| 3/15/2024 | Costs | Costs | Deposition transcripts of Rachel Roberts - Planet Depos LLC | 3756091 | $ 1,805.90 | $ 1,805.90 |
| 1/18/2024 | Costs | Costs | Deposition transcripts of Theo Thomas - Gregory Edwards LLC | 3727047 | $ 1,765.45 | $ 1,765.45 |
| 3/20/2024 | Costs | Costs | Deposition transcripts of Yunsang Park, Ph.D. - Planet Depos LLC | 3756091 | $ 1,076.50 | $ 1,076.50 |

| Date | Category | Sub | Description | Invoice | Amount | Total |
|---|---|---|---|---|---|---|
| 5/22/2024 | Costs | Costs | Deposition transcripts Phillip Kline (5/10/24) - Planet Depos LLC | 3795080 | $ 3,222.85 | $ 3,222.85 |
| 5/7/2024 | Costs | Costs | Deposition transcripts Sarah Butler - Planet Depos LLC | 3795080 | $ 2,699.15 | $ 2,699.15 |
| 3/22/2024 | Costs | Costs | Deposition transcripts Sean Diaz - Planet Depos LLC | 3756091 | $ 614.85 | $ 614.85 |
|  |  |  |  |  |  |  |
| 3/25/2024 | Costs | Costs | Deposition transcripts Video service for Dr. Gregory Raleigh - Day 1 - Gregory Edwards LLC | 3756091 | $ 2,692.50 | $ 2,692.50 |
| 3/22/2024 | Costs | Costs | Deposition transcripts Video Service for Dr. Sougata Saha - Planet Depos LLC | 3756091 | $ 549.00 | $ 549.00 |
| 3/20/2024 | Costs | Costs | Deposition transcripts Video Service of Yunsang Park, Ph.D. - Planet Depos LLC | 3756091 | $ 324.00 | $ 324.00 |
| 5/7/2024 | Costs | Costs | Deposition transcripts Video services - Planet Depos LLC | 3795080 | $ 909.00 | $ 909.00 |
| 4/15/2024 | Costs | Costs | Deposition transcripts Video services for Fared Adib - Veritext LLC | 3795080 | $ 603.00 | $ 603.00 |
| 4/8/2024 | Costs | Costs | Deposition transcripts Video Services for Hugo Barra - Planet Depos LLC | 3769439 | $ 249.00 | $ 249.00 |
| 2/27/2024 | Costs | Costs | Deposition transcripts Video services of David | 3741163 | $ 2,160.00 | $ 2,160.00 |
| 3/19/2024 | Costs | Costs | Deposition transcripts Video services of Hong Seokhyeon - Planet Depos LLC | 3756091 | $ 676.50 | $ 676.50 |
| 3/12/2024 | Costs | Costs | Deposition transcripts Video services of Hongjung Son - Planet Depos LLC | 3756091 | $ 1,589.00 | $ 1,589.00 |
| 3/15/2024 | Costs | Costs | Deposition transcripts Video services of Jeffrey Green - Gregory Edwards LLC | 3756091 | $ 1,957.50 | $ 1,957.50 |
| 3/26/2024 | Costs | Costs | Deposition transcripts Video services of Kantha Kanchiraju - Planet Depos LLC | 3756091 | $ 924.75 | $ 924.75 |
| 3/26/2024 | Costs | Costs | Deposition transcripts Video services of Kantha Kanchiraju - Planet Depos LLC | 3756091 | $ 299.00 | $ 299.00 |
| 3/22/2024 | Costs | Costs | Deposition transcripts Video services of Sean Diaz - Planet Depos LLC | 3756091 | $ 274.00 | $ 274.00 |
| 4/8/2024 | Costs | Costs | Deposition transcripts Videographer - Gregory Edwards LLC | 3769439 | $ 2,090.00 | $ 2,090.00 |

| Date | Type | Category | Description | Ref | Amount | Total |
|---|---|---|---|---|---|---|
| 1/18/2024 | Costs | Costs | Litigation support vendor Deposition video of Alireza Raissinia - Gregory Edwards LLC | 3727047 | $ 1,490.00 | $ 1,490.00 |
| 1/18/2024 | Costs | Costs | Litigation support vendor Deposition video of Douglas Chrissan - Gregory Edwards LLC | 3727047 | $ 1,545.00 | $ 1,545.00 |
