# EXHIBIT B

| 4/15/2023 | Costs | Costs | Subpoena fees HMD America, Inc. for Doc Production - First Legal Network Insurance Services | 3601467 | $ 263.50 | $ 263.50 |
| 4/15/2023 | Costs | Costs | Subpoena fees Citrix Systems, Inc. - First Legal Network Insurance Services | 3601467 | $ 304.50 | $ 304.50 |
| 4/15/2023 | Costs | Costs | Subpoena fees Citrix Systems - Doc Production - First Legal Network Insurance Services | 3601467 | $ 260.50 | $ 260.50 |
| 4/15/2023 | Costs | Costs | Subpoena fees HMD America, Inc. - First Legal Network Insurance Services | 3601467 | $ 307.50 | $ 307.50 |
| 4/30/2023 | Costs | Costs | Process Service Fees of subpoena to Nokia of America Corporation - First Legal Network Insurance Services | 3609234 | $ 263.50 | $ 263.50 |
| 4/30/2023 | Costs | Costs | Process Service Fees of subpoena to Nokia of America Corporation - First Legal Network Insurance Services | 3609234 | $ 307.50 | $ 307.50 |
| 4/30/2023 | Costs | Costs | Process Service Fees of subpoena to Nokia of America Corporation - First Legal Network Insurance Services | 3609234 | $ 263.50 | $ 263.50 |
| 6/15/2023 | Costs | Costs | Process service fees for Subpoena to Testify to Farjami & Farjami LLP - First Legal Network Insurance Services | 3620170 | $ 306.50 | $ 306.50 |
| 6/15/2023 | Costs | Costs | Process service fees for Subpoena to Produce to Farjami & Farjami LLP - First Legal Network Insurance Services | 3620170 | $ 250.00 | $ 250.00 |
| 6/15/2023 | Costs | Costs | Process service fees for Subpoena to Testify to Krista Jacobsen - First Legal Network Insurance Services | 3620170 | $ 306.50 | $ 306.50 |
| 6/15/2023 | Costs | Costs | Process service fees for Subpoena to Produce to Krista Jacobsen - First Legal Network Insurance Services | 3620170 | $ 250.00 | $ 250.00 |
| 6/15/2023 | Costs | Costs | Process service fees for Subpoena to Testify to James Harris - First Legal Network Insurance Services | 3620170 | $ 262.50 | $ 262.50 |
| 6/15/2023 | Costs | Costs | Process service fees for Subpoena to Produce to James Harris - First Legal Network Insurance Services | 3620170 | $ 250.00 | $ 250.00 |

| 7/31/2023 | Costs | Costs | Process service fees for Subpoena to Produce to Alireza Raissinia - First Legal Network Insurance Services | 3649797 | $ 261.50 | $  261.50 |
|---|---|---|---|---|---|---|
| 4/30/2023 | Costs | Costs | Process Service Fees of subpoena to Nokia of America Corporation - First Legal Network Insurance Services | 3609234 | $ 263.50 | $  263.50 |
| 8/15/2023 | Costs | Costs | Process service fees for Subpoena to Produce to Michael Schallop - First Legal Network Insurance Services | 3649797 | $ 261.50 | $  261.50 |
| 2/15/2024 | Costs | Costs | Subpoena fees InterDigital Inc. - First Legal Network Insurance Services | 3741163 | 294.00 | 294.00 |
| 12/31/2023 | Costs | Costs | Litigation support vendor for Subpoena to Produce to Qualcomm Inc. - First Legal Network Insurance Services | 3727047 | 250.00 | 250.00 |

Total:    $4,926.50



**First Legal Network**
**Insurance Services LLC**

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 47397 | |
| **Invoice Date** | **Total Due** |
| 4/15/23 | 263.50 |
| | |
| | |
| | |

