# EXHIBIT D

| Date | | | Description | | | |
|---|---|---|---|---|---|---|
| 11/15/2023 | Costs | Costs | Outside printing of exhibits for Deposition of Greogry Raleigh - Integrity Legal Corporation of Orange Co | 3703128 | $ 140.16 | $ 140.16 |
| 4/22/2024 | Costs | Costs | Outside printing of Binders re Groehn & Kennedy Expert Reports - Falcon Documents Solutions LP | 3769439 | $ 236.65 | $ 236.65 |
| 4/23/2024 | Costs | Costs | Photocopying expert deposition preparation - Array | 3769439 | $ 556.50 | $ 556.50 |
| 6/11/2024 | Costs | Costs | Photocopying trial preparation materials - Array | 3797990 | $ 353.43 | $ 353.43 |
| 6/17/2024 | Costs | Costs | Outside printing Binders for MJMcKeon - Pro Legal Services Inc | 3797990 | $ 640.66 | $ 640.66 |
| 7/3/2024 | Costs | Costs | Photocopying pretrial materials - KTS Litigation Support Services | 3811268 | $ 1,681.92 | $ 1,681.92 |
| 7/26/2024 | Costs | Costs | Photocopying evidentiary hearing preparation materials - KTS Litigation Support Services | 3811268 | $ 1,625.85 | $ 1,625.85 |
| 1/17/2025 | Costs | Costs | Photocopying trial preparation materials - KTS Litigation Support Services | 3894422 | $ 12,480.47 | $ 12,480.47 |
| 3/7/2024 | Costs | Costs | Photocopying deposition preparation material for Raleigh - Integrity Legal Corporation of Orange Co | 3756091 | $ 598.75 | $ 598.75 |
| 3/7/2024 | Costs | Costs | Photocopying deposition preparation material for Raleigh - Integrity Legal Corporation of Orange Co | 3756091 | $ 2,838.62 | $ 2,838.62 |
| 4/2/2024 | Costs | Costs | Litigation support vendor for copies of expert reports - Pro Legal Services Inc | 3769439 | $ 1,423.96 | $ 1,423.96 |

Total: $ 22,576.97



# Invoice

REMIT TO:
Integrity Legal Corp.
of Orange County
P.O. Box 16954
Irvine, CA 92623-6954

Federal Tax ID            80-0315442
Orange County             (949) 296-1243
Accounts Receivable       (949) 296-1243

| Invoice No. | OC 228532 |
|---|---|
| Date | 11/15/2023 |
| Job No. | OC 184874 |

**Bill To:**
Fish & Richardson P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309

Attn.:  Mallory M. Ladd

**Delivered To:**
Courtyard Marriot
425 Colorado Avenue
Santa Monica, CA 90401

| Account Exec. | Reference | Case Name or Number | Order Date |
|---|---|---|---|
| ER | 22394-0146LL1 | | 11/14/2023 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 20.00 | Pages Printed from Images - Black & White - 8.5" x 11" | 0.15 | 3.00T |
| 1.00 | Rush Delivery Charge | 125.00 | 125.00T |

**PLEASE PAY FROM THIS INVOICE**

We recognize some of our customers may be billing these expenses through to their clients. In any case, the Integrity customer remains responsible to pay within our terms regardless of their receivables.

| Subtotal | $128.00 |
|---|---|
| Sales Tax (9.5%) | $12.16 |
| **Total** | **$140.16** |
| Terms | Net 15 |
| Due Date | 11/30/2023 |

**PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE**

**FALCON DOCUMENT SOLUTIONS**
301 COMMERCE ST, STE 240
FORT WORTH, TX 76102-4142



# INVOICE

**BILL TO**  
Fish and Richardson  
1717 Main Street  
Suite 5000  
Dallas,, TX 75201

**INVOICE #** 70552  
**DATE** 04/22/2024  
**TERMS** Net 30

**ORDERED BY**  
Rachel Matthews

**PROJECT REFERENCE**  
22394-0146LL1

| ACTIVITY | QUANTITY | RATE | AMOUNT |
| --- | --- | --- | --- |
| **308**<br>B&W PRINTS (Frequent file breaks) | 51 | 0.15 | 7.65T |
| **314**<br>COLOR PRINTS (File breaks) | 197 | 0.55 | 108.35T |
| **517**<br>INDEX TABS | 13 | 0.45 | 5.85T |
| **402**<br>1" 3-RING BINDER | 1 | 9.00 | 9.00T |
| **COURIER**<br>COURIER FEE (North Dallas delivery) | 1 | 95.00 | 95.00 |

SUBTOTAL 225.85  
TAX 10.80  
TOTAL 236.65  
BALANCE DUE **$236.65**



# Invoice

|  |  |
|---|---|
| Date | Invoice # |
| 4/23/2024 | X95519 |
| Tax ID - | 85-0748969 |

