# EXHIBIT E

| | | | | |
|---|---|---|---|---|
| Dan Durig | 7 nights | $ | 149.00 | $ | 1,043.00 |
| Keith Ugone | 5 nights | $ | 149.00 | $ | 745.00 |
| Dan Schonfeld | 3 nights | $ | 149.00 | $ | 447.00 |
| Philip Kline | 6 nights | $ | 149.00 | $ | 894.00 |
| Rachel Roberts | 8 nights | $ | 149.00 | $ | 1,192.00 |
| Hannah Sifuentes | 3 nights | $ | 149.00 | $ | 447.00 |
| HongShik Kim | 6 nights | $ | 149.00 | $ | 894.00 |
| HongJung Son | 7 nights | $ | 149.00 | $ | 1,043.00 |

| | | |
|---|---|---|
| Total: | $ | 6,705.00 |

**Clarion Pointe & East Texas Conference Center**

5554 S Peek Rd # 49

Katy, TX  77450 US

+1 9039270009

info@clarionmarshall.com

## INVOICE

| | |
|---|---|
| BILL TO | |
| Fish & Richardson PC | |
| 12680 El Camino Real, Ste. 400 | |
| San Diego, CA  93230 | |

| | |
|---|---|
| INVOICE | 1044 |
| DATE | 01/31/2025 |
| TERMS | Net 15 |
| DUE DATE | 02/15/2025 |

PAYMENT METHOD

Check

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Fish & Richardson PC | For hotel services at Clarion Pointe in Marshall Texas on 01/04/2025, through 01/22/2025, as per contract. Please see attached Attached Group Folio Batch for Block Rooms ,and W9 . | 1 | 63,723.55 | 63,723.55 |
| Fish & Richardson PC | Convention Center Rental per day 01/04/2025  through 01/22/2025 | 19 | 1,350.00 | 25,650.00T |
| Fish & Richardson PC | Set-up and Break-down of ETCC -Onetime Charge | 1 | 1,500.00 | 1,500.00T |
| Fish & Richardson PC | Hotel meeting room #168 on 01/06/2025 through 01/18/2025 | 13 | 149.00 | 1,937.00T |
| Fish & Richardson PC | Hotel meeting room #164 on 01/06/2025 through 01/18/2025 | 13 | 149.00 | 1,937.00T |

| | |
|---|---|
| SUBTOTAL | 94,747.55 |
| TAX | 4,033.12 |
| TOTAL | 98,780.67 |
| BALANCE DUE | **$98,780.67** |

| Post Date | Description | Comment | Amount |
|---|---|---|---|
| 1/8/25 | Room Charge | #111 Lee Boese, F&R | 149.00 |
| 1/8/25 | State Tax | | 8.94 |
| 1/8/25 | City / County Tax | | 10.43 |
| 1/8/25 | Room Charge | #263 Youssef Elrhanjaou, F&R | 149.00 |
| 1/8/25 | State Tax | | 8.94 |
| 1/8/25 | City / County Tax | | 10.43 |
| 1/8/25 | Room Charge | #266 Dan Durig, F&R | 149.00 |
| 1/8/25 | State Tax | | 8.94 |
| 1/8/25 | City / County Tax | | 10.43 |
| 1/8/25 | Room Charge | #209 Tim Schelin, F&R | 149.00 |
| 1/8/25 | State Tax | | 8.94 |
| 1/8/25 | City / County Tax | | 10.43 |
| 1/8/25 | Room Charge | #147 Noah Graubart, F & R | 149.00 |
| 1/8/25 | State Tax | | 8.94 |
| 1/8/25 | City / County Tax | | 10.43 |
| 1/9/25 | Room Charge | #211 Angela Castagno, F&R | 149.00 |
| 1/9/25 | State Tax | | 8.94 |
| 1/9/25 | City / County Tax | | 10.43 |
| 1/9/25 | Room Charge | #157 Angela Chianelli, F&R | 149.00 |
| 1/9/25 | State Tax | | 8.94 |
| 1/9/25 | City / County Tax | | 10.43 |
| 1/9/25 | Room Charge | #131 Benjamin Thompson, F&R | 149.00 |
| 1/9/25 | State Tax | | 8.94 |
| 1/9/25 | City / County Tax | | 10.43 |
| 1/9/25 | Room Charge | #139 Dahianna Becerril, F&R | 149.00 |
| 1/9/25 | State Tax | | 8.94 |
| 1/9/25 | City / County Tax | | 10.43 |
| 1/9/25 | Room Charge | #242 Jared Hartzman, F&R | 149.00 |
| 1/9/25 | State Tax | | 8.94 |
| 1/9/25 | City / County Tax | | 10.43 |
| 1/9/25 | Room Charge | #123 Katherine Reardon, F&R | 149.00 |
| 1/9/25 | State Tax | | 8.94 |
| 1/9/25 | City / County Tax | | 10.43 |
| 1/9/25 | Room Charge | #138 Meghan Thadani, F&R | 149.00 |
| 1/9/25 | State Tax | | 8.94 |
| 1/9/25 | City / County Tax | | 10.43 |
| 1/9/25 | Room Charge | #146 Jong Choi, F&R | 149.00 |
| 1/9/25 | State Tax | | 8.94 |
| 1/9/25 | City / County Tax | | 10.43 |
| 1/9/25 | Room Charge | #137 Michael McKeon, F&R | 149.00 |
| 1/9/25 | State Tax | | 8.94 |
| 1/9/25 | City / County Tax | | 10.43 |
| 1/9/25 | Room Charge | #254 Nick Gallo, F&R | 149.00 |
| 1/9/25 | State Tax | | 8.94 |
| 1/9/25 | City / County Tax | | 10.43 |
| 1/9/25 | Room Charge | #224 Sara C. Fish, F&R | 149.00 |
| 1/9/25 | State Tax | | 8.94 |
| 1/9/25 | City / County Tax | | 10.43 |

