# EXHIBIT F

| Date | Type | Type | Description | Number | Amount | Amount | Total |
|---|---|---|---|---|---|---|---|
| 12/12/2024 | Costs | Costs | Litigation support vendor - FTI Consulting Inc | 3870660 | $ 12,009.97 | $ 12,009.97 | |
| 1/16/2025 | Costs | Costs | Litigation support vendor - FTI Consulting Inc | 3894422 | $ 5,198.04 | $ 5,198.04 | |
| 1/16/2025 | Costs | Costs | Litigation support vendor - FTI Consulting Inc | 3894422 | $ 11,779.48 | $ 11,779.48 | |
| 2/21/2025 | Costs | Costs | Litigation support vendor - FTI Consulting Inc | 3894422 | $ 2,090.90 | $ 2,090.90 | |
| 2/21/2025 | Costs | Costs | Litigation support vendor - FTI Consulting Inc | 3902202 | 30,418.43 | 30,418.43 | |
| 12/12/2024 | Costs | Costs | Litigation support vendor - FTI Consulting Inc | 3870660 | 973.35 | 973.35 | |
| 6/27/2024 | Costs | Costs | Litigation support vendor Graphic Consulting and Trial Presentation Consulting - Magna TrialGraphics | 3797990 | $ 21,353.75 | $ 21,353.75 | |
| 2/19/2024 | Costs | Costs | Litigation support vendor Graphics Consulting - Trial Graphix Inc | 3756091 | $ 2,537.50 | $ 2,537.50 | |
| 12/17/2024 | Costs | Costs | Litigation support vendor Trial Consultant - Magna TrialGraphix | 3877884 | $ 7,739.80 | $ 7,739.80 | |
| 1/20/2025 | Costs | Costs | Experts Consulting - Magna TrialGraphix | 3894422 | $ 37,983.69 | $ 37,983.69 | $132,084.91 |

| Date | Type | Type | Description | Number | Amount | Amount | Total |
|---|---|---|---|---|---|---|---|
| 2/20/2024 | Costs | Costs | 02/13/2024-Paypal Int Archive-Purchase Internet Archive declaration re 15 URLs | 3756091 | $ 650.00 | $ 650.00 | |
| 10/10/2023 | Costs | Costs | Litigation support vendor - Fronteo Korea  Inc. | 3684486 | $ 15,120.00 | $ 15,120.00 | |
| 9/5/2023 | Costs | Costs | Litigation support vendor - Fronteo Korea  Inc. | 3711916 | $ 15,900.00 | $ 15,900.00 | |
| 11/7/2023 | Costs | Costs | Litigation support vendor - Fronteo Korea  Inc. | 3703128 | $ 15,120.00 | $ 15,120.00 | |
| 3/8/2024 | Costs | Costs | Litigation support vendor - Fronteo Korea  Inc. | 3741163 | $ 42,459.34 | $ 42,459.34 | |
| 3/8/2024 | Costs | Costs | Litigation support vendor - Fronteo Korea  Inc. | 3741163 | $ 42,459.33 | $ 42,459.33 | |
| 12/8/2023 | Costs | Costs | Litigation support vendor - Fronteo Korea  Inc. | 3711916 | $ 15,120.00 | $ 15,120.00 | |
| 5/9/2024 | Costs | Costs | Litigation support vendor - Fronteo Korea Inc | 3795080 | $ 7,336.86 | $ 7,336.86 | |
| 4/5/2024 | Costs | Costs | Litigation support vendor - Fronteo Korea Inc | 3756091 | $ 68,490.30 | $ 68,490.30 | |
| 12/9/2024 | Costs | Costs | Litigation support vendor - Fronteo Korea Inc | 3861934 | $ 14,785.00 | $ 14,785.00 | |
| 2/7/2024 | Costs | Costs | Litigation support vendor Data Hosting - Fronteo Korea  Inc. | 3727047 | $ 23,833.33 | $ 23,833.33 | |
| 1/10/2024 | Costs | Costs | Litigation support vendor ECA Hosting - Fronteo Korea  Inc. | 3741163 | $ 12,722.95 | $ 12,722.95 | |
| 6/10/2024 | Costs | Costs | Litigation support vendor ESI Hosting - Fronteo Korea Inc | 3797990 | $ 7,336.86 | $ 7,336.86 | |
| 7/5/2024 | Costs | Costs | Litigation support vendor ESI Hosting - Fronteo Korea Inc | 3797990 | $ 7,336.86 | $ 7,336.86 | $288,670.83 |

| 1/12/2025 | Costs | Costs | Translation of trial exhibits - Korean Language Services Inc | 3894422 | $ | 1,086.12 | $ | 1,086.12 | | |
| 9/26/2023 | Costs | Costs | Trial exhibits (purchase of prior art) | 3673568 | $ | 149.98 | $ | 149.98 | $ | 1,236.10 |

Total:    $421,991.84



*Forensic and Litigation Consulting*

December 12, 2024

Thad C. Kodish, Esq.
Fish & Richardson PC
1180 Peachtree St., NE, 21st Fl.
Atlanta, GA 30309
United States
tkodish@fr.com
o/b/o: Samsung Electronics America via: Onventis # 22394-0146LL1

Re: Headwater Research LLC v. SAMSUNG ELECTRONICS AMERICA, INC. et al
Job No. 500001.9268
Invoice No. 100100095126

Enclosed is our invoice for professional services rendered in connection with the above referenced matter.  This invoice covers professional fees through November 30, 2024.

Please do not hesitate to call me to discuss this invoice or any other matter.

Sincerely,

Kern Nandan
Senior Director

Enclosures
    CC:    jsantos@fr.com



## Invoice Remittance

**Thad C. Kodish, Esq.**                                                                                    **December 12, 2024**
**Fish & Richardson PC**                                          **Invoice No.**                    **100100095126**
**1180 Peachtree St., NE, 21st Fl.**                         **Job No.**                         **500001.9268**
**Atlanta, GA 30309**                                              **Terms**                     **Net 30 days**
**United States**                                                      **Currency**                              **USD**
**tkodish@fr.com**
**o/b/o: Samsung Electronics America via: Onventis #**
**22394-0146LL1**


**Re:Headwater Research LLC v. SAMSUNG ELECTRONICS AMERICA, INC. et al**


**Current Invoice Period: Charges posted through November 30, 2024**


**Amount Due Current Invoice**                                        **$12,009.97**


*Please reference invoice number in your remittance.*

*Check Payments To:*                                              *Courier Delivery Only To:*

*FTI Consulting Inc*                                                *Bank of America ML*
*P.O. Box 418005*                                                 *Lockbox Services*
*Boston, MA 02241-8005*                                    *Lockbox 418005*
*United States*                                                       *MA5-527-02-07*
                                                                               *2 Morrissey Blvd.*
                                                                               *Dorchester, MA 02125-8005*

*ACH Payments To:*                                             *Wire Payments To:*

*FTI Consulting Inc*                                                *FTI Consulting Inc*
*Bank of America, N.A.*                                        *Bank of America, N.A.*
*San Francisco, CA 94109*                                    *New York, NY 10038*
*Account # 002001801422*                                   *Account # 002001801422*
*ABA # 052001633*                                             *ABA # 026009593*
                                                                              *SWIFT (USD): BOFAUS3N*
                                                                              *SWIFT (other currencies): BOFAUS6S*

**Please forward remittance advice to AR.Support@fticonsulting.com.**



## *Invoice Summary*

**Thad C. Kodish, Esq.**
**Fish & Richardson PC**
**1180 Peachtree St., NE, 21st Fl.**
**Atlanta, GA 30309**
**United States**
**tkodish@fr.com**
**o/b/o: Samsung Electronics America via: Onventis # 22394-0146LL1**

|  |  |
|---|---:|
| | **December 12, 2024** |
| **Invoice No.** | **100100095126** |
| **Job No.** | **500001.9268** |
| **Terms** | **Net 30 days** |
| **Currency** | **USD** |

**Re: Headwater Research LLC v. SAMSUNG ELECTRONICS AMERICA, INC. et al**

**Current Invoice Period: Charges posted through November 30, 2024**

| Activity | Hours | Total |
|---|---:|---:|
| Graphics Production | 32.00 | $11,200.00 |
| **Total** | **32.00** | **$11,200.00** |

| Name | Title | Rate | Hours | Total |
|---|---|---:|---:|---:|
| Timothy Schelin | Senior Director | $350.00 | 32.00 | $11,200.00 |
| **Total Professional Services** | | | **32.00** | **$11,200.00** |

| | |
|---|---:|
| **Total Expenses** | **$473.97** |

| | |
|---|---:|
| Administrative Fee | $336.00 |

| Invoice Total | USD Amount |
|---|---:|
| | $12,009.97 |
| **Total Due** | **$12,009.97** |



## Invoice Detail

| | December 12, 2024 |
|---|---|
| Invoice No. | 100100095126 |
| Job No. | 500001.9268 |

**Total Professional Services**
**Graphics Production**
  **Timothy Schelin**

| | | | | |
|---|---|---|---|---|
| 11/13/2024 | Develop slides for Schonfeld direct per N Gallo and B Thompson | 4.50 | | |
| 11/14/2024 | Develop and edit slides for Schonfeld direct per N Gallo and B Thompson | 1.60 | | |
| 11/15/2024 | Develop and edit slides for Schonfeld direct per N Gallo and B Thompson | 3.20 | | |
| 11/18/2024 | Develop and edit slides for Schonfeld direct per N Gallo and B Thompson | 4.00 | | |
| 11/21/2024 | Develop and edit slides for Butler direct per S Fish | 2.00 | | |
| 11/21/2024 | Develop and edit slides for Kline direct per S Fish | 2.70 | | |
| 11/22/2024 | Develop and edit slides for Kline direct per S Fish | 3.00 | | |
| 11/25/2024 | Develop and edit slides for Butler direct per S Fish | 1.20 | | |
| 11/26/2024 | Develop and edit opening slide presentation per J Hartzman | 1.00 | | |
| 11/26/2024 | Develop and edit slides for Schonfeld direct per B Thompson | 1.50 | | |
| 11/27/2024 | Develop and edit slides for Schonfeld direct per B Thompson | 2.30 | | |
| 11/29/2024 | Develop and edit slides for opening presentation | 3.00 | | |
| 11/29/2024 | Review and edit slides for opening presentation on Zoom call with M McKeon and J Hartzman | 1.00 | | |
| 11/29/2024 | Review and revise opening slides via Zoom with M McKeon | 0.50 | | |
| 11/30/2024 | Develop feature development timeline for opening presentation per B Thompson | 0.50 | | |
| | **$350.00** | **per hour x total hrs** | **32.00** | **$11,200.00** |

| **Graphics Production** | **$11,200.00** |
|---|---|

| **Total Professional Services** | **$11,200.00** |
|---|---|

**Expenses**
  **Air Travel**

| | | | |
|---|---|---|---|
| 11/28/2024 | | Airfare - Timothy Schelin, DCA - Washington, DC, - SHV - Shreveport, LA, 12/02/2024 | $473.97 |
| **Air Travel** | | | **$473.97** |
| | | **Total Expenses** | **$473.97** |

Form **W-9**
(Rev. March 2024)
Department of the Treasury
Internal Revenue Service

## Request for Taxpayer
## Identification Number and Certification

Go to *www.irs.gov/FormW9* for instructions and the latest information.

