THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    *Defendants*. | Case No. 2:22-CV-00422-JRG-RSP |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENION OF TIME TO FILE A CORRECTED BILL OF COSTS**

Before the Court is Defendants' Motion for an Extension of Time to File a Corrected Bill of Cost.

Having considered the motion, and for good cause shown, the motion is hereby GRANTED, and the time to refile is extended until May 8, 2025.

IT IS SO ORDERED.