IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> SAMSUNG ELECTRONICS CO., LTD., and § <br> SAMSUNG ELECTRONICS AMERICA, INC., § <br> § <br> *Defendants*. § | CASE NO. 2:22-CV-00422-JRG-RSP |

## ORDER

Before the Court is Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.'s (together, "Defendants" or "Samsung") Unopposed Motion for an Extension of Time to File Corrected Bill of Costs (the "Motion"). (Dkt. No. 515.) In the Motion, Samsung requests an extension of time up to and including May 8, 2025, to comply with the Court's Standing Order Regarding Bill of Costs. (*Id.* at 1.) The Motion is unopposed. (*Id.*)

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the deadline for Defendants to file their proposed Bill of Costs in compliance with the Court's Standing Order is **extended** up to and including **May 8, 2025**.

So ORDERED and SIGNED this 14th day of April, 2025.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE