# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, *Plaintiff*, v. SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC., *Defendants*. | Civil Action No. 2:22-cv-00422-JRG-RSP **JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION TO WITHDRAW
## SAMSUNG'S PROPOSED BILL OF COSTS (DKT. NO. 513)

Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Samsung") file this Unopposed Motion to Withdraw Samsung's Proposed Bill of Costs (Dkt. No. 513) and would show the Court as follows:

On April 7, 2025, Samsung filed its Proposed Bill of Costs and the accompanying declaration and exhibits (Dkt. No. 513). Following the filing of Samsung's Proposed Bill of Costs, Plaintiff Headwater Research LLC ("Headwater") and Samsung (collectively, "the Parties") met and conferred on the outstanding issues set forth in Samsung's Proposed Bill of Costs. During the meet and confers, Samsung voluntarily agreed to withdraw its Proposed Bill of Costs and refile its Proposed Bill of Costs after satisfying the Court's Standing Order Regarding Bill of Costs meet and confer requirement. Therefore, Samsung's Proposed Bill of Costs is moot. At this time, Samsung respectfully seeks to withdraw its Proposed Bill of Costs from the record.

Counsel for Samsung met and conferred with counsel for Headwater to discuss the substantive relief sought in this Motion, and counsel for Headwater indicated that Headwater is unopposed to the relief sought herein.

Accordingly, Samsung respectfully requests that the Court grant this Unopposed Motion and enter an order withdrawing Samsung's Proposed Bill of Costs from the record.

Dated: April 14, 2025                                      Respectfully submitted,

*s/ Melissa R. Smith*
Ruffin B. Cordell
TX Bar No. 04820550
Michael J. McKeon
DC Bar No. 459780
mckeon@fr.com
Jared Hartzman
DC Bar No. 1034255
hartzman@fr.com
**FISH & RICHARDSON P.C.**
1000 Maine Avenue, SW, Ste 1000
Washington, D.C. 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Thad C. Kodish
GA Bar No. 427603
tkodish@fr.com
Benjamin K. Thompson
GA Bar No. 633211
bthompson@fr.com
Nicholas A. Gallo (pro hac vice)
GA Bar No. 546590
gallo@fr.com
Steffen C. Lake (pro hac vice)
GA Bar No. 512272
lake@fr.com
Sara C. Fish
sfish@fr.com
GA Bar No. 873853
Noah C. Graubart
GA Bar No. 141862
graubart@fr.com
Katherine H. Reardon
NY Bar No. 5196910
reardon@fr.com
**FISH & RICHARDSON P.C.**
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309

Telephone: (404) 892-5005
Facsimile: (404) 892-5002


Leonard E. Davis
TX Bar No. 05521600
ldavid@fr.com
Andria Rae Crisler
TX Bar No. 24093792
crisler@fr.com
Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214)747-5070
Facsimile: (214) 747-2091

John-Paul R. Fryckman (pro hac vice)
CA Bar No. 317591
John W. Thornburgh
CA Bar No. 154627
thornburgh@fr.com
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Melissa R. Smith
State Bar No. 24001351
Melissa@gillamsmithlaw.com
Harry L. Gillam, Jr.
State Bar No. 07921800
gil@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Andrew Thompson ("Tom") Gorham
State Bar No. 24012715
tom@gillamsmithlaw.com
James Travis Underwood

2

State Bar No. 24102587
travis@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
102 N. College, Ste. 800
Tyler, Texas 75702
Telephone: (903) 934-845
Facsimile: (903) 934-9257

Grant Schmidt
Texas Bar No. 24084579
gschmidt@hilgersgraben.com
Jon Hyland
jhyland@hilgersgraben.com
Texas Bar No. 24046131
Theodore Kwong
tkwong@hilgersgraben.com
Texas Bar No. 4087871
**HILGERS GRABEN PLLC**
7859 Walnut Hill Lane, Suite 335
Dallas, Texas 75230
Telephone: 469-751-2819

Lance Lin Yang
C.A. Bar No. 260705
lanceyang@quinnemanuel.com
Sean S. Pak
C.A. Bar No. 219032
seanpak@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN**
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600

*Attorney for Defendants*
*Samsung Electronics Co., Ltd.*
*and Samsung Electronics America, Inc.*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Samsung met and conferred with counsel for Headwater to discuss the substantive relief sought in this Motion pursuant to Local Rule CV-7(h). Counsel for Headwater indicated that Headwater is unopposed to the relief sought in this Motion.

*s/ Melissa R. Smith*
Melissa R. Smith

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 14, 2025, a true and correct copy of the above document was served on all counsel of record via CM/ECF.

*s/ Melissa R. Smith*
Melissa R. Smith
