# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> *Defendants*. | Civil Action No. 2:22-cv-00422-JRG-RSP <br><br> **JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Defendants Samsung Electronics Co., Ltd.'s and Samsung Electronics America, Inc.'s Unopposed Motion to Withdraw Samsung's Proposed Bill of Costs (Dkt. No. 513). After consideration of the same, the Court is of the opinion that the Motion should be and is hereby **GRANTED**.

The Court **ORDERS** that Defendants Samsung Electronics Co., Ltd.'s and Samsung Electronics America, Inc.'s Proposed Bill of Costs (Dkt. No. 513) is **WITHDRAWN** from the record.