IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> SAMSUNG ELECTRONICS CO., LTD., and § <br> SAMSUNG ELECTRONICS AMERICA, INC., § <br> § <br> *Defendants*. § | CASE NO. 2:22-CV-00422-JRG-RSP |

## ORDER

Before the Court is Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.'s (together, "Defendants" or "Samsung") Unopposed Motion to Withdraw Samsung's Proposed Bill of Costs (the "Motion"). (Dkt. No. 517.) In the Motion, Samsung requests that the Court enter an order withdrawing Samsung's Proposed Bill of Costs from the record. (*Id.* at 2.) The Motion is unopposed. (*Id.* at 1.)

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Samsung's Proposed Bill of Costs (Dkt. No. 513) is **WITHDRAWN** from the record.

**So ORDERED and SIGNED this 15th day of April, 2025.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE