# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD and<br>SAMSUNG ELECTRONICS AMERICA, INC.<br><br>*Defendants*. | Case No. 2:22-CV-00422-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## JOINT STIPULATION REGARDING COSTS

Plaintiff Headwater Research LLC ("Headwater") and Defendants Samsung Electronics Co., Ltd and Samsung Electronics America, Inc. ("Samsung") respectfully submit the following jointly agreed statement regarding costs in Matter No. 2:22-cv-00422 ("the -422 case") and Matter No. 2:23-cv-00103 ("the -103 case"):

Whereas a jury rendered a verdict in the -422 case on January 17, 2025 rendering Samsung the prevailing party, and judgment was entered thereon, and

Whereas a jury rendered a verdict in the -103 case on April 25, 2025 rendering Headwater the prevailing party.

Samsung agrees not to seek recovery of a bill of costs permitted under 28 U.S.C. § 1920 in the -422 case for the January 2025 trial and costs relating thereto in consideration of Headwater's representation that it will not seek recovery of a bill of costs permitted under 28 U.S.C. § 1920 in the -103 case.

Headwater agrees not to seek recovery of a bill of costs permitted under 28 U.S.C. § 1920 in the -103 case for the April 2025 trial and costs relating thereto in consideration of Samsung's

representation that it will not seek recovery of a bill of costs permitted under 28 U.S.C. § 1920 in the -422 case.

However, both parties agree that the above agreements are based on the current jury verdicts as of the date of this stipulation. The parties reserve the right to seek leave of Court for a motion for entry of a bill of costs should either judgment be modified during post-trial and/or appellate proceedings in such a way as to alter the prevailing party and/or substantially alter the costs incurred.

Dated: May 8, 2025                                                             Respectfully submitted,

| | |
|---|---|
| By: */s/ Marc Fenster* | By: */s/ Thad C. Kodish* |
| Marc Fenster | Ruffin B. Cordell |
| CA State Bar No. 181067 | TX Bar No. 04820550 |
| Reza Mirzaie | Michael J. McKeon |
| CA State Bar No. 246953 | DC Bar No. 459780 |
| Brian Ledahl | mckeon@fr.com |
| CA State Bar No. 186579 | Jared Hartzman (*pro hac vice*) |
| Ben Wang | DC Bar No. 1034255 |
| CA State Bar No. 228712 | hartzman@fr.com |
| Adam Hoffman | **FISH & RICHARDSON P.C.** |
| CA State Bar No. 218470 | 1000 Maine Avenue, SW, Ste 1000 |
| Paul Kroeger | Washington, D.C. 20024 |
| CA State Bar No. 229074 | Telephone: (202) 783-5070 |
| Neil A. Rubin | Facsimile: (202) 783-2331 |
| CA State Bar No. 250761 | |
| Kristopher Davis | Thad C. Kodish |
| CA State Bar No. 329627 | GA Bar No. 427603 |
| James S. Tsuei | tkodish@fr.com |
| CA State Bar No. 285530 | Benjamin K. Thompson |
| Philip Wang | GA Bar No. 633211 |
| CA State Bar No. 262239 | bthompson@fr.com |
| James Milkey | Nicholas A. Gallo (*pro hac vice*) |
| CA State Bar No. 281283 | GA Bar No. 546590 |
| James Pickens | gallo@fr.com |
| CA State Bar No. 307474 | |
| Jason M. Wietholter | |

CA State Bar No. 337139
Ryan Lundquist
CO State Bar No. 56449
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
rak_headwater@raklaw.com

Andrea L. Fair
MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com

*Attorneys for Plaintiff*
*Headwater Research LLC*

Steffen C. Lake (*pro hac vice*)
GA Bar No. 512272
lake@fr.com
Sara C. Fish
sfish@fr.com
GA Bar No. 873853
Noah C. Graubart
GA Bar No. 141862
graubart@fr.com
Katherine H. Reardon
NY Bar No. 5196910
reardon@fr.com
**FISH & RICHARDSON P.C.**
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

Leonard E. Davis
TX Bar No. 05521600
ldavid@fr.com
Andria Rae Crisler
TX Bar No. 24093792
crisler@fr.com
Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214)747-5070
Facsimile: (214) 747-2091

John-Paul R. Fryckman (*pro hac vice*)
CA Bar No. 317591
John W. Thornburgh
CA Bar No. 154627
thornburgh@fr.com
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Meghana Thadani
NY Bar No. 5851902

thadani@fr.com
**FISH & RICHARDSON P.C.**
7 Times Square, 20th Floor
New York, NY 10036
Telephone: (212) 765-5070

Melissa R. Smith
State Bar No. 24001351
Melissa@gillamsmithlaw.com
Harry L. Gillam, Jr.
State Bar No. 07921800
gil@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Andrew Thompson ("Tom") Gorham
State Bar No. 24012715
tom@gillamsmithlaw.com
James Travis Underwood
State Bar No. 24102587
travis@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
102 N. College, Ste. 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Grant Schmidt
Texas Bar No. 24084579
gschmidt@hilgersgraben.com
Jon Hyland
jhyland@hilgersgraben.com
Texas Bar No. 24046131
Theodore Kwong
tkwong@hilgersgraben.com
Texas Bar No. 4087871
**HILGERS GRABEN PLLC**
7859 Walnut Hill Lane, Suite 335
Dallas, Texas 75230
Telephone: 469-751-2819

Lance Lin Yang
CA. Bar No. 260705

Lanceyang@quinnemanuel.com
Sean S. Pak
CA Bar No. 219032
seanpak@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600

**ATTORNEYS FOR DEFENDANTS SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on May 8, 2025. As of this date, all counsel of record had consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

*/s/ Thad C. Kodish*
Thad C. Kodish