| 12/21/2023 | Costs | Costs | Litigation support vendor Deposition video of Gregory Raleigh - Gregory Edwards LLC | 3727047 | $ 2,265.00 | $ 2,265.00 |
| 12/21/2023 | Costs | Costs | Litigation support vendor Deposition video of James Harris - Gregory Edwards LLC | 3727047 | $ 1,810.00 | $ 1,810.00 |
| 1/18/2024 | Costs | Costs | Litigation support vendor Deposition video of Theo Thomas - Gregory Edwards LLC | 3727047 | $ 850.00 | $ 850.00 |
| | | | | | Subtotal: | $ 159,123.59 |
| "Printing" | | | | | | |
| 11/15/2023 | Costs | Costs | Outside printing of exhibits for Deposition of Greogry Raleigh - Integrity Legal Corporation of Orange Co | 3703128 | $ 140.16 | $ 140.16 |
| 4/22/2024 | Costs | Costs | Outside printing of Binders re Groehn & Kennedy Expert Reports - Falcon Documents Solutions  LP | 3769439 | $ 236.65 | $ 236.65 |
| 4/23/2024 | Costs | Costs | Photocopying expert deposition preparation - Array | 3769439 | $ 556.50 | $ 556.50 |
| 6/11/2024 | Costs | Costs | Photocopying trial preparation materials - Array | 3797990 | $ 353.43 | $ 353.43 |
| 6/17/2024 | Costs | Costs | Outside printing  Binders for MJMcKeon - Pro Legal Services  Inc | 3797990 | $ 640.66 | $ 640.66 |
| 7/3/2024 | Costs | Costs | Photocopying pretrial materials - KTS Litigation Support Services | 3811268 | $ 1,681.92 | $ 1,681.92 |
| 7/26/2024 | Costs | Costs | Photocopying evidentiary hearing preparation materials - KTS Litigation Support Services | 3811268 | $ 1,625.85 | $ 1,625.85 |
| 1/17/2025 | Costs | Costs | Photocopying trial preparation materials - KTS Litigation Support Services | 3894422 | $ 12,480.47 | $ 12,480.47 |
| 3/7/2024 | Costs | Costs | Photocopying deposition preparation material for Raleigh - Integrity Legal Corporation of Orange Co | 3756091 | $ 598.75 | $ 598.75 |
| 3/7/2024 | Costs | Costs | Photocopying deposition preparation material for Raleigh - Integrity Legal Corporation of Orange Co | 3756091 | $ 2,838.62 | $ 2,838.62 |
| 4/2/2024 | Costs | Costs | Litigation support vendor for copies of expert reports - Pro Legal Services  Inc | 3769439 | $ 1,423.96 | $ 1,423.96 |
| | | | | | Subtotal: | $ 22,576.97 |

| "Witness Fees" | | | | | | | |
|---|---|---|---|---|---|---|---|
| Dan Durig | 7 nights | $ | 149.00 | | | $ | 1,043.00 |
| Keith Ugone | 5 nights | $ | 149.00 | | | $ | 745.00 |
| Dan Schonfeld | 3 nights | $ | 149.00 | | | $ | 447.00 |
| Philip Kline | 6 nights | $ | 149.00 | | | $ | 894.00 |
| Rachel Roberts | 8 nights | $ | 149.00 | | | $ | 1,192.00 |
| Hannah Sifuentes | 3 nights | $ | 149.00 | | | $ | 447.00 |
| HongShik Kim | 6 nights | $ | 149.00 | | | $ | 894.00 |
| HongJung Son | 7 nights | $ | 149.00 | | | $ | 1,043.00 |
| | | | | | Subtotal: | $ | 6,705.00 |
| "Exemplification" | | | | | | | |
| 12/12/2024 | Costs | Costs | Litigation support vendor - FTI Consulting Inc | 3870660 | $ 12,009.97 | $ | 12,009.97 |
| 1/16/2025 | Costs | Costs | Litigation support vendor - FTI Consulting Inc | 3894422 | $ 5,198.04 | $ | 5,198.04 |
| 1/16/2025 | Costs | Costs | Litigation support vendor - FTI Consulting Inc | 3894422 | $ 11,779.48 | $ | 11,779.48 |