Fish & Richardson P.C. (Atl)
1180 PEACHTREE ST
NE 21ST FLOOR
ATLANTA, GA 30309

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 47397 | 4/15/23 | 263.50 | 1 | | |
| **Date** | **Ordr No.** | **Svc** | | **Service Detail** | | | | **Charges** | **Total** |
| 4/07/23 | 365057 | APS | Fish & Richardson P.C. (Atl) | | | | Base Chg : | 250.00 | |
| PROCESS-SAME DAY | | | 1180 PEACHTREE ST | | | | Page Count: | 13.50 | 263.50 |
| | | | ATLANTA       GA 30309 | | | | | | |
| | | | Caller: | | | | | | |
| | | | 2:22-cv-00422-JRG-RSP | | | | | | |
| | | | Headwater Research LLC v. Samsung Electronics Co., | | | | | | |
| | | | Subpoena to Produce Documents, Information, or Objects o | | | | | | |
| | | | c/o Incorp Services | | | | | | |
| | | | Signed:                        Ref: 22394-0146LL1 | | | | | | |
| | | | | | | | | | |
| | | | | | | | | **Total** | 263.50 |

## INVOICE PAYMENT DUE UPON RECEIPT



**First Legal Network**
**Insurance Services LLC**

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 47400 | |
| **Invoice Date** | **Total Due** |
| 4/15/23 | 304.50 |
| | |
| | |
| | |

Fish & Richardson P.C. (Atl)
1180 PEACHTREE ST
NE 21ST FLOOR
ATLANTA, GA 30309

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 47400 | 4/15/23 | 304.50 | 1 | | |
| **Date** | **Ordr No.** | **Svc** | | | **Service Detail** | | | **Charges** | **Total** |
| 4/07/23 PROCESS-SAME DAY | 365061 | APS | Fish & Richardson P.C. (Atl) 1180 PEACHTREE ST ATLANTA      GA 30309 Caller: 2:22-cv-00422-JRG-RSP Headwater Research LLC v. Samsung Electronics Co., Subpoena to Testify at a Deposition in a Civil Action, F c/o CSC Signed:                        Ref: 22394-0146LL1 | | | | Base Chg  :      250.00 Page Count:       10.50 Adv Fees  :       40.00 Check Chg :        4.00 | 304.50 |
| | | | | Invoice Amount:      264.50 Fees Advanced:       40.00 **Total   Amount Due:**      304.50 | | | | |
| | | | | | | | **Total** | 304.50 |

## INVOICE PAYMENT DUE UPON RECEIPT


**First Legal Network**
**Insurance Services LLC**

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 47399 | |
| Invoice Date | Total Due |
| 4/15/23 | 260.50 |
| | |
| | |
| | |

Fish & Richardson P.C. (Atl)
1180 PEACHTREE ST
NE 21ST FLOOR
ATLANTA, GA 30309

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 47399 | 4/15/23 | 260.50 | 1 | | |
| **Date** | **Ordr No.** | **Svc** | **Service Detail** | | | | | **Charges** | **Total** |
| 4/07/23 | 365060 | APS | Fish & Richardson P.C. (Atl) | | | | Base Chg : | 250.00 | |
| PROCESS-SAME DAY | | | 1180 PEACHTREE ST | | | | Page Count: | 10.50 | 260.50 |
| | | | ATLANTA         GA 30309 | | | | | | |
| | | | Caller: | | | | | | |
| | | | 2:22-cv-00422-JRG-RSP | | | | | | |
| | | | Headwater Research LLC v. Samsung Electronics Co., | | | | | | |
| | | | Subpoena to Produce Documents, Information, or Objects o | | | | | | |
| | | | | | | | | | |
| | | | c/o CSC | | | | | | |
| | | | Signed:                      Ref: 22394-0146LL1 | | | | | | |
| | | | | | | | | | |
| | | | | | | | **Total** | | 260.50 |

## INVOICE PAYMENT DUE UPON RECEIPT



**First Legal Network**
**Insurance Services LLC**

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 47398 | |
| **Invoice Date** | **Total Due** |
| 4/15/23 | 307.50 |
| | |
| | |
| | |