**Payable to:** Array
**Mail to:** 2995 Dawn Dr. Suite 106
Georgetown, TX  78628

**\*\*Please include invoice number with payment\*\***

| Bill To | Ship To |
|---|---|
| Fish & Richardson<br>1000 Maine Ave SW<br>Washington, DC 20024<br>Attn: Accounts Payable | Fish & Richardson<br>1000 Maine Ave SW<br>Washington, DC 20024<br>Attn: Accounts Payable |

| | Job Number | Array-WDC015377 |
|---|---|---|

| Terms | Due Date | Ship Date | Rep | Client Ref | Client Contact | Project Name |
|---|---|---|---|---|---|---|
| Net 30 | 5/23/2024 | 4/23/2024 | CS | 22394-0146LL1 | Angela Castagnola | 22394-0146LL1 |

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| | Re: Expert Deposition Preparation | | |
| 1,335 | Blowback Printing - Black & White 8.5 x 11 | 0.12 | 160.20T |
| 464 | Blowback Printing - Color 8.5 x 11 | 0.70 | 324.80T |
| 8 | Coil Bind | 5.00 | 40.00T |

| | |
|---|---|
| **Subtotal** | $525.00 |
| **Sales Tax  (6.0%)** | $31.50 |
| **Payments/Credits** | $0.00 |
| **Balance** | $556.50 |



# Invoice

| Date | Invoice # |
|---|---|
| 6/11/2024 | X99930 |

Tax ID -  85-0748969

**Payable to:  Array**
**Mail to:  2995 Dawn Dr. Suite 106**
              **Georgetown, TX  78628**
**Phone: 716-640-8823**
**\*\*Please include invoice number with payment\*\***

| Bill To | Ship To |
|---|---|
| Fish & Richardson<br>1000 Maine Ave SW<br>Washington, DC 20024<br>Attn: Accounts Payable | Fish & Richardson<br>1000 Maine Ave SW<br>Washington, DC 20024<br>Attn: Accounts Payable |

| | Job Number | Array-WDC015572 |
|---|---|---|

| Terms | Due Date | Ship Date | Rep | Client Ref | Client Contact | Project Name |
|---|---|---|---|---|---|---|
| Net 30 | 7/11/2024 | 6/11/2024 | CS | 22394-0146LL1 | Angela Castagnola | 22394-0146LL1 |

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| | Re: Trial Preparation Materials | | |
| 421 | Blowback Printing - Black & White 8.5 x 11 | 0.12 | 50.52T |
| 397 | Blowback Printing - Color 8.5 x 11 | 0.70 | 277.90T |
| 1 | Coil Bind | 5.00 | 5.00T |

Unless otherwise covered by a separate written agreement: a) this invoice is due within 30 days of receipt; b) client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Array; c) client has 10 days from receipt of invoice to inspect the completed work for errors; d) if no objection is made within the 10 days, this invoice shall be deemed accepted and full payment shall be due in accordance with the terms stated above.

| | |
|---|---|
| **Subtotal** | $333.42 |
| **Sales Tax  (6.0%)** | $20.01 |
| **Payments/Credits** | $0.00 |
| **Balance** | $353.43 |

# PRO-LEGAL SERVICES, INC.

1550 Wilson BLVD, Suite 250  
Arlington, VA 22209  
Tel: (202) 955-9400  
FED ID 54-1968415

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/17/2024 | 21484 |

Bill To:  
Fish & Richardson P.C.  
1000 Maine Ave SW,  
Washington, DC 20024

Attn:   Tracy Haynes

| Client Matter# | Rep | Terms |
|---|---|---|
| 22394-0146LL1 | HA | Net 15 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 738 | 8 1/2 x 11 Color Copies After hours rush | 0.75 | 553.50 |
| 31 | Tabs | 0.25 | 7.75 |
| 13 | Custom Made Tabs | 0.55 | 7.15 |
| 3 | 3 Ring Binders (1") | 12.00 | 36.00 |
|  | DC TAX | 6.00% | 36.26 |

**Total** $640.66

**KTS LITIGATION SUPPORT SERVICES**
A Company of Kelly Technical Services, LLC

P.O. Box 6936
Tyler, TX 75711
Phone: (903) 533-9559
Fax: (903) 526-2233
EIN: 75-2932346

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/3/2024 | |

**BILL TO**

Fish & Richardson, PC
Attn: Angela Castagnola
633 West 5th Street, 26th Floor
Los Angeles, CA 90071