| Post Date | Description | Comment | Amount |
|---|---|---|---|
| 1/9/25 | Room Charge | #148 Steffen Lake, F&R | 149.00 |
| 1/9/25 | State Tax | | 8.94 |
| 1/9/25 | City / County Tax | | 10.43 |
| 1/9/25 | Room Charge | #117 Rachael Nelson, F&R | 149.00 |
| 1/9/25 | State Tax | | 8.94 |
| 1/9/25 | City / County Tax | | 10.43 |
| 1/9/25 | Room Charge | #159 Thad Kodish, F&R | 149.00 |
| 1/9/25 | State Tax | | 8.94 |
| 1/9/25 | City / County Tax | | 10.43 |
| 1/9/25 | Room Charge | #109 Tracy Haynes, F&R | 149.00 |
| 1/9/25 | State Tax | | 8.94 |
| 1/9/25 | City / County Tax | | 10.43 |
| 1/9/25 | Room Charge | #261 Daniel Shim, F&R | 149.00 |
| 1/9/25 | State Tax | | 8.94 |
| 1/9/25 | City / County Tax | | 10.43 |
| 1/9/25 | Room Charge | #217 Hongjung Son, F&R | 149.00 |
| 1/9/25 | State Tax | | 8.94 |
| 1/9/25 | City / County Tax | | 10.43 |
| 1/9/25 | Room Charge | #150 Hongshik Kim, F&R | 149.00 |
| 1/9/25 | State Tax | | 8.94 |
| 1/9/25 | City / County Tax | | 10.43 |
| 1/9/25 | Room Charge | #121 Jong Sun Park, F&R | 149.00 |
| 1/9/25 | State Tax | | 8.94 |
| 1/9/25 | City / County Tax | | 10.43 |
| 1/9/25 | Room Charge | #119 Georgette Williams, F&R | 149.00 |
| 1/9/25 | State Tax | | 8.94 |
| 1/9/25 | City / County Tax | | 10.43 |
| 1/9/25 | Room Charge | #143 Kyle Fleming, F&R | 149.00 |
| 1/9/25 | State Tax | | 8.94 |
| 1/9/25 | City / County Tax | | 10.43 |
| 1/9/25 | Room Charge | #132 Lee Boese, F&R | 149.00 |
| 1/9/25 | State Tax | | 8.94 |
| 1/9/25 | City / County Tax | | 10.43 |
| 1/9/25 | Room Charge | #263 Youssef Elrhanjaou, F&R | 149.00 |
| 1/9/25 | State Tax | | 8.94 |
| 1/9/25 | City / County Tax | | 10.43 |
| 1/9/25 | Room Charge | #233 Keith R. Ugone, F&R | 149.00 |
| 1/9/25 | State Tax | | 8.94 |
| 1/9/25 | City / County Tax | | 10.43 |
| 1/9/25 | Room Charge | #231 Philip W. Kline, F&R | 149.00 |
| 1/9/25 | State Tax | | 8.94 |
| 1/9/25 | City / County Tax | | 10.43 |
| 1/9/25 | Room Charge | #266 Dan Durig, F&R | 149.00 |
| 1/9/25 | State Tax | | 8.94 |
| 1/9/25 | City / County Tax | | 10.43 |
| 1/9/25 | Room Charge | #209 Tim Schelin, F&R | 149.00 |
| 1/9/25 | State Tax | | 8.94 |
| 1/9/25 | City / County Tax | | 10.43 |

| Post Date | Description | Comment | Amount |
|---|---|---|---|
| 1/10/25 | Room Charge | #133 Melissa Smith, F&R | 149.00 |
| 1/10/25 | State Tax | | 8.94 |
| 1/10/25 | City / County Tax | | 10.43 |
| 1/10/25 | Room Charge | #151 Jordan Flournoy, F&R | 149.00 |
| 1/10/25 | State Tax | | 8.94 |
| 1/10/25 | City / County Tax | | 10.43 |
| 1/10/25 | Room Charge | #261 Daniel Shim, F&R | 149.00 |
| 1/10/25 | State Tax | | 8.94 |
| 1/10/25 | City / County Tax | | 10.43 |
| 1/10/25 | Room Charge | #217 Hongjung Son, F&R | 149.00 |
| 1/10/25 | State Tax | | 8.94 |
| 1/10/25 | City / County Tax | | 10.43 |
| 1/10/25 | Room Charge | #150 Hongshik Kim, F&R | 149.00 |
| 1/10/25 | State Tax | | 8.94 |
| 1/10/25 | City / County Tax | | 10.43 |
| 1/10/25 | Room Charge | #121 Jong Sun Park, F&R | 149.00 |
| 1/10/25 | State Tax | | 8.94 |
| 1/10/25 | City / County Tax | | 10.43 |
| 1/10/25 | Room Charge | #119 Georgette Williams, F&R | 149.00 |
| 1/10/25 | State Tax | | 8.94 |
| 1/10/25 | City / County Tax | | 10.43 |
| 1/10/25 | Room Charge | #143 Kyle Fleming, F&R | 149.00 |
| 1/10/25 | State Tax | | 8.94 |
| 1/10/25 | City / County Tax | | 10.43 |
| 1/10/25 | Room Charge | #132 Lee Boese, F&R | 149.00 |
| 1/10/25 | State Tax | | 8.94 |
| 1/10/25 | City / County Tax | | 10.43 |
| 1/10/25 | Room Charge | #263 Youssef Elrhanjaou, F&R | 149.00 |
| 1/10/25 | State Tax | | 8.94 |
| 1/10/25 | City / County Tax | | 10.43 |
| 1/10/25 | Room Charge | #231 Philip W. Kline, F&R | 149.00 |
| 1/10/25 | State Tax | | 8.94 |
| 1/10/25 | City / County Tax | | 10.43 |
| 1/10/25 | Room Charge | #266 Dan Durig, F&R | 149.00 |
| 1/10/25 | State Tax | | 8.94 |
| 1/10/25 | City / County Tax | | 10.43 |
| 1/10/25 | Room Charge | #153 Rachel Roberts, F&R | 149.00 |
| 1/10/25 | State Tax | | 8.94 |
| 1/10/25 | City / County Tax | | 10.43 |
| 1/10/25 | Room Charge | #239 Ian Andryszak, F&R | 149.00 |
| 1/10/25 | State Tax | | 8.94 |
| 1/10/25 | City / County Tax | | 10.43 |
| 1/10/25 | Room Charge | #209 Tim Schelin, F&R | 149.00 |
| 1/10/25 | State Tax | | 8.94 |
| 1/10/25 | City / County Tax | | 10.43 |
| 1/10/25 | Room Charge | #147 Noah Graubart, F & R | 149.00 |
| 1/10/25 | State Tax | | 8.94 |
| 1/10/25 | City / County Tax | | 10.43 |

| Post Date | Description | Comment | Amount |
|---|---|---|---|
| 1/11/25 | Room Charge | #151 Jordan Flournoy, F&R | 149.00 |
| 1/11/25 | State Tax | | 8.94 |
| 1/11/25 | City / County Tax | | 10.43 |
| 1/11/25 | Room Charge | #261 Daniel Shim, F&R | 149.00 |
| 1/11/25 | State Tax | | 8.94 |
| 1/11/25 | City / County Tax | | 10.43 |
| 1/11/25 | Room Charge | #217 Hongjung Son, F&R | 149.00 |
| 1/11/25 | State Tax | | 8.94 |
| 1/11/25 | City / County Tax | | 10.43 |
| 1/11/25 | Room Charge | #150 Hongshik Kim, F&R | 149.00 |
| 1/11/25 | State Tax | | 8.94 |
| 1/11/25 | City / County Tax | | 10.43 |
| 1/11/25 | Room Charge | #163 Jaehwan Kim, F&R | 149.00 |
| 1/11/25 | State Tax | | 8.94 |
| 1/11/25 | City / County Tax | | 10.43 |
| 1/11/25 | Room Charge | #121 Jong Sun Park, F&R | 149.00 |
| 1/11/25 | State Tax | | 8.94 |
| 1/11/25 | City / County Tax | | 10.43 |
| 1/11/25 | Room Charge | #119 Georgette Williams, F&R | 149.00 |
| 1/11/25 | State Tax | | 8.94 |
| 1/11/25 | City / County Tax | | 10.43 |
| 1/11/25 | Room Charge | #143 Kyle Fleming, F&R | 149.00 |
| 1/11/25 | State Tax | | 8.94 |
| 1/11/25 | City / County Tax | | 10.43 |
| 1/11/25 | Room Charge | #132 Lee Boese, F&R | 149.00 |
| 1/11/25 | State Tax | | 8.94 |
| 1/11/25 | City / County Tax | | 10.43 |
| 1/11/25 | Room Charge | #263 Youssef Elrhanjaou, F&R | 149.00 |
| 1/11/25 | State Tax | | 8.94 |
| 1/11/25 | City / County Tax | | 10.43 |
| 1/11/25 | Room Charge | #231 Philip W. Kline, F&R | 149.00 |
| 1/11/25 | State Tax | | 8.94 |
| 1/11/25 | City / County Tax | | 10.43 |
| 1/11/25 | Room Charge | #266 Dan Durig, F&R | 149.00 |
| 1/11/25 | State Tax | | 8.94 |
| 1/11/25 | City / County Tax | | 10.43 |
| 1/11/25 | Room Charge | #153 Rachel Roberts, F&R | 149.00 |
| 1/11/25 | State Tax | | 8.94 |
| 1/11/25 | City / County Tax | | 10.43 |
| 1/11/25 | Room Charge | #239 Ian Andryszak, F&R | 149.00 |
| 1/11/25 | State Tax | | 8.94 |
| 1/11/25 | City / County Tax | | 10.43 |
| 1/11/25 | Room Charge | #209 Tim Schelin, F&R | 149.00 |
| 1/11/25 | State Tax | | 8.94 |
| 1/11/25 | City / County Tax | | 10.43 |
| 1/11/25 | Room Charge | #147 Noah Graubart, F & R | 149.00 |
| 1/11/25 | State Tax | | 8.94 |
| 1/11/25 | City / County Tax | | 10.43 |