Give form to the requester. Do not send to the IRS.

**Before you begin.** For guidance related to the purpose of Form W-9, see *Purpose of Form*, below.

**1** Name of entity/individual. An entry is required. (For a sole proprietor or disregarded entity, enter the owner's name on line 1, and enter the business/disregarded entity's name on line 2.)

FTI CONSULTING, INC.

**2** Business name/disregarded entity name, if different from above.

**3a** Check the appropriate box for federal tax classification of the entity/individual whose name is entered on line 1. Check only **one** of the following seven boxes.

☐ Individual/sole proprietor    ☑ C corporation    ☐ S corporation    ☐ Partnership    ☐ Trust/estate

☐ LLC. Enter the tax classification (C = C corporation, S = S corporation, P = Partnership) _____

**Note:** Check the "LLC" box above and, in the entry space, enter the appropriate code (C, S, or P) for the tax classification of the LLC, unless it is a disregarded entity. A disregarded entity should instead check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) _____

**3b** If on line 3a you checked "Partnership" or "Trust/estate," or checked "LLC" and entered "P" as its tax classification, and you are providing this form to a partnership, trust, or estate in which you have an ownership interest, check this box if you have any foreign partners, owners, or beneficiaries. See instructions . . . . . . . . . . ☐

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any)   5

Exemption from Foreign Account Tax Compliance Act (FATCA) reporting code (if any)   D

*(Applies to accounts maintained outside the United States.)*

**5** Address (number, street, and apt. or suite no.). See instructions.

16701 MELFORD BLVD., SUITE 200

**6** City, state, and ZIP code

BOWIE, MD 20715

Requester's name and address (optional)

**7** List account number(s) here (optional)

*Print or type. See Specific Instructions on page 3.*

### Part I    Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. See also *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number

☐☐☐ – ☐☐ – ☐☐☐☐

**or**

Employer identification number

5 2 – 1 2 6 1 1 1 3

### Part II    Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and

3. I am a U.S. citizen or other U.S. person (defined below); and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here** | Signature of U.S. person ▶ *[signature]* | Date 03/18/2024

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

### What's New

Line 3a has been modified to clarify how a disregarded entity completes this line. An LLC that is a disregarded entity should check the appropriate box for the tax classification of its owner. Otherwise, it should check the "LLC" box and enter its appropriate tax classification.

New line 3b has been added to this form. A flow-through entity is required to complete this line to indicate that it has direct or indirect foreign partners, owners, or beneficiaries when it provides the Form W-9 to another flow-through entity in which it has an ownership interest. This change is intended to provide a flow-through entity with information regarding the status of its indirect foreign partners, owners, or beneficiaries, so that it can satisfy any applicable reporting requirements. For example, a partnership that has any indirect foreign partners may be required to complete Schedules K-2 and K-3. See the Partnership Instructions for Schedules K-2 and K-3 (Form 1065).

### Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS is giving you this form because they

Cat. No. 10231X

Form **W-9** (Rev. 3-2024)



*Forensic and Litigation Consulting*

January 16, 2025

Thad C. Kodish, Esq.
Fish & Richardson PC
1180 Peachtree St., NE, 21st Fl.
Atlanta, GA 30309
United States
tkodish@fr.com
o/b/o: Samsung Electronics America via: Onventis # 22394-0146LL1

Re: #2 Headwater Research LLC v. SAMSUNG ELECTRONICS AMERICA, INC. et al
Job No. 500001.9269
Invoice No. 100100099748

Enclosed is our invoice for professional services rendered in connection with the above referenced matter.  This invoice covers professional fees through December 31, 2024.

Please do not hesitate to call me to discuss this invoice or any other matter.

Sincerely,

Kern Nandan
Senior Director

Enclosures
      CC:    jsantos@fr.com



## *Invoice Remittance*

**Thad C. Kodish, Esq.**                                                                  **January 16, 2025**
**Fish & Richardson PC**                                          **Invoice No.**          **100100099748**
**1180 Peachtree St., NE, 21st Fl.**                              **Job No.**               **500001.9269**
**Atlanta, GA 30309**                                             **Terms**                 **Net 30 days**
**United States**                                                **Currency**               **USD**
**tkodish@fr.com**
**o/b/o: Samsung Electronics America via: Onventis #**
**22394-0146LL1**


**Re:#2 Headwater Research LLC v. SAMSUNG ELECTRONICS AMERICA, INC. et al**


**Current Invoice Period: Charges posted through December 31, 2024**


**Amount Due Current Invoice**                                   **$5,198.04**


*Please reference invoice number in your remittance.*

**Check Payments To:**                                  **Courier Delivery Only To:**

*FTI Consulting Inc*                                    *Bank of America ML*
*P.O. Box 418005*                                       *Lockbox Services*
*Boston, MA 02241-8005*                                 *Lockbox 418005*
*United States*                                         *MA5-527-02-07*
                                                        *2 Morrissey Blvd.*
                                                        *Dorchester, MA 02125-8005*

**ACH Payments To:**                                    **Wire Payments To:**

*FTI Consulting Inc*                                    *FTI Consulting Inc*
*Bank of America, N.A.*                                 *Bank of America, N.A.*
*San Francisco, CA 94109*                               *New York, NY 10038*
*Account # 002001801422*                                *Account # 002001801422*
*ABA # 052001633*                                       *ABA # 026009593*
                                                        *SWIFT (USD): BOFAUS3N*
                                                        *SWIFT (other currencies): BOFAUS6S*

**Please forward remittance advice to AR.Support@fticonsulting.com.**



## *Invoice Summary*

**Thad C. Kodish, Esq.**
**Fish & Richardson PC**
**1180 Peachtree St., NE, 21st Fl.**
**Atlanta, GA 30309**
**United States**
**tkodish@fr.com**
**o/b/o: Samsung Electronics America via: Onventis # 22394-0146LL1**

| | |
|---|---:|
| | **January 16, 2025** |
| **Invoice No.** | **100100099748** |
| **Job No.** | **500001.9269** |
| **Terms** | **Net 30 days** |
| **Currency** | **USD** |

**Re: #2 Headwater Research LLC v. SAMSUNG ELECTRONICS AMERICA, INC. et al**

**Current Invoice Period: Charges posted through December 31, 2024**

| Activity | Hours | Total |
|---|---:|---:|
| Graphics Production | 14.30 | $5,005.00 |
| **Total** | **14.30** | **$5,005.00** |

| Name | Title | Rate | Hours | Total |
|---|---|---:|---:|---:|
| Timothy Schelin | Senior Director | $350.00 | 14.30 | $5,005.00 |
| **Total Professional Services** | | | **14.30** | **$5,005.00** |

| | |
|---|---:|
| **Total Expenses** | **$42.89** |

| | |
|---|---:|
| Administrative Fee | $150.15 |

| Invoice Total | USD Amount |
|---|---:|
| | $5,198.04 |
| **Total Due** | **$5,198.04** |



## *Invoice Detail*

|  |  |
|---|---|
| | **January 16, 2025** |
| **Invoice No.** | **100100099748** |
| **Job No.** | **500001.9269** |

***Total Professional Services***
**Graphics Production**
  **Timothy Schelin**

| | | | |
|---|---|---|---|
| 12/12/2024 | Develop and edit slides for Perryman direct per K Reardon | 5.50 | |
| 12/19/2024 | Develop slides for Foster direct per J Bright | 6.60 | |
| 12/20/2024 | Develop slides for Foster direct per J Bright | 2.20 | |
| **$350.00** | **per hour x total hrs** | **14.30** | **$5,005.00** |

| | |
|---|---|
| **Graphics Production** | **$5,005.00** |

| | |
|---|---|
| **Total Professional Services** | **$5,005.00** |

***Expenses***
  **Purchased Services**

| | | |
|---|---|---|
| 12/31/2024 | Fee for dedicated, secure file sharing and data storage site – Box.com | $42.89 |
| **Purchased Services** | | **$42.89** |
| | **Total Expenses** | **$42.89** |

(PAGE INTENTIONALLY LEFT BLANK)



*Forensic and Litigation Consulting*

January 16, 2025

Thad C. Kodish, Esq.
Fish & Richardson PC
1180 Peachtree St., NE, 21st Fl.
Atlanta, GA 30309
United States
tkodish@fr.com
o/b/o: Samsung Electronics America via: Onventis # 22394-0146LL1

Re: Headwater Research LLC v. SAMSUNG ELECTRONICS AMERICA, INC. et al
Job No. 500001.9268
Invoice No. 100100099747


Enclosed is our invoice for professional services rendered in connection with the above referenced matter.  This invoice covers professional fees through December 31, 2024.

Please do not hesitate to call me to discuss this invoice or any other matter.