| 2/21/2025 | Costs | Costs | Litigation support vendor - FTI Consulting Inc | 3894422 | $ 2,090.90 | $ | 2,090.90 |
| 2/21/2025 | Costs | Costs | Litigation support vendor - FTI Consulting Inc | 3902202 | 30,418.43 | | 30,418.43 |
| 12/12/2024 | Costs | Costs | Litigation support vendor - FTI Consulting Inc | 3870660 | 973.35 | | 973.35 |
| 6/27/2024 | Costs | Costs | Litigation support vendor Graphic Consulting and Trial Presentation Consulting - Magna TrialGraphix | 3797990 | $ 21,353.75 | $ | 21,353.75 |
| 2/19/2024 | Costs | Costs | Litigation support vendor Graphics Consulting - Trial | 3756091 | $ 2,537.50 | $ | 2,537.50 |
| 12/17/2024 | Costs | Costs | Litigation support vendor Trial Consultant - Magna TrialGraphix | 3877884 | $ 7,739.80 | $ | 7,739.80 |
| 1/20/2025 | Costs | Costs | Experts Consulting - Magna TrialGraphix | 3894422 | $ 37,983.69 | $ | 37,983.69 |
| 2/20/2024 | Costs | Costs | 02/13/2024-Paypal Int Archive-Purchase Internet Archive declaration re 15 URLs | 3756091 | $ 650.00 | $ | 650.00 |
| 10/10/2023 | Costs | Costs | Litigation support vendor - Fronteo Korea Inc. | 3684486 | $ 15,120.00 | $ | 15,120.00 |
| 9/5/2023 | Costs | Costs | Litigation support vendor - Fronteo Korea Inc. | 3711916 | $ 15,900.00 | $ | 15,900.00 |
| 11/7/2023 | Costs | Costs | Litigation support vendor - Fronteo Korea Inc. | 3703128 | $ 15,120.00 | $ | 15,120.00 |
| 3/8/2024 | Costs | Costs | Litigation support vendor - Fronteo Korea Inc. | 3741163 | $ 42,459.34 | $ | 42,459.34 |
| 3/8/2024 | Costs | Costs | Litigation support vendor - Fronteo Korea Inc. | 3741163 | $ 42,459.33 | $ | 42,459.33 |
| 12/8/2023 | Costs | Costs | Litigation support vendor - Fronteo Korea Inc. | 3711916 | $ 15,120.00 | $ | 15,120.00 |
| 5/9/2024 | Costs | Costs | Litigation support vendor - Fronteo Korea Inc | 3795080 | $ 7,336.86 | $ | 7,336.86 |
| 4/5/2024 | Costs | Costs | Litigation support vendor - Fronteo Korea Inc | 3756091 | $ 68,490.30 | $ | 68,490.30 |

| Date | | | Description | Ref | Amount | Total |
|---|---|---|---|---|---|---|
| 12/9/2024 | Costs | Costs | Litigation support vendor - Fronteo Korea Inc | 3861934 | $ 14,785.00 | $ 14,785.00 |
| 2/7/2024 | Costs | Costs | Litigation support vendor Data Hosting - Fronteo Korea Inc. | 3727047 | $ 23,833.33 | $ 23,833.33 |
| 1/10/2024 | Costs | Costs | Litigation support vendor ECA Hosting - Fronteo Korea Inc. | 3741163 | $ 12,722.95 | $ 12,722.95 |
| 6/10/2024 | Costs | Costs | Litigation support vendor ESI Hosting - Fronteo Korea Inc | 3797990 | $ 7,336.86 | $ 7,336.86 |
| 7/5/2024 | Costs | Costs | Litigation support vendor ESI Hosting - Fronteo Korea Inc | 3797990 | $ 7,336.86 | $ 7,336.86 |
| | | | | | | |
| 1/12/2025 | Costs | Costs | Translation of trial exhibits - Korean Language Services Inc | 3894422 | $ 1,086.12 | $ 1,086.12 |
| 9/26/2023 | Costs | Costs | Trial exhibits (purchase of prior art) | 3673568 | $ 149.98 | $ 149.98 |
| | | | | | Subtotal: | $ 421,991.84 |
| "Other Fees" | | | | | | |
| 1/1/2024 | Costs | Costs | Mediation payment to mediator Judge Folsom | 3727047 | $ 15,000.00 | $ 15,000.00 |
| | | | | | | |
| | | | | | Total: | $ 630,323.90 |