Fish & Richardson P.C. (Atl)
1180 PEACHTREE ST
NE 21ST FLOOR
ATLANTA, GA 30309

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 47398 | 4/15/23 | 307.50 | 1 | | |
| **Date** | **Ordr No.** | **Svc** | Service Detail | | | | | **Charges** | **Total** |
| 4/07/23 PROCESS-SAME DAY | 365058 | APS | Fish & Richardson P.C. (Atl)<br>1180 PEACHTREE ST<br>ATLANTA       GA 30309<br>Caller:<br>2:22-cv-00422-JRG-RSP<br>Headwater Research LLC v. Samsung Electronics Co.,<br>Subpoena to Testify at a Deposition in a Civil Action, F<br><br>c/o Incorp Services<br>Signed:                    Ref: 22394-0146LL1<br><br><br>                Invoice Amount:      267.50<br>                   Fees Advanced:       40.00<br>        **Total   Amount Due:**      307.50 | | | | | Base Chg  :    250.00<br>Page Count:     13.50<br>Adv Fees  :     40.00<br>Check Chg :      4.00 | 307.50 |
| | | | | | | | | **Total** | 307.50 |

## INVOICE PAYMENT DUE UPON RECEIPT



**First Legal Network**
**Insurance Services LLC**
P.O. Box 841441
Dallas, TX 75284-1441

TAX ID# 27-1770050

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 47715 | 9692 |
| Invoice Date | Total Due |
| 4/30/23 | 263.50 |
| | |
| | |
| | |

Fish & Richardson P.C. (Atl)
1180 PEACHTREE ST
NE 21ST FLOOR
ATLANTA, GA 30309

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 9692 | 47715 | 4/30/23 | 263.50 | 1 | | | |
| Date | Ordr No. | Svc | | | Service Detail | | | | Charges | Total |
| 4/13/23 | 365242 | APS | Fish & Richardson P.C. (Atl) | | Nokia of America Corporation | | | Base Chg : | 250.00 | |
| PROCESS-SAME DAY | | | 1180 PEACHTREE ST | | 600 Mountain Ave | | | Page Count: | 13.50 | 263.50 |
| | | | ATLANTA        GA 30309 | | Murray Hill    NJ 07974 | | | | | |
| | | | Caller: Mallory Ladd | | | | | | | |
| | | | 2:22-cv-00422-JRG-RSP | | | | | | | |
| | | | Headwater Research LLC v. Samsung Electronics Co., | | | | | | | |
| | | | Subpoena to Produce Documents, Information, or Objects o | | | | | | | |
| | | | Signed: new address 365304        Ref: NOT PROVIDED | | | | | | | |
| | | | | | | | | Total | | 263.50 |

## INVOICE PAYMENT DUE UPON RECEIPT



**First Legal Network**
**Insurance Services LLC**
P.O. Box 841441
Dallas, TX 75284-1441

TAX ID# 27-1770050

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 47718 | 9692 |
| Invoice Date | Total Due |
| 4/30/23 | 307.50 |
| | |
| | |
| | |

Fish & Richardson P.C. (Atl)
1180 PEACHTREE ST
NE 21ST FLOOR
ATLANTA, GA 30309

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 9692 | 47718 | 4/30/23 | 307.50 | 1 | | | |
| **Date** | **Ordr No.** | **Svc** | | | **Service Detail** | | | | **Charges** | **Total** |
| 4/14/23 | 365305 | APS | Fish & Richardson P.C. (Atl) | Nokia of America Corporation | | Base Chg  : | 250.00 | |
| PROCESS-SAME DAY | | | 1180 PEACHTREE ST | 251 Little Falls Dr | | Page Count: | 13.50 | |
| | | | ATLANTA      GA 30309 | Wilmington    DE 19808 | | Adv Fees  : | 40.00 | |
| | | | Caller: Mallory Ladd | | | Check Chg : | 4.00 | 307.50 |
| | | | 2:22-cv-00422-JRG-RSP | | | | | |
| | | | Headwater Research LLC v. Samsung Electronics Co., | | | | | |
| | | | Subpoena to Testify at a Deposition in a Civil Action, F | | | | | |
| | | | | | | | | |
| | | | Signed: Lynanne Gares, Litigat      Ref: NOT PROVIDED | | | | | |

Invoice Amount:      267.50
Fees Advanced:      40.00
**Total  Amount Due:**      307.50

Total      307.50

## INVOICE PAYMENT DUE UPON RECEIPT



**First Legal Network**
**Insurance Services LLC**
P.O. Box 841441
Dallas, TX 75284-1441

TAX ID# 27-1770050

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 47717 | 9692 |
| Invoice Date | Total Due |
| 4/30/23 | 263.50 |
| | |
| | |
| | |