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| | Due on receipt | 22394-0146LL1/PTC hearing prep |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 1,861 | 8.5x11 B&W blow backs | 0.08 | 148.88T |
| 1,145 | 8.5X11 color copy | 0.79 | 904.55T |
| 20 | 5-tab divider, custom labeled, assembled into documents | 1.65 | 33.00T |
| 56 | Legal exhibit divider (number) assembled into documents | 0.55 | 30.80T |
| 18 | Legal exhibit divider (letter) assembled into documents | 0.55 | 9.90T |
| 1 | 3 ring binder (1") | 13.20 | 13.20T |
| 2 | 3 ring binder (1 1/2") | 15.63 | 31.26T |
| 1 | 3 ring binder (2") | 18.84 | 18.84T |
| 1 | 3 ring binder (3") | 23.31 | 23.31T |
| 20 | Binding, small | 7.25 | 145.00T |
| | Courier delivery, R/T Tyler/Marshall | 195.00 | 195.00T |
| | Sales Tax | 8.25% | 128.18 |

We Accept Major Credit Cards

**Total** $1,681.92

If full payment is not received within specified terms, financing charges and/or late fees may begin to accrue at the discretion of KTS management. Please be advised that the person or entity in the "Bill To" portion of this invoice is responsible for any and all payments herein referenced, regardless of whether invoiced amounts are ulimately posted to the account of your client or other third party.

Customer Acceptance Signature:                                                                                           Date:

**KTS LITIGATION SUPPORT SERVICES**
A Company of Kelly Technical Services, LLC

P.O. Box 6936
Tyler, TX 75711
Phone: (903) 533-9559
Fax: (903) 526-2233
EIN: 75-2932346

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/26/2024 | |

### BILL TO

Fish & Richardson, PC
Attn: Angela Castagnola
633 West 5th Street, 26th Floor
Los Angeles, CA 90071

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| | Due on receipt | 22394-0146LL1/standing hrg prep matl |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 2,503 | 8.5x11 B&W blow backs | 0.08 | 200.24T |
| 1,214 | 8.5X11 color copy | 0.79 | 959.06T |
| 172 | Legal exhibit divider (number) assembled into documents | 0.55 | 94.60T |
| 24 | Legal Exhibit Divider - Bulk | 0.20 | 4.80T |
| 4 | 3 ring binder (3") | 23.31 | 93.24T |
| 1 | Delivery - R/T, Tyler to Marshall | 150.00 | 150.00T |
| | Sales Tax | 8.25% | 123.91 |

**Total** $1,625.85

We Accept Major Credit Cards

If full payment is not received within specified terms, financing charges and/or late fees may begin to accrue at the discretion of KTS management. Please be advised that the person or entity in the "Bill To" portion of this invoice is responsible for any and all payments herein referenced, regardless of whether invoiced amounts are ulimately posted to the account of your client or other third party.

Customer Acceptance Signature:                                                                Date:

**KTS LITIGATION SUPPORT SERVICES**
A Company of Kelly Technical Services, LLC

P.O. Box 6936
Tyler, TX 75711
Phone: (903) 533-9559
Fax: (903) 526-2233
EIN: 75-2932346

# Invoice

| DATE | INVOICE # |
|---|---|
| 1/17/2025 | 12029 |

**BILL TO**

Fish & Richardson, PC
Attn: Angela Castagnola
633 West 5th Street, 26th Floor
Los Angeles, CA 90071

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
|  | Due on receipt | 22394-0146LL1/Trial prep matl |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 22,933 | 8.5x11 B&W blow backs (Reports, depos, exhibits on 1/2/25) | 0.08 | 1,834.64T |
| 13,531 | 8.5X11 color copy (Reports, depos, exhibits on 1/2/25) | 0.79 | 10,689.49T |
|  | Color volume discount | -15.00% | -1,603.42 |
| 8 | 5-tab divider, custom labeled, assembled into documents (Reports, depos, exhibits on 1/2/25) | 1.65 | 13.20T |
| 169 | Folder - letter (custom labeled) with document assembly (Reports, depos, exhibits on 1/2/25) | 1.65 | 278.85T |
| 16 | Redweld (Reports, depos, exhibits on 1/2/25) | 5.50 | 88.00T |
| 3 | 3 ring binder (1") (Reports, depos, exhibits on 1/2/25) | 13.20 | 39.60T |
| 1 | 3 ring binder (1 1/2") (Reports, depos, exhibits on 1/2/25) | 15.63 | 15.63T |
| 1 | 3 ring binder (3") (Reports, depos, exhibits on 1/2/25) | 23.31 | 23.31T |
| 1 | Delivery - R/T, Tyler to Marshall | 150.00 | 150.00T |
|  | Sales Tax | 8.25% | 951.17 |

We Accept Major Credit Cards

**Total**  $12,480.47

If full payment is not received within specified terms, financing charges and/or late fees may begin to accrue at the discretion of KTS management. Please be advised that the person or entity in the "Bill To" portion of this invoice is responsible for any and all payments herein referenced, regardless of whether invoiced amounts are ulimately posted to the account of your client or other third party.