| Post Date | Description | Comment | Amount |
|---|---|---|---|
| 1/12/25 | Room Charge | #151 Jordan Flournoy, F&R | 149.00 |
| 1/12/25 | State Tax | | 8.94 |
| 1/12/25 | City / County Tax | | 10.43 |
| 1/12/25 | Room Charge | #212 Philip Lee, F&R | 149.00 |
| 1/12/25 | State Tax | | 8.94 |
| 1/12/25 | City / County Tax | | 10.43 |
| 1/12/25 | Room Charge | #261 Daniel Shim, F&R | 149.00 |
| 1/12/25 | State Tax | | 8.94 |
| 1/12/25 | City / County Tax | | 10.43 |
| 1/12/25 | Room Charge | #217 Hongjung Son, F&R | 149.00 |
| 1/12/25 | State Tax | | 8.94 |
| 1/12/25 | City / County Tax | | 10.43 |
| 1/12/25 | Room Charge | #150 Hongshik Kim, F&R | 149.00 |
| 1/12/25 | State Tax | | 8.94 |
| 1/12/25 | City / County Tax | | 10.43 |
| 1/12/25 | Room Charge | #163 Jaehwan Kim, F&R | 149.00 |
| 1/12/25 | State Tax | | 8.94 |
| 1/12/25 | City / County Tax | | 10.43 |
| 1/12/25 | Room Charge | #121 Jong Sun Park, F&R | 149.00 |
| 1/12/25 | State Tax | | 8.94 |
| 1/12/25 | City / County Tax | | 10.43 |
| 1/12/25 | Room Charge | #119 Georgette Williams, F&R | 149.00 |
| 1/12/25 | State Tax | | 8.94 |
| 1/12/25 | City / County Tax | | 10.43 |
| 1/12/25 | Room Charge | #143 Kyle Fleming, F&R | 149.00 |
| 1/12/25 | State Tax | | 8.94 |
| 1/12/25 | City / County Tax | | 10.43 |
| 1/12/25 | Room Charge | #132 Lee Boese, F&R | 149.00 |
| 1/12/25 | State Tax | | 8.94 |
| 1/12/25 | City / County Tax | | 10.43 |
| 1/12/25 | Room Charge | #135 Ann Park, F&R | 149.00 |
| 1/12/25 | State Tax | | 8.94 |
| 1/12/25 | City / County Tax | | 10.43 |
| 1/12/25 | Room Charge | #263 Youssef Elrhanjaou, F&R | 149.00 |
| 1/12/25 | State Tax | | 8.94 |
| 1/12/25 | City / County Tax | | 10.43 |
| 1/12/25 | Room Charge | #231 Philip W. Kline, F&R | 149.00 |
| 1/12/25 | State Tax | | 8.94 |
| 1/12/25 | City / County Tax | | 10.43 |
| 1/12/25 | Room Charge | #266 Dan Durig, F&R | 149.00 |
| 1/12/25 | State Tax | | 8.94 |
| 1/12/25 | City / County Tax | | 10.43 |
| 1/12/25 | Room Charge | #142 Hannah Sifuentes, F&R | 149.00 |
| 1/12/25 | State Tax | | 8.94 |
| 1/12/25 | City / County Tax | | 10.43 |
| 1/12/25 | Room Charge | #129 Rob Vincent, F&R | 149.00 |
| 1/12/25 | State Tax | | 8.94 |
| 1/12/25 | City / County Tax | | 10.43 |

| Post Date | Description | Comment | Amount |
|---|---|---|---|
| 1/12/25 | Room Charge | #153 Rachel Roberts, F&R | 149.00 |
| 1/12/25 | State Tax | | 8.94 |
| 1/12/25 | City / County Tax | | 10.43 |
| 1/12/25 | Room Charge | #239 Ian Andryszak, F&R | 149.00 |
| 1/12/25 | State Tax | | 8.94 |
| 1/12/25 | City / County Tax | | 10.43 |
| 1/12/25 | Room Charge | #209 Tim Schelin, F&R | 149.00 |
| 1/12/25 | State Tax | | 8.94 |
| 1/12/25 | City / County Tax | | 10.43 |
| 1/12/25 | Room Charge | #147 Noah Graubart, F & R | 149.00 |
| 1/12/25 | State Tax | | 8.94 |
| 1/12/25 | City / County Tax | | 10.43 |
| 1/12/25 | Room Charge | #233 Keith R. Ugone, F&R | 149.00 |
| 1/12/25 | State Tax | | 8.94 |
| 1/12/25 | City / County Tax | | 10.43 |
| 1/13/25 | Room Charge | #211 Angela Castagno, F&R | 149.00 |
| 1/13/25 | State Tax | | 8.94 |
| 1/13/25 | City / County Tax | | 10.43 |
| 1/13/25 | Room Charge | #157 Angela Chianelli, F&R | 149.00 |
| 1/13/25 | State Tax | | 8.94 |
| 1/13/25 | City / County Tax | | 10.43 |
| 1/13/25 | Room Charge | #131 Benjamin Thompson, F&R | 149.00 |
| 1/13/25 | State Tax | | 8.94 |
| 1/13/25 | City / County Tax | | 10.43 |
| 1/13/25 | Valet / Laundry | #139 | 31.71 |
| 1/13/25 | State Tax | | 1.90 |
| 1/13/25 | City / County Tax | | 2.22 |
| 1/13/25 | Room Charge | #139 Dahianna Becerril, F&R | 149.00 |
| 1/13/25 | State Tax | | 8.94 |
| 1/13/25 | City / County Tax | | 10.43 |
| 1/13/25 | Room Charge | #242 Jared Hartzman, F&R | 149.00 |
| 1/13/25 | State Tax | | 8.94 |
| 1/13/25 | City / County Tax | | 10.43 |
| 1/13/25 | Room Charge | #123 Katherine Reardon, F&R | 149.00 |
| 1/13/25 | State Tax | | 8.94 |
| 1/13/25 | City / County Tax | | 10.43 |
| 1/13/25 | Room Charge | #145 Leonard Davis, F&R | 149.00 |
| 1/13/25 | State Tax | | 8.94 |
| 1/13/25 | City / County Tax | | 10.43 |
| 1/13/25 | Room Charge | #138 Meghan Thadani, F&R | 149.00 |
| 1/13/25 | State Tax | | 8.94 |
| 1/13/25 | City / County Tax | | 10.43 |
| 1/13/25 | Room Charge | #146 Jong Choi, F&R | 149.00 |
| 1/13/25 | State Tax | | 8.94 |
| 1/13/25 | City / County Tax | | 10.43 |
| 1/13/25 | Room Charge | #137 Michael McKeon, F&R | 149.00 |
| 1/13/25 | State Tax | | 8.94 |
| 1/13/25 | City / County Tax | | 10.43 |