Sincerely,

Kern Nandan
Senior Director

Enclosures
       CC:    jsantos@fr.com



## *Invoice Remittance*

**Thad C. Kodish, Esq.**
**Fish & Richardson PC**
**1180 Peachtree St., NE, 21st Fl.**
**Atlanta, GA 30309**
**United States**
**tkodish@fr.com**
**o/b/o: Samsung Electronics America via: Onventis #**
**22394-0146LL1**

| | |
|---|---|
| | **January 16, 2025** |
| **Invoice No.** | **100100099747** |
| **Job No.** | **500001.9268** |
| **Terms** | **Net 30 days** |
| **Currency** | **USD** |

**Re:Headwater Research LLC v. SAMSUNG ELECTRONICS AMERICA, INC. et al**

**Current Invoice Period: Charges posted through December 31, 2024**

**Amount Due Current Invoice**                                      **$11,779.48**

*Please reference invoice number in your remittance.*

*Check Payments To:*

*FTI Consulting Inc*
*P.O. Box 418005*
*Boston, MA 02241-8005*
*United States*

*ACH Payments To:*

*FTI Consulting Inc*
*Bank of America, N.A.*
*San Francisco, CA 94109*
*Account # 002001801422*
*ABA # 052001633*

*Courier Delivery Only To:*

*Bank of America ML*
*Lockbox Services*
*Lockbox 418005*
*MA5-527-02-07*
*2 Morrissey Blvd.*
*Dorchester, MA 02125-8005*

*Wire Payments To:*

*FTI Consulting Inc*
*Bank of America, N.A.*
*New York, NY 10038*
*Account # 002001801422*
*ABA # 026009593*
*SWIFT (USD): BOFAUS3N*
*SWIFT (other currencies): BOFAUS6S*

**Please forward remittance advice to AR.Support@fticonsulting.com.**

FTI Consulting, Inc.
16701 Melford Blvd., Suite 200
Bowie, MD 20715
Federal ID No: 52-1261113 | fticonsulting.com

2



## *Invoice Summary*

**Thad C. Kodish, Esq.**
**Fish & Richardson PC**
**1180 Peachtree St., NE, 21st Fl.**
**Atlanta, GA 30309**
**United States**
**tkodish@fr.com**
**o/b/o: Samsung Electronics America via: Onventis # 22394-0146LL1**

| | |
|---|---|
| | **January 16, 2025** |
| **Invoice No.** | **100100099747** |
| **Job No.** | **500001.9268** |
| **Terms** | **Net 30 days** |
| **Currency** | **USD** |

**Re: Headwater Research LLC v. SAMSUNG ELECTRONICS AMERICA, INC. et al**

**Current Invoice Period: Charges posted through December 31, 2024**

| Activity | Hours | Total |
|---|---|---|
| Graphics Production | 29.50 | $10,325.00 |
| **Total** | **29.50** | **$10,325.00** |

| Name | Title | Rate | Hours | Total |
|---|---|---|---|---|
| Timothy Schelin | Senior Director | $350.00 | 29.50 | $10,325.00 |
| **Total Professional Services** | | | **29.50** | **$10,325.00** |

| | |
|---|---|
| **Total Expenses** | **$1,144.73** |

| | |
|---|---|
| Administrative Fee | $309.75 |

| Invoice Total | USD Amount |
|---|---|
| | $11,779.48 |
| **Total Due** | **$11,779.48** |



## *Invoice Detail*

January 16, 2025

| | |
|---|---|
| Invoice No. | 100100099747 |
| Job No. | 500001.9268 |

*Total Professional Services*
**Graphics Production**
  **Timothy Schelin**

| Date | Description | Hours | |
|---|---|---|---|
| 12/02/2024 | Travel to Marshall, TX | 6.00 | |
| 12/03/2024 | On-site graphics support -- Develop and edit demonstratives for trial | 9.00 | |
| 12/04/2024 | On-site graphics support -- Develop and edit demonstratives for trial | 2.00 | |
| 12/04/2024 | Travel from Marshall, TX | 6.00 | |
| 12/11/2024 | Develop and edit Ugone direct slides per Sara Fish | 4.50 | |
| 12/12/2024 | Develop and edit slides for Ugone direct per Sara Fish | 2.00 | |
| | **$350.00**      per hour x total hrs | **29.50** | **$10,325.00** |

| | |
|---|---|
| **Graphics Production** | **$10,325.00** |

| | |
|---|---|
| **Total Professional Services** | **$10,325.00** |

*Expenses*
  **Air Travel**

| Date | Description | Amount |
|---|---|---|
| 12/01/2024 | Airfare - Timothy Schelin, DFW - Dallas/Ft Worth, TX - DCA - Washington, DC 12/04/2024 | $405.48 |
| 12/01/2024 | Airfare - Timothy Schelin, SHV - Shreveport, LA - DCA -Washington, DC - 12/04/2024 | $469.47 |
| 12/01/2024 | Baggage Fees - Timothy Schelin | $35.00 |
| 12/01/2024 | Baggage Fees - Timothy Schelin | $35.00 |
| 12/01/2024 | Baggage Fees - Timothy Schelin | $35.00 |
| **Air Travel** | | **$979.95** |
| **Purchased Services** | | |
| 12/31/2024 | Fee for dedicated, secure file sharing and data storage site – Box.com | $42.89 |
| **Purchased Services** | | **$42.89** |
| **Taxi** | | |
| 12/02/2024 | Taxi - Timothy Schelin | $121.89 |
| **Taxi** | | **$121.89** |
| | **Total Expenses** | **$1,144.73** |

(PAGE INTENTIONALLY LEFT BLANK)



## *Forensic and Litigation Consulting*

February 21, 2025

Thad C. Kodish, Esq.
Fish & Richardson PC
1180 Peachtree St., NE, 21st Fl.
Atlanta, GA 30309
United States
tkodish@fr.com
o/b/o: Samsung Electronics America via: Onventis # 22394-0146LL1

Re: #2 Headwater Research LLC v. SAMSUNG ELECTRONICS AMERICA, INC. et al
Job No. 500001.9269
Invoice No. 100100104642

Enclosed is our invoice for professional services rendered in connection with the above referenced matter.  This invoice covers professional fees through January 31, 2025.

Please do not hesitate to call me to discuss this invoice or any other matter.

Sincerely,

Kern Nandan
Senior Director

Enclosures
    CC:   jsantos@fr.com



## Invoice Remittance

**Thad C. Kodish, Esq.**
**Fish & Richardson PC**
**1180 Peachtree St., NE, 21st Fl.**
**Atlanta, GA 30309**
**United States**
**tkodish@fr.com**
**o/b/o: Samsung Electronics America via: Onventis #**
**22394-0146LL1**

|  |  |
|---|---|
|  | **February 21, 2025** |
| **Invoice No.** | **100100104642** |
| **Job No.** | **500001.9269** |
| **Terms** | **Net 30 days** |
| **Currency** | **USD** |

**Re:#2 Headwater Research LLC v. SAMSUNG ELECTRONICS AMERICA, INC. et al**

**Current Invoice Period: Charges posted through January 31, 2025**

**Amount Due Current Invoice**                                    **$2,090.90**

*Please reference invoice number in your remittance.*

*Check Payments To:*

*FTI Consulting Inc*
*P.O. Box 418005*
*Boston, MA 02241-8005*
*United States*

*ACH Payments To:*

*FTI Consulting Inc*
*Bank of America, N.A.*
*San Francisco, CA 94109*
*Account # 002001801422*
*ABA # 052001633*

*Courier Delivery Only To:*

*Bank of America ML*
*Lockbox Services*
*Lockbox 418005*
*MA5-527-02-07*
*2 Morrissey Blvd.*
*Dorchester, MA 02125-8005*

*Wire Payments To:*

*FTI Consulting Inc*
*Bank of America, N.A.*
*New York, NY 10038*
*Account # 002001801422*
*ABA # 026009593*
*SWIFT (USD): BOFAUS3N*
*SWIFT (other currencies): BOFAUS6S*

**Please forward remittance advice to AR.Support@fticonsulting.com.**

FTI Consulting, Inc.
16701 Melford Blvd., Suite 200
Bowie, MD 20715
Federal ID No: 52-1261113 | fticonsulting.com

2



## *Invoice Summary*

**Thad C. Kodish, Esq.**
**Fish & Richardson PC**
**1180 Peachtree St., NE, 21st Fl.**
**Atlanta, GA 30309**
**United States**
**tkodish@fr.com**
**o/b/o: Samsung Electronics America via: Onventis # 22394-0146LL1**

| | |
|---|---|
| | **February 21, 2025** |
| **Invoice No.** | **100100104642** |
| **Job No.** | **500001.9269** |
| **Terms** | **Net 30 days** |
| **Currency** | **USD** |

**Re: #2 Headwater Research LLC v. SAMSUNG ELECTRONICS AMERICA, INC. et al**

**Current Invoice Period: Charges posted through January 31, 2025**

| Activity | Hours | Total |
|---|---|---|
| Graphics Production | 5.80 | $2,030.00 |
| **Total** | **5.80** | **$2,030.00** |

| Name | Title | Rate | Hours | Total |
|---|---|---|---|---|
| Timothy Schelin | Senior Director | $350.00 | 5.80 | $2,030.00 |
| **Total Professional Services** | | | **5.80** | **$2,030.00** |

| | |
|---|---|
| Administrative Fee | $60.90 |

| **Invoice Total** | **USD Amount** |
|---|---|
| | $2,090.90 |
| **Total Due** | **$2,090.90** |

FTI Consulting, Inc.
16701 Melford Blvd., Suite 200
Bowie, MD 20715
Federal ID No: 52-1261113 | fticonsulting.com

3



## *Invoice Detail*

|  |  |
|---|---|
|  | **February 21, 2025** |
| **Invoice No.** | **100100104642** |
| **Job No.** | **500001.9269** |

*Total Professional Services*
**Graphics Production**
   **Timothy Schelin**

| 01/25/2025 | Develop and edit Foster direct slides | | 5.80 | |
|---|---|---|---|---|
| | **$350.00** | **per hour x total hrs** | **5.80** | **$2,030.00** |

| **Graphics Production** | **$2,030.00** |
|---|---|

| | **Total Professional Services** | **$2,030.00** |
|---|---|---|

(PAGE INTENTIONALLY LEFT BLANK)



## *Forensic and Litigation Consulting*

February 21, 2025

Thad C. Kodish, Esq.
Fish & Richardson PC
1180 Peachtree St., NE, 21st Fl.
Atlanta, GA 30309
United States
tkodish@fr.com
o/b/o: Samsung Electronics America via: Onventis # 22394-0146LL1

Re: Headwater Research LLC v. SAMSUNG ELECTRONICS AMERICA, INC. et al
Job No. 500001.9268
Invoice No. 100100104641


Enclosed is our invoice for professional services rendered in connection with the above referenced matter.  This invoice covers professional fees through January 31, 2025.

Please do not hesitate to call me to discuss this invoice or any other matter.