Fish & Richardson P.C. (Atl)
1180 PEACHTREE ST
NE 21ST FLOOR
ATLANTA, GA 30309

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 9692 | 47717 | 4/30/23 | 263.50 | 1 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 4/14/23 PROCESS-SAME DAY | 365304 | APS | Fish & Richardson P.C. (Atl) 1180 PEACHTREE ST ATLANTA          GA 30309 Caller: Mallory Ladd 2:22-cv-00422-JRG-RSP Headwater Research LLC v. Samsung Electronics Co., Subpoena to Produce Documents, Information, or Objects o Signed: Lynanne Gares, Litigat          Ref: NOT PROVIDED <br><br> Nokia of America Corporation 251 Little Falls Dr Wilmington          DE 19808 <br><br> Base Chg :          250.00 Page Count:          13.50 | | 263.50 |
| | | | Total | | 263.50 |

## INVOICE PAYMENT DUE UPON RECEIPT



**First Legal Network**
**Insurance Services LLC**
P.O. Box 841441
Dallas, TX 75284-1441

# INVOICE

TAX ID# 27-1770050

| Invoice No. | Customer No. |
|---|---|
| 48996 | 9692 |
| Invoice Date | Total Due |
| 6/15/23 | 306.50 |
| | |
| | |
| | |

Fish & Richardson P.C. (Atl)
1180 PEACHTREE ST
NE 21ST FLOOR
ATLANTA, GA 30309

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 9692 | 48996 | 6/15/23 | 306.50 | 1 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 6/09/23<br><br>PROCESS-SAME DAY | 367519 | APS | Fish & Richardson P.C. (Atl)        Farjami & Farjami LLP<br>1180 PEACHTREE ST                    26522 La Alameda<br>ATLANTA        GA 30309              Mission Viejo        CA 92691<br>Caller: Mallory Ladd<br>2:22-cv-00422-JRG-RSP<br>Headwater Research LLC v. Samsung Electronics Co.,<br>Subpoena to Testify at a Deposition in a Civil Action, F<br><br>ADVANCE FEES<br>Signed: Michael F., Person in        Ref: 22394-0146LL1<br><br><br>                Invoice Amount:      266.50<br>                Fees Advanced:        40.00<br>          **Total**  **Amount Due**:      306.50 | Base Chg  :   250.00<br>Page Count:   12.50<br>Adv Fees  :    40.00<br>Check Chg :     4.00 | 306.50 |
| | | | Total | | 306.50 |

# INVOICE PAYMENT DUE UPON RECEIPT



**First Legal Network**
**Insurance Services LLC**
P.O. Box 841441
Dallas, TX 75284-1441

TAX ID# 27-1770050

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 48995 | 9692 |
| Invoice Date | Total Due |
| 6/15/23 | 250.00 |
| | |
| | |
| | |

Fish & Richardson P.C. (Atl)
1180 PEACHTREE ST
NE 21ST FLOOR
ATLANTA, GA 30309

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 9692 | 48995 | 6/15/23 | 250.00 | 1 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 6/09/23 PROCESS-SAME DAY | 367518 | APS | Fish & Richardson P.C. (Atl)   Farjami & Farjami LLP    Base Chg : 250.00<br>1180 PEACHTREE ST             26522 La Alameda<br>ATLANTA        GA 30309       Mission Viejo     CA 92691<br>Caller: Mallory Ladd<br>2:22-cv-00422-JRG-RSP<br>Headwater Research LLC v. Samsung Electronics Co.,<br>Subpoena to Produce Documents, Information, or Objects o<br><br>Signed: Michael F., Person in       Ref: 22394-0146LL1 | | 250.00 |
| | | | Total | | 250.00 |

## INVOICE PAYMENT DUE UPON RECEIPT



**First Legal Network
Insurance Services LLC**
P.O. Box 841441
Dallas, TX 75284-1441

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 48994 | 9692 |
| Invoice Date | Total Due |
| 6/15/23 | 306.50 |
| | |
| | |
| | |