Customer Acceptance Signature:                                                                 Date:



REMIT TO:
Integrity Legal Corp.
of Orange County
P.O. Box 16954
Irvine, CA 92623-6954

# Invoice

| | |
|---|---|
| Invoice No. | OC 228796 |
| Date | 3/7/2024 |
| Job No. | OC 185106 |

**Bill To:**
Fish & Richardson
12390 El Camino Real
San Diego, CA 92130

Attn.:  Angela Castagnola

**Delivered To:**
Santa Monica Proper Hotel
700 Wilshire Blvd
Santa Monica, CA 90401
Hotel Guest: Benjamin Thompson

| Account Exec. | Reference | Case Name or Number | Order Date |
|---|---|---|---|
| ER | Raleigh Depo Preparation | 22394/0146LL1 | 3/6/2024 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 2,613.00 | Pages Printed from Images - Black & White - 8.5" 11" | 0.10 | 261.30T |
| 150.00 | Pages Printed from Images - Color - 8.5" x 11" | 0.65 | 97.50T |
| 18.00 | Manila Folders - Letter Size | 0.50 | 9.00T |
| 18.00 | Custom Labels Created and Applied to Manilla Folders | 0.50 | 9.00T |
| 1.00 | Labor Hours - <br> Creating Labels, Applying Labels to Manilla Folders, Inserting Documents in Manilla Folders | 45.00 | 45.00T |
| 1.00 | Rush Delivery Charge | 125.00 | 125.00T |

| | |
|---|---|
| Subtotal | $546.80 |
| Sales Tax (9.5%) | $51.95 |
| **Total** | **$598.75** |
| Terms | Net 15 |
| Due Date | 3/22/2024 |



# Invoice

REMIT TO:
Integrity Legal Corp.
of Orange County
P.O. Box 16954
Irvine, CA 92623-6954

| Federal Tax ID | 80-0315442 |
| Orange County | (949) 296-1243 |
| Accounts Receivable | (949) 296-1243 |

| Invoice No. | OC 228791 |
|---|---|
| Date | 3/7/2024 |
| Job No. | OC 185098 |

**Bill To:**
Fish & Richardson
12390 El Camino Real
San Diego, CA 92130

Attn.: Angela Castagnola

**Delivered To:**
Santa Monica Proper Hotel
700 Wilshire Blvd
Santa Monica, CA 90401
Hotel Guest: Benjamin Thompson

| Account Exec. | Reference | Case Name or Number | Order Date |
|---|---|---|---|
| ER | Raleigh Depo Preparation | 22394/0146LL1 | 3/4/2024 |

| Quantity | Description | Unit Price | Amount |
|---:|---|---:|---:|
| 423.00 | Pages Printed from Images - Black & White - 8.5" 11" | 0.10 | 42.30T |
| 3,567.00 | Pages Printed from Images - Color - 8.5" x 11" | 0.65 | 2,318.55T |
| 79.00 | Manila Folders - Letter Size | 0.50 | 39.50T |
| 79.00 | Custom Labels Created and Applied to Manilla Folders | 0.50 | 39.50T |
| 1.50 | Labor Hours - <br>Creating Labels, Applying Labels to Manilla Folders, Inserting Documents in Manilla Folders | 45.00 | 67.50T |
| 1.00 | Delivery Charge | 85.00 | 85.00T |

**PLEASE PAY FROM THIS INVOICE**

We recognize some of our customers may be billing these expenses through to their clients. In any case, the Integrity customer remains responsible to pay within our terms regardless of their receivables.

| Subtotal | $2,592.35 |
|---|---|
| Sales Tax (9.5%) | $246.27 |
| **Total** | **$2,838.62** |
| Terms | Net 15 |
| Due Date | 3/22/2024 |

**PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE**

# PRO-LEGAL SERVICES, INC.

1550 Wilson BLVD, Suite 250
Arlington, VA 22209

## Invoice

| DATE | INVOICE # |
|---|---|
| 4/2/2024 | 21434 |

Bill To:
Fish & Richardson P.C.
1000 Maine Ave SW,
Washington, DC 20024

Attn:   Mallory M. Ladd

| Client Matter# | Rep | Terms |
|---|---|---|
| 22394-0146LL1 | HA | Net 15 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 2,326 | 8 1/2 x 11 Color Copies (mini books) | 0.55 | 1,279.30 |
| 137 | Copying - Medium Litigation (per page) (mini books) | 0.13 | 17.81 |
| 5 | Coil bind Covers and Backs | 9.25 | 46.25 |
|  | DC TAX | 6.00% | 80.60 |

**Total** $1,423.96