| Post Date | Description | Comment | Amount |
|---|---|---|---|
| 1/13/25 | Room Charge | #254 Nick Gallo, F&R | 149.00 |
| 1/13/25 | State Tax | | 8.94 |
| 1/13/25 | City / County Tax | | 10.43 |
| 1/13/25 | Room Charge | #224 Sara C. Fish, F&R | 149.00 |
| 1/13/25 | State Tax | | 8.94 |
| 1/13/25 | City / County Tax | | 10.43 |
| 1/13/25 | Room Charge | #148 Steffen Lake, F&R | 149.00 |
| 1/13/25 | State Tax | | 8.94 |
| 1/13/25 | City / County Tax | | 10.43 |
| 1/13/25 | Gift Shop | TIDE | 3.00 |
| 1/13/25 | Room Charge | #117 Rachael Nelson, F&R | 149.00 |
| 1/13/25 | State Tax | | 8.94 |
| 1/13/25 | City / County Tax | | 10.43 |
| 1/13/25 | Room Charge | #159 Thad Kodish, F&R | 149.00 |
| 1/13/25 | State Tax | | 8.94 |
| 1/13/25 | City / County Tax | | 10.43 |
| 1/13/25 | Room Charge | #109 HAYNES, TRACY | 149.00 |
| 1/13/25 | State Tax | | 8.94 |
| 1/13/25 | City / County Tax | | 10.43 |
| 1/13/25 | Room Charge | #133 Melissa Smith, F&R | 149.00 |
| 1/13/25 | State Tax | | 8.94 |
| 1/13/25 | City / County Tax | | 10.43 |
| 1/13/25 | Gift Shop | MISC ITEMS | 6.00 |
| 1/13/25 | Room Charge | #151 Jordan Flournoy, F&R | 149.00 |
| 1/13/25 | State Tax | | 8.94 |
| 1/13/25 | City / County Tax | | 10.43 |
| 1/13/25 | Room Charge | #212 Philip Lee, F&R | 149.00 |
| 1/13/25 | State Tax | | 8.94 |
| 1/13/25 | City / County Tax | | 10.43 |
| 1/13/25 | Room Charge | #261 Daniel Shim, F&R | 149.00 |
| 1/13/25 | State Tax | | 8.94 |
| 1/13/25 | City / County Tax | | 10.43 |
| 1/13/25 | Room Charge | #217 Hongjung Son, F&R | 149.00 |
| 1/13/25 | State Tax | | 8.94 |
| 1/13/25 | City / County Tax | | 10.43 |
| 1/13/25 | Room Charge | #150 Hongshik Kim, F&R | 149.00 |
| 1/13/25 | State Tax | | 8.94 |
| 1/13/25 | City / County Tax | | 10.43 |
| 1/13/25 | Room Charge | #163 Jaehwan Kim, F&R | 149.00 |
| 1/13/25 | State Tax | | 8.94 |
| 1/13/25 | City / County Tax | | 10.43 |
| 1/13/25 | Room Charge | #121 Jong Sun Park, F&R | 149.00 |
| 1/13/25 | State Tax | | 8.94 |
| 1/13/25 | City / County Tax | | 10.43 |
| 1/13/25 | Room Charge | #119 Georgette Williams, F&R | 149.00 |
| 1/13/25 | State Tax | | 8.94 |
| 1/13/25 | City / County Tax | | 10.43 |
| 1/13/25 | Valet / Laundry | #143 | 18.84 |

| Post Date | Description | Comment | Amount |
|---|---|---|---|
| 1/13/25 | State Tax | | 1.13 |
| 1/13/25 | City / County Tax | | 1.32 |
| 1/13/25 | Room Charge | #143 Kyle Fleming, F&R | 149.00 |
| 1/13/25 | State Tax | | 8.94 |
| 1/13/25 | City / County Tax | | 10.43 |
| 1/13/25 | Room Charge | #132 Lee Boese, F&R | 149.00 |
| 1/13/25 | State Tax | | 8.94 |
| 1/13/25 | City / County Tax | | 10.43 |
| 1/13/25 | Room Charge | #125 Dan Schonfeld, F&R | 149.00 |
| 1/13/25 | State Tax | | 8.94 |
| 1/13/25 | City / County Tax | | 10.43 |
| 1/13/25 | Room Charge | #135 Ann Park, F&R | 149.00 |
| 1/13/25 | State Tax | | 8.94 |
| 1/13/25 | City / County Tax | | 10.43 |
| 1/13/25 | Valet / Laundry | #263 | 16.67 |
| 1/13/25 | State Tax | | 1.00 |
| 1/13/25 | City / County Tax | | 1.17 |
| 1/13/25 | Room Charge | #263 Youssef Elrhanjaou, F&R | 149.00 |
| 1/13/25 | State Tax | | 8.94 |
| 1/13/25 | City / County Tax | | 10.43 |
| 1/13/25 | Room Charge | #231 Philip W. Kline, F&R | 149.00 |
| 1/13/25 | State Tax | | 8.94 |
| 1/13/25 | City / County Tax | | 10.43 |
| 1/13/25 | Room Charge | #141 Jamie Wright, F&R | 149.00 |
| 1/13/25 | State Tax | | 8.94 |
| 1/13/25 | City / County Tax | | 10.43 |
| 1/13/25 | Room Charge | #266 Dan Durig, F&R | 149.00 |
| 1/13/25 | State Tax | | 8.94 |
| 1/13/25 | City / County Tax | | 10.43 |
| 1/13/25 | Room Charge | #142 Hannah Sifuentes, F&R | 149.00 |
| 1/13/25 | State Tax | | 8.94 |
| 1/13/25 | City / County Tax | | 10.43 |
| 1/13/25 | Room Charge | #129 Rob Vincent, F&R | 149.00 |
| 1/13/25 | State Tax | | 8.94 |
| 1/13/25 | City / County Tax | | 10.43 |
| 1/13/25 | Room Charge | #153 Rachel Roberts, F&R | 149.00 |
| 1/13/25 | State Tax | | 8.94 |
| 1/13/25 | City / County Tax | | 10.43 |
| 1/13/25 | Room Charge | #239 Ian Andryszak, F&R | 149.00 |
| 1/13/25 | State Tax | | 8.94 |
| 1/13/25 | City / County Tax | | 10.43 |
| 1/13/25 | Room Charge | #209 Tim Schelin, F&R | 149.00 |
| 1/13/25 | State Tax | | 8.94 |
| 1/13/25 | City / County Tax | | 10.43 |
| 1/13/25 | Room Charge | #147 Noah Graubart, F & R | 149.00 |
| 1/13/25 | State Tax | | 8.94 |
| 1/13/25 | City / County Tax | | 10.43 |
| 1/13/25 | Room Charge | #136 Johnathan Putman, F & R | 149.00 |