Sincerely,

Kern Nandan
Senior Director

Enclosures
     CC:   jsantos@fr.com



## Invoice Remittance

**Thad C. Kodish, Esq.**                                                                                    February 21, 2025
**Fish & Richardson PC**                                        **Invoice No.**                    100100104641
**1180 Peachtree St., NE, 21st Fl.**                     **Job No.**                         500001.9268
**Atlanta, GA 30309**                                            **Terms**                       Net 30 days
**United States**                                                    **Currency**                           USD
**tkodish@fr.com**
**o/b/o: Samsung Electronics America via: Onventis #**
**22394-0146LL1**

**Re:Headwater Research LLC v. SAMSUNG ELECTRONICS AMERICA, INC. et al**

**Current Invoice Period: Charges posted through January 31, 2025**

**Amount Due Current Invoice**                              **$30,418.43**

*Please reference invoice number in your remittance.*

*Check Payments To:*                                    *Courier Delivery Only To:*

*FTI Consulting Inc*                                        *Bank of America ML*
*P.O. Box 418005*                                          *Lockbox Services*
*Boston, MA 02241-8005*                              *Lockbox 418005*
*United States*                                                *MA5-527-02-07*
                                                                    *2 Morrissey Blvd.*
                                                                    *Dorchester, MA 02125-8005*

*ACH Payments To:*                                      *Wire Payments To:*

*FTI Consulting Inc*                                        *FTI Consulting Inc*
*Bank of America, N.A.*                                  *Bank of America, N.A.*
*San Francisco, CA 94109*                            *New York, NY 10038*
*Account # 002001801422*                          *Account # 002001801422*
*ABA # 052001633*                                       *ABA # 026009593*
                                                                    *SWIFT (USD): BOFAUS3N*
                                                                    *SWIFT (other currencies): BOFAUS6S*

**Please forward remittance advice to AR.Support@fticonsulting.com.**

FTI Consulting, Inc.
16701 Melford Blvd., Suite 200
Bowie, MD 20715
Federal ID No: 52-1261113 | fticonsulting.com



## *Invoice Summary*

**Thad C. Kodish, Esq.**
**Fish & Richardson PC**
**1180 Peachtree St., NE, 21st Fl.**
**Atlanta, GA 30309**
**United States**
**tkodish@fr.com**
**o/b/o: Samsung Electronics America via: Onventis # 22394-0146LL1**

| | |
|---|---:|
| | **February 21, 2025** |
| **Invoice No.** | **100100104641** |
| **Job No.** | **500001.9268** |
| **Terms** | **Net 30 days** |
| **Currency** | **USD** |

**Re: Headwater Research LLC v. SAMSUNG ELECTRONICS AMERICA, INC. et al**

**Current Invoice Period: Charges posted through January 31, 2025**

| Activity | Hours | Total |
|---|---:|---:|
| Graphics Production | 4.40 | $1,540.00 |
| Onsite Graphics | 78.20 | $27,370.00 |
| **Total** | **82.60** | **$28,910.00** |

| Name | Title | Rate | Hours | Total |
|---|---|---:|---:|---:|
| Timothy Schelin | Senior Director | $350.00 | 82.60 | $28,910.00 |
| **Total Professional Services** | | | **82.60** | **$28,910.00** |

| | |
|---|---:|
| **Total Expenses** | **$641.13** |

| | |
|---|---:|
| Administrative Fee | $867.30 |

| Invoice Total | USD Amount |
|---|---:|
| | $30,418.43 |
| **Total Due** | **$30,418.43** |



## Invoice Detail

| | February 21, 2025 |
|---|---|
| Invoice No. | 100100104641 |
| Job No. | 500001.9268 |

**Total Professional Services**
**Graphics Production**
   **Timothy Schelin**

| | | | |
|---|---|---|---|
| 01/02/2025 | Develop and edit slides for opening presentation per M McKeon | 1.50 | |
| 01/02/2025 | Develop graphics; review and edit slides for opening presentation during Zoom meeting with M McKeon | 1.00 | |
| 01/03/2025 | Develop and edit opening slides on Zoom call with M McKeon | 0.50 | |
| 01/03/2025 | Develop and edit slides for opening presentation | 0.80 | |
| 01/06/2025 | Develop and edit slides for opening presentation | 0.60 | |
| | **$350.00**          **per hour x total hrs** | **4.40** | **$1,540.00** |

**Graphics Production**                                                                     **$1,540.00**

**Onsite Graphics**
   **Timothy Schelin**

| | | | |
|---|---|---|---|
| 01/07/2025 | On-site graphics support | 1.00 | |
| 01/07/2025 | Travel to Marshall TX | 6.00 | |
| 01/08/2025 | On-site graphics support | 4.00 | |
| 01/09/2025 | On-site graphics support | 8.00 | |
| 01/10/2025 | On-site graphics support | 6.00 | |
| 01/11/2025 | On-site graphics support | 13.70 | |
| 01/12/2025 | On-site graphics support | 8.00 | |
| 01/13/2025 | On-site graphics support | 4.00 | |
| 01/14/2025 | On-site graphics support | 6.30 | |
| 01/15/2025 | On-site graphics support | 6.00 | |
| 01/16/2025 | On-site graphics support | 9.20 | |
| 01/18/2025 | Travel from Marshall, TX | 6.00 | |
| | **$350.00**          **per hour x total hrs** | **78.20** | **$27,370.00** |

**Onsite Graphics**                                                                        **$27,370.00**

|  | **Total Professional Services** | **$28,910.00** |
|---|---|---|

**Expenses**
   **Air Travel**

| | | |
|---|---|---|
| 01/02/2025 | Airfare - Timothy Schelin, DCA - Washington, DC - SHV - Shreveport, LA - 01/07/2025 | $5.71 |
| 01/07/2025 | Airfare - Timothy Schelin, SHV - Shreveport, LA - DCA - Washington, DC - 01/18/2025 | $544.68 |
| 01/07/2025 | Baggage Fees - Timothy Schelin | $35.00 |



*Invoice Detail*

February 21, 2025

| | Invoice No. | 100100104641 |
|---|---|---|
| | Job No. | 500001.9268 |

| | | |
|---|---|---|
| **Air Travel** | | **$585.39** |
| **Meals & Entertainment - Travel Related** | | |
| 01/07/2025 | Meals - Travel Related - Timothy Schelin | $13.95 |
| **Meals & Entertainment - Travel Related** | | **$13.95** |
| **Purchased Services** | | |
| 01/21/2025 | Fee for dedicated, secure file sharing and data storage site – Box.com | $41.79 |
| **Purchased Services** | | **$41.79** |
| | **Total Expenses** | **$641.13** |

FTI Consulting, Inc.
16701 Melford Blvd., Suite 200
Bowie, MD 20715
Federal ID No: 52-1261113 | fticonsulting.com

5

(PAGE INTENTIONALLY LEFT BLANK)



## *Forensic and Litigation Consulting*

December 12, 2024

Thad C. Kodish, Esq.
Fish & Richardson PC
1180 Peachtree St., NE, 21st Fl.
Atlanta, GA 30309
United States
tkodish@fr.com
o/b/o: Samsung Electronics America via: Onventis # 22394-0146LL1

Re: #2 Headwater Research LLC v. SAMSUNG ELECTRONICS AMERICA, INC. et al
Job No. 500001.9269
Invoice No. 100100095127

Enclosed is our invoice for professional services rendered in connection with the above referenced matter.  This invoice covers professional fees through November 30, 2024.

Please do not hesitate to call me to discuss this invoice or any other matter.

Sincerely,

Kern Nandan
Senior Director

Enclosures
    CC:   jsantos@fr.com



## *Invoice Remittance*

**Thad C. Kodish, Esq.**                                             **December 12, 2024**
**Fish & Richardson PC**                          **Invoice No.**            **100100095127**
**1180 Peachtree St., NE, 21st Fl.**              **Job No.**                **500001.9269**
**Atlanta, GA 30309**                             **Terms**                  **Net 30 days**
**United States**                                 **Currency**               **USD**
**tkodish@fr.com**
**o/b/o: Samsung Electronics America via: Onventis #**
**22394-0146LL1**


**Re:#2 Headwater Research LLC v. SAMSUNG ELECTRONICS AMERICA, INC. et al**


**Current Invoice Period: Charges posted through November 30, 2024**


**Amount Due Current Invoice**                                   **$973.35**


*Please reference invoice number in your remittance.*

*Check Payments To:*                    *Courier Delivery Only To:*

*FTI Consulting Inc*                    *Bank of America ML*
*P.O. Box 418005*                       *Lockbox Services*
*Boston, MA 02241-8005*                 *Lockbox 418005*
*United States*                         *MA5-527-02-07*
                                        *2 Morrissey Blvd.*
                                        *Dorchester, MA 02125-8005*

*ACH Payments To:*                      *Wire Payments To:*

*FTI Consulting Inc*                    *FTI Consulting Inc*
*Bank of America, N.A.*                 *Bank of America, N.A.*
*San Francisco, CA 94109*               *New York, NY 10038*
*Account # 002001801422*                *Account # 002001801422*
*ABA # 052001633*                       *ABA # 026009593*
                                        *SWIFT (USD): BOFAUS3N*
                                        *SWIFT (other currencies): BOFAUS6S*

**Please forward remittance advice to AR.Support@fticonsulting.com.**



## *Invoice Summary*

**Thad C. Kodish, Esq.**
**Fish & Richardson PC**
**1180 Peachtree St., NE, 21st Fl.**
**Atlanta, GA 30309**
**United States**
**tkodish@fr.com**
**o/b/o: Samsung Electronics America via: Onventis # 22394-0146LL1**

|  |  |
|---|---|
| | **December 12, 2024** |
| **Invoice No.** | **100100095127** |
| **Job No.** | **500001.9269** |
| **Terms** | **Net 30 days** |
| **Currency** | **USD** |

**Re: #2 Headwater Research LLC v. SAMSUNG ELECTRONICS AMERICA, INC. et al**

**Current Invoice Period: Charges posted through November 30, 2024**

| Activity | Hours | Total |
|---|---|---|
| Graphics Production | 2.70 | $945.00 |
| **Total** | **2.70** | **$945.00** |

| Name | Title | Rate | Hours | Total |
|---|---|---|---|---|
| Timothy Schelin | Senior Director | $350.00 | 2.70 | $945.00 |
| **Total Professional Services** | | | **2.70** | **$945.00** |

| | |
|---|---|
| Administrative Fee | $28.35 |

| **Invoice Total** | **USD Amount** |
|---|---|
| | $973.35 |
| **Total Due** | **$973.35** |

FTI Consulting, Inc.
16701 Melford Blvd., Suite 200
Bowie, MD 20715
Federal ID No: 52-1261113 | fticonsulting.com

3



## *Invoice Detail*

December 12, 2024

| | |
|---|---|
| **Invoice No.** | **100100095127** |
| **Job No.** | **500001.9269** |

*Total Professional Services*
**Graphics Production**
   **Timothy Schelin**

| | | | | |
|---|---|---|---|---|
| 11/26/2024 | Develop initial slides for Foster direct re noninfringement and invalidity | | 2.70 | |
| | **$350.00** | **per hour x total hrs** | **2.70** | **$945.00** |

| | |
|---|---|
| **Graphics Production** | **$945.00** |

| | |
|---|---|
| **Total Professional Services** | **$945.00** |

Form **W-9**
(Rev. March 2024)
Department of the Treasury
Internal Revenue Service

## Request for Taxpayer
## Identification Number and Certification

Go to *www.irs.gov/FormW9* for instructions and the latest information.

**Give form to the requester. Do not send to the IRS.**

**Before you begin.** For guidance related to the purpose of Form W-9, see *Purpose of Form*, below.

**1** Name of entity/individual. An entry is required. (For a sole proprietor or disregarded entity, enter the owner's name on line 1, and enter the business/disregarded entity's name on line 2.)

FTI CONSULTING, INC.

**2** Business name/disregarded entity name, if different from above.

**3a** Check the appropriate box for federal tax classification of the entity/individual whose name is entered on line 1. Check only **one** of the following seven boxes.