TAX ID# 27-1770050

Fish & Richardson P.C. (Atl)
1180 PEACHTREE ST
NE 21ST FLOOR
ATLANTA, GA 30209

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|---|---|---|
| | | | 9692 | 48994 | 6/15/23 | 306.50 | 1 |

| Date | Ordr No. | Svc | Service Detail | | | Charges | Total |
|---|---|---|---|---|---|---|---|
| 6/08/23 | 367447 | APS | Fish & Richardson P.C. (Atl)     Krista Jacobsen | | Base Chg : | 250.00 | |
| PROCESS-SAME DAY | | | 1180 PEACHTREE ST              114 George Ct | | Page Count: | 12.50 | |
| | | | ATLANTA        GA 30309       Campbell        CA 95008 | | Adv Fees : | 40.00 | |
| | | | Caller: Mallory Ladd | | Check Chg : | 4.00 | 306.50 |
| | | | 2:22-cv-00422-JRG-RSP | | | | |
| | | | Headwater Research LLC v. Samsung Electronics Co., | | | | |
| | | | Subpoena to Testify at a Deposition in a Civil Action, F | | | | |
| | | | Signed: Krista Jacobsen        Ref: 22394-0146LL1 | | | | |
| | | | Invoice Amount:        266.50 | | | | |
| | | | Fees Advanced:         40.00 | | | | |
| | | | **Total   Amount Due:**       306.50 | | | | |
| | | | | | **Total** | | 306.50 |

# INVOICE PAYMENT DUE UPON RECEIPT



**First Legal Network**
**Insurance Services LLC**
P.O. Box 841441
Dallas, TX 75284-1441

TAX ID# 27-1770050

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 48993 | 9692 |
| Invoice Date | Total Due |
| 6/15/23 | 250.00 |
| | |
| | |
| | |

Fish & Richardson P.C. (Atl)
1180 PEACHTREE ST
NE 21ST FLOOR
ATLANTA, GA 30309

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 9692 | 48993 | 6/15/23 | 250.00 | 1 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 6/08/23<br>PROCESS-SAME DAY | 367446 | APS | Fish & Richardson P.C. (Atl)    Krista Jacobsen<br>1180 PEACHTREE ST    114 George Ct<br>ATLANTA    GA 30309    Campbell    CA 95008<br>Caller: Mallory Ladd<br>2:22-cv-00422-JRG-RSP<br>Headwater Research LLC v. Samsung Electronics Co.,<br>Subpoena to Produce Documents, Information, or Objects o<br><br>Signed: Krista Jacobsen    Ref: 22394-0146LL1 | Base Chg : 250.00 | 250.00 |
| | | | Total | | 250.00 |

## INVOICE PAYMENT DUE UPON RECEIPT



**First Legal Network
Insurance Services LLC**
P.O. Box 841441
Dallas, TX 75284-1441

# INVOICE

TAX ID# 27-1770050

| Invoice No. | Customer No. |
|---|---|
| 48992 | 9692 |
| Invoice Date | Total Due |
| 6/15/23 | 262.50 |
| | |
| | |
| | |

Fish & Richardson P.C. (Atl)
1180 PEACHTREE ST
NE 21ST FLOOR
ATLANTA, GA 30309

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| | Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|---|
| | 9692 | 48992 | 6/15/23 | 262.50 | 1 |

| Date | Ordr No. | Svc | Service Detail | | | Charges | Total |
|---|---|---|---|---|---|---|---|
| 6/08/23 | 367445 | APS | Fish & Richardson P.C. (Atl) | James E. Harris | | Base Chg : 250.00 | 262.50 |
| PROCESS-SAME DAY | | | 1180 PEACHTREE ST | 80 M Street SE | | Page Count: 12.50 | |
| | | | ATLANTA       GA 30309 | Washington    DC 20003 | | | |
| | | | Caller: Mallory Ladd | | | | |
| | | | 2:22-cv-00422-JRG-RSP | | | | |
| | | | Headwater Research LLC v. Samsung Electronics Co., | | | | |
| | | | Subpoena to Testify at a Deposition in a Civil Action, F | | | | |
| | | | | | | | |
| | | | Signed: close out | Ref: 22394-0146LL1 | | | |

| | Total | 262.50 |
|---|---|---|

## INVOICE PAYMENT DUE UPON RECEIPT



**First Legal Network**
**Insurance Services LLC**
P.O. Box 841441
Dallas, TX 75284-1441

# INVOICE

TAX ID# 27-1770050

| Invoice No. | Customer No. |
|---|---|
| 48991 | 9692 |
| Invoice Date | Total Due |
| 6/15/23 | 250.00 |
| | |
| | |
| | |