| Post Date | Description | Comment | Amount |
|---|---|---|---|
| 1/13/25 | State Tax | | 8.94 |
| 1/13/25 | City / County Tax | | 10.43 |
| 1/13/25 | Room Charge | #233 Keith R. Ugone, F&R | 149.00 |
| 1/13/25 | State Tax | | 8.94 |
| 1/13/25 | City / County Tax | | 10.43 |
| 1/14/25 | Room Charge | #211 Angela Castagno, F&R | 149.00 |
| 1/14/25 | State Tax | | 8.94 |
| 1/14/25 | City / County Tax | | 10.43 |
| 1/14/25 | Gift Shop | SNACKS | 8.00 |
| 1/14/25 | Room Charge | #157 Angela Chianelli, F&R | 149.00 |
| 1/14/25 | State Tax | | 8.94 |
| 1/14/25 | City / County Tax | | 10.43 |
| 1/14/25 | Valet / Laundry | 25014-997-A | 7.25 |
| 1/14/25 | State Tax | | 0.44 |
| 1/14/25 | City / County Tax | | 0.51 |
| 1/14/25 | Valet / Laundry | 25014-007-A | 50.14 |
| 1/14/25 | State Tax | | 3.01 |
| 1/14/25 | City / County Tax | | 3.51 |
| 1/14/25 | Room Charge | #131 Benjamin Thompson, F&R | 149.00 |
| 1/14/25 | State Tax | | 8.94 |
| 1/14/25 | City / County Tax | | 10.43 |
| 1/14/25 | Valet / Laundry | Room 139 | 42.50 |
| 1/14/25 | State Tax | | 2.55 |
| 1/14/25 | City / County Tax | | 2.98 |
| 1/14/25 | Room Charge | #139 Dahianna Becerril, F&R | 149.00 |
| 1/14/25 | State Tax | | 8.94 |
| 1/14/25 | City / County Tax | | 10.43 |
| 1/14/25 | Room Charge | #242 Jared Hartzman, F&R | 149.00 |
| 1/14/25 | State Tax | | 8.94 |
| 1/14/25 | City / County Tax | | 10.43 |
| 1/14/25 | Room Charge | #123 Katherine Reardon, F&R | 149.00 |
| 1/14/25 | State Tax | | 8.94 |
| 1/14/25 | City / County Tax | | 10.43 |
| 1/14/25 | Room Charge | #145 Leonard Davis, F&R | 149.00 |
| 1/14/25 | State Tax | | 8.94 |
| 1/14/25 | City / County Tax | | 10.43 |
| 1/14/25 | Room Charge | #138 Meghan Thadani, F&R | 149.00 |
| 1/14/25 | State Tax | | 8.94 |
| 1/14/25 | City / County Tax | | 10.43 |
| 1/14/25 | Valet / Laundry | Room 146 | 59.28 |
| 1/14/25 | State Tax | | 3.56 |
| 1/14/25 | City / County Tax | | 4.15 |
| 1/14/25 | Room Charge | #146 Jong Choi, F&R | 149.00 |
| 1/14/25 | State Tax | | 8.94 |
| 1/14/25 | City / County Tax | | 10.43 |
| 1/14/25 | Room Charge | #137 Michael McKeon, F&R | 149.00 |
| 1/14/25 | State Tax | | 8.94 |
| 1/14/25 | City / County Tax | | 10.43 |

| Post Date | Description | Comment | Amount |
|---|---|---|---|
| 1/14/25 | Valet / Laundry | Room 151 | 29.00 |
| 1/14/25 | State Tax | | 1.74 |
| 1/14/25 | City / County Tax | | 2.03 |
| 1/14/25 | Valet / Laundry | 25014-039-B 2 PIECES | 9.42 |
| 1/14/25 | State Tax | | 0.57 |
| 1/14/25 | City / County Tax | | 0.66 |
| 1/14/25 | Valet / Laundry | 25014-039-A 1 PIECE | 9.42 |
| 1/14/25 | State Tax | | 0.57 |
| 1/14/25 | City / County Tax | | 0.66 |
| 1/14/25 | Valet / Laundry | 25014-994-A 1 PIECE | 7.25 |
| 1/14/25 | State Tax | | 0.44 |
| 1/14/25 | City / County Tax | | 0.51 |
| 1/14/25 | Room Charge | #151 Jordan Flournoy, F&R | 149.00 |
| 1/14/25 | State Tax | | 8.94 |
| 1/14/25 | City / County Tax | | 10.43 |
| 1/14/25 | Room Charge | #212 Philip Lee, F&R | 149.00 |
| 1/14/25 | State Tax | | 8.94 |
| 1/14/25 | City / County Tax | | 10.43 |
| 1/14/25 | Valet / Laundry | Room 261 | 42.29 |
| 1/14/25 | State Tax | | 2.54 |
| 1/14/25 | City / County Tax | | 2.96 |
| 1/14/25 | Room Charge | #261 Daniel Shim, F&R | 149.00 |
| 1/14/25 | State Tax | | 8.94 |
| 1/14/25 | City / County Tax | | 10.43 |
| 1/14/25 | Valet / Laundry | Room 217 | 38.12 |
| 1/14/25 | State Tax | | 2.29 |
| 1/14/25 | City / County Tax | | 2.67 |
| 1/14/25 | Valet / Laundry | Room 217 | 17.47 |
| 1/14/25 | State Tax | | 1.05 |
| 1/14/25 | City / County Tax | | 1.22 |
| 1/14/25 | Valet / Laundry | 25014-078-A 1 piece | 4.06 |
| 1/14/25 | State Tax | | 0.24 |
| 1/14/25 | City / County Tax | | 0.28 |
| 1/14/25 | Valet / Laundry | 25014-006-A 16 PIECES | 51.67 |
| 1/14/25 | State Tax | | 3.10 |
| 1/14/25 | City / County Tax | | 3.62 |
| 1/14/25 | Room Charge | #217 Hongjung Son, F&R | 149.00 |
| 1/14/25 | State Tax | | 8.94 |
| 1/14/25 | City / County Tax | | 10.43 |
| 1/14/25 | Room Charge | #150 Hongshik Kim, F&R | 149.00 |
| 1/14/25 | State Tax | | 8.94 |
| 1/14/25 | City / County Tax | | 10.43 |
| 1/14/25 | Room Charge | #163 Jaehwan Kim, F&R | 149.00 |
| 1/14/25 | State Tax | | 8.94 |
| 1/14/25 | City / County Tax | | 10.43 |
| 1/14/25 | Room Charge | #121 Jong Sun Park, F&R | 149.00 |
| 1/14/25 | State Tax | | 8.94 |
| 1/14/25 | City / County Tax | | 10.43 |