☐ Individual/sole proprietor  ☒ C corporation  ☐ S corporation  ☐ Partnership  ☐ Trust/estate

☐ LLC. Enter the tax classification (C = C corporation, S = S corporation, P = Partnership) ____
**Note:** Check the "LLC" box above and, in the entry space, enter the appropriate code (C, S, or P) for the tax classification of the LLC, unless it is a disregarded entity. A disregarded entity should instead check the appropriate box for the tax classification of its owner.

☐ Other (see instructions)

**3b** If on line 3a you checked "Partnership" or "Trust/estate," or checked "LLC" and entered "P" as its tax classification, and you are providing this form to a partnership, trust, or estate in which you have an ownership interest, check this box if you have any foreign partners, owners, or beneficiaries. See instructions . . . . . . . . . . ☐

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any)   5

Exemption from Foreign Account Tax Compliance Act (FATCA) reporting code (if any)   D

*(Applies to accounts maintained outside the United States.)*

**5** Address (number, street, and apt. or suite no.). See instructions.

16701 MELFORD BLVD., SUITE 200

**6** City, state, and ZIP code

BOWIE, MD 20715

**7** List account number(s) here (optional)

Requester's name and address (optional)

---

### Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. See also *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number

☐☐☐ – ☐☐ – ☐☐☐☐

or

Employer identification number

5 2 – 1 2 6 1 1 1 3

### Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and, generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**   Signature of U.S. person ▶ _(signature)_   Date 03/18/2024

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## What's New

Line 3a has been modified to clarify how a disregarded entity completes this line. An LLC that is a disregarded entity should check the appropriate box for the tax classification of its owner. Otherwise, it should check the "LLC" box and enter its appropriate tax classification.

New line 3b has been added to this form. A flow-through entity is required to complete this line to indicate that it has direct or indirect foreign partners, owners, or beneficiaries when it provides the Form W-9 to another flow-through entity in which it has an ownership interest. This change is intended to provide a flow-through entity with information regarding the status of its indirect foreign partners, owners, or beneficiaries, so that it can satisfy any applicable reporting requirements. For example, a partnership that has any indirect foreign partners may be required to complete Schedules K-2 and K-3. See the Partnership Instructions for Schedules K-2 and K-3 (Form 1065).

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS is giving you this form because they

**TRIALGRAPHIX**
A MAGNA LEGAL SERVICES COMPANY®

**INVOICE**

**Magna Legal Services**
1635 Market Street - 9th Floor
Philadelphia, PA 19103
866-624-6221
www.MagnaLS.com

| | |
|---|---|
| Invoice Date: | 6/27/24 |
| Due Date: | 7/27/24 |
| Total Amount: | $21,353.75 |
| Number: | TG29665 |
| Matter Code: | FRN-0063 |
| Matter: | Headwater Research LLC v. Samsung Electronics Co., et al. |

**Fish & Richardson P.C.**
Christopher Green
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309

## INVOICE SUMMARY

| Description | Amount |
|---|---|
| Consulting: Graphic Consulting | $20,825.00 |
| Consulting: Presentation Consulting: Trial | $528.75 |
| **TOTAL AMOUNT DUE** | **$21,353.75** |

REMIT TO:
Magna TrialGraphix
P.O. Box 822804
Philadelphia, PA 19182-2804

Tax ID# 83-2616308

*Please reference invoice number on check*

# TRIALGRAPHIX
A MAGNA LEGAL SERVICES COMPANY®

**INVOICE**

**Magna Legal Services**
1635 Market Street - 9th Floor
Philadelphia, PA 19103
866-624-6221
www.MagnaLS.com

| | |
|---|---|
| Invoice Date: | 6/27/24 |
| Due Date: | 7/27/24 |
| Total Amount: | $21,353.75 |
| Number: | TG29665 |
| Matter Code: | FRN-0063 |
| Matter: | Headwater Research LLC v. Samsung Electronics Co., et al. |

**Fish & Richardson P.C.**
Christopher Green
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309

## SUMMARY OF FEES

| Source | Date | Description | Billed Hrs | Rate | Amount |
|---|---|---|---|---|---|
| **Consulting: Graphic Consulting** | | | | | |
| Timothy Schelin | 6/7/24 | Develop slides for mock exercise -- headwater infringement slides. | 3.00 | $350.00 | $1,050.00 |
| Timothy Schelin | 6/8/24 | Develop and edit slides for mock exercise -- Samsung non-infringement and invalidity presentation. | 2.50 | $350.00 | $875.00 |
| Timothy Schelin | 6/12/24 | Develop and edit slides for mock exercise -- Headwater infringement presentation. | 3.00 | $350.00 | $1,050.00 |
| Timothy Schelin | 6/12/24 | Develop and edit slides for mock exercise -- Samsung non-infringement presentation -- interaction argument. | 2.00 | $350.00 | $700.00 |
| Timothy Schelin | 6/12/24 | Develop slides for mock exercise -- Samsung response to willfulness. | 2.25 | $350.00 | $787.50 |
| Timothy Schelin | 6/13/24 | Develop and edit slides for mock exercise -- Headwater willfulness presentation. | 2.50 | $350.00 | $875.00 |
| Timothy Schelin | 6/13/24 | Develop slides for mock exercise -- Samsung non-infringement presentation. | 3.50 | $350.00 | $1,225.00 |
| Timothy Schelin | 6/14/24 | Develop and edit slides for mock exercise - Samsung and Headwater willfulness presentations. | 2.00 | $350.00 | $700.00 |
| Timothy Schelin | 6/14/24 | Develop and edit slides for mock exercise -- Headwater validity presentation. | 2.75 | $350.00 | $962.50 |
| Timothy Schelin | 6/14/24 | Develop and edit slides for mock exercise -- Samsung invalidity presentation. | 3.75 | $350.00 | $1,312.50 |
| Timothy Schelin | 6/14/24 | Develop and edit slides for mock exercise -- Samsung noninfringement presentation. | 1.75 | $350.00 | $612.50 |
| Timothy Schelin | 6/16/24 | Develop and edit slides for mock exercise -- Samsung invalidity presentation. | 1.50 | $350.00 | $525.00 |
| Timothy Schelin | 6/17/24 | Develop and edit slides for mock exercise -- Headwater willfulness presentation. | 0.75 | $350.00 | $262.50 |
| Timothy Schelin | 6/17/24 | Develop and edit slides for mock exercise -- Samsung non-infringement and validity presentations. | 1.25 | $350.00 | $437.50 |
| Timothy Schelin | 6/17/24 | Zoom meeting with Mike McKeon, Jared Hartzman, and Nick Gallo to review and revise Samsung slides for mock exercise -- noninfringement and invalidity presentations. | 3.00 | $350.00 | $1,050.00 |

**TRIALGRAPHIX**
A MAGNA LEGAL SERVICES COMPANY

**Magna Legal Services**
1635 Market Street - 9th Floor
Philadelphia, PA 19103
866-624-6221
www.MagnaLS.com

**Fish & Richardson P.C.**
Christopher Green
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309

# INVOICE

| | |
|---|---|
| Invoice Date: | 6/27/24 |
| Due Date: | 7/27/24 |
| Total Amount: | $21,353.75 |
| Number: | TG29665 |
| Matter Code: | FRN-0063 |
| Matter: | Headwater Research LLC v. Samsung Electronics Co., et al. |

## SUMMARY OF FEES

| Source | Date | Description | Billed Hrs | Rate | Amount |
|---|---|---|---|---|---|
| Timothy Schelin | 6/18/24 | Develop and edit slides for mock exercise -- Headwater willfulness presentation. | 1.75 | $350.00 | $612.50 |
| Timothy Schelin | 6/18/24 | Develop slides for mock exercise -- Headwater damages presentation. | 0.75 | $350.00 | $262.50 |
| Timothy Schelin | 6/19/24 | Develop and edit slides for mock exercise -- Headwater Opening presentation. | 2.25 | $350.00 | $787.50 |
| Timothy Schelin | 6/19/24 | Develop and edit slides for mock exercise -- Headwater willfulness presentation. | 0.25 | $350.00 | $87.50 |
| Timothy Schelin | 6/19/24 | Develop slides for mock exercise -- Headwater damages presentation. | 2.00 | $350.00 | $700.00 |
| Timothy Schelin | 6/20/24 | Develop and edit slides for mock exercise -- Samsung damages presentation. | 1.50 | $350.00 | $525.00 |
| Timothy Schelin | 6/20/24 | Develop and edit slides for mock exercise -- Samsung response to willfulness presentation. | 3.50 | $350.00 | $1,225.00 |
| Timothy Schelin | 6/21/24 | Develop and edit slides for mock exercise -- Samsung damages presentation. | 2.50 | $350.00 | $875.00 |
| Timothy Schelin | 6/21/24 | Develop and edit slides for mock exercise -- Samsung willfulness presentation. | 1.50 | $350.00 | $525.00 |
| Timothy Schelin | 6/21/24 | Develop and edit slides for mock presentation -- Samsung Opening presentation. | 0.50 | $350.00 | $175.00 |
| Timothy Schelin | 6/22/24 | Develop and edit slides for mock exercise -- Samsung non-infringement and invalidity presentations. | 1.50 | $350.00 | $525.00 |
| Timothy Schelin | 6/22/24 | Zoom meeting with Mike McKeon to review and revise slides for mock exercise -- Samsung non-infringement and invalidity presentations. | 1.25 | $350.00 | $437.50 |
| Timothy Schelin | 6/23/24 | Develop and edit slides for mock exercise -- Headwater damages slides. | 1.25 | $350.00 | $437.50 |
| Timothy Schelin | 6/23/24 | Develop and edit slides for mock exercise -- Samsung damages presentation. | 1.75 | $350.00 | $612.50 |
| Timothy Schelin | 6/24/24 | Develop and edit slides for mock exercise -- Misc one-off requests from Tom Reger for Samsung damages presentation. | 0.25 | $350.00 | $87.50 |
| Timothy Schelin | 6/24/24 | Develop and edit slides for mock exercise -- Samsung damages presentation. | 0.50 | $350.00 | $175.00 |

**TRIALGRAPHIX**
A MAGNA LEGAL SERVICES COMPANY®

**INVOICE**

**Magna Legal Services**
1635 Market Street - 9th Floor
Philadelphia, PA 19103
866-624-6221
www.MagnaLS.com

| | |
|---|---|
| Invoice Date: | 6/27/24 |
| Due Date: | 7/27/24 |
| Total Amount: | $21,353.75 |
| Number: | TG29665 |
| Matter Code: | FRN-0063 |
| Matter: | Headwater Research LLC v. Samsung Electronics Co., et al. |