Fish & Richardson P.C. (Atl)
1180 PEACHTREE ST
NE 21ST FLOOR
ATLANTA, GA 30309

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 9692 | 48991 | 6/15/23 | 250.00 | 1 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 6/08/23 | 367444 | APS | Fish & Richardson P.C. (Atl)   James E. Harris        Base Chg : 250.00 | 250.00 |
| PROCESS-SAME DAY | | | 1180 PEACHTREE ST            80 M Street SE | | |
| | | | ATLANTA        GA 30309      Washington    DC 20003 | | |
| | | | Caller: Mallory Ladd | | |
| | | | 2:22-cv-00422-JRG-RSP | | |
| | | | Headwater Research LLC v. Samsung Electronics Co., | | |
| | | | Subpoena to Produce Documents, Information, or Objects o | | |
| | | | | | |
| | | | Signed: close out            Ref: 22394-0146LL1 | | |

Total 250.00

# INVOICE PAYMENT DUE UPON RECEIPT



**First Legal Network Insurance Services LLC**
P.O. Box 841441
Dallas, TX 75284-1441

# INVOICE

TAX ID# 27-1770050

| Invoice No. | Customer No. |
|---|---|
| 50089 | 9692 |
| **Invoice Date** | **Total Due** |
| 7/31/23 | 261.50 |
| | |
| | |
| | |

Fish & Richardson P.C. (Atl)
1180 PEACHTREE ST
NE 21ST FLOOR
ATLANTA, GA 30309

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 9692 | 50089 | 7/31/23 | 261.50 | 1 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 7/11/23<br><br>PROCESS-SAME DAY | 368724 | APS | Fish & Richardson P.C. (Atl)          Alireza Raissinia<br>1180 PEACHTREE ST                     15147 Elm Park<br>ATLANTA         GA 30309          Monte Sereno    CA 95030<br>Caller: Mallory Ladd<br>2:22-cv-00422-JRG-RSP<br>Headwater Research LLC v. Samsung Electronics Co.,<br>Subpoena to Produce Documents, Information, or Objects o<br><br>Signed: hold expired                     Ref: 22394-0146LL1 | Base Chg  :  250.00<br>Page Count:   11.50 | 261.50 |
| | | | **Total** | | 261.50 |

# INVOICE PAYMENT DUE UPON RECEIPT



**First Legal Network**
**Insurance Services LLC**
P.O. Box 841441
Dallas, TX 75284-1441

TAX ID# 27-1770050

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 47716 | 9692 |
| Invoice Date | Total Due |
| 4/30/23 | 263.50 |
| | |
| | |
| | |

Fish & Richardson P.C. (Atl)
1180 PEACHTREE ST
NE 21ST FLOOR
ATLANTA, GA 30309

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | | |
|---|---|---|---|---|---|---|---|
| | 9692 | 47716 | 4/30/23 | 263.50 | 1 | | |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 4/13/23 PROCESS-SAME DAY | 365243 | APS | Fish & Richardson P.C. (Atl) 1180 PEACHTREE ST ATLANTA       GA 30309 Caller: Mallory Ladd 2:22-cv-00422-JRG-RSP Headwater Research LLC v. Samsung Electronics Co., Subpoena to Testify at a Deposition in a Civil Action, F  Signed: new address 365305       Ref: NOT PROVIDED | Nokia of America Corporation 600 Mountain Ave Murray Hill    NJ 07974 | Base Chg : 250.00 Page Count: 13.50 | 263.50 |
| | | | | Total | | 263.50 |

## INVOICE PAYMENT DUE UPON RECEIPT



**First Legal Network**
**Insurance Services LLC**
P.O. Box 841441
Dallas, TX 75284-1441

# INVOICE

TAX ID# 27-1770050

| Invoice No. | Customer No. |
|---|---|
| 50545 | 9692 |
| Invoice Date | Total Due |
| 8/15/23 | 261.50 |
| | |
| | |
| | |