| Post Date | Description | Comment | Amount |
|---|---|---|---|
| 1/14/25 | Room Charge | #119 Georgette Williams, F&R | 149.00 |
| 1/14/25 | State Tax | | 8.94 |
| 1/14/25 | City / County Tax | | 10.43 |
| 1/14/25 | Valet / Laundry | 25014-008-A 26 PIECES | 71.53 |
| 1/14/25 | State Tax | | 4.29 |
| 1/14/25 | City / County Tax | | 5.01 |
| 1/14/25 | Room Charge | #143 Kyle Fleming, F&R | 149.00 |
| 1/14/25 | State Tax | | 8.94 |
| 1/14/25 | City / County Tax | | 10.43 |
| 1/14/25 | Room Charge | #132 Lee Boese, F&R | 149.00 |
| 1/14/25 | State Tax | | 8.94 |
| 1/14/25 | City / County Tax | | 10.43 |
| 1/14/25 | Room Charge | #125 Dan Schonfeld, F&R | 149.00 |
| 1/14/25 | State Tax | | 8.94 |
| 1/14/25 | City / County Tax | | 10.43 |
| 1/14/25 | Room Charge | #135 Ann Park, F&R | 149.00 |
| 1/14/25 | State Tax | | 8.94 |
| 1/14/25 | City / County Tax | | 10.43 |
| 1/14/25 | Room Charge | #263 Youssef Elrhanjaou, F&R | 149.00 |
| 1/14/25 | State Tax | | 8.94 |
| 1/14/25 | City / County Tax | | 10.43 |
| 1/14/25 | Room Charge | #231 Philip W. Kline, F&R | 149.00 |
| 1/14/25 | State Tax | | 8.94 |
| 1/14/25 | City / County Tax | | 10.43 |
| 1/14/25 | Room Charge | #141 Jamie Wright, F&R | 149.00 |
| 1/14/25 | State Tax | | 8.94 |
| 1/14/25 | City / County Tax | | 10.43 |
| 1/14/25 | Room Charge | #266 Dan Durig, F&R | 149.00 |
| 1/14/25 | State Tax | | 8.94 |
| 1/14/25 | City / County Tax | | 10.43 |
| 1/14/25 | Room Charge | #142 Hannah Sifuentes, F&R | 149.00 |
| 1/14/25 | State Tax | | 8.94 |
| 1/14/25 | City / County Tax | | 10.43 |
| 1/14/25 | Room Charge | #129 Rob Vincent, F&R | 149.00 |
| 1/14/25 | State Tax | | 8.94 |
| 1/14/25 | City / County Tax | | 10.43 |
| 1/14/25 | Room Charge | #153 Rachel Roberts, F&R | 149.00 |
| 1/14/25 | State Tax | | 8.94 |
| 1/14/25 | City / County Tax | | 10.43 |
| 1/14/25 | Room Charge | #239 Ian Andryszak, F&R | 149.00 |
| 1/14/25 | State Tax | | 8.94 |
| 1/14/25 | City / County Tax | | 10.43 |
| 1/14/25 | Room Charge | #209 Tim Schelin, F&R | 149.00 |
| 1/14/25 | State Tax | | 8.94 |
| 1/14/25 | City / County Tax | | 10.43 |
| 1/14/25 | Valet / Laundry | Room 147 | 9.53 |
| 1/14/25 | State Tax | | 0.57 |
| 1/14/25 | City / County Tax | | 0.67 |

| Post Date | Description | Comment | Amount |
|---|---|---|---|
| 1/14/25 | Valet / Laundry | Room 147 | 20.43 |
| 1/14/25 | State Tax | | 1.23 |
| 1/14/25 | City / County Tax | | 1.43 |
| 1/14/25 | Room Charge | #147 Noah Graubart, F & R | 149.00 |
| 1/14/25 | State Tax | | 8.94 |
| 1/14/25 | City / County Tax | | 10.43 |
| 1/14/25 | Valet / Laundry | 25014-995-A 2 PIECES | 14.50 |
| 1/14/25 | State Tax | | 0.87 |
| 1/14/25 | City / County Tax | | 1.02 |
| 1/14/25 | Room Charge | #136 Johnathan Putman, F & R | 149.00 |
| 1/14/25 | State Tax | | 8.94 |
| 1/14/25 | City / County Tax | | 10.43 |
| 1/14/25 | Room Charge | #233 Keith R. Ugone, F&R | 149.00 |
| 1/14/25 | State Tax | | 8.94 |
| 1/14/25 | City / County Tax | | 10.43 |
| 1/15/25 | Room Charge | #211 Angela Castagno, F&R | 149.00 |
| 1/15/25 | State Tax | | 8.94 |
| 1/15/25 | City / County Tax | | 10.43 |
| 1/15/25 | Room Charge | #157 Angela Chianelli, F&R | 149.00 |
| 1/15/25 | State Tax | | 8.94 |
| 1/15/25 | City / County Tax | | 10.43 |
| 1/15/25 | Room Charge | #131 Benjamin Thompson, F&R | 149.00 |
| 1/15/25 | State Tax | | 8.94 |
| 1/15/25 | City / County Tax | | 10.43 |
| 1/15/25 | Room Charge | #139 Dahianna Becerril, F&R | 149.00 |
| 1/15/25 | State Tax | | 8.94 |
| 1/15/25 | City / County Tax | | 10.43 |
| 1/15/25 | Room Charge | #242 Jared Hartzman, F&R | 149.00 |
| 1/15/25 | State Tax | | 8.94 |
| 1/15/25 | City / County Tax | | 10.43 |
| 1/15/25 | Room Charge | #123 Katherine Reardon, F&R | 149.00 |
| 1/15/25 | State Tax | | 8.94 |
| 1/15/25 | City / County Tax | | 10.43 |
| 1/15/25 | Room Charge | #138 Meghan Thadani, F&R | 149.00 |
| 1/15/25 | State Tax | | 8.94 |
| 1/15/25 | City / County Tax | | 10.43 |
| 1/15/25 | Valet / Laundry | 25015-432-A | 18.18 |
| 1/15/25 | State Tax | | 1.09 |
| 1/15/25 | City / County Tax | | 1.27 |
| 1/15/25 | Valet / Laundry | 25015-371-A 2 PIECES | 14.50 |
| 1/15/25 | State Tax | | 0.87 |
| 1/15/25 | City / County Tax | | 1.02 |
| 1/15/25 | Room Charge | #146 Jong Choi, F&R | 149.00 |
| 1/15/25 | State Tax | | 8.94 |
| 1/15/25 | City / County Tax | | 10.43 |
| 1/15/25 | Room Charge | #137 Michael McKeon, F&R | 149.00 |
| 1/15/25 | State Tax | | 8.94 |
| 1/15/25 | City / County Tax | | 10.43 |