**Fish & Richardson P.C.**
Christopher Green
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309

## SUMMARY OF FEES

| Source | Date | Description | Billed Hrs | Rate | Amount |
|--------|------|-------------|-----------|------|--------|
| Timothy Schelin | 6/25/24 | Develop and edit slides for mock exercise -- Headwater damages presentation. | 0.25 | $350.00 | $87.50 |
| Timothy Schelin | 6/25/24 | Develop and edit slides for mock exercises -- Headwater Closing presentation. | 0.75 | $350.00 | $262.50 |
| | | **Consulting: Graphic Consulting** | **59.50** | | **$20,825.00** |
| **Consulting: Presentation Consulting: Trial** | | | | | |
| Sidney Raynal | 6/12/24 | Create clips for mock, send for review/incorporation into presentation. | 1.00 | $235.00 | $235.00 |
| Sidney Raynal | 6/14/24 | Download Raleigh and create clips, send to Tim. | 0.50 | $235.00 | $117.50 |
| Sidney Raynal | 6/24/24 | Create new clips for mock, review and send for incorporation into presentation. | 0.75 | $235.00 | $176.25 |
| | | **Consulting: Presentation Consulting: Trial** | **2.25** | | **$528.75** |
| **TOTAL FEES** | | | **61.75** | | **$21,353.75** |

**INVOICE**

**TRIALGRAPHIX**
A MAGNA LEGAL SERVICES COMPANY®

**Magna Legal Services | TrialGraphix**
1635 Market Street - 9th Floor
Philadelphia, PA 19103

| | |
|---|---|
| Invoice Date: | 2/19/24 |
| Due Date: | 3/20/24 |
| Total Amount: | $2,537.50 |
| Number: | TG28440 |
| Matter Code: | FRN-0063 |
| Matter: | Headwater Research LLC v. Samsung Electronics Co., et al. |

**Fish & Richardson P.C.**
Christopher Green
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309

---

## INVOICE SUMMARY

---

| Description | Amount |
|---|---|
| Consulting: Graphic Consulting | $2,537.50 |
| **TOTAL AMOUNT DUE** | **$2,537.50** |

# TRIALGRAPHIX
A MAGNA LEGAL SERVICES COMPANY

**INVOICE**

**Magna Legal Services | TrialGraphix**
1635 Market Street - 9th Floor
Philadelphia, PA 19103

| | |
|---|---|
| Invoice Date: | 2/19/24 |
| Due Date: | 3/20/24 |
| Total Amount: | $2,537.50 |
| Number: | TG28440 |
| Matter Code: | FRN-0063 |
| Matter: | Headwater Research LLC v. Samsung Electronics Co., et al. |

**Fish & Richardson P.C.**
Christopher Green
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309

## SUMMARY OF FEES

| Source | Date | Description | Billed Hrs | Rate | Amount |
|---|---|---|---|---|---|
| **Consulting: Graphic Consulting** | | | | | |
| Timothy Schelin | 2/5/24 | Develop slides for Markman hearing presentation. | 4.75 | $350.00 | $1,662.50 |
| Timothy Schelin | 2/6/24 | Develop slides for Markman hearing presentation. | 2.50 | $350.00 | $875.00 |
| | | **Consulting: Graphic Consulting** | **7.25** | | **$2,537.50** |
| **TOTAL FEES** | | | **7.25** | | **$2,537.50** |

**TRIALGRAPHIX**
A MAGNA LEGAL SERVICES COMPANY®

**INVOICE**

| | |
|---|---|
| Invoice Date: | 12/17/24 |
| Due Date: | 1/16/25 |
| Total Amount: | $7,739.80 |
| Number: | |
| Matter Code: | |
| Matter: | Headwater Research LLC v. Samsung Electronics Co., et al. |

**Magna Legal Services**
1635 Market Street - 9th Floor
Philadelphia, PA 19103

**Fish & Richardson P.C.**
Christopher Green
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309

## INVOICE SUMMARY

| Description | Amount |
|---|---|
| Consulting: Presentation Consulting: Trial | $6,300.00 |
| Travel: Flight | $1,138.96 |
| Travel: Ground Transportation | $198.91 |
| Travel: Meals | $101.93 |
| **TOTAL AMOUNT DUE** | **$7,739.80** |

## **KLS, Inc**.

(Chinese, Japanese, Korean <> English)
... and almost all European languages

1070 Sunrise Ridge Drive, Lafayette, CA 94549
(mobile) 510-918-1200
(email) AlexJo.Translator@gmail.com

Job #:                          011225 (*Please indicate this on the paycheck*.)

Fish Client C/M or Ref#:        **22394.0146LL1**

Total:                          <u>1</u> page(s) (inc. this cover)

Date:                           Jan 12, 2025

To:                             **Fish & Richardson P.C.**
                                **(Attn.: Angela Castagnola)**
                                castagnola@fr.com

CC:                             **Tracy Haynes**

KLS Federal Tax ID:             94-3290978

Service & fee:                  2 translations (Korean to English)
                                Expedited rush, certified; assigned on Jan 9, delivered on Jan 9-11, 2025

                                *During 17*                    *5,217 words*
                                *PTX-079 - SAM-HW00714927*     *1,087 words*

                                Total 6,034 words @ $.18/wd (rush rate) = $1,086.12

## **Total Payment Due**:       **$1,086,12** (due 3/1/2025)

*You will need to submit your invoice from our vendor portal. https://web-frvp.workflowwise.net/*

Note: ACH info

Name of Organization:           Korean Language Services, Inc.
Bank Name:                      Bank of America
Account Name:                   Korean Language Services, Inc.
Bank Account Number:            0004-9661-1063
Bank Account Routing Number:    121000358
Bank Address:                   555 California Street, San Francisco, CA 94104
Account Type:                   Checking

## Order information

| | |
|---|---|
| Buyer | amcasta |
| Placed on | Sep 19, 2023 |
| Payment method | Credit Card |

## Shipping address

John-Paul Fryckman - Fish & Richardson
12860 El Camino Real, Ste 400
San Diego, California 92130-2981
United States

## Order total

| | |
|---|---|
| 3 items | $115.17 |
| Shipping | $25.88 |
| Tax | $8.93 |
| **Order total** | **$149.98** |

## Items bought from prolite_cellular_phones_and_collectables
Order number: 25-10550-01312

| Quantity | Item name | Shipping service | Item price |
|---|---|---|---|
| 1 | HTC Imagio XV6975 - Black ( Verizon ) Very Rare Smartphone - Bundled / READ (324768485480) | USPS First Class | $25.19 |
| 1 | Samsung Intrepid SPH-i350 - Black ( Sprint ) Very Rare Windows Smartphone (324971987844) | USPS First Class | $44.99 |

## Items bought from recyclemycell
Order number: 25-10550-01311

| Quantity | Item name | Shipping service | Item price |
|---|---|---|---|
| 1 | HTC OZONE (Verizon) Cellphone Black Global NEW IN BOX (134620073638) | USPS Ground Advantage | $44.99 |



**Internet Archive**                                                                                     **−$650.00**
February 13, 2024 . Money Sent

**Paid with**

Commercial Mastercard          $650.00
(MasterCard Credit Card x-

You'll see "PAYPAL *INT
ARCHIVE" on your card
statement.

**Ship to**

M Jill Strand
1000 Maine Ave SW
Suite 1000
Washington, DC 20024
United States

**Transaction ID**

69E69791LJ369842N

**Note**

$650 ($250 for the request, $100 for notarization,
plus $20 per link for 15 URLs) in regards to these
15 URLs: web. archive.
org/web/20100326010931/google. com/phone
web. archive.
org/web/20100326143444/google.
com/phone/choose?hl=en&gl=US&s7e= web.
archive. org/web/20110712230204/htc.
com/www.press. aspx?id=66338&lang=1033
web. archive. org/web/20131026081540/news.
cnet. com/8301-1035_3-10226034-94. html
web. archive. org/web/20131019144252/news.
cnet. com/8301-17938_105-10149502-1. html
web. archive. org/web/20100330154328/crave.
cnet. co. uk/mobiles/0,39029453,49302111,00.
htm web. archive.
org/web/20090927183612/microsoft.
com/presspass/press/2009/sep09/09-
01WindowsPhoneAvailablePR. mspx web.
archive.
org/web/20100718234639/androidpolice.
com/2010/07/13/8-great-apps-every-rooted-
android-user-should-know-about/ web. archive.
org/web/20100223104054/latedroid.
com/2010/02/juicedefender-faq. html ht

**Details**

Sent to Internet Archive                              $650.00

**Total**                                               **$650.00**

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **August 11, 2024**. You may be
**eligible for purchase protection**

# INVOICE

**Magna Legal Services**
1635 Market Street - 9th Floor
Philadelphia, PA 19103
866-624-6221
www.MagnaLS.com

| | |
|---|---|
| Invoice Date: | 1/20/25 |
| Due Date: | 2/19/25 |
| Total Amount: | $37,983.69 |
| Number: | TG31708 |
| Matter Code: | FRN-0063 |
| Matter: | Headwater Research LLC v. Samsung Electronics Co., et al. |

**Fish & Richardson P.C.**
Christopher Green
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309

---

## INVOICE SUMMARY

| Description | Amount |
|---|---|
| Consulting: Presentation Consulting: Trial | $36,487.50 |
| Travel: Flight | $840.96 |
| Travel: Ground Transportation | $622.95 |
| Travel: Meals | $32.28 |
| **TOTAL AMOUNT DUE** | **$37,983.69** |

REMIT TO:
Magna TrialGraphix
P.O. Box 822804
Philadelphia, PA 19182-2804

Tax ID# 83-2616308

*Please reference invoice number on check*

**TRIALGRAPHIX**
A MAGNA LEGAL SERVICES COMPANY®

**INVOICE**

**Magna Legal Services**
1635 Market Street - 9th Floor
Philadelphia, PA 19103
866-624-6221
www.MagnaLS.com

| | |
|---|---|
| Invoice Date: | 1/20/25 |
| Due Date: | 2/19/25 |
| Total Amount: | $37,983.69 |
| Number: | TG31708 |
| Matter Code: | FRN-0063 |
| Matter: | Headwater Research LLC v. Samsung Electronics Co., et al. |