Fish & Richardson P.C. (Atl)
1180 PEACHTREE ST
NE 21ST FLOOR
ATLANTA, GA 30309

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 9692 | 50545 | 8/15/23 | 261.50 | 1 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 8/10/23 | 370102 | APS | Fish & Richardson P.C. (Atl)     Michael Schallop     Base Chg :   250.00 | | 261.50 |
| PROCESS-SAME DAY | | | 1180 PEACHTREE ST               400 Via Venado     Page Count:   11.50 | | |
| | | | ATLANTA          GA 30309      Santa Cruz      CA 95060 | | |
| | | | Caller: Mallory Ladd | | |
| | | | 2:22-cv-00422-JRG-RSP | | |
| | | | Headwater Research LLC v. Samsung Electronics Co., | | |
| | | | DOCS: Subpoena to Produce Documents, Information, or Objects or to | | |
| | | | Permit Inspection of Premises in a Civil Action, Fish & Richardson_ | | |
| | | | Schallop Subpoena (22394-0146LL1).msg | | |
| | | | Signed: Michael Schallop          Ref: 22394-0146LL1 | | |

| | | |
|---|---|---|
| | **Total** | 261.50 |

# INVOICE PAYMENT DUE UPON RECEIPT



**First Legal Network**
**Insurance Services LLC**
P.O. Box 841441
Dallas, TX 75284-1441

# INVOICE

TAX ID# 27-1770050

| Invoice No. | Customer No. |
|---|---|
| 56568 | 9692 |
| **Invoice Date** | **Total Due** |
| 2/15/24 | 294.00 |
| | |
| | |
| | |

Fish & Richardson P.C. (Atl)
1180 PEACHTREE ST
NE 21ST FLOOR
ATLANTA, GA 30309

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 9692 | 56568 | 2/15/24 | 294.00 | 1 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 2/12/24<br>PROCESS-SAME DAY | 378296 | APS | Fish & Richardson P.C. (Atl)    InterDigital Inc<br>1180 PEACHTREE ST    600 N Second St #401<br>ATLANTA    GA 30309    Harrisburg    PA 17101<br>Caller: Jeannet Santos<br>2:22-cv-00422-JRG-RSP<br>Headwater v Samsung<br>DOCS: Sub to Appear<br>Adv WF<br>Signed: Drop Box, CT Corporati   Ref: HEADWATER V SAMSUNG | Base Chg : 250.00<br>Adv Fees : 40.00<br>Check Chg : 4.00 | 294.00 |
| | | | Invoice Amount:   254.00<br>Fees Advanced:   40.00<br>**Total  Amount Due:**   294.00 | | |
| | | | | **Total** | 294.00 |

## INVOICE PAYMENT DUE UPON RECEIPT



**First Legal Network**
**Insurance Services LLC**
P.O. Box 841441
Dallas, TX 75284-1441

TAX ID# 27-1770050

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 54977 | 9692 |
| Invoice Date | Total Due |
| 12/31/23 | 250.00 |
|  |  |
|  |  |
|  |  |

Fish & Richardson P.C. (Atl)
1180 PEACHTREE ST
NE 21ST FLOOR
ATLANTA, GA 30309

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 9692 | 54977 | 12/31/23 | 250.00 | 1 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 12/20/23<br><br>PROCESS-SAME DAY | 375972 | APS | Fish & Richardson P.C. (Atl)        Qualcomm Incorporated          Base Chg : 250.00<br>1180 PEACHTREE ST                    251 Little Falls Drive<br>ATLANTA       GA 30309             Wilmington     DE 19808<br>Caller: Mallory Ladd<br>2:22-cv-00422-JRG-RSP<br>Headwater Research LLC v. Samsung Electronics Co.,<br>DOCS: DEFENDANTS NOTICE OF SUBPOENA TO QUALCOMM INCORPORATED, Fish &<br>Richardson_ Qualcomm Inc_ Subpoena.msg<br>c/o THE PRENTICE-HAL<br>L CORPORATION SYSTEM<br>, INC.<br>Signed: Lynanne Gares, Authori      Ref: 22394-0146LL1 | 250.00 | 250.00 |
|  |  |  | Total | | 250.00 |

# INVOICE PAYMENT DUE UPON RECEIPT