| Post Date | Description | Comment | Amount |
|-----------|-------------|---------|-------:|
| 1/15/25 | Room Charge | #261 Daniel Shim, F&R | 149.00 |
| 1/15/25 | State Tax | | 8.94 |
| 1/15/25 | City / County Tax | | 10.43 |
| 1/15/25 | Room Charge | #217 Hongjung Son, F&R | 149.00 |
| 1/15/25 | State Tax | | 8.94 |
| 1/15/25 | City / County Tax | | 10.43 |
| 1/15/25 | Valet / Laundry | Room 150 | 13.63 |
| 1/15/25 | State Tax | | 0.82 |
| 1/15/25 | City / County Tax | | 0.95 |
| 1/15/25 | Room Charge | #163 Jaehwan Kim, F&R | 149.00 |
| 1/15/25 | State Tax | | 8.94 |
| 1/15/25 | City / County Tax | | 10.43 |
| 1/15/25 | Room Charge | #121 Jong Sun Park, F&R | 149.00 |
| 1/15/25 | State Tax | | 8.94 |
| 1/15/25 | City / County Tax | | 10.43 |
| 1/15/25 | Valet / Laundry | 25015-437-C | 27.55 |
| 1/15/25 | State Tax | | 1.65 |
| 1/15/25 | City / County Tax | | 1.93 |
| 1/15/25 | Valet / Laundry | 25015-437-B | 26.47 |
| 1/15/25 | State Tax | | 1.59 |
| 1/15/25 | City / County Tax | | 1.85 |
| 1/15/25 | Valet / Laundry | 25015-437-E | 47.79 |
| 1/15/25 | State Tax | | 2.87 |
| 1/15/25 | City / County Tax | | 3.35 |
| 1/15/25 | Valet / Laundry | 25015-437-A 5 PIECES | 31.33 |
| 1/15/25 | State Tax | | 1.88 |
| 1/15/25 | City / County Tax | | 2.19 |
| 1/15/25 | Valet / Laundry | 25015-437-D | 29.50 |
| 1/15/25 | State Tax | | 1.77 |
| 1/15/25 | City / County Tax | | 2.07 |
| 1/15/25 | Valet / Laundry | 25015-438-A | 7.25 |
| 1/15/25 | State Tax | | 0.44 |
| 1/15/25 | City / County Tax | | 0.51 |
| 1/15/25 | Room Charge | #119 Georgette Williams, F&R | 149.00 |
| 1/15/25 | State Tax | | 8.94 |
| 1/15/25 | City / County Tax | | 10.43 |
| 1/15/25 | Room Charge | #143 Kyle Fleming, F&R | 149.00 |
| 1/15/25 | State Tax | | 8.94 |
| 1/15/25 | City / County Tax | | 10.43 |
| 1/15/25 | Room Charge | #132 Lee Boese, F&R | 149.00 |
| 1/15/25 | State Tax | | 8.94 |
| 1/15/25 | City / County Tax | | 10.43 |
| 1/15/25 | Room Charge | #125 Dan Schonfeld, F&R | 149.00 |
| 1/15/25 | State Tax | | 8.94 |
| 1/15/25 | City / County Tax | | 10.43 |
| 1/15/25 | Room Charge | #135 Ann Park, F&R | 149.00 |
| 1/15/25 | State Tax | | 8.94 |
| 1/15/25 | City / County Tax | | 10.43 |

| Post Date | Description | Comment | Amount |
|---|---|---|---|
| 1/15/25 | Room Charge | #263 Youssef Elrhanjaou, F&R | 149.00 |
| 1/15/25 | State Tax | | 8.94 |
| 1/15/25 | City / County Tax | | 10.43 |
| 1/15/25 | Room Charge | #141 Jamie Wright, F&R | 149.00 |
| 1/15/25 | State Tax | | 8.94 |
| 1/15/25 | City / County Tax | | 10.43 |
| 1/15/25 | Room Charge | #129 Rob Vincent, F&R | 149.00 |
| 1/15/25 | State Tax | | 8.94 |
| 1/15/25 | City / County Tax | | 10.43 |
| 1/15/25 | Room Charge | #153 Rachel Roberts, F&R | 149.00 |
| 1/15/25 | State Tax | | 8.94 |
| 1/15/25 | City / County Tax | | 10.43 |
| 1/15/25 | Room Charge | #239 Ian Andryszak, F&R | 149.00 |
| 1/15/25 | State Tax | | 8.94 |
| 1/15/25 | City / County Tax | | 10.43 |
| 1/15/25 | Room Charge | #209 Tim Schelin, F&R | 149.00 |
| 1/15/25 | State Tax | | 8.94 |
| 1/15/25 | City / County Tax | | 10.43 |
| 1/15/25 | Room Charge | #147 Noah Graubart, F & R | 149.00 |
| 1/15/25 | State Tax | | 8.94 |
| 1/15/25 | City / County Tax | | 10.43 |
| 1/15/25 | Room Charge | #136 Johnathan Putman, F & R | 149.00 |
| 1/15/25 | State Tax | | 8.94 |
| 1/15/25 | City / County Tax | | 10.43 |
| 1/15/25 | Room Charge | #233 Keith R. Ugone, F&R | 149.00 |
| 1/15/25 | State Tax | | 8.94 |
| 1/15/25 | City / County Tax | | 10.43 |
| 1/16/25 | Room Charge | #211 Angela Castagno, F&R | 149.00 |
| 1/16/25 | State Tax | | 8.94 |
| 1/16/25 | City / County Tax | | 10.43 |
| 1/16/25 | Gift Shop | SNACKS | 4.00 |
| 1/16/25 | Room Charge | #157 Angela Chianelli, F&R | 149.00 |
| 1/16/25 | State Tax | | 8.94 |
| 1/16/25 | City / County Tax | | 10.43 |
| 1/16/25 | Room Charge | #131 Benjamin Thompson, F&R | 149.00 |
| 1/16/25 | State Tax | | 8.94 |
| 1/16/25 | City / County Tax | | 10.43 |
| 1/16/25 | Room Charge | #139 Dahianna Becerril, F&R | 149.00 |
| 1/16/25 | State Tax | | 8.94 |
| 1/16/25 | City / County Tax | | 10.43 |
| 1/16/25 | Room Charge | #242 Jared Hartzman, F&R | 149.00 |
| 1/16/25 | State Tax | | 8.94 |
| 1/16/25 | City / County Tax | | 10.43 |
| 1/16/25 | Room Charge | #123 Katherine Reardon, F&R | 149.00 |
| 1/16/25 | State Tax | | 8.94 |
| 1/16/25 | City / County Tax | | 10.43 |
| 1/16/25 | Room Charge | #138 Meghan Thadani, F&R | 149.00 |
| 1/16/25 | State Tax | | 8.94 |