**Fish & Richardson P.C.**
Christopher Green
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309

## SUMMARY OF FEES

| Source | Date | Description | Billed Hrs | Rate | Amount |
|---|---|---|---|---|---|
| **Consulting: Presentation Consulting: Trial** | | | | | |
| Ian Andryszak | 1/10/25 | On-site trial prep. | 4.00 | $350.00 | $1,400.00 |
| Ian Andryszak | 1/11/25 | Depo prep, database prep. | 13.00 | $350.00 | $4,550.00 |
| Ian Andryszak | 1/12/25 | Opening prep/depo prep. | 15.75 | $350.00 | $5,512.50 |
| Ian Andryszak | 1/13/25 | Trial Day 1. | 16.00 | $350.00 | $5,600.00 |
| Ian Andryszak | 1/14/25 | Trial Day 2. | 16.50 | $350.00 | $5,775.00 |
| Ian Andryszak | 1/15/25 | Trial Day 3. | 14.50 | $350.00 | $5,075.00 |
| Ian Andryszak | 1/16/25 | Trial Day 4. | 14.00 | $350.00 | $4,900.00 |
| Ian Andryszak | 1/17/25 | Trial Day 5. | 10.50 | $350.00 | $3,675.00 |
| | | **Consulting: Presentation Consulting: Trial** | **104.25** | | **$36,487.50** |
| **TOTAL FEES** | | | **104.25** | | **$36,487.50** |

## EXPENSE DETAILS

| Source | Date | Description | Amount |
|---|---|---|---|
| **Travel: Flight** | | | |
| Ian Andryszak | 1/9/25 | Southwest Airlines - BWI to DAL. | $430.48 |
| Ian Andryszak | 1/17/25 | Southwest Airlines - DAL to BWI. | $410.48 |
| | | **Travel: Flight** | **$840.96** |
| **Travel: Ground Transportation** | | | |
| Ian Andryszak | 1/18/25 | Enterprise Rental Car. | $622.95 |
| | | **Travel: Ground Transportation** | **$622.95** |
| **Travel: Meals** | | | |
| Ian Andryszak | 1/18/25 | Chili's - Travel meal (DAL). | $32.28 |
| | | **Travel: Meals** | **$32.28** |
| **TOTAL EXPENSES** | | | **$1,496.19** |

**Invoice for Services**

10/10/2023

**FRONTEO**

Fish & Richardson P.C.

Invoice Number: INV23-09-033-FKR
Payment Terms (Net): 45
Payment Due Date: 11/24/2023

Re:  Headwater (K2306005)

For Services Rendered For The Month of September, 2023

| ITEMS | UNITS | | UNITS COST | TOTAL |
|---|---|---|---|---|
| **A04: DATA HOSTING** | | | | |
| ECA Hosting | 2,974.00 | GB/Month | $5.00 | $14,870.00 |
| User License | 5 | User/Month | $50.00 | $250.00 |
| **TOTAL AMOUNT DUE THIS INVOICE (USD)** | | | | $15,120.00 |

**Invoice for Services**

09/05/2023

**≋ FRONTEO**

Fish & Richardson P.C.
1717 Main Street, Suite 5000,
Dallas, TX 75201

Invoice Number: INV23-08-033-FKR
Payment Terms (Net): 45
Payment Due Date: 10/19/2023

Re:  Headwater (K2306005)

For Services Rendered For The Month of August, 2023

| ITEMS | UNITS | | UNITS COST | TOTAL |
|---|---|---|---|---|
| **A03: DATA PROCESS** | | | | |
| ECA Processing (KAMP, 0~300 GB) | 300.00 | GB | $25.00 | $7,500.00 |
| ECA Processing (KAMP, 301~1,000 GB) | 700.00 | GB | $12.00 | $8,400.00 |
| ECA Processing (KAMP, 1,000+ GB) | 1,701.51 | GB | $0.00 | $0.00 |

| | |
|---|---|
| **TOTAL AMOUNT DUE THIS INVOICE (USD)** | $15,900.00 |

**Invoice for Services**
11/07/2023

FRONTEO

Fish & Richardson P.C.
1717 Main Street, Suite 5000,
Dallas, TX 75201

Invoice Number: INV23-10-033-FKR
Payment Terms (Net): 45
Payment Due Date: 12/22/2023

Re:  Headwater (K2306005)

For Services Rendered For The Month of October, 2023

| ITEMS | UNITS | | UNITS COST | TOTAL |
|---|---|---|---|---|
| **<u>A04: DATA HOSTING</u>** | | | | |
| ECA Hosting | 2,974.00 | GB/Month | $5.00 | $14,870.00 |
| User License | 5 | User/Month | $50.00 | $250.00 |
| **TOTAL AMOUNT DUE THIS INVOICE (USD)** | | | | $15,120.00 |

**Please Refer to Invoice Number: INV23-10-033-FKR upon remittance**

"If no notification <u>by email</u> is received within 15 days after the receipt of the invoice, the service on the invoice will be deemed to have been fully accepted and approved <u>and full payments are expected to be paid in accordance with the contracts</u>."

| | | | |
|---|---|---|---|
| ***Please remit: to:*** | FRONTEO Korea, Inc. 8F, CAMBRIDGE B/D, 110 Teheran-ro, Gangnam-gu Seoul, Korea 06232 | | ***Direct Questions To:*** Oh, Heeju |

**Phone:** +82-2-350-3009

| ***Please wire: to:*** | Beneficiary: FRONTEO Korea, Inc. Beneficiary Bank: SHINHAN BANK 705-9, Yeoksam-dong, Gangnam-gu, Seoul, Korea | Account Number: 180-006-044103 Swift Code : SHBKKRSE |
|---|---|---|

**Fax:** +82-2-3288-3363

**E-Mail:** heeju_oh@fronteo.com

**Invoice for Services**

03/08/2024

FRONTEO

Fish & Richardson P.C.
1717 Main Street, Suite 5000,
Dallas, TX 75201

Invoice Number: INV24-02-033-FKR
Payment Terms (Net): 45
Payment Due Date: 04/22/2024

Re:  Headwater (K2306005)

For Services Rendered For The Month of February, 2024

| ITEMS | UNITS | | UNITS COST | TOTAL |
|---|---|---|---|---|
| **A03: DATA PROCESS** | | | | |
| Native Processing (LIV, 0 ~ 500 GB) | 500.00 | GB | $120.00 | $60,000.00 |
| Native Processing (LIV, 500 + GB) | 186.28 | GB | $100.00 | $18,628.00 |
| **A04: DATA HOSTING** | | | | |
| ECA Hosting | 2,974.00 | GB/Month | $5.00 | $14,870.00 |
| Minimum Charge (A04: Data Hosting) | 1.00 | GB/Month | $100.00 | $100.00 |
| Native Hosting - Total: 2.77GB/Month x $10 = $27.70 - Minimum charge is applied. | | | | |
| User License | 5 | User/Month | $50.00 | $250.00 |
| **A08: DOCUMENT REVIEW(USA)** | | | | |
| Bilingual Attorney Review Manager (US-BAR) | 49.00 | Hour | $150.00 | $7,350.00 |
| Bilingual Attorney Reviewers (US-BAR) | 187.00 | Hour | $140.00 | $26,180.00 |

**TOTAL AMOUNT DUE THIS INVOICE (USD)** $127,378.00

**Total for 0146LL1 is $42,459.34**

# Invoice for Services

03/08/2024

**FRONTEO**

Fish & Richardson P.C.
1717 Main Street, Suite 5000,
Dallas, TX 75201

Invoice Number: INV24-02-033-FKR
Payment Terms (Net): 45
Payment Due Date: 04/22/2024

Re:   Headwater (K2306005)

For Services Rendered For The Month of February, 2024

| ITEMS | UNITS | | UNITS COST | TOTAL |
|---|---|---|---|---|
| **A03: DATA PROCESS** | | | | |
| Native Processing (LIV, 0 ~ 500 GB) | 500.00 | GB | $120.00 | $60,000.00 |
| Native Processing (LIV, 500 + GB) | 186.28 | GB | $100.00 | $18,628.00 |
| **A04: DATA HOSTING** | | | | |
| ECA Hosting | 2,974.00 | GB/Month | $5.00 | $14,870.00 |
| Minimum Charge (A04: Data Hosting) | 1.00 | GB/Month | $100.00 | $100.00 |
| Native Hosting - Total: 2.77GB/Month x $10 = $27.70 - Minimum charge is applied. | | | | |
| User License | 5 | User/Month | $50.00 | $250.00 |
| **A08: DOCUMENT REVIEW(USA)** | | | | |
| Bilingual Attorney Review Manager (US-BAR) | 49.00 | Hour | $150.00 | $7,350.00 |
| Bilingual Attorney Reviewers (US-BAR) | 187.00 | Hour | $140.00 | $26,180.00 |

**TOTAL AMOUNT DUE THIS INVOICE (USD)** $127,378.00

**Total for 0146LL1 is $42,459.33**

**Invoice for Services**

12/08/2023

FRONTEO

Fish & Richardson P.C.
1717 Main Street, Suite 5000,
Dallas, TX 75201

Invoice Number: INV23-11-033-FKR
Payment Terms (Net): 45
Payment Due Date: 01/22/2024

Re:  Headwater (K2306005)

For Services Rendered For The Month of November, 2023

| ITEMS | UNITS | | UNITS COST | TOTAL |
|---|---|---|---|---|
| **A04: DATA HOSTING** | | | | |
| ECA Hosting | 2,974.00 | GB/Month | $5.00 | $14,870.00 |
| User License | 5 | User/Month | $50.00 | $250.00 |
| **TOTAL AMOUNT DUE THIS INVOICE (USD)** | | | | $15,120.00 |

**Invoice for Services**
05/09/2024

FRONTEO

Fish & Rich son .C.
1717 Main Street, Suite 5000,
Dallas, TX 75201

Invoice Number: INV24-04-033-FKR
Payment Terms (Net): 45
Payment Due Date: 06/23/2024

Re:  Headwater (K2306005)

For Services Rendered Fo  The Mo  th of April, 2024

| ITEMS | UNITS | | UNITS COST | TOTAL |
|---|---|---|---|---|
| **A04: DATA HOSTING** | | | | |
| ECA Hosting | 2,9 4.00 | GB/Month | $5.00 | $14,870.00 |
| Native Hosting | 689.06 | GB/Month | $10.00 | $6,890.60 |
| User License | 5 | User/Month | $50.00 | $250.00 |

**TOTAL AMOUNT DUE THIS INVOICE (USD)** $22,010.60

**PORTION DUE FOR 22394-0146LL1: $7,336.86**

**Please Refer to Invoice Number: INV24-04-033-FKR upon remittance**

"If no notification by email is  eceived within 15 days after the receipt of the invoice, the service on the invoice will be deemed to have been fully accepted and approved and full payments   e expected to be paid in accordance with the contracts."

| | | | |
|---|---|---|---|
| ***Please remit: to:*** | FRONTEO Korea, Inc. | ***Direct Questions To:*** | Lim, Sohee |
| | 8F, CAMBRIDGE B/D, 110 | | |
| | Tehe   n-ro, Gangnam-gu | **Phone:** +82-2-350-3009 | |
| | Seoul, Korea 06232 | | |
| ***Please wire: to:*** | Be  eficiary: FRONTEO Korea, Inc. | Accou  t Number: 180-006-044103 | **Fax:** +82-2-3288-3363 |
| | Be  eficiary Bank: SHINHAN BANK | Swift Code : SHBKKRSE | |
| | 705-9, Yeoksam-dong, | | **E-Mail:** sohee_lim@fronteo.com |
| | Ga  g  am-gu, Seoul, Korea | | |