| Post Date | Description | Comment | Amount |
|---|---|---|---|
| 1/16/25 | City / County Tax | | 10.43 |
| 1/16/25 | Room Charge | #143 Kyle Fleming, F&R | 149.00 |
| 1/16/25 | State Tax | | 8.94 |
| 1/16/25 | City / County Tax | | 10.43 |
| 1/16/25 | Valet / Laundry | Room 125 | 11.36 |
| 1/16/25 | State Tax | | 0.68 |
| 1/16/25 | City / County Tax | | 0.80 |
| 1/16/25 | Valet / Laundry | Room 125 | 14.50 |
| 1/16/25 | State Tax | | 0.87 |
| 1/16/25 | City / County Tax | | 1.02 |
| 1/16/25 | Room Charge | #263 Youssef Elrhanjaou, F&R | 149.00 |
| 1/16/25 | State Tax | | 8.94 |
| 1/16/25 | City / County Tax | | 10.43 |
| 1/16/25 | Room Charge | #129 Rob Vincent, F&R | 149.00 |
| 1/16/25 | State Tax | | 8.94 |
| 1/16/25 | City / County Tax | | 10.43 |
| 1/16/25 | Room Charge | #153 Rachel Roberts, F&R | 149.00 |
| 1/16/25 | State Tax | | 8.94 |
| 1/16/25 | City / County Tax | | 10.43 |
| 1/16/25 | Room Charge | #239 Ian Andryszak, F&R | 149.00 |
| 1/16/25 | State Tax | | 8.94 |
| 1/16/25 | City / County Tax | | 10.43 |
| 1/16/25 | Room Charge | #209 Tim Schelin, F&R | 149.00 |
| 1/16/25 | State Tax | | 8.94 |
| 1/16/25 | City / County Tax | | 10.43 |
| 1/16/25 | Room Charge | #147 Noah Graubart, F & R | 149.00 |
| 1/16/25 | State Tax | | 8.94 |
| 1/16/25 | City / County Tax | | 10.43 |
| 1/17/25 | Room Charge | #211 Angela Castagno, F&R | 149.00 |
| 1/17/25 | State Tax | | 8.94 |
| 1/17/25 | City / County Tax | | 10.43 |
| 1/17/25 | Room Charge | #157 Angela Chianelli, F&R | 149.00 |
| 1/17/25 | State Tax | | 8.94 |
| 1/17/25 | City / County Tax | | 10.43 |
| 1/17/25 | Room Charge | #131 Benjamin Thompson, F&R | 149.00 |
| 1/17/25 | State Tax | | 8.94 |
| 1/17/25 | City / County Tax | | 10.43 |
| 1/17/25 | Room Charge | #139 Dahianna Becerril, F&R | 149.00 |
| 1/17/25 | State Tax | | 8.94 |
| 1/17/25 | City / County Tax | | 10.43 |
| 1/17/25 | Room Charge | #242 Jared Hartzman, F&R | 149.00 |
| 1/17/25 | State Tax | | 8.94 |
| 1/17/25 | City / County Tax | | 10.43 |
| 1/17/25 | Room Charge | #123 Katherine Reardon, F&R | 149.00 |
| 1/17/25 | State Tax | | 8.94 |
| 1/17/25 | City / County Tax | | 10.43 |
| 1/17/25 | Room Charge | #138 Meghan Thadani, F&R | 149.00 |
| 1/17/25 | State Tax | | 8.94 |

| Post Date | Description | Comment | Amount |
|---|---|---|---|
| 1/17/25 | City / County Tax | | 10.43 |
| 1/17/25 | Room Charge | #121 Jong Sun Park, F&R | 149.00 |
| 1/17/25 | State Tax | | 8.94 |
| 1/17/25 | City / County Tax | | 10.43 |
| 1/17/25 | Room Charge | #119 Georgette Williams, F&R | 149.00 |
| 1/17/25 | State Tax | | 8.94 |
| 1/17/25 | City / County Tax | | 10.43 |
| 1/17/25 | Room Charge | #143 Kyle Fleming, F&R | 149.00 |
| 1/17/25 | State Tax | | 8.94 |
| 1/17/25 | City / County Tax | | 10.43 |
| 1/17/25 | Room Charge | #263 Youssef Elrhanjaou, F&R | 149.00 |
| 1/17/25 | State Tax | | 8.94 |
| 1/17/25 | City / County Tax | | 10.43 |
| 1/17/25 | Valet / Laundry | ROOM 153 | 73.96 |
| 1/17/25 | State Tax | | 4.44 |
| 1/17/25 | City / County Tax | | 5.18 |
| 1/17/25 | Room Charge | #153 Rachel Roberts, F&R | 149.00 |
| 1/17/25 | State Tax | | 8.94 |
| 1/17/25 | City / County Tax | | 10.43 |
| 1/17/25 | Room Charge | #239 Ian Andryszak, F&R | 149.00 |
| 1/17/25 | State Tax | | 8.94 |
| 1/17/25 | City / County Tax | | 10.43 |
| 1/17/25 | Room Charge | #209 Tim Schelin, F&R | 149.00 |
| 1/17/25 | State Tax | | 8.94 |
| 1/17/25 | City / County Tax | | 10.43 |
| 1/17/25 | Room Charge | #147 Noah Graubart, F & R | 149.00 |
| 1/17/25 | State Tax | | 8.94 |
| 1/17/25 | City / County Tax | | 10.43 |
| 1/18/25 | Room Charge | #139 Dahianna Becerril, F&R | 99.00 |
| 1/18/25 | State Tax | | 5.94 |
| 1/18/25 | City / County Tax | | 6.93 |
| 1/18/25 | Room Charge | #109 HAYNES, TRACY | 99.00 |
| 1/18/25 | State Tax | | 5.94 |
| 1/18/25 | City / County Tax | | 6.93 |
| 1/18/25 | Room Charge | #119 Georgette Williams, F&R | 99.00 |
| 1/18/25 | State Tax | | 5.94 |
| 1/18/25 | City / County Tax | | 6.93 |
| 1/18/25 | Room Charge | #263 Youssef Elrhanjaou, F&R | 99.00 |
| 1/18/25 | State Tax | | 5.94 |
| 1/18/25 | City / County Tax | | 6.93 |
| 1/19/25 | Room Charge | #109 HAYNES, TRACY | 99.00 |
| 1/19/25 | State Tax | | 5.94 |
| 1/19/25 | City / County Tax | | 6.93 |
| 1/19/25 | Room Charge | #119 Georgette Williams, F&R | 99.00 |
| 1/19/25 | State Tax | | 5.94 |
| 1/19/25 | City / County Tax | | 6.93 |
| 1/19/25 | Room Charge | #263 Youssef Elrhanjaou, F&R | 99.00 |
| 1/19/25 | State Tax | | 5.94 |

| Post Date | Description | Comment | Amount |
|---|---|---|---|
| 1/22/25 | City / County Tax | | 1.99 |
| 1/22/25 | Room Charge | #119 Georgette Williams, F&R | 99.00 |
| 1/22/25 | State Tax | | 5.94 |
| 1/22/25 | City / County Tax | | 6.93 |
| 1/22/25 | Room Charge | #263 Youssef Elrhanjaou, F&R | 99.00 |
| 1/22/25 | State Tax | | 5.94 |
| 1/22/25 | City / County Tax | | 6.93 |
| **Folio Summary 1/4/25 - 1/18/25** | | | |
| | Room Charge | | 54,628.00 |
| | City / County Tax | | 3,946.24 |
| | State Tax | | 3,382.48 |
| | Gift Shop | | 21.00 |
| | Valet / Laundry | | 1,745.83 |
| | | Balance Due | **63,723.55** |

Pet Policy: I agree to pay $25.00 per pet/per night for pet fees. I understand I will be charged $150.00 if I do not declare pet on arrival. _____

Smoking Policy: I understand that a Penalty of $250.00 will be charged to my account for smoking in a non-smoking room._____

x _____