**Invoice for Services**
04/05/2024

**FRONTEO**

| | |
|---|---|
| Fish & Richardson P.C. | Invoice Number: INV24-03-033-FKR |
| 1717 Main Street, Suite 5000, | Payment Terms (Net): 45 |
| Dallas, TX 75201 | Payment Due Date: 05/20/2024 |

Re:  Headwater (K2306005)

For Services Rendered For The Month of March, 2024

| ITEMS | UNITS | | UNITS COST | TOTAL |
|---|---|---|---|---|
| **A04: DATA HOSTING** | | | | |
| ECA Hosting | 2,974.00 | GB/Month | $5.00 | $14,870.00 |
| Native Hosting | 689.06 | GB/Month | $10.00 | $6,890.60 |
| User License | 5 | User/Month | $50.00 | $250.00 |
| **A08: DOCUMENT REVIEW(USA)** | | | | |
| Bilingual Attorney Review Manager (US-BAR) | 80.00 | Hour | $150.00 | $12,000.00 |
| Bilingual Attorney Reviewers (US-BAR) | 735.50 | Hour | $140.00 | $102,970.00 |

| | |
|---|---|
| **TOTAL AMOUNT DUE THIS INVOICE (USD)** | $136,980.60 |

<span style="color:red">**PORTION DUE FOR 22394-0146LL1: $68,490.30**</span>

**Please Refer to Invoice Number: INV24-03-033-FKR upon remittance**

"If no notification by email is received within 15 days after the receipt of the invoice, the service on the invoice will be deemed to have been fully accepted and approved and full payments are expected to be paid in accordance with the contracts."

| | | | |
|---|---|---|---|
| *Please remit: to:* | FRONTEO Korea, Inc. | *Direct Questions To:* | Lim, Sohee |
| | 8F, CAMBRIDGE B/D, 110 | | |
| | Teheran-ro, Gangnam-gu | **Phone:** +82-2-350-3009 | |
| | Seoul, Korea 06232 | | |
| *Please wire: to:* | Beneficiary: FRONTEO Korea, Inc. | Account Number: 180-006-044103 | **Fax:** +82-2-3288-3363 |
| | Beneficiary Bank: SHINHAN BANK | Swift Code : SHBKKRSE | |
| | 705-9, Yeoksam-dong, | | **E-Mail:** sohee_lim@fronteo.com |
| | Gangnam-gu, Seoul, Korea | | |

**Invoice for Services**

12/09/2024


FRONTEO

Fish & Richardson P.C.
1717 Main Street, Suite 5000,
Dallas, TX 75201

Invoice Number :
Payment Terms (Net): 45
Payment Due Date: 01/23/2025

Re:  Headwater (K2306005)

For Services Rendered For The Month of Nov, 2024

| ITEMS | UNITS | | UNITS COST | TOTAL |
|---|---|---|---|---|
| **A04: DATA HOSTING** | | | | |
| ECA Hosting | 4,445.98 | GB/Month | $5.00 | $22,229.90 |
| Native Hosting | 689.06 | GB/Month | $10.00 | $6,890.60 |
| User License | 9 | User/Month | $50.00 | $450.00 |

| | |
|---|---|
| **TOTAL AMOUNT DUE THIS INVOICE (USD)** | $29,570.50 |

Total due on matter 0146LL1 - $14,785.00

**Invoice for Services**

02/07/2024

FRONTEO

Fish & Richardson P.C.
1717 Main Street, Suite 5000,
Dallas, TX 75201

Invoice Number:
Payment Terms (Net): 45
Payment Due Date: 03/23/2024

Re:  Headwater (K2306005)

For Services Rendered For The Month of January, 2024

| ITEMS | UNITS | | UNITS COST | TOTAL |
|---|---|---|---|---|
| **A04: DATA HOSTING** | | | | |
| ECA Hosting | 2,974.00 | GB/Month | $5.00 | $14,870.00 |
| Minimum Charge (A04: Data Hosting) | 1.00 | GB/Month | $100.00 | $100.00 |
| Native Hosting - Total: 2.77GB/Month x $10 = $27.70 - Minimum charge is applied. | | | | |
| User License | 5 | User/Month | $50.00 | $250.00 |
| **A08: DOCUMENT REVIEW(USA)** | | | | |
| Bilingual Attorney Reviewer (US-BAR) Regular | 201.00 | Hour | $140.00 | $28,140.00 |
| Bilingual Attorney Reviewer (US-BAR) Overtime( x 1.5 ) | 134.00 | Hour | $210.00 | $28,140.00 |

71500/3 = 23833.33

**TOTAL AMOUNT DUE THIS INVOICE (USD)**     $71,500.00

Total due on matter 22394.0146LL1: $23,833.33

"If no notification by email is received within 15 days after the receipt of the invoice, the service on the invoice will be deemed to have been fully accepted and approved and full payments are expected to be paid in accordance with the contracts."

**Invoice for Services**
01/10/2024

FRONTEO

Fish & Richardson P.C.
1717 Main Street, Suite 5000,
Dallas, TX 75201

Invoice Number: INV23-12-033-FKR
Payment Terms (Net): 45
Payment Due Date: 02/24/2024

Re:   Headwater (K2306005)

For Services Rendered For The Month of December, 2023

| ITEMS | UNITS | | UNITS COST | TOTAL |
|---|---|---|---|---|
| **A04: DATA HOSTING** | | | | |
| ECA Hosting | 2,974.00 | GB/Month | $5.00 | $14,870.00 |
| Minimum Charge (A04: Data Hosting) | 1.00 | GB/Month | $100.00 | $100.00 |
| Native Hosting - Total: 2.77GB/Month x $10 = $27.70 - Minimum charge is applied. | | | | |
| User License | 5 | User/Month | $50.00 | $250.00 |
| **A05: DATA PRODUCTION** | | | | |
| TIFF File Production | 3,549 | Page | $0.028 | $99.37 |
| Native File Production | 170 | File | $0.065 | $11.05 |
| Bates Numbering, Endorsements | 3,549 | Page | $0.010 | $35.49 |
| **A08: DOCUMENT REVIEW(USA)** | | | | |
| Bilingual Attorney Reviewer (US-BAR) | 72.00 | Hour | $140.00 | $10,080.00 |

**TOTAL AMOUNT DUE THIS INVOICE (USD)**          $25,445.91

Total due for 0146LL1 $12,722.95

**Invoice for Services**

06/10/2024

**≋ FRONTEO**

Fish & R chardson P.C.
1717 Ma n Street, Suite 5000,
Dallas, TX 75201

Invo e Number: INV24-05-033-FKR
Payment Terms (Net): 45
Payment Due Date: 07/25/2024

e:  Headwater (K230600  )

For Serv ces Rendered For T  e Month of May, 2024

| ITEMS | UNITS | | UNITS COST | TOTAL |
|---|---|---|---|---|
| <u>**A04: DATA HOSTING**</u> | | | | |
| ECA Ho  ting | 2,974.00 | GB/Month | $5.00 | $14,870.00 |
| Native Host ng | 689.06 | GB/Month | $10.00 | $6,890.60 |
| User License | 5 | User/Month | $50.00 | $250.00 |
| **TOTAL AMOUNT DUE THIS INVOICE (USD)** | | | | $22,010.60 |

<span style="color:red">**PORTION DUE FOR MATTER 22394-0146LL1: $7,336.86**</span>

**Please Refer to Invoice Number: INV24-05-033-FKR upon remittance**

"If no notification <u>by email</u>    received within 15 days after the receipt of the invoice, the service on the invoice will be deemed to have been fully accepted and
approved <u>and full payment   are expected to be paid in accordance with the contracts</u>."

| | | | |
|---|---|---|---|
| ***Please remit: to:*** | FRONTEO Korea, Inc. | ***Direct Questions To:*** Lim, Sohee | |
| | 8F, CAMBRIDGE B/D, 110 | | |
| | Te  eran-ro, Gangnam-gu | **Phone:** +82-2-350-3009 | |
| | Seoul, Korea 06232 | | |
| ***Please wire: to:*** | Benef ciary: FRONTEO Korea, Inc. | Account Number: 180-006-044103 | **Fax:** +82-2-3288-3363 |
| | Benef ciary Bank: SHINHAN BANK | Swift Code : SHBKKRSE | |
| | 70  -9, Yeoksam-dong, | | **E-Mail:** sohee_lim@fronteo.com |
| | Gangnam-gu, Seoul, Korea | | |

**Invoice for Services**
07/05/2024

FRONTEO

Fish & R chardson P.C.
1717 Ma n Street, Suite 5000,
Dallas, TX 75201

Invo e Number: INV24-06-033-FKR
Payment Terms (Net): 45
Payment Due Date: 08/19/2024

e:  Headwater (K2306005)

For Serv ces Rendered For T  e Month of June, 2024

| ITEMS | UNITS | | UNITS COST | TOTAL |
|---|---|---|---|---|
| **A04: DATA HOSTING** | | | | |
| ECA Ho  ting | 2,974.00 | GB/Month | $5.00 | $14,870.00 |
| Native Host ng | 689.06 | GB/Month | $10.00 | $6,890.60 |
| User License | 5 | User/Month | $50.00 | $250.00 |
| **TOTAL AMOUNT DUE THIS INVOICE (USD)** | | | | $22,010.60 |

**Please Refer to Invoice Number: INV24-06-033-FKR upon remittance**

<span style="color:red">**PORTION DUE FOR 22394-0146LL1: $7,336.86**</span>

"If no notification by email    received within 15 days after the receipt of the invoice, the service on the invoice will be deemed to have been fully accepted and approved and full payment   are expected to be paid in accordance with the contracts."

| | | | |
|---|---|---|---|
| ***Please remit: to:*** | FRONTEO Korea, Inc. | ***Direct Questions To:***  Lim, Sohee | |
| | 8F, CAMBRIDGE B/D, 110 | | |
| | Te  eran-ro, Gangnam-gu | **Phone:** +82-2-350-3009 | |
| | Seoul, Korea 06232 | | |
| ***Please wire: to:*** | Benef ciary: FRONTEO Korea, Inc. | Account Number: 180-006-044103 | **Fax:** +82-2-3288-3363 |
| | Benef ciary Bank: SHINHAN BANK | Swift Code : SHBKKRSE | |
| | 705-9, Yeoksam-dong, | | **E-Mail:** sohee_lim@fronteo.com |
| | Gangnam-gu, Seoul, Korea | | |